Reuben L. Hancock
REUBEN L. HANCOCK, P.C.
7480 Golden Pond Place, Suite 200
Amarillo, Texas 79121
(806) 373-1713
Email: rlh@rlhancock.com
SBN: 08888520
ATTORNEY FOR HAPPY STATE BANK

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **MICHAEL STEPHEN GALMOR,** | § | **CASE NO. 18-20209-RLJ-7** |
| | § | |
| **Debtor.** | § | |
| | § | |
| **And** | § | |
| | § | |
| **GALMOR'S/G&G STEAM SERVICE, INC.** | § | **CASE NO. 18-20210-RLJ-7** |
| | § | |
| **Debtor.** | § | |
| | § | |
| ------------------------------------------------ | § | ------------------------------------------------ |
| | § | |
| **KENT RIES, TRUSTEE,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **ADVERSARY NO. 20-02003-RLJ** |
| | § | |
| **GALMOR FAMILY LIMITED PARTNERSHIP,** | § | |
| | § | |
| **Defendant.** | § | |

## NOTICE OF REQUEST
## FOR ALL NOTICES, PLANS AND DISCLOSURE STATEMENTS

HAPPY STATE BANK, SUCCESSOR BY MERGER OF FIRST STATE BANK OF MOBEETIE, a creditor of GALMOR FAMILY LIMITED PARTNERSHIP, hereby enters its appearance in this case, and Reuben L. Hancock enters his appearance as attorney for HAPPY STATE BANK as directed by Federal Rule of Bankruptcy Procedure 9010(b), the attorney's name, office address, telephone number, email address and FAX number is:

Reuben L. Hancock
REUBEN L. HANCOCK, P.C.
7480 Golden Pond Place, Suite 200
Amarillo, Texas 79121
Phone: 806/373-1713
Email: rlh@rlhancock.com
FAX: 806/373-8400

HAPPY STATE BANK hereby requests that copies of all notices required by the Federal Rules of Bankruptcy Procedure to be given, including notice under Rule 2002(I), be given to it by service upon its attorney at the address shown above.

HAPPY STATE BANK pursuant to Federal Rule of Bankruptcy Procedure 3017(a) further requests that copies of all documents, including claims, plans and disclosure statements, filed herein by any party be served upon it and its attorney at the addresses indicated above.

Please take further notice that under 11 U.S.C. § 101 et seq., as applicable, the foregoing request includes not only the notices and papers referred to in the applicable Federal Rules of Bankruptcy Procedure, but also includes, without limitation, notice of any application, complaint, demand, hearing, motion, petition, settlement, pleading, or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed, by mail, hand delivery, telephone, facsimile, or otherwise filed by hand or CM/ECF electronically.

Dated: April 27, 2020.

Respectfully submitted,

REUBEN L. HANCOCK, P.C.
7480 Golden Pond Place, Suite 200
Amarillo, Texas 79121
Phone: (806) 373-1713
Fax: (806) 373-8400
E-mail: rlh@rlhancock.com

By:_____
     Reuben L. Hancock
     Bar Card No. 08888520
ATTORNEY FOR
HAPPY STATE BANK,

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on this April 27, 2020, pursuant to Local Bankruptcy Rule 4001.1(1), U. S. Bankruptcy Court, Northern District of Texas, the foregoing Notice of Appearance and Request for all Notices, Plans, and Disclosure Statements is being served on all parties pursuant to the court's CM/ECF filing system.

Reuben L. Hancock