Kent Ries
State Bar No. 16914050
2700 S. Western St., Suite 300
Amarillo, Texas 79109
(806) 242-7437
(806) 242-7440 – Fax
kent@kentries.com

COUNSEL FOR TRUSTEE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MICHAEL STEPHEN GALMOR, | § | CASE NO. 18-20209-RLJ-7 |
| Debtor. | § | |
| And | § | |
| GALMOR'S/G&G STEAM SERVICE, INC., | § | CASE NO. 18-20210-RLJ-7 |
| Debtor. | § | |
| KENT RIES, TRUSTEE, | § | |
| Plaintiff, | § | |
| v. | § | ADVERSARY NO. 20-2003 |
| GALMOR FAMILY LIMITED PARTNERSHIP and GALMOR MANAGEMENT, L.L.C., | § | |
| Defendants. | § | |

## AGREED MOTION FOR CONTINUANCE OF TRIAL

TO THE HONORABLE ROBERT L. JONES, BANKRUPTCY JUDGE:

**AGREED MOTION FOR CONTINUANCE OF TRIAL SETTING – PAGE 1**

COMES NOW, Kent Ries, Trustee ("Trustee") of the referenced Chapter 7 bankruptcy estates and Plaintiff herein, and hereby files his Motion for Continuance of Trial (the "Motion"), and would show the Court the following:

1. This Adversary Proceeding was initiated on April 24, 2020 as a severed claim from Adversary Proceeding No. 19-2006. On May 29, 2020, Plaintiff filed its First Amended Complaint against Galmor Family Limited Partnership and Galmor Management, L.L.C., ("Defendants"). The Complaint is to establish a debt due by the Defendants to the bankruptcy Estates.

2. Docket call for the trial is currently set for 1:30 p.m. on August 13, 2020.

3. The parties request a new trial docket date on December 10, 2020. The parties have reached an agreement on that trial date.

4. A continuance of the current docket call is in the best interests of the parties, as additional time is necessary to allow the parties time to resolve this case, or alternatively, to perform discovery and prepare for trial. This is the first continuance requested in this Adversary Proceeding. The parties have focused their time on Adversary Proceeding No. 19-2006, which is an ongoing liquidation of real estate that would be used to pay any judgment that arises in this Adversary Proceeding.

5. The parties also request the Court to reset the pretrial dates with this continuance consistent with the parties proposed scheduling plan as follows:

   a. Federal Bankruptcy Rule 7026(a) disclosures are waived.

   b. Paper discovery must be served by September 28, 2020. Discovery must be completed by October 26, 2020.

c.     Dispositive motions must be filed by October 26, 2020. Unless otherwise directed by the Presiding Judge, all dispositive motions must be heard no later than November 25, 2020.

d.     Names and addresses of experts, along with expert reports, must be exchanged by October 12, 2020.

e.     Each party shall file and exchange with opposing counsel a list of witnesses and exhibits by November 25, 2020. Each exhibit shall be marked with an exhibit label, Plaintiff using numbers; Defendant letters. All exhibits not objected to in writing by December 9, 2020, shall be admitted into evidence at trial without further proof, except for objections to relevance.

f.     A joint pretrial order in compliance with Local District Rule 16.4 shall be filed, served and uploaded for Court entry by December 3, 2020. All counsel are responsible for preparing the joint pretrial order, which shall contain the following: (a) summary of the claims and defenses of each party; (b) a statement of stipulated facts; (c) a list of contested issues of fact; (d) a list of contested issues of law; (e) an estimate of the length of trial; (f) a list of additional matters which would aid in the disposition of the case; and (g) the signature of each attorney.

g.     Proposed findings of fact and conclusions of law shall be filed by December 3, 2020. Trial briefs addressing contested issues of law may be filed by December 3, 2020.

h.     The deadline to identify witnesses by deposition with transcript is November 25, 2020. The deadline to object to witnesses by deposition and/or to identify other portions of the transcript, is December 9, 2020.

6. This continuance is not sought for the purpose of delay, but rather to permit all the parties to limit legal expenses, conclude discovery and conduct settlement discussions while continuing forward to prepare for trial.

**WHEREFORE, PREMISES CONSIDERED,** the parties respectfully request that the Court enter an Order granting this Motion, continuing the trial date and granting the parties such other and further relief, general or special, at law or in equity, to which they may be justly entitled.

Respectfully Submitted,

Kent Ries, Attorney at Law
2700 S. Western St., Suite 300
Amarillo, Texas 79109
(806) 242-7437
(806) 242-7440-Fax

By: /s/ Kent Ries
  Kent Ries
  State Bar No. 16914050
COUNSEL FOR TRUSTEE

## CERTIFICATE OF CONFERENCE

This certifies that the following have been contacted and that they have the following response to the Motion for Continuance:

Davor Rukavina – Agree
Attorney for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of July, 2020, a true and correct copy of the above and foregoing Motion was sent electronically via ECF or mailed in the United States mail, postage prepaid, to the party listed below:

Davor Rukavina
Munsch, Hardt, Kopf & Harr
500 N. Akard Street, Suite 3800
Dallas, Texas 75201-6659

    /s/  Kent Ries
Kent Ries