



**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed July 27, 2020**

_____
**United States Bankruptcy Judge**
_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **MICHAEL STEPHEN GALMOR,** | § | **CASE NO. 18-20209-RLJ-7** |
| | § | |
| Debtor. | § | |
| | § | |
| And | § | |
| | § | |
| **GALMOR'S/G&G STEAM SERVICE, INC.,** | § | **CASE NO. 18-20210-RLJ-7** |
| | § | |
| Debtor. | § | |
| | § | |
| **KENT RIES, TRUSTEE,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **ADVERSARY NO. 20-2003** |
| | § | |
| **GALMOR FAMILY LIMITED PARTNERSHIP and GALMOR MANAGEMENT, L.L.C.,** | § | |
| | § | |
| Defendants. | § | |

ORDER ON MOTION FOR CONTINUANCE OF TRIAL -PAGE 1

## AGREED ORDER ON MOTION FOR CONTINUANCE OF TRIAL

The Court, having considered the Motion for Continuance of Trial filed by the Plaintiff, doc. 12, finds that the trial setting for this adversary proceeding should be continued from the Court's August 13, 2020 docket to the docket on December 10, 2020.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED**, that the docket call for this trial will be held on December 10, 2020 at 1:30 p.m. in the U.S. Courthouse, 205 Southeast 5th Avenue, Amarillo, Texas 79101, with trial the week of December 14, 2020 at a specific time to be determined at docket call. A pretrial conference shall be scheduled by the parties at least seven (7) days prior to trial docket call, if the parties anticipate trial will exceed one day or there are preliminary matters that should be addressed by the Court prior to trial.

### ### END OF ORDER ###

Respectfully submitted:

/s/ Kent Ries
Kent Ries, Attorney for Plaintiff
State Bar No. 16914050
2700 S. Western St., Suite 300
Amarillo, Texas 79109
 (806) 242-7437
(806) 242-7440 - Fax

**AGREED:**

Munsch, Hardt, Kopf & Harr
500 N. Akard Street, Suite 3800
Dallas, Texas 75201-6659


/s/ Davor Rukavina
Davor Rukavina, Attorney for Defendants