



**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed July 28, 2020**

**United States Bankruptcy Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **MICHAEL STEPHEN GALMOR,** | § | **CASE NO. 18-20209-RLJ-7** |
| | § | |
| Debtor. | § | |
| | § | |
| And | § | |
| | § | |
| **GALMOR'S/G&G STEAM SERVICE, INC.,** | § | **CASE NO. 18-20210-RLJ-7** |
| | § | |
| Debtor. | § | |
| | § | |
| **KENT RIES, TRUSTEE,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **ADVERSARY NO. 20-2003** |
| | § | |
| **GALMOR FAMILY LIMITED PARTNERSHIP and GALMOR MANAGEMENT, L.L.C.,** | § | |
| | § | |
| Defendants. | § | |

**AGREED ORDER ON MOTION FOR CONTINUANCE OF SCHEDULING ORDER**

The Court, having considered the Motion for Continuance of Trial filed by the Plaintiff, doc. 12 and the Order on Motion for Continuance of Trial, doc. 13, finds that the parties agreed scheduling order should also be approved.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED,** that the pretrial deadlines are continued as follows:

1. Federal Bankruptcy Rule 7026(a) disclosures are waived.

2. Paper discovery must be served by September 28, 2020. Discovery must be completed by October 26, 2020.

3. Dispositive motions must be filed by October 26, 2020. Unless otherwise directed by the Presiding Judge, all dispositive motions must be heard no later than November 25, 2020.

4. Names and addresses of experts, along with expert reports, must be exchanged by October 12, 2020.

5. Each party shall file and exchange with opposing counsel a list of witnesses and exhibits by November 25, 2020. Each exhibit shall be marked with an exhibit label, Plaintiff using numbers; Defendant letters. All exhibits not objected to in writing by December 9, 2020, shall be admitted into evidence at trial without further proof, except for objections to relevance.

6. A joint pretrial order in compliance with Local District Rule 16.4 shall be filed, served and uploaded for Court entry by December 3, 2020. All counsel are responsible for preparing the joint pretrial order, which shall contain the following: (a) summary of the claims and defenses of each party; (b) a statement of stipulated facts; (c) a list of

contested issues of fact; (d) a list of contested issues of law; (e) an estimate of the length of trial; (f) a list of additional matters which would aid in the disposition of the case; and (g) the signature of each attorney.

7. Proposed findings of fact and conclusions of law shall be filed by December 3, 2020. Trial briefs addressing contested issues of law may be filed by December 3, 2020.

8. The deadline to identify witnesses by deposition with transcript is November 25, 2020. The deadline to object to witnesses by deposition and/or to identify other portions of the transcript, is December 9, 2020.

### END OF ORDER ###

Respectfully submitted:

/s/ Kent Ries
Kent Ries, Attorney for Plaintiff
State Bar No. 16914050
2700 S. Western St., Suite 300
Amarillo, Texas 79109
 (806) 242-7437
(806) 242-7440 - Fax

**AGREED:**


/s/ Davor Rukavina
Davor Rukavina, Attorney for Defendants