



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed July 27, 2020

United States Bankruptcy Judge

___

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MICHAEL STEPHEN GALMOR, | § | CASE NO. 18-20209-RLJ-7 |
| | § | |
|     Debtor. | § | |
| | § | |
| And | § | |
| | § | |
| GALMOR'S/G&G STEAM SERVICE, INC., | § | CASE NO. 18-20210-RLJ-7 |
| | § | |
|     Debtor. | § | |
| | § | |
| KENT RIES, TRUSTEE, | § | |
| | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | ADVERSARY NO. 20-2003 |
| | § | |
| GALMOR FAMILY LIMITED PARTNERSHIP and GALMOR MANAGEMENT, L.L.C., | § | |
| | § | |
|     Defendants. | § | |

ORDER ON MOTION FOR CONTINUANCE OF TRIAL -PAGE 1

## AGREED ORDER ON MOTION FOR CONTINUANCE OF TRIAL

The Court, having considered the Motion for Continuance of Trial filed by the Plaintiff, doc. 12, finds that the trial setting for this adversary proceeding should be continued from the Court's August 13, 2020 docket to the docket on December 10, 2020.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED**, that the docket call for this trial will be held on December 10, 2020 at 1:30 p.m. in the U.S. Courthouse, 205 Southeast 5th Avenue, Amarillo, Texas 79101, with trial the week of December 14, 2020 at a specific time to be determined at docket call. A pretrial conference shall be scheduled by the parties at least seven (7) days prior to trial docket call, if the parties anticipate trial will exceed one day or there are preliminary matters that should be addressed by the Court prior to trial.

### END OF ORDER ###

Respectfully submitted:

/s/ Kent Ries
Kent Ries, Attorney for Plaintiff
State Bar No. 16914050
2700 S. Western St., Suite 300
Amarillo, Texas 79109
(806) 242-7437
(806) 242-7440 - Fax

**AGREED:**

Munsch, Hardt, Kopf & Harr
500 N. Akard Street, Suite 3800
Dallas, Texas 75201-6659

/s/ Davor Rukavina
Davor Rukavina, Attorney for Defendants

United States Bankruptcy Court
Northern District of Texas

Ries,
    Plaintiff

Adv. Proc. No. 20-02003-rlj

Galmor Family Limited Partnership,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0539-2      User: sramirez      Page 1 of 1      Date Rcvd: Jul 27, 2020
                     Form ID: pdf023      Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2020.
ust          +Cheryl Wilcoxson,    US Trustee,    1100 Commerce St.,    Ste. 976,    Dallas, TX 75242-0996

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust          +E-mail/Text: ustpregion07.hu.ecf@usdoj.gov Jul 27 2020 23:37:24      US Trustee,
                 Office of the US Trustee,    515 Rusk Ave,    Ste 3516,    Houston, TX 77002-2604
ust          +E-mail/Text: ustpregion06.ty.ecf@usdoj.gov Jul 27 2020 23:37:23      US Trustee,
                 Office of the U.S. Trustee,    110 N. College Ave.,    Suite 300,    Tyler, TX 75702-7231
ust          +E-mail/Text: ustpregion06.da.ecf@usdoj.gov Jul 27 2020 23:37:23      United States Trustee,
                 1100 Commerce Street,    Room 976,    Dallas, TX 75242-0996
                                                                                                         TOTAL: 3

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust           Sandra Nixon,    U.S. Trustee
ust            mario zavala
ust*         +US Trustee,    Office of the U.S. Trustee,    110 N. College Ave.,    Suite 300,
                 Tyler, TX 75702-7231
                                                                                               TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2020                                            Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2020 at the address(es) listed below:
               Davor Rukavina    on behalf of Defendant    Galmor Management, L.L.C. drukavina@munsch.com
               Davor Rukavina    on behalf of Defendant    Galmor Family Limited Partnership drukavina@munsch.com
               Kent David Ries    on behalf of Plaintiff Kent   Ries kent@kentries.com
               Reuben L. Hancock    on behalf of Creditor    Happy State Bank rlh@rlhancock.com
                                                                                                          TOTAL: 4