



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed July 28, 2020

**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| MICHAEL STEPHEN GALMOR, | § § § | CASE NO. 18-20209-RLJ-7 |
| Debtor. | § § | |
| And | § § | |
| GALMOR'S/G&G STEAM SERVICE, INC., | § § § § | CASE NO. 18-20210-RLJ-7 |
| Debtor. | § | |
| KENT RIES, TRUSTEE, | § § § | |
| Plaintiff, | § § § | |
| v. | § § | ADVERSARY NO. 20-2003 |
| GALMOR FAMILY LIMITED PARTNERSHIP and GALMOR MANAGEMENT, L.L.C., | § § § § § | |
| Defendants. | § | |

AGREED ORDER ON MOTION FOR CONTINUANCE FOR CONTINUANCE OF SCHEDULING ORDER– PAGE 1

**AGREED ORDER ON MOTION FOR CONTINUANCE OF SCHEDULING ORDER**

The Court, having considered the Motion for Continuance of Trial filed by the Plaintiff, doc. 12 and the Order on Motion for Continuance of Trial, doc. 13, finds that the parties agreed scheduling order should also be approved.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED,** that the pretrial deadlines are continued as follows:

1. Federal Bankruptcy Rule 7026(a) disclosures are waived.

2. Paper discovery must be served by September 28, 2020.  Discovery must be completed by October 26, 2020.

3. Dispositive motions must be filed by October 26, 2020.  Unless otherwise directed by the Presiding Judge, all dispositive motions must be heard no later than November 25, 2020.

4. Names and addresses of experts, along with expert reports, must be exchanged by October 12, 2020.

5. Each party shall file and exchange with opposing counsel a list of witnesses and exhibits by November 25, 2020.  Each exhibit shall be marked with an exhibit label, Plaintiff using numbers; Defendant letters.  All exhibits not objected to in writing by December 9, 2020, shall be admitted into evidence at trial without further proof, except for objections to relevance.

6. A joint pretrial order in compliance with Local District Rule 16.4 shall be filed, served and uploaded for Court entry by December 3, 2020.  All counsel are responsible for preparing the joint pretrial order, which shall contain the following: (a) summary of the claims and defenses of each party; (b) a statement of stipulated facts; (c) a list of

contested issues of fact; (d) a list of contested issues of law; (e) an estimate of the length of trial; (f) a list of additional matters which would aid in the disposition of the case; and (g) the signature of each attorney.

7. Proposed findings of fact and conclusions of law shall be filed by December 3, 2020. Trial briefs addressing contested issues of law may be filed by December 3, 2020.

8. The deadline to identify witnesses by deposition with transcript is November 25, 2020. The deadline to object to witnesses by deposition and/or to identify other portions of the transcript, is December 9, 2020.

### END OF ORDER ###

Respectfully submitted:

/s/ Kent Ries
Kent Ries, Attorney for Plaintiff
State Bar No. 16914050
2700 S. Western St., Suite 300
Amarillo, Texas 79109
 (806) 242-7437
(806) 242-7440 - Fax

**AGREED:**


/s/ Davor Rukavina
Davor Rukavina, Attorney for Defendants

United States Bankruptcy Court
Northern District of Texas

Ries,
    Plaintiff                                                      Adv. Proc. No. 20-02003-rlj

Galmor Family Limited Partnership,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0539-2         User: sramirez         Page 1 of 1         Date Rcvd: Jul 28, 2020
                           Form ID: pdf001       Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2020.
ust           +Cheryl Wilcoxson,   US Trustee,   1100 Commerce St.,   Ste. 976,   Dallas, TX 75242-0996

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust          +E-mail/Text: ustpregion07.hu.ecf@usdoj.gov Jul 29 2020 00:23:11     US Trustee,
                Office of the US Trustee,   515 Rusk Ave,   Ste 3516,   Houston, TX 77002-2604
ust          +E-mail/Text: ustpregion06.ty.ecf@usdoj.gov Jul 29 2020 00:23:11     US Trustee,
                Office of the U.S. Trustee,   110 N. College Ave.,   Suite 300,   Tyler, TX 75702-7231
ust          +E-mail/Text: ustpregion06.da.ecf@usdoj.gov Jul 29 2020 00:23:11     United States Trustee,
                1100 Commerce Street,   Room 976,   Dallas, TX 75242-0996
                                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust           Sandra Nixon,   U.S. Trustee
ust           mario zavala
ust*         +US Trustee,   Office of the U.S. Trustee,   110 N. College Ave.,   Suite 300,
                Tyler, TX 75702-7231
                                                                                    TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2020                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2020 at the address(es) listed below:
              Davor  Rukavina   on behalf of Defendant   Galmor Management, L.L.C. drukavina@munsch.com
              Davor  Rukavina   on behalf of Defendant   Galmor Family Limited Partnership drukavina@munsch.com
              Kent David Ries   on behalf of Plaintiff Kent  Ries kent@kentries.com
              Reuben L. Hancock   on behalf of Creditor   Happy State Bank rlh@rlhancock.com
                                                                                         TOTAL: 4