Kent Ries
State Bar No. 16914050
2700 S. Western St., Suite 300
Amarillo, Texas 79109
(806) 242-7437
(806) 242-7440 – Fax
kent@kentries.com

COUNSEL FOR TRUSTEE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MICHAEL STEPHEN GALMOR, | § | CASE NO. 18-20209-RLJ-7 |
| | § | |
| Debtor. | § | |
| | § | |
| And | § | |
| | § | |
| GALMOR'S/G&G STEAM SERVICE, INC., | § | CASE NO. 18-20210-RLJ-7 |
| | § | |
| Debtor. | § | |
| | § | |
| KENT RIES, TRUSTEE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | ADVERSARY NO. 20-2003 |
| | § | |
| GALMOR FAMILY LIMITED PARTNERSHIP and GALMOR MANAGEMENT, L.L.C., | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE

TO THE HONORABLE ROBERT L. JONES, BANKRUPTCY JUDGE:

COMES NOW, Jerry McLaughlin and hereby files this Notice of Appearance as Special Co-Counsel for Trustee and hereby requests that all pleadings given or required to be given in this

**NOTICE OF APPEARANCE – PAGE 1**

Adversary Proceeding, and all papers served or required to be served in this Adversary Proceeding, be given to and served upon its Special Co-Counsel, as follows:

> Jerry D. McLaughlin
> Law Office of Jerry D. McLaughlin
> 2700 S. Western, Suite 1000
> Amarillo, Texas 79105-9375
> jmclaw@suddenlinkmail.com

This request includes all notices, copies, and pleadings referred to in Title 11, United States Code, the Bankruptcy Rules and Local Bankruptcy Rules, including, without limitation, notices of any order, motions, or any other documents brought before this Court in this Adversary Proceeding.

> Respectfully submitted,
>
> Kent Ries, Attorney at Law
> 2700 S. Western St., Suite 300
> Amarillo, Texas 79109
>
> By: /s/ Kent Ries
>     Kent Ries
>     State Bar No. 16914050
>
> COUNSEL FOR TRUSTEE

## CERTIFICATE OF SERVICE

I certify that on the 23rd day of March, 2021, a true and correct copy of the foregoing Notice was sent either electronically via ECF or mailed in the United States mail, postage prepaid, to the parties listed below:

Jerry McLaughlin
2700 S. Western, Suite 1000
Amarillo, Texas 79109

> /s/ Kent Ries
> Kent Ries

**NOTICE OF APPEARANCE – PAGE 2**