

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed July 23, 2021**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MICHAEL STEPHEN GALMOR, | § | Case No.: 18-20209-RLJ-7 |
| | § | |
| Debtor. | § | |
| | § | |
| KENT RIES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Adversary No. 20-02003 |
| | § | |
| GALMOR FAMILY LIMITED | § | |
| PARTNERSHIP, GALMOR | § | |
| MANAGEMENT, L.L.C., | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

On June 24, 2021, plaintiff Kent Ries filed an agreed motion seeking to amend the scheduling order and to continue trial docket call to February 2022.  It is, therefore,

1

ORDERED that this adversary proceeding is hereby set for trial docket call on the Court's Amarillo docket in **February 2022**, at 205 Southeast Fifth Avenue, Amarillo, Texas;[1] the specific date(s) for trial will be determined at docket call.

### End of Order ###

---

[1] The date for the February 2022 Amarillo docket will be determined once the Court posts its docket dates for 2022. The Court is currently conducting Amarillo dockets via WebEx; this procedure may still be in place in February 2022. Please consult the Court's website, https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-jones-hearing-dates, prior to trial docket call for the latest docket location and attendance information.