

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed August 2, 2021**

**_____**
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MICHAEL STEPHEN GALMOR, | § | Case No.: 18-20209-RLJ-7 |
| | § | |
| Debtor. | § | |
| | § | |
| KENT RIES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Adversary No. 20-02003 |
| | § | |
| GALMOR FAMILY LIMITED | § | |
| PARTNERSHIP and GALMOR | § | |
| MANAGEMENT, L.L.C., | § | |
| | § | |
| Defendants. | § | |

## ORDER

On June 24, 2021, plaintiff Kent Ries filed an agreed motion seeking to amend the scheduling order and to continue trial docket call to February 2022. On July 23, 2021, the Court

entered its order setting trial docket call on the Court's Amarillo docket in February 2022,[1] with the specific date(s) for trial to be determined at docket call. The Court grants the parties' proposed scheduling plan as follows:

a. Rule 7026(a)(1)(A) disclosures are waived.

b. Paper discovery that is outstanding must be answered by July 9, 2021. Any further paper discovery must be served by July 16, 2021.

c. Rule 26(a)(2) disclosures shall be made by August 16, 2021 for principal experts, and by September 30, 2021 for rebuttal experts, if any.

d. Discovery, including depositions, must be completed by October 29, 2021.

e. Dispositive motions must be filed by November 18, 2021

f. Each party shall file and exchange with opposing counsel a list of witnesses and exhibits by January 20, 2022. Each exhibit shall be marked with an exhibit label, Plaintiff using numbers; Defendant letters. All exhibits not objected to in writing by February 3, 2022 shall be admitted into evidence at trial without further proof, except for objections to relevance. The foregoing shall not apply to impeachment evidence.

g. A joint pretrial order in compliance with Local District Rule 16.4 shall be filed, served, and uploaded for Court entry by February 1, 2022. All counsel are responsible for preparing the joint pretrial order, which shall contain the following: (a) summary of the claims and defenses of each party; (b) a statement of stipulated facts; (c) a list of contested issues of fact; (d) a list of contested issues of law; (e) an estimate of the length of trial; (f) a list of additional matters which would aid in the disposition of the case; and (g) the signature of each attorney.

---

[1] The date for the February 2022 Amarillo docket will be determined once the Court posts its docket dates for 2022.

h.  Proposed findings of fact and conclusions of law shall be filed by February 1, 2022. Trial briefs addressing contested issues of law may be filed by February 1, 2022.

i.  The deadline to identify witnesses by deposition with transcript is January 20, 2022, and portions of any transcript sought to be admitted shall be specifically designated. The deadline to object to witnesses by deposition and/or to identify other portions of the transcript is February 3, 2022. The foregoing does not apply to impeachment transcripts.

### End of Order ###