Alysia Cordova, TSB #24074076
*Mullin Hoard & Brown, LLP*
500 South Taylor, Suite 800, LB #213
P.O. Box 31656
Amarillo, TX 79120-1656
Tel:	806-372-5050
Fax:	806-372-5086
acordova@mhba.com
www.mullinhoard.com
*Attorneys for Great Plains Bank*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| | § | |
| **Michael Stephen Galmor,** | § | No. 18-20209-RLJ-7 |
| Debtor, | § | |
| | § | |
| and | § | |
| | § | |
| **Galmor's/G&G Steam Service, Inc.,** | § | No. 18-20210-RLJ-7 |
| Debtor. | § | |

| | | |
|---|---|---|
| **Kent Ries, Trustee,** | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Adversary No. 20-02003-RLJ |
| | § | |
| **Galmor Family Limited Partnership,** | § | |
| Defendant. | § | |

### NOTICE OF APPEARANCE OF ALYSIA CÓRDOVA
### AS ATTORNEY FOR GREAT PLAINS BANK

TO THE HONORABLE COURT:

Interested party GREAT PLAINS BANK files this Notice of Entry of Appearance of Alysia Córdova of Mullin Hoard & Brown, L.L.P. as attorney of record for GREAT PLAINS BANK and respectfully shows as follows:

1.	Great Plains Bank has retained Alysia Córdova to serve in this and all related causes as attorney of record on its behalf. Great Plains Bank is a creditor in the related

bankruptcy for Debtor Michael Stephen Galmor and is consequently a party interested in this adversary.

2.  Alysia Córdova is a licensed attorney in good standing with the State Bar of Texas and is admitted to practice before this Court. Ms. Córdova's address, telephone number, facsimile number, email address, and Texas state bar number are as follows:

> Alysia Córdova, TBN 24074076
> MULLIN HOARD & BROWN, L.L.P.
> 500 South Taylor, Suite 800
> P. O. Box 31656
> Amarillo, Texas 79120-1656
> Telephone: (806) 372-5050
> Facsimile: (806) 372-5086
> acordova@mhba.com

3.  Great Plains Bank hereby notifies the Court, the parties, and all parties' attorneys of record that Alysia Córdova enters her appearance as attorney of record for Interested Party Great Plains Bank.

> Respectfully submitted,
>
> MULLIN HOARD & BROWN, L.L.P.
> Alysia Córdova, TBN 24074076
> 500 South Taylor, Suite 800
> P. O. Box 31656
> Amarillo, Texas 79120-1656
> (806) 372-5050
> FAX: (806) 372-5086
> acordova@mhba.com - Email
>
>
> By: */s/ Alysia Córdova*
>     Alysia Cordova
>
> ***ATTORNEYS FOR GREAT PLAINS BANK***

## **CERTIFICATE OF SERVICE**

    I hereby certify that, on this 24th day of August 2021, the foregoing Notice is being served on all parties pursuant to the court's CM/ECF filing system.

                                                */s/ Alysia Córdova*
                                                 Alysia Cordova