Kent Ries, Attorney at Law
State Bar No. 16914050
2700 S. Western St., Suite 300
Amarillo, Texas 79109
(806) 242-7437
(806) 242-7440 – Fax
kent@kentries.com

COUNSEL FOR TRUSTEE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **MICHAEL STEPHEN GALMOR,** | § | **CASE NO. 18-20209-RLJ-7** |
| | § | |
| Debtor. | § | |
| | § | |
| And | § | |
| | § | |
| **GALMOR'S/G&G STEAM SERVICE, INC.,** | § | **CASE NO. 18-20210-RLJ-7** |
| | § | |
| Debtor. | § | |
| | § | |
| **KENT RIES, TRUSTEE,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **ADVERSARY NO. 20-2003** |
| | § | |
| **GALMOR FAMILY LIMITED PARTNERSHIP and GALMOR MANAGEMENT, L.L.C.,** | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF HEARING ON PLAINTIFF'S MOTION TO COMPEL DEFENDANTS TO ANSWER DISCOVERY

You are hereby notified that a hearing on Plaintiff's Motion to Compel Defendants to Answer Discovery filed in the above-captioned bankruptcy proceeding, is set for docket call at 1:30 p.m. on November 10, 2021, in the J. Marvin Jones Federal Building, 205 Southeast Fifth Avenue, Amarillo, Texas 79101.

Respectfully submitted,

Kent Ries, Attorney at Law
2700 S. Western St., Suite 300
Amarillo, Texas 79109
(806) 242-7437
(806) 242-7440-Fax

By: /s/ Kent Ries
    Kent Ries
    State Bar No. 16914050

COUNSEL FOR TRUSTEE

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of October, 2021, a true and correct copy of the above and foregoing document was sent electronically via ECF or mailed in the United States mail, postage prepaid, to the parties listed below.

    Davor Rukavina
    Munsch, Hardt, Kopf & Harr
    500 N. Akard Street, Suite 3800
    Dallas, Texas 75201-6659

/s/ Kent Ries
Kent Ries, Trustee