Davor Rukavina, Esq.
Texas Bar No. 24030781
Thomas Berghman, Esq.
Texas Bar No. 24082683
MUNSCH HARDT KOPF & HARR P.C.
500 N. Akard St., Ste. 3800
Dallas, Texas 75201
Telephone: 214-855-7500
Facsimile: 214-855-7584

ATTORNEYS FOR LESLIE PRITCHARD

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MICHAEL STEPHEN GALMOR, | § | CASE NO. 18-20209-RLJ-7 |
| | § | |
| Debtor. | § | |
| | § | |
| And | § | |
| | § | |
| GALMOR'S/G&G STEAM SERVICE, INC., | § | CASE NO. 18-20210-RLJ-7 |
| | § | |
| Debtor. | § | |
| | § | |
| KENT RIES, TRUSTEE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | ADVERSARY NO. 20-2003 |
| | § | |
| GALMOR FAMILY LIMITED PARTNERSHIP and GALMOR MANAGEMENT, L.L.C., | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF RESET HEARING

PLEASE TAKE NOTICE that the United States Bankruptcy Court for the Northern District of Texas will convene a hearing on the *Plaintiff's Motion to Compel Defendants to Answer Discovery*, to be held on **November 16, 2021 at 2:00 p.m.** on the Court's video-docket.

Notice of Hearing —Page 1

        **MUNSCH HARDT KOPF & HARR, P.C.**

        By: /s/ Thomas Berghman
           Davor Rukavina, Esq.
           Texas Bar No. 24030781
           Thomas Berghman, Esq.
           Texas Bar No. 24082683
           3800 Ross Tower
           500 North Akard St.
           Dallas, Texas  75201
           Telephone: (214) 855-7500
           Facsimile: (214) 978-4375

        **ATTORNEYS FOR LESLIE PRITCHARD**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this the 14th day of November, 2021, true and correct copies of this document were served via the Court's ECF system on parties entitled to notice thereby, including Kent Ries, Esq., the Trustee and Plaintiff.

        By: /s/ Thomas Berghman
           Thomas D. Berghman, Esq.