**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **MICHAEL STEPHEN GALMOR,** | § | **CASE NO. 18-20209-RLJ-7** |
| | § | |
| Debtor. | § | |
| | § | |
| **And** | § | |
| | § | |
| **GALMOR'S/G&G STEAM SERVICE,** | § | **CASE NO. 18-20210-RLJ-7** |
| **INC.,** | § | |
| | § | |
| Debtor. | § | |
| | § | |
| **KENT RIES, TRUSTEE,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| **v.** | § | **ADVERSARY NO. 20-2003** |
| | § | |
| **GALMOR FAMILY LIMITED** | § | |
| **PARTNERSHIP and GALMOR** | § | |
| **MANAGEMENT, L.L.C.,** | § | |
| | § | |
| Defendants. | § | |

## AFFIDAVIT OF MICHAEL STEPHEN GALMOR

BEFORE ME, the undersigned authority, on this day personally appeared Michael Stephen

Galmor, who swore on oath that the following facts are true:

"My name is Michael Stephen Galmor. I am sound mind, capable of making this affidavit,

and have personal knowledge of the facts stated herein.

I have served as the President of Galmor's/ G&G Steam Service, Inc. since the corporation

began in August of 2011. I also served as the manager of Galmor Management, L.L.C. since my

father passed away on April 3, 2013. Galmor Management, L.L.C. is the corporate general partner

of the Galmor Family Limited Partnership. So I served as the manager of the Galmor Family Limited Partnership from April 3, 2013 until my sister, Leslie Pritchard, took over that role in August of 2019.

I have reviewed the affidavit of Matt Brooks being filed contemporaneously with this affidavit in support of Plaintiff's partial motion for summary judgement. As the President of Galmor's/ G&G Steam Service, Inc. I was the person responsible for the supervision of Matt Brooks. This supervision included instructing him to invoice the Galmor Family Limited Partnership for expenses incurred by Galmor's/ G&G Steam Service, Inc. for the benefit of, and properly allocated to, the Galmor Family Limited Partnership. These expenses included the normal maintenance costs and operational expenses incurred in operating nearly 3000 acres of farm and ranch land that was owned by the Galmor Family Limited Partnership. Further, the invoices included expenses for the care and well-being of my mother, Shirley Jo Galmor, during the time period after my father passed away, until she passed away on March 13, 2017.

While the Galmor Family Limited Partnership had substantial real estate holdings, that real estate was burdened with substantial secured debt as well. Further, during the term of my management the gas wells on the property were diminishing in production. In short, the Galmor Family Limited Partnership had insufficient funds to pay its own operating expenses. The Galmor Family Limited Partnership was set up and funded by my parents with most all of their assets to take care of their living expenses in their retirement years. The primary beneficiaries of the Galmor Family Limited Partnership and its related trusts were my parents. Unfortunately the Galmor Family Limited Partnership did not generate sufficient cash to properly care for my mother in her final years.

Galmor's/ G&G Steam Service, Inc. was owned solely by me, and in order to properly maintain the Galmor Family Limited Partnership land and business operations, and properly care for my mother, I used Galmor's/ G&G Steam Service, Inc. funds to support the Galmor Family Limited Partnership. This included Galmor's/ G&G Steam Service, Inc. directly paying expenses and salaries that were properly allocated to the Galmor Family Limited Partnership. I directed Galmor's/ G&G Steam Service, Inc. employees to run the operations of the Galmor Family Limited Partnership and to care for my mother. Further, Galmor's/ G&G Steam Service, Inc. directly advanced funds to the Galmor Family Limited Partnership when it ran out of cash to pay its bills.

Over time, the outside funds needed by the Galmor Family Limited Partnership to operate increased and became burdensome to Galmor's/ G&G Steam Service, Inc.'s financial position. However, I continued to financially support the Galmor Family Limited Partnership through Galmor's/ G&G Steam Service, Inc., with the expectation that the Galmor Family Limited Partnership would repay this debt, even if that repayment meant eventually liquidating some of the Galmor Family Limited Partnership's real estate holdings. Liquidating the Galmor Family Limited Partnership real estate was considered by me to be the method of last resort to fund its operations and for the repayment of its debt. Galmor's/ G&G Steam Service, Inc. kept records of all the funds, salaries, expenses and other debts incurred by the Galmor Family Limited Partnership so that a proper accounting could be made of its debt owed to Galmor's/ G&G Steam Service, Inc.

While preparing to file schedules for Galmor's/ G&G Steam Service, Inc. bankruptcy case, I worked with Matt Brooks and Deena Carter on the amounts owed by the Galmor Family Limited Partnership to Galmor's/ G&G Steam Service, Inc. My bankruptcy counsel and his staff also worked with us to accurately describe and calculate these amounts owed. My bankruptcy counsel stressed to me that these descriptions should be accurate as I would be approving these bankruptcy

schedules under penalty of perjury. A true and correct copy of my bankruptcy schedules and my statement of their accuracy is attached to this affidavit as Exhibit A. Exhibit A is incorporated in this affidavit.

On pages 6 and 7 of Galmor's/ G&G Steam Service, Inc. schedules (Document #14) filed in Case No. 18-20210, I answered Question #74 regarding claims of Galmor's/ G&G Steam Service, Inc. against the Galmor Family Limited Partnership to the best of my personal knowledge. I described four different type of debts owed by the Galmor Family Limited Partnership to Galmor's/ G&G Steam Service, Inc. First was the net amount of advances of funds made to, and repayments made by, the Galmor Family Limited Partnership, which totaled $186,341.19. Second was the amount of expenses Galmor's/ G&G Steam Service, Inc. paid out of its bank account that were expenses incurred for the benefit of the Galmor Family Limited Partnership. This included amounts that the Galmor Family Limited Partnership needed to operate its business operations, and expenses incurred to maintain the care of my mother, which were supposed to be paid by the Galmor Family Limited Partnership. These amounts were documented by specific invoices prepared over several years. This amount totaled $384,902.74. These two amounts were calculated by Matt Brooks and reviewed by me. The affidavit of Matt Brooks I reviewed accurately describes the details of these two amounts.

Third, Galmor's/ G&G Steam Service, Inc. paid off the debt on a 2014 Dodge van that had been purchased by my mother to transport her with handicapped accessible equipment. The amount paid on May 19, 2017 was $24,807.39. This debt should have been paid by the Galmor Family Limited Partnership, but it had insufficient funds to do so. A true and correct copy of the documents regarding this van and its payoff are attached to this affidavit as Exhibit B. Exhibit B is incorporated in this affidavit.

In addition to the actual funds advanced to the Galmor Family Limited Partnership and expenses paid on behalf of the Galmor Family Limited Partnership, Galmor's/ G&G Steam Service, Inc. paid the salaries of me and my secretary, Deena Carter. After my father passed away a substantial part of my time and Deena Carter's time was used to take care of the Galmor Family Limited Partnership's land and business operations, and for the care of my mother. Working with my bankruptcy counsel, we estimated that approximately two thirds of the cost to Galmor's/ G&G Steam Service, Inc. for the salary and benefits of myself and Deena Carter should be allocated and charged to the Galmor Family Limited Partnership. Over a period of four years prior to the filing of the Galmor's/ G&G Steam Service, Inc. bankruptcy case, we estimated that the salary and benefits of myself and Deena Carter was approximately $750,000.00. Therefore the fourth part of Question #74 on Galmor's/ G&G Steam Service, Inc. bankruptcy schedules states that the Galmor Family Limited Partnership should reimburse Galmor's/ G&G Steam Service, Inc. for these expenses in the amount of $500,000.00.

