Kent Ries, Attorney at Law
State Bar No. 16914050
2700 S. Western St., Suite 300
Amarillo, Texas 79109
(806) 242-7437
(806) 242-7440 – Fax
kent@kentries.com

COUNSEL FOR TRUSTEE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **MICHAEL STEPHEN GALMOR,** | § | **CASE NO. 18-20209-RLJ-7** |
| | § | |
| Debtor. | § | |
| | § | |
| And | § | |
| | § | |
| **GALMOR'S/G&G STEAM SERVICE,** | § | **CASE NO. 18-20210-RLJ-7** |
| **INC.,** | § | |
| | § | |
| Debtor. | § | |
| | § | |
| **KENT RIES, TRUSTEE,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **ADVERSARY NO. 20-2003** |
| | § | |
| **GALMOR FAMILY LIMITED** | § | |
| **PARTNERSHIP and GALMOR** | § | |
| **MANAGEMENT, L.L.C.,** | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF HEARING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGEMENT

You are hereby notified that a hearing on Plaintiff's Motion for Summary Judgement filed in the above-captioned bankruptcy proceeding, is set for docket call at 1:30 p.m. on December 9, 2021, in the J. Marvin Jones Federal Building, 205 Southeast Fifth Avenue, Amarillo, Texas 79101.

Respectfully submitted,

Kent Ries, Attorney at Law
2700 S. Western St., Suite 300
Amarillo, Texas 79109
(806) 242-7437
(806) 242-7440-Fax

By: /s/ Kent Ries
     Kent Ries
     State Bar No. 16914050

COUNSEL FOR TRUSTEE

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of November, 2021, a true and correct copy of the above and foregoing document was sent electronically via ECF or mailed in the United States mail, postage prepaid, to the parties listed below.

Davor Rukavina
Munsch, Hardt, Kopf & Harr
500 N. Akard Street, Suite 3800
Dallas, Texas 75201-6659

/s/ Kent Ries
Kent Ries, Trustee