Davor Rukavina, Esq.
Texas Bar No. 24030781
Thomas Berghman, Esq.
Texas Bar No. 24082683
MUNSCH HARDT KOPF & HARR P.C.
500 N. Akard St., Ste. 3800
Dallas, Texas 75201
Telephone: 214-855-7500
Facsimile: 214-855-7584

ATTORNEYS FOR LESLIE PRITCHARD/DEFENDANTS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: § | | |
| § | | |
| MICHAEL STEPHEN GALMOR, § | | CASE NO. 18-20209-RLJ-7 |
| § | | |
| Debtor. § | | |
| § | | |
| And § | | |
| § | | |
| GALMOR'S/G&G STEAM SERVICE, § INC., § | | CASE NO. 18-20210-RLJ-7 |
| § | | |
| Debtor. § | | |
| § | | |
| KENT RIES, TRUSTEE, § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| v. § | | ADVERSARY NO. 20-2003 |
| § | | |
| GALMOR FAMILY LIMITED § PARTNERSHIP and GALMOR § MANAGEMENT, L.L.C., § | | |
| § | | |
| Defendants. § | | |

**OBJECTION OF LESLIE PRITCHARD TO TRUSTEE'S
<u>MOTION FOR PARTIAL SUMMARY JUDGMENT</u>**

TO THE HONORABLE ROBERT L. JONES, U.S. BANKRUPTCY JUDGE:

COMES NOW, Leslie Pritchard ("Pritchard"), court-appointed liquidator for Galmor Family Limited Partnership (the "FLP"), a defendant in the above styled and numbered Adversary Proceeding, and files this her *Objection* (the "Objection") to the *Plaintiff's Motion for Partial Summary Judgment* (the "Motion"), filed by Kent Ries, Trustee (the "Trustee"), respectfully stating as follows:

Pritchard objects to all relief requested in the Motion.

Pursuant to the Local Rules, Pritchard sets forth her arguments in opposition to the Motion in the *Brief of Leslie Pritchard: (i) In Opposition to Trustee's Motion for Partial Summary Judgment; and (ii) In Support of Cross Motion for Partial Summary Judgment*, filed concurrently herewith.

Pursuant to the Local Rules, Pritchard sets forth her evidence in opposition to the Motion in the *Appendix of Leslie Pritchard In Opposition to Trustee's Motion for Partial Summary Judgment; and (ii) In Support of Cross Motion for Partial Summary Judgment*, filed concurrently herewith.

RESPECTFULLY SUBMITTED this 8th day of December, 2021.

**MUNSCH HARDT KOPF & HARR, P.C.**

By: /s/  Davor Rukavina
Davor Rukavina, Esq.
Texas Bar No. 24030781
Thomas D. Berghman, Esq.
Texas Bar No. 24082683
3800 Ross Tower
500 North Akard St.
Dallas, Texas  75201
Telephone: (214) 855-7500
Facsimile: (214) 978-4375

**ATTORNEYS FOR LESLIE PRITCHARD / DEFENDANTS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this the 8th day of December, 2021, true and correct copies of this document were served via the Court's ECF system on parties entitled to notice thereby, including Kent Ries, Esq., the Trustee and Plaintiff.

By: /s/  Davor Rukavina
Davor Rukavina, Esq.