Davor Rukavina, Esq.
Texas Bar No. 24030781
Thomas Berghman, Esq.
Texas Bar No. 24082683
MUNSCH HARDT KOPF & HARR P.C.
500 N. Akard St., Ste. 3800
Dallas, Texas 75201
Telephone: 214-855-7500
Facsimile: 214-855-7584

ATTORNEYS FOR LESLIE PRITCHARD/DEFENDANTS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MICHAEL STEPHEN GALMOR, | § | CASE NO. 18-20209-RLJ-7 |
| | § | |
| Debtor. | § | |
| | § | |
| And | § | |
| | § | |
| GALMOR'S/G&G STEAM SERVICE, INC., | § | CASE NO. 18-20210-RLJ-7 |
| | § | |
| Debtor. | § | |
| | § | |
| KENT RIES, TRUSTEE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | ADVERSARY NO. 20-2003 |
| | § | |
| GALMOR FAMILY LIMITED PARTNERSHIP and GALMOR MANAGEMENT, L.L.C., | § | |
| | § | |
| Defendants. | § | |

**<u>CROSS-MOTION OF LESLIE PRITCHARD FOR PARTIAL SUMMARY JUDGMENT</u>**

TO THE HONORABLE ROBERT L. JONES, U.S. BANKRUPTCY JUDGE:

COMES NOW, Leslie Pritchard ("Pritchard"), court-appointed liquidator for Galmor Family Limited Partnership (the "FLP"), a defendant in the above styled and numbered Adversary

Proceeding, and files this her *Cross-Motion for Partial Summary Judgment* (the "Cross Motion"), respectfully stating as follows:

By this Motion, Pritchard requests that the Court enter summary judgment in her favor with respect to the following claims and causes of action asserted in this Adversary Proceeding by Kent Ries, Trustee (the "Trustee"):

1. Denying the Trustee's claim for money had and received in full with respect to the Trustee's claim that $1,096,051.32 (the "Alleged Debt") is allegedly owed by the FLP to Galmor's/G&G Steam Service, Inc. (the "Debtor").

2. Denying the Trustee's claims, for breach of contract and *quantum meruit*, with respect to the following invoices comprising the Alleged Debt, on the basis of the Statute of Limitations:

    (i)  Invoice No. 121090 dated July 25, 2014 for $80,880.16; and
    (ii) Invoice No. 120423 dated June 30, 2014 for $44,064.35.

3. Denying the Trustee's claims, for unjust enrichment and money had and received, with respect to the following invoices comprising the Alleged Debt, on the basis of the Statute of Limitations:

| Number | Date/Bates | Amount |
|---|---|---|
| 121693 | 8/29/2014 (SG_016741) | $842.03 |
| 121188 | 8/11/2014 (SG_016742) | $1,950.00 |
| 121090 | 7/25/2014 (SG_016891-97) | $80,880.16 |
| 127966 | 9/30/2016 (mostly for pre-6/19/2016 services) SG_016900- | $72,540.90 |
| 126112 | 10/31/2015 (SG_016904) | $107,636.27 |
| 120423 | 6/30/2014 (SG_016911) | $44,064.35 |
| 121125 | 7/31/2014 (SG_016912) | $5,251.57 |
| 121994 | 8/31/2014 (SG_016913) | $6,691.41 |
| 122454 | 9/30/2014 (SG_016914) | $6,372.43 |
| 123004 | 10/31/2014 (SG_016915) | $7,161.89 |
| 123558 | 11/30/2014 (SG_016916) | $13,522.47 |
| 123993 | 12/31/2014 (SG_016917) | $11,976.04 |
| 124565 | 1/31/2015 (SG_016918) | $10,869.22 |

4. Denying the Trustee's claims, for unjust enrichment and money had and received, with respect to $453,850.00 of the rock quarry royalties allegedly advanced by the Debtor to the FLP, on the basis of the Statute of Limitations.

5. Denying the Trustee's claims that the Alleged Debt is supported or mandated by collateral estoppel or *res judicata*.

Pursuant to the Local Rules, Pritchard sets forth her arguments in support of this Cross Motion in the *Brief of Leslie Pritchard: (i) In Opposition to Trustee's Motion for Partial Summary Judgment; and (ii) In Support of Cross Motion for Partial Summary Judgment*, filed concurrently herewith.

Pursuant to the Local Rules, Pritchard sets forth her evidence in support of this Cross Motion in the *Appendix of Leslie Pritchard: (i) In Opposition to Trustee's Motion for Partial Summary Judgment; and (ii) In Support of Cross Motion for Partial Summary Judgment*, filed concurrently herewith. Without admitting the admissibility of any of the evidence therein, Pritchard also incorporates the *Affidavit of Matt Brooks* filed by the Trustee in support of his motion for partial summary judgment.

RESPECTFULLY SUBMITTED this 8th day of December, 2021.

**MUNSCH HARDT KOPF & HARR, P.C.**

By: /s/ Davor Rukavina
    Davor Rukavina, Esq.
    Texas Bar No. 24030781
    Thomas D. Berghman, Esq.
    Texas Bar No. 24082683
    3800 Ross Tower
    500 North Akard St.
    Dallas, Texas 75201
    Telephone: (214) 855-7500
    Facsimile: (214) 978-4375

**ATTORNEYS FOR LESLIE PRITCHARD / DEFENDANTS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this the 8th day of December, 2021, true and correct copies of this document were served via the Court's ECF system on parties entitled to notice thereby, including Kent Ries, Esq., the Trustee and Plaintiff.

By: /s/ Davor Rukavina
    Davor Rukavina, Esq.