I have personal knowledge of all four parts of the answers to Question #74 of Galmor's/ G&G Steam Service, Inc. bankruptcy schedules. At the time of filing the Galmor's/ G&G Steam Service, Inc. bankruptcy case, the total amount of $1,096,051.32 was due from the Galmor Family Limited Partnership to Galmor's/ G&G Steam Service, Inc. for the debts described above and on the bankruptcy schedules. I have no personal knowledge that the Galmor Family Limited Partnership has paid any of this debt since the Galmor's/ G&G Steam Service, Inc. bankruptcy case was filed.

During all the relevant times described above, when these debts were incurred by the Galmor Family Limited Partnership to Galmor's/ G&G Steam Service, Inc. I was the president of Galmor's/ G&G Steam Service, Inc. and the manager of Galmor Family Limited Partnership. There are no other persons from either entity that had superior management authority over these two

entities besides me. Matt Brooks and Deena Carter, along with my bankruptcy counsel and his staff, worked under my direction to complete the Galmor's/ G&G Steam Service, Inc. bankruptcy schedules based on my personal knowledge and the documents described in Matt Brooks' affidavit and this affidavit."

_____
Michael Stephen Galmor

SWORN TO AND SUBSCRIBED before me on _November 16, 2021_

_Chelsea Hatfield_
Notary Public, State of Texas

My commission expires:

_09-09-2023_

CHELSEA HATFIELD
Notary Public, State of Texas
Comm. Expires 09-09-2023
Notary ID 132163228

# EXHIBIT "A"

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Galmor's/G&G Steam Service, Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF TEXAS |
| Case number (if known) | **18-20210** |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

| Executed on | **July  2, 2018** | X */s/ Michael Stephen Galmor* |
|---|---|---|
| | | Signature of individual signing on behalf of debtor |
| | | **Michael Stephen Galmor** |
| | | Printed name |
| | | **President** |
| | | Position or relationship to debtor |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name        **Galmor's/G&G Steam Service, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)    **18-20210**

☐ Check if this is an
amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals            12/15

| Part 1: | Summary of Assets |
|---|---|

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*............................................................................................... $    **215,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................................ $    **3,823,085.95**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................................................. $    **4,038,085.95**

| Part 2: | Summary of Liabilities |
|---|---|

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $    **289,426.72**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................................. $    **1,786,747.89**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................. +$    **3,654,267.92**

4.    Total liabilities ................................................................................................................
    Lines 2 + 3a + 3b

$    **5,730,442.53**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|
| Debtor name **Galmor's/G&G Steam Service, Inc.** |
| United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS |
| Case number (if known) **18-20210** |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:       Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |  |
| 3.1. | **Checking Account No. 443766**<br>**Great Plains National Bank**<br>**PO Box 488**<br>**Elk City, Oklahoma, 73648** | **Checking Account** | 3766 | $3,976.84 |
| 3.2. | **Checking Account No. 443762**<br>**Great Plains National Bank**<br>**PO Box 488**<br>**Elk City, Oklahoma, 73648** | **Checking Account** | 3762 | $1,671.56 |
| 3.3. | **Checking Account No. 14818**<br>**AIM Bank**<br>**305 N. Main Street**<br>**Shamrock, Texas 79079** | **Checking Account** | 4818 | $2,306.88 |
| 3.4. | **Savings Account No. -9453**<br>**Great Plains National Bank**<br>**PO Box 488**<br>**Elk City, Oklahoma, 73648** | **Savings** | 9453 | $589.57 |
| 3.5. | **Savings Account No. -4110**<br>**Great Plains National Bank**<br>**PO Box 488**<br>**Elk City, Oklahoma, 73648** | **Savings** | 4110 | $4,611.93 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Galmor's/G&G Steam Service, Inc. | Case number *(If known)* | 18-20210 |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 3.6. | Savings Account No. -4064<br>Great Plains National Bank<br>PO Box 488<br>Elk City, Oklahoma, 73648 | Savings | 4064 | $815.76 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** $13,972.54

    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

  ■ No. Go to Part 3.
  ☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

  ☐ No. Go to Part 4.
  ■ Yes Fill in the information below.

11. **Accounts receivable**

    11a. 90 days old or less:    421,978.50   -   0.00   = ....    $421,978.50

               face amount               doubtful or uncollectible accounts

12. **Total of Part 3.** $421,978.50

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

  ■ No. Go to Part 5.
  ☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

  ■ No. Go to Part 6.
  ☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

  ■ No. Go to Part 7.
  ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

  ☐ No. Go to Part 8.
  ■ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Galmor's/G&G Steam Service, Inc.** | Case number *(if known)* | **18-20210** |
|---|---|---|---|
| | Name | | |

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | Office furniture **Office Furniture** | $0.00 | N/A | $10,000.00 |
| 40. | **Office fixtures** | | | |
| 41. | Office equipment, including all computer equipment and communication systems equipment and software **Electronics: Computers, Printers, Xerox Machines** | $0.00 | N/A | $10,000.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| | $20,000.00 |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No. Go to Part 9.
   ■ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **2013 MGL Conveyer** | $0.00 | N/A | $45,000.00 |
| 47.2. | **2013 Kleeman MC09I EVO Cone Crusher** | $0.00 | N/A | $350,000.00 |
| 47.3. | **Vehicles and Equipment Free and Clear of Liens. See Attached List.** | $0.00 | N/A | $625,600.00 |
| 47.4. | **Vehicles and Equipment. See Attached List. These vehicles were paid in full, but then used as collateral on the note at Great Plains National Bank** | $0.00 | N/A | $1,250,483.59 |

---

| Debtor | **Galmor's/G&G Steam Service, Inc.** | Case number *(If known)* **18-20210** |
|---|---|---|
| | Name | |

**48. Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**49. Aircraft and accessories**

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**51. Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

|  |
|---|
| $2,271,083.59 |

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Other: Office Building In Elk City, Oklahoma**<br>**112 Panel Road**<br>**Elk City, Oklahoma 73664**<br>**Legal Description:**<br>**1.51 Acres, Addition 425, Block 11N, Lot 21W** | Fee simple | $0.00 | N/A | $200,000.00 |
| 55.2. **Storage Building in Shamrock, Texas**<br>**Physical Address:**<br>**805 W. Hwy 66**<br>**Shamrock, Texas 79079**<br>**Legal Description:**<br>**E119 Lot 5 and W6 Lot 6, Block 3, Schlegel-Shamrock** | Fee simple | $0.00 | N/A | $15,000.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    

| Debtor | **Galmor's/G&G Steam Service, Inc.** | Case number *(If known)* | **18-20210** |
|---|---|---|---|
| | Name | | |

**56.**  **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

$215,000.00

**57.**  **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

**58.**  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

---

**Part 10:**  **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

---

**Part 11:**  **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| **71.** | **Notes receivable**<br>Description (include name of obligor) | |
| **72.** | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| **73.** | **Interests in insurance policies or annuities** | |
| **74.** | **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>Amount Owed to Debtor by Galmor Family Limited Partnership.<br>Debtor operated a rock quarry on Galmor Family Limited Partnership land and paid a royalty of .50 per ton of produced product. Debtor gave an advance to Galmor Family Limited Partnership to cover their personal expenses and bills. After the death of Steve Galmor's father, Steve's mother couldn't pay her bills. Debtor advanced money on the rock to be sold so his mother could pay her bills. | $186,341.19 |
| | **Nature of claim**  Collection | |
| | **Amount requested**  $186,341.19 | |

---

| Debtor | **Galmor's/G&G Steam Service, Inc.** | Case number *(If known)* | **18-20210** |
|---|---|---|---|
| | Name | | |

**Amount Owed to Debtor by Galmor Family Limited Partnership**
Michael Stephen Galmor loaned funds to Galmor's/G&G Steam Service, Inc. In turn, Galmor's/G&G Steam Service, Inc. distributed those funds to Galmor Family Limited Partnership to pay payroll obligations and medical insurance for the Partnership's employees and also for medical aid for the care of Michael Stephen Galmor's mother.

$384,902.74

| Nature of claim | Collection |
|---|---|
| Amount requested | $384,902.74 |

**Amount Owed to Debtor by Galmor Family Limited Partnership.**
Michael Stephen Galmor loaned funds to Galmor's/G&G Steam Service, Inc. In turn, Galmor's/G&G Steam Service, Inc. distributed those funds to Galmor Family Limited Partnership to pay off a handicap van for his mother that was financed at First State Bank.

$24,807.39

| Nature of claim | Collection |
|---|---|
| Amount requested | $24,807.39 |

**Amount Owed to Debtor by Galmor Family Limited Partnership**
Michael Stephen Galmor loaned funds to Galmor's/G&G Steam Service, Inc. In turn, Galmor's/G&G Steam Service, Inc. distributed those funds to Galmor Family Limited Partnership to pay the wages of Michael Stephen Galmor and Deena Carter becuase the Galmor Family Limited Partnership couldn't support the wages.

$500,000.00

| Nature of claim | Collection |
|---|---|
| Amount requested | $500,000.00 |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**

$1,096,051.32

Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

---

| Debtor | **Galmor's/G&G Steam Service, Inc.** | Case number *(If known)* **18-20210** |
|---|---|---|
| | Name | |

| **Part 12:** | **Summary** |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $13,972.54 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $421,978.50 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $20,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $2,271,083.59 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $215,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,096,051.32 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,823,085.95 | + 91b. $215,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $4,038,085.95 |

Schedule A/B Assets - Real and Personal Property

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Make | Type | Year | Model | Vin# | Market Value |
|---|---|---|---|---|---|
| Ford | Pickup | 2009 | F-250 | 1FTSX215X9EA34845 | 10,000 |
| Circle M | Trailer | 2005 | Circle M Trailer - 32'x102" 6800# | 1C9GS32245A634027 | 3,000 |
| Circle M | Trailer | 2005 | Circle M Trailer - 30'x102" 6400# | 1C9GS30245A634029 | 2,500 |
| Ford | Service Truck | 1997 | F350 Ford XL (white) | 1FDJX35G46FB11230 | 1,200 |
| Chevy | Pickup | 2003 | Silverado 1500 | 1GCEC14XX3Z334742 | 2,100 |
| Dodge | Pickup | 2002 | Ram 2500 | 3B6KF26602M261390 | 3,000 |
| Ford | Pickup | 1972 | 4 wheel drive | F26YNK21282 | 800 |
| Merrit | Trailer | 1989 | Merrit Cattle Trailer | 1MT2N4821JH006097 | 5,000 |
| Dodge | Sports Car | 2012 | Steve's Challenger CS8-CP | 2C3CDYCJOCHI48125 | 42,000 |
| GMC | Service Truck | 2005 | 1 1/2 Ton Truck C5C-CB | 1GDE6C1245F532344 | 37,000 |
| Cadillac | Car | 1999 | 1999 Cadillac | 1G6KD54Y2XU742917 | 5,500 |
| Ford | Pickup | 2005 | Excursion | 1FMSU45P95EA31165 | 20,000 |
| Stock Trailer | Trailer | 2012 | 5x16 Stock Trailer | 1H9BL1628C484914 | 4,500 |
| Astec | Screener | | Astec Mobile Screen JCI GT165DF | T110183 | 145,000 |
| Peterbilt | Water Truck | 1997 | Peterbilt Water Truck | 1NPAL79X8VD438083 | 26,000 |
| Kleeman | Screener | 2013 | Kleeman MS19Z Mobiscreen | K054.0252 | 215,000 |
| Lincoln | Navigator | 2012 | Lincoln Navigator | 5LMJJ3J56CEL03829 | 25,000 |
| Conveyor | Conveyor | | MS65 32 Hydraulic Wheeled Conveyor | 14M56532534 | 39,000 |
| Conveyor | Conveyor | | MS65 32 Hydraulic Wheeled Conveyor | 14M56532540 | 39,000 |

**FREE AND CLEAR OF ALL LIENS**

| Make | Type | Year | Model | Vin# | Market Value |
|------|------|------|-------|------|--------------|
| Caterpillar | Loader/Forklift | 2011 | 980H Loader | OJMS06159 | 250,000 |
| Caterpillar | Loader/Forklift | 2011 | 980H Loader | OJMS06296 | 250,000 |
| Caterpillar | Surface Miner | 2011 | Wirtgen 2200SM Surface miner | 821.0601 | 650,000 |
| Komatsu | Loader/Forklift | | WA500-6 Wheel Loader | A93060 | 130,000 |
| Komatsu | Loader/Forklift | 2012 | 380 Loader | 66184 | 110,000 |

## USED AS COLLATERAL AT GREAT PLAINS NATIONAL BANK

**Fill in this information to identify the case:**

Debtor name    **Galmor's/G&G Steam Service, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)    **18-20210**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Beckham County Treasurer**<br>Creditor's Name<br><br><br>**P.O. Box 600**<br>**Sayre, OK 73662**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**2016 and 2017**<br>**Last 4 digits of account number**<br>**2336**<br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. Beckham County Treasurer**<br>**2. Great Plains National Bank** | Describe debtor's property that is subject to a lien<br>**Office Building In Elk City, Oklahoma**<br>**112 Panel Road**<br>**Elk City, Oklahoma 73664**<br>**Legal Description:**<br>**1.51 Acres, Addition 425, Block 11N, Lot 21W**<br><br>Describe the lien<br>**Statutory Lien**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,426.72 | $200,000.00 |
| **2.2** **Great Plains National Bank**<br>Creditor's Name<br><br><br>**2017 W. 3rd St.**<br>**Elk City, OK 73644**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known | Describe debtor's property that is subject to a lien<br>**Other: Office Building In Elk City, Oklahoma**<br>**112 Panel Road**<br>**Elk City, Oklahoma 73664**<br>**Legal Description:**<br>**1.51 Acres, Addition 425, Block 11N, Lot 21W**<br><br>Describe the lien<br>**First Mortgage**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim? | $22,000.00 | $200,000.00 |

Case 18-20210-rlj Doc 14 Filed 07/02/18 Entered 07/02/18 15:03:47 Page 20 of 32

| Debtor | Galmor's/G&G Steam Service, Inc. | Case number *(if know)* | 18-20210 |
|---|---|---|---|
| | Name | | |

**Date debt was incurred**
12/29/2012

**Last 4 digits of account number**
8672

**Do multiple creditors have an interest in the same property?**
☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Great Plains National Bank** | | | Describe debtor's property that is subject to a lien | **Unknown** | **$1,250,483.59** |
|---|---|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Vehicles and Equipment.**
**See Attached List.**
**These vehicles were paid in full, but then used as collateral on the note at Great Plains National Bank**

**1300 South Main**
**Elk City, OK 73648**
Creditor's mailing address

**Describe the lien**
**Security Interest**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
09/2014

**Last 4 digits of account number**
2338

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **InterBank** | | | Describe debtor's property that is subject to a lien | **$55,000.00** | **$300,000.00** |
|---|---|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Harbison-Fischer Pumps, parts, equipment**

**1620 W. 3rd.**
**Elk City, OK 73644**
Creditor's mailing address

**Describe the lien**
**Non-Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
11/2015

**Last 4 digits of account number**
1664

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Wells Fargo Equipment Finance, Inc.** | Describe debtor's property that is subject to a lien | **$209,000.00** | **$350,000.00** |
|---|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | Galmor's/G&G Steam Service, Inc. | Case number (if know) | 18-20210 |
|---|---|---|---|
| | Name | | |

| | |
|---|---|
| Creditor's Name | **2013 Kleeman MC09I EVO Cone Crusher** |
| **NW-5934** | |
| **PO Box 1450** | |
| **Minneapolis, MN** | |
| **55485-5934** | |
| Creditor's mailing address | **Describe the lien** |
| | **Security Interest** |
| | Is the creditor an insider or related party? |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | Is anyone else liable on this claim? |
| **Date debt was incurred** | ■ No |
| **09/18/2014** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **NA** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| | Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.  | $289,426.72 |

**Part 2:**   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Don Dwight Sunderland**<br>**P.O. Box 31656**<br>**Amarillo, TX 79120-1117** | Line   2.5 | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| **Fill in this information to identify the case:** |
|---|

Debtor name **Galmor's/G&G Steam Service, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known) **18-20210**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|  | **Internal Revenue Service**<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |  |
|  | Date or dates debt was incurred | Basis for the claim:<br>**FOR NOTICE PURPOSES ONLY** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $973,760.26 | $973,760.26 |
|  | **IRS**<br>P.O. Box 802501<br>Cincinnati, OH 45280-2501 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |  |
|  | Date or dates debt was incurred<br>**02/01/2016** | Basis for the claim:<br>**Payroll Taxes**<br>**2016-$456,562.07**<br>**2017-$382,085.71**<br>**2018-$135,112.48** |  |  |
|  | Last 4 digits of account number **2157**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

| Debtor | Galmor's/G&G Steam Service, Inc. | Case number (if known) | 18-20210 |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address<br>**Oklahoma Employment Security Commission**<br>**401 E Broadway St**<br>**Sand Springs, OK 74063** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$12,698.96** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**04/30/2018** | Basis for the claim:<br>**Unpaid Unemployment For 1st Quarter Of 2018** | | |
| | Last 4 digits of account number **0416**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address<br>**Oklahoma Tax Commision**<br>**P.O. Box 26930**<br>**Oklahoma City, OK 73126-0930** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$7,980.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**04/20/2018** | Basis for the claim:<br>**Oklahoma Withholding Payroll Taxes for 1st Quarter of 2018** | | |
| | Last 4 digits of account number **6133**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address<br>**Oklahoma Tax Commision**<br>**P.O. Box 26930**<br>**Oklahoma City, OK 73126-0930** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$778,415.43** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2013** | Basis for the claim:<br>**Audit For 2013, 2014, & 2015** | | |
| | Last 4 digits of account number **6133**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address<br>**Oklahoma Tax Commission**<br>**2501 North Lincoln Blvd.**<br>**Oklahoma City, OK 73194** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,519.34** | **$2,519.34** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**05/2018** | Basis for the claim:<br>**Sales Tax for May 2008** | | |
| | Last 4 digits of account number **6133**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Galmor's/G&G Steam Service, Inc. | Case number (if known) | 18-20210 |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Texas Attorney General**
P.O. Box 12548
Austin, TX 78711

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**FOR NOTICE PURPOSES ONLY**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,728.09 | $5,728.09 |
|---|---|---|---|---|

**Texas Comptroller**
**111**
 **East 17th Street**
**Austin, TX 78774**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**05/2018**

Basis for the claim:
**Sales Tax for May 2018**

Last 4 digits of account number **1363**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,645.81 | $5,645.81 |
|---|---|---|---|---|

**Texas Workforce Commission**
**2505 Lakeview Drive**
**Suite 300**
**Amarillo, TX 79109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:
**Unemployment Tax**

Last 4 digits of account number **1363**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**U.S. Attorney General**
**U.S. Department of Justice**
**10th & Pennsylvania Ave**
**Washington, DC 20530**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**FOR NOTICE PURPOSES ONLY**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Galmor's/G&G Steam Service, Inc. | Case number (if known) | 18-20210 |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**U.S. Attorney's Office**
**1205 Texas Ave. Room 700**
**Lubbock, TX 79401**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**FOR NOTICE PURPOSES ONLY**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,144.50 |
|---|---|---|---|

**A Rental Company**
**4901 E Main Street**
**Weatherford, OK 73096**

Date(s) debt was incurred  __11/2017__
Last 4 digits of account number  __NA__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deficiency on Equipment Rental.**
**Equipment no longer in Debtor's possession.**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14.52 |
|---|---|---|---|

**Advanced Water Solutions**
**1509 S Van Buren St.**
**Enid, OK 73703-7857**

Date(s) debt was incurred  __04/30/2018__
Last 4 digits of account number  __NA__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Water Delivered**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $180,493.71 |
|---|---|---|---|

**AEG Petroleum LLC**
**P.O. Box 1003**
**Amarillo, TX 79105**

Date(s) debt was incurred  __2017__
Last 4 digits of account number  __7ECV__

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deficiency.**
**Lawsuit was filed by creditor.**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $482.44 |
|---|---|---|---|

**Albert Brothers**
**115 6th St.**
**Elk City, OK 73644**

Date(s) debt was incurred  __03/21/2018__
Last 4 digits of account number  __NA__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Safety Products**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,800.00 |
|---|---|---|---|

**American Express**
**P.O. Box 650448**
**Dallas, TX 75265-0448**

Date(s) debt was incurred  __Date Opened: 05/1/2013__
**Last Used: 06/11/2018**
Last 4 digits of account number  __3007__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Galmor's/G&G Steam Service, Inc. | | Case number (if known) | 18-20210 |
|---|---|---|---|---|
| | Name | | | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,391.10 |
|---|---|---|---|
| | **Apex Remington, Inc.** | ☐ Contingent | |
| | **13505 E 61st Street** | ☐ Unliquidated | |
| | **Suite A** | ☐ Disputed | |
| | **Broken Arrow, OK 74012** | | |
| | Date(s) debt was incurred **03/19/2018** | Basis for the claim: **Parts** | |
| | Last 4 digits of account number **NA** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $366.60 |
|---|---|---|---|
| | **AT&T** | ☐ Contingent | |
| | **P.O. Box 105414** | ☐ Unliquidated | |
| | **Atlanta, GA 30348-5414** | ☐ Disputed | |
| | Date(s) debt was incurred **NA** | Basis for the claim: **Placed In Collections Old Account** | |
| | Last 4 digits of account number **2112** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $51,168.44 |
|---|---|---|---|
| | **Bank Of America** | ☐ Contingent | |
| | **P.O. Box 15710** | ☐ Unliquidated | |
| | **Wilmington, DE 19886-5710** | ☐ Disputed | |
| | Date(s) debt was incurred **2015** | Basis for the claim: **Credit Card** | |
| | Last 4 digits of account number **4430** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,943.73 |
|---|---|---|---|
| | **Barber Dyson Ford** | ☐ Contingent | |
| | **P.O. Box 743** | ☐ Unliquidated | |
| | **Elk City, OK 73648** | ☐ Disputed | |
| | Date(s) debt was incurred **02/27/2018** | Basis for the claim: **Repairs and Parts** | |
| | Last 4 digits of account number **NA** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.02 |
|---|---|---|---|
| | **Beaver Express** | ☐ Contingent | |
| | **P.O. Box 1168** | ☐ Unliquidated | |
| | **Woodward, OK 73802-1168** | ☐ Disputed | |
| | Date(s) debt was incurred **NA** | Basis for the claim: **Freight** | |
| | Last 4 digits of account number **2018** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,446.70 |
|---|---|---|---|
| | **Blue Cross Blue Shield** | ☐ Contingent | |
| | **PO Box 731428** | ☐ Unliquidated | |
| | **Dallas, TX 75373-1428** | ☐ Disputed | |
| | Date(s) debt was incurred **06/2018** | Basis for the claim: **Unpaid Health Insurance** | |
| | Last 4 digits of account number **6551** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $225.71 |
|---|---|---|---|
| | **Camrock Quality** | ☐ Contingent | |
| | **P.O. Box 2407** | ☐ Unliquidated | |
| | **Elk City, OK 73648** | ☐ Disputed | |
| | Date(s) debt was incurred **12/21/2017** | Basis for the claim: **Supplies** | |
| | Last 4 digits of account number **NA** | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Galmor's/G&G Steam Service, Inc. | | Case number (if known) | 18-20210 |
|---|---|---|---|---|
| | Name | | | |

**3.13** | Nonpriority creditor's name and mailing address

Canyon Oilfield Services
11552 S Hwy 6
Elk City, OK 73644

Date(s) debt was incurred  **01/11/2017**

Last 4 digits of account number  **NA**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset? ☒ No ☐ Yes

**$8,916.67**

---

**3.14** | Nonpriority creditor's name and mailing address

Caterpillar Financial Services Corp
2120 West End Avenue
Nashville, TN 37203

Date(s) debt was incurred  **2017**

Last 4 digits of account number  **1769**

As of the petition filing date, the claim is: *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deficiency.**
**Lawsuit was filed by creditor.**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.15** | Nonpriority creditor's name and mailing address

Centergas Fuels, Inc.
P.O. Box 2603
Pampa, TX 79065

Date(s) debt was incurred  **06/01/2018**

Last 4 digits of account number  **NA**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Propane**

Is the claim subject to offset? ☒ No ☐ Yes

**$1,368.00**

---

**3.16** | Nonpriority creditor's name and mailing address

Chase
P.O. Box 94014
Palatine, IL 60094-4014

Date(s) debt was incurred  **2015**

Last 4 digits of account number  **2286**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ☒ No ☐ Yes

**$25,909.01**

---

**3.17** | Nonpriority creditor's name and mailing address

Cintas Corporation
P.O. Box 631025
Cincinnati, OH 45263-1025

Date(s) debt was incurred  **05/2018**

Last 4 digits of account number  **NA**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uniforms**

Is the claim subject to offset? ☒ No ☐ Yes

**$25.88**

---

**3.18** | Nonpriority creditor's name and mailing address

CMI Drug Testing
6704 Guada Coma
Shertz, TX 78154

Date(s) debt was incurred  **04/2018**

Last 4 digits of account number  **NA**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Drug Testing**

Is the claim subject to offset? ☒ No ☐ Yes

**$359.28**

---

**3.19** | Nonpriority creditor's name and mailing address

CMT Engineering Inc.
P.O. Box 1786
Dripping Springs, TX 78620

Date(s) debt was incurred  **01/05/2017**

Last 4 digits of account number  **NA**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rock Testing**

Is the claim subject to offset? ☒ No ☐ Yes

**$1,019.00**

---

| Debtor | Galmor's/G&G Steam Service, Inc. | Case number (if known) | 18-20210 |
|---|---|---|---|
| | Name | | |

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,560.08**

**Crossroads**
1627 North Main St.
Shamrock, TX 79079

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  04/30/2018

Basis for the claim:  Fuel

Last 4 digits of account number  Galmor's

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$950.22**

**Culligan Water Conditioning**
P.O. Box 1597
Pampa, TX 79066-1597

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/2017

Basis for the claim:  Water Softner Machine

Last 4 digits of account number  Galmor's

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$999.00**

**Culver Electric LLC**
P.O. Box 427
Elk City, OK 73648

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  03/21/2018

Basis for the claim:  Generator

Last 4 digits of account number  Galmor's

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$110.00**

**David W. Bank, M.D.**
P.O. Box 528
Elk City, OK 73648

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/2017

Basis for the claim:  Medical

Last 4 digits of account number  Galmor's

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$286,551.05**

**Dennis J. Hefley**
15400 County Road EE
Briscoe, TX 79011

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  08/2015

Basis for the claim:  Unpaid Royalties on Hemphill Count Pit

Last 4 digits of account number  Galmor's

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$784.30**

**Dental Select**
PO Box 301680
Dallas, TX 75303

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  06/2018

Basis for the claim:  Unpaid Dental and Vision Insurance

Last 4 digits of account number  1455

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,191.87**

**Dickey Oilfield Sales Company**
2211 Hwy 79 South
Wichita Falls, TX 76310

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/23/2017

Basis for the claim:  Parts

Last 4 digits of account number  Galmor's

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Galmor's/G&G Steam Service, Inc.**
_____
Name

Case number (if known) **18-20210**

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,387.50**
**Distribution Now**
P.O. Box 200822
Dallas, TX 75320-0822

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/18/2018**

Basis for the claim:  **Parts**

Last 4 digits of account number  **Galmor's**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | | **$3,869.14**
**DJ's Rental**
911 South Main Street
Elk City, OK 73644

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/22/2017**

Basis for the claim:  **Deficiency on Equipment Rental. Equipment no longer in Debtor's possession.**

Last 4 digits of account number  **Galmor's**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | | **$659.56**
**Dolese Bros. Co.**
P.O. Box 960144
Oklahoma City, OK 73196-0144

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/29/2018**

Basis for the claim:  **Rock**

Last 4 digits of account number  **Galmor's**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | | **$2,872.47**
**Double H Oil Tools, Inc.**
P.O. Box 2473
Pampa, TX 79066-2473

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/11/21018**

Basis for the claim:  **Repairs**

Last 4 digits of account number  **Galmor's**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | | **$1,881.01**
**Doug Gray Ford, Inc.**
P.O. Box 485
Sayre, OK 73662

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/09/2018**

Basis for the claim:  **Repairs and Parts**

Last 4 digits of account number  **Galmor's**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | | **$13,000.00**
**Galmor FLP**
6994 US HWY 83
Shamrock, TX 79079

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2017**

Basis for the claim:  **Loan**

Last 4 digits of account number  **Galmor's**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | | **$59,000.00**
**Galmor's Roustabout Service, LLC**
320 Mary Drive
Elk City, OK 73644

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **NA**

Basis for the claim:  **Loan**

Last 4 digits of account number  **Galmor's**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Galmor's/G&G Steam Service, Inc. | | Case number *(if known)* | 18-20210 |
|---|---|---|---|---|
| | Name | | | |

---

**3.34** | Nonpriority creditor's name and mailing address

GR Energy Services
2150 Town Square Place
Suite 410
Sugar Land, TX 77479

Date(s) debt was incurred  08/31/2015

Last 4 digits of account number  Galmor's

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Parts**

Is the claim subject to offset? ■ No ☐ Yes

**$14,081.47**

---

**3.35** | Nonpriority creditor's name and mailing address

Great Plains National Bank
2017 W. 3rd St.
Elk City, OK 73644

Date(s) debt was incurred  04/2018

Last 4 digits of account number  6448

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan Paying Back Factored Invoiced**

Is the claim subject to offset? ■ No ☐ Yes

**$850,173.59**

---

**3.36** | Nonpriority creditor's name and mailing address

Great Plains Pest Control
P.O. Box 192
Lefors, TX 79054

Date(s) debt was incurred  05/2018

Last 4 digits of account number  Galmor's

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pest Control Services**

Is the claim subject to offset? ■ No ☐ Yes

**$361.25**

---

**3.37** | Nonpriority creditor's name and mailing address

H.J. Garrison Oil Company
P.O. Box 231
Shamrock, TX 79079

Date(s) debt was incurred  02/2018

Last 4 digits of account number  Galmor's

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Fuel**

Is the claim subject to offset? ■ No ☐ Yes

**$14,278.91**

---

**3.38** | Nonpriority creditor's name and mailing address

Harbison Fischer Manufacturing
P.O. Box 731403
Dallas, TX 75373-1403

Date(s) debt was incurred  2017

Last 4 digits of account number  Galmor's

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Parts**

Is the claim subject to offset? ■ No ☐ Yes

**$204,335.79**

---

**3.39** | Nonpriority creditor's name and mailing address

Innovative Technology
P.O. Box 726
Elk City, OK 73648

Date(s) debt was incurred  08/2017

Last 4 digits of account number  Galmor's

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **IT Services**

Is the claim subject to offset? ■ No ☐ Yes

**$7,632.38**

---

**3.40** | Nonpriority creditor's name and mailing address

IPFS Corporation
P.O. Box 730223
Dallas, TX 75373-0223

Date(s) debt was incurred  06/2018

Last 4 digits of account number  1142

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance**

Is the claim subject to offset? ■ No ☐ Yes

**$14,158.49**

---

| Debtor | Galmor's/G&G Steam Service, Inc. | Case number (if known) | 18-20210 |
|---|---|---|---|
| | Name | | |

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,074.32 |
|---|---|---|---|

**Janning Welding**
**918 N. Van Buren**
**Elk City, OK 73644**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/2016**

Basis for the claim: **Welding Services**

Last 4 digits of account number **Galmor's**

Is the claim subject to offset? ■ No ☐ Yes

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,678.29 |
|---|---|---|---|

**Jones Passodelis**
**Gulf Tower-Suite 3410**
**707 Grant Street**
**Pittsburgh, PA 15219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **04/2018**

Basis for the claim: **Legal Services**

Last 4 digits of account number **Galmor's**

Is the claim subject to offset? ■ No ☐ Yes

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,193.69 |
|---|---|---|---|

**JWD International Marketing, Inc.**
**P.O. Box 1000**
**Skiatook, OK 74070-5000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **02/2017**

Basis for the claim: **Parts**

Last 4 digits of account number **Galmor's**

Is the claim subject to offset? ■ No ☐ Yes

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,011,166.75 |
|---|---|---|---|

**Kirby Smith Machinery, Inc.**
**3922 I-40 E**
**Amarillo, TX 79103**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/20/2017**

Basis for the claim: **Deficiency.**
**Lawsuit filed by creditor**

Last 4 digits of account number **7150**

Is the claim subject to offset? ■ No ☐ Yes

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $386.54 |
|---|---|---|---|

**KJC Fire Safety Solutions**
**805 Shore Dr.**
**Elk City, OK 73644**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **05/2018**

Basis for the claim: **Fire Extinguisher Maintenance**

Last 4 digits of account number **Galmor's**

Is the claim subject to offset? ■ No ☐ Yes

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Komatsu Financial**
**1701 Golf Road, Suite 1-100**
**Rolling Meadows, IL 60008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **09/15/2017**

Basis for the claim: **Deficiency on repossessed equipment. Equipment**
**was repossessed on 09/15/2017.**

Last 4 digits of account number **NA**

Is the claim subject to offset? ■ No ☐ Yes

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,031.29 |
|---|---|---|---|

**Lease Consultants Corporation**
**P.O. Box 71397**
**Des Moines, IA 50325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **06/2018**

Basis for the claim: **Deficiency on Equipment Rental.**
**Equipment no longer in Debtor's possession.**

Last 4 digits of account number **0403**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Galmor's/G&G Steam Service, Inc. | Case number (if known) | 18-20210 |
|---|---|---|---|
| | Name | | |

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$43.76**

Lindley Equipment
P.O. Box 457
Cordell, OK 73632

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __04/2018__

Last 4 digits of account number __Galmor's__

Basis for the claim: __Parts__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,298.74**

M. B. McKee Company, Inc.
2205 Avenue #
Lubbock, TX 79404

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __03/2018__

Last 4 digits of account number __Galmor's__

Basis for the claim: __Parts__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,854.58**

Marshall Discount Auto
P.O. Box 451
Wheeler, TX 79096

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __04/2018__

Last 4 digits of account number __Galmor's__

Basis for the claim: __Parts__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,825.00**

Martins Air Conditioning
2116 W. 20th St.
Elk City, OK 73644-9252

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __04/25/2018__

Last 4 digits of account number __Galmor's__

Basis for the claim: __Replacement AC Unit for Elk City, OK Office__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$202.50**

McLemore Sand & Top Soil
11157 N. 1930 Road
Sayre, OK 73662

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __05/2018__

Last 4 digits of account number __Galmor's__

Basis for the claim: __Supplies__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$446.30**

MetLife- Group Benefits
PO Box 804466
Kansas City, MO 64180

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __06/2018__

Last 4 digits of account number __8612__

Basis for the claim: __Unpaid Voluntary Life Insurance__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$462.36**

Mine Safety & Health Administration
P.O. Box 790390
St. Louis, MO 63179-0390

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __05/2018__

Last 4 digits of account number __Galmor's__

Basis for the claim: __Unpaid MSHA Ticket__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Galmor's/G&G Steam Service, Inc. | | Case number (if known) | 18-20210 |
|---|---|---|---|---|
| | Name | | | |

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,646.33 |
|---|---|---|---|
| | MPS Enterprise, Inc. <br> 1205 S. Eastern Ave. <br> Elk City, OK 73644 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred 05/24/2015 | Basis for the claim: Pipe | |
| | Last 4 digits of account number Galmor's | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,023.57 |
|---|---|---|---|
| | NAPA Auto Parts <br> 716 West 3rd St. <br> Elk City, OK 73644 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred 12/2017 | Basis for the claim: Parts | |
| | Last 4 digits of account number 1399 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,922.08 |
|---|---|---|---|
| | Navman Wireless <br> 32996 Collection Center Dr. <br> Chicago, IL 60693 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred 10/2016 | Basis for the claim: Deficiency on Equipment Rental. Equipment no longer in Debtor's possession. | |
| | Last 4 digits of account number Galmor's | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,459.30 |
|---|---|---|---|
| | NCW Insurance <br> P.O. Box 506 <br> Amarillo, TX 79105-0506 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred 04/2018 | Basis for the claim: Unpaid Bond and Insurance | |
| | Last 4 digits of account number Galmor's | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $367.92 |
|---|---|---|---|
| | Nesmith Propane <br> 3502 West 3rd Street <br> Elk City, OK 73644 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred 01/2018 | Basis for the claim: Propane | |
| | Last 4 digits of account number Galmor's | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | Oklahoma Tax Commission <br> 2501 North Lincoln Blvd. <br> Oklahoma City, OK 73194 | ■ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred 2018 | Basis for the claim: Ongoing Audit | |
| | Last 4 digits of account number 0944 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,416.00 |
|---|---|---|---|
| | P K & Company PLLC <br> P.O. Box 1728 <br> Elk City, OK 73648 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred 02/2017 | Basis for the claim: Accounting Services | |
| | Last 4 digits of account number Galmor's | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Galmor's/G&G Steam Service, Inc. | | Case number (if known) | 18-20210 |
|---|---|---|---|---|
| | Name | | | |

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $360,409.42 |
|---|---|---|---|
| | PNC Equipment Finance, LLC<br>655 Business Center Drive<br>Suite 250<br>Horsham, PA 19044 | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred 2017 | Basis for the claim: **Deficiency.** | |
| | Last 4 digits of account number 6798,0CDJ | **Lawsuit filed by creditor,** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $82,395.81 |
|---|---|---|---|
| | Powerscreen Texas, Inc.<br>P.O. Box 658<br>La Grange, TX 78945 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred 06/2017 | Basis for the claim: **Deficiency on Equipment Rental.** | |
| | Last 4 digits of account number Galmor's | **Equipment no longer in Debtor's possession.** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $118.80 |
|---|---|---|---|
| | Quality Heating & Cooling<br>311 S Nebraska<br>Shamrock, TX 79079 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred 10/2017 | Basis for the claim: **AC Repairs** | |
| | Last 4 digits of account number Galmor's | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $220.22 |
|---|---|---|---|
| | Quill Corporation<br>P.O. Box 37600<br>Philadelphia, PA 19101-0600 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred 04/25/2018 | Basis for the claim: **Office Supplies** | |
| | Last 4 digits of account number Galmor's | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,006.00 |
|---|---|---|---|
| | Ryan Construction<br>9500 County Road 270<br>Zephyr, TX 76890 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred 08/2018 | Basis for the claim: **Unpaid Subcontractor** | |
| | Last 4 digits of account number Galmor's | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,288.79 |
|---|---|---|---|
| | Safety-Kleen Systems, Inc.<br>P.O. Box 650509<br>Dallas, TX 75265-0509 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred 01/2017 | Basis for the claim: **Parts** | |
| | Last 4 digits of account number Galmor's | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $270.00 |
|---|---|---|---|
| | Silver Arc Welding<br>P.O. Box 3366<br>Enid, OK 73702 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred 02/2018 | Basis for the claim: **Welding Services** | |
| | Last 4 digits of account number Galmor's | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Galmor's/G&G Steam Service, Inc. | Case number *(if known)* | 18-20210 |
|---|---|---|---|
| | Name | | |

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $607.34 |
|---|---|---|---|

**3.69**

Nonpriority creditor's name and mailing address
Skinner Bros. Company
P.O. Box 21228
Dept 9
Tulsa, OK 74121-1228

Date(s) debt was incurred __03/2018__
Last 4 digits of account number __Galmor's__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Parts__

Is the claim subject to offset? ☑ No ☐ Yes

$607.34

---

**3.70**

Nonpriority creditor's name and mailing address
Steve's Diesel & Truck Service
P.O. Box 166
Elk City, OK 73648

Date(s) debt was incurred __11/2016__
Last 4 digits of account number __Galmor's__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Repairs__

Is the claim subject to offset? ☑ No ☐ Yes

$7,960.49

---

**3.71**

Nonpriority creditor's name and mailing address
SuddenLink
P.O. 660365
Dallas, TX 75266

Date(s) debt was incurred __2018__
Last 4 digits of account number __5701__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utilities__

Is the claim subject to offset? ☑ No ☐ Yes

$1,228.44

---

**3.72**

Nonpriority creditor's name and mailing address
T&W Tire
P.O. Box 258859
Oklahoma City, OK 73125-8859

Date(s) debt was incurred __05/2018__
Last 4 digits of account number __Galmor's__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Tires__

Is the claim subject to offset? ☑ No ☐ Yes

$4,464.18

---

**3.73**

Nonpriority creditor's name and mailing address
Teddy's Glass
515 N Van Buren
Elk City, OK 73644

Date(s) debt was incurred __11/2018__
Last 4 digits of account number __Galmor's__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Glass Replacement__

Is the claim subject to offset? ☑ No ☐ Yes

$325.00

---

**3.74**

Nonpriority creditor's name and mailing address
Triple D Services
203 N Houston
Shamrock, TX 79079

Date(s) debt was incurred __09/2017__
Last 4 digits of account number __Galmor's__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trucking__

Is the claim subject to offset? ☑ No ☐ Yes

$5,798.90

---

**3.75**

Nonpriority creditor's name and mailing address
Troy Jones Equipment
1203 S Main St
Elk City, OK 73644

Date(s) debt was incurred __02/18/2018__
Last 4 digits of account number __Galmor's__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Deficiency on Equipment Rental.__
__Equipment no longer in Debtor's possession.__

Is the claim subject to offset? ☑ No ☐ Yes

$8,095.05

---

| Debtor | Galmor's/G&G Steam Service, Inc. | Case number (if known) | 18-20210 |
|---|---|---|---|
| | Name | | |

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $251.49 |
|---|---|---|---|

**Unified Life Insurance Co.**
P.O. Box 142153
Overland Park, KS 66225-5326

Date(s) debt was incurred __06/2018__

Last 4 digits of account number __55LP__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Life Insurance__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,211.95 |
|---|---|---|---|

**Unifirst Corp.**
4210 S.E. 22nd Street
Amarillo, TX 79103

Date(s) debt was incurred __04/2018__

Last 4 digits of account number __Galmor's__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Uniform and Janitorial Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,498.04 |
|---|---|---|---|

**United Healthcare**
P.O. Box 94017
Palatine, IL 60094-4017

Date(s) debt was incurred __09/01/2017__

Last 4 digits of account number __8289__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Health Insurance__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,025.72 |
|---|---|---|---|

**United Rentals**
P.O. Box 840514
Dallas, TX 75284-0514

Date(s) debt was incurred __04/13/2018__

Last 4 digits of account number __Galmor's__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Deficiency on Equipment Rental. Equipment no longer in Debtor's possession.__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55,313.38 |
|---|---|---|---|

**Warren CAT**
P.O. Box 842116
Dallas, TX 75284-2116

Date(s) debt was incurred __2015__

Last 4 digits of account number __Galmor's__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Parts__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,242.56 |
|---|---|---|---|

**WB Supply**
P.O. Box 206620
Dallas, TX 75320-6620

Date(s) debt was incurred __04/2018__

Last 4 digits of account number __Galmor's__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Parts__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $916.06 |
|---|---|---|---|

**Weldon Parts**
1100 S. Main St.
Elk City, OK 73644

Date(s) debt was incurred __03/2018__

Last 4 digits of account number __Galmor's__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Parts__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Galmor's/G&G Steam Service, Inc. | | | Case number (if known) | 18-20210 |
|---|---|---|---|---|---|
| | Name | | | | |

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32,000.00 |
|---|---|---|---|
| | **Wells Fargo Business Line** | ☐ Contingent | |
| | **P.O. Box 51174** | ☐ Unliquidated | |
| | **Los Angeles, CA 90051-5474** | ☐ Disputed | |
| | Date(s) debt was incurred __2015__ | Basis for the claim:  __Credit ard/Line of Credit__ | |
| | Last 4 digits of account number __2490__ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $142,384.03 |
|---|---|---|---|
| | **Wells Fargo Vendor Financial Services** | ■ Contingent | |
| | **MAC N9300-100** | ☐ Unliquidated | |
| | **600 S 4th Street** | ☐ Disputed | |
| | **Minneapolis, MN 55415** | | |
| | Date(s) debt was incurred __2017__ | Basis for the claim:  __Deficiency.__ __Lawsuit was filed by creditor.__ | |
| | Last 4 digits of account number __8752__ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,143.29 |
|---|---|---|---|
| | **Western Equipment** | ☐ Contingent | |
| | **404 Frisco Avenue** | ☐ Unliquidated | |
| | **Clinton, OK 73601** | ☐ Disputed | |
| | Date(s) debt was incurred __12/06/2017__ | Basis for the claim:  __Parts__ | |
| | Last 4 digits of account number __Galmor's__ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $499.17 |
|---|---|---|---|
| | **Xerox Corporation** | ☐ Contingent | |
| | **P.O. Box 650361** | ☐ Unliquidated | |
| | **Dallas, TX 75265-0361** | ☐ Disputed | |
| | Date(s) debt was incurred __04/18/2018__ | Basis for the claim:  __Deficiency on Copy Machine Rental.__ __Equipment no longer in Debtor's possession.__ | |
| | Last 4 digits of account number __7993__ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,762.11 |
|---|---|---|---|
| | **Yow Automotive** | ☐ Contingent | |
| | **221 S. Jefferson** | ☐ Unliquidated | |
| | **Elk City, OK 73644** | ☐ Disputed | |
| | Date(s) debt was incurred __12/22/2017__ | Basis for the claim:  __Parts__ | |
| | Last 4 digits of account number __Galmor's__ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $268.97 |
|---|---|---|---|
| | **Zee Medical** | ☐ Contingent | |
| | **13 NW 132nd Street** | ☐ Unliquidated | |
| | **Oklahoma City, OK 73114** | ☐ Disputed | |
| | Date(s) debt was incurred __04/04/2018__ | Basis for the claim:  __First Aid Supplies__ | |
| | Last 4 digits of account number __Galmor's__ | Is the claim subject to offset? ■ No  ☐ Yes | |

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

| Debtor | Galmor's/G&G Steam Service, Inc. | | Case number (if known) | **18-20210** |
|---|---|---|---|---|
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Clay P. Booth** **102 East Thatcher Street** **Edmond, OK 73034** | Line _3.44_ ☐ Not listed. Explain ____ | _ |
| 4.2 | **J. Eric Atherholt** **Flamm Walton Heimbach PC** **794 Penllyn Pike** **Blue Bell, PA 19422** | Line _3.62_ ☐ Not listed. Explain ____ | _ |
| 4.3 | **MARS** **PO Box 470910** **Tulsa, OK 74147** | Line _3.80_ ☐ Not listed. Explain ____ | _ |
| 4.4 | **Wade Alexander** **P.O. Box 1003** **Amarillo, TX 79105** | Line _3.3_ ☐ Not listed. Explain ____ | _ |

**Part 4:**    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 1,786,747.89 |
| 5b. Total claims from Part 2 | 5b. + | $ | 3,654,267.92 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | $ | 5,441,015.81 |

**Fill in this information to identify the case:**

Debtor name    **Galmor's/G&G Steam Service, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)    **18-20210**

☐ Check if this is an
     amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of rock pit in Gageby, Texas. Debtor pays $1.50 per ton of rock they take from the rock pit.** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Dennis Hefley** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of rock pit in Twitty, Texas. Debtor pays $.50 per ton of rock taken from rock pit.** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Galmor FLP** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of office located at 1001 Sooner Trend Road, Enid, Oklahoma 73701. $2,500.00/ Month. Lease expires 10/2018.** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Richard Roberts 3517 Lakeshore Drive Enid, OK 73703** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name   **Galmor's/G&G Steam Service, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF TEXAS

Case number (if known)   **18-20210**

☐ Check if this is an amended filing

# Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**        *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Michael Stephen Galmor | 6535 U.S. 83<br>Shamrock, TX 79079 | Great Plains National Bank | ☑ D   **2.2**<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | Michael Stephen Galmor | 6535 U.S. 83<br>Shamrock, TX 79079 | Great Plains National Bank | ☑ D   **2.3**<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | Michael Stephen Galmor | 6535 U.S. 83<br>Shamrock, TX 79079 | AEG Petroleum LLC | ☐ D _____<br>☑ E/F   **3.3**<br>☐ G _____ |
| 2.4 | Michael Stephen Galmor | 6535 U.S. 83<br>Shamrock, TX 79079 | Kirby Smith Machinery, Inc. | ☐ D _____<br>☑ E/F   **3.44**<br>☐ G _____ |
| 2.5 | Michael Stephen Galmor | 6535 U.S. 83<br>Shamrock, TX 79079 | Komatsu Financial | ☐ D _____<br>☑ E/F   **3.46**<br>☐ G _____ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

# EXHIBIT "B"



Upon sale of this vehicle, the purchaser must apply for a new title within 30 days unless the vehicle is purchased by a dealer. Until a new title is issued, the vehicle record will continue to reflect the owner's name listed on the current title. SEE BACK OF TAB FOR ADDITIONAL INFORMATION.

THE FIRST STATE BANK, OF MOBEETIE
PO BOX 8
MOBEETIE, TX 79061-0008

DETACH HERE

**TEXAS CERTIFICATE OF TITLE**

| VEHICLE IDENTIFICATION NUMBER | YEAR MODEL | MAKE OF VEHICLE | BODY STYLE |
|---|---|---|---|
| 2C4RDGCG2ER263441 | 2014 | DODG | VN |

TITLE/DOCUMENT NUMBER     DATE TITLE ISSUED
19131441973114059  12/09/2014

| MODEL | MFG CAPACITY IN TONS | WEIGHT | LICENSE NUMBER |
|---|---|---|---|
| CAR | | 4600 | FGB2851 |

ODOMETER READING
22852

OPEN ROAD MOBILITY

SHIRLEY GALMOR
PO BOX 349
SHAMROCK, TX 79079

**ACTUAL MILEAGE**

X _____
SIGNATURE OF OWNER OR AGENT MUST BE IN INK

DATE OF LIEN                          1ST LIENHOLDER
10/24/2014  THE FIRST STATE BANK
OF MOBEETIE
PO BOX 8
MOBEETIE, TX 79061

1ST LIEN RELEASED  5-24-17

DATE OF LIEN        2ND LIENHOLDER

2ND LIEN RELEASED

DATE OF LIEN        3RD LIENHOLDER

3RD LIEN RELEASED

DO NOT ACCEPT TITLE SHOWING ERASURE, ALTERATION OR MUTILATION

M.GALMOR_2309

