**2017 S-Corporation Return**
prepared for:

**SGM LEASING LLC**
PO BOX 349
SHAMROCK, TX 79079

**P K & Company PLLC**
1000 N. Main, P.O. Box 1728
Elk City, OK 73648

**EXHIBIT**

13

DEPONENT NAME: Gilmor
DATE: 12/24/21
PAPP 0638

**P K & COMPANY PLLC**
**1000 N. MAIN, P.O. BOX 1728**
**ELK CITY, OK 73648**
**(580) 225-8877**

December 10, 2018

SGM LEASING LLC
PO BOX 349
SHAMROCK, TX 79079

Dear Client:

Your 2017 Amended Federal S Corporation Income Tax return will be electronically filed with the Internal Revenue Service upon receipt of a signed Form 8879S - IRS e-file Signature Authorization. No tax is payable with the filing of this return.

Your 2017 Amended Oklahoma Small Business Corporation Income and Franchise Tax Return will be electronically filed with the State of Oklahoma upon receipt of a signed Form EF. No tax is payable with the filing of this return.

You must distribute a copy of the 2017 Amended Schedule K-1 to each shareholder. Be sure to give each shareholder a copy of the Shareholder's Instructions for Schedule K-1 (Form 1120S).

Please call if you have any questions.

Sincerely,

KELLYE L FUCHS, CPA

SGM LEASING LLC
PO BOX 349
SHAMROCK, TX 79079
580-225-4254

December 10, 2018

MICHAEL S GALMOR
PO BOX 2172
ELK CITY, OK 73648

RE:
SGM LEASING LLC
45-4543762
2017 S Corporation Schedule K-1 (Form 1120S)

Dear MICHAEL S GALMOR:

It has been necessary to amend the 2017 S Corporation Income Tax Return for SGM LEASING
LLC. Enclosed is your amended 2017 Schedule K-1 (Form 1120S) Shareholder's Share of
Income, Deductions, Credits, Etc. You should consult your personal income tax advisor to
determine if it is appropriate for you to amend your income tax return as a result of these
changes. We apologize for any inconvenience this may cause you.

If you have any questions concerning this information, please contact us immediately.

Sincerely,

SGM LEASING LLC

Enclosure(s)

| 2017 | FEDERAL WORKSHEETS | PAGE 1 |
|---|---|---|
| | SGM LEASING LLC | 45-4543762 |

## COMPUTATION OF ENDING DEPRECIABLE ASSETS
### FORM 1120S, SCHEDULE L, LINE 10A

```
BEGINNING DEPRECIABLE ASSETS.................................................       11,687,261.
DEPRECIABLE ASSETS PLACED IN SERVICE IN CURRENT YEAR........................              0.
DEPRECIABLE ASSETS SOLD DURING THE CURRENT YEAR.............................      -2,477,579.
ENDING BUILDINGS AND OTHER DEPRECIABLE ASSETS..............................        9,209,682.
```

## COMPUTATION OF ENDING ACCUMULATED DEPRECIATION
### FORM 1120S, SCHEDULE L, LINE 10B

```
BEGINNING BALANCE OF ACCUMULATED DEPRECIATION..............................        9,126,333.
CURRENT YEAR BOOK DEPRECIATION.............................................          555,257.
ACCUMULATED DEPRECIATION ON ASSETS SOLD THIS YEAR..........................       -1,102,755.
ENDING ACCUMULATED DEPRECIATION...........................................        8,578,835.
```

## RECONCILIATION OF RETAINED EARNINGS
### FORM 1120S, SCHEDULE L, LINE 24

```
BEGINNING RETAINED EARNINGS, SCH. L, LINE 24..............................       -2,942,461.
NET INCOME (LOSS) PER BOOKS (SCH. M-1, LINE 1)............................       -1,418,888.
ENDING RETAINED EARNINGS, SCHEDULE L, LINE 24.............................       -4,361,349.
```

| 2017 | **FEDERAL WORKSHEETS** | **PAGE 2** |
|---|---|---|
| | **SGM LEASING LLC** | 45-4543762 |

**BULK SALE WORKSHEET**
**BULK SALE: #476-2012K-TECH EARTHMVER**

```
SALES PRICE:                    266,815.
TOTAL COST/BASIS:               306,800.
EXPENSES OF SALE (INCLUDED WITH
COST/BASIS ON FORM)                  0.
TOTAL DEPRECIATION:             268,452.
TOTAL RECAPTURE:                268,452.
TOTAL AMT DEPRECIATION:         268,452.
TOTAL AMT BASIS:                306,800.
```

| ASSET DESCRIPTION | COST/BASIS | DEPRECIATION | RECAPTURE | AMT BASIS | AMT DEPREC. |
|---|---|---|---|---|---|
| 207. #476-2012K-TECH EARTHMVER | 146,200. | 127,926. | 127,926. | 146,200. | 127,926. |
| 208. #477-2013K-TECH EARTHMVER | 160,600. | 140,526. | 140,526. | 160,600. | 140,526. |
| TOTAL | $ 306,800. | $ 268,452. | $ 268,452. | $ 306,800. | $ 268,452. |

NOTE: THE FIRST ASSET LISTED CONTAINS ALL SALES INFORMATION. (SALES PRICE, EXPENSES OF SALE, ETC.)

**2017** FEDERAL WORKSHEETS **PAGE 3**

SGM LEASING LLC

45-4543762

**BULK SALE WORKSHEET**
**BULK SALE: #502 - KOMOTSU**

```
SALES PRICE:                      1,682,377.
TOTAL COST/BASIS:                 2,015,243.
EXPENSES OF SALE (INCLUDED WITH
COST/BASIS ON FORM)                       0.
TOTAL DEPRECIATION:                 699,386.
TOTAL RECAPTURE:                    699,386.
TOTAL AMT DEPRECIATION:             595,053.
TOTAL AMT BASIS:                  2,015,243.
```

| ASSET DESCRIPTION | COST/BASIS | DEPRECIATION | RECAPTURE | AMT BASIS | AMT DEPREC. |
|---|---|---|---|---|---|
| 227. #502 - KOMOTSU | 348,608. | 257,142. | 257,142. | 348,608. | 257,142. |
| 232. #503 2016 KOMATSU WA380-8 | 240,348. | 63,777. | 63,777. | 240,348. | 48,731. |
| 233. #509 2016 KLEEMAN MS19D | 331,451. | 87,950. | 87,950. | 331,451. | 67,202. |
| 234. #504 2013 KOMATSU WA470-7 | 289,774. | 76,892. | 76,892. | 289,774. | 58,752. |
| 235. #494 2015 KOMATSU WA470-7 | 344,708. | 91,469. | 91,469. | 344,708. | 69,890. |
| 236. #506 2014 KLEEMAN MS19Z | 264,225. | 70,113. | 70,113. | 264,225. | 53,571. |
| 237. #505 2012 KLEEMAN MS19Z | 196,129. | 52,043. | 52,043. | 196,129. | 39,765. |
| TOTAL | $ 2,015,243. | $ 699,386. | $ 699,386. | $ 2,015,243. | $ 595,053. |

NOTE: THE FIRST ASSET LISTED CONTAINS ALL SALES INFORMATION. (SALES PRICE, EXPENSES OF SALE, ETC.)

| 2017 | FEDERAL SCHEDULE K WORKSHEETS | PAGE 1 |
|---|---|---|
| | SGM LEASING LLC | 45-4543762 |

## SCHEDULE K (WORKSHEETS), LINE 12D
## SMALL BUSINESS SIMPLIFIED OVERALL METHOD
## QUALIFIED PRODUCTION ACTIVITIES INCOME

1. DOMESTIC PRODUCTION GROSS RECEIPTS................................... $ 6,014,088.

2. TOTAL GROSS RECEIPTS
   GROSS RECEIPTS (FORM 1120S, PAGE 1, LINE 1C)................................ $ 4,039,934.
   OTHER INCOME (FORM 1120S, PAGE 1, LINE 5)..................................... 0.
   GROSS PROCEEDS FROM DISPOSITION OF ASSETS..................................... 1,974,154.
       TOTAL........................................................................ $ 6,014,088.

3. RECEIPTS ALLOCATION RATIO (LINE 1 / LINE 2) ................................... 100%

4. QUALIFIED DOMESTIC PRODUCTION ACTIVITIES DEDUCTIONS
   TOTAL DEDUCTIONS (FORM 1120S, PAGE 1, LINE 20)............................. $ 3,198,365.
   TOTAL COST OF GOODS SOLD.................................................... 4,234,489.
     (INCLUDES ADJUSTED BASIS FROM ASSET DISPOSITION)
       TOTAL........................................................................ $ 7,432,854.

5. ALLOCATED DOMESTIC PROD. ACTIVITIES DEDUCTIONS (LINE 3 X LINE 4).... $ 7,432,854.

6. CORPORATION'S QUALIFIED PROD. ACTIVITIES INCOME (LINE 1 - LINE 5).. $ -1,418,766.

7. DOMESTIC PRODUCTION ACTIVITIES INCOME FROM PASSTHROUGH K-1S........... $ 0.

8. QUALIFIED PRODUCTION ACTIVITIES INCOME (LINE 6 + LINE 7)................ $ -1,418,766.

## SCHEDULE K (WORKSHEETS), LINE 12D
## SMALL BUSINESS SIMPLIFIED OVERALL METHOD
## EMPLOYER'S FORM W-2 WAGES

1. TOTAL WAGES
   COMPENSATION OF OFFICERS (FORM 1120S, PAGE 1, LINE 7) .................. 111,840.
   SALARIES & WAGES (FORM 1120S, PAGE 1, LINE 8) .............................. 450,743.
   COST OF LABOR (FORM 1125-A, LINE 3)........................................... 0.
       TOTAL........................................................................ $ 562,583.

2. RECEIPTS ALLOCATION RATIO
   2A. DOMESTIC PRODUCTION GROSS RECEIPTS......................................... $ 6,014,088.
   2B. TOTAL GROSS RECEIPTS.............................................................. 6,014,088.

       ALLOCATION RATIO (LINE 2A / LINE 2B)...................................... 100%

3. EMPLOYER'S W-2 WAGES (LINE 1 X LINE 2)......................................... $ 562,583.

## SCHEDULE K, LINE 15B
## ADJUSTED GAIN OR LOSS

| DESCRIPTION OF PROPERTY | DATE ACQ'D | DATE SOLD | REG TAX ADJUSTED BASIS | AMT ADJUSTED BASIS | ADJUSTMENT |
|---|---|---|---|---|---|
| #502 - KOMOTSU | 12/08/15 | 9/30/17 | 1,315,857. | 1,420,190. | $ -104,333. |
| | | | | TOTAL | $ -104,333. |

| 2017 | SCHEDULE M-2 RECONCILIATION | PAGE 1 |
|---|---|---|

| SGM LEASING LLC | 45-4543762 |
|---|---|

## RECONCILIATION OF SCHEDULE M-2 ENDING BALANCE TO RETAINED EARNINGS (SCHEDULE L)

**SCHEDULE M-2 ENDING BALANCES:**

| | | |
|---|---|---:|
| 1. | Accumulated Adjustments Account (Schedule M-2, Line 8(a)) | −4,948,189. |
| 2. | Other Adjustments Account (Schedule M-2, Line 8(b)) | −154,218. |
| 3. | Shareholder's Previously Taxed Income (Schedule M-2, Line 8(c)) | |
| 4. | TOTAL ENDING BALANCE - SCHEDULE M-2 (add lines 1-3) ▶ | −5,102,407. |

**ADDITIONS:**

| | |
|---|---|
| 5. | Other Retained Earnings - Ending Balance |
| 6. | Adjustment on oil and gas depletion (Schedule M-1 vs. AAA) |

TIMING DIFFERENCES SUBTRACTED FROM NET INCOME PER BOOKS (from Schedule M-1, Lines 5 and 6):

| | |
|---|---|
| 7. | Depreciation on Schedule K not included on books |
| 8. | Amortization on Schedule K not included on books |
| 9. | Gain (loss) on disposition of assets |
| 10. | State tax on Schedule K not included on books |
| 11. | Other Timing Differences Subtracted from Net Income Per Books: |

| | |
|---|---|
| 12. | TOTAL ADDITIONS (add lines 5 - 11) ▶ |

**SUBTRACTIONS:**

TIMING DIFFERENCES ADDED TO NET INCOME PER BOOKS (from Schedule M-1, Lines 2 and 3):

| | |
|---|---|
| 13. | Depreciation on books not included on Schedule K |
| 14. | Amortization on books not included on Schedule K |
| 15. | Gain (loss) on disposition of assets |
| 16. | State tax on books not included on Schedule K |
| 17. | Other Timing Differences Added to Net Income Per Books: |

| | | |
|---|---|---:|
| 18. | TOTAL SUBTRACTIONS (add lines 13 - 17) ▶ | |
| 19. | Beginning Balance - Retained Earnings (Schedule L, Line 24(b)) | −2,942,461. |
| 20. | Beginning Balance - Schedule M-2 and Other Retained Earnings | −3,683,519. |
| 21. | PRIOR YEAR TIMING DIFFERENCES AND ADJUSTMENTS (Line 19 minus Line 20) ▶ | 741,058. |
| 22. | OTHER ADJUSTMENTS ▶ | |
| 23. | TOTAL DIFFERENCE BETWEEN SCHEDULE M-2 AND RETAINED EARNINGS (line 12 less line 18, plus line 21 and 22) ▶ | 741,058. |
| 24. | **TOTAL RETAINED EARNINGS (SCHEDULE L) - ENDING BALANCE** (combine lines 4 and 23) ▶ | −4,361,349. |

SPSL0401L  07/13/17

| Form **8903** | | FORM 1120 COMPUTATION | | OMB No. 1545-1984 | |
|---|---|---|---|---|---|

Form **8903**
(Rev December 2010)
Department of the Treasury
Internal Revenue Service

FORM 1120 COMPUTATION
**Domestic Production Activities Deduction**

► **Attach to your tax return.** ► **See separate instructions.**

OMB No. 1545-1984

Attachment
Sequence No. **143**

| Name(s) as shown on return | Identifying number |
|---|---|
| SGM LEASING LLC | 45-4543762 |

**Note. Do not** complete column (a), unless you have oil-related production activities. Enter amounts for all activities in column (b), including oil-related production activities.

| | | (a) Oil-related production activities | (b) All activities |
|---|---|---|---|
| 1 | Domestic production gross receipts (DPGR) ............................... **1** | | 6,014,088. |
| 2 | Allocable cost of goods sold. If you are using the small business simplified overall method, skip lines 2 and 3 ................................... **2** | | |
| 3 | Enter deductions and losses allocable to DPGR (see instructions) ............... **3** | | |
| 4 | If you are using the small business simplified overall method, enter the amount of cost of goods sold and other deductions or losses you ratably apportion to DPGR. All others, skip line 4 ............................................ **4** | | 7,432,854. |
| 5 | Add lines 2 through 4 ................................................ **5** | | 7,432,854. |
| 6 | Subtract line 5 from line 1 ............................................ **6** | | -1,418,766. |
| 7 | Qualified production activities income from estates, trusts, and certain partnerships and S corporations (see instructions) ................................. **7** | | |
| 8 | Add lines 6 and 7. Estates and trusts, go to line 9, all others, skip line 9 and go to line 10 ....................................................... **8** | | |
| 9 | Amount allocated to beneficiaries of the estate or trust (see instructions) ........... **9** | | |
| 10a | **Oil-related qualified production activities income.** Estates and trusts, subtract line 9, column (a), from line 8, column (a), all others, enter amount from line 8, column (a). If zero or less, enter -0- here ......................................... **10a** | | |
| b | **Qualified production activities income.** Estates and trusts, subtract line 9, column (b), from line 8, column (b), all others, enter amount from line 8, column (b). If zero or less, enter -0- here, skip lines 11 through 21, and enter -0- on line 22 ............ **10b** | | 0. |
| 11 | Income limitation (see instructions): | | |
| | • Individuals, estates, and trusts. Enter your adjusted gross income figured without the domestic production activities deduction ................................................. | | |
| | • All others. Enter your taxable income figured without the domestic production activities deduction (tax-exempt organizations, see instructions) ........................... **11** | | |
| 12 | Enter the smaller of line 10b or line 11. If zero or less, enter -0- here, skip lines 13 through 21, and enter -0- on line 22 ......................................... **12** | | 0. |
| 13 | Enter 9% of line 12 ................................................ **13** | | |
| 14a | Enter the smaller of line 10a or line 12 .......................... **14a** | | |
| b | Reduction for oil-related qualified production activities income. Multiply line 14a by 3% ................... **14b** | | |
| 15 | Subtract line 14b from line 13 ......................................... **15** | | |
| 16 | Form W-2 wages (see instructions) ..................................... **16** | | |
| 17 | Form W-2 wages from estates, trusts, and certain partnerships and S corporations (see instructions) ................................................... **17** | | |
| 18 | Add lines 16 and 17. Estates and trusts, go to line 19, all others, skip line 19 and go to line 20 ............ **18** | | |
| 19 | Amount allocated to beneficiaries of the estate or trust (see instructions) .................. **19** | | |
| 20 | Estates and trusts, subtract line 19 from line 18, all others, enter amount from line 18 ................ **20** | | |
| 21 | Form W-2 wage limitation. Enter 50% of line 20 ............................. **21** | | |
| 22 | Enter the smaller of line 15 or line 21 ................................... **22** | | |
| 23 | Domestic production activities deduction from cooperatives. Enter deduction from Form 1099-PATR, box 6 ................................................. **23** | | |
| 24 | Expanded affiliated group allocation (see instructions) .......................... **24** | | |
| 25 | **Domestic production activities deduction.** Combine lines 22 through 24 and enter the result here and on Form 1040, line 35; Form 1120, line 25; or the applicable line of your return .................. **25** | | 0. |

**BAA For Paperwork Reduction Act Notice, see separate instructions.**
Form **8903** (Rev.12-2010)

FDIZ4001L 11/13/14

**12/31/17**  **2017 FEDERAL DEPRECIATION SCHEDULE**  **PAGE 1**

45-4543762

**SGM LEASING LLC**

FORM 1120S

AUTO / TRANSPORT EQUIPMENT

| NO. | DESCRIPTION | DATE ACQUIRED | DATE SOLD | COST/BASIS | BUS. PCT. | CUR 179 BONUS | SPECIAL DEPR. ALLOW. | PRIOR 179/BONUS/SP DEPR. | PRIOR DEC. BAL DEPR. | SALVAG/BASIS REDUCT | DEPR. BASIS | PRIOR DEPR. | METHOD | LIFE | RATE | CURRENT DEPR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | #93 PUMP TRUCK | 11/01/03 | | 17,010 | | | | | | | 17,010 | 17,010 | 200DB MQ | 5 | | 0 |
| 2 | #136 2003 CHEVY 1500 | 4/10/05 | | 5,000 | | | | | | | 5,000 | 5,000 | 200DB MQ | 3 | | 0 |
| 3 | #121 CIRCLE M TRAILER | 4/15/05 | | 6,783 | | | | | | | 6,783 | 6,783 | 200DB MQ | 4 | | 0 |
| 4 | #123 CIRCLE M TRAILER | 4/15/05 | | 6,784 | | | | | | | 6,784 | 6,784 | 200DB MQ | 4 | | 0 |
| 5 | #58A 02 FREIGHTLINER | 9/30/05 | | 32,010 | | | | | | | 32,010 | 32,010 | 200DB MQ | 3 | | 0 |
| 6 | EQUIPMENT SD MANAGEMENT | 4/01/07 | | 54,939 | | | | | | | 54,939 | 54,939 | 200DB HY | 4 | | 0 |
| 7 | #180 SAFETY TRAILER | 5/18/07 | | 5,725 | | | | | | | 5,725 | 5,725 | 200DB HY | 4 | | 0 |
| 8 | RADIOS | 11/09/07 | | 22,358 | | | | | | | 22,358 | 22,358 | 200DB HY | 4 | | 0 |
| 9 | #199 2006 RTV900W UTILITY | 11/26/07 | | 7,010 | | | | | | | 7,010 | 7,010 | 200DB HY | 4 | | 0 |
| 10 | TRACKING SYSTEM | 12/06/07 | | 15,750 | | | | | | | 15,750 | 15,750 | 200DB HY | 4 | | 0 |
| 11 | #202 2008 FORD F-450 | 1/03/08 | | 37,720 | | | | | | | 37,720 | 37,720 | 200DB HY | 3 | | 0 |
| 12 | RADIOS | 3/05/08 | | 2,837 | | | | | | | 2,837 | 2,837 | 200DB HY | 3 | | 0 |
| 13 | #214 2001 CHEVY PICKUP | 4/21/08 | | 9,076 | | | | | | | 9,076 | 9,076 | 200DB HY | 3 | | 0 |
| 14 | #258 FORD PICKUP | 5/01/08 | | 28,976 | | | | | | | 28,976 | 28,976 | 200DB HY | 3 | | 0 |
| 15 | RADIOS | 7/01/08 | | 7,606 | | | | | | | 7,606 | 7,547 | 200DB HY | 4 | | 0 |
| 16 | TRACKING SYSTEM EQUIPMENT | 3/31/09 | | 10,805 | | | | | | | 10,805 | 10,805 | 200DB HY | 4 | | 0 |
| 17 | WRANGLER JEEP | 8/19/09 | | 2,000 | | | | | | | 2,000 | 1,982 | 200DB HY | 3 | | 0 |
| 18 | TRASH TRAILERS | 11/16/09 | | 3,900 | | | | | | | 3,900 | 3,900 | 200DB HY | 4 | | 0 |
| 19 | #256 02 DODGE PICKUP | 2/16/10 | | 5,500 | | | | | | | 5,500 | 5,500 | 200DB HY | 5 | | 0 |
| 20 | #281 1989 TRAILER | 9/16/10 | | 2,500 | | | | | | | 2,500 | 2,500 | 200DB MQ | 4 | | 0 |
| 21 | SKID STEER TRAILER | 10/22/10 | | 4,882 | | | | | | | 4,882 | 4,882 | 200DB MQ | 4 | | 0 |
| 22 | 3 TRASH TRAILERS | 11/15/10 | | 3,600 | | | | | | | 3,600 | 3,600 | 200DB MQ | 4 | | 0 |
| 23 | #308 2011 FORD F-150 | 4/04/11 | | 50,115 | | | | 50,115 | | | 0 | | 200DB HY | 3 | | 0 |

# 2017 FEDERAL DEPRECIATION SCHEDULE

12/31/17     PAGE 2

45-4543762

SGM LEASING LLC

| NO. | DESCRIPTION | DATE ACQUIRED | DATE SOLD | COST/BASIS | BUS. PCT. | CUR 179 BONUS | SPECIAL DEPR. ALLOW. | PRIOR 179/BONUS/SP. DEPR. | PRIOR DEC. BAL. DEPR. | SALVAG/BASIS REDUCT | DEPR. BASIS | PRIOR DEPR. | METHOD | LIFE | RATE | CURRENT DEPR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 24 | #318 20' ENCLOSED TRAILER | 4/19/11 | | 6,125 | | | | 6,125 | | | 0 | 0 | 200DB HY | 4 | | 0 |
| 25 | 2000 INTERNATIONAL TRUCK | 4/26/11 | | 5,500 | | | | 2,750 | | | 2,750 | 2,750 | 200DB HY | 2 | | 0 |
| 26 | MOTOROLA RADIOS | 6/01/11 | | 4,376 | | | | 4,376 | | | 0 | | 200DB HY | 4 | | 0 |
| 27 | GPS UNIT | 6/01/11 | | 4,000 | | | | 4,000 | | | 0 | | 200DB HY | 4 | | 0 |
| 28 | #376 2012 DODGE CHALLENGE | 1/19/12 | | 54,635 | | | | | | | 54,635 | 54,635 | 200DB HY | 3 | | 0 |
| 29 | #362 HM 300 ROCK TRUCK | 1/21/12 | | 180,250 | | | | | | | 180,250 | 180,250 | 200DB HY | 2 | | 0 |
| 30 | #378 2008 HM 300 ROCK TRU | 2/03/12 | | 198,250 | | | | | | | 198,250 | 198,250 | 200DB HY | 2 | | 0 |
| 31 | #382 2005 PETERBUILT | 2/23/12 | | 50,000 | | | | | | | 50,000 | 50,000 | 200DB HY | 2 | | 0 |
| 32 | #379 05 GMC TRUCK | 2/27/12 | | 39,500 | | | | | | | 39,500 | 39,500 | 200DB HY | 3 | | 0 |
| 33 | #384 1999 CADILLAC | 3/21/12 | | 5,500 | | | | | | | 5,500 | 5,500 | 200DB HY | 3 | | 0 |
| 119 | TRAILER | 3/15/95 | | 3,000 | | | | | | | 3,000 | 3,000 | 200DB HY | 5 | | 0 |
| 120 | TRAILER | 11/17/98 | | 700 | | | | | | | 700 | 700 | 200DB HY | 5 | | 0 |
| 121 | #66 1996 FORD F-350 | 12/31/01 | | 10,000 | | | | | | | 10,000 | 10,000 | 200DB HY | 7 | | 0 |
| 122 | TRUCK BED | 1/06/04 | | 500 | | | | | | | 500 | 500 | 200DB HY | 3 | | 0 |
| 123 | #111 2004 LAPINE TRAILER | 5/12/04 | | 19,527 | | | | | | | 19,527 | 19,527 | 200DB HY | 4 | | 0 |
| 124 | TRAILER 8X16 | 5/11/06 | | 2,700 | | | | | | | 2,700 | 2,700 | 200DB HY | 4 | | 0 |
| 125 | TRACKING SYSTEM | 5/15/06 | | 10,081 | | | | | | | 10,081 | 10,081 | 200DB HY | 4 | | 0 |
| 126 | TRACKING SYSTEM | 7/14/06 | | 4,124 | | | | | | | 4,124 | 4,124 | 200DB MQ | 4 | | 0 |
| 127 | TRUCK BED | 8/22/06 | | 10,133 | | | | | | | 10,133 | 10,133 | 200DB MQ | 3 | | 0 |
| 128 | RADIOS | 3/22/07 | | 12,357 | | | | | | | 12,357 | 12,357 | 200DB MQ | 4 | | 0 |
| 129 | 30' DRYVAN TRAILER | 12/10/07 | | 1,800 | | | | | | | 1,800 | 1,707 | 200DB HY | 4 | | 0 |
| 130 | WYLIE WATER TRAILER | 8/26/09 | | 4,350 | | | | | | | 4,350 | 4,350 | 200DB HY | 4 | | 0 |
| 131 | WYLIE WATER TRAILER | 8/26/09 | | 4,350 | | | | | | | 4,350 | 4,350 | 200DB HY | 4 | | 0 |
| 132 | 99 PETERBUILT | 11/08/10 | | 19,000 | | | | | | | 19,000 | 17,021 | 200DB HY | 2 | | 0 |
| 133 | GPS TRAILER | 12/06/10 | | 28,967 | | | | | | | 28,967 | 28,967 | 200DB HY | 2 | | 0 |
| 134 | PETERBUILT | 4/13/11 | | 32,000 | | | | | | | 32,000 | 32,000 | 200DB HY | 2 | | 0 |
| 135 | 2003 PETERBUILT | 4/20/11 | | 32,000 | | | | 18,667 | | | 13,333 | 13,333 | 200DB HY | 2 | | 0 |

| 12/31/17 | | | | | | | | | | | | | | | | | 2017 FEDERAL DEPRECIATION SCHEDULE | | PAGE 3 |

**SGM LEASING LLC**

45-4543762

| NO. | DESCRIPTION | DATE ACQUIRED | DATE SOLD | COST/BASIS | BUS. PCT. | CUR 179 BONUS | SPECIAL DEPR. ALLOW. | PRIOR 179/ BONUS/ SP DEPR. | PRIOR DEC. BAL DEPR. | SALVAG /BASIS REDUCT | DEPR. BASIS | PRIOR DEPR. | METHOD | LIFE | RATE | CURRENT DEPR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 183 | TRAILER | 4/30/13 | | 7,500 | | | | | | | 7,500 | 7,032 | 200DB HY | 4 | .06250 | 468 |
| 184 | TRAILER | 4/30/13 | | 9,500 | | | | | | | 9,500 | 8,907 | 200DB HY | 4 | .06250 | 593 |
| 187 | #430 - PETERBILT WATER TR | 5/08/13 | | 37,000 | | | | | | | 37,000 | 36,997 | 200DB HY | 3 | | 0 |
| 188 | #429 - CHEVY SILVERADO | 6/13/13 | | 34,009 | | | | | | | 34,009 | 31,883 | 200DB HY | 4 | .06250 | 2,126 |
| 202 | TELESCOPIC BOOM | 4/22/14 | | 112,881 | | | | | | | 112,881 | 91,715 | 200DB HY | 4 | .12500 | 14,110 |
| 204 | FOUR WHEELER | 7/29/14 | | 3,000 | | | | | | | 3,000 | 2,438 | 200DB HY | 4 | .12500 | 375 |
| 210 | TRACKING EQUIPMENT | 10/09/14 | | 3,255 | | | | | | | 3,255 | 2,645 | 200DB HY | 4 | .12500 | 407 |
| | TOTAL AUTO / TRANSPORT EQUIP | | | 1,293,756 | | 0 | 0 | 86,033 | 0 | 0 | 1,207,723 | 1,180,046 | | | | 18,079 |
| | BUILDINGS | | | | | | | | | | | | | | | |
| 161 | BUILDING | 10/21/09 | | 99,607 | | | | | | | 99,607 | 37,572 | S/L MM | 22 | .04545 | 4,527 |
| 162 | LEASEHOLD IMPROVEMENTS | 10/29/04 | | 28,392 | | | | | | | 28,392 | 23,782 | S/L HY | 15 | .36364 | 1,676 |
| 163 | BUILDING | 10/01/78 | | 8,000 | | | | | | | 8,000 | 8,000 | S/L | | | 0 |
| 164 | IMPROVEMENTS | 5/01/82 | | 33,342 | | | | | | | 33,342 | 33,342 | S/L | | | 0 |
| 165 | STORAGE BUILDING | 2/01/86 | | 1,000 | | | | | | | 1,000 | 1,000 | S/L | 19 | | 0 |
| 166 | BUILDING IMPROVEMENTS | 11/06/87 | | 1,725 | | | | | | | 1,725 | 1,725 | 200DB HY | 10 | | 0 |
| 167 | BUILDING | 3/31/97 | | 46,691 | | | | | | | 46,691 | 46,691 | 150DB HY | 20 | | 0 |
| 168 | ROOF REPAIRS | 5/02/97 | | 2,600 | | | | | | | 2,600 | 2,600 | 150DB HY | 20 | | 0 |
| 182 | BUILDING | 8/11/12 | | 36,431 | | | | | | | 36,431 | 7,245 | S/L MM | 22 | .04545 | 1,656 |
| 191 | PIPELINE BUILDING | 8/08/13 | | 10,984 | | | | | | | 10,984 | 5,156 | 150DB HY | 9 | .09650 | 1,060 |
| 203 | ROCK QUARRY BLDG - 1/2 | 8/11/14 | | 10,000 | | | | | | | 10,000 | 608 | S/L MM | 39 | .02564 | 256 |
| 215 | QUARRY BLDG - 24' X 33' | 6/29/15 | | 16,263 | | | | 8,132 | | | 8,131 | 610 | S/L HY | 20 | .05000 | 407 |
| | TOTAL BUILDINGS | | | 295,035 | | 0 | 0 | 8,132 | 0 | 0 | 286,903 | 168,331 | | | | 9,582 |
| | FURNITURE AND FIXTURES | | | | | | | | | | | | | | | |

**12/31/17**

## 2017 FEDERAL DEPRECIATION SCHEDULE

**PAGE 4**

**SGM LEASING LLC**

**45-4543762**

| NO. | DESCRIPTION | DATE ACQUIRED | DATE SOLD | COST/BASIS | BUS. PCT | CUR 179 BONUS | SPECIAL DEPR. ALLOW | PRIOR 179/ BONUS/ SP. DEPR | PRIOR DEC. BAL. DEPR. | SALVAG /BASIS REDUCT | DEPR. BASIS | PRIOR DEPR. | METHOD | LIFE | RATE | CURRENT DEPR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 100 | 4 DESKS - 4 CHAIRS | 4/28/04 | | 2,000 | | | | | | | 2,000 | 2,000 | 200DB HY | 7 | | 0 |
| 101 | DESK & CHAIRS | 7/19/04 | | 700 | | | | | | | 700 | 700 | 200DB HY | 7 | | 0 |
| 102 | AIR CONDITIONER | 8/05/04 | | 1,200 | | | | | | | 1,200 | 1,200 | 200DB HY | 7 | | 0 |
| 103 | 3 USED SIDE CHAIRS | 9/03/04 | | 255 | | | | 255 | | | 0 | | 200DB HY | 7 | | 0 |
| 104 | 2 DESK - 2 CHAIRS | 2/09/06 | | 1,913 | | | | | | | 1,913 | 1,913 | 200DB MQ | 4 | | 0 |
| 105 | DESK/CHAIR | 1/23/07 | | 2,167 | | | | | | | 2,167 | 2,167 | 200DB HY | 4 | | 0 |
| 106 | COMPUTER MONITOR | 12/30/08 | | 1,029 | | | | | | | 1,029 | 1,029 | 200DB HY | 3 | | 0 |
| 107 | CHAIR | 1/21/09 | | 695 | | | | | | | 695 | 695 | 200DB HY | 4 | | 0 |
| 108 | COMPUTER MONITOR | 1/30/09 | | 411 | | | | | | | 411 | 411 | 200DB HY | 3 | | 0 |
| 109 | LENOVA G550 NOTEBOOK COMP | 8/12/10 | | 985 | | | | | | | 985 | 985 | 200DB MQ | 5 | | 0 |
| 110 | DESK | 1/06/11 | | 7,008 | | | | 7,008 | | | 0 | | 200DB MQ | 4 | | 0 |
| 111 | COMPUTER-HP PROLIANT ML 3 | 2/14/11 | | 2,500 | | | | 2,500 | | | 0 | | 200DB MQ | 3 | | 0 |
| 112 | COMPUTER EQUIPMENT | 3/18/11 | | 2,694 | | | | 2,694 | | | 0 | | 200DB MQ | 3 | | 0 |
| 113 | COMPUTER EQUIP- SERVER | 4/13/11 | | 1,677 | | | | 1,677 | | | 0 | | 200DB HY | 3 | | 0 |
| 114 | COMPUTERS | 11/23/11 | | 4,347 | | | | 4,347 | | | 0 | | 200DB HY | 2 | | 0 |
| 115 | DESK | 12/13/11 | | 1,088 | | | | 1,088 | | | 0 | | 200DB HY | 4 | | 0 |
| 116 | DESK-ELK CITY | 1/15/12 | | 3,363 | | | | | | | 3,363 | 3,363 | 200DB HY | 4 | | 0 |
| 117 | SHELVES-ELK CITY | 2/27/12 | | 550 | | | | | | | 550 | 550 | 200DB HY | 4 | | 0 |
| 118 | DESKS- SHAMROCK | 3/02/12 | | 6,000 | | | | | | | 6,000 | 6,000 | 200DB HY | 4 | | 0 |
| 160 | COMPUTER EQUIPMENT | 7/01/07 | | 884 | | | | | | | 884 | 884 | 200DB HY | 3 | | 0 |
| 177 | PHONE SYSTEM | 4/02/12 | | 6,671 | | | | | | | 6,671 | 6,671 | 200DB MQ | 4 | | 0 |
| 178 | OFFICE FURNITURE | 6/04/12 | | 6,500 | | | | | | | 6,500 | 6,500 | 200DB MQ | 4 | | 0 |
| 179 | OFFICE FURNITURE | 7/18/12 | | 2,194 | | | | | | | 2,194 | 2,194 | 200DB MQ | 4 | | 0 |
| 186 | OFFICE FURNITURE | 1/28/13 | | 1,936 | | | | | | | 1,936 | 1,815 | 200DB HY | 4 | .06250 | 121 |
| 189 | OFFICE FURNITURE | 9/19/13 | | 5,484 | | | | | | | 5,484 | 5,142 | 200DB HY | 4 | .06250 | 342 |
| 201 | LAP TOP COMPUTER | 2/18/14 | | 540 | | | | | | | 540 | 500 | 200DB HY | 3 | .07410 | 40 |
| 223 | OFFICE FURNITURE | 7/22/15 | | 8,459 | | | | 4,230 | | | 4,229 | 1,640 | 200DB HY | 7 | .17490 | 740 |

| 12/31/17 | | | | | | | | | | | | | | | | PAGE 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

## 2017 FEDERAL DEPRECIATION SCHEDULE

### SGM LEASING LLC

45-4543762

| NO. | DESCRIPTION | DATE ACQUIRED | DATE SOLD | COST/ BASIS | BUS. PCT. | CUR 179 BONUS | SPECIAL DEPR. ALLOW. | PRIOR 179/ BONUS/ SP.DEPR. | PRIOR DEC.BAL. DEPR. | SALVAG /BASIS REDUCT | DEPR. BASIS | PRIOR DEPR. | METHOD | LIFE | RATE | CURRENT DEPR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 238 | WINDOWS '12 SMALL BUS SER | 3/31/16 | | 3,659 | | | | | | | 3,659 | 732 | 200DB HY | 5 | .32000 | 1,171 |
| | TOTAL FURNITURE AND FIXTURE | | | 76,909 | | 0 | 0 | 23,799 | 0 | 0 | 53,110 | 47,091 | | | | 2,414 |
| | LAND | | | | | | | | | | | | | | | |
| 169 | LAND | 6/30/00 | | 5,420 | | | | | | | 5,420 | | | | | 0 |
| 170 | LAND | 1/27/09 | | 2,500 | | | | | | | 2,500 | | | | | 0 |
| 205 | LAKE PROPERTY | 9/17/14 | | 40,000 | | | | | | | 40,000 | | | | | 0 |
| 209 | LAND - GIN YARD | 10/10/14 | | 20,450 | | | | | | | 20,450 | | | | | 0 |
| | TOTAL LAND | | | 68,370 | | 0 | 0 | 0 | 0 | 0 | 68,370 | 0 | | | | 0 |
| | MACHINERY AND EQUIPMENT | | | | | | | | | | | | | | | |
| 34 | EQUIPMENT B4 1992 | 1/01/86 | | 244,329 | | | | | | | 244,329 | 203,185 | S/L | | | 0 |
| 35 | BRUSH HOG & VICE | 4/16/92 | | 1,150 | | | | | | | 1,150 | 1,150 | 200DB HY | 5 | | 0 |
| 36 | TILLER | 5/04/92 | | 650 | | | | | | | 650 | 650 | 200DB HY | 5 | | 0 |
| 37 | DITCHER | 6/09/92 | | 22,109 | | | | | | | 22,109 | 22,109 | 200DB HY | 5 | | 0 |
| 38 | BACKHOE | 9/11/92 | | 8,500 | | | | | | | 8,500 | 8,500 | 200DB HY | 5 | | 0 |
| 39 | BACKHOE | 1/06/93 | | 10,000 | | | | | | | 10,000 | 10,000 | 200DB HY | 5 | | 0 |
| 40 | RADIOS | 3/04/93 | | 653 | | | | | | | 653 | 653 | 200DB HY | 5 | | 0 |
| 41 | MOWERS | 6/04/93 | | 2,146 | | | | | | | 2,146 | 2,146 | 200DB HY | 5 | | 0 |
| 42 | BACKHOE | 1/03/94 | | 39,850 | | | | | | | 39,850 | 39,850 | 200DB HY | 5 | | 0 |
| 43 | CUB TRACTOR | 1/26/94 | | 1,000 | | | | | | | 1,000 | 1,000 | 200DB HY | 5 | | 0 |
| 44 | DITCHER | 11/21/94 | | 2,900 | | | | | | | 2,900 | 2,900 | 200DB HY | 5 | | 0 |
| 45 | 2 RADIOS | 6/20/95 | | 668 | | | | | | | 668 | 668 | 200DB HY | 5 | | 0 |
| 46 | ROAD GRADER | 10/12/95 | | 8,000 | | | | | | | 8,000 | 8,000 | 200DB HY | 5 | | 0 |
| 47 | TOOLS | 3/31/96 | | 1,928 | | | | | | | 1,928 | 1,928 | 200DB HY | 5 | | 0 |

12/31/17

## 2017 FEDERAL DEPRECIATION SCHEDULE

### SGM LEASING LLC

PAGE 6

45-4543762

| NO. | DESCRIPTION | DATE ACQUIRED | DATE SOLD | COST/BASIS | BUS. PCT. | CUR 179 BONUS | SPECIAL DEPR. ALLOW. | PRIOR 179/BONUS/SP.DEPR. | PRIOR DEC. BAL. DEPR. | SALVAG/BASIS REDUCT | DEPR. BASIS | PRIOR DEPR. | METHOD | LIFE | RATE | CURRENT DEPR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 48 | DITCHER | 4/06/95 | | 19,313 | | | | | | | 19,313 | 19,313 | 200DB HY | 5 | | 0 |
| 49 | WASH DOWN RIG | 4/29/96 | | 10,000 | | | | | | | 10,000 | 10,000 | 200DB HY | 5 | | 0 |
| 50 | GENERATOR & STEAMER | 5/31/96 | | 9,000 | | | | | | | 9,000 | 9,000 | 200DB HY | 5 | | 0 |
| 51 | TOOLS | 3/29/01 | | 3,602 | | | | | | | 3,602 | 3,602 | 200DB MQ | 7 | | 0 |
| 52 | BULK FUEL TANKS | 11/11/02 | | 1,000 | | | | | | | 1,000 | 1,000 | 200DB MQ | 4 | | 0 |
| 53 | BUSH HOG BLADE | 11/20/02 | | 71 | | | | | | | 71 | 71 | 200DB HY | 7 | | 0 |
| 54 | 6" CHAIN VICE | 12/02/02 | | 100 | | | | | | | 100 | 100 | 200DB HY | 7 | | 0 |
| 55 | POST DRIVER | 12/03/02 | | 2,970 | | | | | | | 2,970 | 2,970 | 200DB HY | 7 | | 0 |
| 56 | FLATBED TRAILER | 3/15/03 | | 225 | | | | | | | 225 | 225 | 200DB HY | 7 | | 0 |
| 57 | FUEL TANK | 7/01/03 | | 1,242 | | | | | | | 1,242 | 1,242 | 200DB MQ | 7 | | 0 |
| 58 | 95 GALLON FUEL TANK | 7/22/03 | | 554 | | | | | | | 554 | 554 | 200DB MQ | 7 | | 0 |
| 59 | IRRIGATION EQUIPMENT | 7/31/03 | | 14,750 | | | | | | | 14,750 | 14,750 | 200DB MQ | 4 | | 0 |
| 60 | FUEL TANKS | 8/01/03 | | 496 | | | | | | | 496 | 496 | 200DB MQ | 7 | | 0 |
| 61 | HEATER FOR STEAMER | 11/01/03 | | 3,685 | | | | | | | 3,685 | 3,685 | 200DB MQ | 7 | | 0 |
| 62 | #118 CAT 12H MOTORGRADER | 7/28/04 | | 91,426 | | | | | | | 91,426 | 91,426 | 200DB HY | 7 | | 0 |
| 63 | TRAILER | 7/30/04 | | 1,000 | | | | | | | 1,000 | 1,000 | 200DB HY | 7 | | 0 |
| 64 | WOODS CUTTER MOWER | 3/31/06 | | 5,500 | | | | | | | 5,500 | 5,590 | 200DB MQ | 4 | | 0 |
| 65 | MOBILE TRACKING SYSTEM | 5/15/06 | | 18,602 | | | | | | | 18,602 | 18,602 | 200DB HY | 4 | | 0 |
| 66 | #149 JD BACKHOE | 8/19/06 | | 66,297 | | | | | | | 66,297 | 66,297 | 200DB HY | 4 | | 0 |
| 67 | #158 JC 214 E-4 BACKHOE | 11/27/06 | 5/31/17 | 25,905 | | | | | | | 25,905 | 25,905 | 200DB HY | 4 | | 0 |
| 68 | TIRE MACHINE | 3/24/07 | | 4,399 | | | | | | | 4,399 | 4,399 | 200DB HY | 4 | | 0 |
| 69 | GENERATOR | 7/03/07 | | 700 | | | | | | | 700 | 700 | 200DB HY | 4 | | 0 |
| 70 | 780 SPY JEEP | 8/01/07 | | 3,600 | | | | | | | 3,600 | 3,600 | 200DB HY | 4 | | 0 |
| 71 | MANITOWORC 1203 ICE MACH | 8/08/07 | | 5,081 | | | | | | | 5,081 | 5,081 | 200DB HY | 4 | | 0 |
| 72 | STEALTH 12K LIFT | 8/24/07 | | 5,648 | | | | | | | 5,648 | 5,648 | 200DB HY | 4 | | 0 |
| 73 | #208 JD BACKHOE | 2/15/08 | | 56,987 | | | | | | | 56,987 | 56,987 | 200DB HY | 4 | | 0 |
| 74 | T28 FUSION MACHINE | 5/08/08 | | 12,000 | | | | | | | 12,000 | 11,906 | 200DB HY | 4 | | 0 |

**12/31/17**

## 2017 FEDERAL DEPRECIATION SCHEDULE

**SGM LEASING LLC**

45-4543762

| NO. | DESCRIPTION | DATE ACQUIRED | DATE SOLD | COST/ BASIS | BUS. PCT | CUR 179 BONUS | SPECIAL DEPR. ALLOW | PRIOR 179/ BONUS/ SP. DEPR. | PRIOR DEC. BAL. DEPR. | SALVAG /BASIS REDUCT | DEPR. BASIS | PRIOR DEPR. | METHOD | LIFE | RATE | CURRENT DEPR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 75 | WELDER | 8/28/09 | | 800 | | | | | | | 800 | 800 | 200DB HY | 4 | | 0 |
| 76 | GENERATOR | 9/10/10 | | 3,195 | | | | | | | 3,195 | 3,195 | 200DB MQ | 4 | | 0 |
| 77 | 6000 WATT GENERATOR | 12/08/10 | | 1,620 | | | | | | | 1,620 | 1,620 | 200DB MQ | 4 | | 0 |
| 78 | 6KW LIGHT PLANT | 1/09/11 | | 825 | | | | 825 | | | 0 | | 200DB MQ | 4 | | 0 |
| 79 | GENERATOR | 1/12/11 | | 2,119 | | | | 2,119 | | | 0 | | 200DB MQ | 4 | | 0 |
| 80 | FUSION MACHINE ACCESSORIE | 1/17/11 | | 13,095 | | | | 13,095 | | | 0 | | 200DB MQ | 4 | | 0 |
| 81 | BEVELING MACHINE | 2/23/11 | | 450 | | | | 450 | | | 0 | | 200DB MQ | 4 | | 0 |
| 82 | TRASH TRAILERS | 3/16/11 | | 2,500 | | | | 2,500 | | | 0 | | 200DB MQ | 4 | | 0 |
| 83 | #143 CAT BACKHOE | 4/07/11 | | 49,500 | | | | | | | 49,500 | 49,500 | 200DB HY | 4 | | 0 |
| 84 | 2005 JLG BODY 60' TELESCO | 4/18/11 | | 36,570 | | | | | | | 36,570 | 36,570 | 200DB HY | 4 | | 0 |
| 85 | GENERATOR | 5/26/11 | | 1,389 | | | | | | | 1,389 | 1,389 | 200DB HY | 4 | | 0 |
| 86 | WELDER | 5/27/11 | | 750 | | | | 188 | | | 562 | 562 | 200DB HY | 4 | | 0 |
| 87 | ICE MACHINE | 7/01/11 | | 4,495 | | | | 4,495 | | | 0 | | 200DB HY | 4 | | 0 |
| 88 | ICE MACHINE | 7/01/11 | | 4,495 | | | | 4,495 | | | 0 | | 200DB HY | 4 | | 0 |
| 89 | #346 ROCK MILLING MACHINE | 7/01/11 | | 1,050,000 | | | | 1,050,000 | | | 0 | | 200DB HY | 4 | | 0 |
| 90 | FUSION MACHINE | 7/08/11 | | 2,350 | | | | | | | 2,350 | 2,350 | 200DB HY | 4 | | 0 |
| 91 | 9 6KW LIGHT TOWERS | 7/18/11 | | 49,500 | | | | | | | 49,500 | 49,500 | 200DB HY | 4 | | 0 |
| 92 | JD EXHOE/HAMMER | 10/06/11 | | 1,718 | | | | 430 | | | 1,288 | 1,288 | 200DB HY | 4 | | 0 |
| 93 | 10 HP DIESEL AIR COMPRESS | 10/27/11 | | 2,720 | | | | | | | 2,720 | 2,720 | 200DB HY | 4 | | 0 |
| 94 | SATELLITES | 12/13/11 | | 750 | | | | 469 | | | 281 | 281 | 200DB HY | 4 | | 0 |
| 95 | #365 LOADER/FORKLIFT | 1/06/12 | | 410,250 | | | | | | | 410,250 | 410,250 | 200DB HY | 4 | | 0 |
| 96 | 780 SPY JEEP | 1/09/12 | | 4,300 | | | | | | | 4,300 | 4,300 | 200DB HY | 4 | | 0 |
| 97 | #322 2011 980H LOADER | 1/10/12 | | 437,717 | | | | | | | 437,717 | 437,717 | 200DB HY | 4 | | 0 |
| 98 | #323 2011 980H LOADER | 1/10/12 | | 437,717 | | | | | | | 437,717 | 437,717 | 200DB HY | 4 | | 0 |
| 99 | MILLARD 400 AIR PAC | 1/13/12 | | 6,000 | | | | | | | 6,000 | 6,000 | 200DB HY | 4 | | 0 |
| 136 | #329 2008 JD 5530 TRACTOR | 7/14/11 | | 280,000 | | | | | | | 280,000 | 280,000 | 200DB MQ | 4 | | 0 |
| 137 | DEPRECIATED ASSETS | 1/01/82 | | 178,816 | | | | | | | 178,816 | 175,663 | S/L | | | 0 |

**12/31/17**  **2017 FEDERAL DEPRECIATION SCHEDULE**  **PAGE 8**

**SGM LEASING LLC**  45-4543762

| NO. | DESCRIPTION | DATE ACQUIRED | DATE SOLD | COST/ BASIS | BUS. PCT. | CUR 179 BONUS | SPECIAL DEPR. ALLOW. | PRIOR 179/ BONUS/ SP.DEPR. | PRIOR DEC. BAL. DEPR. | SALVAG /BASIS REDUCT | DEPR. BASIS | PRIOR DEPR. | METHOD | LIFE | RATE | CURRENT DEPR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 138 | VISE | 4/17/89 | | 1,490 | | | | | | | 1,490 | 1,490 | 200DB HY | 7 | | 0 |
| 139 | TRAILER | 7/13/89 | | 300 | | | | | | | 300 | 300 | 200DB HY | 5 | | 0 |
| 140 | BACKHOE | 8/22/89 | | 10,200 | | | | | | | 10,200 | 10,200 | 200DB HY | 7 | | 0 |
| 141 | REFRIDGERATION UNIT | 5/10/94 | | 2,375 | | | | | | | 2,375 | 2,375 | 200DB HY | 5 | | 0 |
| 142 | WELDER | 2/04/97 | | 600 | | | | | | | 600 | 600 | 200DB HY | 7 | | 0 |
| 143 | BACKHOE | 7/01/98 | | 36,400 | | | | | | | 36,400 | 36,400 | 200DB HY | 7 | | 0 |
| 144 | 2 STEAMERS | 5/16/01 | | 1,800 | | | | | | | 1,800 | 1,800 | 200DB HY | 7 | | 0 |
| 145 | WELDING MACHINE SHAMROCK | 8/10/01 | | 2,801 | | | | | | | 2,801 | 2,801 | 200DB HY | 7 | | 0 |
| 146 | SATELLITE SYSTEM SHAMROCK | 10/31/01 | | 2,490 | | | | | | | 2,490 | 2,490 | 200DB HY | 7 | | 0 |
| 147 | NEW GENERATOR | 1/15/03 | | 577 | | | | | | | 577 | 577 | 200DB HY | 7 | | 0 |
| 148 | FUSION EQUIPMENT | 10/22/03 | | 2,728 | | | | | | | 2,728 | 2,728 | 200DB HY | 4 | | 0 |
| 149 | 2 GENERATORS | 1/10/04 | | 1,095 | | | | | | | 1,095 | 1,095 | 200DB HY | 4 | | 0 |
| 150 | GENERATOR | 1/19/04 | | 506 | | | | | | | 506 | 506 | 200DB HY | 4 | | 0 |
| 151 | 44 GF 20" GPM/MOD T ELE | 2/06/04 | | 2,250 | | | | | | | 2,250 | 2,250 | 200DB HY | 4 | | 0 |
| 152 | GENERATOR FOR #66 | 2/13/04 | | 576 | | | | | | | 576 | 576 | 200DB HY | 4 | | 0 |
| 153 | STEAMER | 2/04/05 | | 7,500 | | | | | | | 7,500 | 7,500 | 200DB HY | 4 | | 0 |
| 154 | COMPRESSOR | 3/13/07 | | 2,570 | | | | | | | 2,570 | 2,570 | 200DB MQ | 4 | | 0 |
| 155 | FORKLIFT 2 TRAILERS | 3/18/08 | | 5,000 | | | | | | | 5,000 | 5,000 | 200DB HY | 5 | | 0 |
| 156 | RADIO TOWER | 6/11/08 | | 5,000 | | | | | | | 5,000 | 4,018 | 150DB HY | 15 | .14815 | 145 |
| 157 | AC RECLAIMER | 8/27/08 | | 2,717 | | | | | | | 2,717 | 2,604 | 200DB HY | 4 | | 0 |
| 158 | #332 INGERSAL RAND A/C | 6/09/11 | | 12,000 | | | | | | | 12,000 | 12,000 | 200DB HY | 4 | | 0 |
| 159 | #328 JD772 MOTORGRADER | 6/09/11 | | 44,000 | | | | 13,750 | | | 30,250 | 30,250 | 200DB HY | 4 | | 0 |
| 171 | #372 - 2012 CAT SKIDSTEER | 4/26/12 | | 41,589 | | | | | | | 41,589 | 41,589 | 200DB MQ | 4 | | 0 |
| 172 | POWER WASHER | 6/05/12 | | 3,500 | | | | | | | 3,500 | 3,500 | 200DB MQ | 4 | | 0 |
| 173 | #355 -2011 D5EX DOZER | 6/12/12 | | 118,464 | | | | | | | 118,464 | 118,464 | 200DB MQ | 4 | | 0 |
| 174 | #363 - D155AX DOZER | 10/12/12 | | 310,623 | | | | | | | 310,623 | 310,623 | 200DB MQ | 4 | | 0 |
| 175 | GLYCOL PUMP | 10/30/12 | | 3,790 | | | | | | | 3,790 | 3,790 | 200DB MQ | 4 | | 0 |

**12/31/17** — **2017 FEDERAL DEPRECIATION SCHEDULE** — **PAGE 9**

**SGM LEASING LLC** — 45-4543762

| NO. | DESCRIPTION | DATE ACQUIRED | DATE SOLD | COST/BASIS | BUS. PCT. | CUR 179 BONUS | SPECIAL DEPR. ALLOW. | PRIOR 179/BONUS/SP.DEPR. | PRIOR DEC.BAL. DEPR. | SALVAG/BASIS REDUCT. | DEPR. BASIS | PRIOR DEPR. | METHOD | LIFE | RATE | CURRENT DEPR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 176 | #422 - 2005 EXCURSION | 11/15/12 | | 20,090 | | | | | | | 20,090 | 20,090 | 200DB MQ | 4 | .06250 | 0 |
| 180 | #410 FORD F-550 | 10/08/12 | | 48,509 | | | | | | | 48,509 | 48,509 | 200DB MQ | 3 | | 0 |
| 181 | #409 FORD F-550 | 10/08/12 | | 48,509 | | | | | | | 48,509 | 48,509 | 200DB MQ | 3 | | 0 |
| 185 | EVAPORATIVE COOLER | 5/04/13 | | 3,000 | | | | | | | 3,000 | 2,813 | 200DB HY | 4 | .06250 | 187 |
| 190 | #435 - 2013 MS192 SCREEN | 7/15/13 | | 259,832 | | | | | | | 259,832 | 242,593 | 200DB HY | 4 | .06250 | 16,239 |
| 197 | #436 - QUARRY CONVEYOR | 7/20/13 | | 55,000 | | | | | | | 55,000 | 37,820 | 200DB HY | 7 | .00930 | 4,912 |
| 199 | #385 - KOMATSU 380 LOADER | 6/13/13 | | 165,395 | | | | | | | 165,395 | 155,058 | 200DB HY | 4 | .06250 | 10,337 |
| 200 | #441 BMT LEASING SKYTRACK | 12/01/13 | | 46,823 | | | | | | | 46,823 | 43,897 | 200DB HY | 4 | .06250 | 2,926 |
| 206 | #463 - CONE CRUSHER | 9/18/14 | | 628,982 | | | | | | | 628,982 | 511,048 | 200DB HY | 4 | .12500 | 78,623 |
| 207 | #476-2012K-TECH EARTHMMER | 12/22/14 | 8/03/17 | 146,200 | | | | | | | 146,200 | 118,788 | 200DB HY | 4 | .12500 | 9,138 |
| 208 | #477-2013K-TECH EARTHMMER | 12/22/14 | 8/03/17 | 160,600 | | | | | | | 160,600 | 130,488 | 200DB HY | 4 | .12500 | 10,038 |
| 216 | #479-480 HYD CONVEYOR | 1/15/15 | | 87,540 | | | | 43,770 | | | 43,770 | 16,974 | 200DB HY | 7 | .17490 | 7,655 |
| 224 | 16' FLATBED TRAILER | 12/22/15 | | 1,400 | | | | 700 | | | 700 | 271 | 200DB HY | 7 | .17490 | 122 |
| 231 | KUBOTA MULE | 1/01/16 | | 6,506 | | | | | | | 6,506 | 1,301 | 200DB HY | 5 | .32000 | 2,082 |
| 241 | PUMPS - PAID BY STEVE | 2/02/16 | | 94,168 | | | | | | | 94,168 | 13,457 | 200DB HY | 7 | .24490 | 23,062 |
| | TOTAL MACHINERY AND EQUIPME | | | 6,087,172 | | 0 | 0 | 1,137,286 | 0 | 0 | 4,949,886 | 4,568,932 | | | | 165,466 |
| | MISCELLANEOUS | | | | | | | | | | | | | | | |
| 192 | #424 - F350 KING RANCH | 1/02/13 | | 60,416 | | | | | | | 60,416 | 60,411 | 200DB HY | 3 | | 0 |
| 193 | #426 - 2013 FORD TRUCK | 6/24/13 | | 47,652 | | | | | | | 47,652 | 47,647 | 200DB HY | 3 | | 0 |
| 194 | #434 - 2013 DUTCH STAR MH | 6/24/13 | | 237,256 | | | | | | | 237,256 | 237,233 | 200DB HY | 3 | | 0 |
| 195 | #448 - 2012 DODGE 2500 | 9/03/13 | | 25,760 | | | | | | | 25,760 | 25,760 | 200DB HY | 3 | | 0 |
| 196 | #450 - 2013 GMC SIERRA | 9/18/13 | | 35,641 | | | | | | | 35,641 | 35,637 | 200DB HY | 3 | | 0 |
| 198 | #452 - KUBOTA LOADER | 12/15/13 | | 57,765 | | | | | | | 57,765 | 54,155 | 200DB HY | 4 | .06250 | 3,610 |
| 211 | #465 - EXCAVATOR | 8/11/14 | | 143,080 | | | | | | | 143,080 | 116,253 | 200DB HY | 4 | .12500 | 17,885 |
| 212 | #466 - 2011 FORD | 8/20/14 | 7/14/17 | 27,570 | | | | | | | 27,570 | 25,524 | 200DB HY | 3 | .07410 | 1,022 |

**12/31/17**  |  **2017 FEDERAL DEPRECIATION SCHEDULE**  |  **PAGE 10**

SGM LEASING LLC

45-4543762

| NO. | DESCRIPTION | DATE ACQUIRED | DATE SOLD | COST/ BASIS | BUS. PCT. | CUR 179 BONUS | SPECIAL DEPR. ALLOW. | PRIOR 179/ BONUS/ SP. DEPR. | PRIOR DEC. BAL DEPR. | SALVAG /BASIS REDUCT | DEPR. BASIS | PRIOR DEPR. | METHOD | LIFE | RATE | CURRENT DEPR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 213 | #463 - 2004 CHEV TRUCK | 8/20/14 | | 12,320 | | | | | | | 12,320 | 11,406 | 200DB HY | 3 | .07410 | 914 |
| 214 | #464 - 2014 F150 PUMPER | 9/26/14 | | 32,930 | | | | | | | 32,930 | 30,487 | 200DB HY | 3 | .07410 | 2,440 |
| 217 | #4845 - FORD F150 | 5/14/15 | | 39,129 | | | | 19,565 | | | 19,564 | 10,173 | 200DB HY | 5 | .19200 | 3,756 |
| 218 | #482S - 2015 CHEVY 2500 | 5/14/15 | | 56,519 | | | | 28,260 | | | 28,259 | 14,695 | 200DB HY | 5 | .19200 | 5,426 |
| 219 | #485 - 2014 FORD F-350 | 5/18/15 | | 37,326 | | | | 18,663 | | | 18,663 | 9,705 | 200DB HY | 5 | .19200 | 3,583 |
| 220 | #486 - 2015 FORD F550 | 6/18/15 | 10/01/17 | 102,061 | | | | 51,031 | | | 51,030 | 26,536 | 200DB HY | 5 | .19200 | 4,899 |
| 221 | #495 - 2015 CHEV 2500 | 8/25/15 | | 40,959 | | | | 20,480 | | | 20,479 | 10,649 | 200DB HY | 5 | .19200 | 3,932 |
| 222 | #483S - 2015 CHEVY 1500 | 5/14/15 | | 42,590 | | | | 21,295 | | | 21,295 | 11,073 | 200DB HY | 5 | .19200 | 4,089 |
| 225 | #495 - JD | 9/30/15 | | 337,000 | | | | 168,500 | | | 168,500 | 65,345 | 200DB HY | 7 | .17490 | 29,471 |
| 226 | #496 - JD | 9/30/15 | | 324,000 | | | | 162,000 | | | 162,000 | 62,824 | 200DB HY | 7 | .17490 | 28,334 |
| 227 | #502 - KOMOTSU | 12/08/16 | 9/30/17 | 348,608 | | | | 174,304 | | | 174,304 | 67,595 | 200DB HY | 7 | .17490 | 15,243 |
| 228 | #493 - 2013 FORD | 7/01/15 | | 27,348 | | | | | | | 27,348 | 14,221 | 200DB HY | 5 | .19200 | 5,251 |
| 229 | #492 - 2013 FORD | 7/01/15 | | 27,837 | | | | | | | 27,837 | 14,475 | 200DB HY | 5 | .19200 | 5,345 |
| 230 | #487 - 2015 FORD | 8/01/15 | | 99,617 | | | | | | | 99,617 | 51,800 | 200DB HY | 5 | .19200 | 19,126 |
| 232 | #503 2016 KOMATSU WA380-8 | 4/14/16 | 9/30/17 | 240,348 | | | | | | | 240,348 | 34,346 | 200DB HY | 7 | .24490 | 29,431 |
| 233 | #509 2016 KLEEMAN MS19D | 4/14/16 | 9/30/17 | 331,451 | | | | | | | 331,451 | 47,364 | 200DB HY | 7 | .24490 | 40,586 |
| 234 | #504 2013 KOMATSU WA470-7 | 4/14/16 | 9/30/17 | 289,774 | | | | | | | 289,774 | 41,409 | 200DB HY | 7 | .24490 | 35,483 |
| 235 | #494 2015 KOMATSU WA470-7 | 4/14/16 | 9/30/17 | 344,708 | | | | | | | 344,708 | 49,259 | 200DB HY | 7 | .24490 | 42,210 |
| 236 | #506 2014 KLEEMAN MS19Z | 4/14/16 | 9/30/17 | 264,225 | | | | | | | 264,225 | 37,758 | 200DB HY | 7 | .24490 | 32,355 |
| 237 | #505 2012 KLEEMAN MS19Z | 4/14/16 | 9/30/17 | 196,129 | | | | | | | 196,129 | 28,027 | 200DB HY | 7 | .24490 | 24,016 |
| 239 | HOUSE - FLOYDADA | 5/05/16 | | 36,000 | | | | | | | 36,000 | 818 | S/L MM | 27.5 | .03636 | 1,309 |
| 240 | HOUSE - FLOYDADA LOT | 5/05/16 | | 4,000 | | | | | | | 4,000 | | | | | 0 |
| | TOTAL MISCELLANEOUS | | | 3,870,019 | | 0 | 0 | 664,098 | 0 | 0 | 3,205,921 | 1,242,585 | | | | 359,716 |
| | TOTAL DEPRECIATION | | | 11,691,261 | | 0 | 0 | 1,913,348 | 0 | 0 | 9,771,913 | 7,206,985 | | | | 555,257 |

| 12/31/17 | 2017 FEDERAL DEPRECIATION SCHEDULE | PAGE 11 |

45-4543762

### SGM LEASING LLC

| NO. | DESCRIPTION | DATE ACQUIRED | DATE SOLD | COST/ BASIS | BUS. PCT. | CUR 179 BONUS | SPECIAL DEPR. ALLOW. | PRIOR 179/ BONUS/ SP DEPR | PRIOR DEC. BAL. DEPR | SALVAG /BASIS REDUCT | DEPR. BASIS | PRIOR DEPR. | METHOD. | LIFE | RATE | CURRENT DEPR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | GRAND TOTAL DEPRECIATION | | | 11,691,261 | | 0 | 0 | 1,919,348 | 0 | 0 | 9,771,913 | 7,206,985 | | | | 555,257 |
| | DEPRECIATION ASSETS SOLD | | | 2,477,579 | | 0 | 0 | 225,335 | 0 | 0 | 2,252,244 | 632,999 | | | | 244,421 |
| | DEPR REMAINING ASSETS | | | 9,213,682 | | 0 | 0 | 1,684,013 | 0 | 0 | 7,519,669 | 6,573,986 | | | | 310,836 |

| Oklahoma Shareholder Information | **OKLAHOMA**<br>**Shareholder's Share of Income** | **2017** |
|---|---|---|

| Shareholder's Identification Number ▶ ███████ | Federal Employer Identification Number ▶ 45-4543762 |
|---|---|
| Shareholder's name, address, and ZIP code<br><br>MICHAEL S GALMOR<br>PO BOX 2172<br>ELK CITY, OK 73648 | Corporation's name, address, and ZIP code<br><br>SGM LEASING LLC<br>PO BOX 349<br>SHAMROCK, TX 79079 |

Shareholder's percentage of stock ownership for tax year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶     100%

Number of shares owned . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶     100

☐ Check if non-resident     ☐ Check box if nonresident agreement not executed

| INCOME AND WITHHOLDING | Federal | Oklahoma |
|---|---|---|
| Distributable income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | -1,418,755. | -1,418,755. |
| Allowable oil and gas depletion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Nonresident withholding . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Royalty withholding . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Qualifying Oklahoma net capital gain or loss . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| CREDITS | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SHAREHOLDER 1

OKSL0101L 07/06/17

| Form **8879-S** | IRS *e-file* Signature Authorization for Form 1120S | OMB No. 1545-0123 |
|---|---|---|
| | ► Return completed Form 8879-S to ERO. (Don't send to IRS.)<br>► Go to *www.irs.gov/Form8879S* for the latest information. | **2017** |
| Department of the Treasury<br>Internal Revenue Service | For calendar year 2017, or tax year beginning _____, 2017, and ending _____, _____. | |

| Name of corporation | Employer identification number |
|---|---|
| SGM LEASING LLC | 45-4543762 |

| **Part I** | **Tax Return Information** (Whole dollars only) | | |
|---|---|---|---|
| 1 | Gross receipts or sales less returns and allowances (Form 1120S, line 1c) | **1** | 4,039,934. |
| 2 | Gross profit (Form 1120S, line 3) | **2** | 1,180,269. |
| 3 | Ordinary business income (loss) (Form 1120S, line 21) | **3** | -1,399,171. |
| 4 | Net rental real estate income (loss) (Form 1120S, Schedule K, line 2) | **4** | |
| 5 | Income (loss) reconciliation (Form 1120S, Schedule K, line 18) | **5** | -1,418,755. |

### Part II Declaration and Signature Authorization of Officer (Be sure to get a copy of the corporation's return)

Under penalties of perjury, I declare that I am an officer of the above corporation and that I have examined a copy of the corporation's 2017 electronic income tax return and accompanying schedules and statements and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of the corporation's electronic income tax return. I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to send the corporation's return to the IRS and to receive from the IRS **(a)** an acknowledgement of receipt or reason for rejection of the transmission, **(b)** the reason for any delay in processing the return or refund, and **(c)** the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of the corporation's federal taxes owed on this return, and the financial institution to debit the entry to this account. To revoke a payment, I must contact the U.S. Treasury Financial Agent at **1-888-353-4537** no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I have selected a personal identification number (PIN) as my signature for the corporation's electronic income tax return and, if applicable, the corporation's consent to electronic funds withdrawal.

**Officer's PIN: check one box only**

[X] I authorize  P K & COMPANY PLLC                          to enter my PIN   45454   as my signature
                  **ERO firm name**                                         **Don't enter all zeros**

on the corporation's 2017 electronically filed income tax return.

[ ] As an officer of the corporation, I will enter my PIN as my signature on the corporation's 2017 electronically filed income tax return.

Officer's signature ► _____ Date ► _____ Title ► MANAGING MEMBER

### Part III Certification and Authentication

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN. . . . . . . . . . . . . . . . . . . . . .   73695054733
                                                                                                  **Don't enter all zeros**

I certify that the above numeric entry is my PIN, which is my signature on the 2017 electronically filed income tax return for the corporation indicated above. I confirm that I am submitting this return in accordance with the requirements of **Pub 3112**, IRS *e-file* Application and Participation, and **Pub 4163**, Modernized e-File (MeF) Information for Authorized IRS *e-file* Providers for Business Returns.

ERO's signature ► _____ Date ► _____

**ERO Must Retain This Form — See Instructions**
**Don't Submit This Form to the IRS Unless Requested To Do So**

**BAA For Paperwork Reduction Act Notice, see instructions.** Form **8879-S** (2017)

SPSA0701L  12/01/17



# OKLAHOMA INCOME TAX DECLARATION
## FOR ELECTRONIC FILING (for Form 512, 512-S, 513, 513NR or 514)



**2017**

FORM **EF**

| Do not send to the Oklahoma Tax Commission. Keep Form EF for your records. |
| --- |

For calendar year 2017 or tax year beginning  **1/01**  , 2017 and ending  **12/31**  , 20 **17** .

| Name of Entity | Federal Employer Identification Number |
| --- | --- |
| SGM LEASING LLC | 45-4543762 |

## 1 Tax Return Information (whole dollars only) Complete lines A and B. Enter the applicable amounts from the return, if any.

| | | |
| --- | --- | --- |
| Form 512: | **A.** Oklahoma taxable income (Form 512, line 1) | |
| | **B.** Refund or balance due (Form 512, line 31 or 26) | |
| Form 512-S: | **A.** Nonresident share of taxable income (Form 512-S, line 1) | 0. |
| | **B.** Refund or balance due (Form 512-S, line 31 or 26) | 0. |
| Form 513: | **A.** Taxable income of fiduciary (Form 513, line 23) | |
| | **B.** Refund or balance due (Form 513, line 36 or 40) | |
| Form 513NR: | **A.** Taxable income of fiduciary (Form 513NR, line 25) | |
| | **B.** Refund or balance due (Form 513NR, line 40 or 44) | |
| Form 514: | **A.** Nonresident share of income (Form 514, line 1) | |
| | **B.** Refund or balance due (Form 514, line 14 or 18) | |

## 2 Declaration of Officer, Partner, Member or Fiduciary

**2a** ☐ I consent the refund be directly deposited as designated in the electronic portion of the Oklahoma income tax return.

**2b** ☐ I authorize the Oklahoma State Treasury and its designated Financial Agent to initiate an ACH electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of the Oklahoma taxes owed on this return and/or a payment of estimated tax. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment.

If a balance due return is being filed, I understand that if the Oklahoma Tax Commission (OTC) does not receive full and timely payment of the tax liability, the entity will remain liable for the tax liability and all applicable interest and penalties.

Under penalties of perjury, I declare I have compared the information contained on the return, with information I have provided to my Electronic Return Originator (ERO), and the amounts described in Part One above, agree with the amounts shown on the corresponding lines of the Oklahoma income tax return. To the best of my knowledge and belief, the return is true, correct, and complete. I consent the return, including this declaration and accompanying schedules and statements, be sent to the OTC by my ERO.

In addition, by using a computer system and software to prepare and transmit my return electronically, I consent to the disclosure to the Oklahoma Tax Commission of all information pertaining to my use of the system and software and to the transmission of my tax return electronically.

**Sign Here:**

| Signature of Officer, Partner, Member or Fiduciary | Date | Title |
| --- | --- | --- |

## 3 Declaration of Electronic Return Originator (ERO) and Paid Preparer

I declare I have reviewed the above taxpayer's return and the entries on Form EF are complete and correct to the best of my knowledge. (EROs who are collectors are not responsible for reviewing the taxpayer's return; however, they must ensure Form EF accurately reflects the data on the return.) I have obtained the taxpayer's signature on Form EF and have provided the taxpayer with a copy of all forms and information to be filed with the OTC, and have followed all other requirements described in the Federal Publication for Modernized e-File. If I am also a Paid Preparer, under penalties of perjury I declare I have examined the above taxpayer's return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct and complete. This Paid Preparer declaration is based on all information of which I have any knowledge.

**Sign Here:**

| ERO Signature | Date | PTIN P01254733 | Phone Number with Area Code (580) 225-8877 |
| --- | --- | --- | --- |

**Sign Here:**

| Paid Preparer Signature | Date | PTIN | Phone Number with Area Code |
| --- | --- | --- | --- |

| Firm Name (or yours if self-employed): | P K & COMPANY PLLC | | |
| --- | --- | --- | --- |
| and Address, City, and Zip Code: | 1000 N. MAIN, P.O. BOX 1728 | | |
| | ELK CITY | OK | 73648 |

| **ERO Must Retain Form EF — Unless Requested Do Not Submit This Form to the Oklahoma Tax Commission.** |
| --- |

Form **7004**

(Rev December 2017)

Department of the Treasury
Internal Revenue Service

## Application for Automatic Extension of Time To File Certain Business Income Tax, Information, and Other Returns

► File a separate application for each return.
► Go to *www.irs.gov/Form7004* for instructions and the latest information.

OMB No. 1545-0233

| | Name | Identifying number |
|---|---|---|
| **Print** | SGM LEASING LLC | 45-4543762 |
| **or** | Number, street, and room or suite no. (If P.O. box, see instructions.) | |
| **Type** | PO BOX 349 | |
| | City, town, state, and ZIP code (If a foreign address, enter city, province or state, and country (follow the country's practice for entering postal code)). | |
| | SHAMROCK, TX 79079 | |

**Note:** File request for extension by the due date of the return. See instructions before completing this form.

**Part I** | **Automatic Extension for Certain Business Income Tax, Information, and Other Returns.** See instructions.

1 Enter the form code for the return listed below that this application is for............................................ | `25`

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 706-GS(D) | 01 | Form 1120-ND | 19 |
| Form 706-GS(T) | 02 | Form 1120-ND (section 4951 taxes) | 20 |
| Form 1041 (bankruptcy estate only) | 03 | Form 1120-PC | 21 |
| Form 1041 (estate other than a bankruptcy estate) | 04 | Form 1120-POL | 22 |
| Form 1041 (trust) | 05 | Form 1120-REIT | 23 |
| Form 1041-N | 06 | Form 1120-RIC | 24 |
| Form 1041-QFT | 07 | Form 1120S | 25 |
| Form 1042 | 08 | Form 1120-SF | 26 |
| Form 1065 | 09 | Form 3520-A | 27 |
| Form 1065-B | 10 | Form 8612 | 28 |
| Form 1066 | 11 | Form 8613 | 29 |
| Form 1120 | 12 | Form 8725 | 30 |
| Form 1120-C | 34 | Form 8804 | 31 |
| Form 1120-F | 15 | Form 8831 | 32 |
| Form 1120-FSC | 16 | Form 8876 | 33 |
| Form 1120-H | 17 | Form 8924 | 35 |
| Form 1120-L | 18 | Form 8928 | 36 |

**Part II** | **All Filers Must Complete This Part**

2 If the organization is a foreign corporation that does not have an office or place of business in the United States, check here...... ► ☐

3 If the organization is a corporation and is the common parent of a group that intends to file a consolidated return, check here..... ► ☐
If checked, attach a statement listing the name, address, and employer identification number (EIN) for each member covered by this application.

4 If the organization is a corporation or partnership that qualifies under Regulations section 1.6081-5, check here.................. ► ☐

5a The application is for calendar year 20 `17`, or tax year beginning _ _ _ _ _ _ _, 20 _ _, and ending _ _ _ _ _ _ _, 20 _ _

b **Short tax year.** If this tax year is less than 12 months, check the reason: ☐ Initial return  ☐ Final return
☐ Change in accounting period  ☐ Consolidated return to be filed  ☐ Other (see instructions — attach explanation)

| | | | |
|---|---|---|---|
| 6 Tentative total tax ............................................................. | **6** | | 0. |
| 7 **Total** payments and credits (see instructions)............................................ | **7** | | 0. |
| 8 **Balance due.** Subtract line 7 from line 6 (see instructions)............................... | **8** | | 0. |

BAA  **For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.** CPCZ0701L 09/11/17  Form **7004** (Rev 12-2017)

Form **1120S**

Department of the Treasury
Internal Revenue Service

## U.S. Income Tax Return for an S Corporation

► Do not file this form unless the corporation has filed or is
attaching Form 2553 to elect to be an S corporation.
► Go to *www.irs.gov/Form1120S* for instructions and the latest information.

OMB No. 1545-0123

**2017**

For calendar year 2017 or tax year beginning , 2017, ending ,

| | | | |
|---|---|---|---|
| **A** S election effective date<br>4/01/2012 | **TYPE<br>OR<br>PRINT** | SGM LEASING LLC<br>PO BOX 349<br>SHAMROCK, TX 79079 | **D** Employer identification number<br>45-4543762 |
| **B** Business activity code number (see instrs)<br>532400 | | | **E** Date incorporated<br>2/15/2012 |
| **C** Check if Schedule M-3 attached ☐ | | | **F** Total assets (see instructions)<br>$ 2,241,034. |

**G** Is the corporation electing to be an S corporation beginning with this tax year?  ☐ Yes  ☒ No  If 'Yes,' attach Form 2553 if not already filed

**H** Check if: **(1)** ☐ Final return **(2)** ☐ Name change **(3)** ☐ Address change
**(4)** ☒ Amended return **(5)** ☐ S election termination or revocation

**I** Enter the number of shareholders who were shareholders during any part of the tax year .................................... ► 1

**Caution:** Include **only** trade or business income and expenses on lines 1a through 21. See the instructions for more information.

**INCOME**

| | | | |
|---|---|---|---|
| **1 a** Gross receipts or sales.............................................. | **1a** | 4,039,934. | |
| **b** Returns and allowances......................................... | **1b** | | |
| **c** Balance. Subtract line 1b from line 1a.......................................................... | | **1c** | 4,039,934. |
| **2** Cost of goods sold (attach Form 1125-A).......................................................... | | **2** | 2,859,665. |
| **3** Gross profit. Subtract line 2 from line 1c.......................................................... | | **3** | 1,180,269. |
| **4** Net gain (loss) from Form 4797, line 17 (attach Form 4797).......................................... | | **4** | 618,925. |
| **5** Other income (loss) *(see instrs — att statement)*.................................................. | | **5** | |
| **6** **Total income (loss).** Add lines 3 through 5.................................................. ► | | **6** | 1,799,194. |

**DEDUCTIONS (SEE INSTRS)**

| | | |
|---|---|---|
| **7** Compensation of officers (see instructions - attach Form 1125-E)........................... | **7** | 111,840. |
| **8** Salaries and wages (less employment credits).......................................... | **8** | 450,743. |
| **9** Repairs and maintenance............................................................ | **9** | 131,754. |
| **10** Bad debts............................................................................ | **10** | 48,252. |
| **11** Rents............................................................................... | **11** | 81,673. |
| **12** Taxes and licenses................................................................. | **12** | 276,221. |
| **13** Interest............................................................................ | **13** | 400,706. |
| **14** Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562)....... | **14** | 555,257. |
| **15** Depletion (**Do not deduct oil and gas depletion.**).................................. | **15** | |
| **16** Advertising......................................................................... | **16** | 11,383. |
| **17** Pension, profit-sharing, etc, plans.................................................. | **17** | |
| **18** Employee benefit programs.......................................................... | **18** | 159,612. |
| **19** Other deductions (attach statement)..........................SEE STATEMENT 1 | **19** | 970,924. |
| **20** **Total deductions.** Add lines 7 through 19..................................... ► | **20** | 3,198,365. |
| **21** Ordinary business income (loss). Subtract line 20 from line 6....................... | **21** | -1,399,171. |

**TAX AND PAYMENTS**

| | | | |
|---|---|---|---|
| **22a** Excess net passive income or LIFO recapture tax *(see instructions)*.............. | **22a** | | |
| **b** Tax from Schedule D (Form 1120S)................................ | **22b** | | |
| **c** Add lines 22a and 22b (see instructions for additional taxes)........................ | | **22c** | |
| **23a** 2017 estimated tax payments and 2016 overpayment credited to 2017...... | **23a** | | |
| **b** Tax deposited with Form 7004.................................... | **23b** | | |
| **c** Credit for federal tax paid on fuels (attach Form 4136)..................... | **23c** | | |
| **d** Add lines 23a through 23c........................................................ | | **23d** | |
| **24** Estimated tax penalty (see instructions). Check if Form 2220 is attached.............. ► ☐ | | **24** | |
| **25** Amount owed. If line 23d is smaller than the total of lines 22c and 24, enter amount owed...... | | **25** | 0. |
| **26** Overpayment. If line 23d is larger than the total of lines 22c and 24, enter amount overpaid....... | | **26** | |
| **27** Enter amount from line 26 Credited to 2018 estimated tax ► Refunded ► | | **27** | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

► _____  ► MANAGING MEMBER
Signature of officer      Date       Title

May the IRS discuss this return with the preparer shown below (see instructions)?  ☒ Yes  ☐ No

**Paid Preparer Use Only**

| | | | |
|---|---|---|---|
| Print/Type preparer's name<br>KELLYE L FUCHS, CPA | Preparer's signature | Date | Check ☐ if self-employed  PTIN P01254733 |
| Firm's name ► P K & COMPANY PLLC | | | Firm's EIN ► 47-3985644 |
| Firm's address ► 1000 N. MAIN, P.O. BOX 1728<br>ELK CITY, OK 73648 | | | Phone no. (580) 225-8877 |

**BAA For Paperwork Reduction Act Notice, see separate instructions.**

SPSA0105L 08/17/17

Form **1120S** (2017)

Form **1120S** (2017)  SGM LEASING LLC                                         45-4543762                    Page **2**

| **Schedule B** | **Other Information** (see instructions) | | | | Yes | No |
|---|---|---|---|---|---|---|

**1** Check accounting method: **a** ☐ Cash **b** ☒ Accrual **c** ☐ Other (specify) ► _ _ _ _ _ _ _ _ _ _ _ _ _

**2** See the instructions and enter the:
 **a** Business activity ► LEASING _ _ _ _ _ _ _ _ _ _ _   **b** Product or service... ► EQUIPMENT _ _ _ _ _ _ _ _ _

**3** At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a
 nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation . . . . . . | | | X

**4** At the end of the tax year, did the corporation:
 **a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of
 any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i)
 through (v) below. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |

| **(i)** Name of Corporation | **(ii)** Employer Identification Number (if any) | **(iii)** Country of Incorporation | **(iv)** Percentage of Stock Owned | **(v)** If Percentage in (iv) is 100%, Enter the Date (if any) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| GALMORS/G&G STEAM SERVICE INC | 75-1752157 | UNITED STATES | 100.00% | 4/01/12 |
| | | | | |
| | | | | |
| | | | | |

 **b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or
 capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest
 of a trust? For rules of constructive ownership, see instructions. If 'Yes,' complete (i) through (v) below . . . . . . . . . . . . . . . | | X

| **(i)** Name of Entity | **(ii)** Employer Identification Number (if any) | **(iii)** Type of Entity | **(iv)** Country of Organization | **(v)** Maximum % Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**5a** At the end of the tax year, did the corporation have any outstanding shares of restricted stock? . . . . . . . . . . . . . . . . . . . . . . . | | X
 If 'Yes,' complete lines (i) and (ii) below.
 **(i)** Total shares of restricted stock . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► _ _ _ _ _ _ _ _ _
 **(ii)** Total shares of non-restricted stock . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► _ _ _ _ _ _ _ _ _

 **b** At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? . . . . . | | X
 If 'Yes,' complete lines (i) and (ii) below.
 **(i)** Total shares of stock outstanding at the end of the tax year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► _ _ _ _ _ _ _ _ _
 **(ii)** Total shares of stock outstanding if all instruments were executed . . . . . . . . . . . . . . . . . . . . . . . . ► _ _ _ _ _ _ _ _ _

**6** Has this corporation filed, or is it required to file, **Form 8918**, Material Advisor Disclosure Statement, to provide
 information on any reportable transaction? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X

**7** Check this box if the corporation issued publicly offered debt instruments with original issue discount . . . . . . . . . . . . . . . ► ☐
 If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue
 Discount Instruments.

**8** If the corporation: **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired
 an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in
 the hands of a C corporation **and (b)** has net unrealized built-in gain in excess of the net recognized built-in gain
 from prior years, enter the net unrealized built-in gain reduced by net recognized
 built-in gain from prior years (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ►$ _ _ _ _ _ _ _ _ _ _

**9** Enter the accumulated earnings and profits of the corporation at the end of the tax year . . . . . . . . $ _ _ _ _ _ _ _ _ _ 0.

**10** Does the corporation satisfy **both** of the following conditions?
 **a** The corporation's total receipts (see instructions) for the tax year were less than $250,000 . . . . . . . . . . . . . . . . . . . . . . . . . . . . |
 **b** The corporation's total assets at the end of the tax year were less than $250,000 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X
 If 'Yes,' the corporation is not required to complete Schedules L and M-1.

**11** During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the
 terms modified so as to reduce the principal amount of the debt? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X
 If 'Yes,' enter the amount of principal reduction . . . . . . . . . . . . . . . . . . . . . . . . . $ _ _ _ _ _ _ _ _ _ _

**12** During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If 'Yes,' see instructions . . . . | | X

**13a** Did the corporation make any payments in 2017 that would require it to file Form(s) 1099? . . . . . . . . . . . . . . . . . . . . . . . . . . | X |
 **b** If 'Yes,' did the corporation file or will it file required Forms 1099? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | X |

Form **1120S** (2017)

Form **1120S** (2017)  SGM LEASING LLC                                45-4543762          Page **3**

| Schedule K | Shareholders' Pro Rata Share Items | | Total amount |
|---|---|---|---|

| | | | Total amount |
|---|---|---|---|
| **Income (Loss)** | **1** Ordinary business income (loss) (page 1, line 21)........................................ | **1** | -1,399,171. |
| | **2** Net rental real estate income (loss) (attach Form 8825).................................. | **2** | |
| | **3a** Other gross rental income (loss)............................ **3a** | | |
| | **b** Expenses from other rental activities (attach statement) **3b** | | |
| | **c** Other net rental income (loss). Subtract line 3b from line 3a............................... | **3c** | |
| | **4** Interest income................................................................... | **4** | 11. |
| | **5** Dividends: **a** Ordinary dividends............................ | **5a** | |
| | **b** Qualified dividends............................ **5b** | | |
| | **6** Royalties....................................................................... | **6** | |
| | **7** Net short-term capital gain (loss) (attach Schedule D (Form 1120S))................. | **7** | |
| | **8a** Net long-term capital gain (loss) (attach Schedule D (Form 1120S))................... | **8a** | |
| | **b** Collectibles (28%) gain (loss)................................ **8b** | | |
| | **c** Unrecaptured section 1250 gain (attach statement)......... **8c** | | |
| | **9** Net section 1231 gain (loss) (attach Form 4797)...................................... | **9** | -19,595. |
| | **10** Other income (loss) (see instructions).......... Type▶ | **10** | |
| **Deductions** | **11** Section 179 deduction (attach Form 4562)........................................... | **11** | |
| | **12a** Charitable contributions.................................................... | **12a** | |
| | **b** Investment interest expense.............................................. | **12b** | |
| | **c** Section 59(e)(2) expenditures **(1)** Type ▶ _ _ _ _ _ _ _ _ _ _ _ _ _ **(2)** Amount ▶ | **12c (2)** | |
| | **d** Other deductions (see instructions).. Type ▶          SEE STATEMENT 2 | **12d** | |
| **Credits** | **13a** Low-income housing credit (section 42(j)(5))......................................... | **13a** | |
| | **b** Low-income housing credit (other)........................................ | **13b** | |
| | **c** Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable)...................... | **13c** | |
| | **d** Other rental real estate credits (see instrs) Type ▶ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | **13d** | |
| | **e** Other rental credits (see instrs) Type ▶ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | **13e** | |
| | **f** Biofuel producer credit (attach Form 6478)........................................ | **13f** | |
| | **g** Other credits (see instructions)...... Type▶ | **13g** | |
| **Foreign Transactions** | **14a** Name of country or U.S. possession          ▶ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | |
| | **b** Gross income from all sources............................................... | **14b** | |
| | **c** Gross income sourced at shareholder level................................. | **14c** | |
| | Foreign gross income sourced at corporate level | | |
| | **d** Passive category....................................................... | **14d** | |
| | **e** General category....................................................... | **14e** | |
| | **f** Other (attach statement)................................................ | **14f** | |
| | Deductions allocated and apportioned at shareholder level | | |
| | **g** Interest expense....................................................... | **14g** | |
| | **h** Other.............................................................. | **14h** | |
| | Deductions allocated and apportioned at corporate level to foreign source income | | |
| | **i** Passive category...................................................... | **14i** | |
| | **j** General category...................................................... | **14j** | |
| | **k** Other (attach statement)............................................... | **14k** | |
| | Other information | | |
| | **l** Total foreign taxes (check one): ▶ ☐ Paid     ☐ Accrued............................ | **14l** | |
| | **m** Reduction in taxes available for credit (attach statement)................................................... | **14m** | |
| | **n** Other foreign tax information (attach statement) | | |
| **Alternative Minimum Tax (AMT) Items** | **15a** Post-1986 depreciation adjustment................................................ | **15a** | 48,969. |
| | **b** Adjusted gain or loss.................................................... | **15b** | -104,333. |
| | **c** Depletion (other than oil and gas)........................................ | **15c** | |
| | **d** Oil, gas, and geothermal properties — gross income........................... | **15d** | |
| | **e** Oil, gas, and geothermal properties — deductions............................. | **15e** | |
| | **f** Other AMT items (attach statement)....................................... | **15f** | |
| **Items Affecting Shareholder Basis** | **16a** Tax-exempt interest income........................................................ | **16a** | |
| | **b** Other tax-exempt income................................................ | **16b** | |
| | **c** Nondeductible expenses................................ SEE STATEMENT 3 | **16c** | 133. |
| | **d** Distributions (attach stmt if required) (see instrs)................................... | **16d** | |
| | **e** Repayment of loans from shareholders...................................... | **16e** | |

**BAA**                           SPSA0134L  08/17/17                          Form **1120S** (2017)

Form **1120S** (2017)  SGM LEASING LLC
45-4543762   Page **4**

| Schedule K | Shareholders' Pro Rata Share Items (continued) | | Total amount |
|---|---|---|---|
| **Other Infor- mation** | **17a** Investment income | 17a | 11. |
| | **b** Investment expenses | 17b | |
| | **c** Dividend distributions paid from accumulated earnings and profits | 17c | |
| | **d** Other items and amounts (attach statement) | | |
| **Recon- ciliation** | **18 Income/loss reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14l | 18 | -1,418,755. |

| Schedule L | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | Assets | (a) | (b) | (c) | (d) |
| **1** | Cash | | 18,087. | | 82,215. |
| **2a** | Trade notes and accounts receivable | 1,129,307. | | 1,207,057. | |
| **b** | Less allowance for bad debts | | 1,129,307. | | 1,207,057. |
| **3** | Inventories | | 174,327. | | 31,977. |
| **4** | U.S. government obligations | | | | |
| **5** | Tax-exempt securities (see instructions) | | | | |
| **6** | Other current assets (attach stmt) . . . . SEE ST 4 | | 427,371. | | 284,733. |
| **7** | Loans to shareholders | | 174,519. | | |
| **8** | Mortgage and real estate loans | | | | |
| **9** | Other investments (attach statement) | | | | |
| **10a** | Buildings and other depreciable assets | 11,687,261. | | 9,209,682. | |
| **b** | Less accumulated depreciation | 9,126,333. | 2,560,928. | 8,578,835. | 630,847. |
| **11a** | Depletable assets | | | | |
| **b** | Less accumulated depletion | | | | |
| **12** | Land (net of any amortization) | | 4,000. | | 4,000. |
| **13a** | Intangible assets (amortizable only) | | | | |
| **b** | Less accumulated amortization | | | | |
| **14** | Other assets (attach stmt) . . . . . SEE ST 5 | | 205. | | 205. |
| **15** | Total assets | | 4,488,744. | | 2,241,034. |
| | **Liabilities and Shareholders' Equity** | | | | |
| **16** | Accounts payable | | 1,039,010. | | 1,231,406. |
| **17** | Mortgages, notes, bonds payable in less than 1 year | | | | |
| **18** | Other current liabilities (attach stmt) . . SEE ST 6 | | 2,701,202. | | 2,419,158. |
| **19** | Loans from shareholders | | | | 471,083. |
| **20** | Mortgages, notes, bonds payable in 1 year or more | | 3,635,993. | | 2,425,736. |
| **21** | Other liabilities (attach statement) | | | | |
| **22** | Capital stock | | 55,000. | | 55,000. |
| **23** | Additional paid-in capital | | | | |
| **24** | Retained earnings | | -2,942,461. | | -4,361,349. |
| **25** | Adjustments to shareholders' equity (att stmt) | | | | |
| **26** | Less cost of treasury stock | | | | |
| **27** | Total liabilities and shareholders' equity | | 4,488,744. | | 2,241,034. |

SPSA0134L  08/17/17

Form **1120S** (2017)

Form **1120S** (2017)  SGM LEASING LLC                                              45-4543762                Page **5**

## Schedule M-1 | Reconciliation of Income (Loss) per Books With Income (Loss) per Return

**Note:** The corporation may be required to file Schedule M-3 (see instructions)

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Net income (loss) per books............. | -1,418,888. | 5 | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): | | | **a** Tax-exempt interest. $ _ _ _ _ _ _ _ _ _ | | |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12, and 14l (itemize): | | 6 | Deductions included on Schedule K, lines 1 through 12 and 14l, not charged against book income this year (itemize): | | |
| | **a** Depreciation........ $ _ _ _ _ _ _ _ _ _ | | | **a** Depreciation ... $ _ _ _ _ _ _ _ _ _ | | |
| | **b** Travel and entertainment. $ _ _ _ _ _ _ _ 133. | | 7 | Add lines 5 and 6..................... | | 0. |
| 4 | Add lines 1 through 3.................... | -1,418,755. | 8 | Income (loss) (Schedule K, ln 18). Ln 4 less ln 7 ... | | -1,418,755. |

## Schedule M-2 | Analysis of Accumulated Adjustments Account, Other Adjustments Account, and Shareholders' Undistributed Taxable Income Previously Taxed (see instructions)

| | | (a) Accumulated adjustments account | (b) Other adjustments account | (c) Shareholders' undistributed taxable income previously taxed |
|---|---|---|---|---|
| 1 | Balance at beginning of tax year................................ | -3,529,301. | -154,218. | |
| 2 | Ordinary income from page 1, line 21.......................... | | | |
| 3 | Other additions...................... SEE STATEMENT 7.... | 11. | | |
| 4 | Loss from page 1, line 21....................................... | ( 1,399,171.) | | |
| 5 | Other reductions.................... SEE STATEMENT 8..... | ( 19,728.) | | |
| 6 | Combine lines 1 through 5..................................... | -4,948,189. | -154,218. | |
| 7 | Distributions other than dividend distributions................... | | | |
| 8 | Balance at end of tax year. Subtract line 7 from line 6............. | -4,948,189. | -154,218. | |

SPSA0134L  08/17/17                                                                        Form **1120S** (2017)

PAPP 0676

Form **1125-A**

(Rev October 2016)

Department of the Treasury
Internal Revenue Service

**Cost of Goods Sold**

► Attach to Form 1120, 1120-C, 1120-F, 1120S, 1065, or 1065-B.
► Information about Form 1125-A and its instructions is at *www.irs.gov/form1125a.*

OMB No. 1545-0123

| Name | Employer identification number |
|---|---|
| SGM LEASING LLC | 45-4543762 |

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | 174,327. |
| 2 | Purchases | 2 | |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule) . . . . . . . . . . . . . . . . . . . . . . . . . SEE STATEMENT 9 | 5 | 2,717,315. |
| 6 | **Total.** Add lines 1 through 5 | 6 | 2,891,642. |
| 7 | Inventory at end of year | 7 | 31,977. |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | 8 | 2,859,665. |

**9a** Check all methods used for valuing closing inventory:

(i) [X] Cost

(ii) [ ] Lower of cost or market

(iii) [ ] Other (Specify method used and attach explanation) . . . . . ► _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**b** Check if there was a writedown of subnormal goods . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► [ ]

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) . . . . . . . . . . . . . . . . . . . ► [ ]

**d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **9d** |

**e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions . . . . . . [ ] Yes [X] No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If 'Yes,' attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [ ] Yes [X] No

**BAA For Paperwork Reduction Act Notice, see instructions.**          Form **1125-A** (Rev 10-2016)

CPCZ0401L 08/17/16

☐ Final K-1    ☒ Amended K-1    671117    OMB No. 1545-0123

**Schedule K-1**
**(Form 1120S)**
Department of the Treasury
Internal Revenue Service

**2017**

For calendar year 2017, or tax year

beginning / / 2017    ending / /

## Shareholder's Share of Income, Deductions, Credits, etc. ► See page 2 of form and separate instructions.

| Part III | Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) -1,399,171. | 13 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income 11. | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) -19,595. | 15 | Alternative minimum tax (AMT) items |
| 10 | Other income (loss) | A | 48,969. |
| | | B | -104,333. |
| 11 | Section 179 deduction | 16 | Items affecting shareholder basis |
| | | C* | 133. |
| 12 | Other deductions Q -1,418,766. | | |
| | R 562,583. | | |
| | | 17 | Other information |
| | | A | 11. |

---

### Part I    Information About the Corporation

**A** Corporation's employer identification number
45-4543762

**B** Corporation's name, address, city, state, and ZIP code

SGM LEASING LLC
PO BOX 349
SHAMROCK, TX 79079

**C** IRS Center where corporation filed return
E-FILE

### Part II    Information About the Shareholder

**D** Shareholder's identifying number
█████

**E** Shareholder's name, address, city, state, and ZIP code

MICHAEL S GALMOR
PO BOX 2172
ELK CITY, OK 73648

**F** Shareholder's percentage of stock
ownership for tax year...................... 100 %

F
O
R

I
R
S

U
S
E

O
N
L
Y

*See attached statement for additional information.

**BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 1120S.**    Schedule **K-1** (Form 1120S) 2017

SHAREHOLDER 1

SPSA0412L  012/11/17

Schedule **K-1** (Form 1120S) 2017   SGM LEASING LLC        45-4543762         Page **2**

**This list identifies the codes used on Schedule K-1 for all shareholders and provides summarized reporting information for shareholders who file Form 1040. For detailed reporting and filing information, see the separate Shareholder's Instructions for Schedule K-1 and the instructions for your income tax return.**

| | | |
|---|---|---|
| **1** | **Ordinary business income (loss).** Determine whether the income (loss) is passive or nonpassive and enter on your return as follows: | |
| | | *Report on* |
| | Passive loss | See the Shareholder's Instructions |
| | Passive income | Schedule E, line 28, column (g) |
| | Nonpassive loss | See the Shareholder's Instructions |
| | Nonpassive income | Schedule E, line 28, column (j) |
| **2** | **Net rental real estate income (loss)** | See the Shareholder's Instructions |
| **3** | **Other net rental income (loss)** | |
| | Net income | Schedule E, line 28, column (g) |
| | Net loss | See the Shareholder's Instructions |
| **4** | **Interest income** | Form 1040, line 8a |
| **5 a** | **Ordinary dividends** | Form 1040, line 9a |
| **5 b** | **Qualified dividends** | Form 1040, line 9b |
| **6** | **Royalties** | Schedule E, line 4 |
| **7** | **Net short-term capital gain (loss)** | Schedule D, line 5 |
| **8 a** | **Net long-term capital gain (loss)** | Schedule D, line 12 |
| **8 b** | **Collectibles (28%) gain (loss)** | 28% Rate Gain Worksheet, line 4 (Schedule D instructions) |
| **8 c** | **Unrecaptured section 1250 gain** | See the Shareholder's Instructions |
| **9** | **Net section 1231 gain (loss)** | See the Shareholder's Instructions |
| **10** | **Other income (loss)** | |
| | *Code* | |
| | **A** Other portfolio income (loss) | See the Shareholder's Instructions |
| | **B** Involuntary conversions | See the Shareholder's Instructions |
| | **C** Sec. 1256 contracts and straddles | Form 6781, line 1 |
| | **D** Mining exploration costs recapture | See Pub 535 |
| | **E** Other income (loss) | See the Shareholder's Instructions |
| **11** | **Section 179 deduction** | See the Shareholder's Instructions |
| **12** | **Other deductions** | |
| | **A** Cash contributions (50%) | |
| | **B** Cash contributions (30%) | |
| | **C** Noncash contributions (50%) | |
| | **D** Noncash contributions (30%) | — See the Shareholder's Instructions |
| | **E** Capital gain property to a 50% organization (30%) | |
| | **F** Capital gain property (20%) | |
| | **G** Contributions (100%) | |
| | **H** Investment interest expense | Form 4952, line 1 |
| | **I** Deductions — royalty income | Schedule E, line 19 |
| | **J** Section 59(e)(2) expenditures | See the Shareholder's Instructions |
| | **K** Deductions — portfolio (2% floor) | Schedule A, line 23 |
| | **L** Deductions — portfolio (other) | Schedule A, line 28 |
| | **M** Preproductive period expenses | See the Shareholder's Instructions |
| | **N** Commercial revitalization deduction from rental real estate activities | See Form 8582 instructions |
| | **O** Reforestation expense deduction | See the Shareholder's Instructions |
| | **P** Domestic production activities information | See Form 8903 instructions |
| | **Q** Qualified production activities income | Form 8903, line 7b |
| | **R** Employer's Form W-2 wages | Form 8903, line 17 |
| | **S** Other deductions | See the Shareholder's Instructions |
| **13** | **Credits** | |
| | **A** Low-income housing credit (section 42(j)(5)) from pre-2008 buildings | |
| | **B** Low-income housing credit (other) from pre-2008 buildings | |
| | **C** Low-income housing credit (section 42(j)(5)) from post-2007 buildings | |
| | **D** Low-income housing credit (other) from post-2007 buildings | — See the Shareholder's Instructions |
| | **E** Qualified rehabilitation expenditures (rental real estate) | |
| | **F** Other rental real estate credits | |
| | **G** Other rental credits | |
| | **H** Undistributed capital gains credit | Form 1040, line 73, box a |
| | **I** Biofuel producer credit | |
| | **J** Work opportunity credit | |
| | **K** Disabled access credit | — See the Shareholder's Instructions |
| | **L** Empowerment zone employment credit | |
| | **M** Credit for increasing research activities | |

| | | |
|---|---|---|
| | *Code* | *Report on* |
| | **N** Credit for employer social security and Medicare taxes | |
| | **O** Backup withholding | } See the Shareholder's Instructions |
| | **P** Other credits | |
| **14** | **Foreign transactions** | |
| | **A** Name of country or U.S. possession | |
| | **B** Gross income from all sources | } Form 1116, Part I |
| | **C** Gross income sourced at shareholder level | |
| | *Foreign gross income sourced at corporate level* | |
| | **D** Passive category | |
| | **E** General category | } Form 1116, Part I |
| | **F** Other | |
| | *Deductions allocated and apportioned at shareholder level* | |
| | **G** Interest expense | Form 1116, Part I |
| | **H** Other | Form 1116, Part I |
| | *Deductions allocated and apportioned at corporate level to foreign source income* | |
| | **I** Passive category | |
| | **J** General category | } Form 1116, Part I |
| | **K** Other | |
| | *Other information* | |
| | **L** Total foreign taxes paid | Form 1116, Part II |
| | **M** Total foreign taxes accrued | Form 1116, Part II |
| | **N** Reduction in taxes available for credit | Form 1116, line 12 |
| | **O** Foreign trading gross receipts | Form 8873 |
| | **P** Extraterritorial income exclusion | Form 8873 |
| | **Q** Other foreign transactions | See the Shareholder's Instructions |
| **15** | **Alternative minimum tax (AMT) items** | |
| | **A** Post-1986 depreciation adjustment | |
| | **B** Adjusted gain or loss | See the Shareholder's Instructions and the Instructions for Form 6251 |
| | **C** Depletion (other than oil & gas) | |
| | **D** Oil, gas, & geothermal — gross income | |
| | **E** Oil, gas, & geothermal — deductions | |
| | **F** Other AMT items | |
| **16** | **Items affecting shareholder basis** | |
| | **A** Tax-exempt interest income | Form 1040, line 8b |
| | **B** Other tax-exempt income | |
| | **C** Nondeductible expenses | } See the Shareholder's Instructions |
| | **D** Distributions | |
| | **E** Repayment of loans from shareholders | |
| **17** | **Other information** | |
| | **A** Investment income | Form 4952, line 4a |
| | **B** Investment expenses | Form 4952, line 5 |
| | **C** Qualified rehabilitation expenditures (other than rental real estate) | See the Shareholder's Instructions |
| | **D** Basis of energy property | See the Shareholder's Instructions |
| | **E** Recapture of low-income housing credit (section 42(j)(5)) | Form 8611, line 8 |
| | **F** Recapture of low-income housing credit (other) | Form 8611, line 8 |
| | **G** Recapture of investment credit | See Form 4255 |
| | **H** Recapture of other credits | See the Shareholder's Instructions |
| | **I** Look-back interest — completed long-term contracts | See Form 8697 |
| | **J** Look-back interest — income forecast method | See Form 8866 |
| | **K** Dispositions of property with section 179 deductions | |
| | **L** Recapture of section 179 deduction | |
| | **M** Section 453(l)(3) information | |
| | **N** Section 453A(c) information | |
| | **O** Section 1260(b) information | |
| | **P** Interest allocable to production expenditures | See the Shareholder's Instructions |
| | **Q** CCF nonqualified withdrawals | |
| | **R** Depletion information — oil and gas | |
| | **S** Reserved | |
| | **T** Section 108(i) information | |
| | **U** Net investment income | |
| | **V** Other information | |

SHAREHOLDER 1 : MICHAEL S GALMOR ██████████████         SPSA0412L  12/11/17

SGM LEASING LLC 45-4543762

SCHEDULE K-1 (FORM 1120S) 2017     **SUPPLEMENTAL INFORMATION**     PAGE   3

**BOX 16**
**ITEMS AFFECTING SHAREHOLDER BASIS**

**\* DESCRIPTIVE INFORMATION**
C    DISALLOWED MEALS AND ENTERTAINMENT.............................................. $      133.

SHAREHOLDER 1 : MICHAEL S GALMOR        SPSL1201L   07/06/17

Form **1125-E**
(Rev October 2016)
Department of the Treasury
Internal Revenue Service

## Compensation of Officers

► Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S.
► Information about Form 1125-E and its separate instructions is at *www.irs.gov/form1125e.*

OMB No. 1545-0123

| Name | Employer identification number |
|------|-------------------------------|
| SGM LEASING LLC | 45-4543762 |

**Note:** Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| 1 | (a) Name of officer | (b) Social security number | (c) Percent of time devoted to business | Percent of stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|---|
| | | | | (d) Common | (e) Preferred | |
| | STEVEN S GALMOR | ▌▌▌▌▌ | 100 % | 100 % | % | 111,840. |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |

| | | |
|---|---|---|
| 2 | Total compensation of officers................................................................ | 111,840. |
| 3 | Compensation of officers claimed on Form 1125-A or elsewhere on return..................................... | |
| 4 | Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return.................................................. | 111,840. |

**BAA For Paperwork Reduction Act Notice, see separate instructions.**

Form **1125-E** (Rev 10-2016)

CPCA2101L 08/18/16

Form **4797**

Department of the Treasury
Internal Revenue Service

**Sales of Business Property**
(Also Involuntary Conversions and Recapture Amounts
Under Sections 179 and 280F(b)(2))
▶ Attach to your tax return.
▶ Go to *www.irs.gov/Form4797* for instructions and the latest information.

OMB No. 1545-0184

**2017**

Attachment
Sequence No. **27**

| Name(s) shown on return | Identifying number |
|---|---|
| SGM LEASING LLC | 45-4543762 |

1 Enter the gross proceeds from sales or exchanges reported to you for 2017 on Form(s) 1099-B or 1099-S
(or substitute statement) that you are including on line 2, 10, or 20. See instructions.................... | 1 | |

**Part I** | **Sales or Exchanges of Property Used in a Trade or Business and Involuntary Conversions From Other Than Casualty or Theft — Most Property Held More Than 1 Year** (see instructions)

| 2 (a) Description of property | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) | (d) Gross sales price | (e) Depreciation allowed or allowable since acquisition | (f) Cost or other basis, plus improvements and expense of sale | (g) Gain or (loss) Subtract (f) from the sum of (d) and (e) |
|---|---|---|---|---|---|---|
| #486 - 2015 FORD F550 | 6/18/15 | 10/01/17 | | 82,466. | 102,061. | -19,595. |
| | | | | | | |
| | | | | | | |

| | | | |
|---|---|---|---|
| 3 Gain, if any, from Form 4684, line 39.................................................. | 3 | |
| 4 Section 1231 gain from installment sales from Form 6252, line 26 or 37.................... | 4 | |
| 5 Section 1231 gain or (loss) from like-kind exchanges from Form 8824...................... | 5 | |
| 6 Gain, if any, from line 32, from other than casualty or theft............................ | 6 | |
| 7 Combine lines 2 through 6. Enter the gain or (loss) here and on the appropriate line as follows:......... | 7 | -19,595. |

**Partnerships (except electing large partnerships) and S corporations.** Report the gain or (loss) following the instructions for Form 1065, Schedule K, line 10, or Form 1120S, Schedule K, line 9. Skip lines 8, 9, 11, and 12 below.

**Individuals, partners, S corporation shareholders, and all others.** If line 7 is zero or a loss, enter the amount from line 7 on line 11 below and skip lines 8 and 9. If line 7 is a gain and you didn't have any prior year section 1231 losses, or they were recaptured in an earlier year, enter the gain from line 7 as a long-term capital gain on the Schedule D filed with your return and skip lines 8, 9, 11, and 12 below.

| 8 Nonrecaptured net section 1231 losses from prior years. See instructions........................ | 8 | |
| 9 Subtract line 8 from line 7. If zero or less, enter -0-. If line 9 is zero, enter the gain from line 7 on line 12 below. If line 9 is more than zero, enter the amount from line 8 on line 12 below and enter the gain from line 9 as a long-term capital gain on the Schedule D filed with your return. See instructions........................ | 9 | |

**Part II** | **Ordinary Gains and Losses** (see instructions)

10 Ordinary gains and losses not included on lines 11 through 16 (include property held 1 year or less):

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | | |
|---|---|---|
| 11 Loss, if any, from line 7.............................................................. | 11 | |
| 12 Gain, if any, from line 7 or amount from line 8, if applicable.............................. | 12 | |
| 13 Gain, if any, from line 31........................................................... | 13 | 618,925. |
| 14 Net gain or (loss) from Form 4684, lines 31 and 38a.................................... | 14 | |
| 15 Ordinary gain from installment sales from Form 6252, line 25 or 36........................ | 15 | |
| 16 Ordinary gain or (loss) from like-kind exchanges from Form 8824.......................... | 16 | |
| 17 Combine lines 10 through 16......................................................... | 17 | 618,925. |

18 For all except individual returns, enter the amount from line 17 on the appropriate line of your return and skip lines a and b below. For individual returns, complete lines a and b below:

a If the loss on line 11 includes a loss from Form 4684, line 35, column (b)(ii), enter that part of the loss here. Enter the part of the loss from income-producing property on Schedule A (Form 1040), line 28, and the part of the loss from property used as an employee on Schedule A (Form 1040), line 23. Identify as from 'Form 4797, line 18a.' See instructions..................... | 18a | |

b Redetermine the gain or (loss) on line 17 excluding the loss, if any, on line 18a. Enter here and on Form 1040, line 14.......................... | 18b | |

**BAA For Paperwork Reduction Act Notice, see separate instructions.** | Form **4797** (2017)

FDIZ1001L  08/23/17

Form 4797 (2017)  SGM LEASING LLC                                            45-4543762                    Page 2

**Part III** Gain From Disposition of Property Under Sections 1245, 1250, 1252, 1254, and 1255 (see instructions)

| 19(a) Description of section 1245, 1250, 1252, 1254, or 1255 property: | **(b)** Date acquired (mo., day, yr.) | **(c)** Date sold (mo., day, yr.) |
|---|---|---|
| **A** #158 JC 214 E-4 BACKHOE | 11/27/06 | 5/31/17 |
| **B** #476-2012K-TECH EARTHMVER | 12/22/14 | 8/03/17 |
| **C** #466 - 2011 FORD | 8/20/14 | 7/14/17 |
| **D** #502 - KOMOTSU | 12/08/15 | 9/30/17 |

| These columns relate to the properties on lines 19A through 19D. ▶ | | Property A | Property B | Property C | Property D |
|---|---|---|---|---|---|
| **20** Gross sales price (**Note:** See line 1 before completing.) | **20** | 15,280. | 266,815. | 9,682. | 1,682,377. |
| **21** Cost or other basis plus expense of sale | **21** | 25,905. | 306,800. | 27,570. | 2,015,243. |
| **22** Depreciation (or depletion) allowed or allowable | **22** | 25,905. | 268,452. | 26,546. | 699,386. |
| **23** Adjusted basis. Subtract line 22 from line 21 | **23** | | 38,348. | 1,024. | 1,315,857. |
| **24** Total gain. Subtract line 23 from line 20 | **24** | 15,280. | 228,467. | 8,658. | 366,520. |
| **25** If section 1245 property: | | | | | |
| **a** Depreciation allowed or allowable from line 22 | **25a** | 25,905. | 268,452. | 26,546. | 699,386. |
| **b** Enter the **smaller** of line 24 or 25a | **25b** | 15,280. | 228,467. | 8,658. | 366,520. |
| **26** If section 1250 property: If straight line depreciation was used, enter -0- on line 26g, except for a corporation subject to section 291. | | | | | |
| **a** Additional depreciation after 1975. See instrs | **26a** | | | | |
| **b** Applicable percentage multiplied by the **smaller** of line 24 or line 26a. See instructions | **26b** | | | | |
| **c** Subtract line 26a from line 24. If residential rental property **or** line 24 isn't more than line 26a, skip lines 26d and 26e | **26c** | | | | |
| **d** Additional depreciation after 1969 and before 1976 | **26d** | | | | |
| **e** Enter the **smaller** of line 26c or 26d | **26e** | | | | |
| **f** Section 291 amount (corporations only) | **26f** | | | | |
| **g** Add lines 26b, 26e, and 26f | **26g** | | | | |
| **27** If section 1252 property: Skip this section if you didn't dispose of farmland or if this form is being completed for a partnership (other than an electing large partnership). | | | | | |
| **a** Soil, water, and land clearing expenses | **27a** | | | | |
| **b** Line 27a multiplied by applicable percentage. See instructions | **27b** | | | | |
| **c** Enter the **smaller** of line 24 or 27b | **27c** | | | | |
| **28** If section 1254 property: | | | | | |
| **a** Intangible drilling and development costs, expenditures for development of mines and other natural deposits, mining exploration costs, and depletion. See instructions | **28a** | | | | |
| **b** Enter the **smaller** of line 24 or 28a | **28b** | | | | |
| **29** If section 1255 property: | | | | | |
| **a** Applicable percentage of payments excluded from income under section 126. See instructions | **29a** | | | | |
| **b** Enter the **smaller** of line 24 or 29a. See instrs | **29b** | | | | |

**Summary of Part III Gains.** Complete property columns A through D through line 29b before going to line 30.

| | | |
|---|---|---|
| **30** Total gains for all properties. Add property columns A through D, line 24 | **30** | 618,925. |
| **31** Add property columns A through D, lines 25b, 26g, 27c, 28b, and 29b. Enter here and on line 13 | **31** | 618,925. |
| **32** Subtract line 31 from line 30. Enter the portion from casualty or theft on Form 4684, line 33. Enter the portion from other than casualty or theft on Form 4797, line 6 | **32** | 0. |

**Part IV** Recapture Amounts Under Sections 179 and 280F(b)(2) When Business Use Drops to 50% or Less (see instructions)

| | | **(a)** Section 179 | **(b)** Section 280F(b)(2) |
|---|---|---|---|
| **33** Section 179 expense deduction or depreciation allowable in prior years | **33** | | |
| **34** Recomputed depreciation. See instructions | **34** | | |
| **35** Recapture amount. Subtract line 34 from line 33. See the instructions for where to report | **35** | | |

BAA                                    FDIZ1002L  01/15/18                              Form **4797** (2017)

# Computation of Corporate Taxable Income
## (Form 1120 Computation)

For calendar year 2017 or tax year beginning _____ , 2017, ending _____ , _____ .

| Name | | Employer identification number |
|---|---|---|
| SGM LEASING LLC | | 45-4543762 |

|  | | | | |
|---|---|---|---|---|
| **I N C O M E** | 1 a Gross receipts or sales ...... $\boxed{4,039,934.}$ b Less returns and allowances ... _____ c Balance | 1c | 4,039,934. |
| | 2 Cost of goods sold................................................................ | 2 | 2,859,665. |
| | 3 Gross profit. Subtract line 2 from line 1c........................................ | 3 | 1,180,269. |
| | 4 Dividends...................................................................... | 4 | |
| | 5 Interest....................................................................... | 5 | 11. |
| | 6 Gross rents.................................................................... | 6 | |
| | 7 Gross royalties................................................................ | 7 | |
| | 8 Capital gain net income......................................................... | 8 | |
| | 9 Net gain or (loss) from Form 4797, Part II, line 17................................ | 9 | 599,330. |
| | 10 Other income................................................................. | 10 | |
| | 11 **Total income.** Add lines 3 through 10......................................... | 11 | 1,779,610. |
| **D E D U C T I O N S** | 12 Compensation of officers....................................................... | 12 | 111,840. |
| | 13 Salaries and wages (less employment credits)................................... | 13 | 450,743. |
| | 14 Repairs and maintenance....................................................... | 14 | 131,754. |
| | 15 Bad debts.................................................................... | 15 | 48,252. |
| | 16 Rents....................................................................... | 16 | 81,673. |
| | 17 Taxes and licenses............................................................ | 17 | 276,221. |
| | 18 Interest..................................................................... | 18 | 400,706. |
| | 19 Charitable contributions....................................................... | 19 | |
| | 20 Depreciation from Form 4562 not claimed on Schedule A or elsewhere on return...... | 20 | 555,257. |
| | 21 Depletion.................................................................... | 21 | |
| | 22 Advertising.................................................................. | 22 | 11,383. |
| | 23 Pension, profit-sharing, etc., plans............................................. | 23 | |
| | 24 Employee benefit programs..................................................... | 24 | 159,612. |
| | 25 Domestic production activities deduction......................................... | 25 | |
| | 26 Other deductions.............................................................. | 26 | 970,924. |
| | 27 **Total deductions.** Add lines 12 through 26................................... | 27 | 3,198,365. |
| | 28 **Taxable income.** Subtract line 27 from line 11. Enter on Schedule D, Line 17, or Excess Net Passive Income Tax Worksheet, Line 9. | 28 | -1,418,755. |

SPSL0601L   07/06/17

| 2017 | EXPLANATION OF CHANGES ON AN AMENDED RETURN | PAGE 1 |
|---|---|---|
| | SGM LEASING LLC | 45-4543762 |

**EXPLANATION OF CHANGES**

```
DESCRIPTION OF THE CHANGE...
LINE NUMBER.......................
ORIGINAL AMOUNT.................. $0.
AMENDED AMOUNT................... $0.
EXPLANATION OF THE CHANGE   AMENDED RETURN TO INCLUDE INFORMATION RECEIVED AFTER
                           ORIGINAL 2017 1120S WAS FILED
```

| **2017** | **FEDERAL STATEMENTS** | **PAGE 1** |
|---|---|---|
| | **SGM LEASING LLC** | **45-4543762** |

**STATEMENT 1**
**FORM 1120S, LINE 19**
**OTHER DEDUCTIONS**

| | |
|---|---|
| BANK CHARGES | $ 7,749. |
| DELIVERY AND FREIGHT | 1,804. |
| DUES AND SUBSCRIPTIONS | 5,712. |
| FEES | 342. |
| INSURANCE | 355,442. |
| JANITORIAL | 5,688. |
| LATE FEES | 21,429. |
| LEGAL AND PROFESSIONAL | 65,216. |
| MEALS AND ENTERTAINMENT EXPENSE | 134. |
| OFFICE EXPENSE | 20,862. |
| OUTSIDE SERVICES | 28,159. |
| POSTAGE | 1,092. |
| SAFETY | 25,740. |
| SUPPLIES | 10,345. |
| TRAVEL | 560. |
| TRUCK EXPENSE | 353,813. |
| UNIFORMS | 10,508. |
| UTILITIES | 56,329. |
| TOTAL | $ 970,924. |

**STATEMENT 2**
**FORM 1120S, SCHEDULE K, LINE 12D**
**OTHER DEDUCTIONS**

**QUALIFIED DOMESTIC PRODUCTION ACTIVITY INFORMATION**

| | |
|---|---|
| EMPLOYER'S FORM W-2 WAGES | $ 562,583. |
| QUALIFIED PRODUCTION ACTIVITIES INCOME | -1,418,766. |

**STATEMENT 3**
**FORM 1120S, SCHEDULE K, LINE 16C**
**NONDEDUCTIBLE EXPENSES**

| | |
|---|---|
| DISALLOWED MEALS AND ENTERTAINMENT | $ 133. |
| TOTAL | $ 133. |

**STATEMENT 4**
**FORM 1120S, SCHEDULE L, LINE 6**
**OTHER CURRENT ASSETS**

| | BEGINNING | ENDING |
|---|---|---|
| EMPLOYEE ADVANCES | $ 7,450. | $ 0. |
| PREPAID INSURANCE | 190,152. | 0. |
| ROYALTY ADVANCES | 229,769. | 284,733. |
| TOTAL | $ 427,371. | $ 284,733. |

| **2017** | **FEDERAL STATEMENTS** | **PAGE 2** |
|---|---|---|
| | SGM LEASING LLC | 45-4543762 |

**STATEMENT 5**
**FORM 1120S, SCHEDULE L, LINE 14**
**OTHER ASSETS**

| | BEGINNING | ENDING |
|---|---|---|
| DEPOSITS............................................................. | $ 205. | $ 205. |
| TOTAL | $ 205. | $ 205. |

**STATEMENT 6**
**FORM 1120S, SCHEDULE L, LINE 18**
**OTHER CURRENT LIABILITIES**

| | BEGINNING | ENDING |
|---|---|---|
| A/P - GALMOR'S - OKIE TEX........................................... | $ 342,105. | $ 342,105. |
| BANK OVERDRAFT G&G.................................................. | 451,229. | 225,200. |
| BANK OVERDRAFT SGM.................................................. | 0. | 52,449. |
| CREDIT CARDS PAYABLE................................................ | 113,824. | 122,569. |
| CURRENT PORTION OF L/T DEBT......................................... | 0. | 202,055. |
| CURRENT PORTION OF L/T DEBT......................................... | 1,171,832. | 187,269. |
| PAYABLE TO FLP...................................................... | 0. | 51,140. |
| PAYROLL & OTHER LIABILITIES......................................... | 616,012. | 1,233,871. |
| SALES TAX PAYABLE................................................... | 6,200. | 2,500. |
| TOTAL | $ 2,701,202. | $ 2,419,158. |

**STATEMENT 7**
**FORM 1120S, SCHEDULE M-2, COLUMN A, LINE 3**
**OTHER ADDITIONS**

| | |
|---|---|
| INTEREST INCOME.................................................... | $ 11. |
| TOTAL | $ 11. |

**STATEMENT 8**
**FORM 1120S, SCHEDULE M-2, COLUMN A, LINE 5**
**OTHER REDUCTIONS**

| | |
|---|---|
| DISALLOWED MEALS AND ENTERTAINMENT................................. | $ 133. |
| SECTION 1231 LOSS.................................................. | 19,595. |
| TOTAL | $ 19,728. |

**STATEMENT 9**
**FORM 1125-A, LINE 5**
**OTHER COSTS**

| | |
|---|---|
| ................................................................... | $ -142,349. |
| EQUIPMENT RENTAL................................................... | 632,533. |
| LABOR.............................................................. | 1,064,907. |
| MATERIALS.......................................................... | 784,797. |
| ROYALTY EXPENSE.................................................... | 86,727. |
| SUBCONTRACTORS..................................................... | 290,700. |
| TOTAL | $ 2,717,315. |

| 2017 | FEDERAL SUPPLEMENTAL INFORMATION | PAGE 1 |
|------|----------------------------------|--------|
|      | **SGM LEASING LLC**              | 45-4543762 |

SGM LEASING, LLC OWNS 100% OF THE FOLLOWING LLC'S:

    SGM REAL ESTATE LLC   45-4543925
    ALL INCOME FROM SGM REAL ESTATE LLC IS INCLUDED IN THIS TAX RETURN

    SGM MANAGEMENT, LLC   45-4543826   (A C COPORATION)



# OKLAHOMA SMALL BUSINESS CORPORATION
# INCOME AND FRANCHISE TAX RETURN

**Form 512-S**
**2017**

This form is due 30 days after the due date of the Federal Return

For the year January 1 - December 31, 2017, or other taxable year
beginning: _____ , 2017    ending: _____ _____

**AMENDED RETURN!**
If this is an Amended Return place an 'X' here    [ X ]
See Schedule 512-S-X on page 10.

**Corporate Name:**
SGM LEASING LLC

**Street Address:**
PO BOX 349

**City, State or Province, Country and ZIP or Foreign Postal Code:**
SHAMROCK, TX 79079

**Date of Incorporation:** 2/15/2012
**Under the Laws of:** OKLAHOMA
**If this is a final return, place an 'X' here:**

**Federal Employer Identification Number:** 45-4543762
**Business Code Number:** 532400
**Type of Business:** LEASING

→ Notice: Corporations that filed a Form 200-F electing to file a combined corporate income and franchise tax return should:
  ☐ Complete Sections One, Two and Three on pages 1 and 2.
  ☐ Complete the applicable income tax schedules on pages 3-5.
  ☐ Complete the applicable franchise tax schedules on pages 6-9.
  ☐ NOT have remitted the maximum amount of franchise tax for the preceding tax year.

Corporations filing a stand-alone Oklahoma Annual Franchise Tax Return (Form 200) or who are not required to file a franchise tax return should:
  ☐ Complete Sections One and Three on pages 1 and 2.
  ☐ Complete the applicable income tax schedules on pages 3, 4 and 5.
  ☐ NOT complete the franchise tax portion of the return.

## Part One, Section One: Income Tax - Tax Computation Schedule for Nonresident Shareholders Who Do Not File Form 512-SA and for a Corporation Claiming the Refundable Credits from Form 577 or 578.

| | | | |
|---|---|---|---|
| 1a | Nonresident share of income from Page 5, Part 5, line 14 ............ **1a** | 0 . 00 | |
| 1b | Nonresident share of deductions (see instructions) ................. **1b** | 00 | |
| 1 | Nonresident share of taxable income (line 1a minus line 1b) ................................. **1** | | 00 |
| 2 | Tax: 6% of line 1 (if recapturing the Oklahoma Affordable Housing Tax Credit, add the recaptured credit here and enter a '1' in the box) ........................................ **2** | | 0 . 00 |
| 3 | Other Credits Form (see instructions) (provide Form 511CR) ............. **3** | | 0 . 00 |
| 4 | Balance of tax due (line 2 minus line 3, but not less than zero) ............................. **4** | | 0 . 00 |
| 5 | 2017 Oklahoma estimated tax payments (i.e. Form(s) OW-8-ESC) ........... **5** | 00 | |
| 6 | Amount paid with extension request ....................................... **6** | 00 | |
| 7 | Okla. withholding (provide Form 1099, 500-A, 500-B or other withholding statement) ...................................................... **7** | 00 | |
| 8 | Refundable Credits from Form ...... a) [ ] 577.. b) [ ] 578 .... **8** | 00 | |
| 9 | Amount paid with original return and amount paid after it was filed (amended return only) .................................................... **9** | 00 | |
| 10 | Any refunds or overpayment applied (amended return only) ................. **10** | ( ) 00 | |
| 11 | Total of lines 5 through 10 .............................................. **11** | | 00 |
| 12 | Overpayment (line 11 minus line 4) ............... Overpayment → **12** | | 0 . 00 |
| 13 | Tax Due (line 4 minus line 11) ..................... Income Tax Due → **13** | | 00 |
| 14 | Donation: Support the Oklahoma General Revenue Fund ...................... **14** | | 00 |
| 15 | Underpayment of estimated tax interest ................ Annualized [ ] **15** | | 00 |
| 16 | **For delinquent payment** add penalty of 5% ............... $ _____ plus interest of 1.25% per month ........ $ _____ .... **16** | | 00 |
| 17 | Total tax, penalty and interest (add lines 13 - 16) ............. Income Tax Balance Due → **17** | | 0 . 00 |

The Oklahoma Tax Commission is not required to give actual notice to taxpayers of changes in any state tax law.



2017 Form 512-S — Page 2 **Corporation Income and Franchise Tax**

| Name(s) shown on Form 512-S: SGM LEASING LLC | Federal Employer Identification Number: 45-4543762 |
|---|---|

### SECTION TWO: FRANCHISE TAX

☐ Place an 'X' here if filing a combined corporate income and franchise tax return and complete Section Two. Corporations filing a Form 200 will skip Section Two and complete Section Three.

**To complete lines 18 - 25, use the figures from page 6, lines 12-19**

| | | | |
|---|---|---|---|
| 18 | Tax | 18 | 00 |
| 19 | Registered Agents Fee | 19 | 00 |
| 20 | Interest | 20 | 00 |
| 21 | Penalty | 21 | 00 |
| 22 | Reinstatement Fee | 22 | 00 |
| 23 | Previous Payment | 23 | ( ) 00 |
| 24 | Overpayment .......... Franchise Tax Overpayment → | 24 | 00 |
| 25 | Total Due .......... Franchise Tax Balance → | 25 | 00 |

### SECTION THREE: TOTAL

**All corporations complete Section Three. Combine Income Tax and Franchise Tax. If there is a net balance due, complete line 26. If there is a net overpayment, complete lines 27-31.**

**Balance Due**

| 26 | Total Balance Due .......... **Balance Due** → 26 | | 00 |
|---|---|---|---|

**Overpayment**

| 27 | Total Overpayment | 27 | 00 |
|---|---|---|---|
| 28 | Amount of line 27 to be credited to 2018 estimated income tax **(original return only)** | 28 | 00 |

Line 29 provides you the opportunity to make a financial gift from your refund to a variety of Oklahoma organizations. Place the line number of the organization from the line 29 instructions in the box below and enter the amount you are donating. If giving to more than one organization, put a '99' in the box and provide a schedule showing how you would like your donation split.

| 29 | Donations from your refund .... ☐ $2 ☐ $5 ☐ $_____ ☐ 29 | | 00 |
|---|---|---|---|

| 30 | Total (add lines 28 and 29) | 30 | 00 |
|---|---|---|---|
| 31 | Amount of line 27 to be refunded to you (line 27 minus line 30) .......... Refund → | 31 | 00 |

| **Direct Deposit Note:** → | Is this refund going to or through an account that is located outside of the United States? ☐ **Yes** ☐ **No** |
|---|---|
| **All refunds must be by direct deposit. See Direct Deposit Information on page 12 of the 512-S Packet for details.** | Deposit my refund in my: ☐ checking account ☐ savings account |
| | Routing Number: _____ Account Number: _____ |

| If the Oklahoma Tax Commission may discuss this return with your tax preparer, place an 'X' here: | ☒ |
|---|---|

Under penalties of perjury, I declare I have examined this return, including any accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct and complete. If prepared by person other than the taxpayer, this declaration is based on all information of which preparer has any knowledge.

**Make check payable to the Oklahoma Tax Commission**

| Corporate Seal | Signature of Officer | Date | Signature of Preparer | Date |
|---|---|---|---|---|
| | Printed Name of Officer | | Printed Name of Preparer KELLYE L FUCHS, CPA | |
| | Title MANAGING MEMBER | Phone Number 580-225-4254 | Phone Number (580) 225-8877 | Preparer's PTIN P01254733 |

1000 N. MAIN, P.O. BOX 1728    ELK CITY, OK 73648

**Provide a copy of Federal return - Remit to Oklahoma Tax Commission - Post Office Box 26800 - Oklahoma City, OK 73126-0800**

OKSA0112L  09/07/17

PAPP 0690



**2017 Form 512-S - Page 3** Corporation Income Tax

| Name(s) shown on Form 512-S: SGM LEASING LLC | Federal Employer Identification Number: 45-4543762 |
| --- | --- |

## PART 2: ORDINARY INCOME FROM TRADE OR BUSINESS

Complete Column A. Column B should be completed by S Corporations whose income is all within Oklahoma and/or by those whose income is partly within and partly without Oklahoma (not of a unitary nature).
**CAUTION:** Include only trade or business income and expenses on lines 1a through 21 below.

| | | Column A As reported on Federal Return | Column B Total applicable to Oklahoma | |
| --- | --- | --- | --- | --- |
| 1 | a Gross receipts or sales.......... $ 4,039,934. | 4,039,934.00 | 4,039,934.00 | 1 |
| | b Minus returns and allowances...... $ ............ | | | |
| 2 | Cost of goods sold and/or operations............................ | 2,859,665.00 | 2,859,665.00 | 2 |
| 3 | Gross profit (subtract line 2 from line 1)........................ | 1,180,269.00 | 1,180,269.00 | 3 |
| 4 | Net gain (loss) (Form 4797 Part II, line 17)...................... | 618,925.00 | 618,925.00 | 4 |
| 5 | Other income (loss) (provide schedule)........................... | 00 | 00 | 5 |
| 6 | **Total income** (loss) (add lines 3 through 5)..................... | 1,799,194.00 | 1,799,194.00 | 6 |
| 7 | Compensation of officers....................................... | 111,840.00 | 111,840.00 | 7 |
| 8 | Salaries and wages............................................. | 450,743.00 | 450,743.00 | 8 |
| 9 | Repairs and maintenance....................................... | 131,754.00 | 131,754.00 | 9 |
| 10 | Bad debts.................................................... | 48,252.00 | 48,252.00 | 10 |
| 11 | Rent......................................................... | 81,673.00 | 81,673.00 | 11 |
| 12 | Taxes and licenses............................................ | 276,221.00 | 276,221.00 | 12 |
| 13 | Interest...................................................... | 400,706.00 | 400,706.00 | 13 |
| 14 | Depreciation................................................. | 555,257.00 | 555,257.00 | 14 |
| 15 | Depletion (do not deduct oil and gas depletion)................ | 00 | 00 | 15 |
| 16 | Advertising.................................................. | 11,383.00 | 11,383.00 | 16 |
| 17 | Pension, profit-sharing, etc. plans............................ | 00 | 00 | 17 |
| 18 | Employee benefit programs.................................... | 159,612.00 | 159,612.00 | 18 |
| 19 | Other deductions (provide schedule)......SEE STATEMENT 1........ | 970,924.00 | 970,924.00 | 19 |
| 20 | **Total deductions** (add lines 7 through 19)..................... | 3,198,365.00 | 3,198,365.00 | 20 |
| 21 | **Ordinary Income (Loss) from trade or business:** Subtract line 20 from line 6. Enter here and below on Part 3, line 1............. | -1,399,171.00 | -1,399,171.00 | 21 |

## PART 3: SHAREHOLDERS' PRO RATA SHARE ITEMS

| | | Column A As reported on Federal Return | Column B Total applicable to Oklahoma | |
| --- | --- | --- | --- | --- |
| **Income (lines 1 through 11)** | | | | |
| 1 | Ordinary income (loss) from trade or business (from above on Part 2, line 21)..... | -1,399,171.00 | -1,399,171.00 | 1 |
| 2 | Net income (loss) from rental real estate activity(ies) (provide schedule)................ | 00 | 00 | 2 |
| 3 | Net income (loss) from other rental activity(ies) (provide schedule).................... | 00 | 00 | 3 |
| 4 | Interest income | | | |
| | a Interest on loans, notes, mortgages, bonds, etc............................ | 11.00 | 11.00 | 4a |
| | b Interest on obligations of a state or political subdivision ..................... | 00 | | 4b |
| | c Interest on obligations of the United States.............................. | 00 | | 4c |
| | d Other interest income.................................... | 00 | 00 | 4d |
| 5 | Dividend income............................................. | 00 | 00 | 5 |
| 6 | Royalties.................................................... | 00 | 00 | 6 |
| 7 | Net short-term capital gain (loss) (Schedule D, 1120-S).................... | 00 | 00 | 7 |
| 8 | Net long-term capital gain (loss) (Schedule D, 1120-S).................... | 00 | 00 | 8 |
| 9 | Net gain (loss) under Section 1231 (other than due to casualty or theft)........... | -19,595.00 | -19,595.00 | 9 |
| 10 | Other (provide schedule)..................................... | 00 | 00 | 10 |
| 11 | **Total income** (add lines 1 through 10)....................... | -1,418,755.00 | -1,418,755.00 | 11 |
| **Deductions (lines 12 through 17)** | | | | |
| 12 | Section 179 deduction (provide schedule)........................ | 00 | 00 | 12 |
| 13 | Contributions............................................... | 00 | 00 | 13 |
| 14 | Deductions related to portfolio income.......................... | 00 | 00 | 14 |
| 15 | Intangible drilling costs...................................... | 00 | 00 | 15 |
| 16 | Other deductions authorized by law (provide schedule)............. | 00 | 00 | 16 |
| 17 | **Total Deductions** (add lines 12 through 16)................... | 00 | 00 | 17 |
| **Total (line 18)** | | | | |
| 18 | Net distributable income (line 11 minus line 17)................ | -1,418,755.00 | -1,418,755.00 | 18 |

**If Federal and Oklahoma distributable net incomes are the same, please see instructions on page 5 of packet.**

OKSA0112L 09/22/17

PAPP 0691



**2017 Form 512-S - Page 4** Corporation Income Tax

| Name(s) shown on Form 512-S: | SGM LEASING LLC | Federal Employer Identification Number: 45-4543762 |
|---|---|---|

---

**PART 4:** COMPUTATION OF OKLAHOMA TAXABLE INCOME OF A UNITARY ENTERPRISE WHOSE INCOME IS PARTLY WITHIN AND PARTLY WITHOUT OKLAHOMA

| | | | |
|---|---|---|---|
| 1 | Net distributable income from Page 3, Part 3, Column A, line 18................ | | 1 |
| 2 | Add: **a** Taxes based on income.......................................... **2a** | | |
| | **b** Unallowable deduction (provide schedule)....................... **2b** | | |
| | **c** Other income (provide schedule)............................... **2c** | | |
| | **d** Total of lines 2a through 2c.................................... | | 2d |
| 3 | Deduct all items separately allocated: | | |
| | **a** Interest on obligations of the United States.................... **3a** | | |
| | **b** _____.................... **3b** | | |
| | **c** _____.................... **3c** | | |
| | **d** Total of lines 3a through 3c.................................... | | 3d |
| | (Note: Items listed in 2 and 3 above must be net amounts supported by schedules showing source, location, expenses, etc.) | | |
| 4 | Net apportionable income (line 1 plus line 2d, minus line 3d)................... | | 4 |
| 5 | Oklahoma's portion thereof _____%, from schedule below...... | | 5  0. |
| 6 | Add items separately allocated to Oklahoma: | | |
| | **a** _____............ **6a** | | |
| | **b** _____............ **6b** | | |
| | **c** _____............ **6c** | | |
| | **d** _____............ **6d** | | |
| | **e** Total of lines 6a through 6d.................................... | | 6e |
| 7 | Oklahoma net distributable income | | |
| | (add lines 5 and 6e; enter here and on Page 3, Part 3, Column B, line 18)...... | | 7 |

OKSA0134L 09/22/17

# APPORTIONMENT FORMULA

| | | Column A<br>Total Within Oklahoma | Column B<br>Total Within and Without Oklahoma | Column C<br>(A divided by B)<br>Percent Within Oklahoma |
|---|---|---|---|---|
| 1 | Value of real and tangible personal property used in the unitary business (by averaging the values at the beginning and ending of the tax period). | | | |
| | **a** Owned property (at original cost): | | | |
| |   **(i)** Inventories............................. 1ai | | | |
| |   **(ii)** Depreciable property.................... 1aii | | | |
| |   **(iii)** Land................................... 1aiii | | | |
| |   **(iv)** Total of section 'a'..................... 1aiv | | | |
| | **b** Rented property (capitalize at 8 times net rental paid).. 1b | | | |
| | **c** Total of sections 'a' and 'b' above.................. | $ | $ | 1c   %|
| 2 | **a** Payroll............................................. 2a | | | |
| | **b** Less: Officer's salaries.......................... 2b | | | |
| | **c** Total (subtract officer's salaries from payroll)....... | $ | $ | 2c   % |
| 3 | Sales: | | | |
| | **a** Sales delivered or shipped to Oklahoma purchasers: | | | |
| |   **(i)** Shipped from outside Oklahoma............ 3ai | | | |
| |   **(ii)** Shipped from within Oklahoma............. 3aii | | | |
| | **b** Sales shipped from Oklahoma to: | | | |
| |   **(i)** The United States Government............. 3bi | | | |
| |   **(ii)** Purchasers in a state or country where the corporation is not taxable (i.e. under Public Law 86-272) 3bii | | | |
| | **c** Total of sections 'a' and 'b'.................... | $ | $ | 3c   % |
| 4 | If Revenue, Traffic Units or Miles Traveled is used rather than Sales, indicate here... | | | |
| 5 | Total percent (sum of items 1, 2 and 3)............................................. 5 | | | % |
| 6 | Average percent (1/3 of total percent) (Carry to Part 4, line 5 above)................. 6 | | | % |

**Note: Provide a complete copy of your Federal return.**

PAPP 0692

2017 Form 512-S - Page 5   Corporation Income Tax

| Name(s) shown on Form 512-S: SGM LEASING LLC | Federal Employer Identification Number: 45-4543762 |
|---|---|

## PART 5: SHAREHOLDERS' PRO RATA SHARE OF INCOME

Enter the information for each shareholder. If there are more than 3 shareholders, use Form 512-S-SUP to enter the additional shareholders. Use as many Forms 512-S-SUP as needed.

| | | SHAREHOLDER 1 | SHAREHOLDER 2 | SHAREHOLDER 3 |
|---|---|---|---|---|
| 1 | Name and address of each shareholder Name: | MICHAEL S GALMOR | | |
| | Address: | PO BOX 2172 | | |
| | City, State, ZIP: | ELK CITY, OK 73648 | | |
| 2 | SSN or FEIN | ██████ | | |
| 3 | Ownership Percentage | 100 | | |
| 4 | Distributable Federal Income (Part 3, Column A, line 18 times Part 5 line 3) | -1,418,755. | | |
| 5 | Distributable Oklahoma Income (Part 3, Column B, line 18 times Part 5 line 3**) | -1,418,755. | | |
| 6 | Oil and Gas Depletion (Federal) | | | |
| 7 | Oil and Gas Depletion (Oklahoma) | | | |
| 8 | Amount of Credit | | | |
| 9 | Type of Credit | | | |
| 10 | Amount of Withholding | | | |
| 11 | Type of Withholding | | | |

### NONRESIDENT SHAREHOLDER

| 12 | Is a signed Form 512-SA provided? If nonresident agreement (Form 512-SA) is NOT provided, the S Corporation will be taxed on the income reported in line 13. | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |
|---|---|---|---|---|
| 13 | Nonresident Share of Income to Tax if line 12 is NO (enter the distributable Oklahoma income from line 5) | | | |

### TOTAL: NONRESIDENT SHARE OF INCOME TO TAX

| 14 | Add amounts shown in line 13 above for all Shareholders, and if applicable, from Form 512-S-SUP. Enter here and on Page 1, Part 1, line 1a. ..................... $ | 0. |
|---|---|---|

**NOTE: The amount shown in Part 3, Column B, line 18, Oklahoma net distributable income, may not be the amount to be entered on the shareholder's Oklahoma income tax return. This amount includes all allowable shareholder's income, losses ,and deductions. Some of these items may be limited on the Federal return. If these items are allowed in full or part on your Federal income tax return, they will be allowed to the same extent on your Oklahoma return.

Notice: Forms required to compute withholding and credits must be provided with corporate return. Examples of these include: Form 1099 MISC, Form 500A: Nonresident Royalty Withholding, Form 511CR: Other Credits, Form 506: Investment/New Jobs Credit and Form 529: Small Business Guaranty Fee Credit. Schedules or authorization must be furnished.

| NOTE: PROVIDE A COMPLETE COPY OF YOUR FEDERAL RETURN. |
|---|

## PART 6: ADDITIONAL INFORMATION

OKSA0134L  09/22/17

**Location of Principal Accounting Records**

| PO BOX 349 | SHAMROCK | TX | 79079 |
|---|---|---|---|
| Address | City | State | Zip |

| | | |
|---|---|---|
| Has the Internal Revenue Service redetermined your tax liability for prior years? | ☐ Yes ☒ No | What years? _____ |
| Did you file amended returns for the years stated above? | ☐ Yes ☐ No ☒ N/A | |
| Has the statute of limitations been extended by consent for any prior years? | ☐ Yes ☒ No | What years? _____ |
| Business name _____ | Date business began in Oklahoma 2/15/2012 | |

Principal location(s) in Oklahoma _____

**Mail to: Oklahoma Tax Commission, PO Box 26800, Oklahoma City, Oklahoma 73126-0800**

PAPP 0693

**2017 Form 512-S — Page 10** Small Business Corporation Income and Franchise Tax

| Name(s) shown on Form 512-S: SGM LEASING LLC | Federal Employer Identification Number: 45-4543762 |
|---|---|

## SCHEDULE 512-S-X: AMENDED RETURN SCHEDULE

**A** Did you file an amended Federal income tax return?  [X] Yes  [ ] No

Provide a copy of the amended Federal return and a copy of 'Statement of Adjustment', IRS refund check or deposit slip.

**B** If this return is being filed due to a Federal audit, furnish a complete copy of the RAR.

**C** Explanation or Reason for Amended Return (Provide all necessary schedules):

AMENDED RETURN TO INCLUDE INFORMATION RECEIVED AFTER ORIGINAL 2017 1120S WAS FILED

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

### INSTRUCTIONS FOR FILING AN AMENDED RETURN

When filing an amended return, place an "X" in the Amended Return check-box at the top of page 1. Enter any amount(s) paid with the original return plus any amount(s) paid after it was filed on line 9. Enter any refund previously received or overpayment applied on line 10. Complete the Amended Return Schedule, Schedule 512-S-X above.

Provide the amended Federal return and proof of disposition by the Internal Revenue Service when applicable.

An overpayment on an amended return may not be credited to estimated tax, but will be refunded. The amount applied to estimated tax on the original return cannot be adjusted.

OKSA0110L 09/25/17

PAPP 0694

# OKLAHOMA INCOME TAX DECLARATION
## FOR ELECTRONIC FILING (for Form 512, 512-S, 513, 513NR or 514)

**FORM EF** 2017

| Do not send to the Oklahoma Tax Commission. Keep Form EF for your records. |
| --- |

For calendar year 2017 or tax year beginning **1/01** , 2017 and ending **12/31** , 20 **17** .

| Name of Entity | Federal Employer Identification Number |
| --- | --- |
| SGM LEASING LLC | 45-4543762 |

| **1** | **Tax Return Information (whole dollars only)** Complete lines A and B. Enter the applicable amounts from the return, if any. | |
| --- | --- | --- |
| Form 512: | **A.** Oklahoma taxable income (Form 512, line 1) | |
| | **B.** Refund or balance due (Form 512, line 31 or 26) | |
| Form 512-S: | **A.** Nonresident share of taxable income (Form 512-S, line 1) | 0. |
| | **B.** Refund or balance due (Form 512-S, line 31 or 26) | 0. |
| Form 513: | **A.** Taxable income of fiduciary (Form 513, line 23) | |
| | **B.** Refund or balance due (Form 513, line 36 or 40) | |
| Form 513NR: | **A.** Taxable income of fiduciary (Form 513NR, line 25) | |
| | **B.** Refund or balance due (Form 513NR, line 40 or 44) | |
| Form 514: | **A.** Nonresident share of income (Form 514, line 1) | |
| | **B.** Refund or balance due (Form 514, line 14 or 18) | |

| **2** | **Declaration of Officer, Partner, Member or Fiduciary** |
| --- | --- |

**2 a** ☐ I consent the refund be directly deposited as designated in the electronic portion of the Oklahoma income tax return.

**2 b** ☐ I authorize the Oklahoma State Treasury and its designated Financial Agent to initiate an ACH electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of the Oklahoma taxes owed on this return and/or a payment of estimated tax. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment.

If a balance due return is being filed, I understand that if the Oklahoma Tax Commission (OTC) does not receive full and timely payment of the tax liability, the entity will remain liable for the tax liability and all applicable interest and penalties.

Under penalties of perjury, I declare I have compared the information contained on the return, with information I have provided to my Electronic Return Originator (ERO), and the amounts described in Part One above, agree with the amounts shown on the corresponding lines of the Oklahoma income tax return. To the best of my knowledge and belief, the return is true, correct, and complete. I consent the return, including this declaration and accompanying schedules and statements, be sent to the OTC by my ERO.

In addition, by using a computer system and software to prepare and transmit my return electronically, I consent to the disclosure to the Oklahoma Tax Commission of all information pertaining to my use of the system and software and to the transmission of my tax return electronically.

**Sign Here:** _____ Signature of Officer, Partner, Member or Fiduciary    Date    Title

| **3** | **Declaration of Electronic Return Originator (ERO) and Paid Preparer** |
| --- | --- |

I declare I have reviewed the above taxpayer's return and the entries on Form EF are complete and correct to the best of my knowledge. (EROs who are collectors are not responsible for reviewing the taxpayer's return; however, they must ensure Form EF accurately reflects the data on the return.) I have obtained the taxpayer's signature on Form EF and have provided the taxpayer with a copy of all forms and information to be filed with the OTC, and have followed all other requirements described in the Federal Publication for Modernized e-File. If I am also a Paid Preparer, under penalties of perjury I declare I have examined the above taxpayer's return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct and complete. This Paid Preparer declaration is based on all information of which I have any knowledge.

**Sign Here:** _____    P01254733    (580) 225-8877
ERO Signature    Date    PTIN    Phone Number with Area Code

**Sign Here:** _____
Paid Preparer Signature    Date    PTIN    Phone Number with Area Code

Firm Name (or yours if self-employed): **P K & COMPANY PLLC**
and Address, City, and Zip Code: **1000 N. MAIN, P.O. BOX 1728**
**ELK CITY**    OK    73648

| ERO Must Retain Form EF — Unless Requested Do Not Submit This Form to the Oklahoma Tax Commission. |
| --- |

OKCA0201L 11/28/17

PAPP 0695

| 2017 | OKLAHOMA STATEMENTS | PAGE 1 |
|---|---|---|
| | **SGM LEASING LLC** | 45-4543762 |

**STATEMENT 1**
**FORM 512-S, PART II**
**LINE 19, OTHER DEDUCTIONS**

| | |
|---|---:|
| BANK CHARGES.................................................................... $ | 7,749. |
| DELIVERY AND FREIGHT............................................................ | 1,804. |
| DUES AND SUBSCRIPTIONS.......................................................... | 5,712. |
| FEES............................................................................ | 342. |
| INSURANCE....................................................................... | 355,442. |
| JANITORIAL...................................................................... | 5,688. |
| LATE FEES....................................................................... | 21,429. |
| LEGAL AND PROFESSIONAL.......................................................... | 65,216. |
| MEALS AND ENTERTAINMENT EXPENSE................................................. | 134. |
| OFFICE EXPENSE.................................................................. | 20,862. |
| OUTSIDE SERVICES................................................................ | 28,159. |
| POSTAGE......................................................................... | 1,092. |
| SAFETY.......................................................................... | 25,740. |
| SUPPLIES........................................................................ | 10,345. |
| TRAVEL.......................................................................... | 560. |
| TRUCK EXPENSE................................................................... | 353,813. |
| UNIFORMS........................................................................ | 10,508. |
| UTILITIES....................................................................... | 56,329. |
| TOTAL $ | 970,924. |

SGM LEASING LLC
PO BOX 349
SHAMROCK, TX 79079
580-225-4254

December 10, 2018

MICHAEL S GALMOR
PO BOX 2172
ELK CITY, OK 73648

RE:
SGM LEASING LLC
45-4543762
2017 S Corporation Schedule K-1 (Form 1120S)

Dear MICHAEL S GALMOR:

It has been necessary to amend the 2017 S Corporation Income Tax Return for SGM LEASING
LLC. Enclosed is your amended 2017 Schedule K-1 (Form 1120S) Shareholder's Share of
Income, Deductions, Credits, Etc. You should consult your personal income tax advisor to
determine if it is appropriate for you to amend your income tax return as a result of these
changes. We apologize for any inconvenience this may cause you.

If you have any questions concerning this information, please contact us immediately.

Sincerely,


SGM LEASING LLC

Enclosure(s)

**Schedule K-1**
(Form 1120S)

**2017**

Department of the Treasury
Internal Revenue Service

beginning     /     / 2017    ending     /     /

**Shareholder's Share of Income, Deductions, Credits, etc.** ▸ **See page 2 of form and separate instructions.**

| | Final K-1 | X | Amended K-1 | | |
| --- | --- | --- | --- | --- | --- |

671117

OMB No. 1545-0123

| **Part III** | **Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items** |
| --- | --- |

| **Part I** | **Information About the Corporation** |
| --- | --- |

**A** Corporation's employer identification number

45-4543762

**B** Corporation's name, address, city, state, and ZIP code

SGM LEASING LLC
PO BOX 349
SHAMROCK, TX 79079

**C** IRS Center where corporation filed return

E-FILE

| **Part II** | **Information About the Shareholder** |
| --- | --- |

**D** Shareholder's identifying number

\*\*\*-\*\*-■■■

**E** Shareholder's name, address, city, state, and ZIP code

MICHAEL S GALMOR
PO BOX 2172
ELK CITY, OK 73648

**F** Shareholder's percentage of stock ownership for tax year..................... 100 %

FOR IRS USE ONLY

| # | Item | # | Item |
| --- | --- | --- | --- |
| 1 | Ordinary business income (loss) -1,399,171. | 13 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income 11. | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) -19,595. | | |
| 10 | Other income (loss) | 15 A | Alternative minimum tax (AMT) items 48,969. |
| | | B | -104,333. |
| 11 | Section 179 deduction | 16 C* | Items affecting shareholder basis 133. |
| 12 Q | Other deductions -1,418,766. | | |
| R | 562,583. | | |
| | | 17 A | Other information 11. |

*See attached statement for additional information.

BAA  **For Paperwork Reduction Act Notice, see the Instructions for Form 1120S.**

Schedule **K-1** (Form 1120S) 2017

SHAREHOLDER 1

SPSA0412L  012/11/17

Schedule K-1 (Form 1120S) 2017   SGM LEASING LLC                                    45-4543762                          Page **2**

**This list identifies the codes used on Schedule K-1 for all shareholders and provides summarized reporting information for shareholders who file Form 1040. For detailed reporting and filing information, see the separate Shareholder's Instructions for Schedule K-1 and the instructions for your income tax return.**

**1  Ordinary business income (loss).** Determine whether the income (loss) is passive or nonpassive and enter on your return as follows:

| | *Report on* |
|---|---|
| Passive loss | See the Shareholder's Instructions |
| Passive income | Schedule E, line 28, column (g) |
| Nonpassive loss | See the Shareholder's Instructions |
| Nonpassive income | Schedule E, line 28, column (j) |

**2  Net rental real estate income (loss)**    See the Shareholder's Instructions

**3  Other net rental income (loss)**
| Net income | Schedule E, line 28, column (g) |
| Net loss | See the Shareholder's Instructions |

**4  Interest income**    Form 1040, line 8a
**5 a Ordinary dividends**    Form 1040, line 9a
**5 b Qualified dividends**    Form 1040, line 9b
**6  Royalties**    Schedule E, line 4
**7  Net short-term capital gain (loss)**    Schedule D, line 5
**8 a Net long-term capital gain (loss)**    Schedule D, line 12
**8 b Collectibles (28%) gain (loss)**    28% Rate Gain Worksheet, line 4 (Schedule D instructions)
**8 c Unrecaptured section 1250 gain**    See the Shareholder's Instructions
**9  Net section 1231 gain (loss)**    See the Shareholder's Instructions
**10  Other income (loss)**

*Code*
| A | Other portfolio income (loss) | See the Shareholder's Instructions |
| B | Involuntary conversions | See the Shareholder's Instructions |
| C | Sec. 1256 contracts and straddles | Form 6781, line 1 |
| D | Mining exploration costs recapture | See Pub 535 |
| E | Other income (loss) | See the Shareholder's Instructions |

**11  Section 179 deduction**    See the Shareholder's Instructions
**12  Other deductions**
| A | Cash contributions (50%) | |
| B | Cash contributions (30%) | |
| C | Noncash contributions (50%) | |
| D | Noncash contributions (30%) | |
| E | Capital gain property to a 50% organization (30%) | See the Shareholder's Instructions |
| F | Capital gain property (20%) | |
| G | Contributions (100%) | |
| H | Investment interest expense | Form 4952, line 1 |
| I | Deductions — royalty income | Schedule E, line 19 |
| J | Section 59(e)(2) expenditures | See the Shareholder's Instructions |
| K | Deductions — portfolio (2% floor) | Schedule A, line 23 |
| L | Deductions — portfolio (other) | Schedule A, line 28 |
| M | Preproductive period expenses | See the Shareholder's Instructions |
| N | Commercial revitalization deduction from rental real estate activities | See Form 8582 instructions |
| O | Reforestation expense deduction | See the Shareholder's Instructions |
| P | Domestic production activities information | See Form 8903 instructions |
| Q | Qualified production activities income | Form 8903, line 7b |
| R | Employer's Form W-2 wages | Form 8903, line 17 |
| S | Other deductions | See the Shareholder's Instructions |

**13  Credits**
| A | Low-income housing credit (section 42(j)(5)) from pre-2008 buildings | |
| B | Low-income housing credit (other) from pre-2008 buildings | |
| C | Low-income housing credit (section 42(j)(5)) from post-2007 buildings | |
| D | Low-income housing credit (other) from post-2007 buildings | See the Shareholder's Instructions |
| E | Qualified rehabilitation expenditures (rental real estate) | |
| F | Other rental real estate credits | |
| G | Other rental credits | |
| H | Undistributed capital gains credit | Form 1040, line 73, box a |
| I | Biofuel producer credit | |
| J | Work opportunity credit | |
| K | Disabled access credit | See the Shareholder's Instructions |
| L | Empowerment zone employment credit | |
| M | Credit for increasing research activities | |

**N**  Credit for employer social security and Medicare taxes    See the Shareholder's Instructions
**O**  Backup withholding
**P**  Other credits

**14  Foreign transactions**
| A | Name of country or U.S. possession | |
| B | Gross income from all sources | Form 1116, Part I |
| C | Gross income sourced at shareholder level | |

*Foreign gross income sourced at corporate level*
| D | Passive category | |
| E | General category | Form 1116, Part I |
| F | Other | |

*Deductions allocated and apportioned at shareholder level*
| G | Interest expense | Form 1116, Part I |
| H | Other | Form 1116, Part I |

*Deductions allocated and apportioned at corporate level to foreign source income*
| I | Passive category | |
| J | General category | Form 1116, Part I |
| K | Other | |

*Other information*
| L | Total foreign taxes paid | Form 1116, Part II |
| M | Total foreign taxes accrued | Form 1116, Part II |
| N | Reduction in taxes available for credit | Form 1116, line 12 |
| O | Foreign trading gross receipts | Form 8873 |
| P | Extraterritorial income exclusion | Form 8873 |
| Q | Other foreign transactions | See the Shareholder's Instructions |

**15  Alternative minimum tax (AMT) items**
| A | Post-1986 depreciation adjustment | |
| B | Adjusted gain or loss | |
| C | Depletion (other than oil & gas) | See the Shareholder's Instructions and the Instructions for Form 6251 |
| D | Oil, gas, & geothermal — gross income | |
| E | Oil, gas, & geothermal — deductions | |
| F | Other AMT items | |

**16  Items affecting shareholder basis**
| A | Tax-exempt interest income | Form 1040, line 8b |
| B | Other tax-exempt income | |
| C | Nondeductible expenses | See the Shareholder's Instructions |
| D | Distributions | |
| E | Repayment of loans from shareholders | |

**17  Other information**
| A | Investment income | Form 4952, line 4a |
| B | Investment expenses | Form 4952, line 5 |
| C | Qualified rehabilitation expenditures (other than rental real estate) | See the Shareholder's Instructions |
| D | Basis of energy property | See the Shareholder's Instructions |
| E | Recapture of low-income housing credit (section 42(j)(5)) | Form 8611, line 8 |
| F | Recapture of low-income housing credit (other) | Form 8611, line 8 |
| G | Recapture of investment credit | See Form 4255 |
| H | Recapture of other credits | See the Shareholder's Instructions |
| I | Look-back interest — completed long-term contracts | See Form 8697 |
| J | Look-back interest — income forecast method | See Form 8866 |
| K | Dispositions of property with section 179 deductions | |
| L | Recapture of section 179 deduction | |
| M | Section 453(l)(3) information | |
| N | Section 453A(c) information | |
| O | Section 1260(b) information | |
| P | Interest allocable to production expenditures | See the Shareholder's Instructions |
| Q | CCF nonqualified withdrawals | |
| R | Depletion information — oil and gas | |
| S | Reserved | |
| T | Section 108(i) information | |
| U | Net investment income | |
| V | Other information | |

SHAREHOLDER 1 : MICHAEL S GALMOR    ***–**▮▮▮▮▮

SPSA0412L  12/11/17

SGM LEASING LLC 45-4543762

SCHEDULE K-1 (FORM 1120S) 2017      **SUPPLEMENTAL INFORMATION**      PAGE   3

## BOX 16
**ITEMS AFFECTING SHAREHOLDER BASIS**

**\* DESCRIPTIVE INFORMATION**
C     DISALLOWED MEALS AND ENTERTAINMENT................................................ \$      133.

SHAREHOLDER 1 : MICHAEL S GALMOR    \*\*\*-\*\*-     07/06/17

| **Oklahoma Shareholder Information** | **OKLAHOMA**<br>**Shareholder's Share of Income** | **2017** |
|---|---|---|

| **Shareholder's Identification Number ▶** ▉▉▉▉▉ | **Federal Employer Identification Number ▶** 45-4543762 |
|---|---|
| Shareholder's name, address, and ZIP code<br><br>MICHAEL S GALMOR<br>PO BOX 2172<br>ELK CITY, OK 73648 | Corporation's name, address, and ZIP code<br><br>SGM LEASING LLC<br>PO BOX 349<br>SHAMROCK, TX 79079 |

Shareholder's percentage of stock ownership for tax year ................................................ ▶    100%

Number of shares owned.................................................................................... ▶    100

☐ Check if non-resident    ☐ Check box if nonresident agreement not executed

| INCOME AND WITHHOLDING | Federal | Oklahoma |
|---|---|---|
| Distributable income........................................................... | −1,418,755. | −1,418,755. |
| Allowable oil and gas depletion............................................... | | |
| Nonresident withholding...................................................... | | |
| Royalty withholding........................................................... | | |
| Qualifying Oklahoma net capital gain or loss ............................... | | |
| **CREDITS** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SHAREHOLDER 1

OKSL0101L 07/06/17

**2016 S-Corporation Return**
prepared for:

**SGM LEASING LLC**
PO BOX 349
SHAMROCK, TX 79079

**P K & Company PLLC**
1000 N. Main, P.O. Box 1728
Elk City, OK 73648

**EXHIBIT**

14

DEPONENT NAME:
Galmor

DATE:
3 /24/2(

PAPP 0702

**P K & COMPANY PLLC**
**1000 N. MAIN, P.O. BOX 1728**
**ELK CITY, OK 73648**
**(580) 225-8877**

October 13, 2017

SGM LEASING LLC
PO BOX 349
SHAMROCK, TX 79079

Dear Client:

Your 2016 Amended Federal S Corporation Income Tax return will be electronically filed with the Internal Revenue Service upon receipt of a signed Form 8879S - IRS e-file Signature Authorization.  No tax is payable with the filing of this return.

Your 2016 Amended Oklahoma Small Business Corporation Income and Franchise Tax Return will be electronically filed with the State of Oklahoma upon receipt of a signed Form EF.  No tax is payable with the filing of this return.

You must distribute a copy of the 2016 Amended Schedule K-1 to each shareholder. Be sure to give each shareholder a copy of the Shareholder's Instructions for Schedule K-1 (Form 1120S).

Please call if you have any questions.

Sincerely,


KELLYE L FUCHS, CPA

SGM LEASING LLC
PO BOX 349
SHAMROCK, TX 79079
580-225-4254

October 13, 2017

MICHAEL S GALMOR
PO BOX 2172
ELK CITY, OK 73648

RE:
SGM LEASING LLC
45-4543762
2016 S Corporation Schedule K-1 (Form 1120S)

Dear MICHAEL S GALMOR:

It has been necessary to amend the 2016 S Corporation Income Tax Return for SGM LEASING LLC. Enclosed is your amended 2016 Schedule K-1 (Form 1120S) Shareholder's Share of Income, Deductions, Credits, Etc. You should consult your personal income tax advisor to determine if it is appropriate for you to amend your income tax return as a result of these changes. We apologize for any inconvenience this may cause you.

If you have any questions concerning this information, please contact us immediately.

Sincerely,

SGM LEASING LLC

Enclosure(s)

| 2016 | FEDERAL WORKSHEETS | PAGE 1 |
|------|--------------------|--------|
| | SGM LEASING LLC | 45-4543762 |

**COMPUTATION OF ENDING DEPRECIABLE ASSETS**
**FORM 1120S, SCHEDULE L, LINE 10A**

| | |
|---|---|
| BEGINNING DEPRECIABLE ASSETS | 14,803,595. |
| DEPRECIABLE ASSETS PLACED IN SERVICE IN CURRENT YEAR | 3,321,380. |
| DEPRECIABLE ASSETS SOLD DURING THE CURRENT YEAR | -6,437,714. |
| ENDING BUILDINGS AND OTHER DEPRECIABLE ASSETS | 11,687,261. |

**COMPUTATION OF ENDING ACCUMULATED DEPRECIATION**
**FORM 1120S, SCHEDULE L, LINE 10B**

| | |
|---|---|
| BEGINNING BALANCE OF ACCUMULATED DEPRECIATION | 11,642,583. |
| CURRENT YEAR BOOK DEPRECIATION | 1,276,817. |
| ACCUMULATED DEPRECIATION ON ASSETS SOLD THIS YEAR | -3,793,067. |
| ENDING ACCUMULATED DEPRECIATION | 9,126,333. |

**COMPUTATION OF ENDING LAND**
**FORM 1120S, SCHEDULE L, LINE 12**

| | |
|---|---|
| BEGINNING LAND | 0. |
| LAND PLACED IN SERVICE IN CURRENT YEAR | 4,000. |
| LAND SOLD DURING THE CURRENT YEAR | 0. |
| ENDING LAND | 4,000. |

**RECONCILIATION OF RETAINED EARNINGS**
**FORM 1120S, SCHEDULE L, LINE 24**

| | |
|---|---|
| BEGINNING RETAINED EARNINGS, SCH. L, LINE 24 | -2,423,191. |
| NET INCOME (LOSS) PER BOOKS (SCH. M-1, LINE 1) | -519,270. |
| ENDING RETAINED EARNINGS, SCHEDULE L, LINE 24 | -2,942,461. |

| 2016 | FEDERAL WORKSHEETS | PAGE 2 |
|------|:------------------:|-------:|
| | **SGM LEASING LLC** | 45-4543762 |

**BULK SALE WORKSHEET**
**BULK SALE: #445 - WIRTGEN 2200 SM**

```
SALES PRICE:                        180,359.
TOTAL COST/BASIS:                 1,216,650.
EXPENSES OF SALE (INCLUDED WITH
COST/BASIS ON FORM)                       0.
TOTAL DEPRECIATION:               1,064,733.
TOTAL RECAPTURE:                  1,064,733.
TOTAL AMT DEPRECIATION:           1,064,733.
TOTAL AMT BASIS:                  1,216,650.
```

| ASSET DESCRIPTION | COST/BASIS | DEPRECIATION | RECAPTURE | AMT BASIS | AMT DEPREC. |
|---|---|---|---|---|---|
| 196. #445 - WIRTGEN 2200 SM | 1,214,400. | 1,062,600. | 1,062,600. | 1,214,400. | 1,062,600. |
| 131. #199 2006 RTV900W UTILITY | 2,250. | 2,133. | 2,133. | 2,250. | 2,133. |
| TOTAL | $ 1,216,650. | $ 1,064,733. | $ 1,064,733. | $ 1,216,650. | $ 1,064,733. |

NOTE: THE FIRST ASSET LISTED CONTAINS ALL SALES INFORMATION. (SALES PRICE, EXPENSES OF SALE, ETC.)

| 2016 | FEDERAL SCHEDULE K WORKSHEETS | PAGE 1 |
|---|---|---|
| | SGM LEASING LLC | 45-4543762 |

**SCHEDULE K (WORKSHEETS), LINE 12D**
**SMALL BUSINESS SIMPLIFIED OVERALL METHOD**
**QUALIFIED PRODUCTION ACTIVITIES INCOME**

1. DOMESTIC PRODUCTION GROSS RECEIPTS.................................................. $ 10,360,342.

2. TOTAL GROSS RECEIPTS
   GROSS RECEIPTS (FORM 1120S, PAGE 1, LINE 1C)........................... $ 6,533,086.
   OTHER INCOME (FORM 1120S, PAGE 1, LINE 5)................................ 0.
   GROSS PROCEEDS FROM DISPOSITION OF ASSETS.............................. 3,827,256.
   TOTAL....................................................................... $ 10,360,342.

3. RECEIPTS ALLOCATION RATIO (LINE 1 / LINE 2) ..................................... 100%

4. QUALIFIED DOMESTIC PRODUCTION ACTIVITIES DEDUCTIONS
   TOTAL DEDUCTIONS (FORM 1120S, PAGE 1, LINE 20)........................... $ 4,793,132.
   TOTAL COST OF GOODS SOLD..................................................... 6,084,876.
     (INCLUDES ADJUSTED BASIS FROM ASSET DISPOSITION)
   TOTAL....................................................................... $ 10,878,008.

5. ALLOCATED DOMESTIC PROD. ACTIVITIES DEDUCTIONS (LINE 3 X LINE 4)..... $ 10,878,008.

6. CORPORATION'S QUALIFIED PROD. ACTIVITIES INCOME (LINE 1 - LINE 5).. $ -517,666.

7. DOMESTIC PRODUCTION ACTIVITIES INCOME FROM PASSTHROUGH K-1S.......... $ 0.

8. QUALIFIED PRODUCTION ACTIVITIES INCOME (LINE 6 + LINE 7)............... $ -517,666.

**SCHEDULE K (WORKSHEETS), LINE 12D**
**SMALL BUSINESS SIMPLIFIED OVERALL METHOD**
**EMPLOYER'S FORM W-2 WAGES**

1. TOTAL WAGES
   COMPENSATION OF OFFICERS (FORM 1120S, PAGE 1, LINE 7).................. 94,634.
   SALARIES & WAGES (FORM 1120S, PAGE 1, LINE 8)............................. 572,193.
   COST OF LABOR (FORM 1125-A, LINE 3)......................................... 0.
   TOTAL....................................................................... $ 666,827.

2. RECEIPTS ALLOCATION RATIO
   2A. DOMESTIC PRODUCTION GROSS RECEIPTS....................................... $ 10,360,342.
   2B. TOTAL GROSS RECEIPTS...................................................... 10,360,342.

   ALLOCATION RATIO (LINE 2A / LINE 2B)........................................ 100%

3. EMPLOYER'S W-2 WAGES (LINE 1 X LINE 2)........................................ $ 666,827.

**SCHEDULE K, LINE 15B**
**ADJUSTED GAIN OR LOSS**

| DESCRIPTION OF PROPERTY | DATE ACQ'D | DATE SOLD | REG TAX ADJUSTED BASIS | AMT ADJUSTED BASIS | ADJUSTMENT |
|---|---|---|---|---|---|
| #445 - WIRTGEN MACHINE | 6/30/14 | 5/01/16 | 49,260. | 58,808. | $ -9,548. |
| | | | | TOTAL | $ -9,548. |

| 2016 | SCHEDULE M-2 RECONCILIATION | PAGE 1 |
|---|---|---|
| | **SGM LEASING LLC** | 45-4543762 |

### RECONCILIATION OF SCHEDULE M-2 ENDING BALANCE TO RETAINED EARNINGS (SCHEDULE L)

**SCHEDULE M-2 ENDING BALANCES:**

| | | |
|---|---|---:|
| 1. | Accumulated Adjustments Account (Schedule M-2, Line 8(a)) | −3,529,301. |
| 2. | Other Adjustments Account (Schedule M-2, Line 8(b)) | −154,218. |
| 3. | Shareholder's Previously Taxed Income (Schedule M-2, Line 8(c)) | |
| 4. | TOTAL ENDING BALANCE - SCHEDULE M-2 (add lines 1-3) ▶ | −3,683,519. |

**ADDITIONS:**

| | | |
|---|---|---:|
| 5. | Other Retained Earnings - Ending Balance | |
| 6. | Adjustment on oil and gas depletion (Schedule M-1 vs. AAA) | |
| | TIMING DIFFERENCES SUBTRACTED FROM NET INCOME PER BOOKS (from Schedule M-1, Lines 5 and 6): | |
| 7. | Depreciation on Schedule K not included on books | |
| 8. | Amortization on Schedule K not included on books | |
| 9. | Gain (loss) on disposition of assets | |
| 10. | State tax on Schedule K not included on books | |
| 11. | Other Timing Differences Subtracted from Net Income Per Books: | |
| 12. | TOTAL ADDITIONS (add lines 5 - 11) ▶ | |

**SUBTRACTIONS:**

| | | |
|---|---|---:|
| | TIMING DIFFERENCES ADDED TO NET INCOME PER BOOKS (from Schedule M-1, Lines 2 and 3): | |
| 13. | Depreciation on books not included on Schedule K | |
| 14. | Amortization on books not included on Schedule K | |
| 15. | Gain (loss) on disposition of assets | |
| 16. | State tax on books not included on Schedule K | |
| 17. | Other Timing Differences Added to Net Income Per Books: | |
| | ROUNDING | 2. |
| 18. | TOTAL SUBTRACTIONS (add lines 13 - 17) ▶ | 2. |

| | | | |
|---|---|---:|---:|
| 19. | Beginning Balance - Retained Earnings (Schedule L, Line 24(b)) | −2,423,191. | |
| 20. | Beginning Balance - Schedule M-2 and Other Retained Earnings | −3,164,251. | |
| 21. | PRIOR YEAR TIMING DIFFERENCES AND ADJUSTMENTS (Line 19 minus Line 20) ▶ | | 741,060. |
| 22. | OTHER ADJUSTMENTS ▶ | | |
| 23. | TOTAL DIFFERENCE BETWEEN SCHEDULE M-2 AND RETAINED EARNINGS (line 12 less line 18, plus line 21 and 22) ▶ | | 741,058. |
| 24. | **TOTAL RETAINED EARNINGS (SCHEDULE L) - ENDING BALANCE** (combine lines 4 and 23) ▶ | | −2,942,461. |

SPSL0401L 06/21/16

Form **8903**
(Rev December 2010)
Department of the Treasury
Internal Revenue Service

FORM 1120 COMPUTATION
## Domestic Production Activities Deduction

▶ Attach to your tax return.  ▶ See separate instructions.

OMB No. 1545-1984

Attachment
Sequence No. **143**

| Name(s) as shown on return | Identifying number |
|---|---|
| SGM LEASING LLC | 45-4543762 |

| | | | (a) Oil-related production activities | (b) All activities |
|---|---|---|---|---|
| | **Note. Do not** complete column (a), unless you have oil-related production activities. Enter amounts for all activities in column (b), including oil-related production activities. | | | |
| 1 | Domestic production gross receipts (DPGR) | 1 | | 10,360,342. |
| 2 | Allocable cost of goods sold. If you are using the small business simplified overall method, skip lines 2 and 3 | 2 | | |
| 3 | Enter deductions and losses allocable to DPGR (see instructions) | 3 | | |
| 4 | If you are using the small business simplified overall method, enter the amount of cost of goods sold and other deductions or losses you ratably apportion to DPGR. All others, skip line 4 | 4 | | 10,878,008. |
| 5 | Add lines 2 through 4 | 5 | | 10,878,008. |
| 6 | Subtract line 5 from line 1 | 6 | | -517,666. |
| 7 | Qualified production activities income from estates, trusts, and certain partnerships and S corporations (see instructions) | 7 | | |
| 8 | Add lines 6 and 7. Estates and trusts, go to line 9, all others, skip line 9 and go to line 10 | 8 | | |
| 9 | Amount allocated to beneficiaries of the estate or trust (see instructions) | 9 | | |
| 10 a | **Oil-related qualified production activities income.** Estates and trusts, subtract line 9, column (a), from line 8, column (a), all others, enter amount from line 8, column (a). If zero or less, enter -0- here | 10 a | | |
| b | **Qualified production activities income.** Estates and trusts, subtract line 9, column (b), from line 8, column (b), all others, enter amount from line 8, column (b). If zero or less, enter -0- here, skip lines 11 through 21, and enter -0- on line 22 | 10 b | | 0. |
| 11 | Income limitation (see instructions): | | | |
| | • Individuals, estates, and trusts. Enter your adjusted gross income figured without the domestic production activities deduction | | | |
| | • All others. Enter your taxable income figured without the domestic production activities deduction (tax-exempt organizations, see instructions) | 11 | | |
| 12 | Enter the smaller of line 10b or line 11. If zero or less, enter -0- here, skip lines 13 through 21, and enter -0- on line 22 | 12 | | 0. |
| 13 | Enter 9% of line 12 | 13 | | |
| 14 a | Enter the smaller of line 10a or line 12 | 14 a | | |
| b | Reduction for oil-related qualified production activities income. Multiply line 14a by 3% | 14 b | | |
| 15 | Subtract line 14b from line 13 | 15 | | |
| 16 | Form W-2 wages (see instructions) | 16 | | |
| 17 | Form W-2 wages from estates, trusts, and certain partnerships and S corporations (see instructions) | 17 | | |
| 18 | Add lines 16 and 17. Estates and trusts, go to line 19, all others, skip line 19 and go to line 20 | 18 | | |
| 19 | Amount allocated to beneficiaries of the estate or trust (see instructions) | 19 | | |
| 20 | Estates and trusts, subtract line 19 from line 18, all others, enter amount from line 18 | 20 | | |
| 21 | Form W-2 wage limitation. Enter 50% of line 20 | 21 | | |
| 22 | Enter the smaller of line 15 or line 21 | 22 | | |
| 23 | Domestic production activities deduction from cooperatives. Enter deduction from Form 1099-PATR, box 6 | 23 | | |
| 24 | Expanded affiliated group allocation (see instructions) | 24 | | |
| 25 | **Domestic production activities deduction.** Combine lines 22 through 24 and enter the result here and on Form 1040, line 35; Form 1120, line 25; or the applicable line of your return | 25 | | 0. |

**BAA  For Paperwork Reduction Act Notice, see separate instructions.**

Form **8903** (Rev.12-2010)

**12/31/16**  **2016 FEDERAL DEPRECIATION SCHEDULE**  **PAGE 1**

**SGM LEASING LLC**  **45-4543762**

FORM 1120S

AUTO / TRANSPORT EQUIPMENT

| NO. | DESCRIPTION | DATE ACQUIRED | DATE SOLD | COST/ BASIS | BUS. PCT. | CUR 179 BONUS | SPECIAL DEPR. ALLOW. | PRIOR 179/ BONUS/ SP.DEPR. | PRIOR DEC. BAL. DEPR. | SALVAG /BASIS REDUCT | DEPR. BASIS | PRIOR DEPR. | METHOD | LIFE | RATE | CURRENT DEPR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | #93 PUMP TRUCK | 11/01/03 | | 17,010 | | | | | | | 17,010 | 17,010 | 200DB MQ | 5 | | 0 |
| 2 | #136 2003 CHEVY 1500 | 4/01/05 | | 5,000 | | | | | | | 5,000 | 5,000 | 200DB MQ | 3 | | 0 |
| 3 | #121 CIRCLE M TRAILER | 4/15/05 | | 6,783 | | | | | | | 6,783 | 6,783 | 200DB MQ | 4 | | 0 |
| 4 | #123 CIRCLE M TRAILER | 4/15/05 | | 6,784 | | | | | | | 6,784 | 6,784 | 200DB MQ | 4 | | 0 |
| 5 | #58A 02 FREIGHTLINER | 9/30/05 | | 32,010 | | | | | | | 32,010 | 32,010 | 200DB MQ | 3 | | 0 |
| 6 | #169 BELSCHE 18' TRAILER | 3/27/07 | 6/15/16 | 4,000 | | | | | | | 4,000 | 4,000 | 200DB HY | 4 | | 0 |
| 7 | #170 BELSCHE 18' TRAILER | 3/27/07 | 6/15/16 | 4,000 | | | | | | | 4,000 | 4,000 | 200DB HY | 4 | | 0 |
| 8 | EQUIPMENT SD MANAGEMENT | 4/01/07 | | 54,939 | | | | | | | 54,939 | 54,939 | 200DB HY | 4 | | 0 |
| 9 | #180 SAFETY TRAILER | 5/18/07 | | 5,725 | | | | | | | 5,725 | 5,725 | 200DB HY | 4 | | 0 |
| 10 | RADIOS | 11/09/07 | | 22,358 | | | | | | | 22,358 | 22,358 | 200DB HY | 4 | | 0 |
| 11 | #199 2006 RTV900W UTILITY | 11/26/07 | | 7,010 | | | | | | | 7,010 | 7,010 | 200DB HY | 4 | | 0 |
| 12 | TRACKING SYSTEM | 12/06/07 | | 15,750 | | | | | | | 15,750 | 15,750 | 200DB HY | 4 | | 0 |
| 13 | #202 2008 FORD F-450 | 1/03/08 | | 37,720 | | | | | | | 37,720 | 37,720 | 200DB HY | 3 | | 0 |
| 14 | RADIOS | 3/05/08 | | 2,837 | | | | | | | 2,837 | 2,837 | 200DB HY | 3 | | 0 |
| 15 | #214 2001 CHEVY PICKUP | 4/21/08 | | 9,076 | | | | | | | 9,076 | 9,076 | 200DB HY | 3 | | 0 |
| 16 | #258 FORD PICKUP | 5/01/08 | | 28,976 | | | | | | | 28,976 | 28,976 | 200DB HY | 3 | | 0 |
| 17 | RADIOS | 7/01/08 | | 7,606 | | | | | | | 7,606 | 7,547 | 200DB HY | 4 | | 0 |
| 18 | TRACKING SYSTEM EQUIPMENT | 3/31/09 | | 10,805 | | | | | | | 10,805 | 10,805 | 200DB HY | 4 | | 0 |
| 19 | WRANGLER JEEP | 8/19/09 | | 2,000 | | | | | | | 2,000 | 1,982 | 200DB HY | 3 | | 0 |
| 20 | TRASH TRAILERS | 11/16/09 | | 3,900 | | | | | | | 3,900 | 3,900 | 200DB HY | 4 | | 0 |
| 21 | #256 02 DODGE PICKUP | 2/16/10 | | 5,500 | | | | | | | 5,500 | 5,500 | 200DB HY | 5 | | 0 |
| 22 | #281 1989 TRAILER | 9/16/10 | | 2,500 | | | | | | | 2,500 | 2,500 | 200DB MQ | 4 | | 0 |
| 23 | SKID STEER TRAILER | 10/22/10 | | 4,882 | | | | | | | 4,882 | 4,882 | 200DB MQ | 4 | | 0 |

**12/31/16**  **2016 FEDERAL DEPRECIATION SCHEDULE**  **PAGE 2**

**SGM LEASING LLC**  45-4543762

| NO. | DESCRIPTION | DATE ACQUIRED | DATE SOLD | COST/ BASIS | BUS. PCT | CUR 179 BONUS | SPECIAL DEPR. ALLOW | PRIOR 179/ BONUS/ SP. DEPR. | PRIOR DEC. BAL. DEPR. | SALVAG /BASIS REDUCT | DEPR. BASIS | PRIOR DEPR. | METHOD | LIFE | RATE | CURRENT DEPR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 24 | 3 TRASH TRAILERS | 11/15/10 | | 3,600 | | | | | | | 3,600 | 3,600 | 200DB MQ | 4 | | 0 |
| 25 | #308 2011 FORD F-150 | 4/04/11 | | 50,115 | | | | 50,115 | | | 0 | | 200DB HY | 3 | | 0 |
| 26 | #318 20' ENCLOSED TRAILER | 4/19/11 | | 6,125 | | | | 6,125 | | | 0 | | 200DB HY | 4 | | 0 |
| 27 | 2000 INTERNATIONAL TRUCK | 4/26/11 | | 5,500 | | | | 2,750 | | | 2,750 | 2,750 | 200DB HY | 2 | | 0 |
| 28 | MOTOROLA RADIOS | 6/01/11 | | 4,376 | | | | 4,376 | | | 0 | | 200DB HY | 4 | | 0 |
| 29 | GPS UNIT | 6/01/11 | | 4,000 | | | | 4,000 | | | 0 | | 200DB HY | 4 | | 0 |
| 30 | #376 2012 DODGE CHALLENGE | 1/19/12 | | 54,635 | | | | | | | 54,635 | 54,635 | 200DB HY | 3 | | 0 |
| 31 | #362 HM 300 ROCK TRUCK | 1/21/12 | | 180,250 | | | | | | | 180,250 | 180,250 | 200DB HY | 2 | | 0 |
| 32 | #378 2008 HM 300 ROCK TRU | 2/03/12 | | 198,250 | | | | | | | 198,250 | 198,250 | 200DB HY | 2 | | 0 |
| 33 | #382 2005 PETERBUILT | 2/23/12 | | 50,000 | | | | | | | 50,000 | 50,000 | 200DB HY | 2 | | 0 |
| 34 | #379 05 GMC TRUCK | 2/27/12 | | 39,500 | | | | | | | 39,500 | 39,500 | 200DB HY | 3 | | 0 |
| 35 | #384 1999 CADILLAC | 3/21/12 | | 5,500 | | | | | | | 5,500 | 5,500 | 200DB HY | 3 | | 0 |
| 121 | TRAILER | 3/15/95 | | 3,000 | | | | | | | 3,000 | 3,000 | 200DB HY | 5 | | 0 |
| 122 | TRAILER | 11/17/98 | | 700 | | | | | | | 700 | 700 | 200DB HY | 5 | | 0 |
| 123 | #66 1996 FORD F-350 | 12/31/01 | | 10,000 | | | | | | | 10,000 | 10,000 | 200DB HY | 7 | | 0 |
| 124 | TRUCK BED | 1/06/04 | | 500 | | | | | | | 500 | 500 | 200DB HY | 3 | | 0 |
| 125 | #111 2004 LAPINE TRAILER | 5/12/04 | | 19,527 | | | | | | | 19,527 | 19,527 | 200DB HY | 4 | | 0 |
| 126 | TRAILER 8X16 | 5/11/06 | | 2,700 | | | | | | | 2,700 | 2,700 | 200DB HY | 4 | | 0 |
| 127 | TRACKING SYSTEM | 5/15/06 | | 10,081 | | | | | | | 10,081 | 10,081 | 200DB HY | 4 | | 0 |
| 128 | TRACKING SYSTEM | 7/14/06 | | 4,124 | | | | | | | 4,124 | 4,124 | 200DB MQ | 4 | | 0 |
| 129 | TRUCK BED | 8/22/06 | | 10,133 | | | | | | | 10,133 | 10,133 | 200DB MQ | 3 | | 0 |
| 130 | RADIOS | 3/22/07 | | 12,357 | | | | | | | 12,357 | 12,357 | 200DB MQ | 4 | | 0 |
| 131 | #199 2006 RTV900W UTILITY | 11/26/07 | 5/01/16 | 2,250 | | | | | | | 2,250 | 2,133 | 200DB HY | 4 | | 0 |
| 132 | 30' DRYVAN TRAILER | 12/10/07 | | 1,800 | | | | | | | 1,800 | 1,707 | 200DB HY | 4 | | 0 |
| 133 | WYLIE WATER TRAILER | 8/26/09 | | 4,350 | | | | | | | 4,350 | 4,350 | 200DB HY | 4 | | 0 |
| 134 | WYLIE WATER TRAILER | 8/26/09 | | 4,350 | | | | | | | 4,350 | 4,350 | 200DB HY | 4 | | 0 |
| 135 | 99 PETERBUILT | 11/08/10 | | 19,000 | | | | | | | 19,000 | 17,021 | 200DB HY | 2 | | 0 |

| 12/31/16 | | 2016 FEDERAL DEPRECIATION SCHEDULE | PAGE 3 |
| --- | --- | --- | --- |
| | | SGM LEASING LLC | 45-4543762 |

| NO. | DESCRIPTION | DATE ACQUIRED | DATE SOLD | COST/ BASIS | BUS. PCT. | CUR 179 BONUS | SPECIAL DEPR. ALLOW. | PRIOR 179/ BONUS/ SP DEPR. | PRIOR DEC. BAL. DEPR. | SALVAG /BASIS REDUCT | DEPR. BASIS | PRIOR DEPR. | METHOD | LIFE | RATE | CURRENT DEPR. |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 136 | CPS TRAILER | 12/06/10 | | 28,967 | | | | | | | 28,967 | 28,967 | 200DB HY | 4 | | 0 |
| 137 | PETERBUILT | 4/13/11 | | 32,000 | | | | | | | 32,000 | 32,000 | 200DB HY | 2 | | 0 |
| 138 | 2003 PETERBUILT | 4/20/11 | | 32,000 | | | 18,667 | | | | 13,333 | 13,333 | 200DB HY | 2 | | 0 |
| 188 | TRAILER | 4/30/13 | | 7,500 | | | | | | | 7,500 | 6,094 | 200DB HY | 4 | .12500 | 938 |
| 189 | TRAILER | 4/30/13 | | 9,500 | | | | | | | 9,500 | 7,719 | 200DB HY | 4 | .12500 | 1,188 |
| 192 | #430 - PETERBILT WATER TR | 5/08/13 | | 37,000 | | | | | | | 37,000 | 34,255 | 200DB HY | 3 | .07410 | 2,742 |
| 193 | #429 - CHEVY SILVERADO | 6/13/13 | | 34,009 | | | | | | | 34,009 | 27,632 | 200DB HY | 4 | .12500 | 4,251 |
| 210 | #445 - WIRTGEN MACHINE | 6/30/14 | 5/01/16 | 93,875 | | | | | | | 93,875 | 36,405 | 200DB HY | 7 | .17490 | 8,210 |
| 211 | TELESCOPIC BOOM | 4/22/14 | | 112,881 | | | | | | | 112,881 | 70,550 | 200DB HY | 4 | .18750 | 21,165 |
| 213 | FOUR WHEELER | 7/29/14 | | 3,000 | | | | | | | 3,000 | 1,875 | 200DB HY | 4 | .18750 | 563 |
| 221 | TRACKING EQUIPMENT | 10/09/14 | | 3,255 | | | | | | | 3,255 | 2,035 | 200DB HY | 4 | .18750 | 610 |
| 223 | #461 DOOSAN DUMP TRUCK | 8/27/14 | 12/01/16 | 460,404 | | | | | | | 460,404 | 358,057 | 200DB HY | 3 | .14810 | 34,093 |
| | TOTAL AUTO / TRANSPORT EQUIP | | | 1,858,235 | | 0 | 0 | 86,033 | 0 | 0 | 1,772,252 | 1,553,184 | | | | 73,760 |
| | BUILDINGS | | | | | | | | | | | | | | | |
| 166 | BUILDING | 10/21/09 | | 99,607 | | | | | | | 99,607 | 33,045 | S/L MM | 22 | .04545 | 4,527 |
| 167 | LEASEHOLD IMPROVEMENTS | 10/29/04 | | 28,392 | | | | | | | 28,392 | 22,105 | S/L HY | 15 | .26667 | 1,677 |
| 168 | BUILDING | 10/01/78 | | 8,000 | | | | | | | 8,000 | 8,000 | S/L | | | 0 |
| 169 | IMPROVEMENTS | 5/01/82 | | 33,342 | | | | | | | 33,342 | 33,342 | S/L | | | 0 |
| 170 | STORAGE BUILDING | 2/01/86 | | 1,000 | | | | | | | 1,000 | 1,000 | S/L | 19 | | 0 |
| 171 | BUILDING IMPROVEMENTS | 11/06/87 | | 1,725 | | | | | | | 1,725 | 1,725 | 200DB HY | 10 | | 0 |
| 172 | BUILDING | 3/31/97 | | 46,691 | | | | | | | 46,691 | 44,805 | 150DB HY | 20 | | 1,886 |
| 173 | ROOF REPAIRS | 5/02/97 | | 2,600 | | | | | | | 2,600 | 2,600 | 150DB HY | 20 | | 0 |
| 187 | BUILDING | 8/11/12 | | 36,431 | | | | | | | 36,431 | 5,589 | S/L MM | 22 | .04545 | 1,656 |
| 198 | PIPELINE BUILDING | 8/08/13 | | 10,984 | | | | | | | 10,984 | 3,991 | 150DB HY | 9 | .10610 | 1,165 |
| 212 | ROCK QUARRY BLDG - 1/2 | 8/11/14 | | 10,000 | | | | | | | 10,000 | 352 | S/L MM | 39 | .02564 | 256 |

**12/31/16**

# 2016 FEDERAL DEPRECIATION SCHEDULE

**PAGE 4**

**45-4543762**

## SGM LEASING LLC

| NO. | DESCRIPTION | DATE ACQUIRED | DATE SOLD | COST/ BASIS | BUS. PCT. | CUR 179 BONUS | SPECIAL DEPR. ALLOW | PRIOR 179/ BONUS/ SP. DEPR. | PRIOR DEC. BAL. DEPR. | SALVAG /BASIS REDUCT. | DEPR. BASIS | PRIOR DEPR. | METHOD | LIFE | RATE | CURRENT DEPR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 228 | QUARY BLDG - 24' X 38' | 6/29/15 | | 16,263 | | | | | | | 8,131 | 203 | S/L HY | 20 | .05000 | 407 |
| | TOTAL BUILDINGS | | | 295,035 | | 0 | 0 | 8,132 | 0 | 0 | 286,903 | 156,757 | | | | 11,574 |
| | FURNITURE AND FIXTURES | | | | | | | | | | | | | | | |
| 102 | 4 DESKS - 4 CHAIRS | 4/28/04 | | 2,000 | | | | | | | 2,000 | 2,000 | 200DB HY | 7 | | 0 |
| 103 | DESK & CHAIRS | 7/19/04 | | 700 | | | | | | | 700 | 700 | 200DB HY | 7 | | 0 |
| 104 | AIR CONDITIONER | 8/05/04 | | 1,200 | | | | | | | 1,200 | 1,200 | 200DB HY | 7 | | 0 |
| 105 | 3 USED SIDE CHAIRS | 9/03/04 | | 255 | | | | 255 | | | 0 | | 200DB HY | 7 | | 0 |
| 106 | 2 DESK - 2 CHAIRS | 2/09/06 | | 1,913 | | | | | | | 1,913 | 1,913 | 200DB MQ | 4 | | 0 |
| 107 | DESK/CHAIR | 1/23/07 | | 2,167 | | | | | | | 2,167 | 2,167 | 200DB HY | 4 | | 0 |
| 108 | COMPUTER MONITOR | 12/30/08 | | 1,029 | | | | | | | 1,029 | 1,029 | 200DB HY | 3 | | 0 |
| 109 | CHAIR | 1/21/09 | | 695 | | | | | | | 695 | 695 | 200DB HY | 4 | | 0 |
| 110 | COMPUTER MONITOR | 1/30/09 | | 411 | | | | | | | 411 | 411 | 200DB HY | 3 | | 0 |
| 111 | LENOVA G550 NOTEBOOK COMP | 8/12/10 | | 985 | | | | | | | 985 | 985 | 200DB MQ | 5 | | 0 |
| 112 | DESK | 1/06/11 | | 7,008 | | | | 7,008 | | | 0 | | 200DB MQ | 4 | | 0 |
| 113 | COMPUTER-HP PROLIANT ML 3 | 2/14/11 | | 2,500 | | | | 2,500 | | | 0 | | 200DB MQ | 4 | | 0 |
| 114 | COMPUTER EQUIPMENT | 3/18/11 | | 2,694 | | | | 2,694 | | | 0 | | 200DB MQ | 3 | | 0 |
| 115 | COMPUTER EQUIP.- SERVER | 4/13/11 | | 1,677 | | | | 1,677 | | | 0 | | 200DB HY | 3 | | 0 |
| 116 | COMPUTERS | 11/23/11 | | 4,347 | | | | 4,347 | | | 0 | | 200DB HY | 2 | | 0 |
| 117 | DESK | 12/13/11 | | 1,088 | | | | 1,088 | | | 0 | | 200DB HY | 4 | | 0 |
| 118 | DESK-ELK CITY | 1/15/12 | | 3,363 | | | | | | | 3,363 | 3,363 | 200DB HY | 4 | | 0 |
| 119 | SHELVES-ELK CITY | 2/27/12 | | 550 | | | | | | | 550 | 550 | 200DB HY | 4 | | 0 |
| 120 | DESKS- SHAMROCK | 3/02/12 | | 6,000 | | | | | | | 6,000 | 6,000 | 200DB HY | 4 | | 0 |
| 165 | COMPUTER EQUIPMENT | 7/01/07 | | 884 | | | | | | | 884 | 884 | 200DB HY | 3 | | 0 |
| 182 | PHONE SYSTEM | 4/02/12 | | 6,671 | | | | | | | 6,671 | 6,393 | 200DB MQ | 4 | | 278 |
| 183 | OFFICE FURNITURE | 6/04/12 | | 6,500 | | | | | | | 6,500 | 6,229 | 200DB MQ | 4 | | 271 |

12/31/16     2016 FEDERAL DEPRECIATION SCHEDULE     PAGE 5

SGM LEASING LLC     45-4543762

| NO. | DESCRIPTION | DATE ACQUIRED | DATE SOLD | COST/BASIS | BUS. PCT. | CUR 179 BONUS | SPECIAL DEPR. ALLOW. | PRIOR 179/BONUS/SP DEPR | PRIOR DEC. BAL DEPR | SALVAG/BASIS REDUCT | DEPR. BASIS | PRIOR DEPR. | METHOD | LIFE | RATE | CURRENT DEPR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 184 | OFFICE FURNITURE | 7/18/12 | | 2,194 | | | | | | | 2,194 | 2,057 | 200DB MQ | 4 | | 137 |
| 191 | OFFICE FURNITURE | 1/28/13 | | 1,936 | | | | | | | 1,936 | 1,573 | 200DB HY | 4 | .12500 | 242 |
| 194 | OFFICE FURNITURE | 9/19/13 | | 5,484 | | | | | | | 5,484 | 4,456 | 200DB HY | 4 | .12500 | 686 |
| 208 | LAP TOP COMPUTER | 2/18/14 | | 540 | | | | | | | 540 | 420 | 200DB HY | 3 | .14810 | 80 |
| 237 | OFFICE FURNITURE | 7/22/15 | | 8,459 | | | | 4,230 | | | 4,229 | 604 | 200DB HY | 7 | .24490 | 1,036 |
| 255 | WINDOWS '12 SMALL BUS SER | 3/31/16 | | 3,659 | | | | | | | 3,659 | | 200DB HY | 5 | .20000 | 732 |
| | TOTAL FURNITURE AND FIXTURE | | | 76,909 | | 0 | 0 | 23,799 | 0 | 0 | 53,110 | 43,629 | | | | 3,462 |
| | LAND | | | | | | | | | | | | | | | |
| 174 | LAND | 6/30/00 | | 5,420 | | | | | | | 5,420 | | | | | 0 |
| 175 | LAND | 1/27/09 | | 2,500 | | | | | | | 2,500 | | | | | 0 |
| 214 | LAKE PROPERTY | 9/17/14 | | 40,000 | | | | | | | 40,000 | | | | | 0 |
| 220 | LAND - GIN YARD | 10/10/14 | | 20,450 | | | | | | | 20,450 | | | | | 0 |
| | TOTAL LAND | | | 68,370 | | 0 | 0 | 0 | 0 | 0 | 68,370 | 0 | | | | 0 |
| | MACHINERY AND EQUIPMENT | | | | | | | | | | | | | | | |
| 36 | EQUIPMENT B4 1992 | 1/01/86 | | 244,329 | | | | | | | 244,329 | 203,185 | S/L | | | 0 |
| 37 | BRUSH HOG & VICE | 4/16/92 | | 1,150 | | | | | | | 1,150 | 1,150 | 200DB HY | 5 | | 0 |
| 38 | TILLER | 5/04/92 | | 650 | | | | | | | 650 | 650 | 200DB HY | 5 | | 0 |
| 39 | DITCHER | 6/09/92 | | 22,109 | | | | | | | 22,109 | 22,109 | 200DB HY | 5 | | 0 |
| 40 | BACKHOE | 9/11/92 | | 8,500 | | | | | | | 8,500 | 8,500 | 200DB HY | 5 | | 0 |
| 41 | BACKHOE | 1/06/93 | | 10,000 | | | | | | | 10,000 | 10,000 | 200DB HY | 5 | | 0 |
| 42 | RADIOS | 3/04/93 | | 653 | | | | | | | 653 | 653 | 200DB HY | 5 | | 0 |
| 43 | MOWERS | 6/04/93 | | 2,146 | | | | | | | 2,146 | 2,146 | 200DB HY | 5 | | 0 |
| 44 | BACKHOE | 1/03/94 | | 39,850 | | | | | | | 39,850 | 39,850 | 200DB HY | 5 | | 0 |

12/31/16     2016 FEDERAL DEPRECIATION SCHEDULE     PAGE 6

SGM LEASING LLC

45-4543762

| NO. | DESCRIPTION | DATE ACQUIRED | DATE SOLD | COST/ BASIS | BUS. PCT. | CUR 179 BONUS | SPECIAL DEPR. ALLOW. | PRIOR 179/ BONUS/ SP. DEPR. | PRIOR DEC. BAL. DEPR. | SALVAG /BASIS REDUCT | DEPR. BASIS | PRIOR DEPR. | METHOD | LIFE | RATE | CURRENT DEPR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 45 | CUB TRACTOR | 1/26/94 | | 1,000 | | | | | | | 1,000 | 1,000 | 200DB HY | 5 | | 0 |
| 46 | DITCHER | 11/21/94 | | 2,900 | | | | | | | 2,900 | 2,900 | 200DB HY | 5 | | 0 |
| 47 | 2 RADIOS | 6/20/95 | | 668 | | | | | | | 668 | 668 | 200DB HY | 5 | | 0 |
| 48 | ROAD GRADER | 10/12/95 | | 8,000 | | | | | | | 8,000 | 8,000 | 200DB HY | 5 | | 0 |
| 49 | TOOLS | 3/31/96 | | 1,928 | | | | | | | 1,928 | 1,928 | 200DB HY | 5 | | 0 |
| 50 | DITCHER | 4/06/96 | | 19,313 | | | | | | | 19,313 | 19,313 | 200DB HY | 5 | | 0 |
| 51 | WASH DOWN RIG | 4/29/96 | | 10,000 | | | | | | | 10,000 | 10,000 | 200DB HY | 5 | | 0 |
| 52 | GENERATOR & STEAMER | 5/31/96 | | 9,000 | | | | | | | 9,000 | 9,000 | 200DB HY | 5 | | 0 |
| 53 | TOOLS | 3/29/01 | | 3,602 | | | | | | | 3,602 | 3,602 | 200DB MQ | 7 | | 0 |
| 54 | BULK FUEL TANKS | 11/11/02 | | 1,000 | | | | | | | 1,000 | 1,000 | 200DB MQ | 4 | | 0 |
| 55 | BUSH HOG BLADE | 11/20/02 | | 71 | | | | | | | 71 | 71 | 200DB HY | 7 | | 0 |
| 56 | 6" CHAIN VICE | 12/02/02 | | 100 | | | | | | | 100 | 100 | 200DB HY | 7 | | 0 |
| 57 | POST DRIVER | 12/03/02 | | 2,970 | | | | | | | 2,970 | 2,970 | 200DB HY | 7 | | 0 |
| 58 | FLATBED TRAILER | 3/15/03 | | 225 | | | | | | | 225 | 225 | 200DB HY | 7 | | 0 |
| 59 | FUEL TANK | 7/01/03 | | 1,242 | | | | | | | 1,242 | 1,242 | 200DB MQ | 7 | | 0 |
| 60 | 95 GALLON FUEL TANK | 7/22/03 | | 554 | | | | | | | 554 | 554 | 200DB MQ | 7 | | 0 |
| 61 | IRRIGATION EQUIPMENT | 7/31/03 | | 14,750 | | | | | | | 14,750 | 14,750 | 200DB MQ | 4 | | 0 |
| 62 | FUEL TANKS | 8/01/03 | | 496 | | | | | | | 496 | 496 | 200DB MQ | 7 | | 0 |
| 63 | HEATER FOR STEAMER | 11/01/03 | | 3,685 | | | | | | | 3,685 | 3,685 | 200DB MQ | 7 | | 0 |
| 64 | #118 CAT 12H MOTORGRADER | 7/28/04 | | 91,426 | | | | | | | 91,426 | 91,426 | 200DB HY | 7 | | 0 |
| 65 | TRAILER | 7/30/04 | | 1,000 | | | | | | | 1,000 | 1,000 | 200DB HY | 7 | | 0 |
| 66 | WOODS CUTTER MOWER | 3/31/06 | | 5,500 | | | | | | | 5,500 | 5,500 | 200DB MQ | 4 | | 0 |
| 67 | MOBILE TRACKING SYSTEM | 5/15/06 | | 18,602 | | | | | | | 18,602 | 18,602 | 200DB HY | 4 | | 0 |
| 68 | #149 JD BACKHOE | 8/19/06 | | 66,297 | | | | | | | 66,297 | 66,297 | 200DB HY | 4 | | 0 |
| 69 | #158 JC 214 E-4 BACKHOE | 11/27/06 | | 25,905 | | | | | | | 25,905 | 25,905 | 200DB HY | 4 | | 0 |
| 70 | TIRE MACHINE | 3/24/07 | | 4,399 | | | | | | | 4,399 | 4,399 | 200DB HY | 4 | | 0 |
| 71 | GENERATOR | 7/03/07 | | 700 | | | | | | | 700 | 700 | 200DB HY | 4 | | 0 |

**12/31/16**     **2016 FEDERAL DEPRECIATION SCHEDULE**     **PAGE 7**

SGM LEASING LLC

45-4543762

| NO. | DESCRIPTION | DATE ACQUIRED | DATE SOLD | COST/ BASIS | BUS. PCT. | CUR 179 BONUS | SPECIAL DEPR. ALLOW. | PRIOR 179/ BONUS/ SP. DEPR. | PRIOR DEC. BAL. DEPR. | SALVAG /BASIS REDUCT | DEPR. BASIS | PRIOR DEPR. | METHOD | LIFE | RATE | CURRENT DEPR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 72 | 780 SPY JEEP | 8/01/07 | | 3,600 | | | | | | | 3,600 | 3,600 | 200DB HY | 4 | | 0 |
| 73 | MANITOWORC 1203 ICE MACHI | 8/08/07 | | 5,081 | | | | | | | 5,081 | 5,081 | 200DB HY | 4 | | 0 |
| 74 | STEALTH 12K LIFT | 8/24/07 | | 5,648 | | | | | | | 5,648 | 5,648 | 200DB HY | 4 | | 0 |
| 75 | #208 JD BACKHOE | 2/15/08 | | 56,987 | | | | | | | 56,987 | 56,987 | 200DB HY | 4 | | 0 |
| 76 | T28 FUSION MACHINE | 5/08/08 | | 12,000 | | | | | | | 12,000 | 11,906 | 200DB HY | 4 | | 0 |
| 77 | WELDER | 8/28/09 | | 800 | | | | | | | 800 | 800 | 200DB HY | 4 | | 0 |
| 78 | GENERATOR | 9/10/10 | | 3,195 | | | | | | | 3,195 | 3,195 | 200DB MQ | 4 | | 0 |
| 79 | 6000 WATT GENERATOR | 12/08/10 | | 1,620 | | | | | | | 1,620 | 1,620 | 200DB MQ | 4 | | 0 |
| 80 | 6KW LIGHT PLANT | 1/09/11 | | 825 | | | | 825 | | | 0 | | 200DB MQ | 4 | | 0 |
| 81 | GENERATOR | 1/12/11 | | 2,119 | | | | 2,119 | | | 0 | | 200DB MQ | 4 | | 0 |
| 82 | FUSION MACHINE ACCESSORIE | 1/17/11 | | 13,095 | | | | 13,095 | | | 0 | | 200DB MQ | 4 | | 0 |
| 83 | BEVELING MACHINE | 2/23/11 | | 450 | | | | 450 | | | 0 | | 200DB MQ | 4 | | 0 |
| 84 | TRASH TRAILERS | 3/16/11 | | 2,500 | | | | 2,500 | | | 0 | | 200DB MQ | 4 | | 0 |
| 85 | #143 CAT BACKHOE | 4/07/11 | | 49,500 | | | | | | | 49,500 | 49,500 | 200DB HY | 4 | | 0 |
| 86 | 2005 JLG BODY 60' TELESCO | 4/18/11 | | 36,570 | | | | | | | 36,570 | 36,570 | 200DB HY | 4 | | 0 |
| 87 | GENERATOR | 5/26/11 | | 1,389 | | | | | | | 1,389 | 1,389 | 200DB HY | 4 | | 0 |
| 88 | WELDER | 5/27/11 | | 750 | | | | 188 | | | 562 | 562 | 200DB HY | 4 | | 0 |
| 89 | ICE MACHINE | 7/01/11 | | 4,495 | | | | 4,495 | | | 0 | | 200DB HY | 4 | | 0 |
| 90 | ICE MACHINE | 7/01/11 | | 4,495 | | | | 4,495 | | | 0 | | 200DB HY | 4 | | 0 |
| 91 | #346 ROCK MILLING MACHINE | 7/01/11 | | 1,050,000 | | | | 1,050,000 | | | 0 | | 200DB HY | 4 | | 0 |
| 92 | FUSION MACHINE | 7/08/11 | | 2,350 | | | | | | | 2,350 | 2,350 | 200DB HY | 4 | | 0 |
| 93 | 9 6KW LIGHT TOWERS | 7/18/11 | | 49,500 | | | | | | | 49,500 | 49,500 | 200DB HY | 4 | | 0 |
| 94 | JD EXHOE/HAMMER | 10/06/11 | | 1,718 | | | | 430 | | | 1,288 | 1,288 | 200DB HY | 4 | | 0 |
| 95 | 10 HP DIESEL AIR COMPRESS | 10/27/11 | | 2,720 | | | | | | | 2,720 | 2,720 | 200DB HY | 4 | | 0 |
| 96 | SATELLITES | 12/13/11 | | 750 | | | | 469 | | | 281 | 281 | 200DB HY | 4 | | 0 |
| 97 | #365 LOADER/FORKLIFT | 1/06/12 | | 410,250 | | | | | | | 410,250 | 410,250 | 200DB HY | 4 | | 0 |
| 98 | 780 SPY JEEP | 1/09/12 | | 4,300 | | | | | | | 4,300 | 4,300 | 200DB HY | 4 | | 0 |

**12/31/16**      **2016 FEDERAL DEPRECIATION SCHEDULE**      **PAGE 8**

45-4543762

SGM LEASING LLC

| NO. | DESCRIPTION | DATE ACQUIRED | DATE SOLD | COST/ BASIS | BUS. PCT. | CUR 179 BONUS | SPECIAL DEPR. ALLOW. | PRIOR 179/ BONUS/ SP. DEPR. | PRIOR DEC. BAL DEPR. | SALVAG /BASIS REDUCT. | DEPR. BASIS | PRIOR DEPR. | METHOD | LIFE | RATE | CURRENT DEPR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 99 | #322 2011 980H LOADER | 1/10/12 | | 437,717 | | | | | | | 437,717 | 437,717 | 200DB HY | 4 | | 0 |
| 100 | #323 2011 980H LOADER | 1/10/12 | | 437,717 | | | | | | | 437,717 | 437,717 | 200DB HY | 4 | | 0 |
| 101 | MILLARD 400 AIR PAC | 1/13/12 | | 6,000 | | | | | | | 6,000 | 6,000 | 200DB HY | 4 | | 0 |
| 139 | #329 2008 JD 9530 TRACTOR | 7/14/11 | | 280,000 | | | | | | | 280,000 | 280,000 | 200DB MQ | 4 | | 0 |
| 140 | DEPRECIATED ASSETS | 1/01/82 | | 178,816 | | | | | | | 178,816 | 175,653 | S/L | | | 0 |
| 141 | #31 AIR COMPRESSOR | 3/16/88 | 6/15/16 | 500 | | | | | | | 500 | 500 | 200DB HY | 5 | | 0 |
| 142 | VISE | 4/17/89 | | 1,490 | | | | | | | 1,490 | 1,490 | 200DB HY | 7 | | 0 |
| 143 | TRAILER | 7/13/89 | | 300 | | | | | | | 300 | 300 | 200DB HY | 5 | | 0 |
| 144 | BACKHOE | 8/22/89 | | 10,200 | | | | | | | 10,200 | 10,200 | 200DB HY | 7 | | 0 |
| 145 | #32 AIR COMPRESSOR | 2/06/90 | 6/15/16 | 750 | | | | | | | 750 | 750 | 200DB HY | 5 | | 0 |
| 146 | REFRIDGERATION UNIT | 5/10/94 | | 2,375 | | | | | | | 2,375 | 2,375 | 200DB HY | 5 | | 0 |
| 147 | WELDER | 2/04/97 | | 600 | | | | | | | 600 | 600 | 200DB HY | 7 | | 0 |
| 148 | BACKHOE | 7/01/98 | | 36,400 | | | | | | | 36,400 | 36,400 | 200DB HY | 7 | | 0 |
| 149 | 2 STEAMERS | 5/16/01 | | 1,800 | | | | | | | 1,800 | 1,800 | 200DB HY | 7 | | 0 |
| 150 | WELDING MACHINE SHAMROCK | 8/10/01 | | 2,801 | | | | | | | 2,801 | 2,801 | 200DB HY | 7 | | 0 |
| 151 | SATELLITE SYSTEM SHAMROCK | 10/31/01 | | 2,490 | | | | | | | 2,490 | 2,490 | 200DB HY | 7 | | 0 |
| 152 | NEW GENERATOR | 1/15/03 | | 577 | | | | | | | 577 | 577 | 200DB HY | 7 | | 0 |
| 153 | FUSION EQUIPMENT | 10/22/03 | | 2,728 | | | | | | | 2,728 | 2,728 | 200DB HY | 4 | | 0 |
| 154 | 2 GENERATORS | 1/10/04 | | 1,095 | | | | | | | 1,095 | 1,095 | 200DB HY | 4 | | 0 |
| 155 | GENERATOR | 1/19/04 | | 506 | | | | | | | 506 | 506 | 200DB HY | 4 | | 0 |
| 156 | 44 GF 20" GPM/MOD T ELE | 2/06/04 | | 2,250 | | | | | | | 2,250 | 2,250 | 200DB HY | 4 | | 0 |
| 157 | GENERATOR FOR #66 | 2/13/04 | | 576 | | | | | | | 576 | 576 | 200DB HY | 4 | | 0 |
| 158 | STEAMER | 2/04/05 | | 7,500 | | | | | | | 7,500 | 7,500 | 200DB HY | 4 | | 0 |
| 159 | COMPRESSOR | 3/13/07 | | 2,570 | | | | | | | 2,570 | 2,570 | 200DB MQ | 4 | | 0 |
| 160 | FORKLIFT 2 TRAILERS | 3/18/08 | | 5,000 | | | | | | | 5,000 | 5,000 | 200DB HY | 5 | | 0 |
| 161 | RADIO TOWER | 6/11/08 | | 5,000 | | | | | | | 5,000 | 3,873 | 150DB HY | 15 | .12903 | 145 |
| 162 | AC RECLAIMER | 8/27/08 | | 2,717 | | | | | | | 2,717 | 2,604 | 200DB HY | 4 | | 0 |

**12/31/16**  **2016 FEDERAL DEPRECIATION SCHEDULE**  **PAGE 9**

**SGM LEASING LLC**  45-4543762

| NO. | DESCRIPTION | DATE ACQUIRED | DATE SOLD | COST/ BASIS | BUS. PCT. | CUR 179 BONUS | SPECIAL DEPR. ALLOW. | PRIOR 179/ BONUS/ SP. DEPR. | PRIOR DEC. BAL. DEPR. | SALVAG /BASIS REDUCT | DEPR. BASIS | PRIOR DEPR. | METHOD | LIFE | RATE | CURRENT DEPR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 163 | #332 INGERSAL RAND A/C | 6/09/11 | | 12,000 | | | | | | | 12,000 | 12,000 | 200DB HY | 4 | | 0 |
| 164 | #328 JD772 MOTORGRADER | 6/09/11 | | 44,000 | | | | 13,750 | | | 30,250 | 30,250 | 200DB HY | 4 | | 0 |
| 176 | #372 - 2012 CAT SKIDSTEER | 4/26/12 | | 41,589 | | | | | | | 41,589 | 39,856 | 200DB MQ | 4 | | 1,733 |
| 177 | POWER WASHER | 6/05/12 | | 3,500 | | | | | | | 3,500 | 3,354 | 200DB MQ | 4 | | 146 |
| 178 | #355 -2011 D5EX DOZER | 6/12/12 | | 118,464 | | | | | | | 118,464 | 111,060 | 200DB MQ | 4 | | 7,404 |
| 179 | #363 - D155AX DOZER | 10/12/12 | | 310,623 | | | | | | | 310,623 | 283,120 | 200DB MQ | 4 | | 27,503 |
| 180 | GLYCOL PUMP | 10/30/12 | | 3,790 | | | | | | | 3,790 | 3,376 | 200DB MQ | 4 | | 414 |
| 181 | #422 - 2005 EXCURSION | 11/15/12 | | 20,090 | | | | | | | 20,090 | 17,893 | 200DB MQ | 4 | | 2,197 |
| 185 | #410 FORD F-550 | 10/08/12 | | 48,509 | | | | | | | 48,509 | 48,509 | 200DB MQ | 3 | | 0 |
| 186 | #409 FORD F-550 | 10/08/12 | | 48,509 | | | | | | | 48,509 | 48,509 | 200DB MQ | 3 | | 0 |
| 190 | EVAPORATIVE COOLER | 5/04/13 | | 3,000 | | | | | | | 3,000 | 2,438 | 200DB HY | 4 | .12500 | 375 |
| 195 | #435 - 2013 MS192 SCREEN | 7/15/13 | | 259,832 | | | | | | | 259,832 | 211,114 | 200DB HY | 4 | .12500 | 32,479 |
| 196 | #445 - WIRTGEN 2200 SM | 8/07/13 | 5/01/16 | 1,214,400 | | | | | | | 1,214,400 | 986,700 | 200DB HY | 4 | .12500 | 75,900 |
| 197 | #442 - CAT 980K WHEEL LDR | 8/15/13 | 5/01/16 | 402,088 | | | | | | | 402,088 | 326,697 | 200DB HY | 4 | .12500 | 25,131 |
| 204 | #436 - QUARRY CONVEYOR | 7/20/13 | | 55,000 | | | | | | | 55,000 | 30,950 | 200DB HY | 7 | .12490 | 6,870 |
| 206 | #385 - KOMATSU 380 LOADER | 6/13/13 | | 165,395 | | | | | | | 165,395 | 134,384 | 200DB HY | 4 | .12500 | 20,674 |
| 207 | #441 BMT LEASING SKYTRACK | 12/01/13 | | 46,823 | | | | | | | 46,823 | 38,044 | 200DB HY | 4 | .12500 | 5,853 |
| 209 | #454 SURFACE MINER | 2/10/14 | | 1,213,440 | | | | | | | 1,213,440 | 758,400 | 200DB HY | 4 | .18750 | 113,760 |
| 215 | #460 - CAT 980 LOADER | 8/07/14 | 5/01/16 | 403,623 | | | | | | | 403,623 | 252,265 | 200DB HY | 4 | .18750 | 37,840 |
| 216 | #468 - CONE CRUSHER | 9/18/14 | | 628,982 | | | | | | | 628,982 | 393,114 | 200DB HY | 4 | .18750 | 117,934 |
| 217 | #470 - AGCO TRACTOR | 10/14/14 | 5/01/16 | 259,945 | | | | | | | 259,945 | 162,465 | 200DB HY | 4 | .18750 | 24,370 |
| 218 | #476-2012K-TECH EARTHMVER | 12/22/14 | | 146,200 | | | | | | | 146,200 | 91,375 | 200DB HY | 4 | .18750 | 27,413 |
| 219 | #477-2013K-TECH EARTHMVER | 12/22/14 | | 160,600 | | | | | | | 160,600 | 100,375 | 200DB HY | 4 | .18750 | 30,113 |
| 222 | #469 - CAT 980 LOADER | 8/07/14 | 5/01/16 | 403,623 | | | | | | | 403,623 | 252,265 | 200DB HY | 4 | .18750 | 37,840 |
| 229 | #473 - DA40 DOOSON | 1/05/15 | 12/01/16 | 460,404 | | | | 230,202 | | | 230,202 | 32,896 | 200DB HY | 7 | .24490 | 28,188 |
| 230 | #479-480 HYD CONVEYOR | 1/15/15 | | 87,540 | | | | 43,770 | | | 43,770 | 6,255 | 200DB HY | 7 | .24490 | 10,719 |
| 238 | 16' FLATBED TRAILER | 12/22/15 | | 1,400 | | | | 700 | | | 700 | 100 | 200DB HY | 7 | .24490 | 171 |

**12/31/16**  **2016 FEDERAL DEPRECIATION SCHEDULE**  **PAGE 10**

SGM LEASING LLC

45-4543762

| NO. | DESCRIPTION | DATE ACQUIRED | DATE SOLD | COST/BASIS | BUS. PCT. | CUR 179 BONUS | SPECIAL DEPR. ALLOW. | PRIOR 179/BONUS/SP. DEPR. | PRIOR DEC. BAL. DEPR. | SALVAG/BASIS REDUCT | DEPR. BASIS | PRIOR DEPR. | METHOD | LIFE | RATE | CURRENT DEPR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 245 | #499 - CATERPILLAR EQUIP | 1/15/16 | 5/01/16 | 357,383 | | | | | | | 357,383 | | 200DB HY | 7 | | 0 |
| 246 | #500 - CATEPILLAR DUMP TR | 1/15/16 | 5/01/16 | 357,383 | | | | | | | 357,383 | | 200DB HY | 7 | | 0 |
| 247 | #501 - CATEPILLAR EXCAV | 1/15/16 | 5/01/16 | 426,640 | | | | | | | 426,640 | | 200DB HY | 7 | | 0 |
| 248 | KUBOTA MULE | 1/01/16 | | 6,506 | | | | | | | 6,506 | | 200DB HY | 5 | .20000 | 1,301 |
| 256 | #507 - CATERPILLAR EQUIP | 4/01/16 | 5/01/16 | 373,006 | | | | | | | 373,006 | | 200DB HY | 7 | | 0 |
| 259 | PUMPS - PAID BY STEVE | 2/02/16 | | 94,168 | | | | | | | 94,168 | | 200DB HY | 7 | .14290 | 13,457 |
| | TOTAL MACHINERY AND EQUIPME | | | 11,960,357 | | 0 | 0 | 1,367,488 | 0 | 0 | 10,592,869 | 7,034,969 | | | | 649,930 |
| | MISCELLANEOUS | | | | | | | | | | | | | | | |
| 199 | #424 - F350 KING RANCH | 1/02/13 | | 60,416 | | | | | | | 60,416 | 55,934 | 200DB HY | 3 | .07410 | 4,477 |
| 200 | #426 - 2013 FORD TRUCK | 6/24/13 | | 47,652 | | | | | | | 47,652 | 44,116 | 200DB HY | 3 | .07410 | 3,531 |
| 201 | #434 - 2013 DUTCH STAR MH | 6/24/13 | | 237,256 | | | | | | | 237,256 | 219,652 | 200DB HY | 3 | .07410 | 17,581 |
| 202 | #448 - 2012 DODGE 2500 | 9/03/13 | | 25,760 | | | | | | | 25,760 | 23,849 | 200DB HY | 3 | .07410 | 1,911 |
| 203 | #450 - 2013 GMC SIERRA | 9/18/13 | | 35,641 | | | | | | | 35,641 | 32,996 | 200DB HY | 3 | .07410 | 2,641 |
| 205 | #452 - KUBOTA LOADER | 12/15/13 | | 57,765 | | | | | | | 57,765 | 46,934 | 200DB HY | 4 | .12500 | 7,221 |
| 224 | #465 - EXCAVATOR | 8/11/14 | | 143,080 | | | | | | | 143,080 | 89,425 | 200DB HY | 4 | .18750 | 26,828 |
| 225 | #466 - 2011 FORD | 8/20/14 | | 27,570 | | | | | | | 27,570 | 21,441 | 200DB HY | 3 | .14810 | 4,083 |
| 226 | #463 - 2004 CHEV TRUCK | 8/20/14 | | 12,320 | | | | | | | 12,320 | 9,581 | 200DB HY | 3 | .14810 | 1,825 |
| 227 | #464 - 2014 F150 PUMPER | 9/26/14 | | 32,930 | | | | | | | 32,930 | 25,610 | 200DB HY | 3 | .14810 | 4,877 |
| 231 | #484S - FORD F150 | 5/14/15 | | 39,129 | | | | | 19,565 | | 19,564 | 3,913 | 200DB HY | 5 | .32000 | 6,260 |
| 232 | #482S - 2015 CHEVY 2500 | 5/14/15 | | 56,519 | | | | | 28,260 | | 28,259 | 5,652 | 200DB HY | 5 | .32000 | 9,043 |
| 233 | #485 - 2014 FORD F-350 | 5/18/15 | | 37,326 | | | | | 18,663 | | 18,663 | 3,733 | 200DB HY | 5 | .32000 | 5,972 |
| 234 | #486 - 2015 FORD F550 | 6/18/15 | | 102,061 | | | | | 51,031 | | 51,030 | 10,206 | 200DB HY | 5 | .32000 | 16,330 |
| 235 | #495 - 2015 CHEV 2500 | 8/25/15 | | 40,959 | | | | | 20,480 | | 20,479 | 4,096 | 200DB HY | 5 | .32000 | 6,553 |
| 236 | #483S - 2015 CHEVY 1500 | 5/14/15 | | 42,590 | | | | | 21,295 | | 21,295 | 4,259 | 200DB HY | 5 | .32000 | 6,814 |
| 239 | #495 - JD | 9/30/15 | | 337,000 | | | | | 168,500 | | 168,500 | 24,079 | 200DB HY | 7 | .24490 | 41,266 |

**12/31/16**

## 2016 FEDERAL DEPRECIATION SCHEDULE

**PAGE 11**

### SGM LEASING LLC

**45-4543762**

| NO | DESCRIPTION | DATE ACQUIRED | DATE SOLD | COST/ BASIS | BUS. PCT. | CUR 179 BONUS | SPECIAL DEPR. ALLOW. | PRIOR 179/ BONUS/ SP. DEPR. | PRIOR DEC. BAL. DEPR. | SALVAG /BASIS REDUCT | DEPR. BASIS | PRIOR DEPR. | METHOD | LIFE | RATE | CURRENT DEPR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 240 | #496 - JD | 9/30/15 | | 324,000 | | | | 162,000 | | | 162,000 | 23,150 | 200DB HY | 7 | .24490 | 39,674 |
| 241 | #502 - KOMOTSU | 12/08/15 | | 348,608 | | | | 174,304 | | | 174,304 | 24,908 | 200DB HY | 7 | .24490 | 42,687 |
| 242 | #483 - 2013 FORD | 7/01/15 | | 27,348 | | | | | | | 27,348 | 5,470 | 200DB HY | 5 | .32000 | 8,751 |
| 243 | #482 - 2013 FORD | 7/01/15 | | 27,837 | | | | | | | 27,837 | 5,567 | 200DB HY | 5 | .32000 | 8,908 |
| 244 | #487 - 2015 FORD | 8/01/15 | | 99,617 | | | | | | | 99,617 | 19,923 | 200DB HY | 5 | .32000 | 31,877 |
| 249 | #503 2016 KOMATSU WA380-8 | 4/14/16 | | 240,348 | | | | | | | 240,348 | | 200DB HY | 7 | .14290 | 34,346 |
| 250 | #509 2016 KLEEMAN MS190D | 4/14/16 | | 331,451 | | | | | | | 331,451 | | 200DB HY | 7 | .14290 | 47,364 |
| 251 | #504 2013 KOMATSU WA470-7 | 4/14/16 | | 289,774 | | | | | | | 289,774 | | 200DB HY | 7 | .14290 | 41,409 |
| 252 | #494 2015 KOMATSU WA470-7 | 4/14/16 | | 344,708 | | | | | | | 344,708 | | 200DB HY | 7 | .14290 | 49,259 |
| 253 | #506 2014 KLEEMAN MS192 | 4/14/16 | | 264,225 | | | | | | | 264,225 | | 200DB HY | 7 | .14290 | 37,758 |
| 254 | #505 2012 KLEEMAN MS192 | 4/14/16 | | 196,129 | | | | | | | 196,129 | | 200DB HY | 7 | .14290 | 28,027 |
| 257 | HOUSE - FLOYDADA | 5/05/16 | | 36,000 | | | | | | | 36,000 | | S/L MM | 27.5 | .02273 | 818 |
| 258 | HOUSE - FLOYDADA LOT | 5/05/16 | | 4,000 | | | | | | | 4,000 | | | | | 0 |
| | TOTAL MISCELLANEOUS | | | 3,870,019 | | 0 | 0 | 664,098 | 0 | 0 | 3,205,921 | 704,494 | | | | 538,091 |
| | TOTAL DEPRECIATION | | | 18,128,975 | | 0 | 0 | 2,149,550 | 0 | 0 | 15,979,425 | 9,493,033 | | | | 1,276,817 |
| | GRAND TOTAL DEPRECIATION | | | 18,128,975 | | 0 | 0 | 2,149,550 | 0 | 0 | 15,979,425 | 9,493,033 | | | | 1,276,817 |
| | DEPRECIATION ASSETS SOLD | | | 6,437,714 | | 0 | 0 | 230,202 | 0 | 0 | 6,207,512 | 3,177,533 | | | | 385,332 |
| | DEPR REMAINING ASSETS | | | 11,691,261 | | 0 | 0 | 1,919,348 | 0 | 0 | 9,771,913 | 6,315,500 | | | | 891,485 |

| **Oklahoma Shareholder Information** | **OKLAHOMA**<br>**Shareholder's Share of Income** | **2016** |
|---|---|---|

| Shareholder's Identification Number ▸ ████████ | Federal Employer Identification Number ▸ 45-4543762 |
|---|---|
| Shareholder's name, address, and ZIP code<br><br>MICHAEL S GALMOR<br>PO BOX 2172<br>ELK CITY, OK 73648 | Corporation's name, address, and ZIP code<br><br>SGM LEASING LLC<br>PO BOX 349<br>SHAMROCK, TX 79079 |

Shareholder's percentage of stock ownership for tax year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▸     100%

Number of shares owned . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▸     100

☐ Check if non-resident     ☐ Check box if nonresident agreement not executed

| INCOME AND WITHHOLDING | Federal | Oklahoma |
|---|---|---|
| Distributable income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | -517,660. | -165,647. |
| Allowable oil and gas depletion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Nonresident withholding . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Royalty withholding . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Qualifying Oklahoma net capital gain or loss . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| CREDITS | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SHAREHOLDER 1

PAPP 0721

Form **8879-S**

**IRS *e-file* Signature Authorization for Form 1120S**

► **Don't send to the IRS. Keep for your records.**
► **Information about Form 8879-S and its instructions is at *www.irs.gov/form8879s*.**

OMB No. 1545-0123

**2016**

Department of the Treasury
Internal Revenue Service

For calendar year 2016, or tax year beginning _____ , 2016, ending _____ , _____ .

Name of corporation

SGM LEASING LLC

**Employer identification number**

45-4543762

| Part I | Tax Return Information (Whole dollars only) | | |
|---|---|---|---|
| 1 | Gross receipts or sales less returns and allowances (Form 1120S, line 1c)............................... | **1** | 6,533,086. |
| 2 | Gross profit (Form 1120S, line 3)........................................................................ | **2** | 3,092,857. |
| 3 | Ordinary business income (loss) (Form 1120S, line 21).................................................. | **3** | −517,666. |
| 4 | Net rental real estate income (loss) (Form 1120S, Schedule K, line 2).................................. | **4** | |
| 5 | Income (loss) reconciliation (Form 1120S, Schedule K, line 18)........................................ | **5** | −517,660. |

| Part II | Declaration and Signature Authorization of Officer (Be sure to get a copy of the corporation's return) |
|---|---|

Under penalties of perjury, I declare that I am an officer of the above corporation and that I have examined a copy of the corporation's 2016 electronic income tax return and accompanying schedules and statements and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of the corporation's electronic income tax return. I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to send the corporation's return to the IRS and to receive from the IRS **(a)** an acknowledgement of receipt or reason for rejection of the transmission, **(b)** the reason for any delay in processing the return or refund, and **(c)** the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of the corporation's federal taxes owed on this return, and the financial institution to debit the entry to this account. To revoke a payment, I must contact the U.S. Treasury Financial Agent at **1-888-353-4537** no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I have selected a personal identification number (PIN) as my signature for the corporation's electronic income tax return and, if applicable, the corporation's consent to electronic funds withdrawal.

**Officer's PIN: check one box only**

[X] I authorize P K & COMPANY PLLC to enter my PIN 45454 as my signature
ERO firm name                                              don't enter all zeros

on the corporation's 2016 electronically filed income tax return.

[ ] As an officer of the corporation, I will enter my PIN as my signature on the corporation's 2016 electronically filed income tax return.

Officer's signature ► _____  Date ► _____  Title ► MANAGING MEMBER

| Part III | Certification and Authentication |
|---|---|

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN.......................... | 73695054733 |
don't enter all zeros

I certify that the above numeric entry is my PIN, which is my signature on the 2016 electronically filed income tax return for the corporation indicated above. I confirm that I am submitting this return in accordance with the requirements of **Pub 3112**, IRS *e-file* Application and Participation, and **Pub 4163**, Modernized e-File (MeF) Information for Authorized IRS *e-file* Providers for Business Returns.

ERO's signature ► _____  Date ► _____

**ERO Must Retain This Form — See Instructions**
**Don't Submit This Form to the IRS Unless Requested To Do So**

**BAA For Paperwork Reduction Act Notice, see instructions.**

Form **8879-S** (2016)

SPSA0701L  10/05/16




# OKLAHOMA INCOME TAX DECLARATION
## FOR ELECTRONIC FILING (for Form 512, 512-S, 513, 513NR or 514)

**FORM EF** 2016

| Do not send to the Oklahoma Tax Commission. Keep Form EF for your records. |
| --- |

For calendar year 2016 or tax year beginning **1/01** , 2016 and ending **12/31** , 20 **16** .

| Name of Entity | Federal Employer Identification Number |
| --- | --- |
| SGM LEASING LLC | 45-4543762 |

**Submission ID Number**

## 1 Tax Return Information (whole dollars only) Complete lines A and B. Enter the applicable amounts from the return, if any.

| | | |
| --- | --- | --- |
| Form 512: | **A.** Oklahoma taxable income (Form 512, line 1) | |
| | **B.** Refund or balance due (Form 512, line 30 or 25) | |
| Form 512-S: | **A.** Nonresident share of taxable income (Form 512-S, line 1) | 0. |
| | **B.** Refund or balance due (Form 512-S, line 30 or 25) | 0. |
| Form 513: | **A.** Taxable income of fiduciary (Form 513, line 23) | |
| | **B.** Refund or balance due (Form 513, line 36 or 40) | |
| Form 513NR: | **A.** Taxable income of fiduciary (Form 513NR, line 25) | |
| | **B.** Refund or balance due (Form 513NR, line 40 or 44) | |
| Form 514: | **A.** Nonresident share of income (Form 514, line 1) | |
| | **B.** Refund or balance due (Form 514, line 14 or 18) | |

## 2 Declaration of Officer, Partner, Member or Fiduciary

**2 a** ☐ I consent the refund be directly deposited as designated in the electronic portion of the Oklahoma income tax return.

**2 b** ☐ I authorize the Oklahoma State Treasury and its designated Financial Agent to initiate an ACH electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of the Oklahoma taxes owed on this return and/or a payment of estimated tax. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment.

If a balance due return is being filed, I understand that if the Oklahoma Tax Commission (OTC) does not receive full and timely payment of the tax liability, the entity will remain liable for the tax liability and all applicable interest and penalties.

Under penalties of perjury, I declare I have compared the information contained on the return, with information I have provided to my Electronic Return Originator (ERO), and the amounts described in Part One above, agree with the amounts shown on the corresponding lines of the Oklahoma income tax return. To the best of my knowledge and belief, the return is true, correct, and complete. I consent the return, including this declaration and accompanying schedules and statements, be sent to the OTC by my ERO.

In addition, by using a computer system and software to prepare and transmit my return electronically, I consent to the disclosure to the Oklahoma Tax Commission of all information pertaining to my use of the system and software and to the transmission of my tax return electronically.

**Sign Here:** _____
Signature of Officer, Partner, Member or Fiduciary          Date          Title

## 3 Declaration of Electronic Return Originator (ERO) and Paid Preparer

I declare I have reviewed the above taxpayer's return and the entries on Form EF are complete and correct to the best of my knowledge. (EROs who are collectors are not responsible for reviewing the taxpayer's return; however, they must ensure Form EF accurately reflects the data on the return.) I have obtained the taxpayer's signature on Form EF and have provided the taxpayer with a copy of all forms and information to be filed with the OTC, and have followed all other requirements described in the Federal Publication for Modernized e-File. If I am also a Paid Preparer, under penalties of perjury I declare I have examined the above taxpayer's return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct and complete. This Paid Preparer declaration is based on all information of which I have any knowledge.

**Sign Here:** _____
ERO Signature          Date          PTIN **P01254733**          Phone Number with Area Code **(580) 225-8877**

**Sign Here:** _____
Paid Preparer Signature          Date          PTIN          Phone Number with Area Code

Firm Name (or yours if self-employed): **P K & COMPANY PLLC**
and Address, City, and Zip Code: **1000 N. MAIN, P.O. BOX 1728**
**ELK CITY**          **OK**          **73648**

| ERO Must Retain Form EF — Unless Requested Do Not Submit This Form to the Oklahoma Tax Commission. |
| --- |

OKCA0201L 09/27/16

PAPP 0723

Form **7004**
(Rev December 2016)

Department of the Treasury
Internal Revenue Service

## Application for Automatic Extension of Time To File Certain Business Income Tax, Information, and Other Returns

► File a separate application for each return.
► Information about Form 7004 and its separate instructions is at *www.irs.gov/form7004.*

OMB No. 1545-0233

**Print or Type**

| Name | Identifying number |
|---|---|
| SGM LEASING LLC | 45-4543762 |

Number, street, and room or suite number. (If P.O. box, see instructions.)
PO BOX 349

City, town, state, and ZIP code (If a foreign address, enter city, province or state, and country (follow the country's practice for entering postal code)).
SHAMROCK, TX 79079

**Note:** File request for extension by the due date of the return for which the extension is granted. See instructions before completing this form.

### Part I — Automatic Extension for C Corporations With Tax Years Ending December 31. See instructions.

**1 a** Enter the form code for the return listed below that this application is for.................................................

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 1120 | 12 | Form 1120-ND (section 4951 taxes) | 20 |
| Form 1120-C | 34 | Form 1120-PC | 21 |
| Form 1120-F | 15 | Form 1120-POL | 22 |
| Form 1120-FSC | 16 | Form 1120-REIT | 23 |
| Form 1120-H | 17 | Form 1120-RIC | 24 |
| Form 1120-L | 18 | Form 1120-SF | 26 |
| Form 1120-ND | 19 | | |

### Part II — Automatic Extension for Certain Estates and Trusts. See instructions.

**b** Enter the form code for the return listed below that this application is for..................................................

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 1041 (estate other than a bankruptcy estate) | 04 | Form 1041 (trust) | 05 |

### Part III — Automatic Extension for Entities Not Using Part I, II, or IV. See instructions.

**c** Enter the form code for the return listed below that this application is for.................................................. | 25

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 706-GS(D) | 01 | Form 1120-ND (section 4951 taxes) | 20 |
| Form 706-GS(T) | 02 | Form 1120-PC | 21 |
| Form 1041 (bankruptcy estate only) | 03 | Form 1120-POL | 22 |
| Form 1041-N | 06 | Form 1120-REIT | 23 |
| Form 1041-QFT | 07 | Form 1120-RIC | 24 |
| Form 1042 | 08 | Form 1120S | 25 |
| Form 1065 | 09 | Form 1120-SF | 26 |
| Form 1065-B | 10 | Form 3520-A | 27 |
| Form 1066 | 11 | Form 8612 | 28 |
| Form 1120 | 12 | Form 8613 | 29 |
| Form 1120-C | 34 | Form 8725 | 30 |
| Form 1120-F | 15 | Form 8804 | 31 |
| Form 1120-FSC | 16 | Form 8831 | 32 |
| Form 1120-H | 17 | Form 8876 | 33 |
| Form 1120-L | 18 | Form 8924 | 35 |
| Form 1120-ND | 19 | Form 8928 | 36 |

### Part IV — Automatic Extension for C Corporations With Tax Years Ending June 30. See instructions.

**d** Enter the form code for the return listed below that this application is for..................................................

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 1120 | 12 | Form 1120-ND (section 4951 taxes) | 20 |
| Form 1120-C | 34 | Form 1120-PC | 21 |
| Form 1120-F | 15 | Form 1120-POL | 22 |
| Form 1120-FSC | 16 | Form 1120-REIT | 23 |
| Form 1120-H | 17 | Form 1120-RIC | 24 |
| Form 1120-L | 18 | Form 1120-SF | 26 |
| Form 1120-ND | 19 | | |

**BAA** For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.

CPCZ0701L 09/19/16

Form **7004** (Rev 12-2016)

Form **7004** (Rev 12-2016)     SGM LEASING LLC     45-4543762                                                         Page **2**

| Part V | All Filers Must Complete This Part |
|---|---|

**2** If the organization is a foreign corporation that does not have an office or place of business in the United States, check here...... ► ☐

**3** If the organization is a corporation and is the common parent of a group that intends to file a consolidated return, check here..... ► ☐
If checked, attach a statement listing the name, address, and Employer Identification Number (EIN) for each member covered by this application.

**4** If the organization is a corporation or partnership that qualifies under Regulations section 1.6081-5, check here.................. ► ☐

**5 a** The application is for calendar year 20 _16_, or tax year beginning _____, 20 ___, and ending _____, 20 __ __

**b Short tax year.** If this tax year is less than 12 months, check the reason: ☐ Initial return   ☐ Final return
☐ Change in accounting period   ☐ Consolidated return to be filed   ☐ Other (see instructions – attach explanation)

| | | | |
|---|---|---|---|
| **6** | Tentative total tax ............................................................. | **6** | 0. |
| **7** | **Total** payments and credits (see instructions)................................ | **7** | 0. |
| **8** | **Balance due.** Subtract line 7 from line 6 (see instructions)................... | **8** | 0. |

Form **7004** (Rev 12-2016)

Form **1120S**

Department of the Treasury
Internal Revenue Service

## U.S. Income Tax Return for an S Corporation

► Do not file this form unless the corporation has filed or is
attaching Form 2553 to elect to be an S corporation.
► Information about Form 1120S and its separate instructions is at *www.irs.gov/form1120s.*

OMB No. 1545-0123

**2016**

For calendar year 2016 or tax year beginning , 2016, ending ,

| | | |
|---|---|---|
| **A** S election effective date 4/01/2012 | **TYPE** SGM LEASING LLC | **D** Employer identification number 45-4543762 |
| **B** Business activity code number (see instrs) 532400 | **OR** PO BOX 349 | **E** Date incorporated 2/15/2012 |
| **C** Check if Schedule M-3 attached ☐ | **PRINT** SHAMROCK, TX 79079 | **F** Total assets (see instructions) $ 4,488,744. |

**G** Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes ☒ No If 'Yes,' attach Form 2553 if not already filed

**H** Check if: **(1)** ☐ Final return **(2)** ☐ Name change **(3)** ☐ Address change
**(4)** ☒ Amended return **(5)** ☐ S election termination or revocation

**I** Enter the number of shareholders who were shareholders during any part of the tax year............................... ► 1

**Caution.** Include **only** trade or business income and expenses on lines 1a through 21. See the instructions for more information.

| | | | | |
|---|---|---|---|---|
| **I N C O M E** | 1 a Gross receipts or sales........................ | **1a** | 6,533,086. | |
| | b Returns and allowances........................ | **1b** | | |
| | c Balance. Subtract line 1b from line 1a.......................... | | **1c** | 6,533,086. |
| | 2 Cost of goods sold (attach Form 1125-A).......................... | | **2** | 3,440,229. |
| | 3 Gross profit. Subtract line 2 from line 1c.......................... | | **3** | 3,092,857. |
| | 4 Net gain (loss) from Form 4797, line 17 (attach Form 4797).......... | | **4** | 1,182,609. |
| | 5 Other income (loss) *(see instrs — att statement)*.................. | | **5** | |
| | 6 **Total income (loss).** Add lines 3 through 5..................... ► | | **6** | 4,275,466. |
| **D E D U C T I O N S (SEE INSTRS)** | 7 Compensation of officers (see instructions - attach Form 1125-E)...... | | **7** | 94,634. |
| | 8 Salaries and wages (less employment credits)..................... | | **8** | 572,193. |
| | 9 Repairs and maintenance........................ | | **9** | 540,399. |
| | 10 Bad debts........................ | | **10** | 144,346. |
| | 11 Rents........................ | | **11** | 155,378. |
| | 12 Taxes and licenses........................ | | **12** | 314,859. |
| | 13 Interest........................ | | **13** | 87,269. |
| | 14 Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562).... | | **14** | 1,276,817. |
| | 15 Depletion (**Do not deduct oil and gas depletion.**)............... | | **15** | |
| | 16 Advertising........................ | | **16** | 3,556. |
| | 17 Pension, profit-sharing, etc, plans........................ | | **17** | |
| | 18 Employee benefit programs........................ | | **18** | 272,985. |
| | 19 Other deductions (attach statement)............SEE STATEMENT 1 | | **19** | 1,330,696. |
| | 20 **Total deductions.** Add lines 7 through 19..................... ► | | **20** | 4,793,132. |
| | 21 Ordinary business income (loss). Subtract line 20 from line 6....... | | **21** | -517,666. |
| **T A X A N D P A Y M E N T S** | 22a Excess net passive income or LIFO recapture tax *(see instructions)*. | **22a** | | |
| | b Tax from Schedule D (Form 1120S)........................ | **22b** | | |
| | c Add lines 22a and 22b (see instructions for additional taxes)........ | | **22c** | |
| | 23a 2016 estimated tax payments and 2015 overpayment credited to 2016...... | **23a** | | |
| | b Tax deposited with Form 7004........................ | **23b** | | |
| | c Credit for federal tax paid on fuels (attach Form 4136)............ | **23c** | | |
| | d Add lines 23a through 23c........................ | | **23d** | |
| | 24 Estimated tax penalty (see instructions). Check if Form 2220 is attached........ ► ☐ | | **24** | |
| | 25 Amount owed. If line 23d is smaller than the total of lines 22c and 24, enter amount owed......... | | **25** | 0. |
| | 26 Overpayment. If line 23d is larger than the total of lines 22c and 24, enter amount overpaid......... | | **26** | |
| | 27 Enter amount from line 26 **Credited to 2017 estimated tax** ► Refunded ► | | **27** | |

| | |
|---|---|
| **Sign Here** | Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. |

Signature of officer _____ Date _____ Title ► MANAGING MEMBER

May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes ☐ No

| | | | | | |
|---|---|---|---|---|---|
| **Paid Preparer Use Only** | Print/Type preparer's name KELLYE L FUCHS, CPA | Preparer's signature | Date | Check ☐ if self-employed | PTIN P01254733 |
| | Firm's name ► P K & COMPANY PLLC | | | Firm's EIN ► 47-3985644 | |
| | Firm's address ► 1000 N. MAIN, P.O. BOX 1728 ELK CITY, OK 73648 | | | Phone no. (580) 225-8877 | |

**BAA For Paperwork Reduction Act Notice, see separate instructions.** SPSA0105L 08/17/16 Form **1120S** (2016)



Form 1120S (2016)  SGM LEASING LLC                                                45-4543762          Page 2

| **Schedule B** | **Other Information** (see instructions) | | | Yes | No |
|---|---|---|---|---|---|

**1** Check accounting method:  **a** ☐ Cash  **b** ☒ Accrual  **c** ☐ Other (specify) ▶ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**2** See the instructions and enter the:

    **a** Business activity ▶ LEASING _ _ _ _ _ _ _ _ _ _ _ _ _ **b** Product or service... ▶ EQUIPMENT _ _ _ _ _ _ _ _ _ _ _

**3** At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation ...... | | | | | X

**4** At the end of the tax year, did the corporation:

    **a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If 'Yes,' complete (i) through (v) below.................................................................... | | | | X |

| **(i)** Name of Corporation | **(ii)** Employer Identification Number (if any) | **(iii)** Country of Incorporation | **(iv)** Percentage of Stock Owned | **(v)** If Percentage in (iv) is 100%, Enter the Date (if any) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| GALMORS/G&G STEAM SERVICE INC | 75-1752157 | UNITED STATES | 100.00% | 4/01/12 |
| | | | | |
| | | | | |
| | | | | |

    **b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If 'Yes,' complete (i) through (v) below................. | | | | | X

| **(i)** Name of Entity | **(ii)** Employer Identification Number (if any) | **(iii)** Type of Entity | **(iv)** Country of Organization | **(v)** Maximum % Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**5a** At the end of the tax year, did the corporation have any outstanding shares of restricted stock?...................... | | | | | X

    If 'Yes,' complete lines (i) and (ii) below.

    **(i)** Total shares of restricted stock............................................................ ▶ _ _ _ _ _ _ _ _ _ _

    **(ii)** Total shares of non-restricted stock......................................................... ▶ _ _ _ _ _ _ _ _ _ _

    **b** At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments?...... | | | | | X

    If 'Yes,' complete lines (i) and (ii) below.

    **(i)** Total shares of stock outstanding at the end of the tax year............................... ▶ _ _ _ _ _ _ _ _ _ _

    **(ii)** Total shares of stock outstanding if all instruments were executed......................... ▶ _ _ _ _ _ _ _ _ _ _

**6** Has this corporation filed, or is it required to file, **Form 8918**, Material Advisor Disclosure Statement, to provide information on any reportable transaction?................................................................ | | | | | X

**7** Check this box if the corporation issued publicly offered debt instruments with original issue discount.............. ▶ ☐

    If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments.

**8** If the corporation: **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation **and (b)** has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years (see instructions)....................................... ▶$ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**9** Enter the accumulated earnings and profits of the corporation at the end of the tax year........ $ _ _ _ 2,948,763.

**10** Does the corporation satisfy **both** of the following conditions?

    **a** The corporation's total receipts (see instructions) for the tax year were less than $250,000.............................

    **b** The corporation's total assets at the end of the tax year were less than $250,000..................................... | | | | | X

    If 'Yes,' the corporation is not required to complete Schedules L and M-1.

**11** During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt?.................................................. | | | | | X

    If 'Yes,' enter the amount of principal reduction $ _ _ _ _ _ _ _ _ _ _ _

**12** During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If 'Yes,' see instructions.... | | | | | X

**13a** Did the corporation make any payments in 2016 that would require it to file Form(s) 1099?.............................. | | | | X |

    **b** If 'Yes,' did the corporation file or will it file required Forms 1099?...................................................... | | | | X |

Form **1120S** (2016)

Form **1120S** (2016)   SGM LEASING LLC                                         45-4543762                      Page **3**

| Schedule K | Shareholders' Pro Rata Share Items | | |
|---|---|---|---|

| | | | Total amount |
|---|---|---|---|
| **Income (Loss)** | **1** Ordinary business income (loss) (page 1, line 21) | **1** | -517,666. |
| | **2** Net rental real estate income (loss) (attach Form 8825) | **2** | |
| | **3a** Other gross rental income (loss) ........ **3a** | | |
| | **b** Expenses from other rental activities (attach statement) ... **3b** | | |
| | **c** Other net rental income (loss). Subtract line 3b from line 3a | **3c** | |
| | **4** Interest income | **4** | 6. |
| | **5** Dividends: **a** Ordinary dividends | **5a** | |
| | **b** Qualified dividends .......... **5b** | | |
| | **6** Royalties | **6** | |
| | **7** Net short-term capital gain (loss) (attach Schedule D (Form 1120S)) | **7** | |
| | **8a** Net long-term capital gain (loss) (attach Schedule D (Form 1120S)) | **8a** | |
| | **b** Collectibles (28%) gain (loss) .......... **8b** | | |
| | **c** Unrecaptured section 1250 gain (attach statement) ..... **8c** | | |
| | **9** Net section 1231 gain (loss) (attach Form 4797) | **9** | |
| | **10** Other income (loss) (see instructions) ......... Type ▶ | **10** | |
| **Deduc-tions** | **11** Section 179 deduction (attach Form 4562) | **11** | |
| | **12a** Charitable contributions | **12a** | |
| | **b** Investment interest expense | **12b** | |
| | **c** Section 59(e)(2) expenditures **(1)** Type ▶ _ _ _ _ _ _ _ _ _ _ **(2)** Amount ▶ | **12c (2)** | |
| | **d** Other deductions (see instructions) .. Type ▶    SEE STATEMENT 2 | **12d** | |
| **Credits** | **13a** Low-income housing credit (section 42(j)(5)) | **13a** | |
| | **b** Low-income housing credit (other) | **13b** | |
| | **c** Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | **13c** | |
| | **d** Other rental real estate credits (see instrs)  Type ▶ _ _ _ _ _ _ _ _ _ _ | **13d** | |
| | **e** Other rental credits (see instrs)  Type ▶ _ _ _ _ _ _ _ _ _ _ | **13e** | |
| | **f** Biofuel producer credit (attach Form 6478) | **13f** | |
| | **g** Other credits (see instructions) ...... Type ▶ | **13g** | |
| **Foreign Trans-actions** | **14a** Name of country or U.S. possession ▶ _ _ _ _ _ _ _ _ _ _ | | |
| | **b** Gross income from all sources | **14b** | |
| | **c** Gross income sourced at shareholder level | **14c** | |
| | Foreign gross income sourced at corporate level | | |
| | **d** Passive category | **14d** | |
| | **e** General category | **14e** | |
| | **f** Other (attach statement) | **14f** | |
| | Deductions allocated and apportioned at shareholder level | | |
| | **g** Interest expense | **14g** | |
| | **h** Other | **14h** | |
| | Deductions allocated and apportioned at corporate level to foreign source income | | |
| | **i** Passive category | **14i** | |
| | **j** General category | **14j** | |
| | **k** Other (attach statement) | **14k** | |
| | Other information | | |
| | **l** Total foreign taxes (check one): ▶ ☐ Paid  ☐ Accrued | **14l** | |
| | **m** Reduction in taxes available for credit (attach statement) | **14m** | |
| | **n** Other foreign tax information (attach statement) | | |
| **Alterna-tive Mini-mum Tax (AMT) Items** | **15a** Post-1986 depreciation adjustment | **15a** | 75,170. |
| | **b** Adjusted gain or loss | **15b** | -9,548. |
| | **c** Depletion (other than oil and gas) | **15c** | |
| | **d** Oil, gas, and geothermal properties — gross income | **15d** | |
| | **e** Oil, gas, and geothermal properties — deductions | **15e** | |
| | **f** Other AMT items (attach statement) | **15f** | |
| **Items Affec-ting Share-holder Basis** | **16a** Tax-exempt interest income | **16a** | |
| | **b** Other tax-exempt income | **16b** | |
| | **c** Nondeductible expenses ............... SEE STATEMENT 3 | **16c** | 1,608. |
| | **d** Distributions (attach stmt if required) (see instrs) | **16d** | |
| | **e** Repayment of loans from shareholders | **16e** | |

**BAA**                                          SPSA0134L  08/17/16                                    Form **1120S** (2016)

Form **1120S** (2016)  SGM LEASING LLC                                    45-4543762                    Page **4**

## Schedule K | Shareholders' Pro Rata Share Items (continued)

|  |  | | Total amount |
|---|---|---|---|
| Other Infor-mation | **17a** Investment income | **17a** | 6. |
| | **b** Investment expenses | **17b** | |
| | **c** Dividend distributions paid from accumulated earnings and profits | **17c** | |
| | **d** Other items and amounts | | |
| | (attach statement) | | |
| Recon-ciliation | **18** **Income/loss reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14l | **18** | -517,660. |

## Schedule L | Balance Sheets per Books

| | | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| Assets | | (a) | (b) | (c) | (d) |
| **1** | Cash | | 97,954. | | 18,087. |
| **2a** | Trade notes and accounts receivable | 1,827,874. | | 1,129,307. | |
| **b** | Less allowance for bad debts | | 1,827,874. | | 1,129,307. |
| **3** | Inventories | | 152,250. | | 174,327. |
| **4** | U.S. government obligations | | | | |
| **5** | Tax-exempt securities (see instructions) | | | | |
| **6** | Other current assets (attach stmt) ....SEE ST 4. | | 174,079. | | 427,371. |
| **7** | Loans to shareholders | | 415,497. | | 174,519. |
| **8** | Mortgage and real estate loans | | | | |
| **9** | Other investments (attach statement) | | | | |
| **10a** | Buildings and other depreciable assets | 14,803,595. | | 11,687,261. | |
| **b** | Less accumulated depreciation | 11,642,583. | 3,161,012. | 9,126,333. | 2,560,928. |
| **11a** | Depletable assets | | | | |
| **b** | Less accumulated depletion | | | | |
| **12** | Land (net of any amortization) | | | | 4,000. |
| **13a** | Intangible assets (amortizable only) | | | | |
| **b** | Less accumulated amortization | | | | |
| **14** | Other assets (attach stmt) ....SEE ST 5. | | 800,209. | | 205. |
| **15** | Total assets | | 6,628,875. | | 4,488,744. |
| | **Liabilities and Shareholders' Equity** | | | | |
| **16** | Accounts payable | | 1,239,450. | | 1,039,010. |
| **17** | Mortgages, notes, bonds payable in less than 1 year | | | | |
| **18** | Other current liabilities (attach stmt) ..SEE ST 6. | | 852,494. | | 2,701,202. |
| **19** | Loans from shareholders | | | | |
| **20** | Mortgages, notes, bonds payable in 1 year or more | | 6,905,122. | | 3,635,993. |
| **21** | Other liabilities (attach statement) | | | | |
| **22** | Capital stock | | 55,000. | | 55,000. |
| **23** | Additional paid-in capital | | | | |
| **24** | Retained earnings | | -2,423,191. | | -2,942,461. |
| **25** | Adjustments to shareholders' equity (att stmt) | | | | |
| **26** | Less cost of treasury stock | | | | |
| **27** | Total liabilities and shareholders' equity | | 6,628,875. | | 4,488,744. |

SPSA0134L  08/17/16                                                        Form **1120S** (2016)

Form **1120S** (2016)   SGM LEASING LLC                                   45-4543762                    Page **5**

| **Schedule M-1** | **Reconciliation of Income (Loss) per Books With Income (Loss) per Return** | | |
|---|---|---|---|

Note: The corporation may be required to file Schedule M-3 (see instructions)

| | | | | | |
|---|---|---:|---|---|---:|
| **1** | Net income (loss) per books................ | -519,270. | **5** | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | |
| **2** | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): | | | **a** Tax-exempt interest. $ _ _ _ _ _ _ _ _ _ _ | |
| | | | | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | |
| **3** | Expenses recorded on books this year not included on Schedule K, lines 1 through 12, year and 14I (itemize): | | **6** | Deductions included on Schedule K, lines 1 through 12 and 14I, not charged against book income this year (itemize): | |
| | **a** Depreciation........ $ _ _ _ _ _ _ _ _ _ | | | **a** Depreciation ... $ _ _ _ _ _ _ _ _ _ | |
| | **b** Travel and entertainment. $ _ _ _ _ _ 1,608. | | | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | |
| | SEE STATEMENT 7 _ _ _ _ _ _ 2. | | **7** | Add lines 5 and 6...................... | 0. |
| **4** | Add lines 1 through 3.................... | -517,660. | **8** | Income (loss) (Schedule K, ln 18). Ln 4 less ln 7... | -517,660. |

| **Schedule M-2** | **Analysis of Accumulated Adjustments Account, Other Adjustments Account, and Shareholders' Undistributed Taxable Income Previously Taxed** (see instructions) | | |
|---|---|---|---|

| | | **(a)** Accumulated adjustments account | **(b)** Other adjustments account | **(c)** Shareholders' undistributed taxable income previously taxed |
|---|---|---:|---:|---|
| **1** | Balance at beginning of tax year................................. | -3,010,033. | -154,218. | |
| **2** | Ordinary income from page 1, line 21............................ | | | |
| **3** | Other additions..........................SEE STATEMENT 8 .... | 6. | | |
| **4** | Loss from page 1, line 21....................................... | ( 517,666.) | | |
| **5** | Other reductions.......................SEE STATEMENT 9 .... | ( 1,608.) | | |
| **6** | Combine lines 1 through 5...................................... | -3,529,301. | -154,218. | |
| **7** | Distributions other than dividend distributions..................... | | | |
| **8** | Balance at end of tax year. Subtract line 7 from line 6 ............. | -3,529,301. | -154,218. | |

SPSA0134L  08/17/16                                                      Form **1120S** (2016)

Form **1125-A**
(Rev October 2016)
Department of the Treasury
Internal Revenue Service

## Cost of Goods Sold

► **Attach to Form 1120, 1120-C, 1120-F, 1120S, 1065, or 1065-B.**
► **Information about Form 1125-A and its instructions is at** *www.irs.gov/form1125a.*

OMB No. 1545-0123

| Name | Employer identification number |
|---|---|
| SGM LEASING LLC | 45-4543762 |

| | | | |
|---|---|---|---:|
| 1 | Inventory at beginning of year | **1** | 152,250. |
| 2 | Purchases | **2** | |
| 3 | Cost of labor | **3** | |
| 4 | Additional section 263A costs (attach schedule) | **4** | |
| 5 | Other costs (attach schedule) . . . . . . . . . . . . . . . . . . . . . . . . . SEE STATEMENT 10 | **5** | 3,462,306. |
| 6 | **Total.** Add lines 1 through 5 | **6** | 3,614,556. |
| 7 | Inventory at end of year | **7** | 174,327. |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | **8** | 3,440,229. |

**9 a** Check all methods used for valuing closing inventory:
  *(i)*  [X] Cost
  *(ii)*  [ ] Lower of cost or market
  *(iii)*  [ ] Other (Specify method used and attach explanation) . . . . . ► _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**b** Check if there was a writedown of subnormal goods . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► [ ]

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) . . . . . . . . . . . . . . . ► [ ]

**d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **9d** |

**e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions . . . . . . [ ] Yes  [X] No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If 'Yes,' attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [ ] Yes  [X] No

**BAA  For Paperwork Reduction Act Notice, see instructions.**                    Form **1125-A** (Rev 10-2016)

CPCZ0401L  08/17/16

**Schedule K-1**
**(Form 1120S)**
Department of the Treasury
Internal Revenue Service

**2016**

For calendar year 2016, or tax
year beginning _____, 2016
ending _____, _____

**Shareholder's Share of Income, Deductions, Credits, etc.** ▶ See page 2 of form and separate instructions.

☐ Final K-1    ☒ Amended K-1

671113
OMB No. 1545-0123

| Part III | Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| | | | |
|---|---|---|---|
| **1** | Ordinary business income (loss) | **13** | Credits |
| | −517,666. | | |
| **2** | Net rental real estate income (loss) | | |
| **3** | Other net rental income (loss) | | |
| **4** | Interest income | | |
| | 6. | | |
| **5a** | Ordinary dividends | | |
| **5b** | Qualified dividends | **14** | Foreign transactions |
| **6** | Royalties | | |
| **7** | Net short-term capital gain (loss) | | |
| **8a** | Net long-term capital gain (loss) | | |
| **8b** | Collectibles (28%) gain (loss) | | |
| **8c** | Unrecaptured section 1250 gain | | |
| **9** | Net section 1231 gain (loss) | | |
| **10** | Other income (loss) | **15** | Alternative minimum tax (AMT) items |
| | | A | 75,170. |
| | | B | −9,548. |

| Part I | Information About the Corporation |
|---|---|

**A** Corporation's employer identification number
45-4543762

**B** Corporation's name, address, city, state, and ZIP code
SGM LEASING LLC
PO BOX 349
SHAMROCK, TX 79079

**C** IRS Center where corporation filed return
E-FILE

| Part II | Information About the Shareholder |
|---|---|

**D** ████████████████

**E** Shareholder's name, address, city, state, and ZIP code
MICHAEL S GALMOR
PO BOX 2172
ELK CITY, OK 73648

**F** Shareholder's percentage of stock
ownership for tax year...................... 100 %

| | | | |
|---|---|---|---|
| **11** | Section 179 deduction | **16** | Items affecting shareholder basis |
| | | C* | 1,608. |
| **12** | Other deductions | | |
| Q | −517,666. | | |
| R | 666,827. | | |
| | | **17** | Other information |
| | | A | 6. |

F
O
R

I
R
S

U
S
E

O
N
L
Y

*See attached statement for additional information.

**BAA  For Paperwork Reduction Act Notice, see Instructions for Form 1120S.**    Schedule **K-1** (Form 1120S) 2016

SHAREHOLDER 1

SPSA0412L  08/22/16

Schedule K-1 (Form 1120S) 2016  SGM LEASING LLC                    45-4543762                    Page **2**

**This list identifies the codes used on Schedule K-1 for all shareholders and provides summarized reporting information for shareholders who file Form 1040. For detailed reporting and filing information, see the separate Shareholder's Instructions for Schedule K-1 and the instructions for your income tax return.**

**1  Ordinary business income (loss).** Determine whether the income (loss) is passive or nonpassive and enter on your return as follows:

| | *Report on* |
|---|---|
| Passive loss | See the Shareholder's Instructions |
| Passive income | Schedule E, line 28, column (g) |
| Nonpassive loss | Schedule E, line 28, column (h) |
| Nonpassive income | Schedule E, line 28, column (k) |

**2  Net rental real estate income (loss)**  See the Shareholder's Instructions

**3  Other net rental income (loss)**
| | |
|---|---|
| Net income | Schedule E, line 28, column (g) |
| Net loss | See the Shareholder's Instructions |

**4  Interest income**  Form 1040, line 8a
**5 a  Ordinary dividends**  Form 1040, line 9a
**5 b  Qualified dividends**  Form 1040, line 9b
**6  Royalties**  Schedule E, line 4
**7  Net short-term capital gain (loss)**  Schedule D, line 5
**8 a  Net long-term capital gain (loss)**  Schedule D, line 12
**8 b  Collectibles (28%) gain (loss)**  28% Rate Gain Worksheet, line 4 (Schedule D instructions)
**8 c  Unrecaptured section 1250 gain**  See the Shareholder's Instructions
**9  Net section 1231 gain (loss)**  See the Shareholder's Instructions
**10  Other income (loss)**
*Code*
| A | Other portfolio income (loss) | See the Shareholder's Instructions |
|---|---|---|
| B | Involuntary conversions | See the Shareholder's Instructions |
| C | Sec. 1256 contracts and straddles | Form 6781, line 1 |
| D | Mining exploration costs recapture | See Pub 535 |
| E | Other income (loss) | See the Shareholder's Instructions |

**11  Section 179 deduction**  See the Shareholder's Instructions
**12  Other deductions**
| A | Cash contributions (50%) | |
|---|---|---|
| B | Cash contributions (30%) | |
| C | Noncash contributions (50%) | |
| D | Noncash contributions (30%) | |
| E | Capital gain property to a 50% organization (30%) | See the Shareholder's Instructions |
| F | Capital gain property (20%) | |
| G | Contributions (100%) | |
| H | Investment interest expense | Form 4952, line 1 |
| I | Deductions — royalty income | Schedule E, line 19 |
| J | Section 59(e)(2) expenditures | See the Shareholder's Instructions |
| K | Deductions — portfolio (2% floor) | Schedule A, line 23 |
| L | Deductions — portfolio (other) | Schedule A, line 28 |
| M | Preproductive period expenses | See the Shareholder's Instructions |
| N | Commercial revitalization deduction from rental real estate activities | See Form 8582 instructions |
| O | Reforestation expense deduction | See the Shareholder's Instructions |
| P | Domestic production activities information | See Form 8903 instructions |
| Q | Qualified production activities income | Form 8903, line 7b |
| R | Employer's Form W-2 wages | Form 8903, line 17 |
| S | Other deductions | See the Shareholder's Instructions |

**13  Credits**
| A | Low-income housing credit (section 42(j)(5)) from pre-2008 buildings | |
|---|---|---|
| B | Low-income housing credit (other) from pre-2008 buildings | |
| C | Low-income housing credit (section 42(j)(5)) from post-2007 buildings | |
| D | Low-income housing credit (other) from post-2007 buildings | See the Shareholder's Instructions |
| E | Qualified rehabilitation expenditures (rental real estate) | |
| F | Other rental real estate credits | |
| G | Other rental credits | |
| H | Undistributed capital gains credit | Form 1040, line 73, box a |
| I | Biofuel producer credit | |
| J | Work opportunity credit | |
| K | Disabled access credit | See the Shareholder's Instructions |
| L | Empowerment zone employment credit | |
| M | Credit for increasing research activities | |

**14  Foreign transactions**
| A | Name of country or U.S. possession | |
|---|---|---|
| B | Gross income from all sources | Form 1116, Part I |
| C | Gross income sourced at shareholder level | |

*Foreign gross income sourced at corporate level*
| D | Passive category | |
|---|---|---|
| E | General category | Form 1116, Part I |
| F | Other | |

*Deductions allocated and apportioned at shareholder level*
| G | Interest expense | Form 1116, Part I |
|---|---|---|
| H | Other | Form 1116, Part I |

*Deductions allocated and apportioned at corporate level to foreign source income*
| I | Passive category | |
|---|---|---|
| J | General category | Form 1116, Part I |
| K | Other | |

*Other information*
| L | Total foreign taxes paid | Form 1116, Part II |
|---|---|---|
| M | Total foreign taxes accrued | Form 1116, Part II |
| N | Reduction in taxes available for credit | Form 1116, line 12 |
| O | Foreign trading gross receipts | Form 8873 |
| P | Extraterritorial income exclusion | Form 8873 |
| Q | Other foreign transactions | See the Shareholder's Instructions |

**15  Alternative minimum tax (AMT) items**
| A | Post-1986 depreciation adjustment | |
|---|---|---|
| B | Adjusted gain or loss | |
| C | Depletion (other than oil & gas) | See the Shareholder's Instructions and the Instructions for Form 6251 |
| D | Oil, gas, & geothermal — gross income | |
| E | Oil, gas, & geothermal — deductions | |
| F | Other AMT items | |

**16  Items affecting shareholder basis**
| A | Tax-exempt interest income | Form 1040, line 8b |
|---|---|---|
| B | Other tax-exempt income | |
| C | Nondeductible expenses | See the Shareholder's Instructions |
| D | Distributions | |
| E | Repayment of loans from shareholders | |

**17  Other information**
| A | Investment income | Form 4952, line 4a |
|---|---|---|
| B | Investment expenses | Form 4952, line 5 |
| C | Qualified rehabilitation expenditures (other than rental real estate) | See the Shareholder's Instructions |
| D | Basis of energy property | See the Shareholder's Instructions |
| E | Recapture of low-income housing credit (section 42(j)(5)) | Form 8611, line 8 |
| F | Recapture of low-income housing credit (other) | Form 8611, line 8 |
| G | Recapture of investment credit | See Form 4255 |
| H | Recapture of other credits | See the Shareholder's Instructions |
| I | Look-back interest — completed long-term contracts | See Form 8697 |
| J | Look-back interest — income forecast method | See Form 8866 |
| K | Dispositions of property with section 179 deductions | |
| L | Recapture of section 179 deduction | |
| M | Section 453(l)(3) information | |
| N | Section 453A(c) information | |
| O | Section 1260(b) information | |
| P | Interest allocable to production expenditures | See the Shareholder's Instructions |
| Q | CCF nonqualified withdrawals | |
| R | Depletion information — oil and gas | |
| S | Reserved | |
| T | Section 108(i) information | |
| U | Net investment income | |
| V | Other information | |

SHAREHOLDER 1 : MICHAEL S GALMOR ████████                    SPSA0412L  08/22/16        Schedule **K-1** (Form 1120S) 2016

SGM LEASING LLC 45-4543762

SCHEDULE K-1 (FORM 1120S) 2016        **SUPPLEMENTAL INFORMATION**        PAGE   3

**BOX 16**
**ITEMS AFFECTING SHAREHOLDER BASIS**

\* **DESCRIPTIVE INFORMATION**
C    DISALLOWED MEALS AND ENTERTAINMENT................................................ \$      1,608.

SHAREHOLDER 1 : MICHAEL S GALMOR 
SPSL1201L 06/16/16

Form **1125-E**
(Rev October 2016)

Department of the Treasury
Internal Revenue Service

**Compensation of Officers**

► Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S.
► Information about Form 1125-E and its separate instructions is at *www.irs.gov/form1125e.*

OMB No. 1545-0123

| Name | Employer identification number |
|---|---|
| SGM LEASING LLC | 45-4543762 |

**Note:** Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| 1 | **(a)** Name of officer | **(b)** Social security number | **(c)** Percent of time devoted to business | Percent of stock owned | | **(f)** Amount of compensation |
|---|---|---|---|---|---|---|
| | | | | **(d)** Common | **(e)** Preferred | |
| | STEVEN S GALMOR | ███████ | 100 % | 100 % | % | 94,634. |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |

| | | |
|---|---|---|
| **2** Total compensation of officers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 94,634. |
| **3** Compensation of officers claimed on Form 1125-A or elsewhere on return . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| **4** Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 94,634. |

**BAA For Paperwork Reduction Act Notice, see separate instructions.**

Form **1125-E** (Rev 10-2016)

CPCA2101L 08/18/16

| Form **4562** | **Depreciation and Amortization** (Including Information on Listed Property) ► Attach to your tax return. | OMB No. 1545-0172 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | ► Information about Form 4562 and its separate instructions is at *www.irs.gov/form4562*. | **2016** Attachment Sequence No. **179** |

| Name(s) shown on return | Identifying number |
|---|---|
| SGM LEASING LLC | 45-4543762 |

Business or activity to which this form relates

FORM 1120S

**Part I** | **Election To Expense Certain Property Under Section 179**

*Note: If you have any listed property, complete Part V before you complete Part I.*

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions)........................................................ | **1** | 500,000. |
| 2 | Total cost of section 179 property placed in service (see instructions)........................ | **2** | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions).............. | **3** | 2,010,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0-..................... | **4** | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions............................................. | **5** | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29..................... | **7** | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7.................... | **8** | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8.............................. | **9** | |
| 10 | Carryover of disallowed deduction from line 13 of your 2015 Form 4562...................... | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instrs). | **11** | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11................ | **12** | |
| 13 | Carryover of disallowed deduction to 2017. Add lines 9 and 10, less line 12....... ► | **13** | |

*Note: Don't use Part II or Part III below for listed property. Instead, use Part V.*

**Part II** | **Special Depreciation Allowance and Other Depreciation (Don't** include listed property.**)** (See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see instructions)............................................. | **14** | |
| 15 | Property subject to section 168(f)(1) election................................... | **15** | |
| 16 | Other depreciation (including ACRS)......................................... | **16** | |

**Part III** | **MACRS Depreciation (Don't** include listed property.**)** (See instructions.)

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2016...................... | **17** | 1,022,346. |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here.......................................... ►☐ | | |

**Section B — Assets Placed in Service During 2016 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only — see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| **19 a** 3-year property......... | | | | | | |
| **b** 5-year property......... | | 10,165. | 5 | HY | 200DB | 2,033. |
| **c** 7-year property......... | | 3,275,215. | 7 | HY | 200DB | 251,620. |
| **d** 10-year property......... | | | | | | |
| **e** 15-year property......... | | | | | | |
| **f** 20-year property......... | | | | | | |
| **g** 25-year property......... | | | 25 yrs | | S/L | |
| **h** Residential rental property......... | 5/05/16 | 36,000. | 27.5 yrs | MM | S/L | 818. |
| | | | 27.5 yrs | MM | S/L | |
| **i** Nonresidential real property......... | | | 39 yrs | MM | S/L | |
| | | | | MM | S/L | |

**Section C — Assets Placed in Service During 2016 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| **20 a** Class life............... | | | | | S/L | |
| **b** 12-year............... | | | 12 yrs | | S/L | |
| **c** 40-year............... | | | 40 yrs | MM | S/L | |

**Part IV** | **Summary** (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28.................................... | **21** | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations — see instructions................ | **22** | 1,276,817. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs................ | **23** | |

**BAA For Paperwork Reduction Act Notice, see separate instructions.** | FDIZ0812L 01/24/17 | Form **4562** (2016)

| Form **4797** | **Sales of Business Property** | OMB No. 1545-0184 |
|---|---|---|
| | (Also Involuntary Conversions and Recapture Amounts Under Sections 179 and 280F(b)(2)) | **2016** |
| Department of the Treasury Internal Revenue Service | ► Attach to your tax return. ► Information about Form 4797 and its separate instructions is at *www.irs.gov/form4797*. | Attachment Sequence No. **27** |

| Name(s) shown on return | Identifying number |
|---|---|
| SGM LEASING LLC | 45-4543762 |

**1** Enter the gross proceeds from sales or exchanges reported to you for 2016 on Form(s) 1099-B or 1099-S (or substitute statement) that you are including on line 2, 10, or 20. See instructions........................ **1**

**Part I** **Sales or Exchanges of Property Used in a Trade or Business and Involuntary Conversions From Other Than Casualty or Theft — Most Property Held More Than 1 Year** (see instructions)

| 2 (a) Description of property | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) | (d) Gross sales price | (e) Depreciation allowed or allowable since acquisition | (f) Cost or other basis, plus improvements and expense of sale | (g) Gain or (loss) Subtract (f) from the sum of (d) and (e) |
|---|---|---|---|---|---|---|
| #169 BELSCHE 18' TRAILER | 3/27/07 | 6/15/16 | | 4,000. | 4,000. | 0. |
| #170 BELSCHE 18' TRAILER | 3/27/07 | 6/15/16 | | 4,000. | 4,000. | 0. |
| #31 AIR COMPRESSOR | 3/16/88 | 6/15/16 | | 500. | 500. | 0. |
| #32 AIR COMPRESSOR | 2/06/90 | 6/15/16 | | 750. | 750. | 0. |

**3** Gain, if any, from Form 4684, line 39..................................................... **3**

**4** Section 1231 gain from installment sales from Form 6252, line 26 or 37........................................ **4**

**5** Section 1231 gain or (loss) from like-kind exchanges from Form 8824....................................... **5**

**6** Gain, if any, from line 32, from other than casualty or theft............................................... **6**

**7** Combine lines 2 through 6. Enter the gain or (loss) here and on the appropriate line as follows: .................. **7**

**Partnerships (except electing large partnerships) and S corporations.** Report the gain or (loss) following the instructions for Form 1065, Schedule K, line 10, or Form 1120S, Schedule K, line 9. Skip lines 8, 9, 11, and 12 below.

**Individuals, partners, S corporation shareholders, and all others.** If line 7 is zero or a loss, enter the amount from line 7 on line 11 below and skip lines 8 and 9. If line 7 is a gain and you didn't have any prior year section 1231 losses, or they were recaptured in an earlier year, enter the gain from line 7 as a long-term capital gain on the Schedule D filed with your return and skip lines 8, 9, 11, and 12 below.

**8** Nonrecaptured net section 1231 losses from prior years. See instructions ......................................... **8**

**9** Subtract line 8 from line 7. If zero or less, enter -0-. If line 9 is zero, enter the gain from line 7 on line 12 below. If line 9 is more than zero, enter the amount from line 8 on line 12 below and enter the gain from line 9 as a long-term capital gain on the Schedule D filed with your return. See instructions................................. **9**

**Part II** **Ordinary Gains and Losses** (see instructions)

**10** Ordinary gains and losses not included on lines 11 through 16 (include property held 1 year or less):

| #499 - CATEPILLAR EQUIP | 1/15/16 | 5/01/16 | 322,847. | | 357,383. | -34,536. |
|---|---|---|---|---|---|---|
| #500 - CATEPILLAR DUMP TR | 1/15/16 | 5/01/16 | 323,214. | | 357,383. | -34,169. |
| #501 - CATEPILLAR EXCAV | 1/15/16 | 5/01/16 | 385,863. | | 426,640. | -40,777. |
| #507 - CATERPILLAR EQUIP | 4/01/16 | 5/01/16 | 357,863. | | 373,006. | -15,143. |

**11** Loss, if any, from line 7....................................................................... **11**

**12** Gain, if any, from line 7 or amount from line 8, if applicable.......................................... **12**

**13** Gain, if any, from line 31..................................................................... **13** 1,307,234.

**14** Net gain or (loss) from Form 4684, lines 31 and 38a................................................... **14**

**15** Ordinary gain from installment sales from Form 6252, line 25 or 36....................................... **15**

**16** Ordinary gain or (loss) from like-kind exchanges from Form 8824........................................ **16**

**17** Combine lines 10 through 16................................................................... **17** 1,182,609.

**18** For all except individual returns, enter the amount from line 17 on the appropriate line of your return and skip lines a and b below. For individual returns, complete lines a and b below:

**a** If the loss on line 11 includes a loss from Form 4684, line 35, column (b)(ii), enter that part of the loss here. Enter the part of the loss from income-producing property on Schedule A (Form 1040), line 28, and the part of the loss from property used as an employee on Schedule A (Form 1040), line 23. Identify as from 'Form 4797, line 18a.' See instructions................................................................................. **18a**

**b** Redetermine the gain or (loss) on line 17 excluding the loss, if any, on line 18a. Enter here and on Form 1040, line 14....................................................................................... **18b**

**BAA For Paperwork Reduction Act Notice, see separate instructions.** Form **4797** (2016)

FDIZ1001L 12/23/16

Form 4797 (2016) SGM LEASING LLC      45-4543762     Page 2

## Part III   Gain From Disposition of Property Under Sections 1245, 1250, 1252, 1254, and 1255
(see instructions)

| 19(a) Description of section 1245, 1250, 1252, 1254, or 1255 property: | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) |
|---|---|---|
| A #445 - WIRTGEN 2200 SM | 8/07/13 | 5/01/16 |
| B #442 - CAT 980K WHEEL LDR | 8/15/13 | 5/01/16 |
| C #454 SURFACE MINER | 2/10/14 | 5/01/16 |
| D #445 - WIRTGEN MACHINE | 6/30/14 | 5/01/16 |

| These columns relate to the properties on lines 19A through 19D. ▶ | | Property A | Property B | Property C | Property D |
|---|---|---|---|---|---|
| 20 Gross sales price (Note: See line 1 before completing.) | 20 | 180,359. | 210,922. | 639,560. | 87,895. |
| 21 Cost or other basis plus expense of sale | 21 | 1,216,650. | 402,088. | 1,213,440. | 93,875. |
| 22 Depreciation (or depletion) allowed or allowable | 22 | 1,064,733. | 351,828. | 872,160. | 44,615. |
| 23 Adjusted basis. Subtract line 22 from line 21 | 23 | 151,917. | 50,260. | 341,280. | 49,260. |
| 24 Total gain. Subtract line 23 from line 20 | 24 | 28,442. | 160,662. | 298,280. | 38,635. |
| 25 If section 1245 property: | | | | | |
| a Depreciation allowed or allowable from line 22 | 25a | 1,064,733. | 351,828. | 872,160. | 44,615. |
| b Enter the smaller of line 24 or 25a | 25b | 28,442. | 160,662. | 298,280. | 38,635. |
| 26 If section 1250 property: If straight line depreciation was used, enter -0- on line 26g, except for a corporation subject to section 291. | | | | | |
| a Additional depreciation after 1975 (see instrs) | 26a | | | | |
| b Applicable percentage multiplied by the smaller of line 24 or line 26a. See instructions | 26b | | | | |
| c Subtract line 26a from line 24. If residential rental property or line 24 isn't more than line 26a, skip lines 26d and 26e | 26c | | | | |
| d Additional depreciation after 1969 and before 1976 | 26d | | | | |
| e Enter the smaller of line 26c or 26d | 26e | | | | |
| f Section 291 amount (corporations only) | 26f | | | | |
| g Add lines 26b, 26e, and 26f | 26g | | | | |
| 27 If section 1252 property: Skip this section if you didn't dispose of farmland or if this form is being completed for a partnership (other than an electing large partnership). | | | | | |
| a Soil, water, and land clearing expenses | 27a | | | | |
| b Line 27a multiplied by applicable percentage. See instructions | 27b | | | | |
| c Enter the smaller of line 24 or 27b | 27c | | | | |
| 28 If section 1254 property: | | | | | |
| a Intangible drilling and development costs, expenditures for development of mines and other natural deposits, mining exploration costs, and depletion. See instructions | 28a | | | | |
| b Enter the smaller of line 24 or 28a | 28b | | | | |
| 29 If section 1255 property: | | | | | |
| a Applicable percentage of payments excluded from income under section 126. See instructions | 29a | | | | |
| b Enter the smaller of line 24 or 29a. See instrs | 29b | | | | |

**Summary of Part III Gains.** Complete property columns A through D through line 29b before going to line 30.

| | | |
|---|---|---|
| 30 Total gains for all properties. Add property columns A through D, line 24 | 30 | 1,307,234. |
| 31 Add property columns A through D, lines 25b, 26g, 27c, 28b, and 29b. Enter here and on line 13 | 31 | 1,307,234. |
| 32 Subtract line 31 from line 30. Enter the portion from casualty or theft on Form 4684, line 33. Enter the portion from other than casualty or theft on Form 4797, line 6 | 32 | 0. |

## Part IV   Recapture Amounts Under Sections 179 and 280F(b)(2) When Business Use Drops to 50% or Less
(see instructions)

| | | (a) Section 179 | (b) Section 280F(b)(2) |
|---|---|---|---|
| 33 Section 179 expense deduction or depreciation allowable in prior years | 33 | | |
| 34 Recomputed depreciation. See instructions | 34 | | |
| 35 Recapture amount. Subtract line 34 from line 33. See the instructions for where to report | 35 | | |

BAA      FDIZ1002L 12/23/16      Form 4797 (2016)

Form 4797 (2016)  SGM LEASING LLC                                    45-4543762            Page **2**

**Part III**  Gain From Disposition of Property Under Sections 1245, 1250, 1252, 1254, and 1255
(see instructions)

| 19(a) Description of section 1245, 1250, 1252, 1254, or 1255 property: | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) |
|---|---|---|
| A #460 – CAT 980 LOADER | 8/07/14 | 5/01/16 |
| B #470 – AGCO TRACTOR | 10/14/14 | 5/01/16 |
| C #469 – CAT 980 LOADER | 8/07/14 | 5/01/16 |
| D #461 DOOSAN DUMP TRUCK | 8/27/14 | 12/01/16 |

| These columns relate to the properties on lines 19A through 19D. ▶ | | Property A | Property B | Property C | Property D |
|---|---|---|---|---|---|
| **20** Gross sales price (**Note:** *See line 1 before completing.*) | 20 | 291,085. | 179,866. | 303,857. | 276,155. |
| **21** Cost or other basis plus expense of sale | 21 | 403,623. | 259,945. | 403,623. | 460,404. |
| **22** Depreciation (or depletion) allowed or allowable | 22 | 290,105. | 186,835. | 290,105. | 392,150. |
| **23** Adjusted basis. Subtract line 22 from line 21 | 23 | 113,518. | 73,110. | 113,518. | 68,254. |
| **24** Total gain. Subtract line 23 from line 20 | 24 | 177,567. | 106,756. | 190,339. | 207,901. |
| **25** If section 1245 property: | | | | | |
| **a** Depreciation allowed or allowable from line 22 | 25a | 290,105. | 186,835. | 290,105. | 392,150. |
| **b** Enter the **smaller** of line 24 or 25a | 25b | 177,567. | 106,756. | 190,339. | 207,901. |
| **26** If section 1250 property: If straight line depreciation was used, enter -0- on line 26g, except for a corporation subject to section 291. | | | | | |
| **a** Additional depreciation after 1975 (see instrs) | 26a | | | | |
| **b** Applicable percentage multiplied by the **smaller** of line 24 or line 26a. See instructions | 26b | | | | |
| **c** Subtract line 26a from line 24. If residential rental property **or** line 24 isn't more than line 26a, skip lines 26d and 26e | 26c | | | | |
| **d** Additional depreciation after 1969 and before 1976 | 26d | | | | |
| **e** Enter the **smaller** of line 26c or 26d | 26e | | | | |
| **f** Section 291 amount (corporations only) | 26f | | | | |
| **g** Add lines 26b, 26e, and 26f | 26g | | | | |
| **27** If section 1252 property: Skip this section if you didn't dispose of farmland or if this form is being completed for a partnership (other than an electing large partnership). | | | | | |
| **a** Soil, water, and land clearing expenses | 27a | | | | |
| **b** Line 27a multiplied by applicable percentage. See instructions | 27b | | | | |
| **c** Enter the **smaller** of line 24 or 27b | 27c | | | | |
| **28** If section 1254 property: | | | | | |
| **a** Intangible drilling and development costs, expenditures for development of mines and other natural deposits, mining exploration costs, and depletion. See instructions | 28a | | | | |
| **b** Enter the **smaller** of line 24 or 28a | 28b | | | | |
| **29** If section 1255 property: | | | | | |
| **a** Applicable percentage of payments excluded from income under section 126. See instructions | 29a | | | | |
| **b** Enter the **smaller** of line 24 or 29a. See instrs | 29b | | | | |

**Summary of Part III Gains.** Complete property columns A through D through line 29b before going to line 30.

| | | |
|---|---|---|
| **30** Total gains for all properties. Add property columns A through D, line 24 | 30 | |
| **31** Add property columns A through D, lines 25b, 26g, 27c, 28b, and 29b. Enter here and on line 13 | 31 | |
| **32** Subtract line 31 from line 30. Enter the portion from casualty or theft on Form 4684, line 33. Enter the portion from other than casualty or theft on Form 4797, line 6 | 32 | |

**Part IV**  Recapture Amounts Under Sections 179 and 280F(b)(2) When Business Use Drops to 50% or Less
(see instructions)

| | | (a) Section 179 | (b) Section 280F(b)(2) |
|---|---|---|---|
| **33** Section 179 expense deduction or depreciation allowable in prior years | 33 | | |
| **34** Recomputed depreciation. See instructions | 34 | | |
| **35** Recapture amount. Subtract line 34 from line 33. See the instructions for where to report | 35 | | |

BAA                                FDIZ1002L 12/23/16                          Form **4797** (2016)

Form 4797 (2016) SGM LEASING LLC 45-4543762 Page **2**

**Part III** Gain From Disposition of Property Under Sections 1245, 1250, 1252, 1254, and 1255
(see instructions)

| 19(a) Description of section 1245, 1250, 1252, 1254, or 1255 property: | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) |
|---|---|---|
| **A** #473 - DA40 DOOSON | 1/05/15 | 12/01/16 |
| **B** | | |
| **C** | | |
| **D** | | |

| These columns relate to the properties on lines 19A through 19D. ▶ | | Property A | Property B | Property C | Property D |
|---|---|---|---|---|---|
| **20** Gross sales price (**Note:** *See line 1 before completing.*) | **20** | 267,770. | | | |
| **21** Cost or other basis plus expense of sale. | **21** | 460,404. | | | |
| **22** Depreciation (or depletion) allowed or allowable | **22** | 291,286. | | | |
| **23** Adjusted basis. Subtract line 22 from line 21. | **23** | 169,118. | | | |
| **24** Total gain. Subtract line 23 from line 20. | **24** | 98,652. | | | |
| **25** If section 1245 property: | | | | | |
| **a** Depreciation allowed or allowable from line 22 | **25a** | 291,286. | | | |
| **b** Enter the **smaller** of line 24 or 25a. | **25b** | 98,652. | | | |
| **26** If section 1250 property: If straight line depreciation was used, enter -0- on line 26g, except for a corporation subject to section 291. | | | | | |
| **a** Additional depreciation after 1975 (see instrs). | **26a** | | | | |
| **b** Applicable percentage multiplied by the **smaller** of line 24 or line 26a. See instructions | **26b** | | | | |
| **c** Subtract line 26a from line 24. If residential rental property **or** line 24 isn't more than line 26a, skip lines 26d and 26e | **26c** | | | | |
| **d** Additional depreciation after 1969 and before 1976 | **26d** | | | | |
| **e** Enter the **smaller** of line 26c or 26d. | **26e** | | | | |
| **f** Section 291 amount (corporations only) | **26f** | | | | |
| **g** Add lines 26b, 26e, and 26f | **26g** | | | | |
| **27** If section 1252 property: Skip this section if you didn't dispose of farmland or if this form is being completed for a partnership (other than an electing large partnership). | | | | | |
| **a** Soil, water, and land clearing expenses. | **27a** | | | | |
| **b** Line 27a multiplied by applicable percentage. See instructions | **27b** | | | | |
| **c** Enter the **smaller** of line 24 or 27b. | **27c** | | | | |
| **28** If section 1254 property: | | | | | |
| **a** Intangible drilling and development costs, expenditures for development of mines and other natural deposits, mining exploration costs, and depletion. See instructions. | **28a** | | | | |
| **b** Enter the **smaller** of line 24 or 28a. | **28b** | | | | |
| **29** If section 1255 property: | | | | | |
| **a** Applicable percentage of payments excluded from income under section 126. See instructions | **29a** | | | | |
| **b** Enter the smaller of line 24 or 29a. See instrs | **29b** | | | | |

**Summary of Part III Gains.** Complete property columns A through D through line 29b before going to line 30.

| **30** Total gains for all properties. Add property columns A through D, line 24. | **30** | |
|---|---|---|
| **31** Add property columns A through D, lines 25b, 26g, 27c, 28b, and 29b. Enter here and on line 13. | **31** | |
| **32** Subtract line 31 from line 30. Enter the portion from casualty or theft on Form 4684, line 33. Enter the portion from other than casualty or theft on Form 4797, line 6. | **32** | |

**Part IV** Recapture Amounts Under Sections 179 and 280F(b)(2) When Business Use Drops to 50% or Less
(see instructions)

| | | (a) Section 179 | (b) Section 280F(b)(2) |
|---|---|---|---|
| **33** Section 179 expense deduction or depreciation allowable in prior years | **33** | | |
| **34** Recomputed depreciation. See instructions. | **34** | | |
| **35** Recapture amount. Subtract line 34 from line 33. See the instructions for where to report. | **35** | | |

**BAA** FDIZ1002L 12/23/16 Form **4797** (2016)

# Computation of Corporate Taxable Income
## (Form 1120 Computation)

For calendar year 2016 or tax year beginning _____ , 2016, ending _____ , _____ .

| Name | | | | Employer identification number | |
|---|---|---|---|---|---|
| SGM LEASING LLC | | | | 45-4543762 | |

| | | | | | |
|---|---|---|---|---|---|
| **I N C O M E** | 1 a Gross receipts or sales ...... 6,533,086. | b Less returns and allowances ... | c Balance | 1c | 6,533,086. |
| | 2 Cost of goods sold.............................................. | | | 2 | 3,440,229. |
| | 3 Gross profit. Subtract line 2 from line 1c.......................... | | | 3 | 3,092,857. |
| | 4 Dividends..................................................... | | | 4 | |
| | 5 Interest...................................................... | | | 5 | 6. |
| | 6 Gross rents.................................................. | | | 6 | |
| | 7 Gross royalties.............................................. | | | 7 | |
| | 8 Capital gain net income...................................... | | | 8 | |
| | 9 Net gain or (loss) from Form 4797, Part II, line 17............... | | | 9 | 1,182,609. |
| | 10 Other income................................................ | | | 10 | |
| | 11 **Total income.** Add lines 3 through 10.......................... | | | 11 | 4,275,472. |
| **D E D U C T I O N S** | 12 Compensation of officers...................................... | | | 12 | 94,634. |
| | 13 Salaries and wages (less employment credits)..................... | | | 13 | 572,193. |
| | 14 Repairs and maintenance...................................... | | | 14 | 540,399. |
| | 15 Bad debts.................................................. | | | 15 | 144,346. |
| | 16 Rents...................................................... | | | 16 | 155,378. |
| | 17 Taxes and licenses.......................................... | | | 17 | 314,859. |
| | 18 Interest.................................................... | | | 18 | 87,269. |
| | 19 Charitable contributions...................................... | | | 19 | |
| | 20 Depreciation from Form 4562 not claimed on Schedule A or elsewhere on return..... | | | 20 | 1,276,817. |
| | 21 Depletion.................................................. | | | 21 | |
| | 22 Advertising................................................. | | | 22 | 3,556. |
| | 23 Pension, profit-sharing, etc., plans............................ | | | 23 | |
| | 24 Employee benefit programs................................... | | | 24 | 272,985. |
| | 25 Domestic production activities deduction........................ | | | 25 | |
| | 26 Other deductions............................................ | | | 26 | 1,330,696. |
| | 27 **Total deductions.** Add lines 12 through 26...................... | | | 27 | 4,793,132. |
| | 28 **Taxable income.** Subtract line 27 from line 11. Enter on Schedule D, Line 17, or Excess Net Passive Income Tax Worksheet, Line 9............ | | | 28 | -517,660. |

PAPP 0741

| 2016 | EXPLANATION OF CHANGES ON AN AMENDED RETURN | PAGE 1 |
|---|---|---|
| | **SGM LEASING LLC** | **45-4543762** |

**EXPLANATION OF CHANGES**

```
DESCRIPTION OF THE CHANGE... INCOME
LINE NUMBER...................... 1A
ORIGINAL AMOUNT................. $6,316,745.
AMENDED AMOUNT.................. $6,325,998.
EXPLANATION OF THE CHANGE    THE RETURN IS BEING AMENDED TO INCLUDE ADDITIONAL INCOME
                             NOT INCLUDED ON THE ORIGINAL RETURN.
```

| 2016 | FEDERAL STATEMENTS | PAGE 1 |
|------|--------------------|--------|
| | SGM LEASING LLC | 45-4543762 |

**STATEMENT 1**
**FORM 1120S, LINE 19**
**OTHER DEDUCTIONS**

| | | |
|---|--:|--:|
| BANK CHARGES | $ | 1,228. |
| DELIVERY AND FREIGHT | | 4,379. |
| DUES AND SUBSCRIPTIONS | | 14,403. |
| FEES | | 99,564. |
| INSURANCE | | 127,789. |
| JANITORIAL | | 5,950. |
| LATE FEES | | 52,464. |
| LEGAL AND PROFESSIONAL | | 27,262. |
| MEALS AND ENTERTAINMENT EXPENSE | | 1,609. |
| OFFICE EXPENSE | | 35,153. |
| OUTSIDE SERVICES | | 57,390. |
| POSTAGE | | 2,822. |
| SAFETY | | 28,654. |
| SUPPLIES | | 74,945. |
| TAGS | | 374. |
| TRAVEL | | 10,619. |
| TRUCK EXPENSE | | 674,399. |
| UNIFORMS | | 32,498. |
| UTILITIES | | 79,194. |
| TOTAL | $ | 1,330,696. |

**STATEMENT 2**
**FORM 1120S, SCHEDULE K, LINE 12D**
**OTHER DEDUCTIONS**

**QUALIFIED DOMESTIC PRODUCTION ACTIVITY INFORMATION**

| | | |
|---|--:|--:|
| EMPLOYER'S FORM W-2 WAGES | $ | 666,827. |
| QUALIFIED PRODUCTION ACTIVITIES INCOME | | -517,666. |

**STATEMENT 3**
**FORM 1120S, SCHEDULE K, LINE 16C**
**NONDEDUCTIBLE EXPENSES**

| | | |
|---|--:|--:|
| DISALLOWED MEALS AND ENTERTAINMENT | $ | 1,608. |
| TOTAL | $ | 1,608. |

**STATEMENT 4**
**FORM 1120S, SCHEDULE L, LINE 6**
**OTHER CURRENT ASSETS**

| | BEGINNING | ENDING |
|---|--:|--:|
| EMPLOYEE ADVANCES | $ 0. | $ 7,450. |
| PREPAID INSURANCE | 0. | 190,152. |
| ROYALTY ADVANCES | 174,079. | 229,769. |
| TOTAL | $ 174,079. | $ 427,371. |

| 2016 | FEDERAL STATEMENTS | PAGE 2 |
|------|--------------------|--------|

**SGM LEASING LLC**                                              45-4543762

**STATEMENT 5**
**FORM 1120S, SCHEDULE L, LINE 14**
**OTHER ASSETS**

|                                     | BEGINNING | ENDING |
|-------------------------------------|----------:|-------:|
| DEPOSITS                            | $ 205.    | $ 205. |
| N/R - ADVANTAGE ENERGY SERV LLC     | 800,000.  | 0.     |
| ROUNDING                            | 4.        | 0.     |
| TOTAL                               | $ 800,209.| $ 205. |

**STATEMENT 6**
**FORM 1120S, SCHEDULE L, LINE 18**
**OTHER CURRENT LIABILITIES**

|                                | BEGINNING  | ENDING      |
|--------------------------------|-----------:|------------:|
| A/P - GALMOR'S - OKIE TEX      | $ 342,105. | $ 342,105.  |
| BANK OVERDRAFT                 | 243,822.   | 451,229.    |
| CREDIT CARDS PAYABLE           | 215,525.   | 113,824.    |
| CURRENT PORTION OF L/T DEBT    | 0.         | 1,171,832.  |
| PAYROLL & OTHER LIABILITIES    | 35,296.    | 616,012.    |
| SALES TAX PAYABLE              | 15,746.    | 6,200.      |
| TOTAL                          | $ 852,494. | $ 2,701,202.|

**STATEMENT 7**
**FORM 1120S, SCHEDULE M-1, LINE 3**
**EXPENSES ON BOOKS NOT ON SCHEDULE K**

|          |       |
|----------|------:|
| ROUNDING | $ 2.  |
| TOTAL    | $ 2.  |

**STATEMENT 8**
**FORM 1120S, SCHEDULE M-2, COLUMN A, LINE 3**
**OTHER ADDITIONS**

|                 |      |
|-----------------|-----:|
| INTEREST INCOME | $ 6. |
| TOTAL           | $ 6. |

**STATEMENT 9**
**FORM 1120S, SCHEDULE M-2, COLUMN A, LINE 5**
**OTHER REDUCTIONS**

|                                  |          |
|----------------------------------|---------:|
| DISALLOWED MEALS AND ENTERTAINMENT | $ 1,608. |
| TOTAL                            | $ 1,608. |

| 2016 | FEDERAL STATEMENTS | PAGE 3 |
|------|--------------------|--------|
| | **SGM LEASING LLC** | 45-4543762 |

**STATEMENT 10**
**FORM 1125-A, LINE 5**
**OTHER COSTS**

| | | |
|---|---|---:|
| | $ | 22,077. |
| EQUIPMENT RENTAL | | 877,271. |
| LABOR | | 1,609,876. |
| MATERIALS | | 622,268. |
| ROYALTY EXPENSE | | 155,101. |
| SUBCONTRACTORS | | 175,713. |
| | TOTAL $ | 3,462,306. |

| 2016 | FEDERAL SUPPLEMENTAL INFORMATION | PAGE 1 |
|---|---|---|
| | SGM LEASING LLC | 45-4543762 |

SGM LEASING, LLC OWNS 100% OF THE FOLLOWING LLC'S:

    SGM REAL ESTATE LLC   45-4543925
    ALL INCOME FROM SGM REAL ESTATE LLC IS INCLUDED IN THIS TAX RETURN

    SGM MANAGEMENT, LLC   45-4543826  (A C COPORATION)

# OKLAHOMA SMALL BUSINESS CORPORATION
# INCOME AND FRANCHISE TAX RETURN

**Form 512-S**
**2016**



This form is due 30 days after the due date of the Federal Return

For the year January 1 - December 31, 2016, or other taxable year

beginning: [ ] , 2016    ending: [ ] , [ ]

| AMENDED RETURN! |
|---|
| If this is an Amended Return place an 'X' here → X |
| See Schedule 512-S-X on page 10. |

**Corporate Name:**
SGM LEASING LLC

**Street Address:**
PO BOX 349

**City, State or Province, Country and ZIP or Foreign Postal Code:**
SHAMROCK, TX 79079

| Date of Incorporation | Under the Laws of: |
|---|---|
| 2/15/2012 | OKLAHOMA |

**Type of Business:**
LEASING

If this is a final return, place an 'X' here: [ ]

**Federal Employer Identification Number:**
45-4543762

**Business Code Number:**
532400

→ **Notice: Corporations that filed a Form 200-F electing to file a combined corporate income and franchise tax return should:**

- ☐ Complete Sections One, Two and Three on pages 1 and 2.
- ☐ Complete the applicable income tax schedules on pages 3-5.
- ☐ Complete the applicable franchise tax schedules on pages 6-9.

**Corporations filing a stand-alone Oklahoma Annual Franchise Tax Return (Form 200) or who are not required to file a franchise tax return should:**

- ☐ Complete Sections One and Three on pages 1 and 2.
- ☐ Complete the applicable income tax schedules on pages 3, 4 and 5.
- ☐ Do NOT complete the franchise tax portion of the return.

## Part One, Section One: Income Tax - Tax Computation Schedule for Nonresident Shareholders Who Do Not File Form 512-SA and for a Corporation Claiming the Refundable Credits from Form 577 or 578.

| | | | |
|---|---|---|---|
| 1a | Nonresident share of income from Page 5, Part 5, line 14.................. 1a | | 0.00 |
| 1b | Nonresident share of deductions (see instructions)........................... 1b | | 00 |
| 1 | Nonresident share of taxable income (line 1a minus line 1b)................................................. 1 | | 00 |
| 2 | Tax: 6% of line 1......................................................................... 2 | | 0.00 |
| 3 | Other Credits Form (see instructions) (provide Form 511CR).......................... [ ] .... 3 | | 00 |
| 4 | Balance of tax due (line 2 minus line 3, but not less than zero)............................... 4 | | 0.00 |
| 5 | 2016 Oklahoma estimated tax payments (i.e. Form(s) OW-8-ESC)............ 5 | 00 | |
| 6 | Amount paid with extension request ..................................... 6 | 00 | |
| 7 | Okla. withholding (provide Form 1099, 500-A, 500-B or other withholding statement)................................................ 7 | 00 | |
| 8 | Refundable Credits from Form...... a) [ ] 577... b) [ ] 578 ..... 8 | 00 | |
| 9 | Amount paid with original return and amount paid after it was filed (amended return only)............................................. 9 | 00 | |
| 10 | Any refunds or overpayment applied (amended return only)..................10 | ( )00 | |
| 11 | Total of lines 5 through 10................................................... 11 | | 00 |
| 12 | Overpayment (line 11 minus line 4)............................. Overpayment → 12 | | 0.00 |
| 13 | Tax Due (line 4 minus line 11)............................... IncomeTax Due → 13 | | 00 |
| 14 | Underpayment of estimated tax interest............................ Annualized [ ] 14 | | 00 |
| 15 | **For delinquent payment** add penalty of 5%................ $ [ ] plus interest of 1.25% per month.................... $ [ ] ...... 15 | | 00 |
| 16 | Total tax, penalty and interest (add lines 13 - 15)................................. Income Tax Balance Due → 16 | | 0.00 |

The Oklahoma Tax Commission is not required to give actual notice to taxpayers of changes in any state tax law.

PAPP 0747  11/01/16

2016 Form 512-S — Page 2    **Corporation Income and Franchise Tax**

| Name(s) shown on Form 512-S: | SGM LEASING LLC | Federal Employer Identification Number: 45-4543762 |
|---|---|---|

### SECTION TWO: FRANCHISE TAX

☐ Place an 'X' here if filing a combined corporate income and franchise tax return and complete Section Two. Corporations filing a Form 200 will skip Section Two and complete Section Three.

**To complete lines 17 - 24, use the figures from page 6, lines 12-19**

| | | | |
|---|---|---|---|
| 17 | Tax | 17 | 00 |
| 18 | Registered Agents Fee | 18 | 00 |
| 19 | Interest | 19 | 00 |
| 20 | Penalty | 20 | 00 |
| 21 | Reinstatement Fee | 21 | 00 |
| 22 | Previous Payment | 22 | ( ) 00 |
| 23 | Overpayment ........ Franchise Tax Overpayment → | 23 | 00 |
| 24 | Total Due ........ Franchise Tax Balance → | 24 | 00 |

### SECTION THREE: TOTAL

**All corporations complete Section Three. Combine Income Tax and Franchise Tax. If there is a net balance due, complete line 25. If there is a net overpayment, complete lines 26-30.**

**Balance Due**

| 25 | Total Balance Due | **Balance Due** → | 25 | 00 |
|---|---|---|---|---|

**Overpayment**

| 26 | Total Overpayment | 26 | 00 |
|---|---|---|---|
| 27 | Amount of line 26 to be credited to 2017 estimated income tax **(original return only)** | 27 | 00 |

**Line 28 provides you the opportunity to make a financial gift from your refund to a variety of Oklahoma organizations. Place the line number of the organization from the line 28 instructions in the box below and enter the amount you are donating. If giving to more than one organization, put a '99' in the box and provide a schedule showing how you would like your donation split.**

| 28 | Donations from your refund .... ☐ $2   ☐ $5   ☐ $_____   [ ] | 28 | 00 |
|---|---|---|---|

| 29 | Total (add lines 27 and 28) | 29 | 00 |
|---|---|---|---|
| 30 | Amount of line 26 to be refunded to you (line 26 minus line 29) ........ **Refund** → | 30 | 00 |

**Direct Deposit Note:** →

**All refunds must be by direct deposit. See Direct Deposit Information in the instructions of the 512-S Packet for details.**

Is this refund going to or through an account that is located outside of the United States?   ☐ Yes   ☐ No
Deposit my refund in my:   ☐ checking account   ☐ savings account

Routing Number: _____

Account Number: _____

**If the Oklahoma Tax Commission may discuss this return with your tax preparer, place an 'X' here:** [X]

Under penalties of perjury, I declare I have examined this return, including any accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct and complete. If prepared by person other than the taxpayer, this declaration is based on all information of which preparer has any knowledge.

**Make check payable to the Oklahoma Tax Commission**

| **Corporate Seal** | Signature of Officer | Date | Signature of Preparer | Date |
|---|---|---|---|---|
| | Name of Officer | | Name of Preparer: KELLYE L FUCHS, CPA | |
| | Title: MANAGING MEMBER | Phone Number: 580-225-4254 | Phone Number: (580) 225-8877 | Preparer's PTIN: P01254733 |

1000 N. MAIN, P.O. BOX 1728     ELK CITY, OK 73648

**Provide a copy of Federal return - Remit to Oklahoma Tax Commission - Post Office Box 26800 - Oklahoma City, OK 73126-0800**

OKSA0112L   11/01/16

PAPP 0748

SGM LEASING LLC

**2016 Form 512-S - Page 3**  Corporation Income Tax

## PART 2: ORDINARY INCOME FROM TRADE OR BUSINESS

Complete Column A. Column B should be completed by S Corporations whose income is all within Oklahoma and/or by those whose income is partly within and partly without Oklahoma (not of a unitary nature).
**CAUTION:** Include only trade or business income and expenses on lines 1a through 21 below.

| | | Column A As reported on Federal Return | | Column B Total applicable to Oklahoma | |
|---|---|---|---|---|---|
| 1 | **a** Gross receipts or sales ........ $ _1,516,748._ | | | | |
| | **b** **Minus** returns and allowances ..... $ _____ | 6,533,086. 00 | 1 | 1,516,748. 00 | |
| 2 | Cost of goods sold and/or operations ........................... | 3,440,229. 00 | 2 | 1,078,796. 00 | |
| 3 | Gross profit (subtract line 2 from line 1) ........................ | 3,092,857. 00 | 3 | 437,952. 00 | |
| 4 | Net gain (loss) (Form 4797 Part II, line 17) ................... | 1,182,609. 00 | 4 | 00 | |
| 5 | Other income (loss) (provide schedule) ........................ | 00 | 5 | 00 | |
| 6 | **Total income** (loss) (add lines 3 through 5) ................. | 4,275,466. 00 | 6 | 437,952. 00 | |
| 7 | Compensation of officers ........................................ | 94,634. 00 | 7 | 00 | |
| 8 | Salaries and wages ............................................. | 572,193. 00 | 8 | 00 | |
| 9 | Repairs and maintenance ....................................... | 540,399. 00 | 9 | 00 | |
| 10 | Bad debts ...................................................... | 144,346. 00 | 10 | 00 | |
| 11 | Rent ........................................................... | 155,378. 00 | 11 | 00 | |
| 12 | Taxes and licenses ............................................. | 314,859. 00 | 12 | 00 | |
| 13 | Interest ......................................................... | 87,269. 00 | 13 | 00 | |
| 14 | Depreciation ................................................... | 1,276,817. 00 | 14 | 00 | |
| 15 | Depletion (do not deduct oil and gas depletion) ................ | 00 | 15 | 00 | |
| 16 | Advertising .................................................... | 3,556. 00 | 16 | 00 | |
| 17 | Pension, profit-sharing, etc. plans ............................. | 00 | 17 | 00 | |
| 18 | Employee benefit programs .................................... | 272,985. 00 | 18 | 00 | |
| 19 | Other deductions (provide schedule) ...... SEE STATEMENT 1 | 1,330,696. 00 | 19 | 603,605. 00 | |
| 20 | **Total deductions** (add lines 7 through 19) .................. | 4,793,132. 00 | 20 | 603,605. 00 | |
| 21 | **Ordinary Income (Loss) from trade or business:** Subtract line 20 from line 6. Enter here and below on Part 3, line 1........ | -517,666. 00 | 21 | -165,653. 00 | |

## PART 3: SHAREHOLDERS' PRO RATA SHARE ITEMS

### Income (lines 1 through 11)

| | | Column A As reported on Federal Return | | Column B Total applicable to Oklahoma | |
|---|---|---|---|---|---|
| 1 | Ordinary income (loss) from trade or business (from above on Part 2, line 21) .... | -517,666. 00 | 1 | -165,653. 00 | |
| 2 | Net income (loss) from rental real estate activity(ies) (provide schedule) .......... | 00 | 2 | 00 | |
| 3 | Net income (loss) from other rental activity(ies) (provide schedule) ................ | 00 | 3 | 00 | |
| 4 | Interest income | | | | |
| | **a** Interest on loans, notes, mortgages, bonds, etc. ........................... | 6. 00 | 4a | 6. 00 | |
| | **b** Interest on obligations of a state or political subdivision ................... | | 4b | | |
| | **c** Interest on obligations of the United States ............................... | 00 | 4c | | |
| | **d** Other interest income ................................................... | 00 | 4d | 00 | |
| 5 | Dividend income ............................................... | 00 | 5 | 00 | |
| 6 | Royalties ...................................................... | 00 | 6 | 00 | |
| 7 | Net short-term capital gain (loss) (Schedule D, 1120-S) ........ | 00 | 7 | 00 | |
| 8 | Net long-term capital gain (loss) (Schedule D, 1120-S) ......... | 00 | 8 | 00 | |
| 9 | Net gain (loss) under Section 1231 (other than due to casualty or theft) .......... | 00 | 9 | 00 | |
| 10 | Other (provide schedule) ....................................... | 00 | 10 | 00 | |
| 11 | **Total income** (add lines 1 through 10) ....................... | -517,660. 00 | 11 | -165,647. 00 | |

### Deductions (lines 12 through 17)

| | | | | | |
|---|---|---|---|---|---|
| 12 | Section 179 deduction (provide schedule) ...................... | 00 | 12 | 00 | |
| 13 | Contributions .................................................. | 00 | 13 | 00 | |
| 14 | Deductions related to portfolio income ......................... | 00 | 14 | 00 | |
| 15 | Intangible drilling costs ........................................ | 00 | 15 | 00 | |
| 16 | Other deductions authorized by law (provide schedule) .......... | 00 | 16 | 00 | |
| 17 | **Total Deductions** (add lines 12 through 16) ................. | 00 | 17 | 00 | |

### Total (line 18)

| | | | | | |
|---|---|---|---|---|---|
| 18 | Net distributable income (line 11 minus line 17) ................ | -517,660. 00 | 18 | -165,647. 00 | |

**If Federal and Oklahoma distributable net incomes are the same, please see instructions on page 5 of packet.**

OKSA0112L 11/01/16



SGM LEASING LLC

**2016 Form 512-S - Page 4** Corporation Income Tax

45-4543762

---

**PART 4:** COMPUTATION OF OKLAHOMA TAXABLE INCOME OF A UNITARY ENTERPRISE WHOSE INCOME IS PARTLY WITHIN AND PARTLY WITHOUT OKLAHOMA

| | | | |
|---|---|---|---|
| 1 | Net distributable income from Page 3, Part 3, Column A, line 18 . . . . . . . . . . . . . . . . . | | 1 |
| 2 | Add: | **a** Taxes based on income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **2a** | |
| | | **b** Unallowable deduction (provide schedule) . . . . . . . . . . . . . . . . . . . . . **2b** | |
| | | **c** Other income (provide schedule) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **2c** | |
| | | **d** Total of lines 2a through 2c . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **2d** | |
| 3 | Deduct all items separately allocated: | | |
| | | **a** Interest on obligations of the United States . . . . . . . . . . . . . . . . . . . . . **3a** | |
| | | **b** _____ . . . . . . . . . . . . . . . . . **3b** | |
| | | **c** _____ . . . . . . . . . . . . . . . . . **3c** | |
| | | **d** Total of lines 3a through 3c . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **3d** | |
| | (Note: Items listed in 2 and 3 above must be net amounts supported by schedules showing source, location, expenses, etc.) | | |
| 4 | Net apportionable income (line 1 plus line 2d, minus line 3d) . . . . . . . . . . . . . . . . . | | 4 |
| 5 | Oklahoma's portion thereof _____ %, from schedule below . . . . . . | | 5     0. |
| 6 | Add items separately allocated to Oklahoma: | | |
| | | **a** _____ , _____ **6a** | |
| | | **b** _____ , _____ **6b** | |
| | | **c** _____ , _____ **6c** | |
| | | **d** _____ , _____ **6d** | |
| | | **e** Total of lines 6a through 6d . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **6e** | |
| 7 | Oklahoma net distributable income (add lines 5 and 6e; enter here and on Page 2, Part 3, Column B, line 18) . . . . . . | | 7 |

---

## APPORTIONMENT FORMULA

| | | Column A<br>**Total Within Oklahoma** | Column B<br>**Total Within and Without Oklahoma** | Column C<br>**(A divided by B)**<br>**Percent Within Oklahoma** |
|---|---|---|---|---|
| 1 | Value of real and tangible personal property used in the unitary business (by averaging the values at the beginning and ending of the tax period). | | | |
| | **a** Owned property (at original cost): | | | |
| |    **(i)** Inventories . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1ai | | | |
| |    **(ii)** Depreciable property . . . . . . . . . . . . . . . . . . . . . 1aii | | | |
| |    **(iii)** Land . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1aiii | | | |
| |    **(iv)** Total of section 'a' . . . . . . . . . . . . . . . . . . . . . 1aiv | | | |
| | **b** Rented property (capitalize at 8 times net rental paid) . . 1b | | | |
| | **c** Total of sections 'a' and 'b' above . . . . . . . . . . . . . . . . 1c | $ | $ | % |
| 2 | **a** Payroll . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2a | | | |
| | **b** Less: Officer's salaries . . . . . . . . . . . . . . . . . . . . . . . . . . . 2b | | | |
| | **c** Total (subtract officer's salaries from payroll) . . . . . . . 2c | $ | $ | % |
| 3 | Sales: | | | |
| | **a** Sales delivered or shipped to Oklahoma purchasers: | | | |
| |    **(i)** Shipped from outside Oklahoma . . . . . . . . . . . 3ai | | | |
| |    **(ii)** Shipped from within Oklahoma . . . . . . . . . . . 3aii | | | |
| | **b** Sales shipped from Oklahoma to: | | | |
| |    **(i)** The United States Government . . . . . . . . . . . 3bi | | | |
| |    **(ii)** Purchasers in a state or country where the corporation is not taxable (i.e. under Public Law 86-272) 3bii | | | |
| | **c** Total of sections 'a' and 'b' . . . . . . . . . . . . . . . . . . . . . . 3c | $ | $ | % |
| 4 | If Revenue, Traffic Units or Miles Traveled is used rather than Sales, indicate here . . . _____ | | | |
| 5 | Total percent (sum of items 1, 2 and 3) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5 | | | % |
| 6 | Average percent (1/3 of total percent) (Carry to Part 4, line 5 above) . . . . . . . . . . . . . . . . . . . . . . . . 6 | | | % |

**Note: Provide a complete copy of your Federal return.**

OKSA0134L 10/10/16

SGM LEASING LLC

45-4543762



**2016 Form 512-S - Page 5** Corporation Income Tax

## PART 5: SHAREHOLDERS' PRO RATA SHARE OF INCOME

Enter the information for each shareholder. If there are more than 3 shareholders, use Form 512-S-SUP to enter the additional shareholders.
Use as many Forms 512-S-SUP as needed.

| | | SHAREHOLDER 1 | SHAREHOLDER 2 | SHAREHOLDER 3 |
|---|---|---|---|---|
| 1 | Name and address of each shareholder Name: | MICHAEL S GALMOR | | |
| | Address: | PO BOX 2172 | | |
| | City, State, ZIP: | ELK CITY, OK 73648 | | |
| 2 | SSN or FEIN | ▉▉▉▉ | | |
| 3 | Ownership Percentage | 100 | | |
| 4 | Distributable Federal Income (Part 3, Column A, line 18 times Part 5 line 3) | −517,660. | | |
| 5 | Distributable Oklahoma Income (Part 3, Column B, line 18 times Part 5 line 3**) | −165,647. | | |
| 6 | Oil and Gas Depletion (Federal) | | | |
| 7 | Oil and Gas Depletion (Oklahoma) | | | |
| 8 | Amount of Credit | | | |
| 9 | Type of Credit | | | |
| 10 | Amount of Withholding | | | |
| 11 | Type of Withholding | | | |

### NONRESIDENT SHAREHOLDER

| | | | | |
|---|---|---|---|---|
| 12 | Is a signed Form 512-SA provided? If nonresident agreement (Form 512-SA) is NOT provided, the S Corporation will be taxed on the income reported in line 13. | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |
| 13 | Nonresident Share of Income to Tax if line 12 is NO (enter the distributable Oklahoma income from line 5) | | | |

### TOTAL: NONRESIDENT SHARE OF INCOME TO TAX

| | |
|---|---|
| 14 | Add amounts shown in line 13 above for all Shareholders, and if applicable, from Form 512-S-SUP. Enter here and on Page 1, Part 1, line 1a. .................................................................. $         0. |

**NOTE:** The amount shown in Part 3, Column B, line 18, Oklahoma net distributable income, may not be the amount to be entered on the shareholder's Oklahoma income tax return. This amount includes all allowable shareholder's income, losses ,and deductions. Some of these items may be limited on the Federal return. If these items are allowed in full or part on your Federal income tax return, they will be allowed to the same extent on your Oklahoma return.

**Notice:** Forms required to compute withholding and credits must be provided with corporate return. Examples of these include: Form 1099 MISC, Form 500A: Nonresident Royalty Withholding, Form 511CR: Other Credits, Form 506: Investment/New Jobs Credit and Form 529: Small Business Guaranty Fee Credit. Schedules or authorization must be furnished.

### NOTE: PROVIDE A COMPLETE COPY OF YOUR FEDERAL RETURN.

## PART 6: ADDITIONAL INFORMATION

OKSA0134L 10/10/16

**Location of Principal Accounting Records**

| | | | |
|---|---|---|---|
| PO BOX 349 | SHAMROCK | TX | 79079 |
| Address | City | State | Zip |

| | |
|---|---|
| Has the Internal Revenue Service redetermined your tax liability for prior years? | ☐ Yes ☒ No What years? _____ |
| Did you file amended returns for the years stated above? | ☐ Yes ☐ No ☒ N/A |
| Has the statute of limitations been extended by consent for any prior years? | ☐ Yes ☒ No What years? _____ |
| Business name | Date business began in Oklahoma 2/15/2012 |
| Principal location(s) in Oklahoma | _____ |

**Mail to: Oklahoma Tax Commission, PO Box 26800, Oklahoma City, Oklahoma 73126-0800**

PAPP 0751

**2016 Form 512-S — Page 10**  Small Business Corporation Income and Franchise Tax

## SCHEDULE 512-S-X: AMENDED RETURN SCHEDULE

**A**  Did you file an amended Federal income tax return?  [X] Yes  [ ] No

Provide a copy of amended Federal return  and a copy of 'Statement of Adjustment', IRS refund check or deposit slip.

**B**  If this return is being filed due to a Federal audit, furnish a complete copy of the RAR.

**C**  Explanation or Reason for Amended Return (Provide all necessary schedules):

THE RETURN IS BEING AMENDED TO INCLUDE ADDITIONAL INCOME

NOT INCLUDED ON THE ORIGINAL RETURN.

### INSTRUCTIONS FOR FILING AN AMENDED RETURN

When filing an amended return, place an ☐X☐ in the Amended Return check-box at the top of page 1. Enter any amount(s) paid with the original return plus any amount(s) paid after it was filed on line 9. Enter any refund previously received or overpayment applied on line 10. Complete the Amended Return Schedule, Schedule 512-S-X above.

*Provide the amended Federal return and proof of disposition by the Internal Revenue Service when applicable.*

An overpayment on an amended return may not be credited to estimated tax, but will be refunded. The amount applied to estimated tax on the original return cannot be adjusted.

OKSA0110L  10/10/16




# OKLAHOMA INCOME TAX DECLARATION
## FOR ELECTRONIC FILING (for Form 512, 512-S, 513, 513NR or 514)

**2016**

**FORM EF**

| Do not send to the Oklahoma Tax Commission. Keep Form EF for your records. |
| --- |

For calendar year 2016 or tax year beginning  **1/01**  , 2016 and ending  **12/31**  , 20 **16** .

| Name of Entity | Federal Employer Identification Number |
| --- | --- |
| SGM LEASING LLC | 45-4543762 |

**Submission ID Number**

## 1 | Tax Return Information (whole dollars only) Complete lines A and B. Enter the applicable amounts from the return, if any.

| | | |
| --- | --- | --- |
| Form 512: | **A.** Oklahoma taxable income (Form 512, line 1)............................................ | |
| | **B.** Refund or balance due (Form 512, line 30 or 25)..................................... | |
| Form 512-S: | **A.** Nonresident share of taxable income (Form 512-S, line 1).............................. | 0. |
| | **B.** Refund or balance due (Form 512-S, line 30 or 25).................................. | 0. |
| Form 513: | **A.** Taxable income of fiduciary (Form 513, line 23)..................................... | |
| | **B.** Refund or balance due (Form 513, line 36 or 40).................................... | |
| Form 513NR: | **A.** Taxable income of fiduciary (Form 513NR, line 25)................................. | |
| | **B.** Refund or balance due (Form 513NR, line 40 or 44)................................. | |
| Form 514: | **A.** Nonresident share of income (Form 514, line 1)..................................... | |
| | **B.** Refund or balance due (Form 514, line 14 or 18).................................... | |

## 2 | Declaration of Officer, Partner, Member or Fiduciary

**2a** ☐ I consent the refund be directly deposited as designated in the electronic portion of the Oklahoma income tax return.

**2b** ☐ I authorize the Oklahoma State Treasury and its designated Financial Agent to initiate an ACH electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of the Oklahoma taxes owed on this return and/or a payment of estimated tax. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment.

If a balance due return is being filed, I understand that if the Oklahoma Tax Commission (OTC) does not receive full and timely payment of the tax liability, the entity will remain liable for the tax liability and all applicable interest and penalties.

Under penalties of perjury, I declare I have compared the information contained on the return, with information I have provided to my Electronic Return Originator (ERO), and the amounts described in Part One above, agree with the amounts shown on the corresponding lines of the Oklahoma income tax return. To the best of my knowledge and belief, the return is true, correct, and complete. I consent the return, including this declaration and accompanying schedules and statements, be sent to the OTC by my ERO.

In addition, by using a computer system and software to prepare and transmit my return electronically, I consent to the disclosure to the Oklahoma Tax Commission of all information pertaining to my use of the system and software and to the transmission of my tax return electronically.

**Sign Here:** _____   _____   _____
Signature of Officer, Partner, Member or Fiduciary          Date          Title

## 3 | Declaration of Electronic Return Originator (ERO) and Paid Preparer

I declare I have reviewed the above taxpayer's return and the entries on Form EF are complete and correct to the best of my knowledge. (EROs who are collectors are not responsible for reviewing the taxpayer's return; however, they must ensure Form EF accurately reflects the data on the return.) I have obtained the taxpayer's signature on Form EF and have provided the taxpayer with a copy of all forms and information to be filed with the OTC, and have followed all other requirements described in the Federal Publication for Modernized e-File. If I am also a Paid Preparer, under penalties of perjury I declare I have examined the above taxpayer's return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct and complete. This Paid Preparer declaration is based on all information of which I have any knowledge.

**Sign Here:** _____   _____   **P01254733**   **(580) 225-8877**
ERO Signature                          Date          PTIN          Phone Number with Area Code

**Sign Here:** _____   _____   _____   _____
Paid Preparer Signature                          Date          PTIN          Phone Number with Area Code

Firm Name (or yours if self-employed):  P K & COMPANY PLLC
and Address, City, and Zip Code:  1000 N. MAIN, P.O. BOX 1728
ELK CITY                                    OK          73648

| ERO Must Retain Form EF — Unless Requested Do Not Submit This Form to the Oklahoma Tax Commission. |
| --- |

OKCA0201L  09/27/16

| 2016 | OKLAHOMA STATEMENTS | PAGE 1 |
|---|---|---|
| | **SGM LEASING LLC** | **45-4543762** |

**STATEMENT 1**
**FORM 512-S, PART II**
**LINE 19, OTHER DEDUCTIONS**

| | | |
|---|---|---|
| ALLOCATED EXPENSE........................................................................ | $ | 603,605. |
| TOTAL | $ | 603,605. |

SGM LEASING LLC
PO BOX 349
SHAMROCK, TX 79079
580-225-4254

October 13, 2017

MICHAEL S GALMOR
PO BOX 2172
ELK CITY, OK 73648

RE:
SGM LEASING LLC
45-4543762
2016 S Corporation Schedule K-1 (Form 1120S)

Dear MICHAEL S GALMOR:

It has been necessary to amend the 2016 S Corporation Income Tax Return for SGM LEASING LLC. Enclosed is your amended 2016 Schedule K-1 (Form 1120S) Shareholder's Share of Income, Deductions, Credits, Etc. You should consult your personal income tax advisor to determine if it is appropriate for you to amend your income tax return as a result of these changes. We apologize for any inconvenience this may cause you.

If you have any questions concerning this information, please contact us immediately.

Sincerely,


SGM LEASING LLC

Enclosure(s)

671113

| Schedule K-1 (Form 1120S) | 2016 |
|---|---|

Department of the Treasury
Internal Revenue Service

☐ Final K-1   ☒ Amended K-1
OMB No. 1545-0123

For calendar year 2016, or tax

year beginning _____ , 2016

ending _____ , 

**Shareholder's Share of Income, Deductions, Credits, etc.** ▶ See page 2 of form and separate instructions.

| **Part I** | **Information About the Corporation** |
|---|---|

**A** Corporation's employer identification number
45-4543762

**B** Corporation's name, address, city, state, and ZIP code
SGM LEASING LLC
PO BOX 349
SHAMROCK, TX 79079

**C** IRS Center where corporation filed return
E-FILE

| **Part II** | **Information About the Shareholder** |
|---|---|

**D** Shareholder's identifying number
***-**-█████

**E** Shareholder's name, address, city, state, and ZIP code
MICHAEL S GALMOR
PO BOX 2172
ELK CITY, OK 73648

**F** Shareholder's percentage of stock
ownership for tax year...................... 100 %

F
O
R

I
R
S

U
S
E

O
N
L
Y

**Part III** **Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items**

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) -517,666. | 13 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income 6. | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) | 15 | Alternative minimum tax (AMT) items |
| | | A | 75,170. |
| | | B | -9,548. |
| 11 | Section 179 deduction | 16 | Items affecting shareholder basis |
| | | C* | 1,608. |
| 12 | Other deductions | | |
| | Q -517,666. | | |
| | R 666,827. | | |
| | | 17 | Other information |
| | | A | 6. |

*See attached statement for additional information.

**BAA** **For Paperwork Reduction Act Notice, see Instructions for Form 1120S.**

Schedule **K-1** (Form 1120S) 2016

SHAREHOLDER 1

SPSA0412L   08/22/16

Schedule K-1 (Form 1120S) 2016   SGM LEASING LLC                                          45-4543762                Page **2**

**This list identifies the codes used on Schedule K-1 for all shareholders and provides summarized reporting information for shareholders who file Form 1040. For detailed reporting and filing information, see the separate Shareholder's Instructions for Schedule K-1 and the instructions for your income tax return.**



**1   Ordinary business income (loss).** Determine whether the income (loss) is passive or nonpassive and enter on your return as follows:

*Report on*

| | |
|---|---|
| Passive loss | See the Shareholder's Instructions |
| Passive income | Schedule E, line 28, column (g) |
| Nonpassive loss | Schedule E, line 28, column (h) |
| Nonpassive income | Schedule E, line 28, column (j) |

**2   Net rental real estate income (loss)**   See the Shareholder's Instructions

**3   Other net rental income (loss)**

| | |
|---|---|
| Net income | Schedule E, line 28, column (g) |
| Net loss | See the Shareholder's Instructions |

**4   Interest income**   Form 1040, line 8a
**5 a Ordinary dividends**   Form 1040, line 9a
**5 b Qualified dividends**   Form 1040, line 9b
**6   Royalties**   Schedule E, line 4
**7   Net short-term capital gain (loss)**   Schedule D, line 5
**8 a Net long-term capital gain (loss)**   Schedule D, line 12
**8 b Collectibles (28%) gain (loss)**   28% Rate Gain Worksheet, line 4 (Schedule D instructions)
**8 c Unrecaptured section 1250 gain**   See the Shareholder's Instructions
**9   Net section 1231 gain (loss)**   See the Shareholder's Instructions
**10   Other income (loss)**

*Code*

| | | |
|---|---|---|
| A | Other portfolio income (loss) | See the Shareholder's Instructions |
| B | Involuntary conversions | See the Shareholder's Instructions |
| C | Sec. 1256 contracts and straddles | Form 6781, line 1 |
| D | Mining exploration costs recapture | See Pub 535 |
| E | Other income (loss) | See the Shareholder's Instructions |

**11   Section 179 deduction**   See the Shareholder's Instructions
**12   Other deductions**

| | | |
|---|---|---|
| A | Cash contributions (50%) | |
| B | Cash contributions (30%) | |
| C | Noncash contributions (50%) | |
| D | Noncash contributions (30%) | See the Shareholder's Instructions |
| E | Capital gain property to a 50% organization (30%) | |
| F | Capital gain property (20%) | |
| G | Contributions (100%) | |
| H | Investment interest expense | Form 4952, line 1 |
| I | Deductions — royalty income | Schedule E, line 19 |
| J | Section 59(e)(2) expenditures | See the Shareholder's Instructions |
| K | Deductions — portfolio (2% floor) | Schedule A, line 23 |
| L | Deductions — portfolio (other) | Schedule A, line 28 |
| M | Preproductive period expenses | See the Shareholder's Instructions |
| N | Commercial revitalization deduction from rental real estate activities | See Form 8582 instructions |
| O | Reforestation expense deduction | See the Shareholder's Instructions |
| P | Domestic production activities information | See Form 8903 instructions |
| Q | Qualified production activities income | Form 8903, line 7b |
| R | Employer's Form W-2 wages | Form 8903, line 17 |
| S | Other deductions | See the Shareholder's Instructions |

**13   Credits**

| | | |
|---|---|---|
| A | Low-income housing credit (section 42(j)(5)) from pre-2008 buildings | |
| B | Low-income housing credit (other) from pre-2008 buildings | |
| C | Low-income housing credit (section 42(j)(5)) from post-2007 buildings | |
| D | Low-income housing credit (other) from post-2007 buildings | See the Shareholder's Instructions |
| E | Qualified rehabilitation expenditures (rental real estate) | |
| F | Other rental real estate credits | |
| G | Other rental credits | |
| H | Undistributed capital gains credit | Form 1040, line 73, box a |
| I | Biofuel producer credit | |
| J | Work opportunity credit | |
| K | Disabled access credit | See the Shareholder's Instructions |
| L | Empowerment zone employment credit | |
| M | Credit for increasing research activities | |

| | | |
|---|---|---|
| N | Credit for employer social security and Medicare taxes | See the Shareholder's Instructions |
| O | Backup withholding | |
| P | Other credits | |

**14   Foreign transactions**

| | | |
|---|---|---|
| A | Name of country or U.S. possession | |
| B | Gross income from all sources | Form 1116, Part I |
| C | Gross income sourced at shareholder level | |

*Foreign gross income sourced at corporate level*

| | | |
|---|---|---|
| D | Passive category | |
| E | General category | Form 1116, Part I |
| F | Other | |

*Deductions allocated and apportioned at shareholder level*

| | | |
|---|---|---|
| G | Interest expense | Form 1116, Part I |
| H | Other | Form 1116, Part I |

*Deductions allocated and apportioned at corporate level to foreign source income*

| | | |
|---|---|---|
| I | Passive category | |
| J | General category | Form 1116, Part I |
| K | Other | |

*Other information*

| | | |
|---|---|---|
| L | Total foreign taxes paid | Form 1116, Part II |
| M | Total foreign taxes accrued | Form 1116, Part II |
| N | Reduction in taxes available for credit | Form 1116, line 12 |
| O | Foreign trading gross receipts | Form 8873 |
| P | Extraterritorial income exclusion | Form 8873 |
| Q | Other foreign transactions | See the Shareholder's Instructions |

**15   Alternative minimum tax (AMT) items**

| | | |
|---|---|---|
| A | Post-1986 depreciation adjustment | |
| B | Adjusted gain or loss | |
| C | Depletion (other than oil & gas) | See the Shareholder's Instructions and the Instructions for Form 6251 |
| D | Oil, gas, & geothermal — gross income | |
| E | Oil, gas, & geothermal — deductions | |
| F | Other AMT items | |

**16   Items affecting shareholder basis**

| | | |
|---|---|---|
| A | Tax-exempt interest income | Form 1040, line 8b |
| B | Other tax-exempt income | |
| C | Nondeductible expenses | See the Shareholder's Instructions |
| D | Distributions | |
| E | Repayment of loans from shareholders | |

**17   Other information**

| | | |
|---|---|---|
| A | Investment income | Form 4952, line 4a |
| B | Investment expenses | Form 4952, line 5 |
| C | Qualified rehabilitation expenditures (other than rental real estate) | See the Shareholder's Instructions |
| D | Basis of energy property | See the Shareholder's Instructions |
| E | Recapture of low-income housing credit (section 42(j)(5)) | Form 8611, line 8 |
| F | Recapture of low-income housing credit (other) | Form 8611, line 8 |
| G | Recapture of investment credit | See Form 4255 |
| H | Recapture of other credits | See the Shareholder's Instructions |
| I | Look-back interest — completed long-term contracts | See Form 8697 |
| J | Look-back interest — income forecast method | See Form 8866 |
| K | Dispositions of property with section 179 deductions | |
| L | Recapture of section 179 deduction | |
| M | Section 453(l)(3) information | |
| N | Section 453A(c) information | |
| O | Section 1260(b) information | |
| P | Interest allocable to production expenditures | See the Shareholder's Instructions |
| Q | CCF nonqualified withdrawals | |
| R | Depletion information — oil and gas | |
| S | Reserved | |
| T | Section 108(i) information | |
| U | Net investment income | |
| V | Other information | |

SHAREHOLDER 1 : MICHAEL S GALMOR    ***-**-▮▮▮▮▮        SPSA0412L  08/22/16        Schedule **K-1** (Form 1120S) 2016

SGM LEASING LLC 45-4543762

SCHEDULE K-1 (FORM 1120S) 2016      **SUPPLEMENTAL INFORMATION**      PAGE   3

**BOX 16**
**ITEMS AFFECTING SHAREHOLDER BASIS**

**\* DESCRIPTIVE INFORMATION**
C    DISALLOWED MEALS AND ENTERTAINMENT.............................................. \$      1,608.

SHAREHOLDER 1 : MICHAEL S GALMOR   \*\*\*-\*\*-    /16/16

| **Oklahoma Shareholder Information** | **OKLAHOMA Shareholder's Share of Income** | **2016** |
|---|---|---|

| **Shareholder's Identification Number ▶** ████████ | **Federal Employer Identification Number ▶** 45-4543762 |
|---|---|
| Shareholder's name, address, and ZIP code | Corporation's name, address, and ZIP code |
| MICHAEL S GALMOR<br>PO BOX 2172<br>ELK CITY, OK 73648 | SGM LEASING LLC<br>PO BOX 349<br>SHAMROCK, TX 79079 |

Shareholder's percentage of stock ownership for tax year . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶    100%

Number of shares owned . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶    100

☐ Check if non-resident    ☐ Check box if nonresident agreement not executed

| INCOME AND WITHHOLDING | Federal | Oklahoma |
|---|---|---|
| Distributable income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | -517,660. | -165,647. |
| Allowable oil and gas depletion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Nonresident withholding . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Royalty withholding . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Qualifying Oklahoma net capital gain or loss . . . . . . . . . . . . . . . . . . . . . . . . | | |
| **CREDITS** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SHAREHOLDER 1

OKSL0101L  06/16/16

**2016 Partnership Return**
prepared for:

**GALMOR MANAGEMENT LLC**
PO BOX 346
SHAMROCK, TX 79079-0349

**P K & Company PLLC**
1000 N. Main, P.O. Box 1728
Elk City, OK 73648

EXHIBIT

1 5

DEPONENT NAME: Galmor     DATE: 3/24/21

CONFIDENTIAL

M.GALMOR_0752

PAPP 0760

**P K & COMPANY PLLC**
**1000 N. MAIN, P.O. BOX 1728**
**ELK CITY, OK 73648**
**(580) 225-8877**

September 13, 2017

GALMOR MANAGEMENT LLC
PO BOX 346
SHAMROCK, TX 79079-0349

Dear Client:

Your 2016 Federal Partnership Income Tax return will be electronically filed with the Internal Revenue Service upon receipt of a signed Form 8879PE - IRS e-file Signature Authorization.  No tax is payable with the filing of this return.

Please call if you have any questions.

Sincerely,

KELLYE L FUCHS, CPA

CONFIDENTIAL
M.GALMOR_0753
PAPP 0761

Form **8879-PE**

**IRS e-file Signature Authorization for Form 1065**

► Don't send to the IRS. Keep for your records.

► Information about Form 8879-PE and its instructions is at *www.irs.gov/form8879pe.*

OMB No. 1545-0123

**2016**

Department of the Treasury
Internal Revenue Service

For calendar year 2016, or tax year beginning , 2016, and ending ,

| Name of partnership | Employer identification number |
|---|---|
| GALMOR MANAGEMENT LLC | 27-4132505 |

### Part I   Tax Return Information (Whole dollars only)

| | | | |
|---|---|---|---:|
| 1 | Gross receipts or sales less returns and allowances (Form 1065, line 1c) | 1 | |
| 2 | Gross profit (Form 1065, line 3) | 2 | |
| 3 | Ordinary business income (loss) (Form 1065, line 22) | 3 | -992. |
| 4 | Net rental real estate income (loss) (Form 1065, Schedule K, line 2) | 4 | 106. |
| 5 | Other net rental income (loss) (Form 1065, Schedule K, line 3c) | 5 | |

### Part II   Declaration and Signature Authorization of General Partner or Limited Liability Company Member Manager (Be sure to get a copy of the partnership's return)

Under penalties of perjury, I declare that I am a general partner or limited liability company member manager of the above partnership and that I have examined a copy of the partnership's 2016 electronic return of partnership income and accompanying schedules and statements and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of the partnership's electronic return of partnership income. I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to send the partnership's return to the IRS and to receive from the IRS **(a)** an acknowledgement of receipt or reason for rejection of the transmission and **(b)** the reason for any delay in processing the return. I have selected a personal identification number (PIN) as my signature for the partnership's electronic return of partnership income.

**General Partner or Limited Liability Company Member Manager's PIN: check one box only**

[X] I authorize   P K & COMPANY PLLC   to enter my PIN   27413   as my signature on the
                               ERO firm name                         don't enter all zeros
partnership's 2016 electronically filed return of partnership income.

[ ]   As a general partner or limited liability company member manager of the partnership, I will enter my PIN as my signature on the partnership's 2016 electronically filed return of partnership income.

General partner or limited liability company member manager's signature ► _____

Title ► _____    Date ► _____

### Part III   Certification and Authentication

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN.   73695054733
                                                                       don't enter all zeros

I certify that the above numeric entry is my PIN, which is my signature on the 2016 electronically filed return of partnership income for the partnership indicated above. I confirm that I am submitting this return in accordance with the requirements of **Pub 3112,** IRS *e-file* Application and Participation, and **Pub 4163,** Modernized e-File (MeF) Information for Authorized IRS *e-file* Providers for Business Returns.

ERO's signature ► _____    Date ► _____

**ERO Must Retain This Form — See Instructions**
**Don't Submit This Form to the IRS Unless Requested To Do So**

**BAA   For Paperwork Reduction Act Notice, see instructions.**                           Form **8879-PE** (2016)

PTPA0901L   09/20/16

CONFIDENTIAL
M.GALMOR_0754
PAPP 0762

Form **1065**

Department of the Treasury
Internal Revenue Service

### U.S. Return of Partnership Income

**For calendar year 2016, or tax year beginning** _____ **, 2016,**
**ending** _____ **, 20** ____
► Information about Form 1065 and its separate instructions is at www.irs.gov/form1065.

OMB No. 1545-0123

**2016**

| | |
|---|---|
| **A** Principal business activity<br>SERVICES | **D** Employer identification no.<br>27-4132505 |
| **B** Principal product or service<br>MANAGEMENT | **E** Date business started<br>6/03/2011 |
| **C** Business code number<br>525990 | **F** Total assets (see the instrs)<br>$ |

Type or Print

GALMOR MANAGEMENT LLC
PO BOX 346
SHAMROCK, TX 79079-0349

**G** Check applicable boxes: **(1)** ☐ Initial return **(2)** ☐ Final return **(3)** ☐ Name change **(4)** ☐ Address change **(5)** ☐ Amended return
**(6)** ☐ Technical termination — also check (1) or (2)

**H** Check accounting method: **(1)** ☒ Cash **(2)** ☐ Accrual **(3)** ☐ Other (specify) ► _____

**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ► _____ 2

**J** Check if Schedules C and M-3 are attached ................................................... ☐

**Caution.** *Include only trade or business income and expenses on lines 1a through 20 below. See the instructions for more information.*

**INCOME**

| | | | |
|---|---|---|---|
| **1a** Gross receipts or sales | 1a | | |
| **b** Returns and allowances | 1b | | |
| **c** Balance. Subtract line 1b from line 1a | | 1c | |
| **2** Cost of goods sold (attach Form 1125-A) | | 2 | |
| **3** Gross profit. Subtract line 2 from line 1c | | 3 | |
| **4** Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) SEE STATEMENT 1 | | 4 | -992. |
| **5** Net farm profit (loss) (attach Schedule F (Form 1040)) | | 5 | |
| **6** Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | 6 | |
| **7** Other income (loss) (attach statement) | | 7 | |
| **8** **Total income (loss).** Combine lines 3 through 7 | | 8 | -992. |

**DEDUCTIONS (SEE INSTRUCTIONS FOR LIMITATIONS)**

| | | |
|---|---|---|
| **9** Salaries and wages (other than to partners) (less employment credits) | 9 | |
| **10** Guaranteed payments to partners | 10 | |
| **11** Repairs and maintenance | 11 | |
| **12** Bad debts | 12 | |
| **13** Rent | 13 | |
| **14** Taxes and licenses | 14 | |
| **15** Interest | 15 | |
| **16a** Depreciation (if required, attach Form 4562) | 16a | |
| **b** Less depreciation reported on Form 1125-A and elsewhere on return | 16b | 16c |
| **17** Depletion (**Do not deduct oil and gas depletion.**) | | 17 |
| **18** Retirement plans, etc. | | 18 |
| **19** Employee benefit programs | | 19 |
| **20** Other deductions (attach statement) | | 20 |
| **21** **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 | | 21 |
| **22** **Ordinary business income (loss).** Subtract line 21 from line 8 | | 22 | -992. |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than general partner or limited liability company member manager) is based on all information of which preparer has any knowledge.

| Signature of general partner or limited liability company member manager | Date |
|---|---|

May the IRS discuss this return with the preparer shown below (see instrs)? ☒ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| KELLYE L FUCHS, CPA | | | | P01254733 |

Firm's name ► P K & COMPANY PLLC   Firm's EIN ► 47-3985644
Firm's address ► 1000 N. MAIN, P.O. BOX 1728
ELK CITY, OK 73648   Phone no. (580) 225-8877

**BAA For Paperwork Reduction Act Notice, see separate instructions.** PTPA0105L 01/06/17   Form **1065** (2016)

CONFIDENTIAL
M.GALMOR_0755
PAPP 0763

Form **1065** (2016)  GALMOR MANAGEMENT LLC                                 27-4132505                Page **2**

## Schedule B  Other Information

|  |  | Yes | No |
|---|---|---|---|
| **1** | What type of entity is filing this return? Check the applicable box: | | |

**a** [X] Domestic general partnership    **b** [ ] Domestic limited partnership

**c** [ ] Domestic limited liability company    **d** [ ] Domestic limited liability partnership

**e** [ ] Foreign partnership    **f** [ ] Other ▶

|  |  | Yes | No |
|---|---|---|---|
| **2** | At any time during the tax year, was any partner in the partnership a disregarded entity, a partnership (including an entity treated as a partnership), a trust, an S corporation, an estate (other than an estate of a deceased partner), or a nominee or similar person? | | X |
| **3** | At the end of the tax year: | | |
| **a** | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization, or any foreign government own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If 'Yes,' attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | | X |
| **b** | Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If 'Yes,' attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | | X |
| **4** | At the end of the tax year, did the partnership: | | |
| **a** | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If 'Yes,' complete (i) through (iv) below. | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

|  |  | Yes | No |
|---|---|---|---|
| **b** | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If 'Yes,' complete (i) through (v) below | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

|  |  | Yes | No |
|---|---|---|---|
| **5** | Did the partnership file Form 8893, Election of Partnership Level Tax Treatment, or an election statement under section 6231(a)(1)(B)(ii) for partnership-level tax treatment, that is in effect for this tax year? See Form 8893 for more details | | X |
| **6** | Does the partnership satisfy **all four** of the following conditions? | | |
| **a** | The partnership's total receipts for the tax year were less than $250,000. | | |
| **b** | The partnership's total assets at the end of the tax year were less than $1 million. | | |
| **c** | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | |
| **d** | The partnership is not filing and is not required to file Schedule M-3 | X | |
|  | If 'Yes,' the partnership is not required to complete Schedules L, M-1, and M-2; Item F on page 1 of Form 1065; or Item L on Schedule K-1. | | |
| **7** | Is this partnership a publicly traded partnership as defined in section 469(k)(2)? | | X |
| **8** | During the tax year, did the partnership have any debt that was cancelled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | X |
| **9** | Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? | | X |
| **10** | At any time during calendar year 2016, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See the instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). If 'Yes,' enter the name of the foreign country. ▶ | | X |

PTPA0112L 01/06/17                                                          Form **1065** (2016)

CONFIDENTIAL

M.GALMOR_0756

PAPP 0764

Form **1065** (2016) GALMOR MANAGEMENT LLC                                27-4132505          Page **3**

| **Schedule B** | **Other Information** *(continued)* | | |
|---|---|---|---|

| | | Yes | No |
|---|---|---|---|
| **11** | At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If 'Yes,' the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions. | | X |
| **12a** | Is the partnership making, or had it previously made (and not revoked), a section 754 election? | | X |
| | See instructions for details regarding a section 754 election. | | |
| **b** | Did the partnership make for this tax year an optional basis adjustment under section 743(b) or 734(b)? If 'Yes,' attach a statement showing the computation and allocation of the basis adjustment. See instructions. | | X |
| **c** | Is the partnership required to adjust the basis of partnership assets under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If 'Yes,' attach a statement showing the computation and allocation of the basis adjustment. See instructions | | X |
| **13** | Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (other than disregarded entities wholly owned by the partnership throughout the tax year). ► ☐ | | |
| **14** | At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in partnership property? | | X |
| **15** | If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect To Foreign Disregarded Entities, enter the number of Forms 8858 attached. | | |
| | See instructions ► | | |
| **16** | Does the partnership have any foreign partners? If 'Yes,' enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership. ► | | X |
| **17** | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return. ► | | |
| **18a** | Did you make any payments in 2016 that would require you to file Form(s) 1099? See instructions | X | |
| **b** | If 'Yes,' did you or will you file required Form(s) 1099? | X | |
| **19** | Enter the number of Form(s) 5471, Information Return of U.S. Persons With Respect To Certain Foreign Corporations, attached to this return. ► | | |
| **20** | Enter the number of partners that are foreign governments under section 892.     ► 0 | | |
| **21** | During the partnership's tax year, did the partnership make any payments that would require it to file Form 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474)? | | X |
| **22** | Was the partnership a specified domestic entity required to file Form 8938 for the tax year (See the Instructions for Form 8938)? | | X |

**Designation of Tax Matters Partner** (see instructions)
Enter below the general partner or member-manager designated as the tax matters partner (TMP) for the tax year of this return:

| | | | |
|---|---|---|---|
| Name of designated TMP ► | THE GALMOR CONTRIBUTION TRUST | Identifying number of TMP ► | *Redacted* |
| If the TMP is an entity, name of TMP representative ► | MICHAEL S GALMOR | Phone number of TMP ► | 806-256-2135 |
| Address of designated TMP ► | PO BOX 346 SHAMROCK, TX 79079-0349 | | |

PTPA0112L 01/06/17                                        Form **1065** (2016)

CONFIDENTIAL

Form **1065** (2016) GALMOR MANAGEMENT LLC      27-4132505      Page **4**

| Schedule K | Partners' Distributive Share Items | | | Total amount |
|---|---|---|---|---|
| | **1** Ordinary business income (loss) (page 1, line 22) | | **1** | -992. |
| | **2** Net rental real estate income (loss) (attach Form 8825) | | **2** | 106. |
| | **3a** Other gross rental income (loss) | **3a** | | |
| | **b** Expenses from other rental activities (attach stmt) | **3b** | | |
| | **c** Other net rental income (loss). Subtract line 3b from line 3a | | **3c** | |
| | **4** Guaranteed payments | | **4** | |
| **Income (Loss)** | **5** Interest income | | **5** | 24. |
| | **6** Dividends: **a** Ordinary dividends | | **6a** | |
| | **b** Qualified dividends | **6b** | | |
| | **7** Royalties | | **7** | 1,561. |
| | **8** Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | | **8** | |
| | **9a** Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | | **9a** | |
| | **b** Collectibles (28%) gain (loss) | **9b** | | |
| | **c** Unrecaptured section 1250 gain (attach statement) | **9c** | | |
| | **10** Net section 1231 gain (loss) (attach Form 4797) | | **10** | |
| | **11** Other income (loss) (see instructions)   Type ▶ | | **11** | |
| **Deduc-tions** | **12** Section 179 deduction (attach Form 4562) | | **12** | |
| | **13a** Contributions | | **13a** | |
| | **b** Investment interest expense | | **13b** | |
| | **c** Section 59(e)(2) expenditures: **(1)** Type ▶ _____ **(2)** Amount ▶ | | **13c (2)** | |
| | **d** Other deductions (see instructions) Type ▶    SEE STATEMENT 2 | | **13d** | 1. |
| **Self-Employ-ment** | **14a** Net earnings (loss) from self-employment | | **14a** | |
| | **b** Gross farming or fishing income | | **14b** | 1,976. |
| | **c** Gross nonfarm income | | **14c** | |
| **Credits** | **15a** Low-income housing credit (section 42(j)(5)) | | **15a** | |
| | **b** Low-income housing credit (other) | | **15b** | |
| | **c** Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | | **15c** | |
| | **d** Other rental real estate credits (see instructions) Type ▶ | | **15d** | |
| | **e** Other rental credits (see instructions) Type ▶ | | **15e** | |
| | **f** Other credits (see instructions) Type ▶ | | **15f** | |
| **Foreign Trans-actions** | **16a** Name of country or U.S. possession ... ▶ | | | |
| | **b** Gross income from all sources | | **16b** | |
| | **c** Gross income sourced at partner level | | **16c** | |
| | Foreign gross income sourced at partnership level | | | |
| | **d** Passive category ▶ _____ **e** General category ▶ _____ **f** Other ▶ | | **16f** | |
| | Deductions allocated and apportioned at partner level | | | |
| | **g** Interest expense ▶ _____ **h** Other | | **16h** | |
| | Deductions allocated and apportioned at partnership level to foreign source income | | | |
| | **i** Passive category ▶ _____ **j** General category ▶ _____ **k** Other ▶ | | **16k** | |
| | **l** Total foreign taxes (check one): ▶ Paid ☐ Accrued ☐ | | **16l** | |
| | **m** Reduction in taxes available for credit (attach statement) | | **16m** | |
| | **n** Other foreign tax information (attach statement) | | | |
| **Alternative Minimum Tax (AMT) Items** | **17a** Post-1986 depreciation adjustment | | **17a** | -6. |
| | **b** Adjusted gain or loss | | **17b** | |
| | **c** Depletion (other than oil and gas) | | **17c** | |
| | **d** Oil, gas, and geothermal properties — gross income | | **17d** | 2,261. |
| | **e** Oil, gas, and geothermal properties — deductions | | **17e** | 538. |
| | **f** Other AMT items (attach stmt) | | **17f** | |
| **Other Infor-mation** | **18a** Tax-exempt interest income | | **18a** | |
| | **b** Other tax-exempt income | | **18b** | |
| | **c** Nondeductible expenses | | **18c** | 2. |
| | **19a** Distributions of cash and marketable securities | | **19a** | |
| | **b** Distributions of other property | | **19b** | |
| | **20a** Investment income | | **20a** | 1,585. |
| | **b** Investment expenses | | **20b** | 1. |
| | **c** Other items and amounts (attach stmt) | | | |

**BAA**      Form **1065** (2016)

CONFIDENTIAL
M.GALMOR_0758
PAPP 0766

Form **1065** (2016)  GALMOR MANAGEMENT LLC                                      27-4132505                     Page **5**

## Analysis of Net Income (Loss)

**1** Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 16l.  ...  **1**  698.

| 2 Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt Organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|
| a General partners.... | | | | | | |
| b Limited partners.... | | 349. | | | | 349. |

## Schedule L — Balance Sheets per Books

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| 1 Cash | | | | |
| 2a Trade notes and accounts receivable | | | | |
| b Less allowance for bad debts | | | | |
| 3 Inventories | | | | |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities | | | | |
| 6 Other current assets (attach stmt) | | | | |
| 7a Loans to partners (or persons related to partners) | | | | |
| b Mortgage and real estate loans | | | | |
| 8 Other investments (attach stmt) | | | | |
| 9a Buildings and other depreciable assets | | | | |
| b Less accumulated depreciation | | | | |
| 10a Depletable assets | | | | |
| b Less accumulated depletion | | | | |
| 11 Land (net of any amortization) | | | | |
| 12a Intangible assets (amortizable only) | | | | |
| b Less accumulated amortization | | | | |
| 13 Other assets (attach stmt) | | | | |
| 14 Total assets | | | | |
| **Liabilities and Capital** | | | | |
| 15 Accounts payable | | | | |
| 16 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 17 Other current liabilities (attach stmt) | | | | |
| 18 All nonrecourse loans | | | | |
| 19a Loans from partners (or persons related to partners) | | | | |
| b Mortgages, notes, bonds payable in 1 year or more | | | | |
| 20 Other liabilities (attach stmt) | | | | |
| 21 Partners' capital accounts | | | | |
| 22 Total liabilities and capital | | | | |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income (Loss) per Return
**Note.** The partnership may be required to file Schedule M-3 (see instructions).

1 Net income (loss) per books
2 Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize):
3 Guaranteed pmts (other than health insurance)
4 Expenses recorded on books this year not included on Schedule K, lines 1 through 13d, and 16l (itemize):
 a Depreciation ...... $
 b Travel and entertainment ..... $
5 Add lines 1 through 4
6 Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize):
 a Tax-exempt interest .. $
7 Deductions included on Schedule K, lines 1 through 13d, and 16l, not charged against book income this year (itemize):
 a Depreciation ..... $
8 Add lines 6 and 7
9 Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5

## Schedule M-2 — Analysis of Partners' Capital Accounts

1 Balance at beginning of year
2 Capital contributed: a Cash
 b Property
3 Net income (loss) per books
4 Other increases (itemize):
5 Add lines 1 through 4
6 Distributions: a Cash
 b Property
7 Other decreases (itemize):
8 Add lines 6 and 7
9 Balance at end of year. Subtract line 8 from line 5

PTPA0134L 08/25/16                                            Form **1065** (2016)

CONFIDENTIAL
M.GALMOR_0759
PAPP 0767

Form **8825**
(Rev December 2010)

Department of the Treasury
Internal Revenue Serv ce

## Rental Real Estate Income and Expenses of a Partnership or an S Corporation

► **See instructions.**
► **Attach to Form 1065, Form 1065-B, or Form 1120S.**

OMB No. 1545-1186

| Name | Employer identification number |
|------|-------------------------------|
| GALMOR MANAGEMENT LLC | 27-4132505 |

**1** Show the type and address of each property. For each rental real estate property listed, report the number of days rented at fair rental value and days with personal use. See instructions. See page 2 to list additional properties.

| | Physical address of each property — street, city, state, ZIP code | Type — Enter code 1-8; see page 2 for list | Fair Rental Days | Personal Use Days |
|---|---|---|---|---|
| **A** | | | | |
| **B** | | | | |
| **C** | | | | |
| **D** | | | | |

| | | Properties | | | |
|---|---|---|---|---|---|
| **Rental Real Estate Income** | | A | B | C | D |
| **2** Gross rents | 2 | | | | |
| **Rental Real Estate Expenses** | | | | | |
| **3** Advertising | 3 | | | | |
| **4** Auto and travel | 4 | | | | |
| **5** Cleaning and maintenance | 5 | | | | |
| **6** Commissions | 6 | | | | |
| **7** Insurance | 7 | | | | |
| **8** Legal and other professional fees | 8 | | | | |
| **9** Interest | 9 | | | | |
| **10** Repairs | 10 | | | | |
| **11** Taxes | 11 | | | | |
| **12** Utilities | 12 | | | | |
| **13** Wages and salaries | 13 | | | | |
| **14** Depreciation (see instructions) | 14 | | | | |
| **15** Other (list) ► | 15 | | | | |
| **16** Total expenses for each property. Add lines 3 through 15 | 16 | | | | |
| **17** Income or (Loss) from each property. Subtract line 16 from line 2 | 17 | | | | |

| | | |
|---|---|---|
| **18a** Total gross rents. Add gross rents from line 2, columns A through H | 18a | |
| **18b** Total expenses. Add total expenses from line 16, columns A through H | 18b | |
| **19** Net gain (loss) from Form 4797, Part II, line 17, from the disposition of property from rental real estate activities | 19 | |
| **20a** Net income (loss) from rental real estate activities from partnerships, estates, and trusts in which this partnership or S corporation is a partner or beneficiary (from Schedule K-1) | 20a | 106. |

**b** Identify below the partnerships, estates, or trusts from which net income (loss) is shown on line 20a. Attach a schedule if more space is needed:

| **(1)** Name | **(2)** Employer identification number | |
|---|---|---|
| GALMOR FAMILY LTD PARTNERSHIP | 27-4132388 | 106. |

| | | |
|---|---|---|
| **21** Net rental estate income (loss). Combine lines 18a through 20a. Enter the result here and on: <br> • **Form 1065 or 1120S:** Schedule K, line 2, or <br> • **Form 1065-B:** Part I, line 4 | 21 | 106. |

**BAA For Paperwork Reduction Act Notice, see the separate instructions.**

SPSZ0101L 03/09/11

Form **8825** (12-2010)

CONFIDENTIAL
M.GALMOR_0760
PAPP 0768

Form 8825 (12-2010)    GALMOR MANAGEMENT LLC    27-4132505                                      Page **2**

**1** Show the type and address of each property. For each rental real estate property listed, report the number of days at fair rental value and days with personal use. See instructions.

| Physical address of each property — street, city, state, ZIP code | Type — Enter code 1-8; see below for list | Fair Rental Days | Personal Use Days |
|---|---|---|---|
| **E** _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | _ _ _ _ _ _ _ _ _ | _ _ _ _ _ | _ _ _ _ _ |
| **F** _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | _ _ _ _ _ _ _ _ _ | _ _ _ _ _ | _ _ _ _ _ |
| **G** _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | _ _ _ _ _ _ _ _ _ | _ _ _ _ _ | _ _ _ _ _ |
| **H** _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | _ _ _ _ _ _ _ _ _ | _ _ _ _ _ | _ _ _ _ _ |

| | | Properties | | | |
|---|---|---|---|---|---|
| **Rental Real Estate Income** | | **E** | **F** | **G** | **H** |
| **2** Gross rents | **2** | | | | |
| **Rental Real Estate Expenses** | | | | | |
| **3** Advertising | **3** | | | | |
| **4** Auto and travel | **4** | | | | |
| **5** Cleaning and maintenance | **5** | | | | |
| **6** Commissions | **6** | | | | |
| **7** Insurance | **7** | | | | |
| **8** Legal and other professional fees | **8** | | | | |
| **9** Interest | **9** | | | | |
| **10** Repairs | **10** | | | | |
| **11** Taxes | **11** | | | | |
| **12** Utilities | **12** | | | | |
| **13** Wages and salaries | **13** | | | | |
| **14** Depreciation (see instructions) | **14** | | | | |
| **15** Other (list) ► _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | **15** | | | | |
| **16** Total expenses for each property. Add lines 3 through 15 | **16** | | | | |
| **17** Income or (Loss) from each property. Subtract line 16 from line 2 | **17** | | | | |

**Allowable Codes for Type of Property**

1 — Single Family Residence

2 — Multi-Family Residence

3 — Vacation or Short-Term Rental

4 — Commercial

5 — Land

6 — Royalties

7 — Self-Rental

8 — Other (include description with the code on Form 8825 or on a separate statement)

**BAA**                                SPSZ0102L  01/07/11                                Form **8825** (12-2010)

CONFIDENTIAL
M.GALMOR_0761
PAPP 0769

**SCHEDULE B-1**
**(Form 1065)**
(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

# Information on Partners Owning 50% or More of the Partnership

► **Attach to Form 1065. See instructions.**

OMB No. 1545-0099

| Name of partnership | Employer identification number (EIN) |
|---|---|
| GALMOR MANAGEMENT LLC | 27-4132505 |

**Part I** **Entities Owning 50% or More of the Partnership** (Form 1065, Schedule B, Question 3a)

Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, tax-exempt organization, or any foreign government that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| THE GALMOR FAMILY TRUST | 46-7363977 | TRUST | U.S. | 50.000 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Part II** **Individuals or Estates Owning 50% or More of the Partnership** (Form 1065, Schedule B, Question 3b)

Complete columns (i) through (iv) below for any individual or estate that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| THE GALMOR CONTRIBUTION TRUST | *Redacted* | UNITED STATES | 50.000 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**BAA For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**

Schedule **B-1** (Form 1065) (12-2011)

PTPA1301L 06/27/11

CONFIDENTIAL
M.GALMOR_0762
PAPP 0770

| 2016 | FEDERAL STATEMENTS | PAGE 1 |
|---|---|---|
| | **GALMOR MANAGEMENT LLC** | 27-4132505 |

**STATEMENT 1**
**FORM 1065, LINE 4**
**ORDINARY INCOME FROM PASSTHROUGH K-1S**

```
GALMOR FAMILY LTD PARTNERSHIP
PO BOX 349
SHAMROCK, TX 79079
27-4132388 ......................................................................... $        -992.
                                                          TOTAL $        -992.
```

**STATEMENT 2**
**FORM 1065, SCHEDULE K, LINE 13D**
**OTHER DEDUCTIONS**

```
ROYALTY INCOME: DEDUCTIONS - ROYALTY INCOME ....................... $           1.
                                                          TOTAL $           1.
```

**QUALIFIED DOMESTIC PRODUCTION ACTIVITY INFORMATION - ALL ACTIVITIES**
```
QUALIFIED PRODUCTION ACTIVITIES INCOME ............................ $        -991.
```

CONFIDENTIAL
M.GALMOR_0763
PAPP 0771

CONFIDENTIAL
M.GALMOR_0764

| 12/31/16 | 2016 FEDERAL OIL AND GAS ALLOWABLE DEPLETION REPORT | PAGE 1 |
|---|---|---|
| | **GALMOR MANAGEMENT LLC** | 27-4132505 |

| PROP NUMBER | PROPERTY DESCRIPTION | PRODUCTION TYPE | GROSS % DEPLETION | TENTATIVE % DEPLETION | COST DEPLETION | GREATER OF % OR COST | DEPLETION IN EXCESS OF BASIS | EXCESS IDC |
|---|---|---|---|---|---|---|---|---|
| | GALMOR FAMILY LTD PARTNERSHIP | | 184 | 184 | | 184 | 184 | |
| | TOTALS: SCHEDULE K-1 PASS-THROUGH | | 184 | 184 | 0 | 184 | 184 | 0 |
| | | | | | | | | |
| | GRAND TOTALS | | 184 | 184 | 0 | 184 | 184 | 0 |

GALMOR MANAGEMENT LLC
PO BOX 346
SHAMROCK, TX 79079-0349
806-256-2135

September 13, 2017

THE GALMOR CONTRIBUTION TRUST
PO BOX 346
SHAMROCK, TX 79079-0349

RE:
GALMOR MANAGEMENT LLC
27-4132505
Schedule K-1 from Partnership's 2016 Return of Income

Dear THE GALMOR CONTRIBUTION TRUST:

Enclosed is your 2016 Schedule K-1 (Form 1065) Partner's Share of Income, Deductions, Credits, Etc. from GALMOR MANAGEMENT LLC. This information reflects the amounts you need to complete your income tax return. The amounts shown are your distributive share of partnership tax items to be reported on your tax return, and may not correspond to actual distributions you have received during the year. This information is included in the Partnership's 2016 Federal Return of Partnership Income that was filed with the Internal Revenue Service.

If you have any questions concerning this information, please contact us immediately.

Sincerely,

GALMOR MANAGEMENT LLC

Enclosure(s)

CONFIDENTIAL
M.GALMOR_0765
PAPP 0773

651113

**Schedule K-1**
**(Form 1065)**

**2016**

Department of the Treasury
Internal Revenue Service

For calendar year 2016, or tax
year beginning _____, 2016
ending _____, _____

**Partner's Share of Income, Deductions,
Credits, etc.**   ► See separate instructions.

☐ Final K-1   ☐ Amended K-1          OMB No. 1545-0123

| Part III | Partner's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) -496. | 15 | Credits |
| 2* | Net rental real estate income (loss) 53. | | |
| 3 | Other net rental income (loss) | 16 | Foreign transactions |
| 4 | Guaranteed payments | | |
| 5 | Interest income 12. | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | | |
| 7 | Royalties 780. | | |
| 8 | Net short-term capital gain (loss) | | |

| Part I | Information About the Partnership |
|---|---|

**A** Partnership's employer identification number
27-4132505

**B** Partnership's name, address, city, state, and ZIP code

GALMOR MANAGEMENT LLC
PO BOX 346
SHAMROCK, TX 79079-0349

**C** IRS Center where partnership filed return
E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

| Part II | Information About the Partner |
|---|---|

**E** Partner's identifying number
___ *Redacted* _____

**F** Partner's name, address, city, state, and ZIP code

THE GALMOR CONTRIBUTION TRUST
PO BOX 346
SHAMROCK, TX 79079-0349

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H** ☒ Domestic partner   ☐ Foreign partner

**I1** What type of entity is this partner? ....... INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ................................. ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 50 % | 50 % |
| Loss | 50 % | 50 % |
| Capital | 50 % | 50 % |

**K** Partner's share of liabilities at year end:

Nonrecourse ......................... $ _____
Qualified nonrecourse financing ........ $ _____
Recourse ............................. $ _____

**L** Partner's capital account analysis:

Beginning capital account ............. $ _____
Capital contributed during the year ..... $ _____
Current year increase (decrease) ....... $ _____
Withdrawals & distributions ........... $ _____
Ending capital account ............... $ _____

☒ Tax basis   ☐ GAAP   ☐ Section 704(b) book
☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes   ☒ No
If 'Yes', attach statement (see instructions)

| | | |
|---|---|---|
| 9a | Net long-term capital gain (loss) | 17 Alternative minimum tax (AMT) items A -3. |
| 9b | Collectibles (28%) gain (loss) | D 1,130. |
| 9c | Unrecaptured section 1250 gain | E 269. |
| 10 | Net section 1231 gain (loss) | 18 Tax-exempt income and nondeductible expenses |
| 11 | Other income (loss) | C 1. |
| 12 | Section 179 deduction | 19 Distributions |
| 13 | Other deductions U -495. | 20 Other information A 792. |
| | | B 1. |
| 14 | Self-employment earnings (loss) B 988. | T* STMT |

*See attached statement for additional information.

F
O
R

I
R
S

U
S
E

O
N
L
Y

**BAA  For Paperwork Reduction Act Notice, see Instructions for Form 1065.**          Schedule **K-1** (Form 1065) 2016

PTPA0312L   08/26/16

CONFIDENTIAL
M.GALMOR_0766
PAPP 0774

Schedule K-1 (Form 1065) 2016    GALMOR MANAGEMENT LLC    27-4132505    Page **2**

This list identifies the codes used on Schedule K-1 for all partners and provides summarized reporting information for partners who file Form 1040. For detailed reporting and filing information, see the separate Partner's Instructions for Schedule K-1 and the instructions for your income tax return.

**1** Ordinary business income (loss). Determine whether the income (loss) is passive or nonpassive and enter on your return as follows.

*Report on*

| | |
|---|---|
| Passive loss | See the Partner's Instructions |
| Passive income | Schedule E, line 28, column (h) |
| Nonpassive loss | Schedule E, line 28, column (h) |
| Nonpassive income | Schedule E, line 28, column (j) |

**2** Net rental real estate income (loss)  See the Partner's Instructions
**3** Other net rental income (loss)

| | |
|---|---|
| Net income | Schedule E, line 28, column (g) |
| Net loss | See the Partner's Instructions |

**4** Guaranteed payments  Schedule E, line 28, column (j)
**5** Interest income  Form 1040, line 8a
**6 a** Ordinary dividends  Form 1040, line 9a
**6 b** Qualified dividends  Form 1040, line 9b
**7** Royalties  Schedule E, line 4
**8** Net short-term capital gain (loss)  Schedule D, line 5
**9 a** Net long-term capital gain (loss)  Schedule D, line 12
**9 b** Collectibles (28%) gain (loss)  28% Rate Gain Worksheet, line 4 (Schedule D Instructions)
**9 c** Unrecaptured section 1250 gain  See the Partner's Instructions
**10** Net section 1231 gain (loss)  See the Partner's Instructions
**11** Other income (loss)

*Code*

| | |
|---|---|
| A  Other portfolio income (loss) | See the Partner's Instructions |
| B  Involuntary conversions | See the Partner's Instructions |
| C  Sec. 1256 contracts & straddles | Form 6781, line 1 |
| D  Mining exploration costs recapture | See Pub. 535 |
| E  Cancellation of debt | Form 1040, line 21 or Form 982 |
| F  Other income (loss) | See the Partner's Instructions |

**12** Section 179 deduction  See the Partner's Instructions
**13** Other deductions

| | |
|---|---|
| A  Cash contributions (50%) | |
| B  Cash contributions (30%) | |
| C  Noncash contributions (50%) | |
| D  Noncash contributions (30%) | See the Partner's Instructions |
| E  Capital gain property to a 50% organization (30%) | |
| F  Capital gain property (20%) | |
| G  Contributions (100%) | |
| H  Investment interest expense | Form 4952, line 1 |
| I  Deductions — royalty income | Schedule E, line 19 |
| J  Section 59(e)(2) expenditures | See the Partner's Instructions |
| K  Deductions — portfolio (2% floor) | Schedule A, line 23 |
| L  Deductions — portfolio (other) | Schedule A, line 28 |
| M  Amounts paid for medical insurance | Schedule A, line 1 or Form 1040, line 29 |
| N  Educational assistance benefits | See the Partner's Instructions |
| O  Dependent care benefits | Form 2441, line 12 |
| P  Preproductive period expenses | See the Partner's Instructions |
| Q  Commercial revitalization deduction from rental real estate activities | See Form 8582 Instructions |
| R  Pensions and IRAs | See the Partner's Instructions |
| S  Reforestation expense deduction | See the Partner's Instructions |
| T  Domestic production activities information | See Form 8903 Instructions |
| U  Qualified production activities income | Form 8903, line 7b |
| V  Employer's Form W-2 wages | Form 8903, line 17 |
| W  Other deductions | See the Partner's Instructions |

**14** Self-employment earnings (loss)
**Note.** If you have a section 179 deduction or any partner-level deductions, see the Partner's Instructions before completing Schedule SE.

| | |
|---|---|
| A  Net earnings (loss) from self-employment | Schedule SE, Section A or B |
| B  Gross farming or fishing income | See the Partner's Instructions |
| C  Gross non-farm income | See the Partner's Instructions |

**15** Credits

| | |
|---|---|
| A  Low-income housing credit (section 42(j)(5)) from pre-2008 buildings | |
| B  Low-income housing credit (other) from pre-2008 buildings | |
| C  Low-income housing credit (section 42(j)(5)) from post-2007 buildings | |
| D  Low-income housing credit (other) from post-2007 buildings | See the Partner's Instructions |
| E  Qualified rehabilitation expenditures (rental real estate) | |
| F  Other rental real estate credits | |
| G  Other rental credits | |
| H  Undistributed capital gains credit | Form 1040, line 73; check box a |
| I  Biofuel producer credit | |
| J  Work opportunity credit | See the Partner's Instructions |
| K  Disabled access credit | |

*Code*    *Report on*

| | |
|---|---|
| L  Empowerment zone employment credit | |
| M  Credit for increasing research activities | See the Partner's Instructions |
| N  Credit for employer social security and Medicare taxes | |
| O  Backup withholding | |
| P  Other credits | |

**16** Foreign transactions

| | |
|---|---|
| A  Name of country or U.S. possession | |
| B  Gross income from all sources | Form 1116, Part I |
| C  Gross income sourced at partner level | |

*Foreign gross income sourced at partnership level*

| | |
|---|---|
| D  Passive category | |
| E  General category | Form 1116, Part I |
| F  Other | |

*Deductions allocated and apportioned at partner level*

| | |
|---|---|
| G  Interest expense | Form 1116, Part I |
| H  Other | Form 1116, Part I |

*Deductions allocated and apportioned at partnership level to foreign source income*

| | |
|---|---|
| I  Passive category | |
| J  General category | Form 1116, Part I |
| K  Other | |

*Other information*

| | |
|---|---|
| L  Total foreign taxes paid | Form 1116, Part II |
| M  Total foreign taxes accrued | Form 1116, Part II |
| N  Reduction in taxes available for credit | Form 1116, line 12 |
| O  Foreign trading gross receipts | Form 8873 |
| P  Extraterritorial income exclusion | Form 8873 |
| Q  Other foreign transactions | See the Partner's Instructions |

**17** Alternative minimum tax (AMT) items

| | |
|---|---|
| A  Post-1986 depreciation adjustment | |
| B  Adjusted gain or loss | |
| C  Depletion (other than oil & gas) | See the Partner's Instructions and the Instructions for Form 6251 |
| D  Oil, gas, & geothermal — gross income | |
| E  Oil, gas, & geothermal — deductions | |
| F  Other AMT items | |

**18** Tax-exempt income and nondeductible expenses

| | |
|---|---|
| A  Tax-exempt interest income | Form 1040, line 8b |
| B  Other tax-exempt income | See the Partner's Instructions |
| C  Nondeductible expenses | See the Partner's Instructions |

**19** Distributions

| | |
|---|---|
| A  Cash and marketable securities | |
| B  Distributions subject to section 737 | See the Partner's Instructions |
| C  Other property | |

**20** Other information

| | |
|---|---|
| A  Investment income | Form 4952, line 4a |
| B  Investment expenses | Form 4952, line 5 |
| C  Fuel tax credit information | Form 4136 |
| D  Qualified rehabilitation expenditures (other than rental real estate) | See the Partner's Instructions |
| E  Basis of energy property | See the Partner's Instructions |
| F  Recapture of low-income housing credit (section 42(j)(5)) | Form 8611, line 8 |
| G  Recapture of low-income housing credit (other) | Form 8611, line 8 |
| H  Recapture of investment credit | See Form 4255 |
| I  Recapture of other credits | See the Partner's Instructions |
| J  Look-back interest — completed long-term contracts | See Form 8697 |
| K  Look-back interest — income forecast method | See Form 8866 |
| L  Disposition of property with section 179 deductions | |
| M  Recapture of section 179 deduction | |
| N  Interest expense for corporate partners | |
| O  Section 453(l)(3) information | |
| P  Section 453A(c) information | |
| Q  Section 1260(b) information | |
| R  Interest allocable to production expenditures | See the Partner's Instructions |
| S  CCF nonqualified withdrawals | |
| T  Depletion information — oil and gas | |
| U  Reserved | |
| V  Unrelated business taxable income | |
| W  Precontribution gain (loss) | |
| X  Section 108(i) information | |
| Y  Net investment income | |
| Z  Other information | |

THE GALMOR CONTRIBUTION TRUST    *Redacted*

PTPA0312L  08/26/16    Schedule **K-1** (Form 1065) 2016

CONFIDENTIAL
M.GALMOR_0767
PAPP 0775

GALMOR MANAGEMENT LLC 27-4132505

**SUPPLEMENTAL INFORMATION** PAGE 3

## BOX 2
### RENTAL REAL ESTATE ACTIVITIES

| PROPERTY TYPE AND ADDRESS | GROSS INCOME | NET EXPENSES | NET INCOME | PASSIVE NONPASS | SEC. 1231 TOTAL |
|---|---|---|---|---|---|
| PASSTHROUGH RENTAL REAL ESTATE | | | 53. | | |
| | | TOTAL $ | 53. | | |

THE GALMOR CONTRIBUTION TRUST  *Redacted*

SPSL1201L 06/16/16

CONFIDENTIAL
M.GALMOR_0768
PAPP 0776

GALMOR MANAGEMENT LLC   27-4132505

# 2016 PARTNER'S SUMMARY OF OIL AND GAS ACTIVITIES

### (Form 1065, Schedule K-1, Box 20, Other Information, Code T)

| Partner's name | Partner's I.D. |
|---|---|
| THE GALMOR CONTRIBUTION TRUST | *Redacted* |

**INCOME:**

| | | |
|---|---|---|
| 1. | **Gross income from oil and gas activities (Sch. K-1 line 17, Code D)** | 1,130. |

**EXPENSES:**

| | | |
|---|---|---|
| 2. | Production tax | |
| 3. | Operating expenses | |
| 4. | Depreciation | |
| 5. | Allocated overhead | |
| 6. | Other expenses | 269. |
| 7. | **Total deductions allocable to oil and gas activities (Schedule K-1 line 17, Code E)** | 269. |
| 8. | **Net income from oil and gas activities (line 1 minus line 7)** | 861. |

**PASSTHROUGH EXPENSES:**

| | | |
|---|---|---|
| 9. | Total intangible drilling costs (IDC) (Schedule K-1 line 13, Code J) | |
| 10. | Dry hole costs (Schedule K-1 line 13, Code J) | |
| 11. | Section 179 expense deduction (Schedule K-1 line 12) | |

**DEPLETION INFORMATION:**

| | | |
|---|---|---|
| 12. | Total cost depletion (greater than percentage) from all properties | |
| 13. | Total percentage depletion (greater than cost) from all properties (subject to 65% taxable income limitation) | 92. |
| 14. | Total percentage depletion (greater than cost) from all properties (NOT subject to 65% taxable income limitation) | |
| 15. | Total tentative depletion deduction (add lines 12, 13 and 14) | 92. |
| 16. | Total AMT cost depletion (greater than percentage) from all properties | |
| 17. | Total AMT percentage depletion (greater than cost) from all properties (subject to 65% taxable income limitation) | 92. |
| 18. | Total AMT percentage depletion (greater than cost) from all properties (NOT subject to 65% taxable income limitation) | |
| 19. | Total tentative AMT depletion deduction (add lines 16, 17 and 18) | 92. |

**OTHER INFORMATION:**

| | | |
|---|---|---|
| 20. | Total percentage depletion in excess of basis | 92. |
| 21. | Total excess intangible drilling costs (IDC) | |

PTPL1101L  06/16/16

THE GALMOR CONTRIBUTION TRUST     *Redacted*

CONFIDENTIAL
M.GALMOR_0769
PAPP 0777

GALMOR MANAGEMENT LLC   27-4132505

## 2016 PARTNER'S SHARE OF INVESTMENT IN PASSTHROUGH ENTITIES

**Note:** The amounts on this schedule are provided for informational purposes only. These amounts are already included on Schedule K-1.

| Partner's Name | | Partner's identification number |
|---|---|---|
| THE GALMOR CONTRIBUTION TRUST | | *Redacted* |

| | Name of Passthrough Entity | Employer Identification No. | Type of Entity | Check box if fully disposed in current year |
|---|---|---|---|---|
| A | GALMOR FAMILY LTD PARTNERSHIP | 27-4132388 | PASSIVE | |
| B | GALMOR FAMILY LTD PARTNERSHIP | 27-4132388 | PASSIVE | |
| C | | | | |
| D | | | | |

| | | Passthrough Entities | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| **Income (Loss)** | Ordinary business income (loss) | -496. | | | |
| | Net rental real estate income (loss) | | 53. | | |
| | Other net rental income (loss) | | | | |
| | Guaranteed payments | | | | |
| | Interest | 12. | | | |
| | Ordinary dividends | | | | |
| | Qualified dividends | | | | |
| | Royalties | 781. | | | |
| | Net short-term capital gain (loss) | | | | |
| | Net long-term capital gain (loss) | | | | |
| | Collectibles (28%) gain (loss) | | | | |
| | Unrecaptured section 1250 gain | | | | |
| | Net section 1231 gain (loss) | | | | |
| | Other income (loss) | | | | |
| **Deductions** | Section 179 deduction | | | | |
| | Charitable contributions | | | | |
| | Investment interest expense | | | | |
| | Section 59(e)(2) expense: Intangible Drilling costs | | | | |
| | Section 59(e)(2) expense: Dry Hole expense | | | | |
| | Other section 59(e)(2) expenses | | | | |
| | Other deductions | 1. | | | |
| **Self-Employ- ment** | Net earnings (loss) from self-employment | -496. | | | |
| | Gross farming or fishing income | 988. | | | |
| | Gross nonfarm income | | | | |
| **Credits** | Low-income housing credit: | | | | |
| | (A)   Section 42(j)(5): Pre-2008 | | | | |
| | (B)   Other: Pre-2008 | | | | |
| | (C)   Section 42(j)(5): Post-2007 | | | | |
| | (D)   Other: Post-2007 | | | | |
| | Qualified rehabilitation expenditures related to rental real estate act. | | | | |
| | Other rental real estate credits | | | | |
| | Other rental credits | | | | |
| | Work opportunity credit | | | | |
| | Biofuel producer credit | | | | |
| | Disabled access credit | | | | |
| | Empowerment zone employment credit | | | | |
| | Credit for increasing research activities | | | | |
| | Credit for employer Soc. Sec. tax paid on certain employee tips | | | | |
| | Orphan drug credit | | | | |
| | Enhanced oil recovery credit | | | | |
| | Indian employment credit | | | | |
| | Small employer pension plan startup costs credit | | | | |
| | Credit for employer-provided childcare | | | | |
| | Alternative motor vehicle credit | | | | |
| | Other credits | | | | |

THE GALMOR CONTRIBUTION TRUST     *Redacted*

CONFIDENTIAL
M.GALMOR_0770
PAPP 0778

GALMOR MANAGEMENT LLC    27-4132505

# 2016 PARTNER'S SHARE OF INVESTMENT IN PASSTHROUGH ENTITIES

**Note:** The amounts on this schedule are provided for informational purposes only. These amounts are already included on Schedule K-1.

| Partner's Name | Partner's identification number |
|---|---|
| THE GALMOR CONTRIBUTION TRUST | *Redacted* |

| | Name of Passthrough Entity | Employer Identification No. | Type of Entity | Check box if fully disposed in current year |
|---|---|---|---|---|
| A | GALMOR FAMILY LTD PARTNERSHIP | 27-4132388 | PASSIVE | |
| B | GALMOR FAMILY LTD PARTNERSHIP | 27-4132388 | PASSIVE | |
| C | | | | |
| D | | | | |

| | | Passthrough Entities | | | |
|---|---|---|---|---|---|
| | | **A** | **B** | **C** | **D** |
| **Foreign Trans-actions** | Gross income from all sources | | | | |
| | Gross income sourced at partner level | | | | |
| | Foreign gross income sourced at partnership level — Passive category | | | | |
| | General category | | | | |
| | Other | | | | |
| | Deductions allocated & apportioned at partner level — Interest expense | | | | |
| | Other | | | | |
| | Deductions allocated & apportioned at partnership level — Passive category | | | | |
| | General category | | | | |
| | Other | | | | |
| | Foreign taxes paid | | | | |
| | Foreign taxes accrued | | | | |
| | Reduction in tax available for credit | | | | |
| | Foreign trading gross receipts | | | | |
| | Extraterritorial income exclusion | | | | |
| | Other foreign transactions | | | | |
| **Alternative Minimum Tax (AMT) Items** | Post-1986 depreciation adjustment | -3. | | | |
| | Adjusted gain or loss | | | | |
| | Depletion (other than oil and gas) | | | | |
| | Oil, gas and geothermal properties — gross income | 1,131. | | | |
| | Oil, gas and geothermal properties — deductions | 269. | | | |
| | A.C.E. depreciation adjustment | | | | |
| | A.C.E. adjusted gain or (loss) | | | | |
| | Accel. depreciation on real property placed in service before 1987 | | | | |
| | Accel. depr. on leased personal prop. placed in service before 1987 | | | | |
| | Other AMT items | | | | |
| **Tax-Exempt Inc & Non-deduc-tible Exp** | Tax-exempt interest income | | | | |
| | Other tax-exempt income | | | | |
| | Nondeductible expenses | 1. | | | |
| **Other Infor-mation** | Investment income | 793. | | | |
| | Investment expenses | 1. | | | |
| | Recapture of low-income housing credit — 42(j)(5) partnerships | | | | |
| | Recapture of low-income housing credit — other | | | | |
| | Supplemental Information: | | | | |
| | | | | | |
| | | | | | |

THE GALMOR CONTRIBUTION TRUST    *Redacted*

PTPL1103L  06/16/16

CONFIDENTIAL
M.GALMOR_0771
PAPP 0779

GALMOR MANAGEMENT LLC
PO BOX 346
SHAMROCK, TX 79079-0349
806-256-2135

September 13, 2017

THE GALMOR FAMILY TRUST
PO BOX 349
SHAMROCK, TX 79079

RE:
GALMOR MANAGEMENT LLC
27-4132505
Schedule K-1 from Partnership's 2016 Return of Income

Dear THE GALMOR FAMILY TRUST:

Enclosed is your 2016 Schedule K-1 (Form 1065) Partner's Share of Income, Deductions, Credits, Etc. from GALMOR MANAGEMENT LLC. This information reflects the amounts you need to complete your income tax return. The amounts shown are your distributive share of partnership tax items to be reported on your tax return, and may not correspond to actual distributions you have received during the year. This information is included in the Partnership's 2016 Federal Return of Partnership Income that was filed with the Internal Revenue Service.

If you have any questions concerning this information, please contact us immediately.

Sincerely,

GALMOR MANAGEMENT LLC

Enclosure(s)

**Schedule K-1**
**(Form 1065)**

Department of the Treasury
Internal Revenue Service

## 2016

For calendar year 2016, or tax

year beginning _____ , 2016

ending _____

☐ Final K-1   ☐ Amended K-1

651113

OMB No. 1545-0123

**Partner's Share of Income, Deductions, Credits, etc.**   ► See separate instructions.

| Part III | Partner's Share of Current Year Income, Deductions, Credits, and Other Items |

| | | | |
|---|---|---|---|
| **1** Ordinary business income (loss)<br>-496. | **15** Credits | |
| **2** Net rental real estate income (loss)<br>* 53. | | |
| **3** Other net rental income (loss) | **16** Foreign transactions | |
| **4** Guaranteed payments | | |
| **5** Interest income<br>12. | | |
| **6a** Ordinary dividends | | |
| **6b** Qualified dividends | | |
| **7** Royalties<br>781. | | |
| **8** Net short-term capital gain (loss) | | |
| **9a** Net long-term capital gain (loss) | **17** Alternative minimum tax (AMT) items<br>A -3. | |
| **9b** Collectibles (28%) gain (loss) | D 1,131. | |
| **9c** Unrecaptured section 1250 gain | E 269. | |
| **10** Net section 1231 gain (loss) | **18** Tax-exempt income and nondeductible expenses | |
| **11** Other income (loss) | C 1. | |
| | **19** Distributions | |
| **12** Section 179 deduction | | |
| **13** Other deductions<br>I* 1. | **20** Other information | |
| U -496. | A 793. | |
| **14** Self-employment earnings (loss)<br>B 988. | B 1.<br>T* STMT | |

### Part I   Information About the Partnership

**A** Partnership's employer identification number
27-4132505

**B** Partnership's name, address, city, state, and ZIP code

GALMOR MANAGEMENT LLC
PO BOX 346
SHAMROCK, TX 79079-0349

**C** IRS Center where partnership filed return
E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II   Information About the Partner

**E** Partner's identifying number
46-7363977

**F** Partner's name, address, city, state, and ZIP code

THE GALMOR FAMILY TRUST
PO BOX 349
SHAMROCK, TX 79079

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H** ☒ Domestic partner   ☐ Foreign partner

**I1** What type of entity is this partner? . . . . . . . FIDUCIARY

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here. . . . . . . . ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 50 % | 50 % |
| Loss | 50 % | 50 % |
| Capital | 50 % | 50 % |

**K** Partner's share of liabilities at year end:

Nonrecourse . . . . . . . . . . . . . . . . . . . $ _____
Qualified nonrecourse financing . . . . . . . $ _____
Recourse . . . . . . . . . . . . . . . . . . . $ _____

**L** Partner's capital account analysis:

Beginning capital account . . . . . . . . $ _____
Capital contributed during the year . . . . . $ _____
Current year increase (decrease) . . . . . . . $ _____
Withdrawals & distributions . . . . . . . . . . $ _____
Ending capital account . . . . . . . . . . . . . $ _____

☒ Tax basis   ☐ GAAP   ☐ Section 704(b) book
☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes   ☒ No
If 'Yes', attach statement (see instructions)

*See attached statement for additional information.

F
O
R

I
R
S

U
S
E

O
N
L
Y

**BAA For Paperwork Reduction Act Notice, see Instructions for Form 1065.**

Schedule **K-1** (Form 1065) 2016

PTPA0312L  08/26/16

CONFIDENTIAL
M.GALMOR_0773
PAPP 0781

Schedule K-1 (Form 1065) 2016    GALMOR MANAGEMENT LLC    27-4132505      Page **2**

This list identifies the codes used on Schedule K-1 for all partners and provides summarized reporting information for partners who file Form 1040. For detailed reporting and filing information, see the separate Partner's Instructions for Schedule K-1 and the instructions for your income tax return.

| | | Report on |
|---|---|---|
| **1** | **Ordinary business income (loss).** Determine whether the income (loss) is passive or nonpassive and enter on your return as follows. | |
| | Passive loss | See the Partner's Instructions |
| | Passive income | Schedule E, line 28, column (g) |
| | Nonpassive loss | Schedule E, line 28, column (h) |
| | Nonpassive income | Schedule E, line 28, column (j) |
| **2** | **Net rental real estate income (loss)** | See the Partner's Instructions |
| **3** | **Other net rental income (loss)** | |
| | Net income | Schedule E, line 28, column (g) |
| | Net loss | See the Partner's Instructions |
| **4** | **Guaranteed payments** | Schedule E, line 28, column (j) |
| **5** | **Interest income** | Form 1040, line 8a |
| **6 a** | **Ordinary dividends** | Form 1040, line 9a |
| **6 b** | **Qualified dividends** | Form 1040, line 9b |
| **7** | **Royalties** | Schedule E, line 4 |
| **8** | **Net short-term capital gain (loss)** | Schedule D, line 5 |
| **9 a** | **Net long-term capital gain (loss)** | Schedule D, line 12 |
| **9 b** | **Collectibles (28%) gain (loss)** | 28% Rate Gain Worksheet, line 4 (Schedule D Instructions) |
| **9 c** | **Unrecaptured section 1250 gain** | See the Partner's Instructions |
| **10** | **Net section 1231 gain (loss)** | See the Partner's Instructions |
| **11** | **Other income (loss)** | |
| | **Code** | |
| | **A** Other portfolio income (loss) | See the Partner's Instructions |
| | **B** Involuntary conversions | See the Partner's Instructions |
| | **C** Sec. 1256 contracts & straddles | Form 6781, line 1 |
| | **D** Mining exploration costs recapture | See Pub. 535 |
| | **E** Cancellation of debt | Form 1040, line 21 or Form 982 |
| | **F** Other income (loss) | See the Partner's Instructions |
| **12** | **Section 179 deduction** | See the Partner's Instructions |
| **13** | **Other deductions** | |
| | **A** Cash contributions (50%) | |
| | **B** Cash contributions (30%) | |
| | **C** Noncash contributions (50%) | |
| | **D** Noncash contributions (30%) | See the Partner's Instructions |
| | **E** Capital gain property to a 50% organization (30%) | |
| | **F** Capital gain property (20%) | |
| | **G** Contributions (100%) | |
| | **H** Investment interest expense | Form 4952, line 1 |
| | **I** Deductions — royalty income | Schedule E, line 19 |
| | **J** Section 59(e)(2) expenditures | See the Partner's Instructions |
| | **K** Deductions — portfolio (2% floor) | Schedule A, line 23 |
| | **L** Deductions — portfolio (other) | Schedule A, line 28 |
| | **M** Amounts paid for medical insurance | Schedule A, line 1 or Form 1040, line 29 |
| | **N** Educational assistance benefits | See the Partner's Instructions |
| | **O** Dependent care benefits | Form 2441, line 12 |
| | **P** Preproductive period expenses | See the Partner's Instructions |
| | **Q** Commercial revitalization deduction from rental real estate activities | See Form 8582 Instructions |
| | **R** Pensions and IRAs | See the Partner's Instructions |
| | **S** Reforestation expense deduction | See the Partner's Instructions |
| | **T** Domestic production activities information | See Form 8903 Instructions |
| | **U** Qualified production activities income | Form 8903, line 7b |
| | **V** Employer's Form W-2 wages | Form 8903, line 17 |
| | **W** Other deductions | See the Partner's Instructions |
| **14** | **Self-employment earnings (loss)** | |

**Note.** If you have a section 179 deduction or any partner-level deductions, see the Partner's Instructions before completing Schedule SE.

| | | |
|---|---|---|
| | **A** Net earnings (loss) from self-employment | Schedule SE, Section A or B |
| | **B** Gross farming or fishing income | See the Partner's Instructions |
| | **C** Gross non-farm income | See the Partner's Instructions |
| **15** | **Credits** | |
| | **A** Low-income housing credit (section 42(j)(5)) from pre-2008 buildings | |
| | **B** Low-income housing credit (other) from pre-2008 buildings | |
| | **C** Low-income housing credit (section 42(j)(5)) from post-2007 buildings | |
| | **D** Low-income housing credit (other) from post-2007 buildings | See the Partner's Instructions |
| | **E** Qualified rehabilitation expenditures (rental real estate) | |
| | **F** Other rental real estate credits | |
| | **G** Other rental credits | |
| | **H** Undistributed capital gains credit | Form 1040, line 73; check box a |
| | **I** Biofuel producer credit | |
| | **J** Work opportunity credit | See the Partner's Instructions |
| | **K** Disabled access credit | |

| | | Report on |
|---|---|---|
| | **Code** | |
| | **L** Empowerment zone employment credit | |
| | **M** Credit for increasing research activities | |
| | **N** Credit for employer social security and Medicare taxes | See the Partner's Instructions |
| | **O** Backup withholding | |
| | **P** Other credits | |
| **16** | **Foreign transactions** | |
| | **A** Name of country or U.S. possession | |
| | **B** Gross income from all sources | Form 1116, Part I |
| | **C** Gross income sourced at partner level | |
| | *Foreign gross income sourced at partnership level* | |
| | **D** Passive category | |
| | **E** General category | Form 1116, Part I |
| | **F** Other | |
| | *Deductions allocated and apportioned at partner level* | |
| | **G** Interest expense | Form 1116, Part I |
| | **H** Other | Form 1116, Part I |
| | *Deductions allocated and apportioned at partnership level to foreign source income* | |
| | **I** Passive category | |
| | **J** General category | Form 1116, Part I |
| | **K** Other | |
| | *Other information* | |
| | **L** Total foreign taxes paid | Form 1116, Part II |
| | **M** Total foreign taxes accrued | Form 1116, Part II |
| | **N** Reduction in taxes available for credit | Form 1116, line 12 |
| | **O** Foreign trading gross receipts | Form 8873 |
| | **P** Extraterritorial income exclusion | Form 8873 |
| | **Q** Other foreign transactions | See the Partner's Instructions |
| **17** | **Alternative minimum tax (AMT) items** | |
| | **A** Post-1986 depreciation adjustment | |
| | **B** Adjusted gain or loss | |
| | **C** Depletion (other than oil & gas) | See the Partner's Instructions and the Instructions for Form 6251 |
| | **D** Oil, gas, & geothermal — gross income | |
| | **E** Oil, gas, & geothermal — deductions | |
| | **F** Other AMT items | |
| **18** | **Tax-exempt income and nondeductible expenses** | |
| | **A** Tax-exempt interest income | Form 1040, line 8b |
| | **B** Other tax-exempt income | See the Partner's Instructions |
| | **C** Nondeductible expenses | See the Partner's Instructions |
| **19** | **Distributions** | |
| | **A** Cash and marketable securities | |
| | **B** Distribution subject to section 737 | See the Partner's Instructions |
| | **C** Other property | |
| **20** | **Other information** | |
| | **A** Investment income | Form 4952, line 4a |
| | **B** Investment expenses | Form 4952, line 5 |
| | **C** Fuel tax credit information | Form 4136 |
| | **D** Qualified rehabilitation expenditures (other than rental real estate) | See the Partner's Instructions |
| | **E** Basis of energy property | See the Partner's Instructions |
| | **F** Recapture of low-income housing credit (section 42(j)(5)) | Form 8611, line 8 |
| | **G** Recapture of low-income housing credit (other) | Form 8611, line 8 |
| | **H** Recapture of investment credit | See Form 4255 |
| | **I** Recapture of other credits | See the Partner's Instructions |
| | **J** Look-back interest — completed long-term contracts | See Form 8697 |
| | **K** Look-back interest — income forecast method | See Form 8866 |
| | **L** Dispositions of property with section 179 deductions | |
| | **M** Recapture of section 179 deduction | |
| | **N** Interest expense for corporate partners | |
| | **O** Section 453(l)(3) information | |
| | **P** Section 453A(c) information | |
| | **Q** Section 1260(b) information | |
| | **R** Interest allocable to production expenditures | See the Partner's Instructions |
| | **S** CCF nonqualified withdrawals | |
| | **T** Depletion information — oil and gas | |
| | **U** Reserved | |
| | **V** Unrelated business taxable income | |
| | **W** Precontribution gain (loss) | |
| | **X** Section 108(i) information | |
| | **Y** Net investment income | |
| | **Z** Other information | |

THE GALMOR FAMILY TRUST    46-7363977      PTPA0312L 08/26/16    Schedule **K-1** (Form 1065) 2016

CONFIDENTIAL
M.GALMOR_0774
PAPP 0782

GALMOR MANAGEMENT LLC 27-4132505

SCHEDULE K-1 (FORM 1065) 2016     **SUPPLEMENTAL INFORMATION**     PAGE 3

**BOX 2**
**RENTAL REAL ESTATE ACTIVITIES**

| PROPERTY TYPE AND ADDRESS | GROSS INCOME | NET EXPENSES | NET INCOME | PASSIVE NONPASS | SEC. 1231 TOTAL |
|---|---|---|---|---|---|
| PASSTHROUGH RENTAL REAL ESTATE | | | 53. | | |
| TOTAL | | $ | 53. | | |

**BOX 13**
**OTHER DEDUCTIONS**

**\* DESCRIPTIVE INFORMATION**

I    DEDUCTIONS - ROYALTY INCOME................................................. $     1.

THE GALMOR FAMILY TRUST    46-7363977

SPSL1201L 06/16/16

CONFIDENTIAL
M.GALMOR_0775
PAPP 0783

GALMOR MANAGEMENT LLC    27-4132505

# 2016 PARTNER'S SUMMARY OF OIL AND GAS ACTIVITIES

**(Form 1065, Schedule K-1, Box 20, Other Information, Code T)**

| Partner's name | Partner's I.D. |
|---|---|
| THE GALMOR FAMILY TRUST | 46-7363977 |

**INCOME:**

| | | |
|---|---|---|
| 1. | **Gross income from oil and gas activities (Sch. K-1 line 17, Code D)** | 1,131. |

**EXPENSES:**

| | | |
|---|---|---|
| 2. | Production tax | |
| 3. | Operating expenses | |
| 4. | Depreciation | |
| 5. | Allocated overhead | |
| 6. | Other expenses | 269. |
| 7. | **Total deductions allocable to oil and gas activities (Schedule K-1 line 17, Code E)** | 269. |
| 8. | **Net income from oil and gas activities (line 1 minus line 7)** | 862. |

**PASSTHROUGH EXPENSES:**

| | | |
|---|---|---|
| 9. | Total intangible drilling costs (IDC) (Schedule K-1 line 13, Code J) | |
| 10. | Dry hole costs (Schedule K-1 line 13, Code J) | |
| 11. | Section 179 expense deduction (Schedule K-1 line 12) | |

**DEPLETION INFORMATION:**

| | | |
|---|---|---|
| 12. | Total cost depletion (greater than percentage) from all properties | |
| 13. | Total percentage depletion (greater than cost) from all properties (subject to 65% taxable income limitation) | 92. |
| 14. | Total percentage depletion (greater than cost) from all properties (NOT subject to 65% taxable income limitation) | |
| 15. | Total tentative depletion deduction (add lines 12, 13 and 14) | 92. |
| 16. | Total AMT cost depletion (greater than percentage) from all properties | |
| 17. | Total AMT percentage depletion (greater than cost) from all properties (subject to 65% taxable income limitation) | 92. |
| 18. | Total AMT percentage depletion (greater than cost) from all properties (NOT subject to 65% taxable income limitation) | |
| 19. | Total tentative AMT depletion deduction (add lines 16, 17 and 18) | 92. |

**OTHER INFORMATION:**

| | | |
|---|---|---|
| 20. | Total percentage depletion in excess of basis | 92. |
| 21. | Total excess intangible drilling costs (IDC) | |

PTPL1101L 06/16/16

THE GALMOR FAMILY TRUST    46-7363977

CONFIDENTIAL
M.GALMOR_0776
PAPP 0784

GALMOR MANAGEMENT LLC    27-4132505

# 2016 PARTNER'S SHARE OF INVESTMENT IN PASSTHROUGH ENTITIES

**Note:** The amounts on this schedule are provided for informational purposes only. These amounts are already included on Schedule K-1.

| Partner's Name | Partner's identification number |
|---|---|
| THE GALMOR FAMILY TRUST | 46-7363977 |

| | Name of Passthrough Entity | Employer Identification No. | Type of Entity | Check box if fully disposed in current year |
|---|---|---|---|---|
| A | GALMOR FAMILY LTD PARTNERSHIP | 27-4132388 | PASSIVE | |
| B | GALMOR FAMILY LTD PARTNERSHIP | 27-4132388 | PASSIVE | |
| C | | | | |
| D | | | | |

| | | Passthrough Entities | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| Income (Loss) | Ordinary business income (loss) | -496. | | | |
| | Net rental real estate income (loss) | | 53. | | |
| | Other net rental income (loss) | | | | |
| | Guaranteed payments | | | | |
| | Interest | 12. | | | |
| | Ordinary dividends | | | | |
| | Qualified dividends | | | | |
| | Royalties | 781. | | | |
| | Net short-term capital gain (loss) | | | | |
| | Net long-term capital gain (loss) | | | | |
| | Collectibles (28%) gain (loss) | | | | |
| | Unrecaptured section 1250 gain | | | | |
| | Net section 1231 gain (loss) | | | | |
| | Other income (loss) | | | | |
| Deductions | Section 179 deduction | | | | |
| | Charitable contributions | | | | |
| | Investment interest expense | | | | |
| | Section 59(e)(2) expense: Intangible Drilling costs | | | | |
| | Section 59(e)(2) expense: Dry Hole expense | | | | |
| | Other section 59(e)(2) expenses | | | | |
| | Other deductions | 1. | | | |
| Self-Employment | Net earnings (loss) from self-employment | -496. | | | |
| | Gross farming or fishing income | 988. | | | |
| | Gross nonfarm income | | | | |
| Credits | Low-income housing credit: | | | | |
| | (A)   Section 42(j)(5): Pre-2008 | | | | |
| | (B)   Other: Pre-2008 | | | | |
| | (C)   Section 42(j)(5): Post-2007 | | | | |
| | (D)   Other: Post-2007 | | | | |
| | Qualified rehabilitation expenditures related to rental real estate act. | | | | |
| | Other rental real estate credits | | | | |
| | Other rental credits | | | | |
| | Work opportunity credit | | | | |
| | Biofuel producer credit | | | | |
| | Disabled access credit | | | | |
| | Empowerment zone employment credit | | | | |
| | Credit for increasing research activities | | | | |
| | Credit for employer Soc. Sec. tax paid on certain employee tips | | | | |
| | Orphan drug credit | | | | |
| | Enhanced oil recovery credit | | | | |
| | Indian employment credit | | | | |
| | Small employer pension plan startup costs credit | | | | |
| | Credit for employer-provided childcare | | | | |
| | Alternative motor vehicle credit | | | | |
| | Other credits | | | | |

THE GALMOR FAMILY TRUST    46-7363977

PTPL1102L  06/16/16

CONFIDENTIAL
M.GALMOR_0777
PAPP 0785

GALMOR MANAGEMENT LLC   27-4132505

# 2016 PARTNER'S SHARE OF INVESTMENT IN PASSTHROUGH ENTITIES

**Note:** The amounts on this schedule are provided for informational purposes only. These amounts are already included on Schedule K-1.

| Partner's Name | Partner's identification number |
|---|---|
| THE GALMOR FAMILY TRUST | 46-7363977 |

| | Name of Passthrough Entity | Employer Identification No. | Type of Entity | Check box if fully disposed in current year | | |
|---|---|---|---|---|---|---|
| A | GALMOR FAMILY LTD PARTNERSHIP | 27-4132388 | PASSIVE | | | |
| B | GALMOR FAMILY LTD PARTNERSHIP | 27-4132388 | PASSIVE | | | |
| C | | | | | | |
| D | | | | | | |

| | | | Passthrough Entities | | | |
|---|---|---|---|---|---|---|
| | | | A | B | C | D |
| **Foreign Trans-actions** | Gross income from all sources | | | | | |
| | Gross income sourced at partner level | | | | | |
| | Foreign gross income sourced at partnership level | Passive category | | | | |
| | | General category | | | | |
| | | Other | | | | |
| | Deductions allocated & apportioned at partner level | Interest expense | | | | |
| | | Other | | | | |
| | Deductions allocated & apportioned at partnership level | Passive category | | | | |
| | | General category | | | | |
| | | Other | | | | |
| | Foreign taxes paid | | | | | |
| | Foreign taxes accrued | | | | | |
| | Reduction in tax available for credit | | | | | |
| | Foreign trading gross receipts | | | | | |
| | Extraterritorial income exclusion | | | | | |
| | Other foreign transactions | | | | | |
| **Altern-ative Mini-mum Tax (AMT) Items** | Post-1986 depreciation adjustment | | -3. | | | |
| | Adjusted gain or loss | | | | | |
| | Depletion (other than oil and gas) | | | | | |
| | Oil, gas and geothermal properties — gross income | | 1,131. | | | |
| | Oil, gas and geothermal properties — deductions | | 269. | | | |
| | A.C.E. depreciation adjustment | | | | | |
| | A.C.E. adjusted gain or (loss) | | | | | |
| | Accel. depreciation on real property placed in service before 1987 | | | | | |
| | Accel. depr. on leased personal prop. placed in service before 1987 | | | | | |
| | Other AMT items | | | | | |
| **Tax-Exempt Inc & Non-deduc-tible Exp** | Tax-exempt interest income | | | | | |
| | Other tax-exempt income | | | | | |
| | Nondeductible expenses | | 1. | | | |
| **Other Infor-mation** | Investment income | | 793. | | | |
| | Investment expenses | | 1. | | | |
| | Recapture of low-income housing credit — 42(j)(5) partnerships | | | | | |
| | Recapture of low-income housing credit — other | | | | | |
| | Supplemental Information: | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

THE GALMOR FAMILY TRUST   46-7363977

PTPL1103L  06/16/16

CONFIDENTIAL
M.GALMOR_0778
PAPP 0786

2:02 PM

12/10/18

## Galmor's / G&G Steam Service, Inc.
## Customer QuickReport
### July 1, 2013 through December 10, 2018

| Type | Date | Num | Memo | Account | Clr | Split |
|------|------|-----|------|---------|-----|-------|
| **Galmor Family Limited Partnership*** | | | | | | |
| **Big Barn** | | | | | | |
| Invoice | 08/29/2014 | 121693 | | 1200 · Accounts Re... | | -SPLIT- |
| **Twitty Farms** | | | | | | |
| Invoice | 08/11/2014 | 121118 | | 1200 · Accounts Re... | | -SPLIT- |
| **Twitty Flats** | | | | | | |
| Invoice | 09/08/2014 | 121723 | | 1200 · Accounts Re... | | -SPLIT- |
| **Twitty Gin Yard** | | | | | | |
| Invoice | 03/21/2014 | 118545 | | 1200 · Accounts Re... | | -SPLIT- |
| **Galmor Family Limited Partnership* - Other** | | | | | | |
| Invoice | 09/13/2013 | 114688 | | 1200 · Accounts Re... | | -SPLIT- |
| Payment | 10/01/2013 | 009580 | Deposit 10/1/... | 1499 · Undeposited ... | X | 1200 · Account... |
| Invoice | 11/27/2013 | 116277 | | 1200 · Accounts Re... | | -SPLIT- |
| Invoice | 01/17/2014 | 117195 | | 1200 · Accounts Re... | | -SPLIT- |
| Invoice | 03/19/2014 | 118478 | | 1200 · Accounts Re... | | -SPLIT- |
| Invoice | 03/19/2014 | 118479 | | 1200 · Accounts Re... | | -SPLIT- |
| Invoice | 08/30/2014 | 120423 | | 1200 · Accounts Re... | | -SPLIT- |
| Invoice | 07/25/2014 | 121090 | | 1200 · Accounts Re... | | -SPLIT- |
| Invoice | 07/31/2014 | 121125 | | 1200 · Accounts Re... | | -SPLIT- |
| Invoice | 08/31/2014 | 121994 | | 1200 · Accounts Re... | | -SPLIT- |
| Invoice | 09/30/2014 | 122454 | | 1200 · Accounts Re... | | -SPLIT- |
| Payment | 10/10/2014 | 010328 | | 1499 · Undeposited ... | X | 1200 · Account... |
| Payment | 10/10/2014 | 010333 | | 1499 · Undeposited ... | X | 1200 · Account... |
| Invoice | 10/31/2014 | 123004 | | 1200 · Accounts Re... | | -SPLIT- |
| Invoice | 11/30/2014 | 123558 | | 1200 · Accounts Re... | | -SPLIT- |
| Invoice | 12/31/2014 | 123993 | | 1200 · Accounts Re... | | -SPLIT- |
| Invoice | 01/31/2015 | 124565 | | 1200 · Accounts Re... | | -SPLIT- |
| Check | 10/19/2015 | 75562 | | GPNB - Galmor's/G... | X | Royalties Paya... |
| Check | 10/22/2015 | 75573 | | GPNB - Galmor's/G... | X | Royalties Paya... |
| Check | 10/29/2015 | 75621 | | GPNB - Galmor's/G... | X | Royalties Paya... |
| Invoice | 10/31/2015 | 126112 | | 1200 · Accounts Re... | | -SPLIT- |
| Check | 11/03/2015 | 75628 | | GPNB - Galmor's/G... | X | Royalties Paya... |
| Check | 11/06/2015 | 75657 | | GPNB - Galmor's/G... | X | Royalties Paya... |
| Check | 11/18/2015 | 75710 | | GPNB - Galmor's/G... | X | Royalties Paya... |
| Check | 11/20/2015 | 75720 | | GPNB - Galmor's/G... | X | Royalties Paya... |
| Check | 12/03/2015 | 75767 | | GPNB - Galmor's/G... | X | Royalties Paya... |
| Check | 12/14/2015 | 75816 | | GPNB - Galmor's/G... | X | Royalties Paya... |
| Check | 12/16/2015 | 75834 | | GPNB - Galmor's/G... | X | Royalties Paya... |
| Check | 01/06/2016 | 76408 | | GPNB - Galmor's/G... | X | Royalties Paya... |
| Check | 01/12/2016 | 76429 | | GPNB - Galmor's/G... | X | Royalties Paya... |
| Check | 01/20/2016 | 76448 | | GPNB - Galmor's/G... | X | Royalties Paya... |
| Check | 02/03/2016 | 76503 | | GPNB - Galmor's/G... | X | Royalties Paya... |
| Check | 02/05/2016 | 76508 | | GPNB - Galmor's/G... | X | Royalties Paya... |
| Check | 02/08/2016 | 76516 | | GPNB - Galmor's/G... | X | Royalties Paya... |
| Check | 02/10/2016 | 76523 | | GPNB - Galmor's/G... | X | Royalties Paya... |
| Check | 02/18/2016 | 76539 | | GPNB - Galmor's/G... | X | Royalties Paya... |
| Check | 03/07/2016 | 75897 | | GPNB - Galmor's/G... | X | Royalties Paya... |
| Check | 03/10/2016 | 75914 | | GPNB - Galmor's/G... | X | Royalties Paya... |
| Check | 04/04/2016 | 75990 | | GPNB - Galmor's/G... | X | Royalties Paya... |
| Check | 04/21/2016 | 76043 | | GPNB - Galmor's/G... | X | Royalties Paya... |
| Check | 05/03/2016 | 76070 | | GPNB - Galmor's/G... | X | Royalties Paya... |
| Check | 05/19/2016 | 76129 | | GPNB - Galmor's/G... | X | Royalties Paya... |
| Check | 06/08/2016 | 76223 | | GPNB - Galmor's/G... | X | Royalty Advance |
| Check | 06/16/2016 | 76286 | | GPNB - Galmor's/G... | X | Royalty Advance |
| Check | 06/22/2016 | 76289 | | GPNB - Galmor's/G... | X | Royalty Advance |
| Check | 07/12/2016 | 76581 | | GPNB - Galmor's/G... | X | Royalty Advance |
| Invoice | 09/30/2016 | 127966 | | 1200 · Accounts Re... | | -SPLIT- |
| Check | 10/06/2016 | 1089CKBK | | NBC - Shamrock #0... | X | Royalty Advance |
| Check | 10/14/2016 | 1095CKBK | | NBC - Shamrock #0... | X | Royalty Advance |
| Check | 11/09/2016 | 1031CKBK | | NBC - Shamrock #0... | X | Royalty Advance |
| Check | 11/29/2016 | 1041CKBK | | NBC - Shamrock #0... | X | Royalty Advance |
| Check | 12/02/2016 | 1048CKBK | | NBC - Shamrock #0... | X | Royalty Advance |
| Check | 12/12/2016 | 10047 | | NBC - Shamrock #0... | X | Royalty Advance |
| Check | 12/14/2016 | 77152 | | GPNB - Galmor's/G... | X | Royalty Advance |
| Invoice | 12/31/2016 | 128668 | | 1200 · Accounts Re... | | -SPLIT- |
| Check | 01/03/2017 | 77192 | | GPNB - Galmor's/G... | X | Royalty Advance |
| Check | 01/04/2017 | 77194 | | GPNB - Galmor's/G... | X | Royalty Advance |
| Check | 01/13/2017 | 77242 | | GPNB - Galmor's/G... | X | Royalty Advance |

Page 1

EXHIBIT

16

DEPONENT NAME:

Galmor

DATE: 3 /24/21

G_016707

PAPP 0787

2:02 PM

12/10/18

**Galmor's / G&G Steam Service, Inc.**
**Customer QuickReport**
July 1, 2013 through December 10, 2018

| Type | Date | Num | Memo | Account | Clr | Split |
|------|------|-----|------|---------|-----|-------|
| Check | 02/08/2017 | 77349 | | GPNB - Galmor's/G... | X | Royalty Advance |
| Check | 03/15/2017 | 10230 | | NBC - Shamrock #0... | X | Royalty Advance |
| Invoice | 03/31/2017 | 129278 | | 1200 · Accounts Re... | | -SPLIT- |
| Check | 04/14/2017 | 10340 | | NBC - Shamrock #0... | X | Royalty Advance |

**SG_016708**

PAPP 0788

2:02 PM

12/10/18

# Galmor's / G&G Steam Service, Inc.
## Customer QuickReport
### July 1, 2013 through December 10, 2018

| Debit | Credit |
|---|---|
| 842.03 | |
| 1,950.00 | |
| 1,050.00 | |
| 5,381.56 | |
| 667.25 | |
| 667.25 | |
| 510.00 | |
| 290.63 | |
| 544.00 | |
| 1,881.21 | |
| 44,064.35 | |
| 80,880.16 | |
| 5,251.57 | |
| 6,691.41 | |
| 6,372.43 | |
| 1,050.00 | |
| 8,607.40 | |
| 7,161.89 | |
| 13,522.47 | |
| 11,976.04 | |
| 10,869.22 | |
| | 5,000.00 |
| | 39,000.00 |
| | 2,000.00 |
| 107,636.27 | |
| | 15,000.00 |
| | 10,000.00 |
| | 20,000.00 |
| | 3,000.00 |
| | 5,000.00 |
| | 30,000.00 |
| | 10,000.00 |
| | 10,000.00 |
| | 7,000.00 |
| | 15,000.00 |
| | 5,000.00 |
| | 3,500.00 |
| | 4,000.00 |
| | 3,500.00 |
| | 10,000.00 |
| | 15,000.00 |
| | 5,000.00 |
| | 12,500.00 |
| | 3,500.00 |
| | 3,500.00 |
| | 2,700.00 |
| | 10,000.00 |
| | 2,500.00 |
| | 2,000.00 |
| | 2,500.00 |
| 72,540.90 | |
| | 2,000.00 |
| | 2,500.00 |
| | 4,700.00 |
| | 2,000.00 |
| | 1,500.00 |
| | 2,500.00 |
| | 2,000.00 |
| 10,263.00 | |
| | 2,000.00 |
| | 5,000.00 |
| | 1,500.00 |

**Page 3**

**SG_016709**

PAPP 0789

2:02 PM
12/10/18

**Galmor's / G&G Steam Service, Inc.**
**Customer QuickReport**
July 1, 2013 through December 10, 2018

| Debit | Credit |
|-------|--------|
|  | 2,500.00 |
|  | 5,000.00 |
| 4,881.00 |  |
|  | 4,000.00 |

**SG_016710**
PAPP 0790



Deena Carter <deena@galmorsinc.com>

## Accounting
1 message

**Matthew Merriott** <matthew@lovell-law.net>                    Tue, Jun 4, 2019 at 11:37 AM
To: Deena Carter <deena@galmorsinc.com>
Cc: "steve@galmorsinc.com" <steve@galmorsinc.com>

Requirements for accounting

Sec. 113.152.  CONTENTS OF ACCOUNTING.  A written statement of accounts shall show:

(1)  all trust property that has come to the trustee's knowledge or into the trustee's possession and that has not been previously listed or inventoried as property of the trust;

(2)  a complete account of receipts, disbursements, and other transactions regarding the trust property for the period covered by the account, including their source and nature, with receipts of principal and income shown separately;

(3)  a listing of all property being administered, with an adequate description of each asset;

(4)  the cash balance on hand and the name and location of the depository where the balance is kept;  and

(5)  all known liabilities owed by the trust.

**Matthew S. Merriott**
LOVELL, LOVELL, ISERN & FARABOUGH, LLP
112 W. 8th Avenue, Suite 1000
Amarillo, Texas  79101
806-373-1515 Office
806-379-7176 Fax
www.lovell-law.net

### Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.



EXHIBIT

17

DEPONENT NAME:
Galmor

DATE:
3 /24/21

# TRUST PROPERTY

PAPP 0792

# ACCOUNTING

# Checks

PAPP 0794

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

12:19 PM
06/05/19

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | | 03/31/2017 | | National Bank of C... | | -1,028.00 |
| | | | | Farm & Ranch Expe... | -1,028.00 | 1,028.00 |
| TOTAL | | | | | -1,028.00 | 1,028.00 |
| Check | | 04/05/2017 | | Great Plains Nation... | | -15.00 |
| | | | | Bank Charges | -15.00 | 15.00 |
| TOTAL | | | | | -15.00 | 15.00 |
| Check | | 04/28/2017 | | National Bank of C... | | -552.00 |
| | | | | Farm & Ranch Expe... | -552.00 | 552.00 |
| TOTAL | | | | | -552.00 | 552.00 |
| Check | | 05/03/2017 | | Great Plains Nation... | | -15.00 |
| | | | | Bank Charges | -15.00 | 15.00 |
| TOTAL | | | | | -15.00 | 15.00 |
| Check | | 05/31/2017 | | National Bank of C... | | -216.00 |
| | | | | Farm & Ranch Expe... | -216.00 | 216.00 |
| TOTAL | | | | | -216.00 | 216.00 |
| Check | | 06/05/2017 | | Great Plains Nation... | | -15.00 |
| | | | | Bank Charges | -15.00 | 15.00 |
| TOTAL | | | | | -15.00 | 15.00 |
| Check | | 06/30/2017 | | National Bank of C... | | -216.00 |
| | | | | Farm & Ranch Expe... | -216.00 | 216.00 |
| TOTAL | | | | | -216.00 | 216.00 |

12:19 PM

06/05/19

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | | 07/23/2017 | | Great Plains Nation... | | -15.00 |
| | | | | Bank Charges | -15.00 | 15.00 |
| TOTAL | | | | | -15.00 | 15.00 |
| Check | | 07/31/2017 | | National Bank of C... | | -412.00 |
| | | | | Farm & Ranch Expe... | -412.00 | 412.00 |
| TOTAL | | | | | -412.00 | 412.00 |
| Check | | 07/31/2017 | | Great Plains Nation... | | -15.00 |
| | | | | Bank Charges | -15.00 | 15.00 |
| TOTAL | | | | | -15.00 | 15.00 |
| Check | | 08/31/2017 | | Great Plains Nation... | | -15.00 |
| | | | | Bank Charges | -15.00 | 15.00 |
| TOTAL | | | | | -15.00 | 15.00 |
| Check | | 08/31/2017 | | National Bank of C... | | -412.00 |
| | | | | Farm & Ranch Expe... | -412.00 | 412.00 |
| TOTAL | | | | | -412.00 | 412.00 |
| Check | | 09/01/2017 | | Great Plains Nation... | | -15.00 |
| | | | | Bank Charges | -15.00 | 15.00 |
| TOTAL | | | | | -15.00 | 15.00 |
| Check | | 09/30/2017 | | National Bank of C... | | -356.00 |
| | | | | Farm & Ranch Expe... | -356.00 | 356.00 |
| TOTAL | | | | | -356.00 | 356.00 |

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | | 10/31/2017 | | Great Plains Nation... | | -15.00 |
| | | | | Bank Charges | -15.00 | 15.00 |
| TOTAL | | | | | -15.00 | 15.00 |
| Check | | 10/31/2017 | | National Bank of C... | | -216.00 |
| | | | | Farm & Ranch Expe... | -216.00 | 216.00 |
| TOTAL | | | | | -216.00 | 216.00 |
| Check | | 11/30/2017 | | Great Plains Nation... | | -15.00 |
| | | | | Bank Charges | -15.00 | 15.00 |
| TOTAL | | | | | -15.00 | 15.00 |
| Check | | 12/29/2017 | | Great Plains Nation... | | -15.00 |
| | | | | Bank Charges | -15.00 | 15.00 |
| TOTAL | | | | | -15.00 | 15.00 |
| Check | | 12/29/2017 | | National Bank of C... | | -244.00 |
| | | | | Farm & Ranch Expe... | -244.00 | 244.00 |
| TOTAL | | | | | -244.00 | 244.00 |
| Check | | 01/02/2018 | Great Pla... | Great Plains Nation... | | -23,859.15 |
| | | | | GPNB | -23,859.15 | 23,859.15 |
| TOTAL | | | | | -23,859.15 | 23,859.15 |
| Check | | 01/31/2018 | | Great Plains Nation... | | -95.00 |
| | | | | Bank Charges | -95.00 | 95.00 |
| TOTAL | | | | | -95.00 | 95.00 |

12:19 PM
06/05/19

PAPP 0797

12:19 PM
06/05/19

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

Page 4

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | | 01/31/2018 | | National Bank of C... | | -384.00 |
| | | | | Farm & Ranch Expe... | -384.00 | 384.00 |
| TOTAL | | | | | -384.00 | 384.00 |
| Check | | 02/28/2018 | | Great Plains Nation... | | -23.00 |
| | | | | Bank Charges | -23.00 | 23.00 |
| TOTAL | | | | | -23.00 | 23.00 |
| Check | | 02/28/2018 | | National Bank of C... | | -188.00 |
| | | | | Farm & Ranch Expe... | -188.00 | 188.00 |
| TOTAL | | | | | -188.00 | 188.00 |
| Check | | 03/30/2018 | | Great Plains Nation... | | -15.00 |
| | | | | Bank Charges | -15.00 | 15.00 |
| TOTAL | | | | | -15.00 | 15.00 |
| Check | | 04/30/2018 | | Great Plains Nation... | | -15.49 |
| | | | | Bank Charges | -15.49 | 15.49 |
| TOTAL | | | | | -15.49 | 15.49 |
| Check | | 05/31/2018 | | Great Plains Nation... | | -15.00 |
| | | | | Bank Charges | -15.00 | 15.00 |
| TOTAL | | | | | -15.00 | 15.00 |
| Check | | 06/30/2018 | | Great Plains Nation... | | -15.00 |
| | | | | Bank Charges | -15.00 | 15.00 |
| TOTAL | | | | | -15.00 | 15.00 |

12:19 PM
06/05/19

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

Page 5

| Type | Num | Name | Date | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | | | 07/31/2018 | Great Plains Nation... | | -15.00 |
| | | | | Bank Charges | -15.00 | 15.00 |
| TOTAL | | | | | -15.00 | 15.00 |
| Check | | | 08/31/2018 | National Bank of C... | | -104.00 |
| | | | | Farm & Ranch Expe... | -104.00 | 104.00 |
| TOTAL | | | | | -104.00 | 104.00 |
| Check | | | 08/31/2018 | Great Plains Nation... | | -15.00 |
| | | | | Bank Charges | -15.00 | 15.00 |
| TOTAL | | | | | -15.00 | 15.00 |
| Check | | | 09/28/2018 | Great Plains Nation... | | -15.00 |
| | | | | Bank Charges | -15.00 | 15.00 |
| TOTAL | | | | | -15.00 | 15.00 |
| Check | | | 10/31/2018 | National Bank of C... | | -272.00 |
| | | | | Farm & Ranch Expe... | -272.00 | 272.00 |
| TOTAL | | | | | -272.00 | 272.00 |
| Check | | | 10/31/2018 | Great Plains Nation... | | -15.00 |
| | | | | Bank Charges | -15.00 | 15.00 |
| TOTAL | | | | | -15.00 | 15.00 |
| Check | | | 12/02/2018 | Great Plains Nation... | | -15.00 |
| | | | | Bank Charges | -15.00 | 15.00 |
| TOTAL | | | | | -15.00 | 15.00 |

12:19 PM
06/05/19

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | | 02/28/2019 | | National Bank of C... | | -48.00 |
| | | | | Farm & Ranch Expe... | -48.00 | 48.00 |
| TOTAL | | | | | -48.00 | 48.00 |
| Check | | 04/30/2019 | | Happy State Bank | | -10.00 |
| | | | | Bank Charges | -10.00 | 10.00 |
| TOTAL | | | | | -10.00 | 10.00 |
| Check | Debit | 03/31/2017 | Greenbel... | National Bank of C... | | -122.84 |
| | | | | Utilities | -122.84 | 122.84 |
| TOTAL | | | | | -122.84 | 122.84 |
| Check | Debit | 04/04/2017 | Harmon ... | National Bank of C... | | -400.75 |
| | | | | Utilities | -400.75 | 400.75 |
| TOTAL | | | | | -400.75 | 400.75 |
| Check | Debit | 04/28/2017 | Greenbel... | National Bank of C... | | -150.27 |
| | | | | Utilities | -150.27 | 150.27 |
| TOTAL | | | | | -150.27 | 150.27 |
| Check | Debit | 05/01/2017 | Harmon ... | National Bank of C... | | -154.42 |
| | | | | Utilities | -154.42 | 154.42 |
| TOTAL | | | | | -154.42 | 154.42 |
| Check | Debit | 05/31/2017 | Greenbel... | National Bank of C... | | -117.45 |
| | | | | Utilities | -117.45 | 117.45 |
| TOTAL | | | | | -117.45 | 117.45 |

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | Debit | 06/05/2017 | Harmon ... | National Bank of C... | | -86.59 |
| | | | | Utilities | -86.59 | 86.59 |
| TOTAL | | | | | -86.59 | 86.59 |
| Check | Debit | 06/14/2017 | State Aut... | National Bank of C... | | -710.00 |
| | | | | Insurance | -710.00 | 710.00 |
| TOTAL | | | | | -710.00 | 710.00 |
| Check | Debit | 07/03/2017 | Harmon ... | National Bank of C... | | -119.80 |
| | | | | Utilities | -119.80 | 119.80 |
| TOTAL | | | | | -119.80 | 119.80 |
| Check | Debit | 08/04/2017 | Harmon ... | National Bank of C... | | -73.33 |
| | | | | Utilities | -73.33 | 73.33 |
| TOTAL | | | | | -73.33 | 73.33 |
| Check | Debit | 09/06/2017 | Harmon ... | National Bank of C... | | -72.65 |
| | | | | Utilities | -72.65 | 72.65 |
| TOTAL | | | | | -72.65 | 72.65 |
| Check | Debit | 10/04/2017 | Harmon ... | National Bank of C... | | -98.03 |
| | | | | Utilities | -98.03 | 98.03 |
| TOTAL | | | | | -98.03 | 98.03 |
| Check | Debit | 11/06/2017 | Harmon ... | National Bank of C... | | -62.24 |
| | | | | Utilities | -62.24 | 62.24 |
| TOTAL | | | | | -62.24 | 62.24 |

PAPP 0801

12:19 PM
06/05/19

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | Debit | 11/09/2017 | Whit-Co | National Bank of C... | | -81.13 |
| | | | | Supplies | -81.13 | 81.13 |
| TOTAL | | | | | -81.13 | 81.13 |
| Check | Debit | 12/04/2017 | Harmon ... | National Bank of C... | | -64.57 |
| | | | | Utilities | -64.57 | 64.57 |
| TOTAL | | | | | -64.57 | 64.57 |
| Check | Debit | 12/29/2017 | Great Pla... | Great Plains Nation... | | -27,218.68 |
| | | | | 3048411 - 560 acres... | -16,223.76 | 16,223.76 |
| | | | | Great Plains Nationa... | -10,994.92 | 10,994.92 |
| TOTAL | | | | | -27,218.68 | 27,218.68 |
| Check | Debit | 01/04/2018 | AimBank | National Bank of C... | | -68.00 |
| | | | | Personal | -68.00 | 68.00 |
| TOTAL | | | | | -68.00 | 68.00 |
| Check | Debit | 01/08/2018 | Harmon ... | National Bank of C... | | -72.26 |
| | | | | Utilities | -72.26 | 72.26 |
| TOTAL | | | | | -72.26 | 72.26 |
| Check | Debit | 02/05/2018 | Harmon ... | National Bank of C... | | -422.34 |
| | | | | Utilities | -422.34 | 422.34 |
| TOTAL | | | | | -422.34 | 422.34 |
| Check | Debit | 02/07/2018 | Harmon ... | National Bank of C... | | -422.34 |
| | | | | Utilities | -422.34 | 422.34 |
| TOTAL | | | | | -422.34 | 422.34 |

PAPP 0802

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | Debit | 03/06/2018 | Harmon ... | National Bank of C... | | -130.04 |
| | | | | Utilities | -130.04 | 130.04 |
| TOTAL | | | | | -130.04 | 130.04 |
| Check | Debit | 04/10/2018 | Harmon ... | National Bank of C... | | -144.32 |
| | | | | Utilities | -144.32 | 144.32 |
| TOTAL | | | | | -144.32 | 144.32 |
| Check | Debit | 05/09/2018 | Harmon ... | National Bank of C... | | -142.72 |
| | | | | Utilities | -142.72 | 142.72 |
| TOTAL | | | | | -142.72 | 142.72 |
| Check | Debit | 06/09/2018 | Harmon ... | National Bank of C... | | -168.16 |
| | | | | Utilities | -168.16 | 168.16 |
| TOTAL | | | | | -168.16 | 168.16 |
| Check | Debit | 06/28/2018 | Whit-Co | National Bank of C... | | -81.13 |
| | | | | Supplies | -81.13 | 81.13 |
| TOTAL | | | | | -81.13 | 81.13 |
| Check | Debit | 07/06/2018 | Harmon ... | National Bank of C... | | -287.78 |
| | | | | Utilities | -287.78 | 287.78 |
| TOTAL | | | | | -287.78 | 287.78 |
| Check | Debit | 08/16/2018 | Harmon ... | National Bank of C... | | -357.20 |
| | | | | Utilities | -357.20 | 357.20 |
| TOTAL | | | | | -357.20 | 357.20 |

12:19 PM
06/05/19

12:19 PM
06/05/19

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | Debit | 10/24/2018 | Great Pla... | Great Plains Nation... | | -12,961.15 |
| | | | | 3126145 - real estat... | -12,961.15 | 12,961.15 |
| TOTAL | | | | | -12,961.15 | 12,961.15 |
| Check | Debit | 10/31/2018 | Great Pla... | Great Plains Nation... | | -8,800.00 |
| | | | | FLP Loan | -8,800.00 | 8,800.00 |
| TOTAL | | | | | -8,800.00 | 8,800.00 |
| Check | 1 | 03/18/2019 | Lovell & ... | Happy State Bank | | -10,000.00 |
| | | | | Legal Expenses | -10,000.00 | 10,000.00 |
| TOTAL | | | | | -10,000.00 | 10,000.00 |
| Check | 1004C... | 10/24/2018 | Capital F... | Great Plains Nation... | | -13,738.52 |
| | | | | Capital Farm Credit | -13,738.52 | 13,738.52 |
| TOTAL | | | | | -13,738.52 | 13,738.52 |
| Check | 1060C... | 03/27/2017 | Robertso... | National Bank of C... | | -1,330.00 |
| | | | | Personal | -1,330.00 | 1,330.00 |
| TOTAL | | | | | -1,330.00 | 1,330.00 |
| Check | 1061C... | 03/29/2017 | Eva Shor... | National Bank of C... | | -80.00 |
| | | | | Janitorial | -80.00 | 80.00 |
| TOTAL | | | | | -80.00 | 80.00 |
| Check | 1062C... | 09/02/2017 | Maul Feeds | National Bank of C... | | -4,575.00 |
| | | | | Seed | -4,575.00 | 4,575.00 |
| TOTAL | | | | | -4,575.00 | 4,575.00 |

PAPP 0804

12:19 PM
06/05/19

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 1063C... | 01/19/2018 | Shirley G... | National Bank of C... | | -5,700.00 |
| | | | | Personal | -5,700.00 | 5,700.00 |
| TOTAL | | | | | -5,700.00 | 5,700.00 |
| Check | 1064C... | 08/08/2018 | Wheeler ... | National Bank of C... | | -70.50 |
| | | | | County Taxes | -70.50 | 70.50 |
| TOTAL | | | | | -70.50 | 70.50 |
| Check | 1500 | 03/07/2019 | Germania | Happy State Bank | | -108.33 |
| | | | | Insurance | -108.33 | 108.33 |
| TOTAL | | | | | -108.33 | 108.33 |
| Check | 1501 | 03/07/2019 | Jose Parra | Happy State Bank | | -100.00 |
| | | | | Fuel | -100.00 | 100.00 |
| TOTAL | | | | | -100.00 | 100.00 |
| Check | 1502 | 03/20/2019 | Storehou... | Happy State Bank | | -504.00 |
| | | | | Insurance | -504.00 | 504.00 |
| TOTAL | | | | | -504.00 | 504.00 |
| Check | 1503 | 03/20/2019 | Xcel Ener... | Happy State Bank | | -71.88 |
| | | | | Utilities | -71.88 | 71.88 |
| TOTAL | | | | | -71.88 | 71.88 |
| Check | 1504 | 03/20/2019 | Southwe... | Happy State Bank | | -326.98 |
| | | | | Utilities | -326.98 | 326.98 |
| TOTAL | | | | | -326.98 | 326.98 |

Page 11

PAPP 0805

12:19 PM
06/05/19

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 1505 | 03/20/2019 | Southwe... | Happy State Bank | | -55.27 |
| | | | | Utilities | -55.27 | 55.27 |
| TOTAL | | | | | -55.27 | 55.27 |
| Check | 1506 | 03/20/2019 | Southwe... | Happy State Bank | | -8.00 |
| | | | | Utilities | -8.00 | 8.00 |
| TOTAL | | | | | -8.00 | 8.00 |
| Check | 1507 | 03/20/2019 | Southwe... | Happy State Bank | | -12.31 |
| | | | | Utilities | -12.31 | 12.31 |
| TOTAL | | | | | -12.31 | 12.31 |
| Check | 1508 | 03/20/2019 | Southwe... | Happy State Bank | | -12.31 |
| | | | | Utilities | -12.31 | 12.31 |
| TOTAL | | | | | -12.31 | 12.31 |
| Check | 1509 | 03/20/2019 | Southwe... | Happy State Bank | | -12.31 |
| | | | | Utilities | -12.31 | 12.31 |
| TOTAL | | | | | -12.31 | 12.31 |
| Check | 1510 | 03/20/2019 | Centergas | Happy State Bank | | -1,120.00 |
| | | | | Utilities | -1,120.00 | 1,120.00 |
| TOTAL | | | | | -1,120.00 | 1,120.00 |
| Check | 1511 | 03/18/2019 | Southwe... | Happy State Bank | | -86.21 |
| | | | | Utilities | -86.21 | 86.21 |
| TOTAL | | | | | -86.21 | 86.21 |

12:19 PM
06/05/19

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 1512 | 03/27/2019 | City of Sh... | Happy State Bank | | -461.63 |
| | | | | Utilities | -124.88 | 124.88 |
| | | | | Utilities | -79.08 | 79.08 |
| | | | | Utilities | -50.37 | 50.37 |
| | | | | Utilities | -207.30 | 207.30 |
| TOTAL | | | | | -461.63 | 461.63 |
| Check | 1513 | 03/27/2019 | State Aut... | Happy State Bank | | -313.91 |
| | | | | Insurance | -313.91 | 313.91 |
| TOTAL | | | | | -313.91 | 313.91 |
| Check | 1514 | 03/27/2019 | Express I... | Happy State Bank | | -716.97 |
| | | | | Repair & Maintenance | -716.97 | 716.97 |
| TOTAL | | | | | -716.97 | 716.97 |
| Check | 1515 | 02/28/2019 | Crossroa... | Happy State Bank | | -728.01 |
| | | | | Fuel | -728.01 | 728.01 |
| TOTAL | | | | | -728.01 | 728.01 |
| Check | 1516 | 02/28/2019 | D&G Tras... | Happy State Bank | | -350.00 |
| | | | | Farm & Ranch Expe... | -350.00 | 350.00 |
| TOTAL | | | | | -350.00 | 350.00 |
| Check | 1517 | 04/02/2019 | Riley Ow... | Happy State Bank | | -390.00 |
| | | | | Contract Labor | -390.00 | 390.00 |
| TOTAL | | | | | -390.00 | 390.00 |

## GALMOR FAMILY LIMITED PARTNERSHIP
### Check Detail
March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 1518 | 04/02/2019 | Dillion W... | Happy State Bank | | -350.00 |
| | | | | Contract Labor | -350.00 | 350.00 |
| TOTAL | | | | | -350.00 | 350.00 |
| Check | 1519 | 04/02/2019 | Marshall ... | Happy State Bank | | -325.00 |
| | | | | Contract Labor | -325.00 | 325.00 |
| TOTAL | | | | | -325.00 | 325.00 |
| Check | 1520 | 04/02/2019 | Kyle Brown | Happy State Bank | | -325.00 |
| | | | | Contract Labor | -325.00 | 325.00 |
| TOTAL | | | | | -325.00 | 325.00 |
| Check | 1521 | 04/02/2019 | West Tex... | Happy State Bank | | -50.08 |
| | | | | Utilities | -50.08 | 50.08 |
| TOTAL | | | | | -50.08 | 50.08 |
| Check | 1522 | 04/02/2019 | Harmon ... | Happy State Bank | | -72.68 |
| | | | | Utilities | -72.68 | 72.68 |
| TOTAL | | | | | -72.68 | 72.68 |
| Check | 1523 | 04/02/2019 | Bartlett's | Happy State Bank | | -96.40 |
| | | | | Supplies | -96.40 | 96.40 |
| TOTAL | | | | | -96.40 | 96.40 |
| Check | 1524 | 04/02/2019 | Jose Salas | Happy State Bank | | -310.00 |
| | | | | Contract Labor | -310.00 | 310.00 |
| TOTAL | | | | | -310.00 | 310.00 |

12:19 PM
06/05/19

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 1525 | 04/02/2019 | Jose Parra | Happy State Bank | | **-612.00** |
| | | | | Contract Labor | -612.00 | 612.00 |
| TOTAL | | | | | -612.00 | 612.00 |
| Check | 1526 | 04/02/2019 | Southwe... | Happy State Bank | | **-12.31** |
| | | | | Utilities | -12.31 | 12.31 |
| TOTAL | | | | | -12.31 | 12.31 |
| Check | 1527 | 04/03/2019 | K & R Aut... | Happy State Bank | | **-158.65** |
| | | | | Vehicle Repairs | -158.65 | 158.65 |
| TOTAL | | | | | -158.65 | 158.65 |
| Check | 1528 | 04/03/2019 | Southwe... | Happy State Bank | | **-15.59** |
| | | | | Utilities | -15.59 | 15.59 |
| TOTAL | | | | | -15.59 | 15.59 |
| Check | 1530 | 04/11/2019 | Jose Salas | Happy State Bank | | **-210.01** |
| | | | | Fuel | -160.01 | 160.01 |
| | | | | Contract Labor | -50.00 | 50.00 |
| TOTAL | | | | | -210.01 | 210.01 |
| Check | 1531 | 04/15/2019 | Steve Gal... | Happy State Bank | | **-100.00** |
| | | | | Fuel | -100.00 | 100.00 |
| TOTAL | | | | | -100.00 | 100.00 |
| Check | 1532 | 04/15/2019 | Xcel Ener... | Happy State Bank | | **-50.67** |
| | | | | Utilities | -50.67 | 50.67 |
| TOTAL | | | | | -50.67 | 50.67 |

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 1533 | 04/15/2019 | Contemp... | Happy State Bank | | -114.84 |
| | | | | Personal | -114.84 | 114.84 |
| TOTAL | | | | | -114.84 | 114.84 |
| Check | 1534 | 04/17/2019 | Germania | Happy State Bank | | -213.66 |
| | | | | Insurance | -213.66 | 213.66 |
| TOTAL | | | | | -213.66 | 213.66 |
| Check | 1535 | 04/17/2019 | Texas Far... | Happy State Bank | | -3,041.00 |
| | | | | Insurance | -3,041.00 | 3,041.00 |
| TOTAL | | | | | -3,041.00 | 3,041.00 |
| Check | 1536 | 04/17/2019 | Jose Salas | Happy State Bank | | -170.00 |
| | | | | Contract Labor | -170.00 | 170.00 |
| TOTAL | | | | | -170.00 | 170.00 |
| Check | 1537 | 04/17/2019 | Jose Parra | Happy State Bank | | -171.00 |
| | | | | Contract Labor | -136.00 | 136.00 |
| | | | | Fuel | -35.00 | 35.00 |
| TOTAL | | | | | -171.00 | 171.00 |
| Check | 1538 | 04/23/2019 | Southwe... | Happy State Bank | | -8.00 |
| | | | | Utilities | -8.00 | 8.00 |
| TOTAL | | | | | -8.00 | 8.00 |
| Check | 1539 | 04/23/2019 | Southwe... | Happy State Bank | | -18.20 |
| | | | | Utilities | -18.20 | 18.20 |
| TOTAL | | | | | -18.20 | 18.20 |

12:19 PM
06/05/19

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 1540 | 04/23/2019 | Southwe... | Happy State Bank | | -87.09 |
| | | | | Utilities | -87.09 | 87.09 |
| TOTAL | | | | | -87.09 | 87.09 |
| Check | 1541 | 04/23/2019 | Southwe... | Happy State Bank | | -12.31 |
| | | | | Utilities | -12.31 | 12.31 |
| TOTAL | | | | | -12.31 | 12.31 |
| Check | 1542 | 04/23/2019 | Southwe... | Happy State Bank | | -12.31 |
| | | | | Utilities | -12.31 | 12.31 |
| TOTAL | | | | | -12.31 | 12.31 |
| Check | 1543 | 04/23/2019 | Southwe... | Happy State Bank | | -12.31 |
| | | | | Utilities | -12.31 | 12.31 |
| TOTAL | | | | | -12.31 | 12.31 |
| Check | 1544 | 04/23/2019 | Southwe... | Happy State Bank | | -260.12 |
| | | | | Utilities | -260.12 | 260.12 |
| TOTAL | | | | | -260.12 | 260.12 |
| Check | 1545 | 04/23/2019 | Xcel Ener... | Happy State Bank | | -51.96 |
| | | | | Utilities | -51.96 | 51.96 |
| TOTAL | | | | | -51.96 | 51.96 |
| Check | 1546 | 04/25/2019 | Wheeler ... | Happy State Bank | | -10,868.16 |
| | | | | Property Taxes | -10,868.16 | 10,868.16 |
| TOTAL | | | | | -10,868.16 | 10,868.16 |

PAPP 0811

**12:19 PM**
**06/05/19**

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 1547 | 04/26/2019 | Farmers ... | Happy State Bank | | -223.60 |
| | | | | Repair & Maintenance | -223.60 | 223.60 |
| TOTAL | | | | | -223.60 | 223.60 |
| Check | 1548 | 04/26/2019 | James Br... | Happy State Bank | | -153.48 |
| | | | | Repair & Maintenance | -153.48 | 153.48 |
| TOTAL | | | | | -153.48 | 153.48 |
| Check | 1550 | 04/29/2019 | City of Sh... | Happy State Bank | | -471.42 |
| | | | | Utilities | -84.42 | 84.42 |
| | | | | Utilities | -70.10 | 70.10 |
| | | | | Utilities | -81.18 | 81.18 |
| | | | | Utilities | -235.72 | 235.72 |
| TOTAL | | | | | -471.42 | 471.42 |
| Check | 1551 | 04/29/2019 | State Aut... | Happy State Bank | | -313.91 |
| | | | | Insurance | -313.91 | 313.91 |
| TOTAL | | | | | -313.91 | 313.91 |
| Check | 1552 | 04/29/2019 | Greenbel... | Happy State Bank | | -121.08 |
| | | | | Utilities | -121.08 | 121.08 |
| TOTAL | | | | | -121.08 | 121.08 |
| Check | 1553 | 05/02/2019 | Steve Gal... | Happy State Bank | | -96.35 |
| | | | | Fuel | -96.35 | 96.35 |
| TOTAL | | | | | -96.35 | 96.35 |

**GALMOR FAMILY LIMITED PARTNERSHIP**

**Check Detail**

March 23, 2017 through June 5, 2019

12:19 PM
06/05/19

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 1554 | 05/06/2019 | Bartlett's | Happy State Bank | | -104.76 |
| | | | | Supplies | -104.76 | 104.76 |
| TOTAL | | | | | -104.76 | 104.76 |
| Check | 1555 | 05/09/2019 | Hawkins ... | Happy State Bank | | -838.24 |
| | | | | Repair & Maintenance | -838.24 | 838.24 |
| TOTAL | | | | | -838.24 | 838.24 |
| Check | 1556 | 05/20/2019 | Southwe... | Happy State Bank | | -98.26 |
| | | | | Utilities | -98.26 | 98.26 |
| TOTAL | | | | | -98.26 | 98.26 |
| Check | 1557 | 05/20/2019 | Southwe... | Happy State Bank | | -12.31 |
| | | | | Utilities | -12.31 | 12.31 |
| TOTAL | | | | | -12.31 | 12.31 |
| Check | 1558 | 05/20/2019 | Southwe... | Happy State Bank | | -11.13 |
| | | | | Utilities | -11.13 | 11.13 |
| TOTAL | | | | | -11.13 | 11.13 |
| Check | 1559 | 05/20/2019 | Southwe... | Happy State Bank | | -8.00 |
| | | | | Utilities | -8.00 | 8.00 |
| TOTAL | | | | | -8.00 | 8.00 |
| Check | 1560 | 05/20/2019 | Southwe... | Happy State Bank | | -125.17 |
| | | | | Utilities | -125.17 | 125.17 |
| TOTAL | | | | | -125.17 | 125.17 |

12:19 PM
06/05/19

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

Page 20

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 1561 | 05/20/2019 | Wheeler ... | Happy State Bank | | -1,242.54 |
| | | | | Property Taxes | -1,242.54 | 1,242.54 |
| TOTAL | | | | | -1,242.54 | 1,242.54 |
| Check | 1562 | 05/20/2019 | Southwe... | Happy State Bank | | -260.12 |
| | | | | Utilities | -260.12 | 260.12 |
| TOTAL | | | | | -260.12 | 260.12 |
| Check | 1563 | 05/20/2019 | Southwe... | Happy State Bank | | -12.31 |
| | | | | Utilities | -12.31 | 12.31 |
| TOTAL | | | | | -12.31 | 12.31 |
| Check | 1564 | 05/20/2019 | Southwe... | Happy State Bank | | -12.31 |
| | | | | Utilities | -12.31 | 12.31 |
| TOTAL | | | | | -12.31 | 12.31 |
| Check | 1565 | 05/20/2019 | Germania | Happy State Bank | | -216.20 |
| | | | | Insurance | -216.20 | 216.20 |
| TOTAL | | | | | -216.20 | 216.20 |
| Check | 1566 | 05/20/2019 | Germania | Happy State Bank | | -715.40 |
| | | | | Insurance | -715.40 | 715.40 |
| TOTAL | | | | | -715.40 | 715.40 |
| Check | 1567 | 05/20/2019 | Germania | Happy State Bank | | -151.20 |
| | | | | Insurance | -151.20 | 151.20 |
| TOTAL | | | | | -151.20 | 151.20 |

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 1568 | 05/20/2019 | Germania | Happy State Bank | | -108.33 |
| | | | | Insurance | -108.33 | 108.33 |
| TOTAL | | | | | -108.33 | 108.33 |
| Check | 1569 | 06/03/2019 | Crossroa... | Happy State Bank | | -600.00 |
| | | | | Fuel | -600.00 | 600.00 |
| TOTAL | | | | | -600.00 | 600.00 |
| Check | 1570 | 06/04/2019 | West Tex... | Happy State Bank | | -32.07 |
| | | | | Utilities | -32.07 | 32.07 |
| TOTAL | | | | | -32.07 | 32.07 |
| Check | 1571 | 06/04/2019 | State Aut... | Happy State Bank | | -313.91 |
| | | | | Insurance | -313.91 | 313.91 |
| TOTAL | | | | | -313.91 | 313.91 |
| Check | 1572 | 06/04/2019 | Wheeler ... | Happy State Bank | | -11,259.78 |
| | | | | County Taxes | -11,259.78 | 11,259.78 |
| TOTAL | | | | | -11,259.78 | 11,259.78 |
| Check | 1573 | 06/04/2019 | Harmon ... | Happy State Bank | | -64.83 |
| | | | | Utilities | -64.83 | 64.83 |
| TOTAL | | | | | -64.83 | 64.83 |
| Check | 1574 | 06/04/2019 | Greenbel... | Happy State Bank | | -96.97 |
| | | | | Utilities | -96.97 | 96.97 |
| TOTAL | | | | | -96.97 | 96.97 |

12:19 PM
06/05/19

Page 21

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 1575 | 06/04/2019 | City of Sh... | Happy State Bank | | **-406.19** |
| | | | | Utilities | -82.73 | 82.73 |
| | | | | Utilities | -33.17 | 33.17 |
| | | | | Utilities | -36.93 | 36.93 |
| | | | | Utilities | -253.36 | 253.36 |
| TOTAL | | | | | -406.19 | 406.19 |
| Check | 1576 | 06/04/2019 | Ambassa... | Happy State Bank | | **-180.00** |
| | | | | Donation | -180.00 | 180.00 |
| TOTAL | | | | | -180.00 | 180.00 |
| Check | 1577 | 06/04/2019 | Rt. 66 Wa... | Happy State Bank | | **-46.08** |
| | | | | Partner's Draw | -46.08 | 46.08 |
| TOTAL | | | | | -46.08 | 46.08 |
| Check | 1578 | 06/04/2019 | Bartlett's | Happy State Bank | | **-121.70** |
| | | | | Supplies | -121.70 | 121.70 |
| TOTAL | | | | | -121.70 | 121.70 |
| Check | 1579 | 06/04/2019 | Steve Gal... | Happy State Bank | | **-252.30** |
| | | | | Supplies | -23.98 | 23.98 |
| | | | | Supplies | -13.98 | 13.98 |
| | | | | Fuel | -214.34 | 214.34 |
| TOTAL | | | | | -252.30 | 252.30 |
| Check | 12294 | 03/24/2017 | Wheeler ... | National Bank of C... | | **-30.59** |
| | | | | Taxes | -30.59 | 30.59 |
| TOTAL | | | | | -30.59 | 30.59 |

12:19 PM
06/05/19

PAPP 0816

12:19 PM
06/05/19

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 12295 | 03/24/2017 | Wheeler ... | National Bank of C... | | -26.24 |
| | | | | Property Tax | -26.24 | 26.24 |
| TOTAL | | | | | -26.24 | 26.24 |
| Check | 12296 | 03/24/2017 | Wheeler ... | National Bank of C... | | -195.73 |
| | | | | Property Tax | -195.73 | 195.73 |
| TOTAL | | | | | -195.73 | 195.73 |
| Check | 12297 | 03/24/2017 | Wheeler ... | National Bank of C... | | -16.86 |
| | | | | Property Tax | -16.86 | 16.86 |
| TOTAL | | | | | -16.86 | 16.86 |
| Check | 12298 | 03/24/2017 | Wheeler ... | National Bank of C... | | -195.73 |
| | | | | Property Tax | -195.73 | 195.73 |
| TOTAL | | | | | -195.73 | 195.73 |
| Check | 12299 | 03/24/2017 | Wheeler ... | National Bank of C... | | -32.50 |
| | | | | Property Tax | -32.50 | 32.50 |
| TOTAL | | | | | -32.50 | 32.50 |
| Check | 12300 | 03/27/2017 | Texas Str... | National Bank of C... | | -174.00 |
| | | | | Personal | -174.00 | 174.00 |
| TOTAL | | | | | -174.00 | 174.00 |
| Check | 12301 | 03/27/2017 | Wheeler ... | National Bank of C... | | -1,329.07 |
| | | | | Veterinary Fees | -1,329.07 | 1,329.07 |
| TOTAL | | | | | -1,329.07 | 1,329.07 |

PAPP 0817

12:19 PM
06/05/19

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 12302 | 03/27/2017 | Germania | National Bank of C... | | -473.27 |
| | | | | Insurance | -473.27 | 473.27 |
| TOTAL | | | | | -473.27 | 473.27 |
| Check | 12303 | 03/27/2017 | Chase Ca... | National Bank of C... | | -100.00 |
| | | | | 426684128225893 | -100.00 | 100.00 |
| TOTAL | | | | | -100.00 | 100.00 |
| Check | 12304 | 03/27/2017 | Germania | National Bank of C... | | -221.60 |
| | | | | Insurance | -221.60 | 221.60 |
| TOTAL | | | | | -221.60 | 221.60 |
| Check | 12305 | 03/27/2017 | State Aut... | National Bank of C... | | -360.00 |
| | | | | Insurance | -360.00 | 360.00 |
| TOTAL | | | | | -360.00 | 360.00 |
| Check | 12306 | 03/27/2017 | West Tex... | National Bank of C... | | -13.23 |
| | | | | Utilities | -13.23 | 13.23 |
| TOTAL | | | | | -13.23 | 13.23 |
| Check | 12307 | 03/27/2017 | Southwe... | National Bank of C... | | -14.68 |
| | | | | Utilities | -14.68 | 14.68 |
| TOTAL | | | | | -14.68 | 14.68 |
| Check | 12308 | 03/27/2017 | Southwe... | National Bank of C... | | -13.56 |
| | | | | Utilities | -13.56 | 13.56 |
| TOTAL | | | | | -13.56 | 13.56 |

12:19 PM
06/05/19

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 12309 | 03/27/2017 | Fort Ellio... | National Bank of C... | | -211.65 |
| | | | | Property Taxes | -211.65 | 211.65 |
| TOTAL | | | | | -211.65 | 211.65 |
| Check | 12310 | 03/27/2017 | Wheeler ... | National Bank of C... | | -183.31 |
| | | | | Property Tax | -183.31 | 183.31 |
| TOTAL | | | | | -183.31 | 183.31 |
| Check | 12311 | 03/27/2017 | Wheeler ... | National Bank of C... | | -183.31 |
| | | | | Property Tax | -183.31 | 183.31 |
| TOTAL | | | | | -183.31 | 183.31 |
| Check | 12312 | 03/27/2017 | Wheeler ... | National Bank of C... | | -11.41 |
| | | | | Property Tax | -11.41 | 11.41 |
| TOTAL | | | | | -11.41 | 11.41 |
| Check | 12313 | 03/27/2017 | Wheeler ... | National Bank of C... | | -11.41 |
| | | | | Property Tax | -11.41 | 11.41 |
| TOTAL | | | | | -11.41 | 11.41 |
| Check | 12314 | 03/27/2017 | Justin Str... | National Bank of C... | | -300.00 |
| | | | | Farm & Ranch Expe... | -300.00 | 300.00 |
| TOTAL | | | | | -300.00 | 300.00 |
| Check | 12315 | 04/03/2017 | Matt Bro... | National Bank of C... | | -500.00 |
| | | | | Farm Buildings and I... | -500.00 | 500.00 |
| TOTAL | | | | | -500.00 | 500.00 |

PAPP 0819

**GALMOR FAMILY LIMITED PARTNERSHIP**
**Check Detail**
March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 12316 | 04/03/2017 | Great Pla... | National Bank of C... | | -5,000.00 |
| | | | | 232424 Sidwell Prop... | -5,000.00 | 5,000.00 |
| TOTAL | | | | | -5,000.00 | 5,000.00 |
| Check | 12317 | 04/10/2017 | First Stat... | National Bank of C... | | -935.55 |
| | | | | First St Bank Mobee... | -935.55 | 935.55 |
| TOTAL | | | | | -935.55 | 935.55 |
| Check | 12318 | 04/10/2017 | Crossroa... | National Bank of C... | | -565.94 |
| | | | | Fuel | -565.94 | 565.94 |
| TOTAL | | | | | -565.94 | 565.94 |
| Check | 12319 | 04/10/2017 | Market S... | National Bank of C... | | -71.91 |
| | | | | Personal | -71.91 | 71.91 |
| TOTAL | | | | | -71.91 | 71.91 |
| Check | 12320 | 04/10/2017 | Rt. 66 Wa... | National Bank of C... | | -75.52 |
| | | | | Personal | -75.52 | 75.52 |
| TOTAL | | | | | -75.52 | 75.52 |
| Check | 12321 | 04/10/2017 | Marshall ... | National Bank of C... | | -325.31 |
| | | | | Equipment Repair | -325.31 | 325.31 |
| TOTAL | | | | | -325.31 | 325.31 |
| Check | 12322 | 04/10/2017 | Bartlett's | National Bank of C... | | -282.38 |
| | | | | Rent House Repairs | -282.38 | 282.38 |
| TOTAL | | | | | -282.38 | 282.38 |

12:19 PM
06/05/19

Page 26

12:19 PM
06/05/19

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 12323 | 04/10/2017 | City of Sh... | National Bank of C... | | -525.89 |
| | | | | Utilities | -23.97 | 23.97 |
| | | | | Utilities | -167.83 | 167.83 |
| | | | | Utilities | -19.00 | 19.00 |
| | | | | Utilities | -65.55 | 65.55 |
| | | | | Utilities | -23.81 | 23.81 |
| | | | | Utilities | -29.43 | 29.43 |
| | | | | Utilities | -43.76 | 43.76 |
| | | | | Utilities | -52.60 | 52.60 |
| | | | | Utilities | -55.24 | 55.24 |
| | | | | Utilities | -44.70 | 44.70 |
| TOTAL | | | | | -525.89 | 525.89 |
| Check | 12324 | 04/10/2017 | AT&T | National Bank of C... | | -121.20 |
| | | | | Telephone | -121.20 | 121.20 |
| TOTAL | | | | | -121.20 | 121.20 |
| Check | 12325 | 04/17/2017 | Great Pla... | National Bank of C... | | -3,400.00 |
| | | | | 232424 Sidwell Prop... | -3,400.00 | 3,400.00 |
| TOTAL | | | | | -3,400.00 | 3,400.00 |
| Check | 12326 | 04/19/2017 | Matt Bro... | National Bank of C... | | -500.00 |
| | | | | Farm Buildings and I... | -500.00 | 500.00 |
| TOTAL | | | | | -500.00 | 500.00 |
| Check | 12327 | 04/19/2017 | First Stat... | National Bank of C... | | -935.55 |
| | | | | First St Bank Mobee... | -935.55 | 935.55 |
| TOTAL | | | | | -935.55 | 935.55 |

12:19 PM
06/05/19

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 12328 | 04/19/2017 | Great Pla... | National Bank of C... | | -658.44 |
| | | | | 63339 - real estate I... | -658.44 | 658.44 |
| TOTAL | | | | | -658.44 | 658.44 |
| Check | 12329 | 04/24/2017 | Market S... | National Bank of C... | | -920.78 |
| | | | | Prescriptions | -920.78 | 920.78 |
| TOTAL | | | | | -920.78 | 920.78 |
| Check | 12330 | 04/24/2017 | Germania | National Bank of C... | | -247.60 |
| | | | | Insurance | -247.60 | 247.60 |
| TOTAL | | | | | -247.60 | 247.60 |
| Check | 12331 | 04/24/2017 | Texas Str... | National Bank of C... | | -795.10 |
| | | | | Personal | -795.10 | 795.10 |
| TOTAL | | | | | -795.10 | 795.10 |
| Check | 12332 | 04/24/2017 | Chase Ca... | National Bank of C... | | -100.00 |
| | | | | 426684128225893 | -100.00 | 100.00 |
| TOTAL | | | | | -100.00 | 100.00 |
| Check | 12333 | 04/24/2017 | Germania | National Bank of C... | | -188.80 |
| | | | | Insurance | -188.80 | 188.80 |
| TOTAL | | | | | -188.80 | 188.80 |
| Check | 12334 | 04/24/2017 | Capital O... | National Bank of C... | | -352.26 |
| | | | | Capital One | -352.26 | 352.26 |
| TOTAL | | | | | -352.26 | 352.26 |

PAPP 0822

12:19 PM
06/05/19

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 12335 | 04/24/2017 | Centergas | National Bank of C... | | -445.03 |
| | | | | Utilities | -445.03 | 445.03 |
| TOTAL | | | | | -445.03 | 445.03 |
| Check | 12336 | 04/24/2017 | Southwe... | National Bank of C... | | -12.31 |
| | | | | Utilities | -12.31 | 12.31 |
| TOTAL | | | | | -12.31 | 12.31 |
| Check | 12337 | 04/24/2017 | Southwe... | National Bank of C... | | -228.61 |
| | | | | Utilities | -228.61 | 228.61 |
| TOTAL | | | | | -228.61 | 228.61 |
| Check | 12338 | 04/24/2017 | Southwe... | National Bank of C... | | -294.22 |
| | | | | Utilities | -294.22 | 294.22 |
| TOTAL | | | | | -294.22 | 294.22 |
| Check | 12339 | 04/24/2017 | Southwe... | National Bank of C... | | -15.14 |
| | | | | Utilities | -15.14 | 15.14 |
| TOTAL | | | | | -15.14 | 15.14 |
| Check | 12340 | 04/24/2017 | Southwe... | National Bank of C... | | -98.00 |
| | | | | Utilities | -98.00 | 98.00 |
| TOTAL | | | | | -98.00 | 98.00 |
| Check | 12341 | 04/24/2017 | Southwe... | National Bank of C... | | -53.01 |
| | | | | Utilities | -53.01 | 53.01 |
| TOTAL | | | | | -53.01 | 53.01 |

12:19 PM
06/05/19

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 12342 | 04/24/2017 | Southwe... | National Bank of C... | | -16.00 |
| | | | | Utilities | -16.00 | 16.00 |
| TOTAL | | | | | -16.00 | 16.00 |
| Check | 12343 | 04/24/2017 | Southwe... | National Bank of C... | | -12.31 |
| | | | | Utilities | -12.31 | 12.31 |
| TOTAL | | | | | -12.31 | 12.31 |
| Check | 12344 | 04/24/2017 | Southwe... | National Bank of C... | | -30.44 |
| | | | | Utilities | -30.44 | 30.44 |
| TOTAL | | | | | -30.44 | 30.44 |
| Check | 12345 | 04/24/2017 | Southwe... | National Bank of C... | | -14.72 |
| | | | | Utilities | -14.72 | 14.72 |
| TOTAL | | | | | -14.72 | 14.72 |
| Check | 12346 | 04/24/2017 | Southwe... | National Bank of C... | | -96.90 |
| | | | | Utilities | -96.90 | 96.90 |
| TOTAL | | | | | -96.90 | 96.90 |
| Check | 12347 | 04/24/2017 | Germania | National Bank of C... | | -1,379.40 |
| | | | | Insurance | -1,379.40 | 1,379.40 |
| TOTAL | | | | | -1,379.40 | 1,379.40 |
| Check | 12348 | 04/28/2017 | Texas Far... | National Bank of C... | | -2,312.00 |
| | | | | Insurance | -2,312.00 | 2,312.00 |
| TOTAL | | | | | -2,312.00 | 2,312.00 |

PAPP 0824

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 12350 | 05/04/2017 | Jose Salas | National Bank of C... | | -1,260.00 |
| | | | | Contract Labor | -480.00 | 480.00 |
| | | | | Contract Labor | -450.00 | 450.00 |
| | | | | Contract Labor | -330.00 | 330.00 |
| TOTAL | | | | | -1,260.00 | 1,260.00 |
| Check | 12351 | 05/09/2017 | City of Sh... | National Bank of C... | | -569.77 |
| | | | | Utilities | -29.55 | 29.55 |
| | | | | Utilities | -113.50 | 113.50 |
| | | | | Utilities | -19.00 | 19.00 |
| | | | | Utilities | -118.73 | 118.73 |
| | | | | Utilities | -25.70 | 25.70 |
| | | | | Utilities | -67.80 | 67.80 |
| | | | | Utilities | -43.76 | 43.76 |
| | | | | Utilities | -58.30 | 58.30 |
| | | | | Utilities | -52.55 | 52.55 |
| | | | | Utilities | -40.88 | 40.88 |
| TOTAL | | | | | -569.77 | 569.77 |
| Check | 12352 | 05/09/2017 | Southwe... | National Bank of C... | | -15.15 |
| | | | | Utilities | -15.15 | 15.15 |
| TOTAL | | | | | -15.15 | 15.15 |
| Check | 12353 | 05/11/2017 | Jose Salas | National Bank of C... | | -430.00 |
| | | | | Contract Labor | -430.00 | 430.00 |
| TOTAL | | | | | -430.00 | 430.00 |
| Check | 12354 | 05/16/2017 | Great Pla... | Great Plains Nation... | | -31,363.35 |
| | | | | 3126145 - real estat... | -31,363.35 | 31,363.35 |
| TOTAL | | | | | -31,363.35 | 31,363.35 |

PAPP 0825

12:19 PM
06/05/19

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 12354 | 05/16/2017 | Great Pla... | National Bank of C... | | -31,363.35 |
| | | | | 3126145 - real estat... | -31,363.35 | 31,363.35 |
| TOTAL | | | | | -31,363.35 | 31,363.35 |
| Check | 12356 | 05/18/2017 | Jose Salas | National Bank of C... | | -510.00 |
| | | | | Farm & Ranch Expe... | -510.00 | 510.00 |
| TOTAL | | | | | -510.00 | 510.00 |
| Check | 12357 | 05/11/2017 | Great Pla... | National Bank of C... | | -658.44 |
| | | | | 63339 - real estate i... | -658.44 | 658.44 |
| TOTAL | | | | | -658.44 | 658.44 |
| Check | 12358 | 05/19/2017 | State Aut... | National Bank of C... | | -360.00 |
| | | | | Insurance | -360.00 | 360.00 |
| TOTAL | | | | | -360.00 | 360.00 |
| Check | 12359 | 05/19/2017 | Home Me... | National Bank of C... | | -96.16 |
| | | | | Medical | -96.16 | 96.16 |
| TOTAL | | | | | -96.16 | 96.16 |
| Check | 12360 | 05/19/2017 | Germania | National Bank of C... | | -424.80 |
| | | | | Insurance | -424.80 | 424.80 |
| TOTAL | | | | | -424.80 | 424.80 |
| Check | 12361 | 05/19/2017 | Southwe... | National Bank of C... | | -100.87 |
| | | | | Utilities | -100.87 | 100.87 |
| TOTAL | | | | | -100.87 | 100.87 |

PAPP 0826

12:19 PM
06/05/19

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 12362 | 05/19/2017 | Southwe... | National Bank of C... | | -228.61 |
| | | | | Utilities | -228.61 | 228.61 |
| TOTAL | | | | | -228.61 | 228.61 |
| Check | 12363 | 05/19/2017 | Southwe... | National Bank of C... | | -13.78 |
| | | | | Utilities | -13.78 | 13.78 |
| TOTAL | | | | | -13.78 | 13.78 |
| Check | 12364 | 05/19/2017 | Southwe... | National Bank of C... | | -12.31 |
| | | | | Utilities | -12.31 | 12.31 |
| TOTAL | | | | | -12.31 | 12.31 |
| Check | 12365 | 05/19/2017 | Southwe... | National Bank of C... | | -29.72 |
| | | | | Utilities | -29.72 | 29.72 |
| TOTAL | | | | | -29.72 | 29.72 |
| Check | 12366 | 05/19/2017 | Southwe... | National Bank of C... | | -44.95 |
| | | | | Utilities | -44.95 | 44.95 |
| TOTAL | | | | | -44.95 | 44.95 |
| Check | 12367 | 05/25/2017 | Jose Salas | National Bank of C... | | -430.00 |
| | | | | Contract Labor | -430.00 | 430.00 |
| TOTAL | | | | | -430.00 | 430.00 |
| Check | 12368 | 05/26/2017 | Matt Bro... | National Bank of C... | | -500.00 |
| | | | | Farm Buildings and I... | -500.00 | 500.00 |
| TOTAL | | | | | -500.00 | 500.00 |

Page 33

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 12369 | 05/26/2017 | Crossroa... | National Bank of C... | | -1,155.43 |
| | | | | Fuel | -1,155.43 | 1,155.43 |
| TOTAL | | | | | -1,155.43 | 1,155.43 |
| Check | 12370 | 05/26/2017 | Marshall ... | National Bank of C... | | -1,104.39 |
| | | | | Equipment Repair | -1,104.39 | 1,104.39 |
| TOTAL | | | | | -1,104.39 | 1,104.39 |
| Check | 12371 | 05/26/2017 | Southwe... | National Bank of C... | | -17.84 |
| | | | | Utilities | -17.84 | 17.84 |
| TOTAL | | | | | -17.84 | 17.84 |
| Check | 12372 | 05/26/2017 | State Aut... | National Bank of C... | | -20.00 |
| | | | | Insurance | -20.00 | 20.00 |
| TOTAL | | | | | -20.00 | 20.00 |
| Check | 12373 | 05/31/2017 | Hefley Ha... | National Bank of C... | | -2,038.84 |
| | | | | Farm & Ranch Expe... | -2,038.84 | 2,038.84 |
| TOTAL | | | | | -2,038.84 | 2,038.84 |
| Check | 12374 | 05/31/2017 | Wheeler ... | National Bank of C... | | -2,692.72 |
| | | | | Property Tax | -2,692.72 | 2,692.72 |
| TOTAL | | | | | -2,692.72 | 2,692.72 |
| Check | 12375 | 05/31/2017 | Wheeler ... | National Bank of C... | | -8,123.19 |
| | | | | County Taxes | -8,123.19 | 8,123.19 |
| TOTAL | | | | | -8,123.19 | 8,123.19 |

12:19 PM
06/05/19

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 12376 | 05/31/2017 | Wheeler ... | National Bank of C... | | -15,654.21 |
| | | | | Property Tax | -15,654.21 | 15,654.21 |
| TOTAL | | | | | -15,654.21 | 15,654.21 |
| Check | 12377 | 06/01/2017 | Jose Salas | National Bank of C... | | -530.00 |
| | | | | Contract Labor | -530.00 | 530.00 |
| TOTAL | | | | | -530.00 | 530.00 |
| Check | 12378 | 06/08/2017 | Jose Salas | National Bank of C... | | -490.00 |
| | | | | Contract Labor | -490.00 | 490.00 |
| TOTAL | | | | | -490.00 | 490.00 |
| Check | 12379 | 06/15/2017 | City of Sh... | National Bank of C... | | -593.75 |
| | | | | Utilities | -41.95 | 41.95 |
| | | | | Utilities | -165.85 | 165.85 |
| | | | | Utilities | -19.00 | 19.00 |
| | | | | Utilities | -255.59 | 255.59 |
| | | | | Utilities | -25.78 | 25.78 |
| | | | | Utilities | -52.17 | 52.17 |
| | | | | Utilities | -33.41 | 33.41 |
| TOTAL | | | | | -593.75 | 593.75 |
| Check | 12380 | 06/15/2017 | Bartlett's | National Bank of C... | | -415.32 |
| | | | | Supplies | -415.32 | 415.32 |
| TOTAL | | | | | -415.32 | 415.32 |
| Check | 12381 | 06/15/2017 | Lindley F... | National Bank of C... | | -251.68 |
| | | | | Equipment Repair | -251.68 | 251.68 |
| TOTAL | | | | | -251.68 | 251.68 |

PAPP 0829

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 12382 | 06/15/2017 | Marshall ... | National Bank of C... | | -1,442.85 |
| | | | | Equipment Repair | -1,442.85 | 1,442.85 |
| TOTAL | | | | | -1,442.85 | 1,442.85 |
| Check | 12383 | 06/15/2017 | Home Me... | National Bank of C... | | -111.19 |
| | | | | Medical | -111.19 | 111.19 |
| TOTAL | | | | | -111.19 | 111.19 |
| Check | 12384 | 06/15/2017 | Wheeler ... | National Bank of C... | | -381.95 |
| | | | | Veterinary Fees | -381.95 | 381.95 |
| TOTAL | | | | | -381.95 | 381.95 |
| Check | 12385 | 06/15/2017 | Heffey Ha... | National Bank of C... | | -64.38 |
| | | | | Farm & Ranch Expe... | -64.38 | 64.38 |
| TOTAL | | | | | -64.38 | 64.38 |
| Check | 12387 | 06/15/2017 | Jose Salas | National Bank of C... | | -990.00 |
| | | | | Contract Labor | -570.00 | 570.00 |
| | | | | Contract Labor | -420.00 | 420.00 |
| TOTAL | | | | | -990.00 | 990.00 |
| Check | 12388 | 06/15/2017 | Golden S... | National Bank of C... | | -758.42 |
| | | | | Repair & Maintenance | -758.42 | 758.42 |
| TOTAL | | | | | -758.42 | 758.42 |
| Check | 12389 | 06/15/2017 | Crossroa... | National Bank of C... | | -3,136.64 |
| | | | | Fuel | -3,136.64 | 3,136.64 |
| TOTAL | | | | | -3,136.64 | 3,136.64 |

12:19 PM
06/05/19

PAPP 0830

12:19 PM
06/05/19

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 12390 | 06/15/2017 | Matt Bro... | National Bank of C... | | -500.00 |
| | | | | Farm Buildings and I... | -500.00 | 500.00 |
| TOTAL | | | | | -500.00 | 500.00 |
| Check | 12391 | 06/27/2017 | Southwe... | National Bank of C... | | -100.95 |
| | | | | Utilities | -100.95 | 100.95 |
| TOTAL | | | | | -100.95 | 100.95 |
| Check | 12392 | 06/27/2017 | Southwe... | National Bank of C... | | -61.53 |
| | | | | Utilities | -61.53 | 61.53 |
| TOTAL | | | | | -61.53 | 61.53 |
| Check | 12393 | 06/27/2017 | Southwe... | National Bank of C... | | -25.20 |
| | | | | Utilities | -25.20 | 25.20 |
| TOTAL | | | | | -25.20 | 25.20 |
| Check | 12394 | 06/27/2017 | Southwe... | National Bank of C... | | -547.80 |
| | | | | Utilities | -547.80 | 547.80 |
| TOTAL | | | | | -547.80 | 547.80 |
| Check | 12395 | 06/27/2017 | Southwe... | National Bank of C... | | -12.31 |
| | | | | Utilities | -12.31 | 12.31 |
| TOTAL | | | | | -12.31 | 12.31 |
| Check | 12396 | 06/27/2017 | Southwe... | National Bank of C... | | -29.79 |
| | | | | Utilities | -29.79 | 29.79 |
| TOTAL | | | | | -29.79 | 29.79 |

Page 37

PAPP 0831

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 12397 | 06/27/2017 | Southwe... | National Bank of C... | | -10.74 |
| | | | | Utilities | -10.74 | 10.74 |
| TOTAL | | | | | -10.74 | 10.74 |
| Check | 12398 | 06/27/2017 | Southwe... | National Bank of C... | | -287.23 |
| | | | | Utilities | -287.23 | 287.23 |
| TOTAL | | | | | -287.23 | 287.23 |
| Check | 12399 | 06/27/2017 | Shamroc... | National Bank of C... | | -50.00 |
| | | | | Medical | -50.00 | 50.00 |
| TOTAL | | | | | -50.00 | 50.00 |
| Check | 12400 | 06/27/2017 | Great Pla... | National Bank of C... | | -658.44 |
| | | | | 63339 - real estate l... | -658.44 | 658.44 |
| TOTAL | | | | | -658.44 | 658.44 |
| Check | 12401 | 06/19/2017 | Germania | National Bank of C... | | -211.80 |
| | | | | Insurance | -211.80 | 211.80 |
| TOTAL | | | | | -211.80 | 211.80 |
| Check | 12402 | 06/19/2017 | Germania | National Bank of C... | | -671.00 |
| | | | | Insurance | -671.00 | 671.00 |
| TOTAL | | | | | -671.00 | 671.00 |
| Check | 12403 | 06/19/2017 | Germania | National Bank of C... | | -337.80 |
| | | | | Insurance | -337.80 | 337.80 |
| TOTAL | | | | | -337.80 | 337.80 |

12:19 PM
06/05/19

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 12404 | 07/03/2017 | Southwe... | National Bank of C... | | -18.88 |
| | | | | Utilities | -18.88 | 18.88 |
| TOTAL | | | | | -18.88 | 18.88 |
| Check | 12405 | 07/03/2017 | City of Sh... | National Bank of C... | | -432.72 |
| | | | | Utilities | -34.11 | 34.11 |
| | | | | Utilities | -126.22 | 126.22 |
| | | | | Utilities | -19.00 | 19.00 |
| | | | | Utilities | -153.75 | 153.75 |
| | | | | Utilities | -68.10 | 68.10 |
| | | | | Utilities | -31.54 | 31.54 |
| TOTAL | | | | | -432.72 | 432.72 |
| Check | 12406 | 07/03/2017 | City of Sh... | National Bank of C... | | -29.68 |
| | | | | Utilities | -29.68 | 29.68 |
| TOTAL | | | | | -29.68 | 29.68 |
| Check | 12407 | 07/03/2017 | Wheeler ... | National Bank of C... | | -38.00 |
| | | | | Insurance | -38.00 | 38.00 |
| TOTAL | | | | | -38.00 | 38.00 |
| Check | 12408 | 07/03/2017 | Bartlett's | National Bank of C... | | -35.10 |
| | | | | Supplies | -35.10 | 35.10 |
| TOTAL | | | | | -35.10 | 35.10 |
| Check | 12409 | 07/03/2017 | First Stat... | National Bank of C... | | -2,315.60 |
| | | | | First St Bank Mobee... | -2,315.60 | 2,315.60 |
| TOTAL | | | | | -2,315.60 | 2,315.60 |

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 12410 | 07/06/2017 | Jose Salas | National Bank of C... | | -310.00 |
| | | | | Contract Labor | -260.00 | 260.00 |
| | | | | Contract Labor | -50.00 | 50.00 |
| TOTAL | | | | | -310.00 | 310.00 |
| Check | 12411 | 07/13/2017 | Jose Salas | National Bank of C... | | -585.00 |
| | | | | Contract Labor | -425.00 | 425.00 |
| | | | | Contract Labor | -160.00 | 160.00 |
| TOTAL | | | | | -585.00 | 585.00 |
| Check | 12412 | 07/24/2017 | Great Pla... | National Bank of C... | | -658.44 |
| | | | | 63339 - real estate l... | -658.44 | 658.44 |
| TOTAL | | | | | -658.44 | 658.44 |
| Check | 12413 | 07/24/2017 | Southwe... | National Bank of C... | | -113.56 |
| | | | | Utilities | -113.56 | 113.56 |
| TOTAL | | | | | -113.56 | 113.56 |
| Check | 12414 | 07/24/2017 | Southwe... | National Bank of C... | | -55.08 |
| | | | | Utilities | -55.08 | 55.08 |
| TOTAL | | | | | -55.08 | 55.08 |
| Check | 12415 | 07/24/2017 | Southwe... | National Bank of C... | | -17.10 |
| | | | | Utilities | -17.10 | 17.10 |
| TOTAL | | | | | -17.10 | 17.10 |
| Check | 12416 | 07/24/2017 | Southwe... | National Bank of C... | | -10.43 |
| | | | | Utilities | -10.43 | 10.43 |
| TOTAL | | | | | -10.43 | 10.43 |

12:19 PM
06/05/19

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 12417 | 07/24/2017 | Southwe... | National Bank of C... | | -704.63 |
| | | | | Utilities | -704.63 | 704.63 |
| TOTAL | | | | | -704.63 | 704.63 |
| Check | 12418 | 07/24/2017 | Southwe... | National Bank of C... | | -8.00 |
| | | | | Utilities | -8.00 | 8.00 |
| TOTAL | | | | | -8.00 | 8.00 |
| Check | 12419 | 07/24/2017 | Southwe... | National Bank of C... | | -12.31 |
| | | | | Utilities | -12.31 | 12.31 |
| TOTAL | | | | | -12.31 | 12.31 |
| Check | 12420 | 07/24/2017 | Southwe... | National Bank of C... | | -12.31 |
| | | | | Utilities | -12.31 | 12.31 |
| TOTAL | | | | | -12.31 | 12.31 |
| Check | 12421 | 07/24/2017 | High Plai... | National Bank of C... | | -9.08 |
| | | | | Medical | -9.08 | 9.08 |
| TOTAL | | | | | -9.08 | 9.08 |
| Check | 12422 | 07/24/2017 | Crossroa... | National Bank of C... | | -1,268.96 |
| | | | | Fuel | -1,268.96 | 1,268.96 |
| TOTAL | | | | | -1,268.96 | 1,268.96 |
| Check | 12423 | 07/24/2017 | Marshall ... | National Bank of C... | | -775.08 |
| | | | | Equipment Repair | -775.08 | 775.08 |
| TOTAL | | | | | -775.08 | 775.08 |

PAPP 0835

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

12:19 PM
06/05/19

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|---|---|---|---|---|---|---|
| Check | 12424 | 07/24/2017 | All Star T... | National Bank of C... | | -350.50 |
| | | | | Repair & Maintenance | -350.50 | 350.50 |
| TOTAL | | | | | -350.50 | 350.50 |
| Check | 12425 | 07/24/2017 | Germania | National Bank of C... | | -675.00 |
| | | | | Insurance | -675.00 | 675.00 |
| TOTAL | | | | | -675.00 | 675.00 |
| Check | 12426 | 07/24/2017 | Germania | National Bank of C... | | -215.80 |
| | | | | Insurance | -215.80 | 215.80 |
| TOTAL | | | | | -215.80 | 215.80 |
| Check | 12427 | 07/24/2017 | Matt Bro... | National Bank of C... | | -500.00 |
| | | | | Farm Buildings and I... | -500.00 | 500.00 |
| TOTAL | | | | | -500.00 | 500.00 |
| Check | 12428 | 07/25/2017 | State Aut... | National Bank of C... | | -360.00 |
| | | | | Insurance | -360.00 | 360.00 |
| TOTAL | | | | | -360.00 | 360.00 |
| Check | 12429 | 07/27/2017 | Jose Salas | National Bank of C... | | -270.00 |
| | | | | Contract Labor | -180.00 | 180.00 |
| | | | | Contract Labor | -90.00 | 90.00 |
| TOTAL | | | | | -270.00 | 270.00 |
| Check | 12430 | 08/03/2017 | Jose Salas | National Bank of C... | | -370.00 |
| | | | | Contract Labor | -270.00 | 270.00 |
| | | | | Contract Labor | -100.00 | 100.00 |
| TOTAL | | | | | -370.00 | 370.00 |

PAPP 0836

12:19 PM
06/05/19

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 12431 | 08/03/2017 | Southwe... | National Bank of C... | | -17.94 |
| | | | | Utilities | -17.94 | 17.94 |
| TOTAL | | | | | -17.94 | 17.94 |
| Check | 12432 | 08/03/2017 | Southwe... | National Bank of C... | | -39.13 |
| | | | | Utilities | -39.13 | 39.13 |
| TOTAL | | | | | -39.13 | 39.13 |
| Check | 12433 | 08/03/2017 | City of Sh... | National Bank of C... | | -77.39 |
| | | | | Utilities | -77.39 | 77.39 |
| TOTAL | | | | | -77.39 | 77.39 |
| Check | 12434 | 08/03/2017 | City of Sh... | National Bank of C... | | -445.90 |
| | | | | Utilities | -30.96 | 30.96 |
| | | | | Utilities | -103.06 | 103.06 |
| | | | | Utilities | -19.00 | 19.00 |
| | | | | Utilities | -139.84 | 139.84 |
| | | | | Utilities | -58.46 | 58.46 |
| | | | | Utilities | -94.58 | 94.58 |
| TOTAL | | | | | -445.90 | 445.90 |
| Check | 12435 | 08/03/2017 | Bartlet's | National Bank of C... | | -80.16 |
| | | | | Supplies | -80.16 | 80.16 |
| TOTAL | | | | | -80.16 | 80.16 |
| Check | 12436 | 08/03/2017 | Marshall ... | National Bank of C... | | -178.03 |
| | | | | Equipment Repair | -178.03 | 178.03 |
| TOTAL | | | | | -178.03 | 178.03 |

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

12:19 PM
06/05/19

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 12437 | 08/10/2017 | Jose Salas | National Bank of C... | | -830.00 |
| | | | | Contract Labor | -520.00 | 520.00 |
| | | | | Contract Labor | -310.00 | 310.00 |
| TOTAL | | | | | -830.00 | 830.00 |
| Check | 12438 | 08/17/2017 | Jose Salas | National Bank of C... | | -140.00 |
| | | | | Contract Labor | -70.00 | 70.00 |
| | | | | Contract Labor | -70.00 | 70.00 |
| TOTAL | | | | | -140.00 | 140.00 |
| Check | 12439 | 08/24/2017 | Southwe... | National Bank of C... | | -910.13 |
| | | | | Utilities | -910.13 | 910.13 |
| TOTAL | | | | | -910.13 | 910.13 |
| Check | 12440 | 08/24/2017 | Southwe... | National Bank of C... | | -12.75 |
| | | | | Utilities | -12.75 | 12.75 |
| TOTAL | | | | | -12.75 | 12.75 |
| Check | 12441 | 08/24/2017 | Southwe... | National Bank of C... | | -88.06 |
| | | | | Utilities | -88.06 | 88.06 |
| TOTAL | | | | | -88.06 | 88.06 |
| Check | 12442 | 08/24/2017 | Southwe... | National Bank of C... | | -17.85 |
| | | | | Utilities | -17.85 | 17.85 |
| TOTAL | | | | | -17.85 | 17.85 |
| Check | 12443 | 08/24/2017 | Crossroa... | National Bank of C... | | -1,704.74 |
| | | | | Fuel | -1,704.74 | 1,704.74 |
| TOTAL | | | | | -1,704.74 | 1,704.74 |

12:19 PM
06/05/19

Page 45

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 12444 | 08/24/2017 | Southwe... | National Bank of C... | | -10.13 |
| | | | | Utilities | -10.13 | 10.13 |
| TOTAL | | | | | -10.13 | 10.13 |
| Check | 12445 | 08/24/2017 | Southwe... | National Bank of C... | | -8.00 |
| | | | | Utilities | -8.00 | 8.00 |
| TOTAL | | | | | -8.00 | 8.00 |
| Check | 12446 | 08/24/2017 | Southwe... | National Bank of C... | | -12.31 |
| | | | | Utilities | -12.31 | 12.31 |
| TOTAL | | | | | -12.31 | 12.31 |
| Check | 12447 | 08/24/2017 | Southwe... | National Bank of C... | | -12.31 |
| | | | | Utilities | -12.31 | 12.31 |
| TOTAL | | | | | -12.31 | 12.31 |
| Check | 12448 | 08/24/2017 | Southwe... | National Bank of C... | | -13.02 |
| | | | | Utilities | -13.02 | 13.02 |
| TOTAL | | | | | -13.02 | 13.02 |
| Check | 12449 | 08/24/2017 | Southwe... | National Bank of C... | | -57.47 |
| | | | | Utilities | -57.47 | 57.47 |
| TOTAL | | | | | -57.47 | 57.47 |
| Check | 12450 | 08/24/2017 | Hefley Ha... | National Bank of C... | | -704.02 |
| | | | | Farm & Ranch Expe... | -704.02 | 704.02 |
| TOTAL | | | | | -704.02 | 704.02 |

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

12:19 PM
06/05/19

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 12451 | 08/24/2017 | Great Pla... | National Bank of C... | | -658.44 |
| | | | | 63339 - real estate l... | -658.44 | 658.44 |
| TOTAL | | | | | -658.44 | 658.44 |
| Check | 12452 | 08/24/2017 | Jose Salas | National Bank of C... | | -810.00 |
| | | | | Contract Labor | -600.00 | 600.00 |
| | | | | Contract Labor | -210.00 | 210.00 |
| TOTAL | | | | | -810.00 | 810.00 |
| Check | 12453 | 08/31/2017 | Jose Salas | National Bank of C... | | -800.00 |
| | | | | Contract Labor | -760.00 | 760.00 |
| | | | | Contract Labor | -40.00 | 40.00 |
| TOTAL | | | | | -800.00 | 800.00 |
| Check | 12454 | 08/31/2017 | Rain and ... | National Bank of C... | | -3,980.00 |
| | | | | Insurance | -3,980.00 | 3,980.00 |
| TOTAL | | | | | -3,980.00 | 3,980.00 |
| Check | 12455 | 08/31/2017 | State Aut... | National Bank of C... | | -360.00 |
| | | | | Insurance | -360.00 | 360.00 |
| TOTAL | | | | | -360.00 | 360.00 |
| Check | 12456 | 08/31/2017 | American... | National Bank of C... | | -242.00 |
| | | | | Insurance | -242.00 | 242.00 |
| TOTAL | | | | | -242.00 | 242.00 |

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 12457 | 08/31/2017 | City of Sh... | National Bank of C... | | -294.73 |
| | | | | Utilities | -28.81 | 28.81 |
| | | | | Utilities | -128.35 | 128.35 |
| | | | | Utilities | -19.00 | 19.00 |
| | | | | Utilities | -51.19 | 51.19 |
| | | | | Utilities | -47.38 | 47.38 |
| | | | | Utilities | -20.00 | 20.00 |
| TOTAL | | | | | -294.73 | 294.73 |
| Check | 12458 | 08/31/2017 | City of Sh... | National Bank of C... | | -121.09 |
| | | | | Utilities | -121.09 | 121.09 |
| TOTAL | | | | | -121.09 | 121.09 |
| Check | 12459 | 09/07/2017 | Jose Salas | National Bank of C... | | -790.00 |
| | | | | Contract Labor | -600.00 | 600.00 |
| | | | | Contract Labor | -190.00 | 190.00 |
| TOTAL | | | | | -790.00 | 790.00 |
| Check | 12460 | 09/12/2017 | Rt. 66 Wa... | National Bank of C... | | -19.52 |
| | | | | Personal | -19.52 | 19.52 |
| TOTAL | | | | | -19.52 | 19.52 |
| Check | 12461 | 09/12/2017 | Capital F... | National Bank of C... | | -13,316.90 |
| | | | | Capital Farm Credit | -13,316.90 | 13,316.90 |
| TOTAL | | | | | -13,316.90 | 13,316.90 |
| Check | 12462 | 09/12/2017 | Bartlet's | National Bank of C... | | -43.58 |
| | | | | Supplies | -43.58 | 43.58 |
| TOTAL | | | | | -43.58 | 43.58 |

PAPP 0841

**GALMOR FAMILY LIMITED PARTNERSHIP**
**Check Detail**
March 23, 2017 through June 5, 2019

12:19 PM
06/05/19

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 12463 | 09/12/2017 | Marshall ... | National Bank of C... | | -305.06 |
| | | | | Equipment Repair | -305.06 | 305.06 |
| TOTAL | | | | | -305.06 | 305.06 |
| Check | 12464 | 09/12/2017 | Hefley Ha... | National Bank of C... | | -394.99 |
| | | | | Farm & Ranch Expe... | -394.99 | 394.99 |
| TOTAL | | | | | -394.99 | 394.99 |
| Check | 12465 | 09/12/2017 | Crossroa... | National Bank of C... | | -3,359.16 |
| | | | | Fuel | -73.09 | 73.09 |
| | | | | Fuel | -25.00 | 25.00 |
| | | | | Fuel | -9.58 | 9.58 |
| | | | | Fuel | -3,251.49 | 3,251.49 |
| TOTAL | | | | | -3,359.16 | 3,359.16 |
| Check | 12466 | 09/14/2017 | Jose Salas | National Bank of C... | | -550.00 |
| | | | | Contract Labor | -450.00 | 450.00 |
| | | | | Contract Labor | -100.00 | 100.00 |
| TOTAL | | | | | -550.00 | 550.00 |
| Check | 12467 | 09/20/2017 | Southwe... | National Bank of C... | | -231.01 |
| | | | | Utilities | -231.01 | 231.01 |
| TOTAL | | | | | -231.01 | 231.01 |
| Check | 12468 | 09/20/2017 | Infinity | National Bank of C... | | -123.00 |
| | | | | Insurance | -123.00 | 123.00 |
| TOTAL | | | | | -123.00 | 123.00 |

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

12:19 PM
06/05/19

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 12469 | 09/20/2017 | Southwe... | National Bank of C... | | -15.36 |
| | | | | Utilities | -15.36 | 15.36 |
| TOTAL | | | | | -15.36 | 15.36 |
| Check | 12470 | 09/20/2017 | Southwe... | National Bank of C... | | -12.31 |
| | | | | Utilities | -12.31 | 12.31 |
| TOTAL | | | | | -12.31 | 12.31 |
| Check | 12471 | 09/20/2017 | Southwe... | National Bank of C... | | -8.00 |
| | | | | Utilities | -8.00 | 8.00 |
| TOTAL | | | | | -8.00 | 8.00 |
| Check | 12472 | 09/20/2017 | Southwe... | National Bank of C... | | -12.31 |
| | | | | Utilities | -12.31 | 12.31 |
| TOTAL | | | | | -12.31 | 12.31 |
| Check | 12473 | 09/20/2017 | Southwe... | National Bank of C... | | -35.90 |
| | | | | Utilities | -35.90 | 35.90 |
| TOTAL | | | | | -35.90 | 35.90 |
| Check | 12474 | 09/20/2017 | Southwe... | National Bank of C... | | -316.69 |
| | | | | Utilities | -316.69 | 316.69 |
| TOTAL | | | | | -316.69 | 316.69 |
| Check | 12475 | 09/20/2017 | Southwe... | National Bank of C... | | -12.31 |
| | | | | Utilities | -12.31 | 12.31 |
| TOTAL | | | | | -12.31 | 12.31 |

12:19 PM
06/05/19

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 12476 | 09/20/2017 | Southwe... | National Bank of C... |  | **-10.42** |
|  |  |  |  | Utilities | -10.42 | 10.42 |
| TOTAL |  |  |  |  | -10.42 | 10.42 |
| Check | 12477 | 09/21/2017 | Jose Salas | National Bank of C... |  | **-520.00** |
|  |  |  |  | Contract Labor | -365.00 | 365.00 |
|  |  |  |  | Contract Labor | -155.00 | 155.00 |
| TOTAL |  |  |  |  | -520.00 | 520.00 |
| Check | 12478 | 09/25/2017 | Capital F... | National Bank of C... |  | **-13,172.69** |
|  |  |  |  | Capital Farm Credit | -13,172.69 | 13,172.69 |
| TOTAL |  |  |  |  | -13,172.69 | 13,172.69 |
| Check | 12479 | 09/28/2017 | Jose Salas | National Bank of C... |  | **-490.00** |
|  |  |  |  | Contract Labor | -400.00 | 400.00 |
|  |  |  |  | Contract Labor | -90.00 | 90.00 |
| TOTAL |  |  |  |  | -490.00 | 490.00 |
| Check | 12480 | 10/03/2017 | Southwe... | National Bank of C... |  | **-12.82** |
|  |  |  |  | Utilities | -12.82 | 12.82 |
| TOTAL |  |  |  |  | -12.82 | 12.82 |
| Check | 12481 | 10/03/2017 | Southwe... | National Bank of C... |  | **-18.55** |
|  |  |  |  | Equipment Repair | -18.55 | 18.55 |
| TOTAL |  |  |  |  | -18.55 | 18.55 |

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 12482 | 10/03/2017 | City of Sh... | National Bank of C... | | -390.10 |
| | | | | Utilities | -20.00 | 20.00 |
| | | | | Utilities | -120.10 | 120.10 |
| | | | | Utilities | -19.00 | 19.00 |
| | | | | Utilities | -158.25 | 158.25 |
| | | | | Utilities | -29.57 | 29.57 |
| | | | | Utilities | -43.18 | 43.18 |
| TOTAL | | | | | -390.10 | 390.10 |
| Check | 12483 | 10/03/2017 | State Aut... | National Bank of C... | | -360.00 |
| | | | | Insurance | -360.00 | 360.00 |
| TOTAL | | | | | -360.00 | 360.00 |
| Check | 12484 | 10/03/2017 | Germania | National Bank of C... | | -101.35 |
| | | | | Insurance | -101.35 | 101.35 |
| TOTAL | | | | | -101.35 | 101.35 |
| Check | 12485 | 10/03/2017 | Germania | National Bank of C... | | -675.00 |
| | | | | Insurance | -675.00 | 675.00 |
| TOTAL | | | | | -675.00 | 675.00 |
| Check | 12486 | 10/03/2017 | Germania | National Bank of C... | | -215.80 |
| | | | | Insurance | -215.80 | 215.80 |
| TOTAL | | | | | -215.80 | 215.80 |
| Check | 12488 | 10/05/2017 | Jose Salas | National Bank of C... | | -630.00 |
| | | | | Contract Labor | -450.00 | 450.00 |
| | | | | Contract Labor | -180.00 | 180.00 |
| TOTAL | | | | | -630.00 | 630.00 |

12:19 PM
06/05/19

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|---|---|---|---|---|---|---|
| Check | 12489 | 10/12/2017 | Jose Salas | National Bank of C... | | -670.00 |
| | | | | Contract Labor | -500.00 | 500.00 |
| | | | | Contract Labor | -170.00 | 170.00 |
| TOTAL | | | | | -670.00 | 670.00 |
| Check | 12490 | 10/19/2017 | Jose Salas | National Bank of C... | | -890.00 |
| | | | | Contract Labor | -510.00 | 510.00 |
| | | | | Contract Labor | -380.00 | 380.00 |
| TOTAL | | | | | -890.00 | 890.00 |
| Check | 12491 | 10/24/2017 | Internal R... | National Bank of C... | | -4,921.00 |
| | | | | Taxes | -4,921.00 | 4,921.00 |
| TOTAL | | | | | -4,921.00 | 4,921.00 |
| Check | 12492 | 10/25/2017 | Galmor's | National Bank of C... | | -20,000.00 |
| | | | | Loan Payable - Stev... | -20,000.00 | 20,000.00 |
| TOTAL | | | | | -20,000.00 | 20,000.00 |
| Check | 12493 | 10/26/2017 | Jose Salas | National Bank of C... | | -290.00 |
| | | | | Contract Labor | -290.00 | 290.00 |
| TOTAL | | | | | -290.00 | 290.00 |
| Check | 12494 | 10/27/2017 | Southwe... | National Bank of C... | | -12.31 |
| | | | | Utilities | -12.31 | 12.31 |
| TOTAL | | | | | -12.31 | 12.31 |
| Check | 12495 | 10/27/2017 | Southwe... | National Bank of C... | | -20.44 |
| | | | | Utilities | -20.44 | 20.44 |
| TOTAL | | | | | -20.44 | 20.44 |

12:19 PM
06/05/19

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 12496 | 10/27/2017 | Southwe... | National Bank of C... | | -231.01 |
| | | | | Utilities | -231.01 | 231.01 |
| TOTAL | | | | | -231.01 | 231.01 |
| Check | 12497 | 10/27/2017 | Southwe... | National Bank of C... | | -12.75 |
| | | | | Utilities | -12.75 | 12.75 |
| TOTAL | | | | | -12.75 | 12.75 |
| Check | 12498 | 10/27/2017 | Southwe... | National Bank of C... | | -18.12 |
| | | | | Utilities | -18.12 | 18.12 |
| TOTAL | | | | | -18.12 | 18.12 |
| Check | 12499 | 10/27/2017 | City of Sh... | National Bank of C... | | -258.54 |
| | | | | Utilities | -258.54 | 258.54 |
| TOTAL | | | | | -258.54 | 258.54 |
| Check | 12500 | 10/27/2017 | Southwe... | National Bank of C... | | -8.00 |
| | | | | Utilities | -8.00 | 8.00 |
| TOTAL | | | | | -8.00 | 8.00 |
| Check | 12501 | 10/27/2017 | Southwe... | National Bank of C... | | -10.72 |
| | | | | Utilities | -10.72 | 10.72 |
| TOTAL | | | | | -10.72 | 10.72 |
| Check | 12502 | 10/27/2017 | Southwe... | National Bank of C... | | -12.40 |
| | | | | Utilities | -12.40 | 12.40 |
| TOTAL | | | | | -12.40 | 12.40 |

12:19 PM
06/05/19

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 12503 | 10/27/2017 | Southwe... | National Bank of C... | | -12.31 |
| | | | | Utilities | -12.31 | 12.31 |
| TOTAL | | | | | -12.31 | 12.31 |
| Check | 12504 | 10/27/2017 | State Aut... | National Bank of C... | | -360.00 |
| | | | | Insurance | -360.00 | 360.00 |
| TOTAL | | | | | -360.00 | 360.00 |
| Check | 12505 | 10/27/2017 | Crossroa... | National Bank of C... | | -1,721.32 |
| | | | | Fuel | -1,721.32 | 1,721.32 |
| TOTAL | | | | | -1,721.32 | 1,721.32 |
| Check | 12506 | 10/27/2017 | Bartlett's | National Bank of C... | | -108.60 |
| | | | | Supplies | -108.60 | 108.60 |
| TOTAL | | | | | -108.60 | 108.60 |
| Check | 12507 | 10/27/2017 | Marshall ... | National Bank of C... | | -24.29 |
| | | | | Equipment Repair | -24.29 | 24.29 |
| TOTAL | | | | | -24.29 | 24.29 |
| Check | 12508 | 10/27/2017 | Hefley Ha... | National Bank of C... | | -367.78 |
| | | | | Farm & Ranch Expe... | -367.78 | 367.78 |
| TOTAL | | | | | -367.78 | 367.78 |
| Check | 12509 | 10/27/2017 | Donley A... | National Bank of C... | | -47.94 |
| | | | | County Taxes | -47.94 | 47.94 |
| TOTAL | | | | | -47.94 | 47.94 |

Page 54

12:19 PM
06/05/19

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 12510 | 10/27/2017 | Wheeler … | National Bank of C... | | -84.19 |
| | | | | Taxes | -84.19 | 84.19 |
| TOTAL | | | | | -84.19 | 84.19 |
| Check | 12511 | 10/27/2017 | Fort Ellio... | National Bank of C... | | -269.92 |
| | | | | Property Taxes | -269.92 | 269.92 |
| TOTAL | | | | | -269.92 | 269.92 |
| Check | 12512 | 10/27/2017 | City of Sh... | National Bank of C... | | -290.04 |
| | | | | Utilities | -20.02 | 20.02 |
| | | | | Utilities | -110.51 | 110.51 |
| | | | | Utilities | -19.00 | 19.00 |
| | | | | Utilities | -83.21 | 83.21 |
| | | | | Utilities | -27.76 | 27.76 |
| | | | | Utilities | -29.54 | 29.54 |
| TOTAL | | | | | -290.04 | 290.04 |
| Check | 12513 | 11/02/2017 | Jose Salas | National Bank of C... | | -180.00 |
| | | | | Contract Labor | -180.00 | 180.00 |
| TOTAL | | | | | -180.00 | 180.00 |
| Check | 12514 | 11/07/2017 | Great Pla... | National Bank of C... | | -658.44 |
| | | | | 63339 - real estate l... | -658.44 | 658.44 |
| TOTAL | | | | | -658.44 | 658.44 |
| Check | 12515 | 11/09/2017 | Jose Salas | National Bank of C... | | -650.00 |
| | | | | Contract Labor | -650.00 | 650.00 |
| TOTAL | | | | | -650.00 | 650.00 |

12:19 PM
06/05/19

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 12516 | 11/15/2017 | Galmor's | National Bank of C... | | -10,000.00 |
| | | | Galmor's | Accounts Receivable | -10,000.00 | 10,000.00 |
| TOTAL | | | | | -10,000.00 | 10,000.00 |
| Check | 12517 | 11/15/2017 | Riley Ow... | National Bank of C... | | -150.00 |
| | | | | Contract Labor | -150.00 | 150.00 |
| TOTAL | | | | | -150.00 | 150.00 |
| Check | 12518 | 11/16/2017 | Jose Salas | National Bank of C... | | -500.00 |
| | | | | Contract Labor | -500.00 | 500.00 |
| TOTAL | | | | | -500.00 | 500.00 |
| Check | 12519 | 11/16/2017 | Southwe... | National Bank of C... | | -235.36 |
| | | | | Utilities | -235.36 | 235.36 |
| TOTAL | | | | | -235.36 | 235.36 |
| Check | 12520 | 11/16/2017 | Southwe... | National Bank of C... | | -53.29 |
| | | | | Utilities | -53.29 | 53.29 |
| TOTAL | | | | | -53.29 | 53.29 |
| Check | 12521 | 11/16/2017 | Southwe... | National Bank of C... | | -12.31 |
| | | | | Utilities | -12.31 | 12.31 |
| TOTAL | | | | | -12.31 | 12.31 |
| Check | 12522 | 11/16/2017 | Southwe... | National Bank of C... | | -8.00 |
| | | | | Utilities | -8.00 | 8.00 |
| TOTAL | | | | | -8.00 | 8.00 |

## GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 12523 | 11/16/2017 | Southwe... | National Bank of C... | | -12.34 |
| | | | | Utilities | -12.34 | 12.34 |
| TOTAL | | | | | -12.34 | 12.34 |
| Check | 12524 | 11/16/2017 | Southwe... | National Bank of C... | | -48.28 |
| | | | | Utilities | -48.28 | 48.28 |
| TOTAL | | | | | -48.28 | 48.28 |
| Check | 12525 | 11/16/2017 | Southwe... | National Bank of C... | | -12.51 |
| | | | | Utilities | -12.51 | 12.51 |
| TOTAL | | | | | -12.51 | 12.51 |
| Check | 12526 | 11/16/2017 | Crossroa... | National Bank of C... | | -2,617.34 |
| | | | | Fuel | -2,617.34 | 2,617.34 |
| TOTAL | | | | | -2,617.34 | 2,617.34 |
| Check | 12527 | 11/16/2017 | Marshall ... | National Bank of C... | | -145.05 |
| | | | | Equipment Repair | -145.05 | 145.05 |
| TOTAL | | | | | -145.05 | 145.05 |
| Check | 12528 | 11/16/2017 | PK & Co... | National Bank of C... | | -335.00 |
| | | | | Legal & Professional... | -335.00 | 335.00 |
| TOTAL | | | | | -335.00 | 335.00 |
| Check | 12529 | 11/16/2017 | Kilhoffer ... | National Bank of C... | | -317.38 |
| | | | | Utilities | -317.38 | 317.38 |
| TOTAL | | | | | -317.38 | 317.38 |

12:19 PM
06/05/19

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

Page 58

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 12530 | 11/16/2017 | Bartlett's | National Bank of C... | | -211.91 |
| | | | | Supplies | -211.91 | 211.91 |
| TOTAL | | | | | -211.91 | 211.91 |
| Check | 12531 | 11/16/2017 | Wheeler ... | National Bank of C... | | -28.03 |
| | | | | County Taxes | -28.03 | 28.03 |
| TOTAL | | | | | -28.03 | 28.03 |
| Check | 12532 | 11/16/2017 | Wheeler ... | National Bank of C... | | -26.92 |
| | | | | County Taxes | -26.92 | 26.92 |
| TOTAL | | | | | -26.92 | 26.92 |
| Check | 12533 | 11/16/2017 | Wheeler ... | National Bank of C... | | -41.93 |
| | | | | County Taxes | -41.93 | 41.93 |
| TOTAL | | | | | -41.93 | 41.93 |
| Check | 12534 | 11/16/2017 | Wheeler ... | National Bank of C... | | -42.81 |
| | | | | County Taxes | -42.81 | 42.81 |
| TOTAL | | | | | -42.81 | 42.81 |
| Check | 12535 | 11/16/2017 | Wheeler ... | National Bank of C... | | -179.47 |
| | | | | County Taxes | -179.47 | 179.47 |
| TOTAL | | | | | -179.47 | 179.47 |
| Check | 12536 | 11/16/2017 | Wheeler ... | National Bank of C... | | -179.47 |
| | | | | County Taxes | -179.47 | 179.47 |
| TOTAL | | | | | -179.47 | 179.47 |

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 12537 | 11/16/2017 | Southwe... | National Bank of C... | | -27.47 |
| | | | | Utilities | -27.47 | 27.47 |
| TOTAL | | | | | -27.47 | 27.47 |
| Check | 12538 | 11/16/2017 | american... | National Bank of C... | | -242.00 |
| | | | | Insurance | -242.00 | 242.00 |
| TOTAL | | | | | -242.00 | 242.00 |
| Check | 12539 | 11/21/2017 | Internal R... | National Bank of C... | | -30.32 |
| | | | | Taxes | -30.32 | 30.32 |
| TOTAL | | | | | -30.32 | 30.32 |
| Check | 12540 | 11/24/2017 | Jose Salas | National Bank of C... | | -340.00 |
| | | | | Rental Expense | -340.00 | 340.00 |
| TOTAL | | | | | -340.00 | 340.00 |
| Check | 12541 | 11/16/2017 | PK & Co... | National Bank of C... | | -1,955.00 |
| | | | | Legal & Professional... | -1,955.00 | 1,955.00 |
| TOTAL | | | | | -1,955.00 | 1,955.00 |
| Check | 12542 | 11/16/2017 | Great Pla... | National Bank of C... | | -658.44 |
| | | | | 63339 - real estate l... | -658.44 | 658.44 |
| TOTAL | | | | | -658.44 | 658.44 |
| Check | 12543 | 11/27/2017 | PK & Co... | National Bank of C... | | -335.00 |
| | | | | Legal & Professional... | -335.00 | 335.00 |
| TOTAL | | | | | -335.00 | 335.00 |

PAPP 0853

12:19 PM
06/05/19

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 12544 | 11/27/2017 | Southwe... | National Bank of C... | | -18.58 |
| | | | | Utilities | -18.58 | 18.58 |
| TOTAL | | | | | -18.58 | 18.58 |
| Check | 12545 | 11/27/2017 | Southwe... | National Bank of C... | | -12.58 |
| | | | | Utilities | -12.58 | 12.58 |
| TOTAL | | | | | -12.58 | 12.58 |
| Check | 12546 | 11/27/2017 | Germania | National Bank of C... | | -102.37 |
| | | | | Insurance | -102.37 | 102.37 |
| TOTAL | | | | | -102.37 | 102.37 |
| Check | 12547 | 11/27/2017 | Germania | National Bank of C... | | -116.60 |
| | | | | Insurance | -116.60 | 116.60 |
| TOTAL | | | | | -116.60 | 116.60 |
| Check | 12548 | 11/27/2017 | Germania | National Bank of C... | | -675.00 |
| | | | | Insurance | -675.00 | 675.00 |
| TOTAL | | | | | -675.00 | 675.00 |
| Check | 12549 | 11/27/2017 | Germania | National Bank of C... | | -215.80 |
| | | | | Insurance | -215.80 | 215.80 |
| TOTAL | | | | | -215.80 | 215.80 |
| Check | 12550 | 11/27/2017 | State Aut... | National Bank of C... | | -360.00 |
| | | | | Insurance | -360.00 | 360.00 |
| TOTAL | | | | | -360.00 | 360.00 |

12:19 PM
06/05/19

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 12551 | 11/27/2017 | Kiowa Co... | National Bank of C... | | -79.00 |
| | | | | County Taxes | -79.00 | 79.00 |
| TOTAL | | | | | -79.00 | 79.00 |
| Check | 12552 | 11/27/2017 | City of Sh... | National Bank of C... | | -151.40 |
| | | | | Utilities | -151.40 | 151.40 |
| TOTAL | | | | | -151.40 | 151.40 |
| Check | 12553 | 11/27/2017 | City of Sh... | National Bank of C... | | -308.50 |
| | | | | Utilities | -20.00 | 20.00 |
| | | | | Utilities | -111.94 | 111.94 |
| | | | | Utilities | -116.56 | 116.56 |
| | | | | Utilities | -20.00 | 20.00 |
| | | | | Utilities | -20.00 | 20.00 |
| | | | | Utilities | -20.00 | 20.00 |
| TOTAL | | | | | -308.50 | 308.50 |
| Check | 12554 | 11/27/2017 | Centergas | National Bank of C... | | -446.00 |
| | | | | Utilities | -446.00 | 446.00 |
| TOTAL | | | | | -446.00 | 446.00 |
| Check | 12555 | 11/28/2017 | Barry Price | National Bank of C... | | -575.00 |
| | | | | Supplies | -350.00 | 350.00 |
| | | | | Repair & Maintenance | -225.00 | 225.00 |
| TOTAL | | | | | -575.00 | 575.00 |
| Check | 12557 | 11/30/2017 | Jose Salas | National Bank of C... | | -250.00 |
| | | | | Contract Labor | -250.00 | 250.00 |
| TOTAL | | | | | -250.00 | 250.00 |

PAPP 0855

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 12558 | 12/01/2017 | Galmor's | National Bank of C... | | -5,000.00 |
| | | | Galmor's | Accounts Receivable | -5,000.00 | 5,000.00 |
| TOTAL | | | | | -5,000.00 | 5,000.00 |
| Check | 12559 | 12/07/2017 | Jose Salas | National Bank of C... | | -150.00 |
| | | | | Contract Labor | -150.00 | 150.00 |
| TOTAL | | | | | -150.00 | 150.00 |
| Check | 12560 | 12/12/2017 | Galmor's | National Bank of C... | | -5,000.00 |
| | | | | Loan Payable - Stev... | -5,000.00 | 5,000.00 |
| TOTAL | | | | | -5,000.00 | 5,000.00 |
| Check | 12561 | 12/14/2017 | Jose Salas | National Bank of C... | | -70.00 |
| | | | | Conseco Health Ins... | -70.00 | 70.00 |
| TOTAL | | | | | -70.00 | 70.00 |
| Check | 12562 | 12/21/2017 | Jose Salas | National Bank of C... | | -330.00 |
| | | | | Contract Labor | -330.00 | 330.00 |
| TOTAL | | | | | -330.00 | 330.00 |
| Check | 12563 | 12/28/2017 | Jose Salas | National Bank of C... | | -300.00 |
| | | | | Contract Labor | -300.00 | 300.00 |
| TOTAL | | | | | -300.00 | 300.00 |
| Check | 12564 | 11/30/2017 | PK & Co... | National Bank of C... | | -1,250.00 |
| | | | | Legal & Professional... | -1,250.00 | 1,250.00 |
| TOTAL | | | | | -1,250.00 | 1,250.00 |

PAPP 0856

12:19 PM
06/05/19

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 12565 | 12/29/2017 | Germania | National Bank of C... | | -102.36 |
| | | | | Insurance | -102.36 | 102.36 |
| TOTAL | | | | | -102.36 | 102.36 |
| Check | 12566 | 12/29/2017 | Bartlett's | National Bank of C... | | -158.24 |
| | | | | Supplies | -158.24 | 158.24 |
| TOTAL | | | | | -158.24 | 158.24 |
| Check | 12567 | 12/29/2017 | State Aut... | National Bank of C... | | -360.00 |
| | | | | Insurance | -360.00 | 360.00 |
| TOTAL | | | | | -360.00 | 360.00 |
| Check | 12568 | 12/29/2017 | Southwe... | National Bank of C... | | -12.58 |
| | | | | Utilities | -12.58 | 12.58 |
| TOTAL | | | | | -12.58 | 12.58 |
| Check | 12569 | 12/29/2017 | Southwe... | National Bank of C... | | -19.11 |
| | | | | Utilities | -19.11 | 19.11 |
| TOTAL | | | | | -19.11 | 19.11 |
| Check | 12570 | 12/29/2017 | Southwe... | National Bank of C... | | -8.00 |
| | | | | Utilities | -8.00 | 8.00 |
| TOTAL | | | | | -8.00 | 8.00 |
| Check | 12571 | 12/29/2017 | Southwe... | National Bank of C... | | -12.31 |
| | | | | Utilities | -12.31 | 12.31 |
| TOTAL | | | | | -12.31 | 12.31 |

PAPP 0857

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 12572 | 12/29/2017 | Southwe... | National Bank of C... | | -30.11 |
| | | | | Utilities | -30.11 | 30.11 |
| TOTAL | | | | | -30.11 | 30.11 |
| Check | 12573 | 12/29/2017 | Southwe... | National Bank of C... | | -13.63 |
| | | | | Utilities | -13.63 | 13.63 |
| TOTAL | | | | | -13.63 | 13.63 |
| Check | 12574 | 12/29/2017 | Southwe... | National Bank of C... | | -321.01 |
| | | | | Utilities | -321.01 | 321.01 |
| TOTAL | | | | | -321.01 | 321.01 |
| Check | 12575 | 12/29/2017 | Southwe... | National Bank of C... | | -13.72 |
| | | | | Utilities | -13.72 | 13.72 |
| TOTAL | | | | | -13.72 | 13.72 |
| Check | 12576 | 12/29/2017 | Southwe... | National Bank of C... | | -22.13 |
| | | | | Utilities | -22.13 | 22.13 |
| TOTAL | | | | | -22.13 | 22.13 |
| Check | 12577 | 12/29/2017 | Southwe... | National Bank of C... | | -35.30 |
| | | | | Utilities | -35.30 | 35.30 |
| TOTAL | | | | | -35.30 | 35.30 |
| Check | 12578 | 12/29/2017 | City of Sh... | National Bank of C... | | -126.03 |
| | | | | Utilities | -126.03 | 126.03 |
| TOTAL | | | | | -126.03 | 126.03 |

12:19 PM
06/05/19

12:19 PM
06/05/19

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 12579 | 12/29/2017 | City of Sh... | National Bank of C... | | -445.25 |
| | | | | Utilities | -20.00 | 20.00 |
| | | | | Utilities | -97.01 | 97.01 |
| | | | | Utilities | -19.00 | 19.00 |
| | | | | Utilities | -71.00 | 71.00 |
| | | | | Utilities | -24.37 | 24.37 |
| | | | | Utilities | -213.87 | 213.87 |
| TOTAL | | | | | -445.25 | 445.25 |
| Check | 12580 | 12/29/2017 | Great Pla... | National Bank of C... | | -658.44 |
| | | | | 63339 - real estate l... | -658.44 | 658.44 |
| TOTAL | | | | | -658.44 | 658.44 |
| Check | 12581 | 01/04/2018 | Jose Salas | National Bank of C... | | -460.00 |
| | | | | Contract Labor | -460.00 | 460.00 |
| TOTAL | | | | | -460.00 | 460.00 |
| Check | 12582 | 01/09/2018 | Crossroa... | National Bank of C... | | -1,042.82 |
| | | | | Fuel | -1,042.82 | 1,042.82 |
| TOTAL | | | | | -1,042.82 | 1,042.82 |
| Check | 12583 | 01/11/2018 | Jose Salas | National Bank of C... | | -330.00 |
| | | | | Contract Labor | -330.00 | 330.00 |
| TOTAL | | | | | -330.00 | 330.00 |
| Check | 12584 | 01/16/2018 | Centergas | National Bank of C... | | -446.00 |
| | | | | Utilities | -446.00 | 446.00 |
| TOTAL | | | | | -446.00 | 446.00 |

**12:19 PM**
**06/05/19**

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

Page 66

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 12585 | 01/16/2018 | Bartlett's | National Bank of C... | | -178.50 |
| | | | | Supplies | -178.50 | 178.50 |
| TOTAL | | | | | -178.50 | 178.50 |
| Check | 12586 | 01/16/2018 | Rt. 66 Wa... | National Bank of C... | | -23.76 |
| | | | | Personal | -23.76 | 23.76 |
| TOTAL | | | | | -23.76 | 23.76 |
| Check | 12587 | 01/16/2018 | Germania | National Bank of C... | | -102.37 |
| | | | | Insurance | -102.37 | 102.37 |
| TOTAL | | | | | -102.37 | 102.37 |
| Check | 12588 | 01/16/2018 | Marshall ... | National Bank of C... | | -393.90 |
| | | | | Equipment Repair | -393.90 | 393.90 |
| TOTAL | | | | | -393.90 | 393.90 |
| Check | 12589 | 01/23/2018 | First Stat... | National Bank of C... | | -10,032.53 |
| | | | | First St Bank Mobee... | -7,500.00 | 7,500.00 |
| | | | | First St Bank Mobee... | -2,532.53 | 2,532.53 |
| TOTAL | | | | | -10,032.53 | 10,032.53 |
| Check | 12590 | 02/05/2018 | Hefley Ha... | National Bank of C... | | -5,591.57 |
| | | | | Farm & Ranch Expe... | -5,591.57 | 5,591.57 |
| TOTAL | | | | | -5,591.57 | 5,591.57 |
| Check | 12591 | 02/05/2018 | City of Sh... | National Bank of C... | | -32.22 |
| | | | | Utilities | -32.22 | 32.22 |
| TOTAL | | | | | -32.22 | 32.22 |

12:19 PM
06/05/19

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 12592 | 02/05/2018 | Southwe... | National Bank of C... | | -19.18 |
| | | | | Utilities | -19.18 | 19.18 |
| TOTAL | | | | | -19.18 | 19.18 |
| Check | 12593 | 02/05/2018 | Southwe... | National Bank of C... | | -12.67 |
| | | | | Utilities | -12.67 | 12.67 |
| TOTAL | | | | | -12.67 | 12.67 |
| Check | 12594 | 02/05/2018 | Southwe... | National Bank of C... | | -25.09 |
| | | | | Utilities | -25.09 | 25.09 |
| TOTAL | | | | | -25.09 | 25.09 |
| Check | 12595 | 02/05/2018 | Southwe... | National Bank of C... | | -141.07 |
| | | | | Utilities | -141.07 | 141.07 |
| TOTAL | | | | | -141.07 | 141.07 |
| Check | 12596 | 02/05/2018 | Southwe... | National Bank of C... | | -8.00 |
| | | | | Utilities | -8.00 | 8.00 |
| TOTAL | | | | | -8.00 | 8.00 |
| Check | 12597 | 02/05/2018 | Southwe... | National Bank of C... | | -12.31 |
| | | | | Utilities | -12.31 | 12.31 |
| TOTAL | | | | | -12.31 | 12.31 |
| Check | 12598 | 02/05/2018 | Southwe... | National Bank of C... | | -15.81 |
| | | | | Utilities | -15.81 | 15.81 |
| TOTAL | | | | | -15.81 | 15.81 |

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | | Paid Amount | Original Amount |
|------|-----|------|------|---------|---|-------------|-----------------|
| Check | 12599 | 02/05/2018 | Southwe... | National Bank of C... | | | **-37.21** |
| | | | | | Utilities | -37.21 | 37.21 |
| TOTAL | | | | | | -37.21 | 37.21 |
| Check | 12600 | 02/05/2018 | Southwe... | National Bank of C... | | | **-61.64** |
| | | | | | Utilities | -61.64 | 61.64 |
| TOTAL | | | | | | -61.64 | 61.64 |
| Check | 12601 | 02/05/2018 | State Aut... | National Bank of C... | | | **-360.00** |
| | | | | | Insurance | -360.00 | 360.00 |
| TOTAL | | | | | | -360.00 | 360.00 |
| Check | 12602 | 02/05/2018 | Germania | National Bank of C... | | | **-675.00** |
| | | | | | Insurance | -675.00 | 675.00 |
| TOTAL | | | | | | -675.00 | 675.00 |
| Check | 12603 | 02/05/2018 | Germania | National Bank of C... | | | **-215.80** |
| | | | | | Insurance | -215.80 | 215.80 |
| TOTAL | | | | | | -215.80 | 215.80 |
| Check | 12604 | 02/05/2018 | Germania | National Bank of C... | | | **-116.60** |
| | | | | | Insurance | -116.60 | 116.60 |
| TOTAL | | | | | | -116.60 | 116.60 |
| Check | 12605 | 02/08/2018 | AimBank | National Bank of C... | | | **-72.00** |
| | | | | | Personal | -48.00 | 48.00 |
| | | | | | Personal | -24.00 | 24.00 |
| TOTAL | | | | | | -72.00 | 72.00 |

12:19 PM
06/05/19

PAPP 0862

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

Page 69

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 12606 | 02/08/2018 | Rt. 66 Wa... | National Bank of C... | | -11.88 |
| | | | | Personal | -11.88 | 11.88 |
| TOTAL | | | | | -11.88 | 11.88 |
| Check | 12607 | 02/08/2018 | Marshall ... | National Bank of C... | | -116.26 |
| | | | | Equipment Repair | -116.26 | 116.26 |
| TOTAL | | | | | -116.26 | 116.26 |
| Check | 12608 | 02/08/2018 | Bartlett's | National Bank of C... | | -93.76 |
| | | | | Supplies | -93.76 | 93.76 |
| TOTAL | | | | | -93.76 | 93.76 |
| Check | 12609 | 02/08/2018 | Centergas | National Bank of C... | | -167.25 |
| | | | | Utilities | -167.25 | 167.25 |
| TOTAL | | | | | -167.25 | 167.25 |
| Check | 12610 | 02/08/2018 | City of Sh... | National Bank of C... | | -699.57 |
| | | | | Utilities | -20.00 | 20.00 |
| | | | | Utilities | -179.20 | 179.20 |
| | | | | Utilities | -19.00 | 19.00 |
| | | | | Utilities | -110.17 | 110.17 |
| | | | | Utilities | -23.64 | 23.64 |
| | | | | Utilities | -347.56 | 347.56 |
| TOTAL | | | | | -699.57 | 699.57 |
| Check | 12611 | 02/08/2018 | Great Pla... | National Bank of C... | | -658.44 |
| | | | | 63339 - real estate l... | -658.44 | 658.44 |
| TOTAL | | | | | -658.44 | 658.44 |

12:19 PM
06/05/19

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

Page 70

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 12613 | 02/15/2018 | Israel Lira | National Bank of C... | | **-180.00** |
| | | | | Contract Labor | -180.00 | 180.00 |
| TOTAL | | | | | -180.00 | 180.00 |
| Check | 12614 | 02/15/2018 | Jose Salas | National Bank of C... | | **-490.00** |
| | | | | Farm & Ranch Expe... | -490.00 | 490.00 |
| TOTAL | | | | | -490.00 | 490.00 |
| Check | 12615 | 02/22/2018 | Jose Salas | National Bank of C... | | **-610.00** |
| | | | | Contract Labor | -480.00 | 480.00 |
| | | | | Contract Labor | -130.00 | 130.00 |
| TOTAL | | | | | -610.00 | 610.00 |
| Check | 12616 | 02/26/2018 | Germania | National Bank of C... | | **-102.36** |
| | | | | Insurance | -102.36 | 102.36 |
| TOTAL | | | | | -102.36 | 102.36 |
| Check | 12617 | 02/26/2018 | Southwe... | National Bank of C... | | **-17.20** |
| | | | | Utilities | -17.20 | 17.20 |
| TOTAL | | | | | -17.20 | 17.20 |
| Check | 12618 | 02/26/2018 | American... | National Bank of C... | | **-242.00** |
| | | | | Insurance | -242.00 | 242.00 |
| TOTAL | | | | | -242.00 | 242.00 |
| Check | 12619 | 02/26/2018 | Crossroa... | National Bank of C... | | **-717.02** |
| | | | | Fuel | -717.02 | 717.02 |
| TOTAL | | | | | -717.02 | 717.02 |

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 12620 | 02/26/2018 | Southwe... | National Bank of C... | | -279.63 |
| | | | | Utilities | -279.63 | 279.63 |
| TOTAL | | | | | -279.63 | 279.63 |
| Check | 12621 | 02/26/2018 | Southwe... | National Bank of C... | | -15.15 |
| | | | | Utilities | -15.15 | 15.15 |
| TOTAL | | | | | -15.15 | 15.15 |
| Check | 12622 | 02/26/2018 | Southwe... | National Bank of C... | | -59.86 |
| | | | | Utilities | -59.86 | 59.86 |
| TOTAL | | | | | -59.86 | 59.86 |
| Check | 12623 | 02/26/2018 | Southwe... | National Bank of C... | | -25.05 |
| | | | | Utilities | -25.05 | 25.05 |
| TOTAL | | | | | -25.05 | 25.05 |
| Check | 12624 | 02/26/2018 | Southwe... | National Bank of C... | | -12.89 |
| | | | | Utilities | -12.89 | 12.89 |
| TOTAL | | | | | -12.89 | 12.89 |
| Check | 12625 | 02/26/2018 | Southwe... | National Bank of C... | | -16.00 |
| | | | | Utilities | -16.00 | 16.00 |
| TOTAL | | | | | -16.00 | 16.00 |
| Check | 12626 | 02/26/2018 | Southwe... | National Bank of C... | | -55.92 |
| | | | | Utilities | -55.92 | 55.92 |
| TOTAL | | | | | -55.92 | 55.92 |

12:19 PM
06/05/19

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 12627 | 02/26/2018 | Southwe... | National Bank of C... | | -38.10 |
| | | | | Utilities | -38.10 | 38.10 |
| TOTAL | | | | | -38.10 | 38.10 |
| Check | 12628 | 03/01/2018 | Jose Salas | National Bank of C... | | -360.00 |
| | | | | Contract Labor | -360.00 | 360.00 |
| TOTAL | | | | | -360.00 | 360.00 |
| Check | 12629 | 03/01/2018 | Israel Lira | National Bank of C... | | -70.00 |
| | | | | Contract Labor | -70.00 | 70.00 |
| TOTAL | | | | | -70.00 | 70.00 |
| Check | 12630 | 03/07/2018 | Crossroa... | National Bank of C... | | -825.43 |
| | | | | Fuel | -825.43 | 825.43 |
| TOTAL | | | | | -825.43 | 825.43 |
| Check | 12631 | 03/07/2018 | Germania | National Bank of C... | | -102.36 |
| | | | | Insurance | -102.36 | 102.36 |
| TOTAL | | | | | -102.36 | 102.36 |
| Check | 12632 | 03/07/2018 | Kilhoffer ... | National Bank of C... | | -244.97 |
| | | | | Utilities | -244.97 | 244.97 |
| TOTAL | | | | | -244.97 | 244.97 |
| Check | 12633 | 03/07/2018 | Southwe... | National Bank of C... | | -22.99 |
| | | | | Utilities | -22.99 | 22.99 |
| TOTAL | | | | | -22.99 | 22.99 |

12:19 PM
06/05/19

12:19 PM
06/05/19

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|---|---|---|---|---|---|---|
| Check | 12634 | 03/08/2018 | Hefley Ha... | National Bank of C... | | -85.00 |
| | | | | Farm & Ranch Expe... | -85.00 | 85.00 |
| TOTAL | | | | | -85.00 | 85.00 |
| Check | 12635 | 03/08/2018 | Rt. 66 Wa... | National Bank of C... | | -11.88 |
| | | | | Personal | -11.88 | 11.88 |
| TOTAL | | | | | -11.88 | 11.88 |
| Check | 12636 | 03/08/2018 | Centergas | National Bank of C... | | -855.00 |
| | | | | Utilities | -855.00 | 855.00 |
| TOTAL | | | | | -855.00 | 855.00 |
| Check | 12637 | 03/08/2018 | Jose Salas | National Bank of C... | | -240.00 |
| | | | | Supplies | -240.00 | 240.00 |
| TOTAL | | | | | -240.00 | 240.00 |
| Check | 12638 | 03/08/2018 | Bartlett's | National Bank of C... | | -184.46 |
| | | | | Supplies | -184.46 | 184.46 |
| TOTAL | | | | | -184.46 | 184.46 |
| Check | 12639 | 03/13/2018 | City of Sh... | National Bank of C... | | -442.89 |
| | | | | Utilities | -28.50 | 28.50 |
| | | | | Utilities | -23.50 | 23.50 |
| | | | | Utilities | -100.77 | 100.77 |
| | | | | Utilities | -22.50 | 22.50 |
| | | | | Utilities | -62.68 | 62.68 |
| | | | | Utilities | -25.82 | 25.82 |
| | | | | Utilities | -179.12 | 179.12 |
| TOTAL | | | | | -442.89 | 442.89 |

PAPP 0867

12:19 PM
06/05/19

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 12640 | 03/15/2018 | Jose Salas | National Bank of C... | | -440.00 |
| | | | | Contract Labor | -440.00 | 440.00 |
| TOTAL | | | | | -440.00 | 440.00 |
| Check | 12641 | 03/16/2018 | WB Supply | National Bank of C... | | -80.13 |
| | | | | Vehicle Repairs | -80.13 | 80.13 |
| TOTAL | | | | | -80.13 | 80.13 |
| Check | 12642 | 03/19/2018 | Southwe... | National Bank of C... | | -15.79 |
| | | | | Utilities | -15.79 | 15.79 |
| TOTAL | | | | | -15.79 | 15.79 |
| Check | 12643 | 03/19/2018 | Southwe... | National Bank of C... | | -21.18 |
| | | | | Utilities | -21.18 | 21.18 |
| TOTAL | | | | | -21.18 | 21.18 |
| Check | 12644 | 03/19/2018 | Southwe... | National Bank of C... | | -24.38 |
| | | | | Utilities | -24.38 | 24.38 |
| TOTAL | | | | | -24.38 | 24.38 |
| Check | 12645 | 03/19/2018 | Southwe... | National Bank of C... | | -14.42 |
| | | | | Utilities | -14.42 | 14.42 |
| TOTAL | | | | | -14.42 | 14.42 |
| Check | 12646 | 03/19/2018 | Southwe... | National Bank of C... | | -326.09 |
| | | | | Utilities | -326.09 | 326.09 |
| TOTAL | | | | | -326.09 | 326.09 |

12:19 PM
06/05/19

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 12647 | 03/19/2018 | Centergas | National Bank of C... | | -456.00 |
| | | | | Utilities | -456.00 | 456.00 |
| TOTAL | | | | | -456.00 | 456.00 |
| Check | 12648 | 03/19/2018 | Great Pla... | National Bank of C... | | -658.44 |
| | | | | 63339 - real estate l... | -658.44 | 658.44 |
| TOTAL | | | | | -658.44 | 658.44 |
| Check | 12649 | 03/20/2018 | Southwe... | National Bank of C... | | -77.22 |
| | | | | Utilities | -77.22 | 77.22 |
| TOTAL | | | | | -77.22 | 77.22 |
| Check | 12650 | 03/20/2018 | Southwe... | National Bank of C... | | -67.96 |
| | | | | Utilities | -67.96 | 67.96 |
| TOTAL | | | | | -67.96 | 67.96 |
| Check | 12651 | 03/20/2018 | Southwe... | National Bank of C... | | -30.27 |
| | | | | Utilities | -30.27 | 30.27 |
| TOTAL | | | | | -30.27 | 30.27 |
| Check | 12652 | 03/22/2018 | Jose Salas | National Bank of C... | | -450.00 |
| | | | | Contract Labor | -450.00 | 450.00 |
| TOTAL | | | | | -450.00 | 450.00 |
| Check | 12653 | 03/23/2018 | Terry Hill | National Bank of C... | | -150.00 |
| | | | | Contract Labor | -150.00 | 150.00 |
| TOTAL | | | | | -150.00 | 150.00 |

PAPP 0869

12:19 PM
06/05/19

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|---|---|---|---|---|---|---|
| Check | 12654 | 03/23/2018 | Jan Hill | National Bank of C... | | -150.00 |
| | | | | Contract Labor | -150.00 | 150.00 |
| TOTAL | | | | | -150.00 | 150.00 |
| Check | 12655 | 03/23/2018 | Justin Str... | National Bank of C... | | -150.00 |
| | | | | Contract Labor | -150.00 | 150.00 |
| TOTAL | | | | | -150.00 | 150.00 |
| Check | 12656 | 03/23/2018 | Brandon ... | National Bank of C... | | -150.00 |
| | | | | Contract Labor | -150.00 | 150.00 |
| TOTAL | | | | | -150.00 | 150.00 |
| Check | 12657 | 03/26/2018 | Southwe... | National Bank of C... | | -23.25 |
| | | | | Utilities | -23.25 | 23.25 |
| TOTAL | | | | | -23.25 | 23.25 |
| Check | 12658 | 03/26/2018 | State Aut... | National Bank of C... | | -400.37 |
| | | | | Insurance | -400.37 | 400.37 |
| TOTAL | | | | | -400.37 | 400.37 |
| Check | 12659 | 03/29/2018 | Jose Salas | National Bank of C... | | -430.00 |
| | | | | Contract Labor | -430.00 | 430.00 |
| TOTAL | | | | | -430.00 | 430.00 |
| Check | 12660 | 04/05/2018 | Jose Salas | National Bank of C... | | -450.00 |
| | | | | Contract Labor | -450.00 | 450.00 |
| TOTAL | | | | | -450.00 | 450.00 |

PAPP 0870

GALMOR FAMILY LIMITED PARTNERSHIP
Check Detail
March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 12661 | 04/10/2018 | City of Sh... | National Bank of C... | | -18.50 |
| | | | | Utilities | -18.50 | 18.50 |
| TOTAL | | | | | -18.50 | 18.50 |
| Check | 12662 | 04/10/2018 | City of Sh... | National Bank of C... | | -230.95 |
| | | | | Utilities | -23.50 | 23.50 |
| | | | | Utilities | -45.51 | 45.51 |
| | | | | Utilities | -22.50 | 22.50 |
| | | | | Utilities | -41.61 | 41.61 |
| | | | | Utilities | -28.16 | 28.16 |
| | | | | Utilities | -69.67 | 69.67 |
| TOTAL | | | | | -230.95 | 230.95 |
| Check | 12663 | 04/10/2018 | Texas Far... | National Bank of C... | | -2,801.00 |
| | | | | Insurance | -2,801.00 | 2,801.00 |
| TOTAL | | | | | -2,801.00 | 2,801.00 |
| Check | 12664 | 04/10/2018 | Rt. 66 Wa... | National Bank of C... | | -11.88 |
| | | | | Personal | -11.88 | 11.88 |
| TOTAL | | | | | -11.88 | 11.88 |
| Check | 12665 | 04/10/2018 | Crossroa... | National Bank of C... | | -577.39 |
| | | | | Fuel | -577.39 | 577.39 |
| TOTAL | | | | | -577.39 | 577.39 |
| Check | 12666 | 04/10/2018 | Bartlett's | National Bank of C... | | -84.13 |
| | | | | Supplies | -84.13 | 84.13 |
| TOTAL | | | | | -84.13 | 84.13 |

12:19 PM
06/05/19

12:19 PM
06/05/19

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|---|---|---|---|---|---|---|
| Check | 12667 | 04/10/2018 | Marshall ... | National Bank of C... | | -479.49 |
| | | | | Equipment Repair | -479.49 | 479.49 |
| TOTAL | | | | | -479.49 | 479.49 |
| Check | 12668 | 04/10/2018 | Wheeler ... | National Bank of C... | | -15,387.46 |
| | | | | County Taxes | -15,387.46 | 15,387.46 |
| TOTAL | | | | | -15,387.46 | 15,387.46 |
| Check | 12669 | 04/12/2018 | Hefley Ha... | National Bank of C... | | -1,017.48 |
| | | | | Farm & Ranch Expe... | -1,017.48 | 1,017.48 |
| TOTAL | | | | | -1,017.48 | 1,017.48 |
| Check | 12670 | 04/12/2018 | Jose Salas | National Bank of C... | | -470.00 |
| | | | | Contract Labor | -470.00 | 470.00 |
| TOTAL | | | | | -470.00 | 470.00 |
| Check | 12671 | 04/16/2018 | Southwe... | National Bank of C... | | -37.71 |
| | | | | Utilities | -37.71 | 37.71 |
| TOTAL | | | | | -37.71 | 37.71 |
| Check | 12672 | 04/16/2018 | Southwe... | National Bank of C... | | -60.03 |
| | | | | Utilities | -60.03 | 60.03 |
| TOTAL | | | | | -60.03 | 60.03 |
| Check | 12673 | 04/16/2018 | Southwe... | National Bank of C... | | -23.35 |
| | | | | Utilities | -23.35 | 23.35 |
| TOTAL | | | | | -23.35 | 23.35 |

PAPP 0872

12:19 PM
06/05/19

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 12674 | 04/16/2018 | Southwe... | National Bank of C... | | -34.48 |
| | | | | Utilities | -34.48 | 34.48 |
| TOTAL | | | | | -34.48 | 34.48 |
| Check | 12675 | 04/16/2018 | Southwe... | National Bank of C... | | -44.96 |
| | | | | Utilities | -44.96 | 44.96 |
| TOTAL | | | | | -44.96 | 44.96 |
| Check | 12676 | 04/16/2018 | Southwe... | National Bank of C... | | -14.42 |
| | | | | Utilities | -14.42 | 14.42 |
| TOTAL | | | | | -14.42 | 14.42 |
| Check | 12677 | 04/16/2018 | Southwe... | National Bank of C... | | -457.46 |
| | | | | Utilities | -457.46 | 457.46 |
| TOTAL | | | | | -457.46 | 457.46 |
| Check | 12678 | 04/16/2018 | Germania | National Bank of C... | | -101.77 |
| | | | | Insurance | -101.77 | 101.77 |
| TOTAL | | | | | -101.77 | 101.77 |
| Check | 12679 | 04/16/2018 | Great Pla... | National Bank of C... | | -954.34 |
| | | | | 63339 - real estate I... | -954.34 | 954.34 |
| TOTAL | | | | | -954.34 | 954.34 |
| Check | 12680 | 04/17/2018 | Southwe... | National Bank of C... | | -15.22 |
| | | | | Utilities | -15.22 | 15.22 |
| TOTAL | | | | | -15.22 | 15.22 |

PAPP 0873

12:19 PM
06/05/19

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 12681 | 04/19/2018 | Jose Salas | National Bank of C... | | -520.00 |
| | | | | Contract Labor | -520.00 | 520.00 |
| TOTAL | | | | | -520.00 | 520.00 |
| Check | 12682 | 04/26/2018 | Jose Salas | National Bank of C... | | -575.00 |
| | | | | Contract Labor | -410.00 | 410.00 |
| | | | | Supplies | -165.00 | 165.00 |
| TOTAL | | | | | -575.00 | 575.00 |
| Check | 12683 | 04/27/2018 | Barry Price | National Bank of C... | | -350.00 |
| | | | | Repair & Maintenance | -350.00 | 350.00 |
| TOTAL | | | | | -350.00 | 350.00 |
| Check | 12684 | 05/02/2018 | Jose Salas | National Bank of C... | | -370.00 |
| | | | | Contract Labor | -370.00 | 370.00 |
| TOTAL | | | | | -370.00 | 370.00 |
| Check | 12685 | 05/09/2018 | Southwe... | National Bank of C... | | -22.34 |
| | | | | Utilities | -22.34 | 22.34 |
| TOTAL | | | | | -22.34 | 22.34 |
| Check | 12686 | 05/09/2018 | Southwe... | National Bank of C... | | -15.10 |
| | | | | Utilities | -15.10 | 15.10 |
| TOTAL | | | | | -15.10 | 15.10 |
| Check | 12687 | 05/09/2018 | State Aut... | National Bank of C... | | -215.79 |
| | | | | Insurance | -215.79 | 215.79 |
| TOTAL | | | | | -215.79 | 215.79 |

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 12688 | 05/09/2018 | Bartlett's | National Bank of C... | | -78.14 |
| | | | | Supplies | -78.14 | 78.14 |
| TOTAL | | | | | -78.14 | 78.14 |
| Check | 12689 | 05/09/2018 | Marshall ... | National Bank of C... | | -210.94 |
| | | | | Equipment Repair | -210.94 | 210.94 |
| TOTAL | | | | | -210.94 | 210.94 |
| Check | 12690 | 05/09/2018 | Crossroa... | National Bank of C... | | -595.08 |
| | | | | Fuel | -595.08 | 595.08 |
| TOTAL | | | | | -595.08 | 595.08 |
| Check | 12691 | 05/09/2018 | Hefley Ha... | National Bank of C... | | -408.00 |
| | | | | Farm & Ranch Expe... | -408.00 | 408.00 |
| TOTAL | | | | | -408.00 | 408.00 |
| Check | 12692 | 05/09/2018 | City of Sh... | National Bank of C... | | -52.70 |
| | | | | Utilities | -52.70 | 52.70 |
| TOTAL | | | | | -52.70 | 52.70 |
| Check | 12693 | 05/09/2018 | City of Sh... | National Bank of C... | | -236.34 |
| | | | | Utilities | -23.50 | 23.50 |
| | | | | Utilities | -35.27 | 35.27 |
| | | | | Utilities | -30.36 | 30.36 |
| | | | | Utilities | -34.69 | 34.69 |
| | | | | Utilities | -30.90 | 30.90 |
| | | | | Utilities | -81.62 | 81.62 |
| TOTAL | | | | | -236.34 | 236.34 |

12:19 PM
06/05/19

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 12694 | 05/09/2018 | Golden S... | National Bank of C... | | -570.71 |
| | | | | Repair & Maintenance | -570.71 | 570.71 |
| TOTAL | | | | | -570.71 | 570.71 |
| Check | 12695 | 05/09/2018 | First Prio... | National Bank of C... | | -3,218.80 |
| | | | | Equipment Repair | -3,218.80 | 3,218.80 |
| TOTAL | | | | | -3,218.80 | 3,218.80 |
| Check | 12696 | 05/09/2018 | Rt. 66 Wa... | National Bank of C... | | -11.88 |
| | | | | Personal | -11.88 | 11.88 |
| TOTAL | | | | | -11.88 | 11.88 |
| Check | 12697 | 05/10/2018 | Justin Str... | National Bank of C... | | -150.00 |
| | | | | Contract Labor | -150.00 | 150.00 |
| TOTAL | | | | | -150.00 | 150.00 |
| Check | 12698 | 05/10/2018 | Brandon ... | National Bank of C... | | -300.00 |
| | | | | Contract Labor | -300.00 | 300.00 |
| TOTAL | | | | | -300.00 | 300.00 |
| Check | 12699 | 05/10/2018 | Jacey Ca... | National Bank of C... | | -300.00 |
| | | | | Farm & Ranch Expe... | -300.00 | 300.00 |
| TOTAL | | | | | -300.00 | 300.00 |
| Check | 12700 | 05/10/2018 | Terry Hill | National Bank of C... | | -150.00 |
| | | | | Contract Labor | -150.00 | 150.00 |
| TOTAL | | | | | -150.00 | 150.00 |

Page 82

PAPP 0876

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 12704 | 05/15/2018 | american... | National Bank of C... | | -242.00 |
| | | | | Insurance | -242.00 | 242.00 |
| TOTAL | | | | | -242.00 | 242.00 |
| Check | 12705 | 05/17/2018 | Southwe... | National Bank of C... | | -14.42 |
| | | | | Utilities | -14.42 | 14.42 |
| TOTAL | | | | | -14.42 | 14.42 |
| Check | 12706 | 05/17/2018 | Southwe... | National Bank of C... | | -26.83 |
| | | | | Utilities | -26.83 | 26.83 |
| TOTAL | | | | | -26.83 | 26.83 |
| Check | 12707 | 05/17/2018 | Southwe... | National Bank of C... | | -35.49 |
| | | | | Utilities | -35.49 | 35.49 |
| TOTAL | | | | | -35.49 | 35.49 |
| Check | 12708 | 05/17/2018 | Southwe... | National Bank of C... | | -14.42 |
| | | | | Utilities | -14.42 | 14.42 |
| TOTAL | | | | | -14.42 | 14.42 |
| Check | 12709 | 05/17/2018 | Southwe... | National Bank of C... | | -64.78 |
| | | | | Utilities | -64.78 | 64.78 |
| TOTAL | | | | | -64.78 | 64.78 |
| Check | 12710 | 05/17/2018 | Southwe... | National Bank of C... | | -90.93 |
| | | | | Utilities | -90.93 | 90.93 |
| TOTAL | | | | | -90.93 | 90.93 |

12:19 PM
06/05/19

PAPP 0877

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

12:19 PM
06/05/19

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 12711 | 05/22/2018 | Germania | National Bank of C... | | -101.77 |
| | | | | Insurance | -101.77 | 101.77 |
| TOTAL | | | | | -101.77 | 101.77 |
| Check | 12712 | 05/22/2018 | Germania | National Bank of C... | | -226.60 |
| | | | | Insurance | -226.60 | 226.60 |
| TOTAL | | | | | -226.60 | 226.60 |
| Check | 12713 | 05/22/2018 | Germania | National Bank of C... | | -127.20 |
| | | | | Insurance | -127.20 | 127.20 |
| TOTAL | | | | | -127.20 | 127.20 |
| Check | 12714 | 05/22/2018 | Germania | National Bank of C... | | -721.00 |
| | | | | Insurance | -721.00 | 721.00 |
| TOTAL | | | | | -721.00 | 721.00 |
| Check | 12715 | 05/22/2018 | Southwe... | National Bank of C... | | -15.01 |
| | | | | Utilities | -15.01 | 15.01 |
| TOTAL | | | | | -15.01 | 15.01 |
| Check | 12716 | 05/22/2018 | Southwe... | National Bank of C... | | -304.62 |
| | | | | Utilities | -304.62 | 304.62 |
| TOTAL | | | | | -304.62 | 304.62 |
| Check | 12717 | 05/22/2018 | Western ... | National Bank of C... | | -4,326.98 |
| | | | | Equipment Repair | -4,326.98 | 4,326.98 |
| TOTAL | | | | | -4,326.98 | 4,326.98 |

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 12718 | 05/24/2018 | Jose Salas | National Bank of C... | | -390.00 |
| | | | | Contract Labor | -390.00 | 390.00 |
| TOTAL | | | | | -390.00 | 390.00 |
| Check | 12719 | 05/31/2018 | Jose Salas | National Bank of C... | | -840.00 |
| | | | | Contract Labor | -840.00 | 840.00 |
| TOTAL | | | | | -840.00 | 840.00 |
| Check | 12720 | 06/04/2018 | State Aut... | National Bank of C... | | -217.79 |
| | | | | Insurance | -217.79 | 217.79 |
| TOTAL | | | | | -217.79 | 217.79 |
| Check | 12721 | 06/04/2018 | Southwe... | National Bank of C... | | -68.23 |
| | | | | Utilities | -68.23 | 68.23 |
| TOTAL | | | | | -68.23 | 68.23 |
| Check | 12722 | 06/04/2018 | Southwe... | National Bank of C... | | -19.04 |
| | | | | Utilities | -19.04 | 19.04 |
| TOTAL | | | | | -19.04 | 19.04 |
| Check | 12723 | 06/04/2018 | Marshall ... | National Bank of C... | | -580.24 |
| | | | | Equipment Repair | -580.24 | 580.24 |
| TOTAL | | | | | -580.24 | 580.24 |
| Check | 12724 | 06/04/2018 | Lee's Ref... | National Bank of C... | | -86.40 |
| | | | | Rent House Repairs | -86.40 | 86.40 |
| TOTAL | | | | | -86.40 | 86.40 |

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 12725 | 06/04/2018 | Bartlett's | National Bank of C... | | -182.14 |
| | | | | Supplies | -182.14 | 182.14 |
| TOTAL | | | | | -182.14 | 182.14 |
| Check | 12726 | 06/07/2018 | Steve Gal... | National Bank of C... | | -1,100.00 |
| | | | | Loan Receivable - S... | -1,100.00 | 1,100.00 |
| TOTAL | | | | | -1,100.00 | 1,100.00 |
| Check | 12727 | 06/07/2018 | Jose Salas | National Bank of C... | | -540.00 |
| | | | | Contract Labor | -540.00 | 540.00 |
| TOTAL | | | | | -540.00 | 540.00 |
| Check | 12728 | 06/07/2018 | Israel Lira | National Bank of C... | | -60.00 |
| | | | | Contract Labor | -60.00 | 60.00 |
| TOTAL | | | | | -60.00 | 60.00 |
| Check | 12729 | 06/08/2018 | Maul Feeds | National Bank of C... | | -1,500.00 |
| | | | | Seed | -1,500.00 | 1,500.00 |
| TOTAL | | | | | -1,500.00 | 1,500.00 |
| Check | 12730 | 06/09/2018 | Maul Feeds | National Bank of C... | | -1,500.00 |
| | | | | Seed | -1,500.00 | 1,500.00 |
| TOTAL | | | | | -1,500.00 | 1,500.00 |
| Check | 12731 | 06/11/2018 | Maul Feeds | National Bank of C... | | -250.00 |
| | | | | Seed | -250.00 | 250.00 |
| TOTAL | | | | | -250.00 | 250.00 |

12:19 PM

06/05/19

12:19 PM
06/05/19

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|---|---|---|---|---|---|---|
| Check | 12732 | 06/14/2018 | Jose Salas | National Bank of C... | | -520.00 |
| | | | | Contract Labor | -460.00 | 460.00 |
| | | | | Contract Labor | -60.00 | 60.00 |
| TOTAL | | | | | -520.00 | 520.00 |
| Check | 12733 | 06/15/2018 | City of Sh... | National Bank of C... | | -37.11 |
| | | | | Utilities | -37.11 | 37.11 |
| TOTAL | | | | | -37.11 | 37.11 |
| Check | 12734 | 06/15/2018 | City of Sh... | National Bank of C... | | -300.69 |
| | | | | Utilities | -29.57 | 29.57 |
| | | | | Utilities | -89.80 | 89.80 |
| | | | | Utilities | -33.69 | 33.69 |
| | | | | Utilities | -54.30 | 54.30 |
| | | | | Utilities | -29.25 | 29.25 |
| | | | | Utilities | -64.08 | 64.08 |
| TOTAL | | | | | -300.69 | 300.69 |
| Check | 12735 | 06/15/2018 | Germania | National Bank of C... | | -299.29 |
| | | | | Insurance | -299.29 | 299.29 |
| TOTAL | | | | | -299.29 | 299.29 |
| Check | 12736 | 06/15/2018 | Crossroa... | National Bank of C... | | -1,616.70 |
| | | | | Fuel | -1,616.70 | 1,616.70 |
| TOTAL | | | | | -1,616.70 | 1,616.70 |
| Check | 12737 | 06/15/2018 | Rt. 66 Wa... | National Bank of C... | | -11.88 |
| | | | | Personal | -11.88 | 11.88 |
| TOTAL | | | | | -11.88 | 11.88 |

12:19 PM
06/05/19

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

Page 88

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 12738 | 06/21/2018 | Jose Salas | National Bank of C... | | -310.00 |
| | | | | Contract Labor | -310.00 | 310.00 |
| **TOTAL** | | | | | -310.00 | 310.00 |
| Check | 12739 | 06/26/2018 | Great Pla... | National Bank of C... | | -10,000.00 |
| | | | | 3126145 - real estat... | -10,000.00 | 10,000.00 |
| **TOTAL** | | | | | -10,000.00 | 10,000.00 |
| Check | 12740 | 06/29/2018 | Jose Salas | National Bank of C... | | -380.00 |
| | | | | Contract Labor | -340.00 | 340.00 |
| | | | | Contract Labor | -40.00 | 40.00 |
| **TOTAL** | | | | | -380.00 | 380.00 |
| Check | 12741 | 01/02/2018 | Irish Roa... | National Bank of C... | | -1,910.14 |
| | | | | Repair & Maintenance | -30.00 | 30.00 |
| | | | | Repair & Maintenance | -45.00 | 45.00 |
| | | | | Equipment Repair | -15.00 | 15.00 |
| | | | | Repair & Maintenance | -15.00 | 15.00 |
| | | | | Repair & Maintenance | -33.00 | 33.00 |
| | | | | Repair & Maintenance | -523.80 | 523.80 |
| | | | | Repair & Maintenance | -68.56 | 68.56 |
| | | | | Repair & Maintenance | -165.00 | 165.00 |
| | | | | Equipment Repair | -15.00 | 15.00 |
| | | | | Repair & Maintenance | -15.00 | 15.00 |
| | | | | Repair & Maintenance | -30.00 | 30.00 |
| | | | | Repair & Maintenance | -33.00 | 33.00 |
| | | | | Equipment Repair | -15.00 | 15.00 |
| | | | | Repair & Maintenance | -108.72 | 108.72 |
| | | | | Equipment Repair | -15.00 | 15.00 |
| | | | | Repair & Maintenance | -42.39 | 42.39 |
| | | | | Repair & Maintenance | -123.00 | 123.00 |
| | | | | Repair & Maintenance | -15.00 | 15.00 |
| | | | | Repair & Maintenance | -380.92 | 380.92 |
| | | | | Repair & Maintenance | -28.75 | 28.75 |
| | | | | Repair & Maintenance | -54.00 | 54.00 |
| | | | | Repair & Maintenance | -50.00 | 50.00 |

12:19 PM
06/05/19

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| | | | | Repair & Maintenance | -52.00 | 52.00 |
| | | | | Repair & Maintenance | -37.00 | 37.00 |
| TOTAL | | | | | -1,910.14 | 1,910.14 |
| Check | 12742 | 06/29/2018 | State Aut... | National Bank of C... | -220.33 | -220.33 |
| | | | | Insurance | -220.33 | 220.33 |
| TOTAL | | | | | -220.33 | 220.33 |
| Check | 12743 | 06/29/2018 | Southwe... | National Bank of C... | -120.11 | -120.11 |
| | | | | Utilities | -120.11 | 120.11 |
| TOTAL | | | | | -120.11 | 120.11 |
| Check | 12744 | 06/29/2018 | Southwe... | National Bank of C... | -159.88 | -159.88 |
| | | | | Utilities | -159.88 | 159.88 |
| TOTAL | | | | | -159.88 | 159.88 |
| Check | 12745 | 06/29/2018 | Southwe... | National Bank of C... | -96.00 | -96.00 |
| | | | | Utilities | -96.00 | 96.00 |
| TOTAL | | | | | -96.00 | 96.00 |
| Check | 12746 | 06/29/2018 | Southwe... | National Bank of C... | -14.70 | -14.70 |
| | | | | Utilities | -14.70 | 14.70 |
| TOTAL | | | | | -14.70 | 14.70 |
| Check | 12747 | 06/29/2018 | Southwe... | National Bank of C... | -14.42 | -14.42 |
| | | | | Utilities | -14.42 | 14.42 |
| TOTAL | | | | | -14.42 | 14.42 |

12:19 PM
06/05/19

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 12748 | 06/29/2018 | Southwe... | National Bank of C... | | -445.45 |
| | | | | Utilities | -445.45 | 445.45 |
| TOTAL | | | | | -445.45 | 445.45 |
| Check | 12749 | 06/29/2018 | Southwe... | National Bank of C... | | -14.42 |
| | | | | Utilities | -14.42 | 14.42 |
| TOTAL | | | | | -14.42 | 14.42 |
| Check | 12750 | 06/29/2018 | Southwe... | National Bank of C... | | -128.79 |
| | | | | Utilities | -128.79 | 128.79 |
| TOTAL | | | | | -128.79 | 128.79 |
| Check | 12751 | 06/29/2018 | Southwe... | National Bank of C... | | -14.42 |
| | | | | Utilities | -14.42 | 14.42 |
| TOTAL | | | | | -14.42 | 14.42 |
| Check | 12752 | 06/29/2018 | Southwe... | National Bank of C... | | -14.42 |
| | | | | Utilities | -14.42 | 14.42 |
| TOTAL | | | | | -14.42 | 14.42 |
| Check | 12753 | 07/05/2018 | Jose Salas | National Bank of C... | | -855.00 |
| | | | | Contract Labor | -670.00 | 670.00 |
| | | | | Contract Labor | -40.00 | 40.00 |
| | | | | Contract Labor | -145.00 | 145.00 |
| TOTAL | | | | | -855.00 | 855.00 |
| Check | 12754 | 07/10/2018 | City of Sh... | National Bank of C... | | -219.33 |
| | | | | Utilities | -219.33 | 219.33 |
| TOTAL | | | | | -219.33 | 219.33 |

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 12755 | 07/10/2018 | City of Sh... | National Bank of C... | | -201.71 |
| | | | | Utilities | -35.56 | 35.56 |
| | | | | Utilities | -22.50 | 22.50 |
| | | | | Utilities | -31.10 | 31.10 |
| | | | | Utilities | -55.62 | 55.62 |
| | | | | Utilities | -33.43 | 33.43 |
| | | | | Utilities | -23.50 | 23.50 |
| TOTAL | | | | | -201.71 | 201.71 |
| Check | 12756 | 07/10/2018 | Bartlett's | National Bank of C... | | -206.96 |
| | | | | Supplies | -206.96 | 206.96 |
| TOTAL | | | | | -206.96 | 206.96 |
| Check | 12757 | 07/10/2018 | Centergas | National Bank of C... | | -1,368.00 |
| | | | | Utilities | -1,368.00 | 1,368.00 |
| TOTAL | | | | | -1,368.00 | 1,368.00 |
| Check | 12758 | 07/10/2018 | Marshall ... | National Bank of C... | | -158.46 |
| | | | | Equipment Repair | -158.46 | 158.46 |
| TOTAL | | | | | -158.46 | 158.46 |
| Check | 12759 | 07/10/2018 | Crossroa... | National Bank of C... | | -877.23 |
| | | | | Fuel | -877.23 | 877.23 |
| TOTAL | | | | | -877.23 | 877.23 |
| Check | 12760 | 07/10/2018 | Wheeler ... | National Bank of C... | | -38.00 |
| | | | | Insurance | -38.00 | 38.00 |
| TOTAL | | | | | -38.00 | 38.00 |

12:19 PM
06/05/19

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|---|---|---|---|---|---|---|
| Check | 12761 | 07/10/2018 | Hefley Ha... | National Bank of C... | | **-59.50** |
| | | | | Farm & Ranch Expe... | -59.50 | 59.50 |
| TOTAL | | | | | -59.50 | 59.50 |
| Check | 12762 | 07/12/2018 | Jose Salas | National Bank of C... | | **-690.00** |
| | | | | Contract Labor | -610.00 | 610.00 |
| | | | | Contract Labor | -80.00 | 80.00 |
| TOTAL | | | | | -690.00 | 690.00 |
| Check | 12763 | 07/19/2018 | Jose Salas | National Bank of C... | | **-520.00** |
| | | | | Contract Labor | -520.00 | 520.00 |
| TOTAL | | | | | -520.00 | 520.00 |
| Check | 12765 | 07/20/2018 | Great Pla... | National Bank of C... | | **-8,000.00** |
| | | | | 3126145 - real estat... | -8,000.00 | 8,000.00 |
| TOTAL | | | | | -8,000.00 | 8,000.00 |
| Check | 12766 | 07/23/2018 | Jose Salas | National Bank of C... | | **-52.95** |
| | | | | Repair & Maintenance | -32.95 | 32.95 |
| | | | | Fuel | -20.00 | 20.00 |
| TOTAL | | | | | -52.95 | 52.95 |
| Check | 12767 | 07/26/2018 | Jose Salas | National Bank of C... | | **-550.00** |
| | | | | Contract Labor | -550.00 | 550.00 |
| TOTAL | | | | | -550.00 | 550.00 |
| Check | 12768 | 07/27/2018 | Deena Ca... | National Bank of C... | | **-95.41** |
| | | | | Repair & Maintenance | -95.41 | 95.41 |
| TOTAL | | | | | -95.41 | 95.41 |

12:19 PM
06/05/19

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 12769 | 07/31/2018 | Germania | National Bank of C... | | -131.20 |
| | | | | Insurance | -131.20 | 131.20 |
| TOTAL | | | | | -131.20 | 131.20 |
| Check | 12770 | 07/31/2018 | Germania | National Bank of C... | | -725.00 |
| | | | | Insurance | -725.00 | 725.00 |
| TOTAL | | | | | -725.00 | 725.00 |
| Check | 12771 | 07/31/2018 | Germania | National Bank of C... | | -230.60 |
| | | | | Insurance | -230.60 | 230.60 |
| TOTAL | | | | | -230.60 | 230.60 |
| Check | 12772 | 08/01/2018 | City of Sh... | National Bank of C... | | -18.50 |
| | | | | Utilities | -18.50 | 18.50 |
| TOTAL | | | | | -18.50 | 18.50 |
| Check | 12773 | 08/01/2018 | City of Sh... | National Bank of C... | | -592.31 |
| | | | | Utilities | | 30.24 |
| | | | | Utilities | | 22.50 |
| | | | | Utilities | | 40.75 |
| | | | | Utilities | | 70.53 |
| | | | | Utilities | | 404.79 |
| | | | | Utilities | | 23.50 |
| TOTAL | | | | | -592.31 | 592.31 |
| Check | 12774 | 08/01/2018 | Southwe... | National Bank of C... | | -14.66 |
| | | | | Utilities | -14.66 | 14.66 |
| TOTAL | | | | | -14.66 | 14.66 |

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 12775 | 08/01/2018 | Southwe... | National Bank of C... | | -23.26 |
| | | | | Utilities | -23.26 | 23.26 |
| TOTAL | | | | | -23.26 | 23.26 |
| Check | 12776 | 08/01/2018 | Southwe... | National Bank of C... | | -157.32 |
| | | | | Utilities | -157.32 | 157.32 |
| TOTAL | | | | | -157.32 | 157.32 |
| Check | 12777 | 08/01/2018 | Southwe... | National Bank of C... | | -15.10 |
| | | | | Utilities | -15.10 | 15.10 |
| TOTAL | | | | | -15.10 | 15.10 |
| Check | 12778 | 08/01/2018 | Southwe... | National Bank of C... | | -180.75 |
| | | | | Utilities | -180.75 | 180.75 |
| TOTAL | | | | | -180.75 | 180.75 |
| Check | 12779 | 08/01/2018 | Southwe... | National Bank of C... | | -110.81 |
| | | | | Utilities | -110.81 | 110.81 |
| TOTAL | | | | | -110.81 | 110.81 |
| Check | 12780 | 08/01/2018 | Southwe... | National Bank of C... | | -14.42 |
| | | | | Utilities | -14.42 | 14.42 |
| TOTAL | | | | | -14.42 | 14.42 |
| Check | 12781 | 08/01/2018 | Southwe... | National Bank of C... | | -15.10 |
| | | | | Utilities | -15.10 | 15.10 |
| TOTAL | | | | | -15.10 | 15.10 |

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|---|---|---|---|---|---|---|
| Check | 12782 | 08/01/2018 | Southwe... | National Bank of C... | | -727.14 |
| | | | | Utilities | -727.14 | 727.14 |
| TOTAL | | | | | -727.14 | 727.14 |
| Check | 12783 | 08/01/2018 | Rt. 66 Wa... | National Bank of C... | | -11.88 |
| | | | | Personal | -11.88 | 11.88 |
| TOTAL | | | | | -11.88 | 11.88 |
| Check | 12784 | 08/03/2018 | Jose Salas | National Bank of C... | | -220.00 |
| | | | | Contract Labor | -220.00 | 220.00 |
| TOTAL | | | | | -220.00 | 220.00 |
| Check | 12785 | 08/09/2018 | Jose Salas | National Bank of C... | | -460.00 |
| | | | | Contract Labor | -460.00 | 460.00 |
| TOTAL | | | | | -460.00 | 460.00 |
| Check | 12786 | 08/16/2018 | Jose Salas | National Bank of C... | | -870.00 |
| | | | | Contract Labor | -490.00 | 490.00 |
| | | | | Contract Labor | -380.00 | 380.00 |
| TOTAL | | | | | -870.00 | 870.00 |
| Check | 12787 | 08/16/2018 | State Aut... | National Bank of C... | | -254.97 |
| | | | | Insurance | -254.97 | 254.97 |
| TOTAL | | | | | -254.97 | 254.97 |
| Check | 12788 | 08/16/2018 | Southwe... | National Bank of C... | | -874.62 |
| | | | | Utilities | -874.62 | 874.62 |
| TOTAL | | | | | -874.62 | 874.62 |

12:19 PM
06/05/19

PAPP 0889

12:19 PM
06/05/19

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 12789 | 08/16/2018 | Southwe... | National Bank of C... | | -15.10 |
| | | | | Utilities | -15.10 | 15.10 |
| TOTAL | | | | | -15.10 | 15.10 |
| Check | 12790 | 08/16/2018 | Southwe... | National Bank of C... | | -168.89 |
| | | | | Utilities | -168.89 | 168.89 |
| TOTAL | | | | | -168.89 | 168.89 |
| Check | 12791 | 08/16/2018 | Southwe... | National Bank of C... | | -16.16 |
| | | | | Utilities | -16.16 | 16.16 |
| TOTAL | | | | | -16.16 | 16.16 |
| Check | 12792 | 08/16/2018 | Southwe... | National Bank of C... | | -15.10 |
| | | | | Utilities | -15.10 | 15.10 |
| TOTAL | | | | | -15.10 | 15.10 |
| Check | 12793 | 08/16/2018 | Southwe... | National Bank of C... | | -22.74 |
| | | | | Utilities | -22.74 | 22.74 |
| TOTAL | | | | | -22.74 | 22.74 |
| Check | 12794 | 08/16/2018 | Southwe... | National Bank of C... | | -28.61 |
| | | | | Utilities | -28.61 | 28.61 |
| TOTAL | | | | | -28.61 | 28.61 |
| Check | 12795 | 08/17/2018 | Southwe... | National Bank of C... | | -215.13 |
| | | | | Utilities | -215.13 | 215.13 |
| TOTAL | | | | | -215.13 | 215.13 |

PAPP 0890

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 12796 | 08/17/2018 | Southwe... | National Bank of C... | | -14.64 |
| | | | | Utilities | -14.64 | 14.64 |
| TOTAL | | | | | -14.64 | 14.64 |
| Check | 12797 | 08/23/2018 | Jose Salas | National Bank of C... | | -410.00 |
| | | | | Contract Labor | -410.00 | 410.00 |
| TOTAL | | | | | -410.00 | 410.00 |
| Check | 12798 | 08/30/2018 | Jose Salas | National Bank of C... | | -620.00 |
| | | | | Contract Labor | -530.00 | 530.00 |
| | | | | Contract Labor | -90.00 | 90.00 |
| TOTAL | | | | | -620.00 | 620.00 |
| Check | 12799 | 09/06/2018 | Jose Salas | National Bank of C... | | -460.00 |
| | | | | Contract Labor | -370.00 | 370.00 |
| | | | | Contract Labor | -90.00 | 90.00 |
| TOTAL | | | | | -460.00 | 460.00 |
| Check | 12800 | 09/07/2018 | State Aut... | National Bank of C... | | -20.00 |
| | | | | Insurance | -20.00 | 20.00 |
| TOTAL | | | | | -20.00 | 20.00 |
| Check | 12801 | 08/16/2018 | Marshall ... | National Bank of C... | | -189.86 |
| | | | | Equipment Repair | -189.86 | 189.86 |
| TOTAL | | | | | -189.86 | 189.86 |
| Check | 12802 | 08/16/2018 | Rt. 66 Wa... | National Bank of C... | | -23.76 |
| | | | | Personal | -23.76 | 23.76 |
| TOTAL | | | | | -23.76 | 23.76 |

12:19 PM
06/05/19

12:19 PM
06/05/19

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 12803 | 08/16/2018 | Lindley F... | National Bank of C... | | **-62.57** |
| | | | | Equipment Repair | -62.57 | 62.57 |
| TOTAL | | | | | -62.57 | 62.57 |
| Check | 12804 | 08/16/2018 | Golden S... | National Bank of C... | | **-171.71** |
| | | | | Farm & Ranch Expe... | -171.71 | 171.71 |
| TOTAL | | | | | -171.71 | 171.71 |
| Check | 12805 | 08/16/2018 | Bartlett's | National Bank of C... | | **0.00** |
| TOTAL | | | | | 0.00 | 0.00 |
| Check | 12806 | 09/13/2018 | Jose Salas | National Bank of C... | | **-540.00** |
| | | | | Contract Labor | -540.00 | 540.00 |
| TOTAL | | | | | -540.00 | 540.00 |
| Check | 12807 | 08/16/2018 | Crossroa... | National Bank of C... | | **-3,098.08** |
| | | | | Fuel | -3,098.08 | 3,098.08 |
| TOTAL | | | | | -3,098.08 | 3,098.08 |
| Check | 12808 | 09/18/2018 | Hefley Ha... | National Bank of C... | | **-233.48** |
| | | | | Farm & Ranch Expe... | -233.48 | 233.48 |
| TOTAL | | | | | -233.48 | 233.48 |
| Check | 12809 | 09/18/2018 | Southwe... | National Bank of C... | | **-14.66** |
| | | | | Utilities | -14.66 | 14.66 |
| TOTAL | | | | | -14.66 | 14.66 |

PAPP 0892

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 12810 | 09/18/2018 | Southwe... | National Bank of C... | | -16.93 |
| | | | | Utilities | -16.93 | 16.93 |
| TOTAL | | | | | -16.93 | 16.93 |
| Check | 12811 | 09/18/2018 | Germania | National Bank of C... | | -131.20 |
| | | | | Insurance | -131.20 | 131.20 |
| TOTAL | | | | | -131.20 | 131.20 |
| Check | 12812 | 09/18/2018 | Germania | National Bank of C... | | -725.00 |
| | | | | Insurance | -725.00 | 725.00 |
| TOTAL | | | | | -725.00 | 725.00 |
| Check | 12813 | 09/18/2018 | Germania | National Bank of C... | | -230.60 |
| | | | | Insurance | -230.60 | 230.60 |
| TOTAL | | | | | -230.60 | 230.60 |
| Check | 12814 | 09/18/2018 | american... | National Bank of C... | | -246.00 |
| | | | | Insurance | -246.00 | 246.00 |
| TOTAL | | | | | -246.00 | 246.00 |
| Check | 12815 | 09/18/2018 | City of Sh... | National Bank of C... | | -436.16 |
| | | | | Utilities | -27.96 | 27.96 |
| | | | | Utilities | -22.50 | 22.50 |
| | | | | Utilities | -93.48 | 93.48 |
| | | | | Utilities | -76.81 | 76.81 |
| | | | | Utilities | -161.91 | 161.91 |
| | | | | Utilities | -23.50 | 23.50 |
| | | | | Utilities | -30.00 | 30.00 |
| TOTAL | | | | | -436.16 | 436.16 |

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 12816 | 09/18/2018 | City of Sh... | National Bank of C... | | -28.50 |
| | | | | Utilities | -28.50 | 28.50 |
| TOTAL | | | | | -28.50 | 28.50 |
| Check | 12817 | 09/18/2018 | Southwe... | National Bank of C... | | -16.81 |
| | | | | Utilities | -16.81 | 16.81 |
| TOTAL | | | | | -16.81 | 16.81 |
| Check | 12818 | 09/18/2018 | Southwe... | National Bank of C... | | -8.85 |
| | | | | Utilities | -8.85 | 8.85 |
| TOTAL | | | | | -8.85 | 8.85 |
| Check | 12819 | 09/18/2018 | Southwe... | National Bank of C... | | -14.42 |
| | | | | Utilities | -14.42 | 14.42 |
| TOTAL | | | | | -14.42 | 14.42 |
| Check | 12820 | 09/18/2018 | Southwe... | National Bank of C... | | -162.10 |
| | | | | Utilities | -162.10 | 162.10 |
| TOTAL | | | | | -162.10 | 162.10 |
| Check | 12821 | 09/18/2018 | Southwe... | National Bank of C... | | -176.12 |
| | | | | Utilities | -176.12 | 176.12 |
| TOTAL | | | | | -176.12 | 176.12 |
| Check | 12822 | 09/18/2018 | Southwe... | National Bank of C... | | -14.42 |
| | | | | Utilities | -14.42 | 14.42 |
| TOTAL | | | | | -14.42 | 14.42 |

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|---|---|---|---|---|---|---|
| Check | 12823 | 09/18/2018 | Southwe... | National Bank of C... | | -14.42 |
| | | | | Utilities | -14.42 | 14.42 |
| TOTAL | | | | | -14.42 | 14.42 |
| Check | 12824 | 09/18/2018 | Southwe... | National Bank of C... | | -297.30 |
| | | | | Utilities | -297.30 | 297.30 |
| TOTAL | | | | | -297.30 | 297.30 |
| Check | 12825 | 09/20/2018 | Jose Salas | National Bank of C... | | -670.00 |
| | | | | Contract Labor | -670.00 | 670.00 |
| TOTAL | | | | | -670.00 | 670.00 |
| Check | 12826 | 09/26/2018 | Southwe... | National Bank of C... | | -31.67 |
| | | | | Utilities | -31.67 | 31.67 |
| TOTAL | | | | | -31.67 | 31.67 |
| Check | 12827 | 09/26/2018 | Southwe... | National Bank of C... | | -30.00 |
| | | | | Utilities | -30.00 | 30.00 |
| TOTAL | | | | | -30.00 | 30.00 |
| Check | 12828 | 09/26/2018 | State Aut... | National Bank of C... | | -499.94 |
| | | | | Insurance | -499.94 | 499.94 |
| TOTAL | | | | | -499.94 | 499.94 |
| Check | 12829 | 09/27/2018 | Jose Salas | National Bank of C... | | -440.00 |
| | | | | Contract Labor | -440.00 | 440.00 |
| TOTAL | | | | | -440.00 | 440.00 |

12:19 PM
06/05/19

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|---|---|---|---|---|---|---|
| Check | 12830 | 09/27/2018 | First Stat... | National Bank of C... | | **-61,556.51** |
| | | | | First St Bank Mobee... | -61,556.51 | 61,556.51 |
| TOTAL | | | | | -61,556.51 | 61,556.51 |
| Check | 12832 | 10/01/2018 | Rick Rou... | National Bank of C... | | **-5,430.00** |
| | | | | Seed | -5,430.00 | 5,430.00 |
| TOTAL | | | | | -5,430.00 | 5,430.00 |
| Check | 12833 | 10/04/2018 | Jose Salas | National Bank of C... | | **-690.00** |
| | | | | Contract Labor | -690.00 | 690.00 |
| TOTAL | | | | | -690.00 | 690.00 |
| Check | 12834 | 09/18/2018 | Crossroa... | National Bank of C... | | **-1,482.19** |
| | | | | Fuel | -1,482.19 | 1,482.19 |
| TOTAL | | | | | -1,482.19 | 1,482.19 |
| Check | 12835 | 10/11/2018 | Jose Salas | National Bank of C... | | **-570.69** |
| | | | | Contract Labor | -500.00 | 500.00 |
| | | | | Repair & Maintenance | -70.69 | 70.69 |
| TOTAL | | | | | -570.69 | 570.69 |
| Check | 12836 | 10/12/2018 | Internal R... | National Bank of C... | | **-211.00** |
| | | | | Taxes | -211.00 | 211.00 |
| TOTAL | | | | | -211.00 | 211.00 |
| Check | 12837 | 10/18/2018 | Jose Salas | National Bank of C... | | **-420.00** |
| | | | | Contract Labor | -370.00 | 370.00 |
| | | | | Contract Labor | -50.00 | 50.00 |
| TOTAL | | | | | -420.00 | 420.00 |

12:19 PM
06/05/19

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 12838 | 10/18/2018 | Marshall ... | National Bank of C... | | -384.98 |
| | | | | Equipment Repair | -384.98 | 384.98 |
| TOTAL | | | | | -384.98 | 384.98 |
| Check | 12839 | 10/18/2018 | Southwe... | National Bank of C... | | -19.73 |
| | | | | Utilities | -19.73 | 19.73 |
| TOTAL | | | | | -19.73 | 19.73 |
| Check | 12840 | 10/18/2018 | City of Sh... | National Bank of C... | | -28.50 |
| | | | | Utilities | -28.50 | 28.50 |
| TOTAL | | | | | -28.50 | 28.50 |
| Check | 12842 | 10/18/2018 | Centergas | National Bank of C... | | -342.00 |
| | | | | Utilities | -342.00 | 342.00 |
| TOTAL | | | | | -342.00 | 342.00 |
| Check | 12843 | 10/18/2018 | Germania | National Bank of C.... | | -107.34 |
| | | | | Insurance | -107.34 | 107.34 |
| TOTAL | | | | | -107.34 | 107.34 |
| Check | 12844 | 10/18/2018 | Crossroa... | National Bank of C... | | -1,804.73 |
| | | | | Fuel | -1,804.73 | 1,804.73 |
| TOTAL | | | | | -1,804.73 | 1,804.73 |

PAPP 0897

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

12:19 PM
06/05/19

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 12846 | 10/18/2018 | City of Sh... | National Bank of C... | | -695.16 |
| | | | | Utilities | -501.13 | 501.13 |
| | | | | Utilities | -22.50 | 22.50 |
| | | | | Utilities | -37.97 | 37.97 |
| | | | | Utilities | -85.06 | 85.06 |
| | | | | Utilities | -23.50 | 23.50 |
| | | | | Utilities | -25.00 | 25.00 |
| TOTAL | | | | | -695.16 | 695.16 |
| Check | 12847 | 09/18/2018 | PK & Co... | National Bank of C... | | -2,450.00 |
| | | | | Legal & Professional... | -2,450.00 | 2,450.00 |
| TOTAL | | | | | -2,450.00 | 2,450.00 |
| Check | 12848 | 09/18/2018 | PK & Co... | National Bank of C... | | -30.00 |
| | | | | Legal & Professional... | -30.00 | 30.00 |
| TOTAL | | | | | -30.00 | 30.00 |
| Check | 12849 | 09/28/2018 | Southwe... | National Bank of C... | | -100.20 |
| | | | | Utilities | -100.20 | 100.20 |
| TOTAL | | | | | -100.20 | 100.20 |
| Check | 12850 | 09/28/2018 | Southwe... | National Bank of C... | | -105.20 |
| | | | | Utilities | -105.20 | 105.20 |
| TOTAL | | | | | -105.20 | 105.20 |
| Check | 12851 | 09/28/2018 | Southwe... | National Bank of C... | | -284.59 |
| | | | | Utilities | -284.59 | 284.59 |
| TOTAL | | | | | -284.59 | 284.59 |

12:19 PM
06/05/19

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 12852 | 09/28/2018 | Southwe... | National Bank of C... | | -14.42 |
| | | | | Utilities | -14.42 | 14.42 |
| TOTAL | | | | | -14.42 | 14.42 |
| Check | 12853 | 09/28/2018 | Southwe... | National Bank of C... | | -14.42 |
| | | | | Utilities | -14.42 | 14.42 |
| TOTAL | | | | | -14.42 | 14.42 |
| Check | 12854 | 09/28/2018 | Southwe... | National Bank of C... | | -14.42 |
| | | | | Utilities | -14.42 | 14.42 |
| TOTAL | | | | | -14.42 | 14.42 |
| Check | 12855 | 09/28/2018 | Southwe... | National Bank of C... | | -56.81 |
| | | | | Utilities | -56.81 | 56.81 |
| TOTAL | | | | | -56.81 | 56.81 |
| Check | 12856 | 09/28/2018 | Southwe... | National Bank of C... | | -8.85 |
| | | | | Utilities | -8.85 | 8.85 |
| TOTAL | | | | | -8.85 | 8.85 |
| Check | 12857 | 10/18/2018 | Hefley Ha... | National Bank of C... | | -62.12 |
| | | | | Farm & Ranch Expe... | -62.12 | 62.12 |
| TOTAL | | | | | -62.12 | 62.12 |
| Check | 12858 | 10/25/2018 | Jose Salas | National Bank of C... | | -530.00 |
| | | | | Contract Labor | -530.00 | 530.00 |
| TOTAL | | | | | -530.00 | 530.00 |

PAPP 0899

12:19 PM
06/05/19

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|---|---|---|---|---|---|---|
| Check | 12859 | 11/01/2018 | Jose Salas | National Bank of C... | | **-470.00** |
| | | | | Contract Labor | -440.00 | 440.00 |
| | | | | Contract Labor | -30.00 | 30.00 |
| TOTAL | | | | | -470.00 | 470.00 |
| Check | 12860 | 11/08/2018 | Jose Salas | National Bank of C... | | **-460.00** |
| | | | | Contract Labor | -460.00 | 460.00 |
| TOTAL | | | | | -460.00 | 460.00 |
| Check | 12861 | 11/14/2018 | State Aut... | National Bank of C... | | **-254.97** |
| | | | | Insurance | -254.97 | 254.97 |
| TOTAL | | | | | -254.97 | 254.97 |
| Check | 12862 | 11/14/2018 | City of Sh... | National Bank of C... | | **-511.01** |
| | | | | Utilities | -357.15 | 357.15 |
| | | | | Utilities | -22.50 | 22.50 |
| | | | | Utilities | -28.34 | 28.34 |
| | | | | Utilities | -79.52 | 79.52 |
| | | | | Utilities | -23.50 | 23.50 |
| TOTAL | | | | | -511.01 | 511.01 |
| Check | 12863 | 11/14/2018 | Southwe... | National Bank of C... | | **-10.98** |
| | | | | Utilities | -10.98 | 10.98 |
| TOTAL | | | | | -10.98 | 10.98 |
| Check | 12864 | 11/14/2018 | Southwe... | National Bank of C... | | **-7.61** |
| | | | | Utilities | -7.61 | 7.61 |
| TOTAL | | | | | -7.61 | 7.61 |

PAPP 0900

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 12865 | 11/14/2018 | Southwe... | National Bank of C... | | -234.01 |
| | | | | Utilities | -234.01 | 234.01 |
| TOTAL | | | | | -234.01 | 234.01 |
| Check | 12866 | 11/14/2018 | Southwe... | National Bank of C... | | -10.98 |
| | | | | Utilities | -10.98 | 10.98 |
| TOTAL | | | | | -10.98 | 10.98 |
| Check | 12867 | 11/14/2018 | Southwe... | National Bank of C... | | -10.98 |
| | | | | Utilities | -10.98 | 10.98 |
| TOTAL | | | | | -10.98 | 10.98 |
| Check | 12868 | 11/14/2018 | Southwe... | National Bank of C... | | -41.97 |
| | | | | Utilities | -41.97 | 41.97 |
| TOTAL | | | | | -41.97 | 41.97 |
| Check | 12869 | 11/14/2018 | Southwe... | National Bank of C... | | -93.94 |
| | | | | Utilities | -93.94 | 93.94 |
| TOTAL | | | | | -93.94 | 93.94 |
| Check | 12870 | 11/20/2018 | Southwe... | National Bank of C... | | -60.97 |
| | | | | Utilities | -60.97 | 60.97 |
| TOTAL | | | | | -60.97 | 60.97 |
| Check | 12871 | 11/20/2018 | Germania | National Bank of C... | | -108.34 |
| | | | | Insurance | -108.34 | 108.34 |
| TOTAL | | | | | -108.34 | 108.34 |

12:19 PM
06/05/19

12:19 PM
06/05/19

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|---|---|---|---|---|---|---|
| Check | 12872 | 11/20/2018 | Germania | National Bank of C... | | -230.60 |
| | | | | Insurance | -230.60 | 230.60 |
| TOTAL | | | | | -230.60 | 230.60 |
| Check | 12873 | 11/20/2018 | Germania | National Bank of C... | | -131.20 |
| | | | | Insurance | -131.20 | 131.20 |
| TOTAL | | | | | -131.20 | 131.20 |
| Check | 12874 | 11/20/2018 | Germania | National Bank of C... | | -725.00 |
| | | | | Insurance | -725.00 | 725.00 |
| TOTAL | | | | | -725.00 | 725.00 |
| Check | 12875 | 11/14/2018 | Marshall ... | National Bank of C... | | -761.98 |
| | | | | Equipment Repair | -761.98 | 761.98 |
| TOTAL | | | | | -761.98 | 761.98 |
| Check | 12876 | 11/26/2018 | Southwe... | National Bank of C... | | -9.05 |
| | | | | Utilities | -9.05 | 9.05 |
| TOTAL | | | | | -9.05 | 9.05 |
| Check | 12877 | 11/26/2018 | State Aut... | National Bank of C... | | -20.00 |
| | | | | Insurance | -20.00 | 20.00 |
| TOTAL | | | | | -20.00 | 20.00 |
| Check | 12878 | 11/26/2018 | Kiowa Co... | National Bank of C... | | -84.00 |
| | | | | County Taxes | -84.00 | 84.00 |
| TOTAL | | | | | -84.00 | 84.00 |

PAPP 0902

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 12879 | 11/26/2018 | Donley A.... | National Bank of C... | | -48.33 |
| | | | | County Taxes | -48.33 | 48.33 |
| TOTAL | | | | | -48.33 | 48.33 |
| Check | 12880 | 11/27/2018 | PK & Co... | National Bank of C... | | -635.00 |
| | | | | Legal & Professional... | -635.00 | 635.00 |
| TOTAL | | | | | -635.00 | 635.00 |
| Check | 12881 | 11/27/2018 | Wheeler ... | National Bank of C... | | -21.51 |
| | | | | Property Tax | -21.51 | 21.51 |
| TOTAL | | | | | -21.51 | 21.51 |
| Check | 12882 | 11/27/2018 | Wheeler ... | National Bank of C... | | -28.37 |
| | | | | Production Tax | -28.37 | 28.37 |
| TOTAL | | | | | -28.37 | 28.37 |
| Check | 12884 | 12/18/2018 | Galmor F... | National Bank of C... | | -100.00 |
| | | | | Ask My Accountant | -100.00 | 100.00 |
| TOTAL | | | | | -100.00 | 100.00 |
| Check | 12885 | 12/19/2018 | City of Sh... | National Bank of C... | | -291.05 |
| | | | | Utilities | -108.05 | 108.05 |
| | | | | Utilities | -33.75 | 33.75 |
| | | | | Utilities | -98.98 | 98.98 |
| | | | | Utilities | -50.27 | 50.27 |
| TOTAL | | | | | -291.05 | 291.05 |

PAPP 0903

12:19 PM
06/05/19

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 12886 | 12/19/2018 | AimBank | National Bank of C... | | -48.00 |
| | | | | Ask My Accountant | -24.00 | 24.00 |
| | | | | Ask My Accountant | -24.00 | 24.00 |
| TOTAL | | | | | -48.00 | 48.00 |
| Check | 12887 | 12/19/2018 | Marshall ... | National Bank of C... | | -203.19 |
| | | | | Equipment Repair | -203.19 | 203.19 |
| TOTAL | | | | | -203.19 | 203.19 |
| Check | 12888 | 12/19/2018 | Southwe... | National Bank of C... | | -69.82 |
| | | | | Utilities | -69.82 | 69.82 |
| TOTAL | | | | | -69.82 | 69.82 |
| Check | 12889 | 12/19/2018 | Southwe... | National Bank of C... | | -234.01 |
| | | | | Utilities | -234.01 | 234.01 |
| TOTAL | | | | | -234.01 | 234.01 |
| Check | 12890 | 12/19/2018 | Southwe... | National Bank of C... | | -88.45 |
| | | | | Utilities | -88.45 | 88.45 |
| TOTAL | | | | | -88.45 | 88.45 |
| Check | 12891 | 12/19/2018 | Southwe... | National Bank of C... | | -64.86 |
| | | | | Utilities | -64.86 | 64.86 |
| TOTAL | | | | | -64.86 | 64.86 |
| Check | 12892 | 12/19/2018 | Southwe... | National Bank of C... | | -8.87 |
| | | | | Utilities | -8.87 | 8.87 |
| TOTAL | | | | | -8.87 | 8.87 |

12:19 PM
06/05/19

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 12893 | 12/19/2018 | Southwe... | National Bank of C... | | -7.61 |
| | | | | Utilities | -7.61 | 7.61 |
| TOTAL | | | | | -7.61 | 7.61 |
| Check | 12894 | 12/19/2018 | Crossroa... | National Bank of C... | | -418.37 |
| | | | | Fuel | -418.37 | 418.37 |
| TOTAL | | | | | -418.37 | 418.37 |
| Check | 12895 | 01/03/2019 | State Aut... | National Bank of C... | | -499.94 |
| | | | | Insurance | -499.94 | 499.94 |
| TOTAL | | | | | -499.94 | 499.94 |
| Check | 12896 | 01/03/2019 | Southwe... | National Bank of C... | | -185.28 |
| | | | | Utilities | -185.28 | 185.28 |
| TOTAL | | | | | -185.28 | 185.28 |
| Check | 12897 | 01/03/2019 | Southwe... | National Bank of C... | | -8.87 |
| | | | | Utilities | -8.87 | 8.87 |
| TOTAL | | | | | -8.87 | 8.87 |
| Check | 12898 | 01/03/2019 | Southwe... | National Bank of C... | | -9.42 |
| | | | | Utilities | -9.42 | 9.42 |
| TOTAL | | | | | -9.42 | 9.42 |
| Check | 12899 | 01/03/2019 | Centergas | National Bank of C... | | -570.00 |
| | | | | Utilities | -570.00 | 570.00 |
| TOTAL | | | | | -570.00 | 570.00 |

Page 111

12:19 PM
06/05/19

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 12900 | 01/03/2019 | City of Sh... | National Bank of C... | | -349.25 |
| | | | | Utilities | -55.46 | 55.46 |
| | | | | Utilities | -96.05 | 96.05 |
| | | | | Utilities | -58.06 | 58.06 |
| | | | | Utilities | -119.68 | 119.68 |
| | | | | Utilities | -20.00 | 20.00 |
| TOTAL | | | | | -349.25 | 349.25 |
| Check | 12901 | 01/18/2019 | Southwe... | National Bank of C... | | -12.73 |
| | | | | Utilities | -12.73 | 12.73 |
| TOTAL | | | | | -12.73 | 12.73 |
| Check | 12902 | 01/18/2019 | Southwe... | National Bank of C... | | -12.31 |
| | | | | Utilities | -12.31 | 12.31 |
| TOTAL | | | | | -12.31 | 12.31 |
| Check | 12903 | 01/18/2019 | Southwe... | National Bank of C... | | -57.97 |
| | | | | Utilities | -57.97 | 57.97 |
| TOTAL | | | | | -57.97 | 57.97 |
| Check | 12904 | 01/18/2019 | Southwe... | National Bank of C... | | -8.00 |
| | | | | Utilities | -8.00 | 8.00 |
| TOTAL | | | | | -8.00 | 8.00 |
| Check | 12905 | 01/18/2019 | Southwe... | National Bank of C... | | -121.42 |
| | | | | Utilities | -121.42 | 121.42 |
| TOTAL | | | | | -121.42 | 121.42 |

**GALMOR FAMILY LIMITED PARTNERSHIP**
**Check Detail**
**March 23, 2017 through June 5, 2019**

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 12906 | 01/18/2019 | X-Cel En... | National Bank of C... |  | -50.06 |
|  |  |  |  | Utilities | -50.06 | 50.06 |
| TOTAL |  |  |  |  | -50.06 | 50.06 |
| Check | 12907 | 01/18/2019 | Fort Ellio... | National Bank of C... |  | -266.08 |
|  |  |  |  | Property Taxes | -266.08 | 266.08 |
| TOTAL |  |  |  |  | -266.08 | 266.08 |
| Check | 12908 | 01/18/2019 | Centergas | National Bank of C... |  | -342.00 |
|  |  |  |  | Utilities | -342.00 | 342.00 |
| TOTAL |  |  |  |  | -342.00 | 342.00 |
| Check | 12909 | 01/18/2019 | Southwe... | National Bank of C... |  | -201.75 |
|  |  |  |  | Utilities | -201.75 | 201.75 |
| TOTAL |  |  |  |  | -201.75 | 201.75 |
| Check | 12910 | 01/29/2019 | Germania | National Bank of C... |  | -725.00 |
|  |  |  |  | Insurance | -725.00 | 725.00 |
| TOTAL |  |  |  |  | -725.00 | 725.00 |
| Check | 12911 | 01/29/2019 | Germania | National Bank of C... |  | -131.20 |
|  |  |  |  | Insurance | -131.20 | 131.20 |
| TOTAL |  |  |  |  | -131.20 | 131.20 |
| Check | 12912 | 01/29/2019 | Germania | National Bank of C... |  | -230.60 |
|  |  |  |  | Insurance | -230.60 | 230.60 |
| TOTAL |  |  |  |  | -230.60 | 230.60 |

12:19 PM
06/05/19

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 12913 | 01/29/2019 | Southwe... | National Bank of C... | | -12.80 |
| | | | | Utilities | -12.80 | 12.80 |
| TOTAL | | | | | -12.80 | 12.80 |
| Check | 12914 | 01/29/2019 | State Aut... | National Bank of C... | | -124.95 |
| | | | | Insurance | -124.95 | 124.95 |
| TOTAL | | | | | -124.95 | 124.95 |
| Check | 12915 | 01/29/2019 | Southwe... | National Bank of C... | | -259.15 |
| | | | | Utilities | -259.15 | 259.15 |
| TOTAL | | | | | -259.15 | 259.15 |
| Check | 12916 | 01/29/2019 | Southwe... | National Bank of C... | | -96.91 |
| | | | | Utilities | -96.91 | 96.91 |
| TOTAL | | | | | -96.91 | 96.91 |
| Check | 12917 | 01/29/2019 | City of Sh... | National Bank of C... | | -322.26 |
| | | | | Utilities | -68.89 | 68.89 |
| | | | | Utilities | -82.68 | 82.68 |
| | | | | Utilities | -44.87 | 44.87 |
| | | | | Utilities | -125.82 | 125.82 |
| TOTAL | | | | | -322.26 | 322.26 |
| Check | 12918 | 02/04/2019 | Wheeler ... | National Bank of C... | | -51.75 |
| | | | | County Taxes | -51.75 | 51.75 |
| TOTAL | | | | | -51.75 | 51.75 |

12:19 PM
06/05/19

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|---|---|---|---|---|---|---|
| Check | 12919 | 02/04/2019 | Irish Roa... | National Bank of C... | | -1,450.19 |
| | | | | Equipment Repair | -146.00 | 146.00 |
| | | | | Vehicle Repairs | -15.00 | 15.00 |
| | | | | Vehicle Repairs | -15.00 | 15.00 |
| | | | | Vehicle Repairs | -152.52 | 152.52 |
| | | | | Vehicle Repairs | -15.00 | 15.00 |
| | | | | Equipment Repair | -533.28 | 533.28 |
| | | | | Vehicle Repairs | -30.00 | 30.00 |
| | | | | Equipment Repair | -88.82 | 88.82 |
| | | | | Vehicle Repairs | -45.00 | 45.00 |
| | | | | Vehicle Repairs | -55.00 | 55.00 |
| | | | | Vehicle Repairs | -15.00 | 15.00 |
| | | | | Vehicle Repairs | -20.00 | 20.00 |
| | | | | Vehicle Repairs | -37.00 | 37.00 |
| | | | | Vehicle Repairs | -15.00 | 15.00 |
| | | | | Vehicle Repairs | -15.00 | 15.00 |
| | | | | Equipment Repair | -252.57 | 252.57 |
| TOTAL | | | | | -1,450.19 | 1,450.19 |
| Check | 12920 | 02/04/2019 | Crossroa... | National Bank of C... | | -2,180.83 |
| | | | | Fuel | -2,180.83 | 2,180.83 |
| TOTAL | | | | | -2,180.83 | 2,180.83 |
| Check | 12921 | 02/04/2019 | West Tex... | National Bank of C... | | -48.07 |
| | | | | Utilities | -48.07 | 48.07 |
| TOTAL | | | | | -48.07 | 48.07 |
| Check | 12922 | 02/15/2019 | Marshall ... | National Bank of C... | | -108.98 |
| | | | | Equipment Repair | -108.98 | 108.98 |
| TOTAL | | | | | -108.98 | 108.98 |
| Check | 12923 | 02/20/2019 | Southwe... | National Bank of C... | | -259.12 |
| | | | | Utilities | -259.12 | 259.12 |
| TOTAL | | | | | -259.12 | 259.12 |

12:19 PM
06/05/19

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 12924 | 02/20/2019 | Southwe... | National Bank of C... | | -86.02 |
| | | | | Utilities | -86.02 | 86.02 |
| TOTAL | | | | | -86.02 | 86.02 |
| Check | 12925 | 02/20/2019 | Southwe... | National Bank of C... | | -12.31 |
| | | | | Utilities | -12.31 | 12.31 |
| TOTAL | | | | | -12.31 | 12.31 |
| Check | 12926 | 02/20/2019 | Southwe... | National Bank of C... | | -43.98 |
| | | | | Utilities | -43.98 | 43.98 |
| TOTAL | | | | | -43.98 | 43.98 |
| Check | 12927 | 02/20/2019 | Southwe... | National Bank of C... | | -60.03 |
| | | | | Utilities | -60.03 | 60.03 |
| TOTAL | | | | | -60.03 | 60.03 |
| Check | 12928 | 02/20/2019 | Southwe... | National Bank of C... | | -12.31 |
| | | | | Utilities | -12.31 | 12.31 |
| TOTAL | | | | | -12.31 | 12.31 |
| Check | 12929 | 02/20/2019 | Southwe... | National Bank of C... | | -8.00 |
| | | | | Utilities | -8.00 | 8.00 |
| TOTAL | | | | | -8.00 | 8.00 |
| Check | 12930 | 02/20/2019 | Southwe... | National Bank of C... | | -174.00 |
| | | | | Utilities | -174.00 | 174.00 |
| TOTAL | | | | | -174.00 | 174.00 |

12:19 PM
06/05/19

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 12931 | 02/26/2019 | Southwe... | National Bank of C... | | **-12.60** |
| | | | | Utilities | -12.60 | 12.60 |
| TOTAL | | | | | -12.60 | 12.60 |
| Check | 12932 | 02/26/2019 | State Aut... | National Bank of C... | | **-144.95** |
| | | | | Insurance | -144.95 | 144.95 |
| TOTAL | | | | | -144.95 | 144.95 |
| Check | 12933 | 03/07/2019 | Marshall ... | National Bank of C... | | **-400.48** |
| | | | | Equipment Repair | -400.48 | 400.48 |
| TOTAL | | | | | -400.48 | 400.48 |
| Check | 12934 | 03/07/2019 | Jake Wea... | National Bank of C... | | **-119.00** |
| | | | | Repair & Maintenance | -119.00 | 119.00 |
| TOTAL | | | | | -119.00 | 119.00 |
| Check | 12935 | 03/07/2019 | Express I... | National Bank of C... | | **-173.75** |
| | | | | Repair & Maintenance | -173.75 | 173.75 |
| TOTAL | | | | | -173.75 | 173.75 |
| Check | 12937 | 03/07/2019 | Harmon ... | National Bank of C... | | **-92.30** |
| | | | | Utilities | -92.30 | 92.30 |
| TOTAL | | | | | -92.30 | 92.30 |

Page 118

12:19 PM
06/05/19

# GALMOR FAMILY LIMITED PARTNERSHIP
## Check Detail
### March 23, 2017 through June 5, 2019

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 12938 | 03/07/2019 | City of Sh... | National Bank of C... | | -453.68 |
| | | | | Utilities | -99.86 | 99.86 |
| | | | | Utilities | -102.06 | 102.06 |
| | | | | Utilities | -61.72 | 61.72 |
| | | | | Utilities | -190.04 | 190.04 |
| TOTAL | | | | | -453.68 | 453.68 |
| Check | 12939 | 03/07/2019 | Lee's Ref... | National Bank of C... | | -86.40 |
| | | | | Repair & Maintenance | -86.40 | 86.40 |
| TOTAL | | | | | -86.40 | 86.40 |
| Check | 12940 | 03/07/2019 | Bartlett's | National Bank of C... | | -63.38 |
| | | | | Supplies | -63.38 | 63.38 |
| TOTAL | | | | | -63.38 | 63.38 |
| Check | 77476 | 04/27/2017 | Jose Salas | National Bank of C... | | -1,470.00 |
| | | | | Contract Labor | -590.00 | 590.00 |
| | | | | Contract Labor | -480.00 | 480.00 |
| | | | | Contract Labor | -400.00 | 400.00 |
| TOTAL | | | | | -1,470.00 | 1,470.00 |

# Deposits

12:15 PM
06/05/19

# GALMOR FAMILY LIMITED PARTNERSHIP
## Deposit Detail
### March 23, 2017 through June 5, 2019

| Type | Date | Name | Account | Amount |
|------|------|------|---------|--------|
| Deposit | 03/24/2017 | | National Bank of Co... | 3,658.89 |
| | | Barker Production Co., LLP | Barker Production Co | -3,658.89 |
| TOTAL | | | | -3,658.89 |
| Deposit | 04/03/2017 | | National Bank of Co... | 2,000.00 |
| | | Galmor's | Galmor's/G&G Steam ... | -2,000.00 |
| TOTAL | | | | -2,000.00 |
| Deposit | 04/04/2017 | | National Bank of Co... | 7,203.60 |
| | | Cross R Ranches | Pasture Rent | -7,203.60 |
| TOTAL | | | | -7,203.60 |
| Deposit | 04/14/2017 | | National Bank of Co... | 4,000.00 |
| | | Galmor's | Galmor's/G&G Steam ... | -4,000.00 |
| TOTAL | | | | -4,000.00 |
| Deposit | 04/19/2017 | | National Bank of Co... | 6,778.01 |
| | | Cross R Ranches | Pasture Rent | -6,718.95 |
| | | Cimarex Energy | Cimarex Energy Co | -59.06 |
| TOTAL | | | | -6,778.01 |
| Deposit | 04/27/2017 | | National Bank of Co... | 3,495.37 |
| | | Barker Production Co., LLP | Barker Production Co | -2,893.82 |
| | | Capital Farm Credit | First Ag Credit, FCS | -601.55 |
| TOTAL | | | | -3,495.37 |
| Deposit | 04/28/2017 | | National Bank of Co... | 1,007.40 |
| | | Deena Carter | Loan Receivable - Car... | -1,007.40 |
| TOTAL | | | | -1,007.40 |
| Deposit | 05/04/2017 | | National Bank of Co... | 2,800.00 |
| | | Galmor Fam Tr | The Galmor Family Tr... | -2,800.00 |
| TOTAL | | | | -2,800.00 |
| Deposit | 05/11/2017 | | National Bank of Co... | 1,007.40 |
| | | Deena Carter | Loan Receivable - Car... | -1,007.40 |
| TOTAL | | | | -1,007.40 |

12:15 PM
06/05/19

# GALMOR FAMILY LIMITED PARTNERSHIP
## Deposit Detail
### March 23, 2017 through June 5, 2019

| Type | Date | Name | Account | Amount |
|------|------|------|---------|--------|
| Deposit | 05/12/2017 | | National Bank of Co... | 2,500.00 |
| | | Shirley Galmor | Partner Contributions | -2,500.00 |
| TOTAL | | | | -2,500.00 |
| Deposit | 05/16/2017 | | National Bank of Co... | 32,128.00 |
| | | Thigpen Livestock Company, Ltd. | Sale of Breeding Stock | -32,128.00 |
| TOTAL | | | | -32,128.00 |
| Deposit | 05/19/2017 | | National Bank of Co... | 1,093.02 |
| | | Shirley Galmor | Partner Contributions | -1,093.02 |
| TOTAL | | | | -1,093.02 |
| Deposit | 05/19/2017 | | National Bank of Co... | 2,875.43 |
| | | Barker Production Co., LLP | Barker Production Co | -1,868.03 |
| | | Deena Carter | Loan Receivable - Car... | -1,007.40 |
| TOTAL | | | | -2,875.43 |
| Deposit | 05/31/2017 | | National Bank of Co... | 22,460.35 |
| | | Cross R Ranches | Pasture Rent | -15,153.55 |
| | | Crossroads Cattle Co., Ltd. | Pasture Rent | -7,306.80 |
| TOTAL | | | | -22,460.35 |
| Deposit | 06/05/2017 | | National Bank of Co... | 5,800.00 |
| | | Galmor Cont Tr | The Galmor Contributi... | -2,500.00 |
| | | Galmor Fam Tr | The Galmor Family Tr... | -3,300.00 |
| TOTAL | | | | -5,800.00 |
| Deposit | 06/07/2017 | | National Bank of Co... | 2,500.00 |
| | | Galmor Fam Tr | The Galmor Family Tr... | -2,500.00 |
| TOTAL | | | | -2,500.00 |
| Deposit | 06/15/2017 | | National Bank of Co... | 3,824.44 |
| | | Barker Production Co., LLP | Barker Production Co | -3,824.44 |
| TOTAL | | | | -3,824.44 |
| Deposit | 06/27/2017 | | National Bank of Co... | 4,750.00 |
| | | Deena Carter | Sale of Breeding Stock | -4,750.00 |
| TOTAL | | | | -4,750.00 |

12:15 PM

06/05/19

# GALMOR FAMILY LIMITED PARTNERSHIP
## Deposit Detail
### March 23, 2017 through June 5, 2019

| Type | Date | Name | Account | Amount |
|---|---|---|---|---|
| **Deposit** | 06/30/2017 | | **National Bank of Co...** | **1,007.40** |
| | | Deena Carter | Loan Receivable - Car... | -1,007.40 |
| TOTAL | | | | -1,007.40 |
| **Deposit** | 07/06/2017 | | **National Bank of Co...** | **4,500.00** |
| | | Galmor Contribution Trust | The Galmor Contributi... | -2,000.00 |
| | | Galmor Fam Tr | The Galmor Family Tr... | -2,500.00 |
| TOTAL | | | | -4,500.00 |
| **Deposit** | 07/14/2017 | | **National Bank of Co...** | **2,064.96** |
| | | Galmor Fam Tr | The Galmor Family Tr... | -1,500.00 |
| | | Galmor Contribution Trust | The Galmor Contributi... | -500.00 |
| | | Citi Card | Chase | -10.74 |
| | | Cimarex Energy | Cimarex Energy Co | -54.22 |
| TOTAL | | | | -2,064.96 |
| **Deposit** | 07/24/2017 | | **National Bank of Co...** | **2,997.32** |
| | | Barker Production Co., LLP | Barker Production Co | -2,997.32 |
| TOTAL | | | | -2,997.32 |
| **Deposit** | 07/31/2017 | | **National Bank of Co...** | **1,007.40** |
| | | Deena Carter | Loan Receivable - Car... | -1,007.40 |
| TOTAL | | | | -1,007.40 |
| **Deposit** | 08/04/2017 | | **National Bank of Co...** | **2,500.00** |
| | | Galmor Fam Tr | The Galmor Family Tr... | -1,000.00 |
| | | Galmor Cont Tr | The Galmor Contributi... | -1,500.00 |
| TOTAL | | | | -2,500.00 |
| **Deposit** | 08/11/2017 | | **National Bank of Co...** | **1,700.00** |
| | | Galmor Contribution Trust | The Galmor Contributi... | -1,700.00 |
| TOTAL | | | | -1,700.00 |
| **Deposit** | 08/24/2017 | | **National Bank of Co...** | **2,068.32** |
| | | Barker Production Co., LLP | Barker Production Co | -2,068.32 |
| TOTAL | | | | -2,068.32 |
| **Deposit** | 09/01/2017 | | **National Bank of Co...** | **4,007.40** |
| | | Shirley Galmor | Partner Contributions | -3,000.00 |
| | | Deena Carter | Loan Receivable - Car... | -1,007.40 |
| TOTAL | | | | -4,007.40 |

12:15 PM

06/05/19

# GALMOR FAMILY LIMITED PARTNERSHIP
## Deposit Detail
### March 23, 2017 through June 5, 2019

| Type | Date | Name | Account | Amount |
|------|------|------|---------|--------|
| **Deposit** | 09/08/2017 | | **National Bank of Co...** | **7,500.00** |
| | | Galmor Fam Tr | The Galmor Family Tr... | -2,500.00 |
| | | Galmor Contribution Trust | The Galmor Contributi... | -5,000.00 |
| TOTAL | | | | -7,500.00 |
| **Deposit** | 09/18/2017 | | **National Bank of Co...** | **2,625.58** |
| | | Barker Production Co., LLP | Barker Production Co | -2,625.58 |
| TOTAL | | | | -2,625.58 |
| **Deposit** | 09/18/2017 | | **National Bank of Co...** | **2,000.00** |
| | | Galmor Contribution Trust | The Galmor Contributi... | -2,000.00 |
| TOTAL | | | | -2,000.00 |
| **Deposit** | 09/26/2017 | | **National Bank of Co...** | **9,532.39** |
| | | Cross R Ranches | Pasture Rent | -9,532.39 |
| TOTAL | | | | -9,532.39 |
| **Deposit** | 09/29/2017 | | **National Bank of Co...** | **1,007.40** |
| | | Deena Carter | Loan Receivable - Car... | -1,007.40 |
| TOTAL | | | | -1,007.40 |
| **Deposit** | 10/03/2017 | | **National Bank of Co...** | **3,500.00** |
| | | Shirley Galmor | Partner's Draw | -3,500.00 |
| TOTAL | | | | -3,500.00 |
| **Deposit** | 10/03/2017 | | **National Bank of Co...** | **5,500.00** |
| | | Galmor Contribution Trust | Partner's Draw | -500.00 |
| | | Galmor Family Trust | Partner's Draw | -5,000.00 |
| TOTAL | | | | -5,500.00 |
| **Deposit** | 10/03/2017 | | **National Bank of Co...** | **2,200.00** |
| | | Shirley Galmor | Partner's Draw | -2,200.00 |
| TOTAL | | | | -2,200.00 |
| **Deposit** | 10/24/2017 | | **National Bank of Co...** | **1,084.61** |
| | | Barker Production Co., LLP | Barker Production Co | -1,084.61 |
| TOTAL | | | | -1,084.61 |

12:15 PM

06/05/19

# GALMOR FAMILY LIMITED PARTNERSHIP
## Deposit Detail
### March 23, 2017 through June 5, 2019

| Type | Date | Name | Account | Amount |
|------|------|------|---------|--------|
| **Deposit** | 10/25/2017 | | **National Bank of Co...** | **26,623.92** |
| | | Elk City Livestock Auction | Calves for Resale | -26,623.92 |
| TOTAL | | | | -26,623.92 |
| **Deposit** | 10/31/2017 | | **National Bank of Co...** | **1,007.40** |
| | | Deena Carter | Loan Receivable - Car... | -1,007.40 |
| TOTAL | | | | -1,007.40 |
| **Deposit** | 11/16/2017 | | **National Bank of Co...** | **2,762.04** |
| | | Barker Production Co., LLP | Barker Production Co | -2,706.10 |
| | | Cimarex Energy | Oil & Gas Income | -55.94 |
| TOTAL | | | | -2,762.04 |
| **Deposit** | 11/30/2017 | | **National Bank of Co...** | **1,007.40** |
| | | Deena Carter | Loan Receivable - Car... | -1,007.40 |
| TOTAL | | | | -1,007.40 |
| **Deposit** | 12/01/2017 | | **National Bank of Co...** | **4,000.00** |
| | | Galmor Cont Tr | The Galmor Contributi... | -4,000.00 |
| TOTAL | | | | -4,000.00 |
| **Deposit** | 12/08/2017 | | **National Bank of Co...** | **2,500.00** |
| | | Galmor Fam Tr | The Galmor Family Tr... | -2,500.00 |
| TOTAL | | | | -2,500.00 |
| **Deposit** | 12/12/2017 | | **National Bank of Co...** | **5,700.00** |
| | | Galmor Cont Tr | The Galmor Contributi... | -1,500.00 |
| | | Galmor Fam Tr | The Galmor Family Tr... | -4,200.00 |
| TOTAL | | | | -5,700.00 |
| **Deposit** | 12/29/2017 | | **Great Plains National...** | **50,000.00** |
| | | Great Plains National Bank | FLP Loan | -50,000.00 |
| TOTAL | | | | -50,000.00 |
| **Deposit** | 12/29/2017 | | **Great Plains National...** | **0.67** |
| | | | Great Plains National ... | -0.67 |
| TOTAL | | | | -0.67 |

12:15 PM
06/05/19

# GALMOR FAMILY LIMITED PARTNERSHIP
## Deposit Detail
### March 23, 2017 through June 5, 2019

| Type | Date | Name | Account | Amount |
|------|------|------|---------|--------|
| **General Journal** | **12/31/2017** | | **National Bank of Co...** | **13,316.90** |
| | | | Capital Farm Credit | -13,316.90 |
| TOTAL | | | | -13,316.90 |
| | | | | |
| **Deposit** | **01/02/2018** | | **National Bank of Co...** | **1,007.40** |
| | | Deena Carter | Loan Receivable - Car... | -1,007.40 |
| TOTAL | | | | -1,007.40 |
| | | | | |
| **Deposit** | **01/04/2018** | | **National Bank of Co...** | **2,638.60** |
| | | Galmor Contribution Trust | The Galmor Contributi... | -2,000.00 |
| | | ACE Property & Casualty | Insurance | -1.00 |
| | | Capital Farm Credit | First Ag Credit, FCS | -637.60 |
| TOTAL | | | | -2,638.60 |
| | | | | |
| **Deposit** | **01/11/2018** | | **National Bank of Co...** | **2,000.00** |
| | | Galmor Contribution Trust | The Galmor Contributi... | -2,000.00 |
| TOTAL | | | | -2,000.00 |
| | | | | |
| **Deposit** | **01/19/2018** | | **National Bank of Co...** | **7,980.82** |
| | | Barker Production Co., LLP | Barker Production Co | -82.41 |
| | | Barker Production Co., LLP | Barker Production Co | -2,898.41 |
| | | Galmor Contribution Trust | The Galmor Contributi... | -3,000.00 |
| | | Galmor Family Trust | The Galmor Family Tr... | -2,000.00 |
| TOTAL | | | | -7,980.82 |
| | | | | |
| **Deposit** | **01/24/2018** | | **National Bank of Co...** | **9,618.38** |
| | | Crossroads Cattle Co., Ltd. | Pasture Rent | -6,400.00 |
| | | Rain and Hail L.L.C. | Ask My Accountant | -3,160.00 |
| | | Scout Energy | Cimarex Energy Co | -58.38 |
| TOTAL | | | | -9,618.38 |
| | | | | |
| **Deposit** | **01/31/2018** | | **National Bank of Co...** | **1,007.40** |
| | | Deena Carter | Loan Receivable - Car... | -1,007.40 |
| TOTAL | | | | -1,007.40 |
| | | | | |
| **Deposit** | **02/05/2018** | | **Great Plains National...** | **1,000.00** |
| | | Galmor's | Accounts Receivable | -1,000.00 |
| TOTAL | | | | -1,000.00 |
| | | | | |
| **Deposit** | **02/06/2018** | | **National Bank of Co...** | **6,000.00** |
| | | Galmor's | Accounts Receivable | -6,000.00 |
| TOTAL | | | | -6,000.00 |

12:15 PM
06/05/19

# GALMOR FAMILY LIMITED PARTNERSHIP
## Deposit Detail
### March 23, 2017 through June 5, 2019

| Type | Date | Name | Account | Amount |
|---|---|---|---|---|
| **Deposit** | 02/15/2018 | | **National Bank of Co...** | **2,000.00** |
| | | Galmor Family Trust | The Galmor Family Tr... | -2,000.00 |
| TOTAL | | | | -2,000.00 |
| **Deposit** | 02/16/2018 | | **National Bank of Co...** | **1,000.00** |
| | | Galmor Fam Tr | The Galmor Family Tr... | -1,000.00 |
| TOTAL | | | | -1,000.00 |
| **Deposit** | 02/26/2018 | | **National Bank of Co...** | **1,592.41** |
| | | Barker Production Co., LLC | Barker Production Co | -1,592.41 |
| TOTAL | | | | -1,592.41 |
| **Deposit** | 02/28/2018 | | **National Bank of Co...** | **1,007.40** |
| | | Deena Carter | Loan Receivable - Car... | -1,007.40 |
| TOTAL | | | | -1,007.40 |
| **Deposit** | 03/08/2018 | | **National Bank of Co...** | **4,104.00** |
| | | ACE Property & Casualty | Insurance | -4,104.00 |
| TOTAL | | | | -4,104.00 |
| **Deposit** | 03/12/2018 | | **National Bank of Co...** | **6,400.00** |
| | | Crossroads Cattle Co., Ltd. | Pasture Rent | -6,400.00 |
| TOTAL | | | | -6,400.00 |
| **Deposit** | 03/16/2018 | | **National Bank of Co...** | **7,789.05** |
| | | Anadarko Dozer | Rental Income | -4,055.00 |
| | | Barker Production Co., LLP | Barker Production Co | -3,734.05 |
| TOTAL | | | | -7,789.05 |
| **Deposit** | 03/31/2018 | | **National Bank of Co...** | **1,007.40** |
| | | Deena Carter | Loan Receivable - Car... | -1,007.40 |
| TOTAL | | | | -1,007.40 |
| **Deposit** | 04/11/2018 | | **National Bank of Co...** | **15,229.55** |
| | | Capital Farm Credit | Patronage Dividends | -768.86 |
| | | Crossroads Cattle Co., Ltd. | Pasture Rent | -14,400.00 |
| | | Scout Energy | Cimarex Energy Co | -60.49 |
| | | Cimarex Energy | Oil & Gas Income | -0.20 |
| TOTAL | | | | -15,229.55 |

12:15 PM
06/05/19

# GALMOR FAMILY LIMITED PARTNERSHIP
## Deposit Detail
### March 23, 2017 through June 5, 2019

| Type | Date | Name | Account | Amount |
|------|------|------|---------|--------|
| Deposit | 04/17/2018 | | National Bank of Co... | 2,573.00 |
| | | Barker Production Co., LLP | Barker Production Co | -2,573.00 |
| TOTAL | | | | -2,573.00 |
| Deposit | 05/02/2018 | | National Bank of Co... | 1,007.40 |
| | | Deena Carter | Loan Receivable - Car... | -1,007.40 |
| TOTAL | | | | -1,007.40 |
| Deposit | 05/17/2018 | | National Bank of Co... | 2,194.16 |
| | | Barker Production Co., LLP | Barker Production Co | -2,194.16 |
| TOTAL | | | | -2,194.16 |
| Deposit | 05/22/2018 | | National Bank of Co... | 20,740.00 |
| | | Crossroads Cattle Co., Ltd. | Pasture Rent | -20,740.00 |
| TOTAL | | | | -20,740.00 |
| Deposit | 06/05/2018 | | National Bank of Co... | 1,007.40 |
| | | Deena Carter | Loan Receivable - Car... | -1,007.40 |
| TOTAL | | | | -1,007.40 |
| Deposit | 06/26/2018 | | National Bank of Co... | 11,687.19 |
| | | Barker Production Co., LLP | Barker Production Co | -1,360.19 |
| | | ACE Property & Casualty | Insurance | -2,327.00 |
| | | Galmor Fam Tr | The Galmor Family Tr... | -8,000.00 |
| TOTAL | | | | -11,687.19 |
| Deposit | 06/29/2018 | | National Bank of Co... | 1,007.40 |
| | | Deena Carter | Loan Receivable - Car... | -1,007.40 |
| TOTAL | | | | -1,007.40 |
| Deposit | 07/06/2018 | | National Bank of Co... | 1,100.00 |
| | | Kaylynn Fasholtz | Rental Income | -1,100.00 |
| TOTAL | | | | -1,100.00 |
| Deposit | 07/12/2018 | | National Bank of Co... | 250.00 |
| | | Will Sperry | Farm & Ranch Expense | -250.00 |
| TOTAL | | | | -250.00 |

12:15 PM
06/05/19

# GALMOR FAMILY LIMITED PARTNERSHIP
## Deposit Detail
### March 23, 2017 through June 5, 2019

| Type | Date | Name | Account | Amount |
|------|------|------|---------|--------|
| **Deposit** | 07/20/2018 | | **National Bank of Co...** | **10,043.90** |
| | | Galmor Contribution Trust | The Galmor Contributi... | -7,000.00 |
| | | Galmor Family Trust | The Galmor Family Tr... | -1,000.00 |
| | | Barker Production Co., LLP | Barker Production Co | -2,043.90 |
| TOTAL | | | | -10,043.90 |
| **Deposit** | 07/31/2018 | | **National Bank of Co...** | **1,007.40** |
| | | Deena Carter | Loan Receivable - Car... | -1,007.40 |
| TOTAL | | | | -1,007.40 |
| **Deposit** | 08/13/2018 | | **National Bank of Co...** | **708.00** |
| | | Adam Johnston | Rental Income | -708.00 |
| TOTAL | | | | -708.00 |
| **Deposit** | 08/15/2018 | | **National Bank of Co...** | **600.00** |
| | | Galmor Contribution Trust | The Galmor Contributi... | -600.00 |
| TOTAL | | | | -600.00 |
| **Deposit** | 08/16/2018 | | **National Bank of Co...** | **600.00** |
| | | Galmor Family Contribution Trust | The Galmor Family Tr... | -600.00 |
| TOTAL | | | | -600.00 |
| **Deposit** | 08/17/2018 | | **National Bank of Co...** | **2,011.04** |
| | | Barker Production Co., LLP | Barker Production Co | -2,011.04 |
| TOTAL | | | | -2,011.04 |
| **Deposit** | 08/30/2018 | | **National Bank of Co...** | **1,007.40** |
| | | Deena Carter | Loan Receivable - Car... | -1,007.40 |
| TOTAL | | | | -1,007.40 |
| **Deposit** | 09/06/2018 | | **National Bank of Co...** | **59.71** |
| | | Scout Energy | Cimarex Energy Co | -59.71 |
| TOTAL | | | | -59.71 |
| **Deposit** | 09/13/2018 | | **National Bank of Co...** | **1,893.91** |
| | | Barker Production Co., LLP | Barker Production Co | -1,893.91 |
| TOTAL | | | | -1,893.91 |

12:15 PM
06/05/19

# GALMOR FAMILY LIMITED PARTNERSHIP
## Deposit Detail
### March 23, 2017 through June 5, 2019

| Type | Date | Name | Account | Amount |
|------|------|------|---------|--------|
| **Deposit** | 09/19/2018 | | National Bank of Co... | 6,103.02 |
| | | Hollis Commission, Inc. | Sale of Breeding Stock | -6,103.02 |
| TOTAL | | | | -6,103.02 |
| **Deposit** | 09/20/2018 | | National Bank of Co... | 162.10 |
| | | Adam Johnston | Utilities | -162.10 |
| TOTAL | | | | -162.10 |
| **Deposit** | 09/27/2018 | | National Bank of Co... | 78,686.14 |
| | | Shelton Title Company | Sale of Fixed Assets | -78,686.14 |
| TOTAL | | | | -78,686.14 |
| **Deposit** | 09/28/2018 | | National Bank of Co... | 1,007.40 |
| | | Deena Carter | Loan Receivable - Car... | -1,007.40 |
| TOTAL | | | | -1,007.40 |
| **Deposit** | 09/28/2018 | | National Bank of Co... | 300.20 |
| | | Adam Johnston | Rental Income | -300.20 |
| TOTAL | | | | -300.20 |
| **Deposit** | 10/03/2018 | | National Bank of Co... | 2,150.89 |
| | | G&G | Galmor's/G&G Steam ... | -965.92 |
| | | G&G | Galmor's/G&G Steam ... | -1,184.97 |
| TOTAL | | | | -2,150.89 |
| **Deposit** | 10/05/2018 | | National Bank of Co... | 1,922.13 |
| | | Adam Johnston | Utilities | -200.00 |
| | | G&G | Galmor's/G&G Steam ... | -1,722.13 |
| TOTAL | | | | -1,922.13 |
| **Deposit** | 10/16/2018 | | National Bank of Co... | 2,286.51 |
| | | Steve Galmor | Livestock Sales | -2,286.51 |
| TOTAL | | | | -2,286.51 |
| **Deposit** | 10/18/2018 | | National Bank of Co... | 1,676.87 |
| | | Barker Production Co., LLC | Barker Production Co | -1,676.87 |
| TOTAL | | | | -1,676.87 |

12:15 PM

06/05/19

## GALMOR FAMILY LIMITED PARTNERSHIP
## Deposit Detail
### March 23, 2017 through June 5, 2019

| Type | Date | Name | Account | Amount |
|------|------|------|---------|--------|
| **Deposit** | 10/18/2018 | | National Bank of Co... | 521.36 |
| | | ACE Property & Casualty | Insurance | -196.00 |
| | | Harmon Electric | Utilities | -5.00 |
| | | Capital One | Capital One | -307.36 |
| | | Infinity | Insurance | -13.00 |
| TOTAL | | | | -521.36 |
| | | | | |
| **Deposit** | 10/24/2018 | | Great Plains National... | 35,441.39 |
| | | Hollis Commission, Inc. | Sale of Breeding Stock | -35,441.39 |
| TOTAL | | | | -35,441.39 |
| | | | | |
| **Deposit** | 10/24/2018 | | National Bank of Co... | 2,017.67 |
| | | Deena Carter | Loan Receivable - Car... | -1,007.40 |
| | | Southwestern Electric Power | Utilities | -10.27 |
| | | Galmor Contribution Trust | The Galmor Contributi... | -1,000.00 |
| TOTAL | | | | -2,017.67 |
| | | | | |
| **Deposit** | 10/25/2018 | | National Bank of Co... | 1,108.80 |
| | | Galmor Contribution Trust | The Galmor Contributi... | -1,000.00 |
| | | G&G | Galmor's/G&G Steam ... | -108.80 |
| TOTAL | | | | -1,108.80 |
| | | | | |
| **Deposit** | 10/26/2018 | | National Bank of Co... | 1,000.00 |
| | | Galmor Contribution Trust | The Galmor Contributi... | -1,000.00 |
| TOTAL | | | | -1,000.00 |
| | | | | |
| **Deposit** | 10/28/2018 | | Great Plains National... | 0.86 |
| | | | Great Plains National ... | -0.86 |
| TOTAL | | | | -0.86 |
| | | | | |
| **Deposit** | 11/01/2018 | | National Bank of Co... | 1,007.40 |
| | | Deena Carter | Loan Receivable - Car... | -1,007.40 |
| TOTAL | | | | -1,007.40 |
| | | | | |
| **Deposit** | 11/02/2018 | | National Bank of Co... | 4,055.00 |
| | | Will Sperry | Rental Income | -4,055.00 |
| TOTAL | | | | -4,055.00 |
| | | | | |
| **Deposit** | 11/26/2018 | | National Bank of Co... | 2,956.48 |
| | | Barker Production Co., LLP | Barker Production Co | -2,956.48 |
| TOTAL | | | | -2,956.48 |

12:15 PM
06/05/19

# GALMOR FAMILY LIMITED PARTNERSHIP
## Deposit Detail
### March 23, 2017 through June 5, 2019

| Type | Date | Name | Account | Amount |
|------|------|------|---------|--------|
| **Deposit** | 11/27/2018 | | National Bank of Co... | 1,267.40 |
| | | Adam Johnston | Rental Income | -200.00 |
| | | Capital Farm Credit | Patronage Dividends | -1,006.42 |
| | | Scout Energy | Oil & Gas Income | -60.98 |
| TOTAL | | | | -1,267.40 |
| **Deposit** | 11/28/2018 | | National Bank of Co... | 293.94 |
| | | Adam Johnston | Rental Income | -200.00 |
| | | Adam Johnston | Utilities | -93.94 |
| TOTAL | | | | -293.94 |
| **Deposit** | 12/19/2018 | | National Bank of Co... | 200.00 |
| | | Adam Johnston | Rental Income | -200.00 |
| TOTAL | | | | -200.00 |
| **Deposit** | 12/31/2018 | | National Bank of Co... | 1,007.40 |
| | | Deena Carter | Loan Receivable - Car... | -1,007.40 |
| TOTAL | | | | -1,007.40 |
| **Deposit** | 01/02/2019 | | National Bank of Co... | 385.28 |
| | | Adam Johnston | Rental Income | -200.00 |
| | | Adam Johnston | Utilities | -185.28 |
| TOTAL | | | | -385.28 |
| **Deposit** | 01/23/2019 | | National Bank of Co... | 1,609.15 |
| | | Deena Carter | Loan Receivable - Car... | -1,007.40 |
| | | Adam Johnston | Rental Income | -400.00 |
| | | Adam Johnston | Utilities | -201.75 |
| TOTAL | | | | -1,609.15 |
| **Deposit** | 02/08/2019 | | National Bank of Co... | 500.00 |
| | | Galmor Family Trust | The Galmor Family Tr... | -500.00 |
| TOTAL | | | | -500.00 |
| **Deposit** | 02/11/2019 | | National Bank of Co... | 500.00 |
| | | Galmor Family Trust | The Galmor Family Tr... | -500.00 |
| TOTAL | | | | -500.00 |
| **Deposit** | 02/15/2019 | | National Bank of Co... | 5,000.00 |
| | | Galmor Family Trust | The Galmor Family Tr... | -5,000.00 |
| TOTAL | | | | -5,000.00 |

12:15 PM
06/05/19

# GALMOR FAMILY LIMITED PARTNERSHIP
## Deposit Detail
### March 23, 2017 through June 5, 2019

| Type | Date | Name | Account | Amount |
|------|------|------|---------|--------|
| **Deposit** | 02/25/2019 | | **National Bank of Co...** | **374.00** |
| | | Adam Johnston | Rental Income | -374.00 |
| TOTAL | | | | -374.00 |
| | | | | |
| **Deposit** | 02/28/2019 | | **National Bank of Co...** | **1,007.40** |
| | | Deena Carter | Loan Receivable - Car... | -1,007.40 |
| TOTAL | | | | -1,007.40 |
| | | | | |
| **Deposit** | 03/07/2019 | | **Happy State Bank** | **13,092.50** |
| | | ACE Property & Casualty | Insurance | -200.00 |
| | | Adam Johnston | Rental Income | -200.00 |
| Payment | 02/25/2019 | Wheeler County Prct. #4 | Undeposited Funds | -7,156.50 |
| Payment | 02/25/2019 | RK&R Dozer Service, LLC | Undeposited Funds | -5,536.00 |
| TOTAL | | | | -13,092.50 |
| | | | | |
| **Deposit** | 03/28/2019 | | **Happy State Bank** | **1,007.40** |
| | | Deena Carter | Loan Receivable - Car... | -1,007.40 |
| TOTAL | | | | -1,007.40 |
| | | | | |
| **Deposit** | 04/02/2019 | | **Happy State Bank** | **13,565.01** |
| | | Capital Farm Credit | Dividend Income | -805.01 |
| | | Lipsey | Pasture Rent | -12,760.00 |
| TOTAL | | | | -13,565.01 |
| | | | | |
| **Deposit** | 04/02/2019 | | **Happy State Bank** | **3,840.00** |
| | | Bob Weatherly | Pasture Rent | -3,840.00 |
| TOTAL | | | | -3,840.00 |
| | | | | |
| **Deposit** | 04/03/2019 | | **Happy State Bank** | **400.00** |
| | | Adam Johnston | Rental Income | -400.00 |
| TOTAL | | | | -400.00 |
| | | | | |
| **Deposit** | 04/15/2019 | | **Happy State Bank** | **522.68** |
| | | Calvin Helton | Rental Income | -522.68 |
| TOTAL | | | | -522.68 |
| | | | | |
| **Deposit** | 04/17/2019 | | **Happy State Bank** | **5,000.00** |
| | | Hollis Commission, Inc. | Freight and Trucking | -1,000.00 |
| | | Bob Weatherly | Pasture Rent | -4,000.00 |
| TOTAL | | | | -5,000.00 |

# GALMOR FAMILY LIMITED PARTNERSHIP
## Deposit Detail
### March 23, 2017 through June 5, 2019

| Type | Date | Name | Account | Amount |
|------|------|------|---------|--------|
| **Deposit** | 04/23/2019 | | Happy State Bank | 72.30 |
| | | Southwestern Electric Power | Utilities | -12.31 |
| | | Scout Energy | Oil & Gas Income | -59.99 |
| TOTAL | | | | -72.30 |
| | | | | |
| **Deposit** | 04/30/2019 | | Happy State Bank | 4,720.40 |
| | | Deena Carter | Loan Receivable - Car... | -1,007.40 |
| | | Gentech Power Solutions | Rock Quarry Income | -3,713.00 |
| TOTAL | | | | -4,720.40 |
| | | | | |
| **Deposit** | 05/02/2019 | | Happy State Bank | 696.49 |
| | | Adam Johnston | Rental Income | -696.49 |
| TOTAL | | | | -696.49 |
| | | | | |
| **Deposit** | 05/20/2019 | | Happy State Bank | 1,926.07 |
| | | Calvin Helton | Rental Income | -451.00 |
| | | Gentech Power Solutions | Rock Quarry Income | -1,057.50 |
| | | Greenbelt Electric | Utilities | -62.57 |
| Payment | 05/20/2019 | Anadarko Dozer* | Undeposited Funds | -355.00 |
| TOTAL | | | | -1,926.07 |
| | | | | |
| **Deposit** | 05/31/2019 | | Happy State Bank | 32,460.00 |
| | | Adcock Gagam Partnership - 918 | Pasture Rent | -32,460.00 |
| TOTAL | | | | -32,460.00 |

# PROPERTY

**First State Bank - Mobeetie**

PAPP 0929

# ATTACHMENT: FIRST STATE BANK OF MOBEETIE

NO. __13759__

FILED FOR RECORD
2019 MAR 18 AM 10: 34
SHERRI JONES, DIST. CLERK
WHEELER COUNTY, TEXAS
BY

| | | |
|---|---|---|
| **FIRST STATE BANK OF MOBEETIE** **Plaintiff,** | § § § | **IN THE DISTRICT COURT** |
| **V.** | § § | **31ST JUDICIAL DISTRICT** |
| **GALMOR FAMILY LIMITED** **PARTNERSHIP** **Defendant.** | § § § | **OF WHEELER COUNTY, TEXAS** |

## ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

On __February 21, 2019__, the Court considered Plaintiff's First Amended Motion for Summary Judgment.

After due consideration of the summary judgment evidence, this Court finds that Plaintiff's First Amended Motion for Summary Judgment is due to be GRANTED and that judgment should be rendered for Plaintiff as requested.

It is accordingly ADJUDGED that FIRST STATE BANK OF MOBEETIE, Plaintiff, recover from GALMOR FAMILY LIMITED PARTNERSHIP, Defendant, judgment for-

1.    $57,569.25 as the principal amount due;

2.    $6,315.27 as interest on the note as of December 19, 2018, with additional interest accruing thereafter at the rate of $28.39 per day until the date of judgment;

3.    $7,475.00 as reasonable and necessary attorney fees prior to any appeal;

4.    $10,000.00 as attorney fees for the benefit of Plaintiff on intermediate appeal, with costs and expenses; however, this award of attorney fees on appeal is conditioned on the pursuit by Defendant of an ultimately unsuccessful appeal;

1 | Page

5.    $15,000.00 as attorney fees for the benefit of Plaintiff on appeal to the Texas Supreme Court, with costs and expenses; however, this award of attorney fees on appeal is conditioned on the pursuit by Defendant of an ultimately unsuccessful appeal;

6.    all costs of court; and

7.    interest at the rate of 18.000 percent per year, compounded annually, on the total judgment from the date of judgment until paid.

It is ORDERED that Plaintiff shall have all writs of execution and other process necessary to enforce this judgment.

This judgment finally disposes of all parties and all claims and is appealable.

SIGNED on March 18, 2019          .

_____
JUDGE PRESIDING


APPROVED AS TO FORM AND SUBSTANCE:


_____
Reuben L. Hancock
Attorney for Plaintiff FIRST STATE BANK OF MOBEETIE
REUBEN L. HANCOCK, P.C.
Email: rlh@rlhancock.com
7480 Golden Pond Place, Suite 200
Amarillo, Texas 79121
Tel. (806) 373-1713
Fax. (806) 373-8400

PAPP 0932

NO. <u>13759</u>

| | | |
|---|---|---|
| **FIRST STATE BANK OF MOBEETIE** | § | **IN THE DISTRICT COURT** |
| Plaintiff, | § | |
| | § | |
| **V.** | § | **31ST JUDICIAL DISTRICT** |
| | § | |
| **GALMOR FAMILY LIMITED** | § | |
| **PARTNERSHIP** | § | |
| Defendant. | § | **OF WHEELER COUNTY, TEXAS** |

<u>PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT</u>

1.     *Parties.*  Plaintiff is FIRST STATE BANK OF MOBEETIE, who, pursuant to the provisions of rule 166a(a) of the Texas Rules of Civil Procedure, moves for summary judgment against GALMOR FAMILY LIMITED PARTNERSHIP, Defendant in this cause.

2.     *Nature of Suit.*  This cause is a suit on a promissory note, plus interest, attorney's fees, and costs of court, as shown in Plaintiff's original petition on file in this cause, which is incorporated by reference in this motion.

3.     *Grounds.*     The pleading and affidavits, on file herein or attached hereto, show that there is no genuine issue as to any material fact in this cause, in that-

      a.     The note made the subject of this cause was executed by Defendant and was delivered to Plaintiff by Defendant;

      b.     Plaintiff gave value for the note to Defendant;

      c.     Plaintiff is the owner and holder of the note;

      d.     The note matured;

      e.     Defendant defaulted in payment of the note; and,

      f.     The amount of $57,569.25, plus accrued interest as provided for in the note is due by Defendant to Plaintiff on the note.

Because there is no genuine issue of any material fact in this cause, Plaintiff is entitled to

1 | P a g e

E-Filed for Record
12/21/2018 11:43 AM
Wheeler County District Clerk , TX
By: Savannah Estes

PAPP 0933

a summary judgment herein as a matter of law.

4.   *Alternative Partial Summary Judgment.*   If summary judgment for Plaintiff is not rendered on the entire cause or for all relief requested, and if a trial is necessary on some of the issues in this cause, Plaintiff requests the Court, after examining the pleadings and summary judgment evidence before it and interrogating counsel to ascertain those material facts that are in good faith actually controverted, to make an order specifying those facts that appear to be without substantial controversy and directing such further proceedings in the action that are just.

5.   *Attorney's Fees.*   As shown by Plaintiff's original petition on file in this cause, Plaintiff has pleaded for attorney's fees based on the provision for reasonable attorney's fees contained in the note or agreement on which this cause is founded.

There is no genuine issue of fact about the basis for recovery of attorney's fees in this cause or about the amount thereof, and as a matter of law Plaintiff is entitled to recover attorney's fees as alleged in Plaintiff's original petition on file herein and as evidenced by Attorney's Affidavit in Support of Fees attached hereto.

6.   *Prayer.*   Plaintiff prays that-

a.   the Court set this matter for hearing;

b.   Plaintiff be granted summary judgment for $57,569.25 in principle plus accrued interest as provided for in the note on the debt owed Plaintiff; or alternatively, should the Court find some facts to be controverted, Plaintiff be granted a partial summary judgment specifying those facts that appear to be without substantial controversy;

c.   Plaintiff be granted summary judgment for prejudgment interest, postjudgment interest, and costs of court, all as prayed for in Plaintiff's

2 | P a g e

original petition on file herein;

d.    Plaintiff be granted summary judgment for attorney's fees as prayed for in Plaintiff's original petition on file herein; or alternatively, the Court set a hearing on the matter of attorney's fees, to be held immediately following the summary judgment on this cause, and after the hearing Plaintiff be granted an order setting the amount of attorney's fees to be awarded; and

e.    Plaintiff be granted all further relief to which Plaintiff may be entitled.

Respectfully submitted,

REUBEN L. HANCOCK, P.C.
7480 Golden Pond Place, Suite 200
Amarillo, TX 79121
Tel. (806) 373-1713
Fax. (806) 373-8400

By: _____
REUBEN L. HANCOCK
Texas Bar No. 08888520
Email: rlh@rlhancock.com
Attorneys for Plaintiff
FIRST STATE BANK OF MOBEETIE

## NOTICE OF HEARING BY SUBMISSION

The above motion is set for hearing by submission on January 24, 2018 at 10:00 A.M., in the 31ST Judicial District Court of WHEELER County, Texas.

3 | P a g e

PAPP 0935

## CERTIFICATE OF SERVICE

I certify that on December ___21___, 2018 a true and correct copy of Plaintiff's Motion for Summary Judgment was served by mail on GALMOR FAMILY LIMITED PARTNERSHIP at 805 E. 12th Street, Shamrock, TX 79079, and 6994 US Hwy 83, Shamrock, TX 79079.

REUBEN L. HANCOCK

PAPP 0936

NO. <u>13759</u>

| | | |
|---|---|---|
| **FIRST STATE BANK OF MOBEETIE** | § | **IN THE DISTRICT COURT** |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **31ST JUDICIAL DISTRICT** |
| | § | |
| **GALMOR FAMILY LIMITED** | § | |
| **PARTNERSHIP** | § | |
| **Defendant.** | § | **OF WHEELER COUNTY, TEXAS** |

### PLAINTIFF'S SUMMARY JUDGMENT
### AFFIDAVIT FOR SUIT ON PROMISSORY NOTE

BEFORE ME, the undersigned authority, on this day personally appeared Randy McCurley, who swore on oath that the following facts are true:

"My name is Randy McCurley and I am the President of Plaintiff. I am of sound mind, capable of making this affidavit, and fully competent to testify to the matters stated herein, and I have personal knowledge of each of the matters stated herein.

"Attached to this affidavit as Exhibit A is a true and correct copy of a note executed by Defendant and delivered to Plaintiff by Defendant. Exhibit A is incorporated by reference into this affidavit. Plaintiff is the owner and holder of the note, is presently in possession of the note, and is entitled to payment thereon.

"Plaintiff obtained the note by paying cash to Defendant in the amount stated in the note as principal.

"The note matured under its terms in that the due date stated in the note passed, and Plaintiff presented the note to Defendant for payment.

"Defendant defaulted in paying the total of principal and interest due on the note under its terms. After every payment has been applied, Defendant owes Plaintiff $57,569.25 as principal

1 | P a g e

and $6,315.27 as interest on the note as of December 19, 2018. In the absence of any payment, interest continues to accrue thereafter at the rate of $28.39 per day.

"Plaintiff demanded that Defendant pay the note before filing suit. Because of Defendant's failure to do so, Plaintiff was forced to employ Reuben L. Hancock, a licensed attorney, to file suit on the note."


_Randy McCurley_
Randy McCurley, Affiant


SIGNED under oath before me on ___12-20-2018___.




TAMMY MADDOX
My Notary ID # 5767244
Expires April 23, 2021

_Tammy Maddox_
Notary Public, State of Texas

PAPP 0938

NO. <u>13759</u>

| | | |
|---|---|---|
| FIRST STATE BANK OF MOBEETIE<br>Plaintiff, | §<br>§<br>§ | IN THE DISTRICT COURT |
| V. | §<br>§ | 31ST JUDICIAL DISTRICT |
| GALMOR FAMILY LIMITED<br>PARTNERSHIP<br>Defendant. | §<br>§<br>§ | OF WHEELER COUNTY, TEXAS |

<u>PLAINTIFF'S SUMMARY JUDGMENT</u>
<u>AFFIDAVIT FOR ATTORNEY'S FEES</u>

BEFORE ME, the undersigned authority, on this day personally appeared Reuben L. Hancock, who swore on oath that the following facts are true:

"My name is Reuben L. Hancock. I am of sound mind, capable of making this affidavit, and fully competent to testify to the matters stated herein, and I have personal knowledge of each of the matters stated herein.

"Plaintiff employed me to collect the claim on which this suit is based, agreeing to pay my fees billed at the rate of $325.00 per attorney hour and $110.00 per hour for services of our paralegals and legal assistants. Between then and the date of this affidavit, I have performed or will perform 18 hours of work on this matter, including doing or causing to be done the following:

"Defendant's whereabouts were investigated.

"Defendant's assets were investigated.

"Suit was filed.

"Defendant's answer was received and reviewed.

"Communications with Defendant were initiated and unsuccessful in reaching an agreement to resolve this matter.

1 | P a g e

"A motion for summary judgment was prepared.

"If Plaintiff's Motion for Summary Judgment is granted, I am of the opinion that $1,625.00 would be a reasonable fee for services required to perform postjudgment discovery and to satisfy the judgment by writ of execution and other procedures, excluding any relief sought under §31.002 et seq. of the Texas Civil Practice and Remedies Code.

"If Plaintiff's Motion for Summary Judgment is granted and Defendant makes an unsuccessful appeal from this judgment, I am of the opinion that $10,000.00 would be a reasonable fee for services performed in this cause on appeal to the court of appeals.

"If Plaintiff's Motion for Summary Judgment is upheld by the court of appeals and Defendant makes an unsuccessful appeal from this judgment and the judgment of the court of appeals, I am of the opinion that $15,000.00 would be a reasonable fee for services performed in this cause on appeal to the Texas Supreme Court."

Reuben L. Hancock
Affiant


SIGNED under oath before me on December 21, 2018

STEVEN WEBSTER
Notary Public, State of Texas
Comm. Expires 02-07-2022
Notary ID 12966272-5

Notary Public, State of Texas


2 | P a g e

NO. 13759

| | |
|---|---|
| FIRST STATE BANK OF MOBEETIE | IN THE DISTRICT COURT |
| PLAINTIFF, | |
| | |
| V. | 31ST JUDICAIL DISTRICT |
| | |
| GALMOR FAMILY LIMITED | |
| PARTNERSHIP | OF WHEELER COUNTY, TEXAS |
| DEFENDANT. | |

1.

## GENERAL DENIAL

As authorized by Rule 92 of the Texas Rules of Civil procedure, Defendant, Galmor Family Limited Partnership, denies each and every, all and singular, the allegations made in Plaintiff's Petition. Defendant respectfully requests that the Plaintiff be required to prove these allegations against the Defendant by a preponderance of the credible evidence.

Respectfully Submitted,

Galmor Family Limited Partnership

By: Galmor Management LLC, General Partner

*Galmor Management LLC*

By: Michael Stephen Galmor, President

*M. Ste*

SHERRI JONES DIST. CLERK
WHEELER COUNTY, TEXAS
2018 DEC 18 PM 4: 31
FILED FOR RECORD
BY

NO. 13759

| | | |
|---|---|---|
| First State Bank of Mobeetie | § | IN THE DISTRICT COURT |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| V. | § | 31ST   JUDICIAL DISTRICT |
| | § | |
| Galmor Family Limited | § | |
| Partnership | § | |
| | § | |
| **Defendants.** | § | OF WHEELER COUNTY, TEXAS |

## CERTIFICATE OF SERVICE

I certify that on the 18TH day of December, 2018, a true and correct copy of Defendant's General Denial was served by <u>certified mail,</u> on First State Bank of Mobeetie at <u>101 S. Wheeler St., Mobeetie, Texas.</u>

Galmor Family Limited Partnership
By: Galmor Management LLC, General Partner

Galmor Management LLC

By: Michael Stephen Galmor, President

NO. <u>13759</u>

| | | |
|---|---|---|
| **FIRST STATE BANK OF MEBEETIE**<br>**Plaintiff,** | § | **IN THE DISTRICT COURT** |
| | § | |
| | § | |
| **V.** | § | **31ST JUDICIAL DISTRICT** |
| | § | |
| **GALMOR FAMILY LIMITED** | § | |
| **PARTNERSHIP** | § | |
| **Defendant.** | § | **OF WHEELER COUNTY, TEXAS** |

## WAIVER OF CITATION

I, MICHAEL STEPHEN GALMORE, REGISTERED AGENT OF GALMOR FAMILY

LIMITED PARTNERSHIP, Defendant, in the above named action, have received a copy of the

Plaintiff's Original Petition and waive the citation of said pleading. Additionally, by waiving

said citation, I intend this waiver to have the same force and effect as if the citation were issued

and served as provided by law.

GALMOR FAMILY LIMITED PARTNERSHIP

_____

MICHAEL STEPHEN GALMOR, REGISTERD
AGENT

SUBSCRIBED AND SWORN TO BEFORE ME by MICHAEL STEPHEN GALMOR,

REGISTERD AGENT OF GALMOR FAMILY LIMITED PARTNERSHIP on this the _____

day of _____, 2018, to certify which witness my hand and seal of office.

_____

Notary Public, State of Texas

**CITATION**

THE STATE OF TEXAS:                                              COUNTY OF WHEELER

**CAUSE NO. 13759**

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after the date you were served this citation and petition, a default judgment may be taken against you."

TO:     GALMOR FAMILY LIMITED PARTNERSHIP
        BY SERVING MICHAEL STEPHEN GALMOR
        805 E. 12TH STREET 6994 US HWY 83
        SHAMROCK, TX 79079

Defendant, GREETING:

You are hereby commanded to appear by filing a written answer to the Plaintiff's ORIGINAL PETITION FOR SUIT ON NOTE at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable 31ST DISTRICT COURT of Wheeler County, at the Courthouse in said County in Wheeler, Texas.

Said Petition was filed in said court by REUBEN L. HANCOCK, P.O. BOX 320 , AMARILLO, TX 79105, on the 24th day of October, 2018 in this case, numbered 13759 on the docket of said court, and styled:

FIRST STATE BANK OF MOBEETIE

VS.

GALMOR FAMILY LIMITED PARTNERSHIP

The nature of Plaintiff's demand is fully shown by a true and correct copy of Petition accompanying this citation and made a part hereof.

Issued and given under my hand and seal of said Court at Wheeler, Texas, this 24th day of October, 2018.

Attest:

        SHERRI JONES, DISTRICT CLERK
        WHEELER COUNTY, TEXAS

        By,_____
        DEBBIE MCLAUGHLIN, DEPUTY

# ORIGINAL-
# BACK TO COURT

**OFFICER'S RETURN**

**CAUSE #13759**

| | |
|---|---|
| **FIRST STATE BANK OF MOBEETIE** | **IN THE 31ST DISTRICT COURT** |
| **VS.** | **OF** |
| **GALMOR FAMILY LIMITED PARTNERSHIP** | **WHEELER COUNTY, TEXAS** |

**NAME AND ADDRESS FOR SERVICE:**

Came to hand on the _____ day of _____, 20____, at _____, o'clock _____.m., and executed in _____ County, Texas by delivering to each of the within named defendants, in person, a true copy of this Citation with the date of delivery endorsed thereon, together with the accompanying copy of the _____, at the following times and places, to-wit:

| Name | Date/Time | Place, Course and Distance from Courthouse |
|---|---|---|
| _____ | _____ | _____ |

And not executed as to the defendant(s), _____

The diligence used in finding said defendant(s) being: _____

and the cause or failure to execute this process is: _____

and the information received as to the whereabouts of said defendant(s) being: _____

**FEES:**
Serving Petition and Copy $_____          _____, Officer
Total                        $_____          _____, County, Texas
                                                By:_____, Deputy


                                                _____
                                                **Affiant**

<u>COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.</u>
In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The return must either be verified or be signed under penalty of perjury. A return signed under penalty of perjury must contain the statement below in substantially the following form:

*My name is _____, my date of birth is _____, and my address is
    (First, Middle, Last)
_____.
(Street, City, Zip)
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
Executed in _____County, State of _____, on the _____day of _____.


                                                _____
                                                Declarant/Authorized Process Server

                                                _____
                                                (Id # & expiration of certification)

**RETURN TO:**
Sherri Jones Wheeler County District Clerk
401 Main Street, PO BOX 528
Wheeler, TX 79096

# CITATION

**THE STATE OF TEXAS:**

**COUNTY OF WHEELER**

**CAUSE NO. 13759**

**NOTICE TO DEFENDANT:** "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after the date you were served this citation and petition, a default judgment may be taken against you."

TO:     GALMOR FAMILY LIMITED PARTNERSHIP
        BY SERVING MICHAEL STEPHEN GALMOR
        805 E. 12TH STREET 6994 US HWY 83
        SHAMROCK, TX 79079

Defendant, GREETING:

You are hereby commanded to appear by filing a written answer to the Plaintiff's ORIGINAL PETITION FOR SUIT ON NOTE at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable 31ST DISTRICT COURT of Wheeler County, at the Courthouse in said County in Wheeler, Texas.

Said Petition was filed in said court by REUBEN L. HANCOCK, P.O. BOX 320 , AMARILLO, TX 79105, on the 24th day of October, 2018 in this case, numbered 13759 on the docket of said court, and styled:

**FIRST STATE BANK OF MOBEETIE
VS.
GALMOR FAMILY LIMITED PARTNERSHIP**

The nature of Plaintiff's demand is fully shown by a true and correct copy of Petition accompanying this citation and made a part hereof.

Issued and given under my hand and seal of said Court at Wheeler, Texas, this 24th day of October, 2018.

Attest:

SHERRI JONES, DISTRICT CLERK
WHEELER COUNTY, TEXAS

By _____
DEBBIE MCLAUGHLIN, DEPUTY

**COPY TO
DEFENDANT**

## OFFICER'S RETURN

CAUSE #13759

| FIRST STATE BANK OF MOBEETIE | IN THE 31ST DISTRICT COURT |
|---|---|
| VS. | OF |
| GALMOR FAMILY LIMITED PARTNERSHIP | WHEELER COUNTY, TEXAS |

NAME AND ADDRESS FOR SERVICE:

Came to hand on the _____ day of _____, 20____, at _____, o'clock ____.m., and executed in _____ County, Texas by delivering to each of the within named defendants, in person, a true copy of this Citation with the date of delivery endorsed thereon, together with the accompanying copy of the _____, at the following times and places, to-wit:

| Name | Date/Time | Place, Course and Distance from Courthouse |
|---|---|---|
| _____ | _____ | _____ |

And not executed as to the defendant(s), _____

The diligence used in finding said defendant(s) being:

_____

and the cause or failure to execute this process is:

_____

and the information received as to the whereabouts of said defendant(s) being:

_____

FEES:
Serving Petition and Copy $_____     _____, Officer
Total                    $_____     _____, County, Texas
                                       By:_____, Deputy

                                       _____
                                              Affiant

COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.
In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The return must either be verified or be signed under penalty of perjury. A return signed under penalty of perjury must contain the statement below in substantially the following form:

*My name is _____, my date of birth is _____, and my address is
         (First, Middle, Last)
_____.
(Street, City, Zip)
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
Executed in _____County, State of _____, on the _____day of _____.

                                       _____
                                       Declarant/Authorized Process Server

                                       _____
                                       (Id # & expiration of certification)

RETURN TO:
Sherri Jones Wheeler County District Clerk
401 Main Street, PO BOX 528
Wheeler, TX 79096

**13759**

NO. _____

| | | |
|---|---|---|
| FIRST STATE BANK OF MOBEETIE<br>Plaintiff, | §<br>§<br>§ | IN THE DISTRICT COURT |
| V. | §<br>§ | 31ST JUDICIAL DISTRICT |
| GALMOR FAMILY LIMITED<br>PARTNERSHIP<br>Defendant. | §<br>§<br>§<br>§ | OF WHEELER COUNTY, TEXAS |

E-Filed for Record
10/24/2018 3:45 PM
Wheeler County District Clerk , TX
By: Debbie Mclaughlin

## ORIGINAL PETITION FOR SUIT ON NOTE

1. *Discovery Level.* Discovery in this case is intended to be conducted under level 2 of rule 190 of the Texas Rules of Civil Procedure.

2. *Parties.*

   a. Plaintiff, FIRST STATE BANK OF MOBEETIE, is a a Texas state bank whose address is 101 S. Wheeler Street, Mobeetie, Texas 79061.

   b. FIRST STATE BANK OF MOBEETIE has not been issued a driver's license. FIRST STATE BANK OF MOBEETIE has not been issued a Social Security number.

   c. Defendant GALMOR FAMILY LIMITED PARTNERSHIP, a Limited Partnership based in Texas, may be served with process by serving the registered agent of said limited partnership, MICHAEL STEPHEN GALMOR, at 805 E. 12th Street, Shamrock, Texas 79079, its registered office, or at 6994 US Hwy 83, Shamrock, TX 79079. Service of said Defendant as described above can be effected by personal delivery.

3. The subject matter in controversy is within the jurisdictional limits of this court.

4. Plaintiff seeks only monetary relief of $100,000 or less, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees.

5. This court has jurisdiction over the parties because Defendant is a Texas resident.

1 | P a g e

6.     *Note.* Attached to this petition as Exhibit A is a copy of a note executed by Defendant. Plaintiff is owner and holder of this note and is entitled to receive all money due under its terms. The note is incorporated in this petition by reference.

7.     *Default.* Defendant defaulted in paying the note. There is currently due the sum of $57,569.25, plus accrued interest as provided for in the note.

8.     *Conditions Precedent.* All conditions precedent have been performed or have occurred.

9.     *Attorney's Fees.* Defendant's default has made it necessary for Plaintiff to employ the undersigned attorney to file suit. Defendant has agreed to pay reasonable attorney's fees for collection in case of default, as shown on Exhibit A.

10.    *Prayer.* Plaintiff prays that-

    a.     Defendant be cited to appear and answer;

    b.     Plaintiff be granted judgment for $57,569.25 as the principal amount due on the note;

    c.     Plaintiff be granted judgment for accrued and unpaid interest due on the note;

    d.     Plaintiff be granted judgment for postjudgment interest at the highest legal or contractual rate allowed by law;

    e.     Plaintiff be granted judgment for reasonable attorney's fees, with additional contingent amounts in the event of appellate proceedings;

    f.     Plaintiff be granted judgment for all costs of court; and

    g.     Plaintiff be granted all further relief to which Plaintiff may be entitled.

2 | P a g e

Respectfully submitted,

REUBEN L. HANCOCK, P.C.
7480 Golden Pond Place, Suite 200
Amarillo, Texas 79121
Tel. (806) 373-1713
Fax. (806) 373-8400

By: _____
Reuben L. Hancock
Texas Bar No. 08888520
Email: rlh@rlhancock.com
Attorney for Plaintiff
FIRST STATE BANK OF MOBEETIE

3 | P a g e

# EXHIBIT A

| LOAN NUMBER | LOAN NAME | ACCT. NUMBER | NOTE DATE | INITIALS |
|---|---|---|---|---|
| 61096 | GALMOR FAMILY LIMITED PARTNERSHIP | | 09/14/16 | RRM |
| **NOTE AMOUNT** | **INDEX (w/Margin)** | **RATE** | **MATURITY DATE** | **LOAN PURPOSE** |
| $65,005.14 | Not Applicable | 5.500% | 09/15/17 | Agricultural |
| | | Creditor Use Only | | |

# PROMISSORY NOTE
### (Agricultural - Single Advance)

**DATE AND PARTIES.** The date of this Promissory Note (Note) is September 14, 2016. The parties and their addresses are:

**LENDER:**
FIRST STATE BANK OF MOBEETIE
101 S WHEELER ST
MOBEETIE, TX 79061
Telephone: (806) 845-2311

**BORROWER:**
GALMOR FAMILY LIMITED PARTNERSHIP
a Texas Limited Partnership
PO BOX 349
SHAMROCK, TX 79079

STEVE GALMOR
PO BOX 349
SHAMROCK, TX 79079

**1. DEFINITIONS.** As used in this Note, the terms have the following meanings:

**A. Pronouns.** The pronouns "I," "me," and "my" refer to each Borrower signing this Note, individually and together with their heirs, successors and assigns, and each other person or legal entity (including guarantors, endorsers, and sureties) who agrees to pay this Note. "You" and "Your" refer to the Lender, any participants or syndicators, successors and assigns, or any person or company that acquires an interest in the Loan.

**B. Note.** Note refers to this document, and any extensions, renewals, modifications and substitutions of this Note.

**C. Loan.** Loan refers to this transaction generally, including obligations and duties arising from the terms of all documents prepared or submitted for this transaction such as applications, security agreements, disclosures or notes, and this Note.

**D. Loan Documents.** Loan Documents refer to all the documents executed as a part of or in connection with the Loan.

**E. Property.** Property is any property, real, personal or intangible, that secures my performance of the obligations of this Loan.

**F. Percent.** Rates and rate change limitations are expressed as annualized percentages.

**G. Dollar Amounts.** All dollar amounts will be payable in lawful money of the United States of America.

**2. PROMISE TO PAY.** For value received, I promise to pay you or your order, at your address, or at such other location as you may designate, the principal sum of $65,005.14 (Principal) plus interest from September 14, 2016 on the unpaid Principal balance until this Note matures or this obligation is accelerated.

**3. INTEREST.** Interest will accrue on the unpaid Principal balance of this Note at the rate of 5.500 percent (Interest Rate).

**A. Post-Maturity Interest.** After maturity or acceleration, interest will accrue AT 18%.

**B. Maximum Interest Amount.** Any amount assessed or collected as interest under the terms of this Note will be limited to the maximum lawful amount of interest allowed by state or federal law, whichever is greater. Amounts collected in excess of the maximum lawful amount will be applied first to the unpaid Principal balance. Any remainder will be refunded to me.

**C. Statutory Authority.** The amount assessed or collected on this Note is authorized by the Texas usury laws under Tex. Fin. Code, Ch. 303.

PAPP 0952

D. **Accrual.** Interest accrues using an Actual/365 days counting method.

**4. ADDITIONAL CHARGES.** As additional consideration, I agree to pay, or have paid, these additional fees and charges.

A. **Refundable Fees and Charges.** Some or all of the following fees may be refunded if I pay this Note in full before the scheduled maturity date.

UCC Recording. A(n) UCC Recording fee of $5.14 payable from the loan proceeds.

**5. REMEDIAL CHARGES.** In addition to interest or other finance charges, I agree that I will pay these additional fees based on my method and pattern of payment. Additional remedial charges may be described elsewhere in this Note.

A. **Minimum Finance Charge - Commercial/Ag.** A(n) Minimum Finance Charge - Commercial/Ag equal to $15.00.

**6. PAYMENT.** I agree to pay this Note on demand, but if no demand is made, I agree to pay this Note in a single payment of all unpaid Principal and accrued interest on June 15, 2017.

Payments will be rounded to the nearest $.01. With the final payment I also agree to pay any additional fees or charges owing and the amount of any advances you have made to others on my behalf. Payments scheduled to be paid on the 29th, 30th or 31st day of a month that contains no such day will, instead, be made on the last day of such month.

**7. PREPAYMENT.** I may prepay this Loan in full or in part at any time. Any partial prepayment will not excuse any later scheduled payments until I pay in full.

**8. LOAN PURPOSE.** The purpose of this Loan is FOR FERTILIZER, WHEAT SEED, FUEL, IRRIGATION.

**9. SECURITY.** The Loan is secured by separate security instruments prepared together with this Note as follows:

| Document Name | Parties to Document |
|---|---|
| Security Agreement - GALMOR FAMILY LIMITED PARTNERSHIP, STEVE GALMOR | GALMOR FAMILY LIMITED PARTNERSHIP, STEVE GALMOR |

**10. LIMITATIONS ON CROSS-COLLATERALIZATION.** The cross-collateralization clause on any existing or future loan, but not including this Loan, is void and ineffective as to this Loan, including any extension or refinancing.

The Loan is not secured by a previously executed security instrument if a non-possessory, non-purchase money security interest is created in "household goods" in connection with a "consumer loan," as those terms are defined by federal law governing unfair and deceptive credit practices. The Loan is not secured by a previously executed security instrument if you fail to fulfill any necessary requirements or fail to conform to any limitations of the Real Estate Settlement Procedures Act, (Regulation X), that are required for loans secured by the Property or if, as a result, the other debt would become subject to Section 670 of the John Warner National Defense Authorization Act for Fiscal Year 2007.

The Loan is not secured by a previously executed security instrument if you fail to fulfill any necessary requirements or fail to conform to any limitations of the Truth in Lending Act, (Regulation Z), that are required for loans secured by the Property.

**11. DEFAULT.** I understand that you may demand payment anytime at your discretion. For example, you may demand payment in full if any of the following events (known separately and collectively as an Event of Default) occur:

A. **Payments.** I fail to make a payment in full when due.

B. **Insolvency or Bankruptcy.** The death, dissolution or insolvency of, appointment of a receiver by or on behalf of, application of any Debtor relief law, the assignment for the benefit of creditors by or on behalf of, the voluntary or involuntary termination of existence by, or the commencement of any proceeding under any present or future federal or state insolvency, bankruptcy, reorganization, composition or debtor relief law by or against me or any co-signer, endorser, surety or guarantor of this Note or any other obligations I have with you.

C. **Death or Incompetency.** I die or am declared legally incompetent.

D. **Business Termination.** I merge, dissolve, reorganize, end my business or existence, or a partner or majority owner dies or is declared legally incompetent.

E. **New Organizations.** Without your written consent, I organize, merge into, or consolidate with an entity; acquire all or substantially all of the assets of another; materially change the legal structure, management, ownership or financial condition; or effect or enter into a domestication, conversion or interest exchange.

F. **Failure to Perform.** I fail to perform any condition or to keep any promise or covenant of this Note.

G. **Other Documents.** A default occurs under the terms of any other Loan Document.

H. **Other Agreements.** I am in default on any other debt or agreement I have with you.

GALMOR FAMILY LIMITED PARTNERSHIP
Texas Promissory Note
TX/4SCOULTER00000000088704009141611N

Wolters Kluwer Financial Services ©1996, 2016 Bankers Systems™

Initials _____
Page 2

PAPP 0953

**I. Misrepresentation.** I make any verbal or written statement or provide any financial information that is untrue, inaccurate, or conceals a material fact at the time it is made or provided.

**J. Judgment.** I fail to satisfy or appeal any judgment against me.

**K. Forfeiture.** The Property is used in a manner or for a purpose that threatens confiscation by a legal authority.

**L. Name Change.** I change my name or assume an additional name without notifying you before making such a change.

**M. Property Transfer.** I transfer all or a substantial part of my money or property.

**N. Property Value.** You determine in good faith that the value of the Property has declined or is impaired.

**O. Material Change.** Without first notifying you, there is a material change in my business, including ownership, management, and financial conditions.

**P. Erosion.** Any loan proceeds are used for a purpose that will contribute to excessive erosion of highly erodible land or to the conversion of wetlands to produce or make possible the production of an agricultural commodity, as further explained in 7 CFR Part 1940, Subpart G, Exhibit M.

**Q. Insecurity.** You determine in good faith that a material adverse change has occurred in my financial condition from the conditions set forth in my most recent financial statement before the date of this Note or that the prospect for payment or performance of the Loan is impaired for any reason.

**12. DUE ON SALE OR ENCUMBRANCE.** You may, at your option, declare the entire balance of this Note to be immediately due and payable upon the creation of, or contract for the creation of, any lien, encumbrance, transfer or sale of all or any part of the Property. This right is subject to the restrictions imposed by federal law, as applicable. However, if I am in default under this Agreement, I may not sell any Products that are farm products or inventory derived from farm products even in the ordinary course of business.

**13. WAIVERS AND CONSENT.** To the extent not prohibited by law, I waive protest, presentment for payment, demand, notice of acceleration, notice of intent to accelerate and notice of dishonor.

**A. Additional Waivers By Borrower.** In addition, I, and any party to this Note and Loan, to the extent permitted by law, consent to certain actions you may take, and generally waive defenses that may be available based on these actions or based on the status of a party to this Note.

 (1) You may renew or extend payments on this Note, regardless of the number of such renewals or extensions.

 (2) You may release any Borrower, endorser, guarantor, surety, accommodation maker or any other co-signer.

 (3) You may release, substitute or impair any Property securing this Note.

 (4) You, or any institution participating in this Note, may invoke your right of set-off.

 (5) You may enter into any sales, repurchases or participations of this Note to any person in any amounts and I waive notice of such sales, repurchases or participations.

 (6) I agree that any of us signing this Note as a Borrower is authorized to modify the terms of this Note or any instrument securing, guarantying or relating to this Note.

**B. No Waiver By Lender.** Your course of dealing, or your forbearance from, or delay in, the exercise of any of your rights, remedies, privileges or right to insist upon any strict performance of any provisions contained in this Note, or any other Loan Document, shall not be construed as a waiver by you, unless any such waiver is in writing and is signed by you.

**14. REMEDIES.** After I default, you may at your option do any one or more of the following.

**A. Acceleration.** You may make all or any part of the amount owing by the terms of this Note immediately due.

**B. Sources.** You may use any and all remedies you have under state or federal law or in any Loan Document.

**C. Insurance Benefits.** You may make a claim for any and all insurance benefits or refunds that may be available on my default.

**D. Payments Made On My Behalf.** Amounts advanced on my behalf will be immediately due and may be added to the balance owing under the terms of this Note, and accrue interest at the highest post-maturity interest rate.

**E. Set-Off.** You may use the right of set-off. This means you may set-off any amount due and payable under the terms of this Note against any right I have to receive money from you.

My right to receive money from you includes any deposit or share account balance I have with you; any money owed to me on an item presented to you or in your possession for collection or exchange; and any repurchase agreement or other non-deposit obligation. "Any amount due and payable under the terms of this Note" means the total amount to which you are entitled to demand payment under the terms of this Note at the time you set-off.

Subject to any other written contract, if my right to receive money from you is also owned by someone who has not agreed to pay this Note, your right of set-off will apply to my interest in the obligation and to any other amounts I could withdraw on my sole request or endorsement.

PAPP 0954

Your right of set-off does not apply to an account or other obligation where my rights arise only in a representative capacity. It also does not apply to any Individual Retirement Account or other tax-deferred retirement account.

You will not be liable for the dishonor of any check when the dishonor occurs because you set-off against any of my accounts. I agree to hold you harmless from any such claims arising as a result of your exercise of your right of set-off.

**F. Waiver.** Except as otherwise required by law, by choosing any one or more of these remedies you do not give up your right to use any other remedy. You do not waive a default if I choose not to use a remedy. By electing not to use any remedy, you do not waive your right to later consider the event a default and to use any remedies if the default continues or occurs again.

**15. COLLECTION EXPENSES AND ATTORNEYS' FEES.** On or after the occurrence of an Event of Default, to the extent permitted by law, I agree to pay all expenses of collection, enforcement or protection of your rights and remedies under this Note or any other Loan Document. Expenses include, but are not limited to, reasonable attorneys' fees, court costs, and other legal expenses. These expenses are due and payable immediately. If not paid immediately, these expenses will bear interest from the date of payment until paid in full at the highest interest rate in effect as provided for in the terms of this Note. All fees and expenses will be secured by the Property I have granted to you, if any. In addition, to the extent permitted by the United States Bankruptcy Code, I agree to pay the reasonable attorneys' fees incurred by you to protect your rights and interests in connection with any bankruptcy proceedings initiated by or against me.

**16. COMMISSIONS.** I understand and agree that you (or your affiliate) will earn commissions or fees on any insurance products, and may earn such fees on other services that I buy through you or your affiliate.

**17. WARRANTIES AND REPRESENTATIONS.** I make to you the following warranties and representations which will continue as long as this Note is in effect:

**A. Power.** I am duly organized, and validly existing and in good standing in all jurisdictions in which I operate. I have the power and authority to enter into this transaction and to carry on my business or activity as it is now being conducted and, as applicable, am qualified to do so in each jurisdiction in which I operate.

**B. Authority.** The execution, delivery and performance of this Note and the obligation evidenced by this Note are within my powers, have been duly authorized, have received all necessary governmental approval, will not violate any provision of law, or order of court or governmental agency, and will not violate any agreement to which I am a party or to which I am or any of my Property is subject.

**C. Name and Place of Business.** Other than previously disclosed in writing to you I have not changed my name or principal place of business within the last 10 years and have not used any other trade or fictitious name. Without your prior written consent, I do not and will not use any other name and will preserve my existing name, trade names and franchises.

**18. APPLICABLE LAW.** This Note is governed by the laws of Texas, the United States of America, and to the extent required, by the laws of the jurisdiction where the Property is located, except to the extent such state laws are preempted by federal law. In the event of a dispute, the exclusive forum, venue and place of jurisdiction will be in Texas, unless otherwise required by law.

**19. JOINT AND INDIVIDUAL LIABILITY AND SUCCESSORS.** My obligation to pay the Loan is independent of the obligation of any other person who has also agreed to pay it. You may sue me alone, or anyone else who is obligated on the Loan, or any number of us together, to collect the Loan. Extending the Loan or new obligations under the Loan, will not affect my duty under the Loan and I will still be obligated to pay the Loan. This Note shall inure to the benefit of and be enforceable by you and your successors and assigns and shall be binding upon and enforceable against me and my personal representatives, successors, heirs and assigns.

**20. AMENDMENT, INTEGRATION AND SEVERABILITY.** This Note may not be amended or modified by oral agreement. No amendment or modification of this Note is effective unless made in writing and executed by you and me. This Note and the other Loan Documents are the complete and final expression of the agreement. If any provision of this Note is unenforceable, then the unenforceable provision will be severed and the remaining provisions will still be enforceable. No present or future agreement securing any other debt I owe you will secure the payment of this Loan if, with respect to this Loan, you fail to fulfill any necessary requirements or fail to conform to any limitations of the Truth in Lending Act (Regulation Z) or the Real Estate Settlement Procedures Act (Regulation X) that are required for loans secured by the Property or if, as a result, this Loan would become subject to Section 670 of the John Warner National Defense Authorization Act for Fiscal Year 2007.

**21. INTERPRETATION.** Whenever used, the singular includes the plural and the plural includes the singular. The section headings are for convenience only and are not to be used to interpret or define the terms of this Note.

**22. NOTICE, FINANCIAL REPORTS AND ADDITIONAL DOCUMENTS.** Unless otherwise required by law, any notice will be given by delivering it or mailing it by first class mail to the appropriate party's address listed in the DATE AND PARTIES section, or to any other address designated in writing. Notice to one Borrower will be deemed to be notice to all Borrowers. I will inform you in writing of any change in my name, address or other application information. I will provide you any correct and complete financial statements or other information you request. I agree to sign, deliver, and file any additional documents

PAPP 0955

**BORROWER:**

GALMOR FAMILY LIMITED PARTNERSHIP

By _____ Date_____
STEVE GALMOR, President

_____ Date_____
STEVE GALMOR

**LENDER:**

FIRST STATE BANK OF MOBEETIE

By _Randy McCurley_____ Date 9-15-16
RANDY MCCURLEY, PRESIDENT

_____ Date_____
(Attest)

PAPP 0956

or certifications that you may consider necessary to perfect, continue, and preserve my obligations under this Loan and to confirm your lien status on any Property. Time is of the essence.

**23. CREDIT INFORMATION.** I agree to supply you with whatever information you reasonably request. You will make requests for this information without undue frequency, and will give me reasonable time in which to supply the information.

**24. ERRORS AND OMISSIONS.** I agree, if requested by you, to fully cooperate in the correction, if necessary, in the reasonable discretion of you of any and all loan closing documents so that all documents accurately describe the loan between you and me. I agree to assume all costs including by way of illustration and not limitation, actual expenses, legal fees and marketing losses for failing to reasonably comply with your requests within thirty (30) days.

**25. AGREEMENT TO ARBITRATE.** You or I may submit to binding arbitration any dispute, claim or other matter in question between or among you and me that arises out of or relates to this Transaction (Dispute), except as otherwise indicated in this section or as you and I agree to in writing. For purposes of this section, this Transaction includes this Note and the other Loan Documents, and proposed loans or extensions of credit that relate to this Note. You or I will not arbitrate any Dispute within any "core proceedings" under the United States bankruptcy laws.

You and I must consent to arbitrate any Dispute concerning a debt secured by real estate at the time of the proposed arbitration. You may foreclose or exercise any powers of sale against real property securing a debt underlying any Dispute before, during or after any arbitration. You may also enforce a debt secured by this real property and underlying the Dispute before, during or after any arbitration.

You or I may, whether or not any arbitration has begun, pursue any self-help or similar remedies, including taking property or exercising other rights under the law; seek attachment, garnishment, receivership or other provisional remedies from a court having jurisdiction to preserve the rights of or to prevent irreparable injury to you or me; or foreclose against any property by any method or take legal action to recover any property. Foreclosing or exercising a power of sale, beginning and continuing a judicial action or pursuing self-help remedies will not constitute a waiver of the right to compel arbitration.

The arbitrator will determine whether a Dispute is arbitrable. A single arbitrator will resolve any Dispute, whether individual or joint in nature, or whether based on contract, tort, or any other matter at law or in equity. The arbitrator may consolidate any Dispute with any related disputes, claims or other matters in question not arising out of this Transaction. Any court having jurisdiction may enter a judgment or decree on the arbitrator's award. The judgment or decree will be enforced as any other judgment or decree.

You and I acknowledge that the agreements, transactions or the relationships which result from the agreements or transactions between and among you and me involve interstate commerce. The United States Arbitration Act will govern the interpretation and enforcement of this section.

The American Arbitration Association's Commercial Arbitration Rules, in effect on the date of this Note, will govern the selection of the arbitrator and the arbitration process, unless otherwise agreed to in this Note or another writing.

**26. WAIVER OF TRIAL FOR ARBITRATION.** You and I understand that the parties have the right or opportunity to litigate any Dispute through a trial by judge or jury, but that the parties prefer to resolve Disputes through arbitration instead of litigation. If any Dispute is arbitrated, you and I voluntarily and knowingly waive the right to have a trial by jury or judge during the arbitration.

**27. WAIVER OF JURY TRIAL.** If the parties do not opt for arbitration, then all of the parties to this Note knowingly and intentionally, irrevocably and unconditionally, waive any and all right to a trial by jury in any litigation arising out of or concerning this Note or any other Loan Document or related obligation. All of these parties acknowledge that this section has either been brought to the attention of each party's legal counsel or that each party had the opportunity to do so.

> THIS WRITTEN LOAN AGREEMENT REPRESENTS THE FINAL AGREEMENT BETWEEN THE PARTIES AND, TO THE EXTENT PERMITTED BY LAW, MAY NOT BE CONTRADICTED BY EVIDENCE OF PRIOR, CONTEMPORANEOUS, OR SUBSEQUENT ORAL AGREEMENTS OF THE PARTIES.
>
> THERE ARE NO UNWRITTEN ORAL AGREEMENTS BETWEEN THE PARTIES.

**28. SIGNATURES.** By signing, I agree to the terms contained in this Note. I also acknowledge receipt of a copy of this Note.

PAPP 0957

# ＿reat Plains Bank

_Greater. Together._
P.O. Box 473 • Hollis, Ok 73550-0473
www.gpbankok.com

**Address Service Requested**

MEMBER
FDIC

**GALMOR FAMILY LIMITED PARTNERSHI**
**PO BOX 349**
**SHAMROCK TX 79079-0349**

Page        2 of 2

Account Number:        **7799
Date        03/31/19

| GALMOR FAMILY LIMITED PARTNERSHI | REAL ESTATE AGRICULTURE | Acct | 9900 |
|---|---|---|---|

### Summary of Activity Since Your Last Statement

| | |
|---|---|
| Beginning Balance | 196,012.25 |
| Principal Debits | .00 |
| Principal Credits | .00 |
| Ending Balance | 196,012.25 |
| Escrow Balance | .00 |

| GALMOR FAMILY LIMITED PARTNERSHI | REAL ESTATE AGRICULTURE | Acct | 8411 |
|---|---|---|---|

### Summary of Activity Since Your Last Statement

| | |
|---|---|
| Beginning Balance | 148,047.65 |
| Principal Debits | .00 |
| Principal Credits | .00 |
| Ending Balance | 148,047.65 |
| Escrow Balance | .00 |

| GALMOR FAMILY LIMITED PARTNERSHI | REAL ESTATE AGRICULTURE | Acct | 6145 |
|---|---|---|---|

### Summary of Activity Since Your Last Statement

| | |
|---|---|
| Beginning Balance | 119,454.54 |
| Principal Debits | .00 |
| Principal Credits | .00 |
| Ending Balance | 119,454.54 |
| Escrow Balance | .00 |



Loan #169900: 601 acres
Prin. $196,012.25
Int. $22,244.66
Late fee $4,804.94
Per diem $44.92

Loan #3048411: 560 acres
Prin. $148,047.65
Int. $14,820.99
Late fee $21.50
Per diem $28.39

Loan #3126145: 640 acres
Prin. $119,454.54
Int. $3,454.36
Late fee $21.50
Per diem $17.99

Loan #70403447: equipment (used for last years real estate payment)
Prin. $44,436.19
Int. $2,050.85
Per diem $9.57

## ATTACHMENT: GREAT PLAINS NATIONAL BANK

PAPP 0960

**Great Plains**

PAPP 0961

**Capital Farm Credit**

## ATTACHMENT: CAPITAL FARM CREDIT

# DEED OF TRUST

Loan No. : 835377                                                                                               Page   1
Name  : Bobby Don Galmor
Assn. : FIRST AG CREDIT, FLCA
Branch : CHILDRESS                                                                    VOL 504 PAGE 511

Borrower's Initials _____ _____ _____ _____

S T A T E   O F   T E X A S                                    K N O W   A L L   M E N   B Y   T H E S E   P R E S E N T S :

C O U N T Y   O F   WHEELER

THAT, the undersigned whether named herein or not, in or of the Counties according to their acknowledgments respectively, hereinafter called "Mortgagors," (whether one or more) including:

Bobby Don Galmor and spouse, Shirley Jo Galmor

execute this instrument, for and in consideration of the sum of Ten Dollars in hand paid by: Terry D. Dane, Trustee, of Lubbock, LUBBOCK County, TEXAS, whose address is P. O. Box 6520, Lubbock, TEXAS, 79493-6520, the receipt whereof is hereby acknowledged, and the further consideration, uses, purposes and trust herein set forth and declared, have granted, sold and conveyed, and by these presents do grant, sell and convey unto the said Trustee herein named, and to his successors and substitutes in the trust hereby created, all of the following described real estate situated in:

WHEELER                                                          County(ies), Texas, containing   593.1300   acres,

more or less, and consisting of the following surveys and parts of survey, to wit:

See Attached "EXHIBIT A"

It is expressly understood and agreed that, as a part of the consideration for the loan made to the undersigned and secured by the premises hereinabove described, this instrument covers and includes all surface, subsurface and/or mineral estate ownership now or after acquired by the undersigned in the above property and whether or not expressly excepted from the description to the above security premises, any provisions herein to the contrary being of no force and effect.

TO HAVE AND TO HOLD the above described premises, together with all and singular the rights and appurtenances thereto in any-wise belonging, unto the said Trustee herein named, his successors and substitutes in this trust, forever. And we, the mortgagors, do hereby bind ourselves, our heirs, executors and administrators to warrant and forever defend all and singular the said premises unto the said Trustee herein named, his successors and substitutes in this trust, and to his and their assigns forever, against the claim, or claims, of all persons claiming or to claim the same or any part thereof.

This conveyance is made in trust to secure and enforce the payment of one certain promissory note executed by the mortgagors, payable to the order of the FIRST AG CREDIT, FLCA (hereinafter called "Lender"), at its office in Lubbock, LUBBOCK County, TEXAS, for the principal sum of ONE HUNDRED SIXTY NINE THOUSAND SEVEN HUNDRED                                      DOLLARS, with interest at the rate therein provided, said principal and interest being payable in installments on an amortization plan or otherwise, as therein provided, the last installment in an amount equal to the balance of principal and interest then remaining owing on said indebtedness, being due and payable on the first day of September, 2023    ; and providing for an option to accelerate the maturity thereof upon failure to pay an installment when due; and to secure the full and complete performance of the covenants and agreements herein contained and in any Loan Agreement or any other agreement executed in connection with said note, and the payment of an attorney or collection fee and interest on matured items, according to the tenor, reading and effect of said note.

And mortgagors hereby warrant that the indebtedness renewed is a valid lien on said land and hereby request said Lender to advance the money and to pay the same to the present owner or owners of said indebtedness renewed and extended by said note, and mortgagors hereby agree that the Lender and its assigns are hereby subrogated to all the rights, liens, remedies, equities, superior title and benefits held, owned, possessed and enjoyed at any time by any owner or holder thereof.

If mortgagors shall make, when due, all payments provided for in said note, and keep and perform all the covenants and agreements herein set out, then this conveyance shall become null and void; otherwise it shall remain in full force and effect.

Mortgagors for themselves, their heirs, successors and assigns, represent, covenant and agree as follows:

(1)  To apply the proceeds of this loan to purposes for which they were obtained.  That all statements and representations made in the application for this loan are true and correct.

(2)  To insure and keep insured all buildings now and hereafter located on said land against loss or damage by fire, flood and storm in company or companies, form and amounts satisfactory to the mortgagee, such insurance to be payable to the Lender as its interest may appear; the policies to be delivered to and held by the Lender, and any insurance proceeds received by the Lender, if not used for the reconstruction of buildings on the premises, may be applied on the indebtedness secured hereby, whether due or not. All insurance on buildings on said premises now in force, or hereafter obtained, whether or not required by the Lender, shall be and become payable to the Lender and be subject to the terms and conditions hereof.

(3)  To pay when due, all taxes, liens, judgments, charges and assessments that may be assessed against the premises hereinbefore described, and the Lender, in the event we fail to do so, may obtain such insurance, pay when due any taxes, liens, judgments or

# DEED OF TRUST

Loan No. : 835377                                                            Page 2
Name : Bobby Don Galmor
Assn. : FIRST AG CREDIT, FLCA                                 VOL 504 PAGE 512
Branch : CHILDRESS

Borrower's Initials ____ ____ ____ ____ ____

assessments against said premises, whether delinquent or not, and be subrogated to the lien securing the sums paid. The Lender may prosecute, or defend, any court proceedings involving the debt, lien, or title to the premises hereinbefore described, or any part thereof; and may incur expenses of said court proceedings; and may obtain and pay for abstracts of title to said premises. Mortgagors agree to pay said Lender immediately, any sums advanced by it for any of the aforesaid purposes, with interest as provided by said note on matured items, and that such sums shall be secured hereby.

(4) That in the event they are required to purchase or do purchase life insurance (group, credit or other) or private mortgage insurance in connection with this loan but subsequently fail to pay the premium to keep same in force, the Lender, at its option, may pay such premium on mortgagors' behalf, charge such payment to the loan, and such advance of premium shall be secured by this mortgage and bear interest the same as other advances provided for in this mortgage.

(5) That premises hereinbefore described shall be continuously used for agriculture in a husbandlike manner; that waste will not be committed or permitted and adequate terraces and drainage ditches be constructed and maintained; that all improvements now on said premises, or hereafter put thereon, be kept in good condition and repair, and not be removed or demolished; that merchantable timber, stone, gravel, minerals, water, caliche, geothermal energy, clay, or improvements not be removed from said security without the written consent of the Lender, and that any restrictions affecting said security not be violated.

(6) To not sell, assign, or convey any part or all of the mortgaged premises (regardless of whether the buyer or assignee "assumes" the note or takes the mortgaged premises "subject to" such note, or whether by contract for deed or sale) without first obtaining the Lender's prior written consent as long as the above note remains unpaid. It will mortgagor or one or more of the mortgagors is a corporation, not to change the substantial ownership and/or control of said corporation.

(7) To not commit an Act of Bankruptcy, or authorize the filing of voluntary petition in bankruptcy, or allow the above described property to be taken over by a Receiver as long as the above note remains unpaid.

(8) To pay when due all additional ad valorem taxes attributed to the above described mortgaged premises caused by the change of ownership (if any) or the change of use (if any) from open-space or agriculture use as defined in the State of Texas Constitution, V.A.T.S. Art. 7174A et seq and/or the Property Tax Code of the State of Texas; and to not change the use of said mortgaged premises as therein defined by the aforementioned Constitutional provisions or statutes.

(9) To furnish to the Lender upon request a financial statement and income statement attested to by Mortgagors or verified by a public accountant.

Mortgagors hereby transfer and assign unto the Lender to be applied on the debt secured hereby: (a) all eminent domain or condemnation award monies which may hereafter be awarded or paid for damages done to the security, or for any portion of the premises which may be appropriated for any character of public or quasi-public use; (b) all the bonuses, rentals, royalties, damages, and delay monies that may be due or that may hereafter become due and payable to the mortgagors or their assigns under any oil, gas, mining or mineral lease or leases of any kind now existing, or which may hereafter come into existence (including agricultural contracts of every kind) covering the above described land or any part thereof. Mortgagors authorize and direct payment of such money to said Lender until the debt secured hereby is paid. Such money may, at the option of the Lender, be applied on the debt whether due or not. The Lender shall not be obligated, in any manner, to collect said monies or any part thereof, and shall be responsible only for amounts received by the Lender. Nothing herein contained shall be construed as a waiver of or to prejudice the priority of this lien or the options hereunder in favor of said Lender.

The Lender may, at any time, without notice, release all or any part of the premises described herein, grant extensions and deferments of the time of payment of the indebtedness secured hereby, or any part thereof, agree to and grant renewals and reamort- izations of said indebtedness, or any part thereof, or release from liability any one or more parties who are or may become liable for the payment of said indebtedness or any part thereof without affecting the priority of the deed of trust or the personal liability of the borrower or any party liable or who may become liable for the payment of the indebtedness hereby secured; and all such extensions, deferments, renewals, and reamortizations shall be secured by the lien hereof. It is stipulated and agreed that all agreements, stipulations and covenants contained in this deed of trust shall be binding upon the mortgagors, their assigns, heirs, executors, administrators and successors.

For the purpose of accumulating funds for payment of taxes, insurance, and other charges, but in no way relieving mortgagors of the covenants expressed in paragraphs (2), (3), and (8) above, mortgagors further agree that at the request of the holder of the note secured by this deed of trust and at the sole option and discretion of such note holder, together with and in addition to the payments of principal and interest payable under the terms of the note secured hereby, they will pay the holder of the note, until the note herein is fully paid, a sum of money which, multiplied by the total number of payments to be made in the next succeeding twelve-month period, will equal the total sum of money that will next become due for one year's premiums on insurance policies, plus all taxes and assessments next due for a one-year period on the property hereby conveyed (all as estimated by the holder of the note). Mortgagors covenant and agree that any default in the making of said deposits as herein provided shall, at the option of Lender, mature at once the entire amount remaining unpaid on the note hereby secured. The Lender or other holder of the note shall hold such payments in trust, without obligation to pay interest thereon, and without bond, to pay such insurance premiums, taxes and assessments when due, having the right to require additional payments to make up any deficiency and having the option to refund or apply on future payments any excess. Any balance on hand in such fund at the time of any sale, voluntary, judicial or made under the terms of this deed of trust, of the property herein described, shall without assignment thereof, inure to the benefit of the purchaser at such sale and shall be applied under and subject to the provisions hereof.

If any payment on the above described note is not made as the same becomes due and payable; or if the premises herein conveyed become embraced within the boundaries of any irrigation, levee, drainage or other improvement district (except school or road district), and such district shall have power to issue bonds or other evidence of indebtedness requiring the levy and collection of taxes and payment thereof; or if there is a violation of any of the covenants, agreements, provisions or warranties of this mortgage, or any agreement executed in connection with the loan, the whole of the unmatured principal of the note together with accrued interest, shall at the option of the Lender, or the legal or equitable owner or holder thereof, become immediately due and payable, and at the request of said Lender, or said owner or holder, said trustee, or his successors or substitutes, is hereby authorized and empowered to sell the premises hereby conveyed at public auction to the highest bidder for cash at the door of the courthouse of the county in which such real estate, or a portion thereof, is situated, between the hours of ten o'clock in the forenoon and four o'clock in the afternoon on the first Tuesday of any month. Notice of such proposed sale shall be given in accordance with the provisions of Section 51.002, Texas Property Code, as amended, by posting written notice thereof at least 21 days preceding the date of the sale at the courthouse door of the county in which the sale is to be made, and if the real estate is in more than one county, one notice shall be posted at the courthouse door of each county in which the real estate is situated. If the real estate is in more than one county, the sale may be held in any county in which the real estate is situated, and such notice shall designate the county where the real estate will be sold. In addition, the holder of the debt to which the power of sale is related shall, at least 21 days preceding the date of sale, serve written notice of the proposed sale by certified mail on each debtor obligated to pay such debt according to the records of such holder. And mortgagors hereby authorize and empower the trustee, and each and all of his successors and substitutes in this trust, to sell said property, together or in lots and parcels as such trustee shall deem expedient, under the same notice of sale, and to execute and deliver to the purchaser or purchasers of said property, good and sufficient deeds of conveyance thereof by fee simple title, with covenants of general warranty. It is also agreed that the trustee or successor trustee may at the request of the Lender conduct successive foreclosure sales of parts or of land and no sale of any parcel shall exhaust, impair, or waive the power of sale as to other parts or parcels to satisfy any balance of the debt remaining unpaid.

It is understood and agreed that if default be made in the payment of any of the installments of the note secured hereby, said Lender or the owner or holder of the note, or the owner or holder of the note, or the owner or holder of the note shall have and is hereby given the right to request the trustee or successor or substitute trustee to sell the premises herein conveyed in satisfaction of such defaulted installment(s) without the whole debt being declared due; and said trustee or his successor or substitute is hereby authorized and empowered to sell the property hereby conveyed in satisfaction of such installment(s), pursuing the same procedure provided herein for trustee's sale and when the whole of the unmatured principal is declared due. It is specifically agreed and

# DEED OF TRUST

| | | | | Page 3 |
|---|---|---|---|---|
Loan No. : 835377
Name : Bobby Don Galmor
Assn. : FIRST AG CREDIT, FLCA  VOL 504 PAGE 513
Branch : CHILDRESS

Borrower's initials _____

understood (a) that all sales under installment foreclosures as herein provided for shall pass title to the purchaser at such sale free and clear of any and all other installments previously assigned; (b) that the title of the purchaser at such sale shall in all respects be subject and inferior to the unpaid and unassigned balance of the debt; (c) that no sale in satisfaction of a defaulted installment shall exhaust the right of sale under any subsequently maturing installment(s) nor any other power of sale elsewhere conferred in this instrument; (d) that in the event the land herein conveyed shall be sold because of failure to pay one or more of the installments, without the whole debt being declared due, the stock or participation certificates owned by the mortgagors incident to this loan shall automatically pass to the purchaser of said land.

The trustee shall apply the proceeds of any sale hereunder as follows: he shall pay (1) the reasonable expense of making the sale, including fee to the trustee of 5% of the amount received in cash; (2) as far as may be possible, the debt in satisfaction of which sale is made, discharging first any portion of said debt not evidenced by note; (3) the attorney's or collection fees provided for in the note; and (4) the residue, if any, to mortgagors or their heirs, executors, administrators, successors or assigns.

If the trustee shall resign and he is hereby authorized to resign, or shall die, retire, or shall remove from the State of Texas or shall be disqualified from acting in the execution of this trust, or shall fail or refuse to execute the same when requested by said Lender or the owner or holder of the note so to do, said Lender, or the owner or holder of the note, shall have full power to appoint a successor trustee or substitute trustee, or several successor or substitute trustees in succession who shall succeed to all the estate, rights, powers, and duties of the trustee herein named. The Lender or owner or holder of the note may at any time it desires appoint another trustee in the place and stead of the trustee herein named, or any succeeding or substitute trustee. And mortgagors do hereby ratify and confirm any and all acts which the said trustee or his successor or substitute shall lawfully do by virtue hereof. And the trustee or any substitute or successor trustee is hereby authorized and empowered to appoint an attorney-in-fact of his own choosing, without notice to or consent of mortgagors, to act as trustee under him and in his name, place and stead, such appointment to be evidenced by an instrument signed by said trustee, substitute or successor. All acts done by any attorney-in-fact shall be as valid, lawful and binding as if done by the trustee herein named, or any successor or substitute in person; and mortgagors hereby ratify any and all acts done by any attorney-in-fact.

All parties to this mortgage or to the note hereby secured covenant and agree that upon the death of any signatory, maker, or co-maker of such note, the owner and holder of said note may, at holder's option, mature or accelerate the entire balance owing on said note, whereupon all amounts owing by virtue thereof shall immediately be due and payable.

It is stipulated and agreed that in case of any sale hereunder all prerequisites to said sale or sales shall be presumed to have been performed and the sale shall be presumed to have been duly held and all statements of facts or other recitals contained in the conveyance from the trustee or successor or substitute trustee or his attorney-in-fact to the purchaser at any such sale shall be taken in all courts of law or equity as prima facie evidence that facts stated or recited are true.

It is further stipulated and agreed that in case of any sale hereunder mortgagor shall immediately surrender possession to the purchaser. If mortgagor fails to do so, mortgagor shall become a tenant at sufferance of the purchaser, subject to an action for forcible detainer.

It is especially agreed by the undersigned, that in the event any portion of the indebtedness, evidenced by the note referred to above, is not or cannot be secured by a valid lien under the terms of this contract deed of trust covering the premises herein described, the mortgagee is hereby directed to apply all payments received first to pay and discharge in full that portion, if any, of such indebtedness which may be unsecured.

This deed of trust, the note(s) secured hereby, and all security is subject to the Farm Credit Act of 1971 and all acts amendatory thereof or supplementary thereto, and the Rules and Regulations promulgated thereunder; and any act or omission thereof by mortgagor in violation thereof constitutes a default thereunder.

For purposes of giving any notice that may be required by the terms of this deed of trust, mortgagors hereby stipulate and agree that their mailing address is as shown below and mortgagee may rely upon this stipulation until such time as mortgagee has been advised in writing by mortgagor of a change in such address:

Bobby Don Galmor
P.O. Box 349, Shamrock, TEXAS   79079

Shirley Jo Galmor
P.O. Box 349, Shamrock, TEXAS   79079

All riders, appendages, exhibits, erasures, corrections, and interlineations, if any, have been made and approved before the signing hereof.

Lender's Address: P O BOX 6520, LUBBOCK, TEXAS, 79493-6520

Witness our hands this the 25th day of   March   , A.D.   2003

_Bobby Don Galmor_
Bobby Don Galmor

_Shirley Jo Galmor_
Shirley Jo Galmor

# DEED OF TRUST

Loan No. : 835377                                                    Page  4
Name : Bobby Don Galmor
Assn. : FIRST AG CREDIT, FLCA
Branch : CHILDRESS

VOL 504 PAGE 514

T H E   S T A T E   O F   T E X A S

C O U N T Y   O F   __WHEELER__

This instrument was acknowledged before me on the __25th__ day of __March__ , __2003__ by

__Bobby Don Galmor.__

(SEAL)                                        _D. Gwen Emmert_
                                              Notary Public, State of Texas
My commission expires:

_____                               _____
                                              Notary's Printed Name

**D. GWEN EMMERT**
Notary Public, State of Texas
My Commission Expires 6/8/2006

T H E   S T A T E   O F   T E X A S

C O U N T Y   O F   __WHEELER__

This instrument was acknowledged before me on the __25th__ day of __March__ , __2003__ by

__Shirley Jo Galmor.__

(SEAL)                                        _D. Gwen Emmert_
                                              Notary Public, State of Texas
My commission expires:

_____                               _____
                                              Notary's Printed Name

**D. GWEN EMMERT**
Notary Public, State of Texas
My Commission Expires 6/8/2006

T H E   S T A T E   O F   T E X A S

C O U N T Y   O F   __WHEELER__

THIS CERTIFIES that the foregoing deed of trust, with its certificate of authentication, was filed for record in my office on

the_____ day of _____, _____, at _____ o'clock _____ M., and duly recorded by

me on the _____ day of _____, A.D. _____, in Vol. _____,

Page _____, of the Deed of Trust or Land Mortgage Records of _____ County, Texas.

(SEAL)

                                              _____
                                              Clerk of Said County

                                              By _____, Deputy.

AFTER RECORDING RETURN TO:

FIRST AG CREDIT, FLCA
CHILDRESS
P O BOX 910
Highway 83 North
CHILDRESS, TX 79201-3092
(940) 937-6181

ADS Form 1185 (Rev. 06/99)

EXHIBIT A
LEGAL DESCRIPTION

VOL 504 PAGE 515

**TRACT I:**

A 299.45 acre tract of land out of the East ½ of Section 9, Block A-8, H&GN Ry. Co. Survey, Wheeler County, Texas, as described in Vol. 11, Page 100 of the Deed Records of Wheeler County, Texas.

Beginning at a set ½" rebar in the North Right-of-Way line of F.M. Road #592, which bears N 0d 09' E a distance of 61.4 ft. and N 89d 51' W a distance of 688.88 ft. from the common corner of Sections 3, 4, 9 and 10 all in said Block A-8;

Thence N 89d 51' W along the said North Right-of-Way Line a distance of 1212.0 to a set ½" rebar w/cap for a corner of this tract;

Thence N 00d 09' E a distance of 10.0 ft. to a set ½" rebar w/cap in the North Right-of-Way line of F.M. Road #592 for a corner of this tract; (ROW widens 10.0 ft. here)

Thence N 89d 51' W along the said North Right-of-Way Line a distance of 744.62 ft. to a set ½" rebar w/cap for a corner of this tract;

Thence N 00d 09' E along the ½ section line a distance of 5209.2 ft. to a set ½" rebar w/cap for a corner of this tract;

Thence S 89d 51' E along the north section line a distance of 2595.5 ft. to a set ½" rebar w/cap in the West Right-of-Way Line of U.S. Hwy. #83 for a corner of this tract and being 50.0 ft. west of the northeast corner of said Section 9;

Thence S 00d 09' W along the said West Right-of-Way Line a distance of 3360.0 ft. to a set ½" rebar w/cap for a corner of this tract;

Thence N 89d 51' W a distance of 362.0 ft. to a set ½" rebar w/cap for a corner of this tract;

Thence S 00d 09' W a distance of 600.0 ft. to a set ½" rebar w/cap for a corner of this tract;

Thence S 89d 51' E a distance of 362.0 ft. to a set ½" rebar w/cap in the West Right-of-Way Line of U.S. Hwy. #83 for a corner of this tract and being 50.0 ft. west of the east section line of said Section 9 for a corner of this tract;

Thence S 00d 09' W along the said West Right-of-Way Line a distance of 660.0 ft. to a set ½" rebar w/cap for a corner of this tract;

Thence N 89d 51' W a distance of 214.0 ft. to a set ½" rebar w/cap for a corner of this tract;

Thence S 00d 09' W a distance of 247.5 ft. to a set ½" rebar w/cap for a corner of this tract;

Thence S 89d 51' W a Distance of 424.88 ft. to a set ½" rebar w/cap for a corner of this tract;

Thence S 00d 09' W a distance of 351.7 ft. the place of beginning and containing 299.45 acres of land.

**TRACT II:**

A 293.68 acre tract of land out of the West ½ of Section 10, Block A-8, H&GN Ry. Co. Survey, Wheeler County, Texas, as described in Vol. 12, Page 107 of the Deed Records of Wheeler County, Texas.

Beginning at a set ½" rebar in the East Right-of-Way line of U.S. Hwy. #83, which bears N 0d 09' E a distance of 1454.2 ft. and S 89d 51' E a distance of 50.0 ft. from the common corner of Sections 3, 4, 9 and 10 all in said Block A-8;

Thence N 00d 09' E along the said East Right-of-Way line a distance of 3825.8 ft. to a set ½" rebar w/cap for the northwest corner of this tract and being 50.0 ft. east of the northwest corner of Section 10;

Thence S 89d 51' E along the north line of Sec. 10 a distance of 2599.5 ft. to a set ½" rebar w/cap for the northeast corner of this tract;

Thence S 00d 09' W along the ½ section line a distance of 5229.7 ft. to a set ½" rebar w/cap in the North Right-of-Way line of F.M. Road #592 for the southeast corner of this tract;

Thence N 89d 51' W along Right-of-Way line a distance of 1266.6 ft. to a set ½" rebar w/cap for a corner of this tract;

Thence N 00d 09' E a distance of 259.7 ft. to a set ½" rebar w/cap for a corner of this tract;

Thence N 89d 51' W a distance of 852.5 ft. to a set ½" rebar w/cap for a corner of this tract;

Thence S 00d 09' W a distance of 4.0 ft. to a set ½" rebar w/cap for a corner of this tract;

Thence N 89d 51' W a distance of 63.0 ft. to a set ½" rebar w/cap for a corner of this tract;

Thence N 00d 09' E a distance of 1043.8 ft. to a set ½" rebar w/cap for a corner of this tract;

Thence N 89d 51' W a distance of 208.7 ft. to a set ½" rebar w/cap for a corner of this tract;

Thence N 00d 09' E a distance of 104.4 ft. to a set ½" rebar w/cap for a corner of this tract;

Thence N 89d 51' W a distance of 208.7 ft. to the place of beginning and containing 293.68 acres of land.

FILED FOR RECORD

2003 MAR 26 PM 3:39

MARGARET DORMAN
COUNTY CLERK
WHEELER COUNTY, TEXAS
BY Brenda Mitchell

PAPP 0968

**THE STATE OF TEXAS**
**COUNTY OF WHEELER**   Any provision herein which restricts the sale, rental or use of the described real property because of color or race is invalid and unenforceable under Federal law.

I hereby certify that this instrument was FILED on the date and at the time stamped hereon by me and was duly RECORDED in the Official Public Records of Wheeler County, Texas, in the Volume and Page noted hereon by me.



MARGARET DORMAN, County Clerk
Wheeler County, Texas

BY _____ DEPUTY

Recorded: 3-26-03

Official Public Records, Volume 504 , Page 571

# DEED OF TRUST

Loan No. : 835377                                                                                          Page   1
Name : Bobby Don Galmor
Assn. : FIRST AG CREDIT, FLCA
Branch : CHILDRESS                                                    VOL 504 PAGE 511

Borrower's Initials _____  _____  _____  _____  _____  _____

S T A T E   O F   T E X A S                    K N O W   A L L   M E N   B Y   T H E S E   P R E S E N T S :

C O U N T Y   O F   WHEELER

THAT, the undersigned whether named herein or not, in or of the Counties according to their acknowledgments respectively, hereinafter called "Mortgagors," (whether one or more) including:

Bobby Don Galmor and spouse, Shirley Jo Galmor

execute this instrument, for and in consideration of the sum of Ten Dollars in hand paid by:
Terry D. Dane, Trustee, of Lubbock, LUBBOCK County, TEXAS, whose address is P. O. Box 6520, Lubbock, TEXAS, 79493-6520, the receipt whereof is hereby acknowledged, and the further consideration, uses, purposes and trust herein set forth and declared, have granted, sold and conveyed, and by these presents do grant, sell and convey unto the said Trustee herein named, and to his successors and substitutes in the trust hereby created, all of the following described real estate situated in:

WHEELER _____ County(ies), Texas, containing   593.1300   acres,

more or less, and consisting of the following surveys and parts of survey, to wit:

See Attached "EXHIBIT A"

It is expressly understood and agreed that, as a part of the consideration for the loan made to the undersigned and secured by the premises hereinabove described, this instrument covers and includes all surface, subsurface and/or mineral estate ownership now or after acquired by the undersigned in the above property and whether or not expressly excepted from the description to the above security premises, any provisions herein to the contrary being of no force and effect.

TO HAVE AND TO HOLD the above described premises, together with all and singular the rights and appurtenances thereto in any-wise belonging, unto the said Trustee herein named, his successors and substitutes in this trust, forever. And we, the mortgagors, do hereby bind ourselves, our heirs, executors and administrators to warrant and forever defend all and singular the said premises unto the said Trustee herein named, his successors and substitutes in this trust, and to his and their assigns forever, against the claim, or claims, of all persons claiming or to claim the same or any part thereof.

This conveyance is made in trust to secure and enforce the payment of one certain promissory note executed by the mortgagors, payable to the order of the FIRST AG CREDIT, FLCA (hereinafter called "Lender"), at its office in LUBBOCK, LUBBOCK County, TEXAS, for the principal sum of
ONE HUNDRED SIXTY NINE THOUSAND SEVEN HUNDRED _____ DOLLARS, with interest at the rate therein provided, said principal and interest being payable in installments on an amortization plan or otherwise, as therein provided, the last installment in an amount equal to the balance of principal and interest then remaining owing on said indebtedness, being due and payable on the first day of September, 2023   ; and providing for an option to accelerate the maturity thereof upon failure to pay an installment when due; and to secure the full and complete performance of the covenants and agreements herein contained and in any Loan Agreement or any other agreement executed in connection with said note, and the payment of an attorney or collection fee and interest on matured items, according to the tenor, reading and effect of said note.

And mortgagors hereby warrant that the indebtedness renewed is a valid lien on said land and hereby request said Lender to advance the money and to pay the same to the present owner or owners of said indebtedness renewed and extended by said note, and mortgagors hereby agree that the Lender and its assigns are hereby subrogated to all the rights, liens, remedies, equities, superior title and benefits held, owned, possessed and enjoyed at any time by any owner or holder thereof.

If mortgagors shall make, when due, all payments provided for in said note, and keep and perform all the covenants and agreements herein set out, then this conveyance shall become null and void; otherwise it shall remain in full force and effect.

Mortgagors for themselves, their heirs, successors and assigns, represent, covenant and agree as follows:

(1)  To apply the proceeds of this loan to purposes for which they were obtained. That all statements and representations made in the application for this loan are true and correct.

(2)  To insure and keep insured all buildings now and hereafter located on said land against loss or damage by fire, flood and storm in company or companies, form and amounts satisfactory to the mortgagee, such insurance to be payable to the Lender as its interest may appear; the policies to be delivered to and held by the Lender, and any insurance proceeds received by the Lender, if not used for the reconstruction of buildings on the premises, may be applied on the indebtedness secured hereby, whether due or not. All insurance on buildings on said premises now in force, or hereafter obtained, whether or not required by the Lender, shall be and become payable to the Lender and be subject to the terms and conditions hereof.

(3)  To pay when due, all taxes, liens, judgments, charges and assessments that may be assessed against the premises hereinbefore described, and the Lender, in the event we fail to do so, may obtain such insurance, pay when due any taxes, liens, judgments or

# DEED OF TRUST

Page : 2

Loan No. : 835377
Name : Bobby Don Galmor
Assn. : FIRST AG CREDIT, FLCA
Branch : CHILDRESS

VOL 504 PAGE 512

Borrower's Initials _____ _____

assessments against said premises, whether delinquent or not, and be subrogated to the lien securing the sums paid. The Lender may prosecute, or defend, any court proceedings involving the debt, lien, or title to the premises hereinbefore described, or any part thereof; and may incur expenses of said court and said court proceedings; and may obtain and pay for abstracts of title to said premises. Mortgagors agree to pay said Lender immediately, any sums advanced by it for any of the aforesaid purposes, with interest as provided by said note on matured items, and that such sums shall be secured hereby.

(4) That in the event they are required to purchase or do purchase life insurance (group, credit or other) or private mortgage insurance in connection with this loan but subsequently fail to pay the premium to keep same in force, the Lender, at its option, may pay such premium on mortgagors' behalf, charge such payment to the loan, and such advance of premium shall be secured by this mortgage and bear interest the same as other advances provided for in this mortgage.

(5) That premises hereinbefore described shall be continuously used for agriculture in a husbandlike manner; that waste will not be committed or permitted and adequate terraces and drainage ditches be constructed and maintained; that all improvements now on said premises, or hereafter put thereon, be kept in good condition and repair, and shall not be removed or demolished; that merchantable timber, stone, gravel, minerals, water, caliche, geothermal energy, clay, or improvements not be removed from said security without the written consent of the Lender, and that any restrictions affecting said security not be violated.

(6) To not sell, assign, or convey any part or all of the mortgaged premises (regardless of whether the buyer or assignee "assumes" the note or takes the mortgaged premises "subject to" such note, or whether by contract for deed or sale) without first obtaining the Lender's prior written consent as long as the above note remains unpaid. If mortgagor or one or more of the mortgagors is a corporation, not to change the substantial ownership and/or control of said corporation.

(7) To not commit an Act of Bankruptcy, or authorize the filing of voluntary petition in bankruptcy, or allow the above described property to be taken over by a Receiver as long as the above note remains unpaid.

(8) To pay when due all additional ad valorem taxes attributed to the above described mortgaged premises caused by the change of ownership (if any) or the change of use (if any) from open-space or agriculture use as defined in the State of Texas Constitution, V.A.T.S. Art. 7174A et seq and/or the Property Tax Code of the State of Texas; and to not change the use of said mortgaged premises as therein defined by the aforementioned Constitutional provisions or statutes.

(9) To furnish to the Lender upon request a financial statement and income statement attested to by Mortgagors or verified by a public accountant.

Mortgagors hereby transfer and assign unto the Lender to be applied on the debt secured hereby: (a) all eminent domain or condemnation award monies which may hereafter be awarded or paid for damages done to the security, or for any portion of the premises which may be appropriated for any character of public or quasi-public use; (b) all the bonuses, rentals, royalties, damages, and delay monies that may be due or that may hereafter become due and payable to the mortgagors or their assigns under any oil, gas, mining or mineral lease or leases of any kind now existing, or which may hereafter come into existence (including agricultural contracts of every kind) covering the above described land or any part thereof. Mortgagors authorize and direct payment of such money to said Lender until the debt secured hereby is paid. Such money may, at the option of the Lender, be applied on the debt whether due or not. The Lender shall not be obligated, in any manner, to collect said monies or any part thereof, and shall be responsible only for amounts received by the Lender. Nothing herein contained shall be construed as a waiver of or to prejudice the priority of this lien or the options hereunder in favor of said Lender.

The Lender may, at any time, without notice, release all or any part of the premises described herein, grant extensions and deferments of the time of payment of the indebtedness secured hereby, or any part thereof, agree to and grant renewals and reamortizations of said indebtedness, or any part thereof, or release from liability any one or more parties who are or may become liable for the payment of said indebtedness or any part thereof without affecting the priority of the deed of trust or the personal liability of the borrower or any party liable or who may become liable for the payment of the indebtedness hereby secured; and all such extensions, deferments, renewals, and reamortizations shall be secured by the lien hereof. It is stipulated and agreed that all agreements, stipulations and covenants contained in this deed of trust shall be binding upon the mortgagors, their assigns, heirs, executors, administrators and successors.

For the purpose of accumulating funds for payment of taxes, insurance, and other charges, but in no way relieving mortgagors of the covenants expressed in paragraphs (2), (3), and (8) above, mortgagors further agree that at the request of the holder of the note secured by this deed of trust and at the sole option and discretion of such note holder, together with and in addition to the payments of principal and interest payable under the terms of the note secured hereby, they will pay the holder of the note, until the note herein is fully paid, a sum of money which, multiplied by the total number of payments to be made in the next succeeding twelve-month period, will equal the total sum of money that will next become due for one year's premiums on insurance policies, plus all taxes and assessments next due for a one-year period on the property hereby conveyed (all as estimated by the holder of the note). Mortgagors covenant and agree that any default in the making of said deposits as herein provided shall, at the option of Lender, mature at once the entire amount remaining unpaid on the note hereby secured. The Lender or other holder of the note shall hold such payments in trust, without obligation to pay interest thereon, and without bond, to pay such insurance premiums, taxes and assessments when due, having the right to require additional payments to make up any deficiency and having the option to refund or apply on future payments any excess. Any balance on hand in such fund at the time of any sale, voluntary, judicial or made under the terms of this deed of trust, of the property herein described, shall without assignment thereof, inure to the benefit of the purchaser at such sale and shall be applied under and subject to the provisions hereof.

If any payment on the above described note is not made as the same becomes due and payable; or if the premises herein conveyed become embraced within the boundaries of any irrigation, levee, drainage or other improvement district (except school or road district), and such district shall have power to issue bonds or other evidence of indebtedness requiring the levy and collection of taxes and payment thereof; or if there is a violation of any of the covenants, agreements, provisions or warranties of this mortgage, or any agreement executed in connection with the loan, the whole of the unmatured principal of the note together with accrued interest, shall at the option of the Lender, or the legal or equitable owner or holder thereof, become immediately due and payable, and at the request of said Lender, or said owner or holder, said trustee, or his successors or substitutes, is hereby authorized and empowered to sell the premises hereby conveyed at public auction to the highest bidder for cash at the door of the courthouse of the county in which such real estate, or a portion thereof, is situated, between the hours of ten o'clock in the forenoon and four o'clock in the afternoon on the first Tuesday of any month. Notice of such proposed sale shall be given in accordance with the provisions of Section 51.002, Texas Property Code, as amended, by posting written notice thereof at least 21 days preceding the date of the sale at the courthouse door of the county in which the sale is to be made, and if the real estate is in more than one county, one notice shall be posted at the courthouse door of each county in which the real estate is situated. If the real estate is in more than one county, the sale may be held in any county in which the real estate is situated, and such notice shall designate the county where the real estate will be sold. In addition, the holder of the debt to which the power of sale is related shall, at least 21 days preceding the date of sale, serve written notice of the proposed sale by certified mail on each debtor obligated to pay such debt according to the records of such holder. And mortgagors hereby authorize and empower the trustee, and each and all of his successors and substitutes in this trust, to sell said property, together or in lots and parcels as such trustee shall deem expedient, under the same notice of sale, and to execute and deliver to the purchaser or purchasers of said property, good and sufficient deeds of conveyance thereof by fee simple title, with covenants of general warranty. It is also agreed that the trustee or successor trustee may at the request of the Lender conduct successive foreclosure sales of parts or of land and no sale of any parcel shall exhaust, impair, or waive the power of sale as to other parts or parcels to satisfy any balance of the debt remaining unpaid.

It is understood and agreed that if default be made in the payment of any of the installments of the note secured hereby, said Lender or the owner or holder of the note, or the owner or holder of any installment or installments shall have and is hereby given the right to request the trustee or successor or substitute trustee to sell the premises herein conveyed in satisfaction of such defaulted installment(s) without the whole debt being declared due; and said trustee or his successor or substitute is hereby authorized and empowered to sell the property hereby conveyed in satisfaction of such installment(s), pursuing the same procedure provided herein for trustee's sale and when the whole of the unmatured principal is declared due. It is specifically agreed and

# DEED OF TRUST

Loan No. : 835377
Name : Bobby Don Galmor
Assn. : FIRST AG CREDIT, FLCA
Branch : CHILDRESS

VOL 504 PAGE 513

Page 3

Borrower's Initials _____ _____

understood (a) that all sales under installment foreclosures as herein provided for shall pass title to the purchaser at such sale free and clear of any and all other installments previously assigned; (b) that the title of the purchaser at such sale shall in all respects be subject and inferior to the unpaid and unassigned balance of the debt; (c) that no sale in satisfaction of a defaulted installment shall exhaust the right of sale under any subsequently maturing installment(s) nor any other power of sale elsewhere conferred in this instrument; (d) that in the event the land herein conveyed shall be sold because of failure to pay one or more of the installments, without the whole debt being declared due, the stock or participation certificates owned by the mortgagors incident to this loan shall automatically pass to the purchaser of said land.

The trustee shall apply the proceeds of any sale hereunder as follows: he shall pay (1) the reasonable expense of making the sale, including fee to the trustee of 5% of the amount received in cash; (2) as far as may be possible, the debt in satisfaction of which sale is made, discharging first any portion of said debt not evidenced by note; (3) the attorney's or collection fees provided for in the note; and (4) the residue, if any, to mortgagors or their heirs, executors, administrators, successors or assigns.

If the trustee shall resign and he is hereby authorized to resign, or shall die, retire, or shall remove from the State of Texas or shall be disqualified from acting in the execution of this trust, or shall fail or refuse to execute the same when requested by said Lender or the owner or holder of the note so to do, said Lender, or the owner or holder of the note, shall have full power to appoint a successor trustee or substitute trustee, or several successor or substitute trustees in succession who shall succeed to all the estate, rights, powers, and duties of the trustee herein named. The Lender or owner or holder of the note may at any time it desires appoint another trustee in the place and stead of the trustee herein named, or any succeeding or substitute trustee. And mortgagors do hereby ratify and confirm any and all acts which the said trustee or his successor or substitute shall lawfully do by virtue hereof. And the trustee or any substitute or successor trustee is hereby authorized and empowered to appoint an attorney-in-fact of his own choosing, without notice to or consent of mortgagors, to act as trustee under him and in his name, place and stead, such appointment to be evidenced by an instrument signed by said trustee, substitute or successor. All acts done by any attorney-in-fact shall be as valid, lawful and binding as if done by the trustee herein named, or any successor or substitute in person; and mortgagors hereby ratify any and all acts done by any attorney-in-fact.

All parties to this mortgage or to the note hereby secured covenant and agree that upon the death of any signatory, maker, or co-maker of such note, the owner and holder of said note may, at holder's option, mature or accelerate the entire balance owing on said note, whereupon all amounts owing by virtue thereof shall immediately be due and payable.

It is stipulated and agreed that in case of any sale hereunder all prerequisites to said sale or sales shall be presumed to have been performed and the sale shall be presumed to have been duly held and all statements of facts or other recitals contained in the conveyance from the trustee or successor or substitute trustee or his attorney-in-fact to the purchaser at any such sale shall be taken in all courts of law or equity as prima facie evidence that facts stated or recited are true.

It is further stipulated and agreed that in case of any sale hereunder mortgagor shall immediately surrender possession to the purchaser. If mortgagor fails to do so, mortgagor shall become a tenant at sufferance of the purchaser, subject to an action for forcible detainer.

It is especially agreed by the undersigned, that in the event any portion of the indebtedness, evidenced by the note referred to above, is not or cannot be secured by a valid lien under the terms of this contract deed of trust covering the premises herein described, the mortgagee is hereby directed to apply all payments received first to pay and discharge in full that portion, if any, of such indebtedness which may be unsecured.

This deed of trust, the note(s) secured hereby, and all security is subject to the Farm Credit Act of 1971 and all acts amendatory thereof or supplementary thereto, and the Rules and Regulations promulgated thereunder; and any act or omission thereof by mortgagor in violation thereof constitutes a default thereunder.

For purposes of giving any notice that may be required by the terms of this deed of trust, mortgagors hereby stipulate and agree that their mailing address is as shown below and mortgagee may rely upon this stipulation until such time as mortgagee has been advised in writing by mortgagor of a change in such address:

Bobby Don Galmor
P.O. Box 349, Shamrock, TEXAS   79079

Shirley Jo Galmor
P.O. Box 349, Shamrock, TEXAS   79079

All riders, appendages, exhibits, erasures, corrections, and interlineations, if any, have been made and approved before the signing hereof.

Lender's Address: P O BOX 6520, LUBBOCK, TEXAS, 79493-6520

Witness our hands this the 25th day of March , A.D. 2003

_____
Bobby Don Galmor

_____
Shirley Jo Galmor

# DEED OF TRUST

Loan No. : <u>835377</u>
Name : Bobby Don Galmor
Assn. : FIRST AG CREDIT, FLCA
Branch : CHILDRESS

Page 4

VOL <u>504</u> PAGE <u>514</u>

THE STATE OF TEXAS
COUNTY OF <u>WHEELER</u>

This instrument was acknowledged before me on the <u>25th</u> day of <u>March</u> , <u>2003</u> by
<u>Bobby Don Galmor.</u>

(SEAL)


Notary Public, State of Texas

My commission expires:

_____
Notary's Printed Name

> D. GWEN EMMERT
> Notary Public, State of Texas
> My Commission Expires 6/8/2006

THE STATE OF TEXAS
COUNTY OF <u>WHEELER</u>

This instrument was acknowledged before me on the <u>25th</u> day of <u>March</u> , <u>2003</u> by
<u>Shirley Jo Galmor.</u>

(SEAL)

_____
Notary Public, State of Texas

My commission expires:

_____
Notary's Printed Name

> D. GWEN EMMERT
> Notary Public, State of Texas
> My Commission Expires 6/8/2006

THE STATE OF TEXAS
COUNTY OF <u>WHEELER</u>

THIS CERTIFIES that the foregoing deed of trust, with its certificate of authentication, was filed for record in my office on
the_____ day of _____, _____, at _____ o'clock ____ M., and duly recorded by
me on the _____ day of _____, A.D. _____, in Vol. _____,
Page _____, of the Deed of Trust or Land Mortgage Records of _____ County, Texas.

(SEAL)

_____
Clerk of Said County

By _____, Deputy.

AFTER RECORDING RETURN TO:

FIRST AG CREDIT, FLCA
CHILDRESS
P O BOX 910
Highway 83 North
CHILDRESS, TX 79201-3092
(940) 937-6181

ADS Form 1185 (Rev. 06/99)

EXHIBIT A
LEGAL DESCRIPTION ᴠᴏ⸱ **504** ᴘᴀɢ **515**

**TRACT I:**
A 299.45 acre tract of land out of the East ½ of Section 9, Block A-8, H&GN Ry. Co. Survey, Wheeler County, Texas, as described in Vol. 11, Page 100 of the Deed Records of Wheeler County, Texas.
Beginning at a set ½" rebar in the North Right-of-Way line of F.M. Road #592, which bears N 0d 09' E a distance of 61.4 ft. and N 89d 51' W a distance of 688.88 ft. from the common corner of Sections 3, 4, 9 and 10 all in said Block A-8;
Thence N 89d 51' W along the said North Right-of-Way Line a distance of 1212.0 to a set ½" rebar w/cap for a corner of this tract;
Thence N 00d 09' E a distance of 10.0 ft. to a set ½" rebar w/cap in the North Right-of-Way line of F.M. Road #592 for a corner of this tract; (ROW widens 10.0 ft. here)
Thence N 89d 51' W along the said North Right-of-Way Line a distance of 744.62 ft. to a set ½" rebar w/cap for a corner of this tract;
Thence N 00d 09' E along the ½ section line a distance of 5209.2 ft. to a set ½" rebar w/cap for a corner of this tract;
Thence S 89d 51' E along the north section line a distance of 2595.5 ft. to a set ½" rebar w/cap in the West Right-of-Way Line of U.S. Hwy. #83 for a corner of this tract and being 50.0 ft. west of the northeast corner of said Section 9;
Thence S 00d 09' W along the said West Right-of-Way Line a distance of 3360.0 ft. to a set ½" rebar w/cap for a corner of this tract;
Thence N 89d 51' W a distance of 362.0 ft. to a set ½" rebar w/cap for a corner of this tract;
Thence S 00d 09' W a distance of 600.0 ft. to a set ½" rebar w/cap for a corner of this tract;
Thence S 89d 51' E a distance of 362.0 ft. to a set ½" rebar w/cap in the West Right-of-Way Line of U.S. Hwy. #83 for a corner of this tract and being 50.0 ft. west of the east section line of said Section 9 for a corner of this tract;
Thence S 00d 09' W along the said West Right-of-Way Line a distance of 660.0 ft. to a set ½" rebar w/cap for a corner of this tract;
Thence N 89d 51' W a distance of 214.0 ft. to a set ½" rebar w/cap for a corner of this tract;
Thence S 00d 09' W a distance of 247.5 ft. to a set ½" rebar w/cap for a corner of this tract;
Thence N 89d 51' W a Distance of 424.88 ft. to a set ½" rebar w/cap for a corner of this tract;
Thence S 00d 09' W a distance of 351.7 ft. the place of beginning and containing 299.45 acres of land.

**TRACT II:**
A 293.68 acre tract of land out of the West ½ of Section 10, Block A-8, H&GN Ry. Co. Survey, Wheeler County, Texas, as described in Vol. 12, Page 107 of the Deed Records of Wheeler County, Texas.
Beginning at a set ½" rebar in the East Right-of-Way line of U.S. Hwy. #83, which bears N 0d 09' E a distance of 1454.2 ft. and S 89d 51' E a distance of 50.0 ft. from the common corner of Sections 3, 4, 9 and 10 all in said Block A-8;
Thence N 00d 09' E along the said East Right-of-Way line a distance of 3825.8 ft. to a set ½" rebar w/cap for the northwest corner of this tract and being 50.0 ft. east of the northwest corner of Section 10;
Thence S 89d 51' E along the north line of Sec. 10 a distance of 2599.5 ft. to a set ½" rebar w/cap for the northeast corner of this tract;
Thence S 00d 09' W along the ½ section line a distance of 5229.7 ft. to a set ½" rebar w/cap in the North Right-of-Way line of F.M. Road #592 for the southeast corner of this tract;
Thence N 89d 51' W along Right-of-Way line a distance of 1266.6 ft. to a set ½" rebar w/cap for a corner of this tract;
Thence N 00d 09' E a distance of 259.7 ft. to a set ½" rebar w/cap for a corner of this tract;
Thence N 89d 51' W a distance of 852.5 ft. to a set ½" rebar w/cap for a corner of this tract;
Thence S 00d 09' W a distance of 4.0 ft. to a set ½" rebar w/cap for a corner of this tract;
Thence N 89d 51' W a distance of 63.0 ft. to a set ½" rebar w/cap for a corner of this tract;
Thence N 00d 09' E a distance of 1043.8 ft. to a set ½" rebar w/cap for a corner of this tract;
Thence N 89d 51' W a distance of 208.7 ft. to a set ½" rebar w/cap for a corner of this tract;
Thence N 00d 09' E a distance of 104.4 ft. to a set ½" rebar w/cap for a corner of this tract;
Thence N 89d 51' W a distance of 208.7 ft. to the place of beginning and containing 293.68 acres of land.

FILED FOR RECORD

2003 MAR 26 PM 3: 39

MARGARET DORMAN
COUNTY CLERK
WHEELER COUNTY, TEXAS
BY *Brenda Mitchell*   PAGE 0974

**THE STATE OF TEXAS** Any provision herein which restricts the sale, rental or
**COUNTY OF WHEELER** use of the described real property because of color or
race is invalid and unenforceable under Federal law.

I hereby certify that this instrument was FILED on the date and at the time stamped
hereon by me and was duly RECORDED in the Official Public Records of Wheeler County,
Texas, in the Volume and Page noted hereon by me.

*Margaret Dorman*

MARGARET DORMAN, County Clerk
Wheeler County, Texas

BY *Rhonda S Mitchell* DEPUTY

Recorded: 3-26-03

Official Public Records, Volume 504, Page 571

PAPP 0975



098-261

3/29/19

Bobby Don Galmor
PO Box 349
Shamrock TX 79079

RE: Loan No. 835377

The interest rate change date of the above referenced loan is 4/01/19.
On said date the interest rate will change as follows:

Your new interest rate will be 6.1100% as a 1 Month LIBOR Loan, which is
based on a new rounded index value of 2.5000% with a spread of + 3.6100%.
Your previous interest rate was 6.1000% with a spread of + 3.6100%, which
was based on a rounded index value of 2.4900%.

Loan Balance: 58,047.28
Regular Payments under new rate:
    Amount: 13,836.46
    Date Payment begins: 9/01/20
    Interest Only Payment Amount:
    Next Payment Amount: 13,789.96
    Date Due: 9/01/19

If there is an interest only or next payment indicated, this will be the
amount of your next installment. The regular payment amount will begin
on the date indicated above. <u>No action is required by you for rate
change to occur.</u>

We appreciate your business and look forward to providing your future
credit needs.

                                          940-937-6181
Capital Farm Credit, FLCA    (Childress)
P.O. Box 910
Childress, TX 79201-0910

**Liabilities**

# LIABILITIES

1. Capital Farm Credit

   P.O. Box 910

   Childress, TX 79201-0910

       Loan #835377         Balance as of 3/29/2019:  $58,047.28

       Payment due:  9/01/2019    Payment amount:  $13,789.96

       Loan originated: 3-25-2003

       Description of collateral:  593.13 acres out of E ½ of section 9 and W ½ of

       Blk 10 section A-8.

       Attachment labeled: Capital Farm Credit

2. Great Plains National Bank

   P.O. Box 488

   Elk City, OK 73648

       Loan #3126145

       Payment past due

       Description of Collateral: 640 acres

       Attachment labeled: Great Plains National Bank

Loan #3048411

Payment past due

Description of Collateral: 560 acres

Attachment labeled: Great Plains National Bank

Loan # 169900

Payment past due

Description of Collateral: 601 acres

Attachment labeled: Great Plains National Bank

3. First State Bank Of Mobeetie

101 S Wheeler St.

Mobeetie, TX 79061

Loan #81096

Loan originated: 9/14/2016

*JUDGEMENT FILED*

Attachment labeled: First State Bank of Mobeetie

PAPP 0979

# Recurring  Monthly Liabilities

City of Shamrock – water

West Texas Gas – Gas

State Auto Insurance

Germania Insurance

Rt. 66 Water Bottling Company

Harmon Electric

Greenbelt Electric

Southwestern Electric Power

X-Cel Energy

Crossroads

D&G Trash Hauling

# Other Liabilities

Bartlett's

Storehouse Services (insurance for trailer at lake)

Centergas

Killhoffer Propane

Contemporary Concepts

Ambassador Company

Texas Farm Bureau Insurance

Wheeler County Tax Office

Any bills for supplies, maintenance, repairs, labor, ect. for Galmor FLP

**Business Locations**

# BALANCE AND DEPOSITORY LOCATION

## All Balances as of 6-5-2019

Galmor Family Partnership

Aimbank

305 N. Main

Shamrock, TX 79079

Account # 50792

Balance: 438.14

Great Plains National Bank

2017 W. 3rd St.

Elk City, OK 73644

Account #427799

Balance: -0-

Happy State Bank

711 N. Main

Shamrock, TX 79079

Account #6043002507

Balance: $38,877.41

PAPP 0983

Galmor Family Trust

  Aimbank

    305 N. Main

    Shamrock, TX 79079

    Account #20059085

    Balance: $142.14

  Happy State Bank

    711 N. Main

    Shamrock, TX 79079

    Account# 2303006904

    Balance: $31,304.47

Galmor Contibution Trust

  Aimbank

    305 N. Main

    Shamrock, TX 79079

    Account# 20059457

    Balance: $308.83

  Happy State Bank

    711 N Main

    Shamrock, TX 79079

    Account #2303006912

    Balance: $250.32

Shirley Galmor (personal)

Aimbank

305 N Main

Shamrock, TX 79079

Account #??6373

Balance: $8038.22

**Contribution Trust**

Property ID: 4506          Owner: GALMOR CONTRIBUTION TRUST

**Property ID:**

4506

**Account Number:**

1-21-071000361000000000

**Property Legal Description:**

H AND GN BLK 17 SEC 87

20 AC OUT OF

CR X AND CR 14

**Deed Information:**

| | |
|---|---|
| Volume: | |
| Page: | |
| File Number: | |
| Deed Date: | |

**Property Location:**

CR 14

SHAMRAOCK TX 79079

**Survey / Sub Division Abstract:**

H AND GN

**Block:** 17

**Section / Lot:** 87

**Owner Information:**

GALMOR CONTRIBUTION TRUST

SHIRLEY JO/MICHAEL GALMOR COTRUSTEE

PO BOX 349

SHAMROCK TX 79079

**Previous Owner:**

**Property Detail:**

| | |
|---|---|
| Property Exempt: | |
| Category / SPTB Code: | E |
| Total Acres: | 20.000 |
| Total Living Sqft: | See Detail |
| Owner Interest: | 0.250000 |
| Homestead Exemption: | |
| Homestead Cap Value: | 0 |
| Land Ag / Timber Value: | 0 |
| Land Market Value: | 21,000 |
| Improvement Value: | 1,610 |

| Jur Code | Jur Name | Total Market | Homestead | Total Exemption | Taxable |
|---|---|---|---|---|---|
| 02 | WHEELER COUNTY | 7,540 | | 0 | 7,540 |
| 04 | WHEELER CO LATERAL RD | 7,540 | | 0 | 7,540 |
| 03 | WHEELER CO RD & BRIDGE | 7,540 | | 0 | 7,540 |
| 05 | WATER DISTRICT | 7,540 | | 0 | 7,540 |
| 11 | HOSPITAL #2 | 7,540 | | 0 | 7,540 |
| 29 | SHAMROCK ISD | 7,540 | | 0 | 7,540 |

Property ID: 4506                              Owner: GALMOR CONTRIBUTION TRUST

Building Detail

| Sequence | Type | Class | Year Built | Homesite Value | Condition | Percent Good | Square Feet | Replacement Value | Total Value |
|----------|------|-------|-----------|----------------|-----------|--------------|-------------|-------------------|-------------|
| 1 | CRPT | 3 | 0 | NO | | 65% | 480 | 1,440 | 940 |
| 2 | UTILITY | UDL | 1960 | NO | C20US | 9% | 2,400 | 13,490 | 1,200 |

Total Building Value: $ 2,140

Wheeler County Appraisal District - Account # T-29-07-80038-0000-0006

Property ID: 4506                    Owner: GALMOR CONTRIBUTION TRUST

Land Detail

```
┌──────────────────────────────────────────────────────────────────────┐
│                          Land Sequence 1                               │
│        Acres: 20          Market Class: P-4      Market Value: 28,000   │
│   Land Method: AC        Ag/Timber Class:      Ag/Timber Value: 0       │
│ Land Homesiteable: NO        Land Type:            Ag Code:             │
│    Front Foot: N/A         Rear Foot: N/A        Lot Depth: N/A         │
│  Front Ft Avg: N/A       Lot Depth %: N/A     Land Square Ft: N/A       │
└──────────────────────────────────────────────────────────────────────┘
```

Total Land Value:  $ 28,000

Property ID: 2576                           Owner: GALMOR CONTRIBUTION TRUST

| Property ID: | | Account Number: | |
|---|---|---|---|
| 2576 | | 1-20-006000036000000000 | |

| Property Legal Description: | | Deed Information: | |
|---|---|---|---|
| ROMANS BLK XII LTS 1-7 | | Volume: | 714 |
| | | Page: | 736 |
| | | File Number: | |
| | | Deed Date: | 4/27/2016 |

| Property Location: | |
|---|---|

| | Block: | XII |
|---|---|---|

| Survey / Sub Division Abstract: | | Section / Lot: | 1 |
|---|---|---|---|
| ROMANS | | | |

| Owner Information: | | Property Detail: | |
|---|---|---|---|
| GALMOR CONTRIBUTION TRUST | | Property Exempt: | |
| SHIRLEY JO/MICHAEL GALMOR COTRUSTEE | | Category / SPTB Code: | C1 |
| PO BOX 349 | | Total Acres: | 0.442 |
| | | Total Living Sqft: | See Detail |
| SHAMROCK TX 79079 | | Owner Interest: | 0.250000 |
| | | Homestead Exemption: | |
| Previous Owner: | | Homestead Cap Value: | 0 |
| BARKER MARTHA J | | Land Ag / Timber Value: | 0 |
| | | Land Market Value: | 1,245 |
| | | Improvement Value: | 0 |

| Jur Code | Jur Name | Total Market | Homestead | Total Exemption | Taxable |
|---|---|---|---|---|---|
| 02 | WHEELER COUNTY | 415 | | 0 | 415 |
| 04 | WHEELER CO LATERAL RD | 415 | | 0 | 415 |
| 03 | WHEELER CO RD & BRIDGE | 415 | | 0 | 415 |
| 05 | WATER DISTRICT | 415 | | 0 | 415 |
| 11 | HOSPITAL #2 | 415 | | 0 | 415 |
| 13 | CITY OF SHAMROCK | 415 | | 0 | 415 |
| 29 | SHAMROCK ISD | 415 | | 0 | 415 |

Property ID: 2576                    Owner: GALMOR CONTRIBUTION TRUST

Land Detail

| Land Sequence 1 | | |
|---|---|---|
| Acres: N/A | Market Class: DIRTF | Market Value: 1,660 |
| Land Method: FF | Ag/Timber Class: | Ag/Timber Value: 0 |
| Land Homesiteable: NO | Land Type: | Ag Code: |
| Front Foot: 110 | Rear Foot: 110 | Lot Depth: 175 |
| Front Ft Avg: 110 | Lot Depth %: 1 | Land Square Ft: N/A |

Total Land Value: $ 1,660

PAPP 0991

Case 20-03068  Document 1  Filed 03/06/25  Entered 12/08/21 16:34:41

Property ID: 2576                           Owner: GALMOR CONTRIBUTION TRUST

Previous Owner Information

| Parcel ID | Seller | Buyer | Volume | Page | File Number | Deed Date |
|---|---|---|---|---|---|---|
| 2576 | BARKER MARTHA J | GALMOR FAMILY TRUST | 714 | 736 | | 4/27/2016 |
| 2576 | BARKER PRODUCTION CO | BARKER FAMILY TRUST | 676 | 909 | | 8/26/2013 |

**Galmor Family Trust**

PAPP 0993

Wheeler County Appraisal District / Account # 1-21-071000361000000000

Property ID: 4506                     Owner: GALMOR FAMILY TRUST

**Property ID:**

4506

**Property Legal Description:**

H AND GN BLK 17 SEC 87

20 AC OUT OF

CR X  AND  CR 14

**Property Location:**

CR 14

SHAMRAOCK TX 79079

**Survey / Sub Division Abstract:**

H AND GN

**Owner Information:**

GALMOR FAMILY TRUST

SHIRLEY JO/MICHAEL GALMOR COTRUSTEE

PO BOX 349

SHAMROCK TX 79079

**Previous Owner:**

**Account Number:**

1-21-071000361000000000

**Deed Information:**

| Volume: | |
| Page: | |
| File Number: | |
| Deed Date: | |

| Block: | 17 |

| Section / Lot: | 87 |

**Property Detail:**

| Property Exempt: | |
| Category / SPTB Code: | E |
| Total Acres: | 20.000 |
| Total Living Sqft: | See Detail |
| Owner Interest: | 0.250000 |
| Homestead Exemption: | |
| Homestead Cap Value: | 0 |
| Land Ag / Timber Value: | 0 |
| Land Market Value: | 21,000 |
| Improvement Value: | 1,610 |

| Jur Code | Jur Name | Total Market | Homestead | Total Exemption | Taxable |
|---|---|---|---|---|---|
| 02 | WHEELER COUNTY | 7,540 | | 0 | 7,540 |
| 04 | WHEELER CO LATERAL RD | 7,540 | | 0 | 7,540 |
| 03 | WHEELER CO RD & BRIDGE | 7,540 | | 0 | 7,540 |
| 05 | WATER DISTRICT | 7,540 | | 0 | 7,540 |
| 11 | HOSPITAL #2 | 7,540 | | 0 | 7,540 |
| 29 | SHAMROCK ISD | 7,540 | | 0 | 7,540 |

Property ID: 4506                                          Owner: GALMOR FAMILY TRUST

Jing Detail

| Sequence | Type | Class | Year Built | Homesite Value | Condition | Percent Good | Square Feet | Replacement Value | Total Value |
|----------|------|-------|-----------|----------------|-----------|--------------|-------------|-------------------|-------------|
| 1 | CRPT | 3 | 0 | NO | | 65% | 480 | 1,440 | 940 |
| 2 | UTILITY | UDL | 1960 | NO | C20US | 9% | 2,400 | 13,490 | 1,200 |

Total Building Value: $ 2,140

Wheeler County Appraisal District - Account # 1-21-0710003610000000000

Property ID: 4506                                      Owner: GALMOR FAMILY TRUST

Detail

```
┌─────────────────────────────────────────────────────────────────────────┐
│                           Land Sequence 1                                 │
│         Acres: 20          Market Class: P-4         Market Value: 28,000  │
│    Land Method: AC      Ag/Timber Class:          Ag/Timber Value: 0       │
│ Land Homesiteable: NO        Land Type:                  Ag Code:          │
│    Front Foot: N/A          Rear Foot: N/A            Lot Depth: N/A       │
│  Front Ft Avg: N/A        Lot Depth %: N/A        Land Square Ft: N/A      │
└─────────────────────────────────────────────────────────────────────────┘
```

Total Land Value:  $ 28,000

Property ID: 2576                                    Owner: GALMOR FAMILY TRUST

**Property ID:**
2576

**Account Number:**
1-20-006000036000000000

**Property Legal Description:**
ROMANS BLK XII LTS 1-7

**Deed Information:**

| | |
|---|---|
| Volume: | 714 |
| Page: | 736 |
| File Number: | |
| Deed Date: | 4/27/2016 |

**Property Location:**

**Block:** XII

**Section / Lot:** 1

**Survey / Sub Division Abstract:**
ROMANS

**Owner Information:**
GALMOR FAMILY TRUST

SHIRLEY JO/MICHAEL GALMOR COTRUSTEE

PO BOX 349

SHAMROCK TX 79079

**Previous Owner:**
BARKER MARTHA J

**Property Detail:**

| | |
|---|---|
| Property Exempt: | |
| Category / SPTB Code: | C1 |
| Total Acres: | 0.442 |
| Total Living Sqft: | See Detail |
| Owner Interest: | 0.250000 |
| Homestead Exemption: | |
| Homestead Cap Value: | 0 |
| Land Ag / Timber Value: | 0 |
| Land Market Value: | 1,245 |
| Improvement Value: | 0 |

| Jur Code | Jur Name | Total Market | Homestead | Total Exemption | Taxable |
|---|---|---|---|---|---|
| 02 | WHEELER COUNTY | 415 | | 0 | 415 |
| 04 | WHEELER CO LATERAL RD | 415 | | 0 | 415 |
| 03 | WHEELER CO RD & BRIDGE | 415 | | 0 | 415 |
| 05 | WATER DISTRICT | 415 | | 0 | 415 |
| 11 | HOSPITAL #2 | 415 | | 0 | 415 |
| 13 | CITY OF SHAMROCK | 415 | | 0 | 415 |
| 29 | SHAMROCK ISD | 415 | | 0 | 415 |

Property ID: 2576                                    Owner: GALMOR FAMILY TRUST

| Detail

| Land Sequence 1 | | |
|---|---|---|
| Acres: N/A | Market Class: DIRTF | Market Value: 1,660 |
| Land Method: FF | Ag/Timber Class: | Ag/Timber Value: 0 |
| Land Homesiteable: NO | Land Type: | Ag Code: |
| Front Foot: 110 | Rear Foot: 110 | Lot Depth: 175 |
| Front Ft Avg: 110 | Lot Depth %: 1 | Land Square Ft: N/A |

Total Land Value: $ 1,660

Property ID: 2576                                    Owner: GALMOR FAMILY TRUST

Previous Owner Information

| Parcel ID | Seller | Buyer | Volume | Page | File Number | Deed Date |
|-----------|--------|-------|--------|------|-------------|-----------|
| 2576 | BARKER MARTHA J | GALMOR FAMILY TRUST | 714 | 736 | | 4/27/2016 |
| 2576 | BARKER PRODUCTION CO | BARKER FAMILY TRUST | 676 | 909 | | 8/26/2013 |

PAPP 0999

**Turnbow**

Property ID: 4436                                  Owner: GALMOR FAMILY LMTD PTNSHP

*TURNBOW*

| Property ID: | |
|---|---|
| 4436 | |

| Account Number: | |
|---|---|
| 1-21-071000303200000000 | |

| Property Legal Description: |
|---|
| H AND GN BLK 17 SEC 67 |
| 160 AC  SW/4 |

| Deed Information: | |
|---|---|
| Volume: | 646 |
| Page: | 803 |
| File Number: | |
| Deed Date: | 12/2/2011 |

| Property Location: |
|---|
| NW SHAMROCK |

| Block: | 17 |
|---|---|

| Survey / Sub Division Abstract: |
|---|
| H AND GN |

| Section / Lot: | 67 |
|---|---|

| Owner Information: |
|---|
| GALMOR FAMILY LMTD PTNSHP |
| P O BOX 349 |
| SHAMROCK TX 79079 |

| Property Detail: | |
|---|---|
| Property Exempt: | |
| Category / SPTB Code: | D1 |
| Total Acres: | 160.000 |
| Total Living Sqft: | See Detail |
| Owner Interest: | 1.000000 |
| Homestead Exemption: | |
| Homestead Cap Value: | 0 |
| Land Ag / Timber Value: | 0 |
| Land Market Value: | 222,500 |
| Improvement Value: | 0 |

| Previous Owner: |
|---|
| GALMOR BOBBY |

| Jur Code | Jur Name | Total Market | Homestead | Total Exemption | Taxable |
|---|---|---|---|---|---|
| 02 | WHEELER COUNTY | 222,500 | | 0 | 8,160 |
| 04 | WHEELER CO LATERAL RD | 222,500 | | 0 | 8,160 |
| 03 | WHEELER CO RD & BRIDGE | 222,500 | | 0 | 8,160 |
| 05 | WATER DISTRICT | 222,500 | | 0 | 8,160 |
| 11 | HOSPITAL #2 | 222,500 | | 0 | 8,160 |
| 29 | SHAMROCK ISD | 222,500 | | 0 | 8,160 |

Property ID: 4436                          Owner: GALMOR FAMILY LMTD PTNSHP

Land Detail

### Land Sequence 1

| | | |
|---|---|---|
| Acres: 145 | Market Class: P-4 | Market Value: 203,000 |
| Land Method: AC | Ag/Timber Class: P-4 | Ag/Timber Value: 7,540 |
| Land Homesiteable: NO | Land Type: NATP | Ag Code: 1D1 |
| Front Foot: N/A | Rear Foot: N/A | Lot Depth: N/A |
| Front Ft Avg: N/A | Lot Depth %: N/A | Land Square Ft: N/A |

### Land Sequence 2

| | | |
|---|---|---|
| Acres: 15 | Market Class: P-5 | Market Value: 19,500 |
| Land Method: AC | Ag/Timber Class: P-5 | Ag/Timber Value: 620 |
| Land Homesiteable: NO | Land Type: NATP | Ag Code: 1D1 |
| Front Foot: N/A | Rear Foot: N/A | Lot Depth: N/A |
| Front Ft Avg: N/A | Lot Depth %: N/A | Land Square Ft: N/A |

Total Land Value:  $ 222,500

PAPP 1002

6/4/2019

Property ID: 4436                                    Owner: GALMOR FAMILY LMTD PTNSHP

Previous Owner Information

| el ID | Seller | Buyer | Volume | Page | File Number | Deed Date |
|-------|--------|-------|--------|------|-------------|-----------|
| 4436 | GALMOR BOBBY | GALMOR FAMILY LMTD PTNSHP | 646 | 803 | | 12/2/2011 |
| 4436 | SHAW/ELLIOTT/BLANCHARD | GALMOR BOBBY | 549 | 361 | 72000 | 4/13/2006 |

PAPP 1003

6/4/2019

**Pitcock**

Property ID: 3767                          Owner: GALMOR FAMILY LMTD PTNSHP

*Pitcock*

| erty ID: |
| --- |
| 3767 |

| Property Legal Description: |
| --- |
| H AND GN BLK A-8 SEC 11 |
| OUT OF S/2 |
| 2 ACRES |

| Property Location: |
| --- |
| FM 592 |

| Survey / Sub Division Abstract: |
| --- |
| H AND GN |

| Owner Information: |
| --- |
| GALMOR FAMILY LMTD PTNSHP |
| P O BOX 349 |
| SHAMROCK TX 79079 |

| Previous Owner: |
| --- |
| GALMOR BOBBY D/SHIRLEY J |

| Account Number: |
| --- |
| 1-21-061000051600000000 |

| Deed Information: | |
| --- | --- |
| Volume: | 646 |
| Page: | 799 |
| File Number: | |
| Deed Date: | 12/2/2011 |

| Block: | A-8 |
| --- | --- |
| Section / Lot: | 11 |

| Property Detail: | |
| --- | --- |
| Property Exempt: | |
| Category / SPTB Code: | E1 |
| Total Acres: | 2.000 |
| Total Living Sqft: | See Detail |
| Owner Interest: | 1.000000 |
| Homestead Exemption: | |
| Homestead Cap Value: | 0 |
| Land Ag / Timber Value: | 0 |
| Land Market Value: | 3,000 |
| Improvement Value: | 48,670 |

| Jur Code | Jur Name | Total Market | Homestead | Total Exemption | Taxable |
| --- | --- | --- | --- | --- | --- |
| 02 | WHEELER COUNTY | 51,670 | | 0 | 51,670 |
| 04 | WHEELER CO LATERAL RD | 51,670 | | 0 | 51,670 |
| 03 | WHEELER CO RD & BRIDGE | 51,670 | | 0 | 51,670 |
| 05 | WATER DISTRICT | 51,670 | | 0 | 51,670 |
| 11 | HOSPITAL #2 | 51,670 | | 0 | 51,670 |
| 29 | SHAMROCK ISD | 51,670 | | 0 | 51,670 |

Property ID: 3767                    Owner: GALMOR FAMILY LMTD PTNSHP

Building Detail

| Sequence | Type | Class | Year Built | Homesite Value | Condition | Percent Good | Square Feet | Replacement Value | Total Value |
|---|---|---|---|---|---|---|---|---|---|
| 1 | RES | RF2+ | 1945 | NO | RESFA | 50% | 1,938 | 87,440 | 41,540 |
| 2 | CPATIO | REF | 0 | NO | RESFA | 50% | 156 | 1,700 | 810 |
| 3 | CP | REF | 0 | NO | RESFA | 50% | 84 | 920 | 440 |
| 4 | CP | REF | 0 | NO | RESFA | 50% | 20 | 220 | 100 |
| 5 | DET GAR | 1 | 0 | NO | | 50% | 420 | 3,780 | 1,890 |
| 6 | STG | 2 | 0 | NO | | 50% | 160 | 640 | 320 |
| 7 | STG | 3 | 0 | NO | | 65% | 144 | 860 | 560 |
| 8 | Hay Shed | OHSDA | 0 | NO | C20VP | 20% | 1,260 | 3,240 | 650 |
| 9 | UTILITY | UDPL | 0 | NO | C20AV | 63% | 800 | 3,130 | 1,970 |
| 10 | Lvstk | LDpL | 0 | NO | C20AV | 63% | 160 | 620 | 390 |

Total Building Value:  $ 48,670

Wheeler County Appraiser District - Account # T-2F-06160003/160000500X

Property ID: 3767                                    Owner: GALMOR FAMILY LMTD PTNSHP

Land Detail

```
+-------------------------------------------------------------------------------+
|                              Land Sequence 1                                  |
|                                                                               |
|        Acres: 2              Market Class: 2/AC-1          Market Value: 3,000 |
|   Land Method: AC          Ag/Timber Class:            Ag/Timber Value: 0      |
| Land Homesiteable: NO          Land Type:                      Ag Code:        |
|    Front Foot: N/A             Rear Foot: N/A               Lot Depth: N/A     |
|   Front Ft Avg: N/A          Lot Depth %: N/A           Land Square Ft: N/A    |
+-------------------------------------------------------------------------------+
```

Total Land Value:  $ 3,000

PAPP 1007

Property ID: 3767                                    Owner: GALMOR FAMILY LMTD PTNSHP

Previous Owner Information

| el ID | Seller | Buyer | Volume | Page | File Number | Deed Date |
|-------|--------|-------|--------|------|-------------|-----------|
| 3767 | GALMOR BOBBY D/SHIRLEY J | GALMOR FAMILY LMTD PTNSHP | 646 | 799 | | 12/2/2011 |
| 3767 | | GALMOR BOBBY D/SHIRLEY J | 540 | 28 | 0 | 7/20/2005 |
| 3767 | PITCOCK RONALD | GALMOR BOBBY D/SHIRLEY JO | 506 | 807 | 13390 | 6/12/2003 |

Property ID: 3766                    Owner: GALMOR FAMILY LMTD PTNSHP

Pitcock

| Property ID: | | Account Number: | |
|---|---|---|---|
| 3766 | | 1-21-061000051500000000 | |

| Property Legal Description: | | Deed Information: | |
|---|---|---|---|
| H AND GN BLK A-8 SEC 11 | | Volume: | 646 |
| S/2 | | Page: | 799 |
| 318 ACRES | | File Number: | |
| | | Deed Date: | 12/2/2011 |

| Property Location: | |
|---|---|
| FM 592 | |

| Block: | A-8 |
|---|---|
| Section / Lot: | 11 |

| Survey / Sub Division Abstract: | |
|---|---|
| H AND GN | |

| Owner Information: | | Property Detail: | |
|---|---|---|---|
| GALMOR FAMILY LMTD PTNSHP | | Property Exempt: | |
| | | Category / SPTB Code: | D1 |
| P O BOX 349 | | Total Acres: | 318.000 |
| | | Total Living Sqft: | See Detail |
| SHAMROCK TX 79079 | | Owner Interest: | 1.000000 |
| | | Homestead Exemption: | |
| Previous Owner: | | Homestead Cap Value: | 0 |
| GALMOR BOBBY D/SHIRLEY J | | Land Ag / Timber Value: | 0 |
| | | Land Market Value: | 415,450 |
| | | Improvement Value: | 28,380 |

| Jur Code | Jur Name | Total Market | Homestead | Total Exemption | Taxable |
|---|---|---|---|---|---|
| 02 | WHEELER COUNTY | 443,830 | | 0 | 48,000 |
| 04 | WHEELER CO LATERAL RD | 443,830 | | 0 | 48,000 |
| 03 | WHEELER CO RD & BRIDGE | 443,830 | | 0 | 48,000 |
| 05 | WATER DISTRICT | 443,830 | | 0 | 48,000 |
| 11 | HOSPITAL #2 | 443,830 | | 0 | 48,000 |
| 29 | SHAMROCK ISD | 443,830 | | 0 | 48,000 |

Property ID: 3766                                    Owner: GALMOR FAMILY LMTD PTNSHP

Building Detail

| Sequence | Type | Class | Year Built | Homesite Value | Condition | Percent Good | Square Feet | Replacement Value | Total Value |
|----------|------|-------|-----------|----------------|-----------|-------------|-------------|-------------------|-------------|
| 1 | MH | MH3 | 0 | NO | MH35 | 88% | 840 | 31,200 | 26,080 |
| 2 | CDECK | 1 | 0 | NO | | 90% | 160 | 640 | 550 |
| 3 | STG | 4 | 0 | NO | | 90% | 216 | 1,730 | 1,560 |
| 4 | CP | 1 | 0 | NO | | 90% | 36 | 220 | 190 |

Total Building Value: $ 28,380

Property ID: 3766                                    Owner: GALMOR FAMILY LMTD PTNSHP

Land Detail

## Land Sequence 1

| | | |
|---|---|---|
| Acres: 27.2 | Market Class: CRP-4 | Market Value: 24,480 |
| Land Method: AC | Ag/Timber Class: CRP-4 | Ag/Timber Value: 2,370 |
| Land Homesiteable: NO | Land Type: NATP | Ag Code: 1D1 |
| Front Foot: N/A | Rear Foot: N/A | Lot Depth: N/A |
| Front Ft Avg: N/A | Lot Depth %: N/A | Land Square Ft: N/A |

## Land Sequence 2

| | | |
|---|---|---|
| Acres: 32.3 | Market Class: D-4 | Market Value: 29,070 |
| Land Method: AC | Ag/Timber Class: D-4 | Ag/Timber Value: 3,810 |
| Land Homesiteable: NO | Land Type: DLCP | Ag Code: 1D1 |
| Front Foot: N/A | Rear Foot: N/A | Lot Depth: N/A |
| Front Ft Avg: N/A | Lot Depth %: N/A | Land Square Ft: N/A |

## Land Sequence 3

| | | |
|---|---|---|
| Acres: 258.5 | Market Class: P-4 | Market Value: 361,900 |
| Land Method: AC | Ag/Timber Class: P-4 | Ag/Timber Value: 13,440 |
| Land Homesiteable: NO | Land Type: NATP | Ag Code: 1D1 |
| Front Foot: N/A | Rear Foot: N/A | Lot Depth: N/A |
| Front Ft Avg: N/A | Lot Depth %: N/A | Land Square Ft: N/A |

Total Land Value: $ 415,450

Property ID: 3766                                    Owner: GALMOR FAMILY LMTD PTNSHP

Previous Owner Information

| el ID | Seller | Buyer | Volume | Page | File Number | Deed Date |
|---|---|---|---|---|---|---|
| 3766 | GALMOR BOBBY D/SHIRLEY J | GALMOR FAMILY LMTD PTNSHP | 646 | 799 | | 12/2/2011 |
| 3766 | | GALMOR BOBBY D/SHIRLEY J | 540 | 28 | 0 | 7/20/2005 |
| 3766 | PITCOCK RONALD | GALMOR BOBBY D/SHIRLEY JO | 506 | 807 | 82610 | 6/12/2003 |

# Mobeetie

Property ID: 5468                    Owner: GALMOR FAMILY LMTD PTNSHP

*Mobeetie*

| Property ID: | Account Number: |
|---|---|
| 5468 | 1-31-053000261100000000 |

**Property Legal Description:**

H AND GN BLK A-5 SEC 76

2 ACRES

**Deed Information:**

| Volume: | 646 |
|---|---|
| Page: | 807 |
| File Number: | |
| Deed Date: | 12/2/2011 |

**Property Location:**

8583 FM 48

| Block: | A-5 |
|---|---|

**Survey / Sub Division Abstract:**

H AND GN

A-871

| Section / Lot: | 76 |
|---|---|

**Owner Information:**

GALMOR FAMILY LMTD PTNSHP

P O BOX 349

SHAMROCK TX 79079

**Previous Owner:**

GALMOR BOBBY D/SHIRLEY J

**Property Detail:**

| Property Exempt: | |
|---|---|
| Category / SPTB Code: | E1 |
| Total Acres: | 2.000 |
| Total Living Sqft: | See Detail |
| Owner Interest: | 1.000000 |
| Homestead Exemption: | |
| Homestead Cap Value: | 0 |
| Land Ag / Timber Value: | 0 |
| Land Market Value: | 3,000 |
| Improvement Value: | 11,410 |

| Jur Code | Jur Name | Total Market | Homestead | Total Exemption | Taxable |
|---|---|---|---|---|---|
| 02 | WHEELER COUNTY | 14,410 | | 0 | 14,410 |
| 04 | WHEELER CO LATERAL RD | 14,410 | | 0 | 14,410 |
| 03 | WHEELER CO RD & BRIDGE | 14,410 | | 0 | 14,410 |
| 05 | WATER DISTRICT | 14,410 | | 0 | 14,410 |
| 10 | HOSPITAL #1 | 14,410 | | 0 | 14,410 |
| 28 | FORT ELLIOTT ISD | 14,410 | | 0 | 14,410 |

Property ID: 5468                 Owner: GALMOR FAMILY LMTD PTNSHP

Building Detail

| Sequence | Type | Class | Year Built | Homesite Value | Condition | Percent Good | Square Feet | Replacement Value | Total Value |
|---|---|---|---|---|---|---|---|---|---|
| 1 | RES | RF1+ | 0 | NO | RESPO | 32% | 950 | 29,990 | 8,640 |
| 2 | CP | REF | 0 | NO | | 36% | 120 | 950 | 310 |
| 3 | CRPT | PF2 | 0 | NO | | 85% | 400 | 800 | 610 |
| 4 | STG | 2 | 0 | NO | | 65% | 48 | 190 | 120 |
| 5 | STG | 2 | 0 | NO | | 65% | 64 | 260 | 170 |
| 6 | STG | 4 | 0 | NO | | 90% | 216 | 1,730 | 1,560 |

Total Building Value:  $ 11,410

PAPP 1015

6/4/2019

Property ID: 5468                              Owner: GALMOR FAMILY LMTD PTNSHP

Land Detail

| Land Sequence 1 | | |
|---|---|---|
| Acres: 2 | Market Class: 2/AC-1 | Market Value: 3,000 |
| Land Method: AC | Ag/Timber Class: | Ag/Timber Value: 0 |
| Land Homesiteable: NO | Land Type: | Ag Code: |
| Front Foot: N/A | Rear Foot: N/A | Lot Depth: N/A |
| Front Ft Avg: N/A | Lot Depth %: N/A | Land Square Ft: N/A |

Total Land Value:  $ 3,000

PAPP 1016

6/4/2019

Property ID: 5468                          Owner: GALMOR FAMILY LMTD PTNSHP

Previous Owner Information

| Parcel ID | Seller | Buyer | Volume | Page | File Number | Deed Date |
|---|---|---|---|---|---|---|
| 5468 | GALMOR BOBBY D/SHIRLEY J | GALMOR FAMILY LMTD PTNSHP | 646 | 807 | | 12/2/2011 |
| 5468 | | GALMOR BOBBY D/SHIRLEY J | 540 | 28 | 0 | 7/20/2005 |

PAPP 1017

6/4/2019

Property ID: 5467

Owner: GALMOR FAMILY LMTD PTNSHP

Mobeetie

| Property ID: |
| --- |
| 5467 |

| Property Legal Description: |
| --- |
| H AND GN BLK A-5 SEC 76 |
| E/2 NW/4 |
| 98 ACRES |

| Property Location: |
| --- |
| 8583 FM 48 |

| Survey / Sub Division Abstract: |
| --- |
| H AND GN |
| A-871 |

| Owner Information: |
| --- |
| GALMOR FAMILY LMTD PTNSHP |
| P O BOX 349 |
| SHAMROCK TX 79079 |

| Previous Owner: |
| --- |
| GALMOR BOBBY D/SHIRLEY J |

| Account Number: |  |
| --- | --- |
| 1-31-053000261000000000 |  |

| Deed Information: |  |
| --- | --- |
| Volume: | 646 |
| Page: | 807 |
| File Number: |  |
| Deed Date: | 12/2/2011 |

| Block: | A-5 |
| --- | --- |

| Section / Lot: | 76 |
| --- | --- |

| Property Detail: |  |
| --- | --- |
| Property Exempt: |  |
| Category / SPTB Code: | D1 |
| Total Acres: | 98.000 |
| Total Living Sqft: | See Detail |
| Owner Interest: | 1.000000 |
| Homestead Exemption: |  |
| Homestead Cap Value: | 0 |
| Land Ag / Timber Value: | 0 |
| Land Market Value: | 142,200 |
| Improvement Value: | 670 |

| Jur Code | Jur Name | Total Market | Homestead | Total Exemption | Taxable |
| --- | --- | --- | --- | --- | --- |
| 02 | WHEELER COUNTY | 142,870 | | 0 | 9,670 |
| 04 | WHEELER CO LATERAL RD | 142,870 | | 0 | 9,670 |
| 03 | WHEELER CO RD & BRIDGE | 142,870 | | 0 | 9,670 |
| 05 | WATER DISTRICT | 142,870 | | 0 | 9,670 |
| 10 | HOSPITAL #1 | 142,870 | | 0 | 9,670 |
| 28 | FORT ELLIOTT ISD | 142,870 | | 0 | 9,670 |

Property ID: 5467                    Owner: GALMOR FAMILY LMTD PTNSHP

Building Detail

| Sequence | Type | Class | Year Built | Homesite Value | Condition | Percent Good | Square Feet | Replacement Value | Total Value |
|---|---|---|---|---|---|---|---|---|---|
| 1 | BOXCAR | MTL | 0 | NO | | 35% | 320 | 1,920 | 670 |

Total Building Value:  $ 670

PAPP 1019

Property ID: 5467                              Owner: GALMOR FAMILY LMTD PTNSHP

Land Detail

## Land Sequence 1

| | | |
|---|---|---|
| Acres: 50 | Market Class: D-2 | Market Value: 75,000 |
| Land Method: AC | Ag/Timber Class: D-2 | Ag/Timber Value: 6,500 |
| Land Homesiteable: NO | Land Type: DLCP | Ag Code: 1D1 |
| Front Foot: N/A | Rear Foot: N/A | Lot Depth: N/A |
| Front Ft Avg: N/A | Lot Depth %: N/A | Land Square Ft: N/A |

## Land Sequence 2

| | | |
|---|---|---|
| Acres: 48 | Market Class: P-4 | Market Value: 67,200 |
| Land Method: AC | Ag/Timber Class: P-4 | Ag/Timber Value: 2,500 |
| Land Homesiteable: NO | Land Type: NATP | Ag Code: 1D1 |
| Front Foot: N/A | Rear Foot: N/A | Lot Depth: N/A |
| Front Ft Avg: N/A | Lot Depth %: N/A | Land Square Ft: N/A |

Total Land Value: $ 142,200

Property ID: 5467                              Owner: GALMOR FAMILY LMTD PTNSHP

Previous Owner Information

| el ID | Seller | Buyer | Volume | Page | File Number | Deed Date |
|-------|--------|-------|--------|------|-------------|-----------|
| 5467 | GALMOR BOBBY D/SHIRLEY J | GALMOR FAMILY LMTD PTNSHP | 646 | 807 | | 12/2/2011 |
| 5467 | | GALMOR BOBBY D/SHIRLEY J | 540 | 28 | 0 | 7/20/2005 |

PAPP 1021

**Bradley**

PAPP 1022

Property ID: 4382      Owner: GALMOR FAMILY LMTD PTNSHP

**Financed @ GPNB**

| Property ID: | |
|---|---|
| 4382 | |

| Account Number: | |
|---|---|
| 1-21-071000276000000000 | |

| Property Legal Description: | |
|---|---|
| H AND GN BLK 17 SEC 59 | |
| 601 AC | |
| FRONTAGE RD | |

| Deed Information: | |
|---|---|
| Volume: | 646 |
| Page: | 795 |
| File Number: | |
| Deed Date: | 12/2/2011 |

| Property Location: | |
|---|---|
| N 1-40 | |
| SHAMROCK TX 79079 | |

| Block: | 17 |
|---|---|

| Survey / Sub Division Abstract: | |
|---|---|
| H AND GN | |

| Section / Lot: | 59 |
|---|---|

| Owner Information: | |
|---|---|
| GALMOR FAMILY LMTD PTNSHP | |
| P O BOX 349 | |
| ) | |
| SHAMROCK TX 79079 | |

| Property Detail: | |
|---|---|
| Property Exempt: | |
| Category / SPTB Code: | D1 |
| Total Acres: | 601.000 |
| Total Living Sqft: | See Detail |
| Owner Interest: | 1.000000 |
| Homestead Exemption: | |
| Homestead Cap Value: | 0 |
| Land Ag / Timber Value: | 0 |
| Land Market Value: | 601,000 |
| Improvement Value: | 4,160 |

| Previous Owner: | |
|---|---|
| GALMOR BOBBY D/SHIRLEY J | |

| Jur Code | Jur Name | Total Market | Homestead | Total Exemption | Taxable |
|---|---|---|---|---|---|
| 02 | WHEELER COUNTY | 605,160 | | 0 | 16,180 |
| 04 | WHEELER CO LATERAL RD | 605,160 | | 0 | 16,180 |
| 03 | WHEELER CO RD & BRIDGE | 605,160 | | 0 | 16,180 |
| 05 | WATER DISTRICT | 605,160 | | 0 | 16,180 |
| 11 | HOSPITAL #2 | 605,160 | | 0 | 16,180 |
| 29 | SHAMROCK ISD | 605,160 | | 0 | 16,180 |

Property ID: 4382                         Owner: GALMOR FAMILY LMTD PTNSHP

Building Detail

| .Juence | Type | Class | Year Built | Homesite Value | Condition | Percent Good | Square Feet | Replacement Value | Total Value |
|---|---|---|---|---|---|---|---|---|---|
| 1 | UTILITY | UDPL | 2004 | NO | C20FA | 52% | 1,500 | 5,870 | 3,040 |
| 2 | Lvstk | LDpL | 1998 | NO | C20PO | 30% | 960 | 3,720 | 1,120 |

Total Building Value:  $ 4,160

PAPP 1024

6/4/2019

Wheeler County Appraisal District    Account # 71 A07 4002 760000000    Page 3 of 4

Property ID: 4382                           Owner: GALMOR FAMILY LMTD PTNSHP

Land Detail

```
+-----------------------------------------------------------------------------------+
|                              Land Sequence 1                                      |
|                                                                                   |
|            Acres: 601          Market Class: P-7          Market Value: 601,000    |
|      Land Method: AC         Ag/Timber Class: P-7       Ag/Timber Value: 12,020    |
| Land Homesiteable: NO            Land Type: NATP               Ag Code: 1D1        |
|       Front Foot: N/A            Rear Foot: N/A             Lot Depth: N/A         |
|     Front Ft Avg: N/A          Lot Depth %: N/A        Land Square Ft: N/A         |
+-----------------------------------------------------------------------------------+
```

Total Land Value:  $ 601,000

PAPP 1025

Property ID: 4382                              Owner: GALMOR FAMILY LMTD PTNSHP

Previous Owner Information

| rcel ID | Seller | Buyer | Volume | Page | File Number | Deed Date |
|---|---|---|---|---|---|---|
| 4382 | GALMOR BOBBY D/SHIRLEY J | GALMOR FAMILY LMTD PTNSHP | 646 | 795 | | 12/2/2011 |
| 4382 | BRADLEY DONALD S | GALMOR BOBBY D/SHIRLEY J | 625 | 227 | | 11/16/2010 |

PAPP 1026

6/4/2019

**Flats**

Wheeler County Appraisal District - Account # 1-21-06100001510000000000

Page 1 of 4

Property ID: 75410

Owner: GALMOR FAMILY LMTD PTNSHP

*Financed: @PNB*

| Property ID: | |
|---|---|
| 75410 | |

| Property Legal Description: | |
|---|---|
| H AND GN BLK A-8 SEC 5 | |
| 200 AC ROCK QUARRY | |

| Property Location: | |
|---|---|
| 6050 FM 592 | |

| Survey / Sub Division Abstract: | |
|---|---|
| H AND GN | |

| Owner Information: | |
|---|---|
| GALMOR FAMILY LMTD PTNSHP | |
| P O BOX 349 | |
| SHAMROCK TX 79079 | |

| Previous Owner: | |
|---|---|
| GALMOR BOBBY | |

| Account Number: | |
|---|---|
| 1-21-06100001510000000000 | |

| Deed Information: | |
|---|---|
| Volume: | 646 |
| Page: | 789 |
| File Number: | |
| Deed Date: | 12/2/2011 |

| Block: | A-8 |
|---|---|
| Section / Lot: | 5 |

| Property Detail: | |
|---|---|
| Property Exempt: | |
| Category / SPTB Code: | F1 |
| Total Acres: | 200.000 |
| Total Living Sqft: | See Detail |
| Owner Interest: | 1.000000 |
| Homestead Exemption: | |
| Homestead Cap Value: | 0 |
| Land Ag / Timber Value: | 0 |
| Land Market Value: | 400,000 |
| Improvement Value: | 66,250 |

| Jur Code | Jur Name | Total Market | Homestead | Total Exemption | Taxable |
|---|---|---|---|---|---|
| 02 | WHEELER COUNTY | 466,250 | | 0 | 466,250 |
| 04 | WHEELER CO LATERAL RD | 466,250 | | 0 | 466,250 |
| 03 | WHEELER CO RD & BRIDGE | 466,250 | | 0 | 466,250 |
| 05 | WATER DISTRICT | 466,250 | | 0 | 466,250 |
| 11 | HOSPITAL #2 | 466,250 | | 0 | 466,250 |
| 29 | SHAMROCK ISD | 466,250 | | 0 | 466,250 |

PAPP 1028

Case 20-02003-rli Doc 45-1 Filed 12/08/21 Entered 12/08/21 16:34:41 Page 382 of 657
Wheeler County Appraisal District - Account # 1-21-06100001510000000

Page 2 of 4

Property ID: 75410                                Owner: GALMOR FAMILY LMTD PTNSHP

Building Detail

| ,uence | Type | Class | Year Built | Homesite Value | Condition | Percent Good | Square Feet | Replacement Value | Total Value |
|---|---|---|---|---|---|---|---|---|---|
| 1 | OFFICE | SOSA | 2011 | NO | C30VG | 91% | 750 | 32,780 | 29,860 |
| 2 | UTL BLDG | USG | 2011 | NO | C30VG | 91% | 750 | 16,790 | 15,290 |
| 3 | STG | 3 | 0 | NO | | 90% | 240 | 1,440 | 1,300 |
| 4 | UTL BLDG | USG | 0 | NO | C30EX | 97% | 912 | 20,410 | 19,800 |

Total Building Value: $ 66,250

Property ID: 75410                                      Owner: GALMOR FAMILY LMTD PTNSHP

Land Detail

| Land Sequence 1 | | |
|---|---|---|
| Acres: 200 | Market Class: COMMA | Market Value: 400,000 |
| Land Method: AC | Ag/Timber Class: | Ag/Timber Value: 0 |
| Land Homesiteable: NO | Land Type: NATP | Ag Code: |
| Front Foot: N/A | Rear Foot: N/A | Lot Depth: N/A |
| Front Ft Avg: N/A | Lot Depth %: N/A | Land Square Ft: N/A |

Total Land Value:  $ 400,000

PAPP 1030

Case 20-02003-rlj Doc 45-1 Filed 12/08/21 Entered 12/08/21 16:34:41 Page 384 of 657
Wheeler County Appraisal District - Account # 1-21-06100015100000000

Page 4 of 4

Property ID: 75410                                      Owner: GALMOR FAMILY LMTD PTNSHP

Previous Owner Information

| el ID | Seller | Buyer | Volume | Page | File Number | Deed Date |
|-------|--------|-------|--------|------|-------------|-----------|
| 75410 | GALMOR BOBBY | GALMOR FAMILY LMTD PTNSHP | 646 | 789 | | 12/2/2011 |

PAPP 1031

Property ID: 3728                           Owner: GALMOR FAMILY LMTD PTNSHP

*Financed: GP NB*

| Property ID: | Account Number: |
|---|---|
| 3728 | 1-21-061000015000000000 |

**Property Legal Description:**

H AND GN BLK A-8 SEC 5

**Deed Information:**

| Volume: | 646 |
|---|---|
| Page: | 789 |
| File Number: | |
| Deed Date: | 12/2/2011 |

**Property Location:**

6050 FM 592

| Block: | A-8 |
|---|---|

**Survey / Sub Division Abstract:**

H AND GN

| Section / Lot: | 5 |
|---|---|

**Owner Information:**

GALMOR FAMILY LMTD PTNSHP

P O BOX 349

SHAMROCK TX 79079

**Previous Owner:**

GALMOR BOBBY

**Property Detail:**

| Property Exempt: | |
|---|---|
| Category / SPTB Code: | D1 |
| Total Acres: | 440.000 |
| Total Living Sqft: | See Detail |
| Owner Interest: | 1.000000 |
| Homestead Exemption: | |
| Homestead Cap Value: | 0 |
| Land Ag / Timber Value: | 0 |
| Land Market Value: | 457,400 |
| Improvement Value: | 2,810 |

| Jur Code | Jur Name | Total Market | Homestead | Total Exemption | Taxable |
|---|---|---|---|---|---|
| 02 | WHEELER COUNTY | 460,210 | | 0 | 42,910 |
| 04 | WHEELER CO LATERAL RD | 460,210 | | 0 | 42,910 |
| 03 | WHEELER CO RD & BRIDGE | 460,210 | | 0 | 42,910 |
| 05 | WATER DISTRICT | 460,210 | | 0 | 42,910 |
| 11 | HOSPITAL #2 | 460,210 | | 0 | 42,910 |
| 29 | SHAMROCK ISD | 460,210 | | 0 | 42,910 |

PAPP 1032

Property ID: 3728                    Owner: GALMOR FAMILY LMTD PTNSHP

Building Detail

| quence | Type | Class | Year Built | Homesite Value | Condition | Percent Good | Square Feet | Replacement Value | Total Value |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Lvstk | LDpA | 2013 | NO | C20FA | 52% | 800 | 4,240 | 2,200 |
| 2 | Lvstk | LDpA | 2013 | NO | C20FA | 52% | 224 | 1,190 | 610 |

Total Building Value: $ 2,810

PAPP 1033

Property ID: 3728 Owner: GALMOR FAMILY LMTD PTNSHP

Land Detail

### Land Sequence 1

| | | |
|---|---|---|
| Acres: 286.5 | Market Class: D-4 | Market Value: 257,850 |
| Land Method: AC | Ag/Timber Class: D-4 | Ag/Timber Value: 33,810 |
| Land Homesiteable: NO | Land Type: DLCP | Ag Code: 1D1 |
| Front Foot: N/A | Rear Foot: N/A | Lot Depth: N/A |
| Front Ft Avg: N/A | Lot Depth %: N/A | Land Square Ft: N/A |

### Land Sequence 2

| | | |
|---|---|---|
| Acres: 153.5 | Market Class: P-5 | Market Value: 199,550 |
| Land Method: AC | Ag/Timber Class: P-5 | Ag/Timber Value: 6,290 |
| Land Homesiteable: NO | Land Type: NATP | Ag Code: 1D1 |
| Front Foot: N/A | Rear Foot: N/A | Lot Depth: N/A |
| Front Ft Avg: N/A | Lot Depth %: N/A | Land Square Ft: N/A |

Total Land Value: $ 457,400

PAPP 1034

Wheeler County Appraisal District - Account # 1-21-0610000fs000000000

Property ID: 3728                                      Owner: GALMOR FAMILY LMTD PTNSHP

Previous Owner Information

| cel ID | Seller | Buyer | Volume | Page | File Number | Deed Date |
|--------|--------|-------|--------|------|-------------|-----------|
| 3728 | GALMOR BOBBY | GALMOR FAMILY LMTD PTNSHP | 646 | 789 | | 12/2/2011 |
| 3728 | EMMERT STEVEN | GALMOR BOBBY | 566 | 101 | 288000 | 4/25/2007 |
| 3728 | FRANKLIN & WISBY TRUST | EMMERT STEVEN & GWEN | 454 | 408 | 53369 | 8/25/1997 |

PAPP 1035

Wheeler County Appraisal District - Account # 1-21-061000010000000000

Property ID: 3723                          Owner: GALMOR FAMILY LMTD PTNSHP

*Financed: GPNB*

| Property ID: | | Account Number: | |
|---|---|---|---|
| 3723 | | 1-21-061000010000000000 | |

| Property Legal Description: | | Deed Information: | |
|---|---|---|---|
| H AND GN BLK A-8 SEC 4 | | Volume: | 646 |
| (ALL EXC S/2 OF SE/4) | | Page: | 789 |
| 560 ACRES | | File Number: | |
| | | Deed Date: | 12/2/2011 |

| Property Location: | | | |
|---|---|---|---|
| | | Block: | A-8 |
| Survey / Sub Division Abstract: | | | |
| H AND GN | | Section / Lot: | 4 |

| Owner Information: | Property Detail: | |
|---|---|---|
| GALMOR FAMILY LMTD PTNSHP | Property Exempt: | |
| | Category / SPTB Code: | D1 |
| P O BOX 349 | Total Acres: | 560.000 |
| | Total Living Sqft: | See Detail |
| SHAMROCK TX 79079 | Owner Interest: | 1.000000 |
| | Homestead Exemption: | |
| Previous Owner: | Homestead Cap Value: | 0 |
| GALMOR BOBBY D/SHIRLEY J | Land Ag / Timber Value: | 0 |
| | Land Market Value: | 642,000 |
| | Improvement Value: | 0 |

| Jur Code | Jur Name | Total Market | Homestead | Total Exemption | Taxable |
|---|---|---|---|---|---|
| 02 | WHEELER COUNTY | 642,000 | | 0 | 207,870 |
| 04 | WHEELER CO LATERAL RD | 642,000 | | 0 | 207,870 |
| 03 | WHEELER CO RD & BRIDGE | 642,000 | | 0 | 207,870 |
| 05 | WATER DISTRICT | 642,000 | | 0 | 207,870 |
| 11 | HOSPITAL #2 | 642,000 | | 0 | 207,870 |
| 29 | SHAMROCK ISD | 642,000 | | 0 | 207,870 |

PAPP 1036

Property ID: 3723                                  Owner: GALMOR FAMILY LMTD PTNSHP

Land Detail

### Land Sequence 1

| | | |
|---|---|---|
| Acres: 80 | Market Class: I-2 | Market Value: 112,000 |
| Land Method: AC | Ag/Timber Class: I-2 | Ag/Timber Value: 51,200 |
| Land Homesiteable: NO | Land Type: IRCP | Ag Code: 1D1 |
| Front Foot: N/A | Rear Foot: N/A | Lot Depth: N/A |
| Front Ft Avg: N/A | Lot Depth %: N/A | Land Square Ft: N/A |

### Land Sequence 2

| | | |
|---|---|---|
| Acres: 355 | Market Class: I-4 | Market Value: 355,000 |
| Land Method: AC | Ag/Timber Class: I-4 | Ag/Timber Value: 150,170 |
| Land Homesiteable: NO | Land Type: IRCP | Ag Code: 1D1 |
| Front Foot: N/A | Rear Foot: N/A | Lot Depth: N/A |
| Front Ft Avg: N/A | Lot Depth %: N/A | Land Square Ft: N/A |

### Land Sequence 4

| | | |
|---|---|---|
| Acres: 125 | Market Class: P-4 | Market Value: 175,000 |
| Land Method: AC | Ag/Timber Class: P-4 | Ag/Timber Value: 6,500 |
| Land Homesiteable: NO | Land Type: NATP | Ag Code: 1D1 |
| Front Foot: N/A | Rear Foot: N/A | Lot Depth: N/A |
| Front Ft Avg: N/A | Lot Depth %: N/A | Land Square Ft: N/A |

Total Land Value:  $ 642,000

PAPP 1037

Property ID: 3723                                    Owner: GALMOR FAMILY LMTD PTNSHP

Previous Owner Information

| Parcel ID | Seller | Buyer | Volume | Page | File Number | Deed Date |
|---|---|---|---|---|---|---|
| 3723 | GALMOR BOBBY D/SHIRLEY J | GALMOR FAMILY LMTD PTNSHP | 646 | 789 | | 12/2/2011 |
| 3723 | | GALMOR BOBBY D/SHIRLEY J | 540 | 28 | 0 | 7/20/2005 |
| 3723 | DAVENPORT/GALMOR/MORGAN | GALMOR BOBBY D | 525 | 229 | 224000 | 8/26/2004 |
| 3723 | WILDCAT CEMENT CO | DAVENPORT/GALMOR/MORGAN | 505 | 76 | 0 | 3/28/2003 |
| 3723 | JERNIGAN JERRY BOB & JUDY | WILDCAT CEMENT CO | 489 | 905 | 0 | 9/21/2001 |
| 3723 | TINDALL J R | JERNIGAN JERRY BOB & JUDY | 478 | 52 | 0 | 9/1/2000 |

PAPP 1038

**Hanger**

Case 20-02003-rlj Doc 45-1 Filed 12/08/21 Entered 12/08/21 16:34:41 Page 393 of 657
**Wheeler County Appraisal District - Account # 1-21-071000280510000000**

Page 1 of 2

Property ID: 4390                    Owner: GALMOR BOB

| Property ID: | Account Number: |
|---|---|
| 4390 | 1-21-071000280510000000 |

**Property Legal Description:**

H AND GN BLK 17 SEC 60

IMPROVEMENTS ONLY

(ACFT HANGAR)

AIRPORT RD OFF I-40 FRONT N

**Deed Information:**

| Volume: | |
| Page: | |
| File Number: | |
| Deed Date: | |

**Property Location:**

E 1-40

SHAMROCK TX 79079

Block: 17

**Survey / Sub Division Abstract:**

H AND GN

Section / Lot: 60

**Owner Information:**

GALMOR BOB

PO BOX 349

SHAMROCK TX 79079 0349

**Previous Owner:**

**Property Detail:**

| Property Exempt: | |
|---|---|
| Category / SPTB Code: | E2 |
| Total Acres: | 0.000 |
| Total Living Sqft: | See Detail |
| Owner Interest: | 1.000000 |
| Homestead Exemption: | |
| Homestead Cap Value: | 0 |
| Land Ag / Timber Value: | 0 |
| Land Market Value: | 0 |
| Improvement Value: | 91,840 |

| Jur Code | Jur Name | Total Market | Homestead | Total Exemption | Taxable |
|---|---|---|---|---|---|
| 02 | WHEELER COUNTY | 91,840 | | 0 | 91,840 |
| 04 | WHEELER CO LATERAL RD | 91,840 | | 0 | 91,840 |
| 03 | WHEELER CO RD & BRIDGE | 91,840 | | 0 | 91,840 |
| 05 | WATER DISTRICT | 91,840 | | 0 | 91,840 |
| 11 | HOSPITAL #2 | 91,840 | | 0 | 91,840 |
| 29 | SHAMROCK ISD | 91,840 | | 0 | 91,840 |

PAPP 1040

Wheeler County Appraisal District - Account # 1-21-07100028051000000

Property ID: 4390                                     Owner: GALMOR BOB

Building Detail

| Sequence | Type | Class | Year Built | Homesite Value | Condition | Percent Good | Square Feet | Replacement Value | Total Value |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Stg Hanger | SHSL | 1999 | NO | C30GD | 77% | 4,960 | 104,110 | 80,580 |
| 2 | CONC | 1 | 0 | NO | | 80% | 4,020 | 14,070 | 11,260 |

Total Building Value: $ 91,840

**North Twitty**

PAPP 1042

Wheeler County Appraisal District - Account # 1-21-061000050000000000

Property ID: 3764                              Owner: GALMOR FAMILY LMTD PTNSHP

*Financed: Capital Farm Credit*

| Property ID: |
| --- |
| 3764 |

| Property Legal Description: |
| --- |
| H AND GN BLK A-8 SEC 10 |
| NW/4 OF W/2 |
| 281.88 ACRES |

| Property Location: |
| --- |
| HWY 83 |

| Survey / Sub Division Abstract: |
| --- |
| H AND GN |

| Owner Information: |
| --- |
| GALMOR FAMILY LMTD PTNSHP |
| P O BOX 349 |
| SHAMROCK TX 79079 |

| Previous Owner: |
| --- |

| Account Number: |
| --- |
| 1-21-061000050000000000 |

| Deed Information: | |
| --- | --- |
| Volume: | 540 |
| Page: | 28 |
| File Number: | 0 |
| Deed Date: | 7/20/2005 |

| Block: | A-8 |
| --- | --- |

| Section / Lot: | 10 |
| --- | --- |

| Property Detail: | |
| --- | --- |
| Property Exempt: | |
| Category / SPTB Code: | D1 |
| Total Acres: | 281.880 |
| Total Living Sqft: | See Detail |
| Owner Interest: | 1.000000 |
| Homestead Exemption: | |
| Homestead Cap Value: | 0 |
| Land Ag / Timber Value: | 0 |
| Land Market Value: | 356,220 |
| Improvement Value: | 3,350 |

| Jur Code | Jur Name | Total Market | Homestead | Total Exemption | Taxable |
| --- | --- | --- | --- | --- | --- |
| 02 | WHEELER COUNTY | 359,570 | | 0 | 26,120 |
| 04 | WHEELER CO LATERAL RD | 359,570 | | 0 | 26,120 |
| 03 | WHEELER CO RD & BRIDGE | 359,570 | | 0 | 26,120 |
| 05 | WATER DISTRICT | 359,570 | | 0 | 26,120 |
| 11 | HOSPITAL #2 | 359,570 | | 0 | 26,120 |
| 29 | SHAMROCK ISD | 359,570 | | 0 | 26,120 |

PAPP 1043

Property ID: 3764                          Owner: GALMOR FAMILY LMTD PTNSHP

Building Detail

| Sequence | Type | Class | Year Built | Homesite Value | Condition | Percent Good | Square Feet | Replacement Value | Total Value |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Lvstk | LDpA | 2011 | NO | C20FA | 57% | 1,100 | 5,830 | 3,350 |

Total Building Value: $ 3,350

Property ID: 3764        Owner: GALMOR FAMILY LMTD PTNSHP

Land Detail

### Land Sequence 1

| | | |
|---|---|---|
| Acres: 140.2 | Market Class: D-3 | Market Value: 168,240 |
| Land Method: AC | Ag/Timber Class: D-3 | Ag/Timber Value: 16,540 |
| Land Homesiteable: NO | Land Type: DLCP | Ag Code: 1D1 |
| Front Foot: N/A | Rear Foot: N/A | Lot Depth: N/A |
| Front Ft Avg: N/A | Lot Depth %: N/A | Land Square Ft: N/A |

### Land Sequence 2

| | | |
|---|---|---|
| Acres: 38 | Market Class: P-4 | Market Value: 53,200 |
| Land Method: AC | Ag/Timber Class: P-4 | Ag/Timber Value: 1,980 |
| Land Homesiteable: NO | Land Type: NATP | Ag Code: 1D1 |
| Front Foot: N/A | Rear Foot: N/A | Lot Depth: N/A |
| Front Ft Avg: N/A | Lot Depth %: N/A | Land Square Ft: N/A |

### Land Sequence 3

| | | |
|---|---|---|
| Acres: 103.68 | Market Class: P-5 | Market Value: 134,780 |
| Land Method: AC | Ag/Timber Class: P-5 | Ag/Timber Value: 4,250 |
| Land Homesiteable: NO | Land Type: NATP | Ag Code: 1D1 |
| Front Foot: N/A | Rear Foot: N/A | Lot Depth: N/A |
| Front Ft Avg: N/A | Lot Depth %: N/A | Land Square Ft: N/A |

Total Land Value: $ 356,220

PAPP 1045

Property ID: 3764                              Owner: GALMOR FAMILY LMTD PTNSHP

Previous Owner Information

| rcel ID | Seller | Buyer | Volume | Page | File Number | Deed Date |
|---------|--------|-------|--------|------|-------------|-----------|
| 3764 | GALMOR MICHAEL STEPHEN | GALMOR FAMILY LMTD PTNSHP | 0 | 0 | | 1/1/1900 |
| 3764 | | GALMOR BOBBY D/SHIRLEY J | 540 | 28 | 0 | 7/20/2005 |
| 3764 | TINDALL J R | GALMOR BOBBY D | 467 | 727 | 88104 | 9/21/1999 |

Wheeler County Appraisal District - Account # 1-21-061000037000000000

Property ID: 3747

Owner: GALMOR FAMILY LMTD PTNSHP

*Financed Capital Farm Credit*

| Property ID: | |
|---|---|
| 3747 | |

**Property Legal Description:**

H AND GN BLK A-8 SEC 9

OUT OF E/2

299.45 ACRES

**Property Location:**

**Survey / Sub Division Abstract:**

H AND GN

**Owner Information:**

GALMOR FAMILY LMTD PTNSHP

P O BOX 349

SHAMROCK TX 79079

**Previous Owner:**

GALMOR BOBBY D/SHIRLEY J

**Account Number:**

1-21-061000037000000000

**Deed Information:**

| Volume: | 646 |
|---|---|
| Page: | 789 |
| File Number: | |
| Deed Date: | 12/2/2011 |

| Block: | A-8 |
|---|---|

| Section / Lot: | 9 |
|---|---|

**Property Detail:**

| Property Exempt: | |
|---|---|
| Category / SPTB Code: | D1 |
| Total Acres: | 299.450 |
| Total Living Sqft: | See Detail |
| Owner Interest: | 1.000000 |
| Homestead Exemption: | |
| Homestead Cap Value: | 0 |
| Land Ag / Timber Value: | 0 |
| Land Market Value: | 291,740 |
| Improvement Value: | 25,090 |

| Jur Code | Jur Name | Total Market | Homestead | Total Exemption | Taxable |
|---|---|---|---|---|---|
| 02 | WHEELER COUNTY | 316,830 | | 0 | 46,920 |
| 04 | WHEELER CO LATERAL RD | 316,830 | | 0 | 46,920 |
| 03 | WHEELER CO RD & BRIDGE | 316,830 | | 0 | 46,920 |
| 05 | WATER DISTRICT | 316,830 | | 0 | 46,920 |
| 11 | HOSPITAL #2 | 316,830 | | 0 | 46,920 |
| 29 | SHAMROCK ISD | 316,830 | | 0 | 46,920 |

PAPP 1047

Property ID: 3747                                    Owner: GALMOR FAMILY LMTD PTNSHP

Building Detail

| Sequence | Type | Class | Year Built | Homesite Value | Condition | Percent Good | Square Feet | Replacement Value | Total Value |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Lvstk | LDpL | 2009 | NO | C20FA | 52% | 2,900 | 11,250 | 5,830 |
| 2 | Shop | ESDPL | 2001 | NO | C20FA | 49% | 4,000 | 26,240 | 12,860 |
| 3 | Lean-To | LTDpL | 2004 | NO | C20FA | 57% | 2,900 | 9,480 | 5,440 |
| 4 | STG | CONT | 0 | NO | | 60% | 160 | 1,600 | 960 |

Total Building Value:  $ 25,090

Property ID: 3747

Owner: GALMOR FAMILY LMTD PTNSHP

Land Detail

### Land Sequence 1

| | | |
|---|---|---|
| Acres: 95.6 | Market Class: D-4 | Market Value: 86,040 |
| Land Method: AC | Ag/Timber Class: D-4 | Ag/Timber Value: 11,280 |
| Land Homesiteable: NO | Land Type: DLCP | Ag Code: 1D1 |
| Front Foot: N/A | Rear Foot: N/A | Lot Depth: N/A |
| Front Ft Avg: N/A | Lot Depth %: N/A | Land Square Ft: N/A |

### Land Sequence 3

| | | |
|---|---|---|
| Acres: 117 | Market Class: D-5 | Market Value: 87,750 |
| Land Method: AC | Ag/Timber Class: D-5 | Ag/Timber Value: 6,440 |
| Land Homesiteable: NO | Land Type: DLCP | Ag Code: 1D1 |
| Front Foot: N/A | Rear Foot: N/A | Lot Depth: N/A |
| Front Ft Avg: N/A | Lot Depth %: N/A | Land Square Ft: N/A |

### Land Sequence 4

| | | |
|---|---|---|
| Acres: 50.46 | Market Class: P-4 | Market Value: 70,640 |
| Land Method: AC | Ag/Timber Class: P-4 | Ag/Timber Value: 2,620 |
| Land Homesiteable: NO | Land Type: NATP | Ag Code: 1D1 |
| Front Foot: N/A | Rear Foot: N/A | Lot Depth: N/A |
| Front Ft Avg: N/A | Lot Depth %: N/A | Land Square Ft: N/A |

### Land Sequence 5

| | | |
|---|---|---|
| Acres: 36.39 | Market Class: P-5 | Market Value: 47,310 |
| Land Method: AC | Ag/Timber Class: P-5 | Ag/Timber Value: 1,490 |
| Land Homesiteable: NO | Land Type: NATP | Ag Code: 1D1 |
| Front Foot: N/A | Rear Foot: N/A | Lot Depth: N/A |
| Front Ft Avg: N/A | Lot Depth %: N/A | Land Square Ft: N/A |

Total Land Value: $ 291,740

PAPP 1049

Property ID: 3747                                    Owner: GALMOR FAMILY LMTD PTNSHP

Previous Owner Information

| rcel ID | Seller | Buyer | Volume | Page | File Number | Deed Date |
|---|---|---|---|---|---|---|
| 3747 | GALMOR BOBBY D/SHIRLEY J | GALMOR FAMILY LMTD PTNSHP | 646 | 789 | | 12/2/2011 |
| 3747 | | GALMOR BOBBY D/SHIRLEY J | 540 | 28 | 0 | 7/20/2005 |
| 3747 | TINDALL J R | GALMOR BOBBY D | 467 | 727 | 89800 | 9/21/1999 |

PAPP 1050

NOTICE OF CONFIDENTIALITY RIGHTS:   IF YOU ARE A NATURAL PERSON, YOU MAY
REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM ANY
INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS
FILED FOR RECORD IN THE PUBLIC RECORDS:   YOUR SOCIAL SECURITY NUMBER
OR YOUR DRIVER'S LICENSE NUMBER.

VOL 694 PAGE 558         Deed of Trust          | Exhibit 014 |

                        Basic Information

Date:  October 7, 2014

Grantor:

        MICHAEL STEPHEN GALMOR, a single person

Grantor's Mailing Address:

        MICHAEL STEPHEN GALMOR
        P. O. Box 349]
        Shamrock, TX 79079

Trustee:    KENNETH W. FIELDS

Trustee's Mailing Address:

        P. O. Box 662, Pampa, Texas 79066-0662

Lender:    GALMOR FAMILY LIMITED PARTNERSHIP, a Texas limited partnership

Lender's Mailing Address:

        P. O. Box 349
        Shamrock, TX 79079

Obligation

    Note

        Date:   October 7, 2014
        Original principal amount:      $50,000.00
        Borrower:     MICHAEL STEPHEN GALMOR
        Lender: GALMOR FAMILY LIMITED PARTNERSHIP
        Maturity date:      July 1, 2019
        Terms of Payment:      As provided in the note.

        Other Debt:   None.

Property (including any improvements):   See Exhibit "A" attached hereto.

Prior Lien:   None.



**EXHIBIT**
18
DEPONENT NAME:
Galmor        DATE: 3/24/21

Other Exceptions to Conveyance and Warranty: VOL 694 PAGE 559

Liens described as part of the Consideration and any other liens described in the deed to Grantor as being either assumed or subject to which title is taken; validly existing easements, rights-of-way, and prescriptive rights, whether of record or not; all presently recorded and validly existing instruments, other than conveyances of the surface fee estate, that affect the Property; and taxes for 2014, and subsequent assessments for that and prior years due to change in land usage, ownership, or both.

**A.    Granting Clause**

For value received and to secure payment of the Obligation, Grantor conveys the Property to Trustee in trust. Grantor warrants and agrees to defend the title to the Property, subject to the Other Exceptions to Conveyance and Warranty. On payment of the Obligation and all other amounts secured by this deed of trust, this deed of trust will have no further effect, and Lender will release it at Grantor's expense.

**B.    Grantor's Obligations**

B.1.    Grantor agrees to maintain all property and liability insurance coverages with respect to the Property, revenues generated by the Property, and operations on the Property that Lender reasonably requires ("Required Insurance Coverages"), issued by insurers and written on policy forms acceptable to Lender, and as to property loss, that are payable to Lender under policies containing standard mortgage clauses, and deliver evidence of the Required Insurance Coverages in a form acceptable to Lender before execution of this deed of trust and again at least ten days before the expiration of the Required Insurance Coverages.

B.2    Grantor agrees to-

a.    keep the Property in good repair and condition;

b.    pay all taxes and assessments on the Property before delinquency, not authorize a taxing entity to transfer its tax lien on the Property to anyone other than Lender, and not request a deferral of the collection of taxes pursuant to section 33.06 of the Texas Tax Code;

c.    defend title to the Property subject to the Other Exceptions to Conveyance and Warranty and preserve the lien's priority as it is established in this deed of trust;

d.    obey all laws, ordinances, and restrictive covenants applicable to the Property;

e.    keep any buildings occupied as required by the Required Insurance Coverages;

f.    if the lien of this deed of trust is not a first lien, pay or cause to be paid all prior lien notes and abide by or cause to be abided by all prior lien instruments; and

g.    notify Lender of any change of address.

**C.    Lender's Rights**

C.1.    Lender or Lender's mortgage servicer may appoint in writing one or more substitute trustees, succeeding to all rights and responsibilities of Trustee.

**VOL 694 PAGE 560**

C.2.   If the proceeds of the Obligation are used to pay any debt secured by prior liens, Lender is subrogated to all the rights and liens of the holders of any debt so paid.

C.3.   Lender may apply any proceeds received under the property insurance policies covering the Property either to reduce the Obligation or to repair or replace damaged or destroyed improvements covered by the policy.  If the Property is Grantor's primary residence and Lender reasonably determines that repairs to the improvements are economically feasible, Lender will make the property insurance proceeds available to Grantor for repairs.

C.4.   Notwithstanding the terms of the Note to the contrary, and unless applicable law prohibits, all payments received by Lender from Grantor with respect to the Obligation or this deed of trust may, at Lender's discretion, be applied first to amounts payable under this deed of trust and then to amounts due and payable to Lender with respect to the Obligation, to be applied to late charges, principal, or interest in the order Lender in its discretion determines.

C.5.   If Grantor fails to perform any of Grantor's obligations, Lender may perform those obligations and be reimbursed by Grantor on demand for any amounts so paid, including attorney's fees, plus interest on those amounts from the dates of payment at the rate stated in the Note for matured, unpaid amounts.  The amount to be reimbursed will be secured by this deed of trust.

C.6.   COLLATERAL PROTECTION INSURANCE NOTICE

In accordance with the provisions of Section 307.052(a) of the Texas Finance Code, the Beneficiary hereby notifies the Grantor as follows:

   (A)   the Grantor is required to:

      (i)   keep the collateral insured against damage in the amount the Lender specifies;

      (ii)   purchase the insurance from an insurer that is authorized to do business in the state of Texas or an eligible surplus lines insurer; and

      (iii)   name the Lender as the person to be paid under the policy in the event of a loss;

   (B)   the Grantor must, if required by the Lender, deliver to the Lender a copy of the policy and proof of the payment of premiums; and

   (C)   if the Grantor fails to meet any requirement listed in Paragraph (A) or (B), the Lender may obtain collateral protection insurance on behalf of the Grantor at the Grantor's expense.

C.7.   If a default exists in payment of the Obligation or performance of Grantor obligations and the default continues after any required notice of the default and the time allowed to cure, Lender may-

      a.   declare the unpaid principal balance and earned interest on the Obligation immediately due;

      b.   exercise Lender's rights with respect to rent under the Texas Property Code as then in effect;

rVOL 694 PAGE 561

   c.    direct Trustee to foreclose this lien, in which case Lender or Lender's agent will cause notice of the foreclosure sale to be given as provided by the Texas Property Code as then in effect; and

   d.    purchase the Property at any foreclosure sale by offering the highest bid and then have the bid credited on the Obligation.

*C.8.*    Lender may remedy any default without waiving it and may waive any default without waiving any prior or subsequent default.

**D.**    **Trustee's Rights and Duties**

If directed by Lender to foreclose this lien, Trustee will-

*D.1.*    either personally or by agent give notice of the foreclosure sale as required by the Texas Property Code as then in effect;

*D.2.*    sell and convey all or part of the Property "AS IS" to the highest bidder for cash with a general warranty binding Grantor, subject to the Prior Lien and to the Other Exceptions to Conveyance and Warranty and without representation or warranty, express or implied, by Trustee;

*D.3.*    from the proceeds of the sale, pay, in this order-

   a.    expenses of foreclosure, including a reasonable commission to Trustee;

   b.    to Lender, the full amount of principal, interest, attorney's fees, and other charges due and unpaid;

   c.    any amounts required by law to be paid before payment to Grantor; and

   d.    to Grantor, any balance; and

*D.4.*    be indemnified, held harmless, and defended by Lender against all costs, expenses, and liabilities incurred by Trustee for acting in the execution or enforcement of the trust created by this deed of trust, which includes all court and other costs, including attorney's fees, incurred by Trustee in defense of any action or proceeding taken against Trustee in that capacity.

**E.**    **General Provisions**

*E.1.*    If any of the Property is sold under this deed of trust, Grantor must immediately surrender possession to the purchaser. If Grantor does not, Grantor will be a tenant at sufferance of the purchaser, subject to an action for forcible detainer.

*E.2.*    Recitals in any trustee's deed conveying the Property will be presumed to be true.

*E.3.*    Proceeding under this deed of trust, filing suit for foreclosure, or pursuing any other remedy will not constitute an election of remedies.

*E.4.*    This lien will remain superior to liens later created even if the time of payment of all or part of the Obligation is extended or part of the Property is released.

VOL. 694 PAGE 562

*E.5.* If any portion of the Obligation cannot be lawfully secured by this deed of trust, payments will be applied first to discharge that portion.

*E.6.* Grantor assigns to Lender all amounts payable to or received by Grantor from condemnation of all or part of the Property, from private sale in lieu of condemnation, and from damages caused by public works or construction on or near the Property. After deducting any expenses incurred, including attorney's fees and court and other costs, Lender will either release any remaining amounts to Grantor or apply such amounts to reduce the Obligation. Lender will not be liable for failure to collect or to exercise diligence in collecting any such amounts. Grantor will immediately give Lender notice of any actual or threatened proceedings for condemnation of all or part of the Property.

*E.7.* Grantor collaterally assigns to Lender all present and future rent from the Property and its proceeds. Grantor warrants the validity and enforceability of the assignment. Grantor will apply all rent to payment of the Obligation and performance of this deed of trust, but if the rent exceeds the amount due with respect to the Obligation and the deed of trust, Grantor may retain the excess. If a default exists in payment of the Obligation or performance of this deed of trust, Lender may exercise Lender's rights with respect to rent under the Texas Property Code as then in effect. Lender neither has nor assumes any obligations as lessor or landlord with respect to any occupant of the Property. Lender may exercise Lender's rights and remedies under this paragraph without taking possession of the Property. Lender will apply all rent collected under this paragraph as required by the Texas Property Code as then in effect. Lender is not required to act under this paragraph, and acting under this paragraph does not waive any of Lender's other rights or remedies.

*E.8.* Interest on the debt secured by this deed of trust will not exceed the maximum amount of nonusurious interest that may be contracted for, taken, reserved, charged, or received under law. Any interest in excess of that maximum amount will be credited on the principal of the debt or, if that has been paid, refunded. On any acceleration or required or permitted prepayment, any such excess will be canceled automatically as of the acceleration or prepayment or, if already paid, credited on the principal of the debt or, if the principal of the debt has been paid, refunded. This provision overrides any conflicting provisions in this and all other instruments concerning the debt.

*E.9.* In no event may this deed of trust secure payment of any debt that may not lawfully be secured by a lien on real estate or create a lien otherwise prohibited by law.

*E.10.* When the context requires, singular nouns and pronouns include the plural.

*E.11.* The term *Note* includes all extensions, modifications, and renewals of the Note and all amounts secured by this deed of trust.

*E.12.* Grantor will furnish to Lender or other holder of the Note annually, before taxes become delinquent, copies of tax receipts showing that all taxes on the Property have been paid. Grantor will annually furnish to Lender or other holder of the Note evidence of current paid-up insurance naming Lender or other holder of the Note as an insured.

*E.13.* If the Property is transferred by foreclosure, the transferee will acquire title to all insurance policies on the Property, including all paid but unearned premiums.

*E.14.* Grantor may not sell, transfer, or otherwise dispose of any Property, whether voluntarily or by operation of law, without the prior written consent of Lender. If granted, consent may be conditioned upon (a) the grantee's integrity, reputation, character, creditworthiness, and management

PAPP 1055

'VOL 694 PAGE 563

ability being satisfactory to Lender; and (b) the grantee's executing, before such sale, transfer, or other disposition, a written assumption agreement containing any terms Lender may require, such as a principal pay down on the Obligation, an increase in the rate of interest payable with respect to the Obligation, a transfer fee, or any other modification of the Note, this deed of trust, or any other instruments evidencing or securing the Obligation.

Grantor may not cause or permit any Property to be encumbered by any liens, security interests, or encumbrances other than the liens securing the Obligation and the liens securing ad valorem taxes not yet due and payable without the prior written consent of Lender. If granted, consent may be conditioned upon Grantor's executing, before granting such lien, a written modification agreement containing any terms Lender may require, such as a principal pay down on the Obligation, an increase in the rate of interest payable with respect to the Obligation, an approval fee, or any other modification of the Note, this deed of trust, or any other instruments evidencing or securing the Obligation.

Grantor may not grant any lien, security interest, or other encumbrance (a "Subordinate Instrument") covering the Property that is subordinate to the liens created by this deed of trust without the prior written consent of Lender. If granted, consent may be conditioned upon the Subordinate Instrument's containing express covenants to the effect that-

a.  the Subordinate Instrument is unconditionally subordinate to this deed of trust;

b.  if any action is instituted to foreclose or otherwise enforce the Subordinate Instrument, no action may be taken that would terminate any occupancy or tenancy without the prior written consent of Lender, and that consent, if granted, may be conditioned in any manner Lender determines;

c.  rents, if collected by or for the holder of the Subordinate Instrument, will be applied first to the payment of the Obligation then due and to expenses incurred in the ownership, operation, and maintenance of the Property in any order Lender may determine, before being applied to any indebtedness secured by the Subordinate Instrument;

d.  written notice of default under the Subordinate Instrument and written notice of the commencement of any action to foreclose or otherwise enforce the Subordinate Instrument must be given to Lender concurrently with or immediately after the occurrence of any such default or commencement; and

e.  in the event of the bankruptcy of Grantor, all amounts due on or with respect to the Obligation and this deed of trust will be payable in full before any payments on the indebtedness secured by the Subordinate Instrument.

Grantor may not cause or permit any of the following events to occur without the prior written consent of Lender: if Grantor is (a) a corporation, the termination of the corporation or the sale, pledge, encumbrance, or assignment of any shares of its stock; (b) a limited liability company, the termination of the company or the sale, pledge, encumbrance, or assignment of any of its membership interests; (c) a general partnership or joint venture, the termination of the partnership or venture or the sale, pledge, encumbrance, or assignment of any of its partnership or joint venture interests, or the withdrawal from or admission into it of any general partner or joint venturer; or (d) a limited partnership, (i) the dissolution of the partnership, (ii) the sale, pledge, encumbrance, or assignment of any of its general partnership interests, or the withdrawal from or admission into it of any general partner, (iii) the sale, pledge, encumbrance, or assignment of a controlling portion of its limited partnership interests, or (iv) the withdrawal from or admission into it of any controlling limited partner or partners. If granted, consent

:::: 694 PAGE 564

may be conditioned upon (a) the integrity, reputation, character, creditworthiness, and management ability of the person succeeding to the ownership interest in Grantor (or security interest in such ownership) being satisfactory to Lender; and (b) the execution, before such event, by the person succeeding to the interest of Grantor in the Property or ownership interest in Grantor (or security interest in such ownership) of a written modification or assumption agreement containing such terms as Lender may require, such as a principal pay down on the Obligation, an increase in the rate of interest payable with respect to the Obligation, a transfer fee, or any other modification of the Note, this deed of trust, or any other instruments evidencing or securing the Obligation.

The Property may be sold, transferred, or conveyed provided that (1) any subsequent buyer assumes in writing for the benefit of Lender or other holder of the Note the obligation to pay the Note and to perform the covenants and agreements in this Deed of Trust in accordance with the terms of those instruments and (2) Grantor or the subsequent buyer obtains prior written consent to the sale from Lender or other holder of the Note. Consent will be based on the subsequent buyer's credit history, with no change in interest rate or terms, and may not be unreasonably withheld, conditioned, or delayed. No such assumption will release Grantor from any liabilities or obligations arising under the Note or Deed of Trust. If all or any part of the Property is sold, conveyed, leased for a period longer than three years, leased with an option to purchase, otherwise sold (including by contract for deed), or otherwise transferred or conveyed without prior written consent of Lender or other holder of the Note, Lender or other holder of the Note may, at its sole option, declare the outstanding principal balance of the Note plus accrued interest immediately due and payable. Any deed under threat or order of condemnation, any conveyance solely between Grantors, and the passage of title by reason of death of a Grantor or by operation of law will not be construed as a sale or conveyance of the Property.

The creation of a subordinate lien without the consent of Lender will be construed as a sale or conveyance of the Property, but any subsequent sale under a subordinate lien to which Lender or other holder of the Note has consented will not be construed as a sale or conveyance of the Property.

E.15.    This deed of trust binds, benefits, and may be enforced by the successors in interest of all parties.

E.16.    If Grantor and Borrower are not the same person, the term *Grantor* includes Borrower.

E.17.    Grantor and each surety, endorser, and guarantor of the Obligation waive, to the extent permitted by law, all (a) demand for payment, (b) presentation for payment, (c) notice of intention to accelerate maturity, (d) notice of acceleration of maturity, (e) protest, (f) notice of protest and (g) rights under sections 51.003, 51.004, and 51.005 of the Texas Property Code.

E.18.    Grantor will have full recourse liability for repayment of the principal and interest of the Note and the performance of all covenants and agreements of Grantor in this Deed of Trust.

E.19.    Grantor agrees to pay reasonable attorney's fees, trustee's fees, and court and other costs of enforcing Lender's rights under this deed of trust if an attorney is retained for its enforcement.

E.20.    If any provision of this deed of trust is determined to be invalid or unenforceable, the validity or enforceability of any other provision will not be affected.

E.21.    The term Lender includes any mortgage servicer for Lender.

E.22.    Grantor hereby grants Lender a right of first refusal with respect to Grantor's power to authorize any third party (other than Lender pursuant to its rights as set forth in this instrument) to pay ad

PAPP 1057

VOL **694** PAGE **565**

valorem taxes on the Property and authorize a taxing entity to transfer its tax lien on the Property to that third party. Grantor's authorization to any third party (other than Lender) to pay the ad valorem taxes and receive transfer of a taxing entity's lien for ad valorem taxes shall be null and void and of no force and effect unless Lender, within ten days after receiving written notice from Grantor, fails to pay the ad valorem taxes pursuant to Lender's rights as set forth in this instrument.

E.23. Grantor represents that this deed of trust and the Note are given for the following purposes:

The debt evidenced by the Note is in part payment of the purchase price of the Property; the debt is secured both by this deed of trust and by a vendor's lien on the Property, which is expressly retained in a deed to Grantor of even date. This deed of trust does not waive the vendor's lien, and the two liens and the rights created by this deed of trust are cumulative. Lender may elect to foreclose either of the liens without waiving the other or may foreclose both.

_____
MICHAEL STEPHEN GALMOR

STATE OF TEXAS                    )

COUNTY OF [*Wheeler*            )

This instrument was acknowledged before me on October 7 , 2014, by MICHAEL STEPHEN GALMOR.

_____
Notary Public, State of Texas
My commission expires: _____

PREPARED IN THE OFFICE OF:

Underwood Law Firm, P.C.
500 S. Taylor, Ste. 1200, LB 233
P.O. Box 9158
Amarillo, Texas 79105-9158
Tel: (806) 379-0392
Fax: (806) 349-9473

AFTER RECORDING RETURN TO:

Underwood Law Firm, P.C.
500 S. Taylor, Ste. 1200, LB 233
P.O. Box 9158
Amarillo, Texas 79105-9158
Tel: (806) 379-0392
Fax: (806) 349-9473



EXHIBIT "A"

VOL 694 PAGE 566

TRACT I:
A tract of land out of the Northwest Quarter of the Northwest Quarter of Section 3, Block A-8.
H&GN Ry. Co. Survey, Wheeler County, Texas, described as follows:
BEGINNING at a point on the East boundary line of U.S. Highway 83, 50 feet East of the
common corners of Sections 3, 4, 9 and 10, Block A-8, for the northwest corner of this tract and
the place of BEGINNING;
THENCE East 784 feet to a point for the northeast corner of this tract;
THENCE South 1134 feet to a point for the southeast corner of this tract;
THENCE West 784 feet to a point for the southwest corner of this tract;
THENCE North 1134 feet to the PLACE OF BEGINNING; SAVE & EXCEPT the following 2
tracts:

Tract 1:
A 1.2 acre tract of land out of Section 3, Block A-8, H&GN Ry. Co. Survey, Wheeler
County, Texas, described as follows:
Beginning at a ½ inch rebar w/cap set in the south right-of-way line of Farm to Market
Hwy. 592 and being the northwest corner of this tract, which bears N 89°23'20" E a
distance of 572.62 feet and S 01°00'41" E a distance of 40.0 feet from the northwest
corner of said Section 3;
Thence S 01°00'41" E a distance of 199.5 feet to a ½ inch rebar w/ cap set for the
southwest corner of this tract;
Thence N 89°23'20" E a distance of 262.3 feet to a ½ inch rebar w/cap set for the
southeast corner of this tract;
Thence N 01°00'41" W a distance of 199.5 feet to a ½ inch rebar set in the south
right-of-way line of Farm to Market Hwy. 592 for the northeast corner of this tract;
Thence S 89°23'20" W a distance of 262.3 feet to the point of beginning.

Tract 2:
A 2.4 acre tract of land out of Section 3, Block A-8, H&GN Ry. Co. Survey, Wheeler
County, Texas, described as follows:
Beginning at a ½ inch rebar w/cap set in the south right-of-way line of Farm to Market
Hwy. 592 and being the northeast corner of this tract, which bears N 89° 23'20" E a
distance of 572.62 feet and S 01°00'41" E a distance of 40.0 feet from the northwest
corner of said Section 3;
Thence S 01°00'41" E a distance of 199.5 feet to a ½ inch rebar w/cap set for the
southeast corner of this tract;
Thence S 89°23'20" W a distance of 521.6 feet to a ½ inch rebar w/cap set in the east
right-of-way line of U.S. Highway 83 for the southwest corner of this tract;
Thence N 01°x cd00'41" W a distance of 199.5 feet along the east right-of-way line of
U.S. Highway 83 to a ½ inch rebar set in the south right-of-way line of Farm to Market
Hwy. 592 for the northwest corner of this tract;
Thence N 89° 23'20" E a distance of 521.6 feet to the point of beginning.

TRACT II:                                                    VOL 694 PAGE 567

A 7.15 acre tract of land out of Section 64, Block 17, H&GN Ry. Co. Survey, Wheeler County, Texas, described as follows:

Commencing at a point in the middle of State Highway No. 4, in the south boundary line of said Section 64, Block 17, thence West along the South boundary line of said Section 64 a distance of 466.6 feet to a point for corner, thence North 1290.6 feet for the place of beginning of this tract, said point being 824 feet North of the northwest corner of a tract of land conveyed to Lone Star Gas Company recorded in Volume 62, Page 264, Deed Records, Wheeler County, Texas;

Thence North 461 feet to a point for the northwest corner of this tract;

Thence East 770 feet to an iron pipe in the West boundary line of State Highway No. 4, for the northeast corner of this tract;

Thence southwest, along the West boundary line of said Highway, 504.5 feet to a point for the southeast corner of this tract;

Thence West 571 feet to the place of beginning.

FILED FOR RECORD

2014 OCT 18 PM 2:47

Margaret Dorman

WHEELER COUNTY, TEXAS

BY_____

Exhibit 012

# UNANIMOUS WRITTEN CONSENT
## OF MANAGERS OF
## GALMOR MANAGEMENT, L.L.C.
## A LIMITED LIABILITY COMPANY

The undersigned, Managers of GALMOR MANAGEMENT, L.L.C. ("Company"), in accordance with the Company Agreement, hereby adopt the following written consent.

**WHEREAS,** the Managers signing this consent are the holders of all of the shares entitled to vote at the Company's meetings and on the following resolutions; and

**WHEREAS,** the undersigned desire to execute a written consent in lieu of formally holding a Managers' meeting and agree that the adoption of the following resolutions shall be valid and have the same force and effect as though such resolutions had been adopted at a formal Managers' meeting; therefore, be it:

**RESOLVED,** that the limited liability company authorizes the limited partnership to sell the real property shown on Exhibit "A" attached hereto and incorporated herein by reference, to MICHAEL STEPHEN GALMOR for $70,000.00, further,

**RESOLVED,** that the President of the limited liability company as General Partner of the Galmor Family Limited Partnership, is authorized to execute a Farm and Ranch Contract with MICHAEL STEPHEN GALMOR.

**RESOLVED,** that this written consent shall have the same force and effect as a formal Managers' meeting for all purposes.

The undersigned direct that this written consent may be executed in multiple counterparts, all of which shall be considered originals and that this written consent, including multiple counterparts, be filed with the minutes of the proceedings of the Company.

**DATED** to be effective on July ___, 2014.

_____
MICHAEL STEPHEN GALMOR

_____
SHIRLEY JO GALMOR

_____
TRACI MARIE GALMOR COLEMAN

**EXHIBIT**

*19*

DEPONENT NAME:
Galmor

DATE:
3 /24/21

M.GALMOR_0372

PAPP 1061

## WAIVER OF NOTICE AND CONSENT

The undersigned, by signing this Unanimous Written Consent of Managers, hereby waive notice of the time and place of the meeting, consent to the meeting and approve the contents of this written consent.

MICHAEL STEPHEN GALMOR

Date Signed: _9-11-14_

SHIRLEY JO GALMOR

Date Signed: _9-11-14_

TRACI MARIE GALMOR COLEMAN

Date Signed: _9-11-14_

EXHIBIT "A"

TRACT I:

The Northwest Quarter of the Northwest Quarter of Section 3, Block A-8, H&GN Ry. Co. Survey, Wheeler County, Texas, described as follows:

> BEGINNING at a point on the East boundary line of U.S. Highway 83, 50 feet East of the common corners of Sections 3,4,9 and 10, Block A-8, for the northwest corner of this tract and the place of BEGINNING;
>
> THENCE East 784 feet to a point for the northeast corner of this tract;
>
> THENCE South 1134 feet to a point for the southeast corner of this tract;
>
> THENCE West 784 feet to a point for the southwest corner of this tract;
>
> THENCE North 1134 feet to the PLACE OF BEGINNING; SAVE & EXCEPT the following 2 tracts:
>
>> Tract 1:
>> A 1.2 acre tract of land out of Section 3, Block A-8, H&GN Ry. Co. Survey, Wheeler County, Texas, described as follows:
>>
>>> Beginning at a 1/2 inch rebar w/cap set in the south right-of-way line of Farm to Market Hwy. 592 and being the northwest corner of this tract, which bears N 89° 23' 20" E a distance of 572.62 fret and S 01° 00' 41" E a distance of 40.0 feet from the northwest corner of said Section 3;
>>>
>>> Thence S 01° 00' 41" E a distance of 199.5 feet to a 1/2 inch rebar w/cap set for the southwest corner of this tract;
>>>
>>> Thence N 89° 23' 20" E a distance of 262.3 feet to a 1/2 inch rebar w/cap set for the southeast corner of this tract;
>>>
>>> Thence N 01° 00' 41" W a distance of 199.5 feet to a 1/2 inch rebar set in the south right-of-way line of Farm to Market Hwy. 592 for the northeast corner of this tract;
>>>
>>> Thence S 89° 23' 20" W a distance of 2623 feet to the point of beginning.
>>
>> Tract 2:
>> A 2.4 acre tract of land out of Section 3, Block A-8, H&GN Ry. Co. Survey, Wheeler County, Texas, described as follows:

M.GALMOR_0374

PAPP 1063

Beginning at a 1/2 inch rebar w/cap set in the south right-of-way line of Farm to Market Hwy. 592 and being the northeast corner of this tract, which bears N 89° 23' 20" E a distance of 572.62 feet and S 01° 00' 41" E a distance of 40.0 feet from the northwest corner of said Section 3;

Thence S 01° 00' 41" E a distance of 199.5 feet to a 1/2 inch rebar w/cap set for the southeast corner of this tract;

Thence S 89° 23' 20" W a distance of 521.6 feet to a 1/2 inch rebar w/cap set in the east right-of-way line of U.S. Highway 83 for the southwest corner of this tract;

Thence N 01° 00' 41" W a distance of 199.5 feet along the east right-of-way line of U.S. Highway 83 to a 1/2 inch rebar set in the south right-of-way line of Farm to Market Hwy. 592 for the northwest corner of this tract;

Thence N 89° 23' 20" E a distance of 521.6 feet to the point of beginning.

TRACT II:
A 7.15 acre tract of land out of Section 64, Block 17, H&GN Ry. Co. Survey, Wheeler County, Texas, described as follows:

Commencing at a point in the middle of State Highway No. 4, in the south boundary line of said Section 64, Block 17;

Thence West along the South boundary line of said Section 64 a distance of 466.6 feet to a point for corner;

Thence North 1290.6 feet for the place of beginning of this tract, said point being 824 feet North of the northwest corner of a tract of land conveyed to Lone Star Gas Company recorded in Volume 62, Page 264, Deed Records, Wheeler County, Texas;

Thence North 461 feet to a point for the northwest corner of this tract;

Thence East 770 feet to an iron pipe in the West boundary line of State Highway No. 4, for the northeast corner of this tract;

Thence Southwest, along the West boundary line of said Highway, 504.5 feet to a point for the southeast corner of this tract;

Thence West 571 feet to the place of beginning.

Case 20-02003-rli Doc 45-1 Filed 12/08/21 Entered 12/08/21 16:34:41 Page 418 of 657
Case 18-02010-rlj Doc 1-5 Filed 09/04/18 Entered 09/04/18 23:06:27 Page 5 of 63
694/554

NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.

VOL 694 PAGE 554    **Warranty Deed with Vendor's Lien**

| Exhibit 013 |

**Date:** October 1, 2014

**Grantor:**    GALMOR FAMILY LIMITED PARTNERSHIP, a Texas limited partnership

**Grantor's Mailing Address:**

GALMOR FAMILY LIMITED PARTNERSHIP
P. O. Box 349
Shamrock, TX 79079

**Grantee:**    MICHAEL STEPHEN GALMOR, a single person

**Grantee's Mailing Address:**

MICHAEL STEPHEN GALMOR
P. O. Box 349
Shamrock, TX 79079

**Consideration:**

Cash and a note of even date executed by Grantee and payable to the order of Grantor in the principal amount of FIFTY THOUSAND AND NO/100 DOLLARS ($50,000.00). The note is secured by a first and superior vendor's lien and superior title retained in this deed and by a first-lien deed of trust of even date from Grantee to KENNETH W. FIELDS, trustee.

**Property (including any improvements):**

See Exhibit "A" attached hereto and incorporated herein by reference.

**Reservations from Conveyance:**

For Grantor and Grantor's heirs, successors, and assigns forever, a reservation of all oil, gas, and other minerals in and under and that may be produced from the Property. If the mineral estate is subject to existing production or an existing lease, this reservation includes the production, the lease, and all benefits from it.

**Exceptions to Conveyance and Warranty:**

Liens described as part of the Consideration and any other liens described in this deed as being either assumed or subject to which title is taken; validly existing easements, rights-of-way, and prescriptive rights, whether of record or not; all presently recorded and validly existing instruments, other than conveyances of the surface fee estate, that affect the Property; and taxes for 2014, which Grantee assumes and agrees to pay, and subsequent assessments for that and prior years due to change in land usage, ownership, or both, the payment of which Grantee

assumes.

†VOL **694** PAGE **555**

Grantor, for the Consideration and subject to the Reservations from Conveyance and the Exceptions to Conveyance and Warranty, grants, sells, and conveys to Grantee the Property, together with all and singular the rights and appurtenances thereto in any way belonging, to have and to hold it to Grantee and Grantee's heirs, successors, and assigns forever. Grantor binds Grantor and Grantor's heirs and successors to warrant and forever defend all and singular the Property to Grantee and Grantee's heirs, successors, and assigns against every person whomsoever lawfully claiming or to claim the same or any part thereof, except as to the Reservations from Conveyance and the Exceptions to Conveyance and Warranty.

The vendor's lien against and superior title to the Property are retained until each note described is fully paid according to its terms, at which time this deed will become absolute.

When the context requires, singular nouns and pronouns include the plural.

GALMOR FAMILY LIMITED PARTNERSHIP,
By its Managing General Partner:

GALMOR MANAGEMENT LLC

By: _____
MICHAEL STEPHEN GALMOR, President

STATE OF TEXAS                    )

COUNTY OF WHEELER                 )

Before me, the undersigned Notary Public, on this day personally appeared MICHAEL STEPHEN GALMOR, known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that MICHAEL STEPHEN GALMOR executed the same as President of GALMOR MANAGEMENT LLC, a Texas limited liability company, general partner, as the act of GALMOR FAMILY LIMITED PARTNERSHIP, a Texas limited partnership, for the purposes and consideration therein expressed.

Given under my hand and seal of office this 7th day of October, 2014.

SHONDA ROSE
Notary Public, State of Texas
My Commission Expires
October 11, 2017

_____
Notary Public, State of Texas
My commission expires: _____

PREPARED IN THE OFFICE OF:

Underwood Law Firm, P.C.
500 S. Taylor, Ste. 1200, LB 233
P.O. Box 9158
Amarillo, Texas 79105-9158
Tel: (806) 379-0392
Fax: (806) 349-9473

AFTER RECORDING RETURN TO:

Wheeler Title & Abstract
112 E. Texas
Wheeler, TX 79096
806/826-3526

VOL 694 PAGE 556       **EXHIBIT "A"**

TRACT I:

A tract of land out of the Northwest Quarter of the Northwest Quarter of Section 3, Block A-8, H&GN Ry. Co. Survey, Wheeler County, Texas, described as follows:

BEGINNING at a point on the East boundary line of U.S. Highway 83, 50 feet East of the common corners of Sections 3, 4, 9 and 10, Block A-8, for the northwest corner of this tract and the place of BEGINNING;

THENCE East 784 feet to a point for the northeast corner of this tract;

THENCE South 1134 feet to a point for the southeast corner of this tract;

THENCE West 784 feet to a point for the southwest corner of this tract;

THENCE North 1134 feet to the PLACE OF BEGINNING; SAVE & EXCEPT the following 2 tracts:

Tract 1:

A 1.2 acre tract of land out of Section 3, Block A-8, H&GN Ry. Co. Survey, Wheeler County, Texas, described as follows:

Beginning at a ½ inch rebar w/cap set in the south right-of-way line of Farm to Market Hwy. 592 and being the northwest corner of this tract, which bears N 89°23'20" E a distance of 572.62 feet and S 01°00'41" E a distance of 40.0 feet from the northwest corner of said Section 3;

Thence S 01°00'41" E a distance of 199.5 feet to a ½ inch rebar w/ cap set for the southwest corner of this tract;

Thence N 89°23'20" E a distance of 262.3 feet to a ½ inch rebar w/cap set for the southeast corner of this tract;

Thence N 01°00'41" W a distance of 199.5 feet to a ½ inch rebar set in the south right-of-way line of Farm to Market Hwy. 592 for the northeast corner of this tract;

Thence S 89°23'20" W a distance of 262.3 feet to the point of beginning.

Tract 2:

A 2.4 acre tract of land out of Section 3, Block A-8, H&GN Ry. Co. Survey, Wheeler County, Texas, described as follows:

Beginning at a ½ inch rebar w/cap set in the south right-of-way line of Farm to Market Hwy. 592 and being the northeast corner of this tract, which bears N 89°23'20" E a distance of 572.62 feet and S 01°00'41" E a distance of 40.0 feet from the northwest corner of said Section 3;

Thence S 01°00'41" E a distance of 199.5 feet to a ½ inch rebar w/cap set for the southeast corner of this tract;

Thence S 89°23'20" W a distance of 521.6 feet to a ½ inch rebar w/cap set in the east right-of-way line of U.S. Highway 83 for the southwest corner of this tract;

Thence N 01°00'41" W a distance of 199.5 feet along the east right-of-way line of U.S. Highway 83 to a ½ inch rebar set in the south right-of-way line of Farm to Market Hwy. 592 for the northwest corner of this tract;

Thence N 89° 23'20" E a distance of 521.6 feet to the point of beginning.

PAPP 1067

! VOL 694 PAGE 557

TRACT II:

A 7.15 acre tract of land out of Section 64, Block 17, H&GN Ry. Co. Survey, Wheeler County, Texas, described as follows:

Commencing at a point in the middle of State Highway No. 4, in the south boundary line of said Section 64, Block 17, thence West along the South boundary line of said Section 64 a distance of 466.6 feet to a point for corner, thence North 1290.6 feet for the place of beginning of this tract, said point being 824 feet North of the northwest corner of a tract of land conveyed to Lone Star Gas Company recorded in Volume 62, Page 264, Deed Records, Wheeler County, Texas;

Thence North 461 feet to a point for the northwest corner of this tract;

Thence East 770 feet to an iron pipe in the West boundary line of State Highway No. 4, for the northeast corner of this tract;

Thence southwest, along the West boundary line of said Highway, 504.5 feet to a point for the southeast corner of this tract;

Thence West 571 feet to the place of beginning.

FILED FOR RECORD

2014 OCT -8 PM 2: 46

Margaret Dorman
MARGARET DORMAN
COUNTY CLERK
WHEELER COUNTY, TEXAS
BY_____

Filed:   October 8, 2104, 2:46pm
Recorded in Volume 694, Page 554,
Official Public Records, Wheeler County, Texas

# Galmor's / G&G Steam Service, Inc.

**Invoice**

P.O. Box 349
Shamrock, TX  79079

| Date | Field Ticket # | Invoice # |
|------|----------------|-----------|
| 7/25/2014 | 1258 | 121090 |

| Bill To |
|---------|
| Galmor Family Limited Partnership<br>P.O. Box 349<br>Shamrock, Texas 79079 |

| Remit To |
|----------|
| Galmor's / G & G Steam Service<br>P.O. Box 2199<br>Elk City, OK 73648 |

| Lease/Location Name | Project | PO# |
|---------------------|---------|-----|
|  |  |  |
| Ordered By | Work Dates | User ID / Paykey |
|  |  |  |

| Qty | Description | Rate | Amount |
|-----|-------------|------|--------|
| | Ordered by: Steve Galmor | | |
| | 3-21-14              WO#94254 | | |
| | Dirt work at farm | | |
| 7 | 2011 Komatsu PC200 Trackhoe #356 | 105.00 | 735.00T |
| 7 | Operator: Kami Fowler Serna | 50.00 | 350.00T |
| 7 | 2008 D51EX-22 Dozer #349 | 95.00 | 665.00T |
| 7 | Operator: Courvoisier Caldwell | 50.00 | 350.00T |
| | 3-24-14              WO#94255 | | |
| | Dirt work at farm | | |
| 11 | 2011 Komatsu PC200 Trackhoe #356 | 105.00 | 1,155.00T |
| 11 | Operator: Kami Fowler Serna | 50.00 | 550.00T |
| 11 | 2008 D51EX-22 Dozer #349 | 95.00 | 1,045.00T |
| 11 | Operator: Courvoisier Caldwell | 50.00 | 550.00T |
| | 3-25-14              WO#94256 | | |
| | Dirt work at farm | | |
| 10 | 2011 Komatsu PC200 Trackhoe #356 | 105.00 | 1,050.00T |
| 10 | Operator: Kami Serna | 50.00 | 500.00T |
| 12 | 2008 D51EX-22 Dozer #349 | 95.00 | 1,140.00T |
| 12 | Operator: Courvisier Caldwell | 50.00 | 600.00T |
| | 3-26-14              WO#94257 | | |
| | Dirt work at farm | | |
| 4 | 2011 Komatsu PC200 Trackhoe #356 | 105.00 | 420.00T |
| 4 | Operator: Kami Fowler Serna | 50.00 | 200.00T |
| 10 | 2008 D51EX-22 Dozer #349 | 95.00 | 950.00T |
| 10 | Operator: Courvisier Caldwell | 50.00 | 500.00T |
| | 3-27-14              WO#94258 | | |
| | Dirt work at farm | | |
| 2 | 2011 Komatsu PC200 Trackhoe #356 | 105.00 | 210.00T |

| | |
|---|---|
| **Subtotal** | |
| **Sales Tax (6.25%)** | |
| **Total** | |

**Terms:**  All invoices are due on receipt.

Page 1

EXHIBIT
20
DEPONENT NAME:
Galmor          DATE: 3 /24/21

**SG_016891**

PAPP 1069

# Galmor's / G&G Steam Service, Inc.

P.O. Box 349
Shamrock, TX 79079

# Invoice

| Date | Field Ticket # | Invoice # |
|------|----------------|-----------|
| 7/25/2014 | 1258 | 121090 |

| Bill To |
|---------|
| Galmor Family Limited Partnership |
| P.O. Box 349 |
| Shamrock, Texas 79079 |

| Remit To |
|----------|
| Galmor's / G & G Steam Service |
| P.O. Box 2199 |
| Elk City, OK 73648 |

| Lease/Location Name | Project | PO# |
|---|---|---|
| Ordered By | Work Dates | User ID / Paykey |

| Qty | Description | Rate | Amount |
|-----|-------------|------|--------|
| 2 | Operator: Kami Fowler Serna | 50.00 | 100.00T |
| | | | |
| | 4-2-14          WO#95580 | | |
| | Dirt work at farm | | |
| 2 | Pickup #289 | 25.00 | 50.00T |
| 2 | Drive Time: Larry Cullins | 50.00 | 100.00T |
| 9 | 2011 JD 850K Crawler Dozer #330 | 115.00 | 1,035.00T |
| 9 | Operator: Larry Cullins | 50.00 | 450.00T |
| 2 | Pickup #179 | 25.00 | 50.00T |
| 2 | Drive Time: AD Sontag | 50.00 | 100.00T |
| 4.5 | 2007 D6TXL Dozer #173 | 115.00 | 517.50T |
| 4.5 | Operator: AD Sontag | 50.00 | 225.00T |
| 4.5 | 2011 Komatsu PC200 Trackhoe #356 | 105.00 | 472.50T |
| 4.5 | Operator: AD Sontag | 50.00 | 225.00T |
| 2 | Pickup #107 | 25.00 | 50.00T |
| 2 | Drive Time: Cody Gray | 50.00 | 100.00T |
| 9 | Dozer #264 | 115.00 | 1,035.00T |
| 9 | Operator: Cody Gray | 50.00 | 450.00T |
| | | | |
| | 4-21-14          WO#94261 | | |
| | Dirt work at farm | | |
| 6 | 2011 Komatsu PC200 Trackhoe #356 | 105.00 | 630.00T |
| 6 | Operator: Courvoisier Caldwell | 50.00 | 300.00T |
| 7 | 2008 D51EX-22 Dozer #349 | 95.00 | 665.00T |
| 7 | Operator: Courvoisier Caldwell | 50.00 | 350.00T |
| | | | |
| | 4-22-14          WO#94262 | | |
| | Dirt work at farm | | |
| 6 | 2011 Komatsu PC200 Trackhoe #356 | 105.00 | 630.00T |
| 6 | Operator: Courvisier Caldwell | 50.00 | 300.00T |
| 6 | 2008 D51EX-22 Dozer #349 | 95.00 | 570.00T |
| 6 | Operator: Courvisier Caldwell | 50.00 | 300.00T |

| | |
|---|---|
| Subtotal | |
| Sales Tax (6.25%) | |
| **Total** | |

**Terms:** All invoices are due on receipt.

**SG_016892**

PAPP 1070

# Galmor's / G&G Steam Service, Inc.

**Invoice**

P.O. Box 349
Shamrock, TX  79079

| Date | Field Ticket # | Invoice # |
|------|----------------|-----------|
| 7/25/2014 | 1258 | 121090 |

**Bill To**

Galmor Family Limited Partnership
P.O. Box 349
Shamrock, Texas 79079

**Remit To**

Galmor's / G & G Steam Service
P.O. Box 2199
Elk City, OK 73648

| Lease/Location Name | Project | PO# |
|---|---|---|
| | | |
| Ordered By | Work Dates | User ID / Paykey |
| | | |

| Qty | Description | Rate | Amount |
|-----|-------------|------|--------|
| | 4-23-14            WO#94263 | | |
| | Dirt work at farm | | |
| 6 | 2011 Komatsu PC200 Trackhoe #356 | 105.00 | 630.00T |
| 6 | Operator: Courvoisier Caldwell | 50.00 | 300.00T |
| 6 | 2008 D51EX-22 Dozer #349 | 95.00 | 570.00T |
| 6 | Operator: Courvisier Caldwell | 50.00 | 300.00T |
| | | | |
| | 4-23-14            WO#1246 | | |
| | Dirt work at farm | | |
| 9.5 | Dozer #264 | 115.00 | 1,092.50T |
| 9.5 | Operator: AD Sontag | 50.00 | 475.00T |
| 2 | Pickup #179 | 25.00 | 50.00T |
| 2 | Drive Time: AD Sontag | 50.00 | 100.00T |
| 11.5 | John Deere 9630 Tractor w/Pans #433 | 225.00 | 2,587.50T |
| 11.5 | Operator: AD Sontag | 50.00 | 575.00T |
| 1 | 2011 JD 850K Crawler Dozer #330 | 115.00 | 115.00T |
| 1 | Operator: Kevin Scheel | 50.00 | 50.00T |
| 2 | Pickup #421 | 25.00 | 50.00T |
| 2 | Drive Time: Kevin Scheel | 50.00 | 100.00T |
| 1 | Labor: Larry Cullins | 50.00 | 50.00T |
| | | | |
| | 4-23-14            WO#1256 | | |
| | Dirt work at farm | | |
| 10 | John Deere 9630 Tractor w/Pans #433 | 225.00 | 2,250.00T |
| 10 | Operator: Cody Gray | 50.00 | 500.00T |
| 2 | Drive Time: Cody Gray | 50.00 | 100.00T |
| 2 | Pickup #107 | 25.00 | 50.00T |
| 2 | Drive Time: AD Sontag | 50.00 | 100.00T |
| 3 | 2007 D6TXL Dozer #173 | 115.00 | 345.00T |
| 3 | Operator: AD Sontag | 50.00 | 150.00T |
| 2 | Pickup #179 | 25.00 | 50.00T |
| 2 | Drive Time: Larry Cullins | 50.00 | 100.00T |
| 10 | 2007 D6TXL Dozer #173 | 115.00 | 1,150.00T |

| | |
|---|---|
| **Subtotal** | |
| **Sales Tax (6.25%)** | |
| **Total** | |

**Terms:** All invoices are due on receipt.

**SG_016893**

PAPP 1071

# Galmor's / G&G Steam Service, Inc.

## Invoice

P.O. Box 349
Shamrock, TX 79079

| Date | Field Ticket # | Invoice # |
|------|----------------|-----------|
| 7/25/2014 | 1258 | 121090 |

**Bill To**
Galmor Family Limited Partnership
P.O. Box 349
Shamrock, Texas 79079

**Remit To**
Galmor's / G & G Steam Service
P.O. Box 2199
Elk City, OK 73648

| Lease/Location Name | Project | PO# |
|---------------------|---------|-----|
| Ordered By | Work Dates | User ID / Paykey |

| Qty | Description | Rate | Amount |
|-----|-------------|------|--------|
| 10 | Operator: Larry Cullins | 50.00 | 500.00T |
| 2 | Pickup #289 | 25.00 | 50.00T |
| | 4-24-14          WO#94264 | | |
| | Dirt work at farm | | |
| 6 | 2011 Komatsu PC200 Trackhoe #356 | 105.00 | 630.00T |
| 6 | Operator: Courvoisier Caldwell | 50.00 | 300.00T |
| 6 | 2008 D51EX-22 Dozer #349 | 95.00 | 570.00T |
| 6 | Operator: Courvisier Caldwell | 50.00 | 300.00T |
| | 4-25-14          WO#94265 | | |
| | Dirt work at farm | | |
| 6 | 2011 Komatsu PC200 Trackhoe #356 | 105.00 | 630.00T |
| 6 | Operator: Courvisier Caldwell | 50.00 | 300.00T |
| 6 | 2008 D51EX-22 Dozer #349 | 95.00 | 570.00T |
| 6 | Operator: Courvisier Caldwell | 50.00 | 300.00T |
| | 4-25-14          WO#92258 | | |
| | Dirt work at farm | | |
| 10 | 2008 D6TXL #264 | 115.00 | 1,150.00T |
| 10 | Operator: Kevin Scheel | 50.00 | 500.00T |
| 2 | Pickup #421 | 25.00 | 50.00T |
| 2 | Drive Time: Kevin Scheel | 50.00 | 100.00T |
| 10 | 2007 D6TXL Dozer #173 | 115.00 | 1,150.00T |
| 10 | Operator: AD Sontag | 50.00 | 500.00T |
| 2 | Pickup #179 | 25.00 | 50.00T |
| 2 | Drive Time: AD Sontag | 50.00 | 100.00T |
| 10 | John Deere 9630 Tractor w/Pans #433 | 225.00 | 2,250.00T |
| 10 | Operator: Cody Gray | 50.00 | 500.00T |
| 2 | Pickup #107 | 25.00 | 50.00T |
| 2 | Drive Time: Cody Gray | 50.00 | 100.00T |
| 10 | 2011 JD 850K Crawler Dozer #330 | 115.00 | 1,150.00T |
| 10 | Operator: Larry Cullins | 50.00 | 500.00T |

| | |
|--|--|
| Subtotal | |
| Sales Tax (6.25%) | |
| **Total** | |

**Terms:** All invoices are due on receipt.

**SG_016894**

PAPP 1072

# Galmor's / G&G Steam Service, Inc.

**Invoice**

P.O. Box 349
Shamrock, TX 79079

| Date | Field Ticket # | Invoice # |
|---|---|---|
| 7/25/2014 | 1258 | 121090 |

| Bill To |
|---|
| Galmor Family Limited Partnership<br>P.O. Box 349<br>Shamrock, Texas 79079 |

| Remit To |
|---|
| Galmor's / G & G Steam Service<br>P.O. Box 2199<br>Elk City, OK 73648 |

| Lease/Location Name | Project | PO# |
|---|---|---|
| | | |
| **Ordered By** | **Work Dates** | **User ID / Paykey** |
| | | |

| Qty | Description | Rate | Amount |
|---|---|---|---|
| 2 | Pickup #289 | 25.00 | 50.00T |
| 2 | Drive Time: Larry Cullins | 50.00 | 100.00T |
| | | | |
| | 4-26-14          WO#1257 | | |
| | Dirt work at farm | | |
| 9 | John Deere 9630 Tractor w/Pans #433 | 225.00 | 2,025.00T |
| 9 | Operator: Cody Gray | 50.00 | 450.00T |
| 1 | Pickup #107 | 25.00 | 25.00T |
| 1 | Drive Time: Cody Gray | 50.00 | 50.00T |
| 9 | 2007 D6TXL Dozer #173 | 115.00 | 1,035.00T |
| 9 | Operator: AD Sontag | 50.00 | 450.00T |
| 2 | Pickup #179 | 25.00 | 50.00T |
| 2 | Drive Time: AD Sontag | 50.00 | 100.00T |
| 9 | Dozer #264 | 115.00 | 1,035.00T |
| 9 | Operator: Kevin Scheel | 50.00 | 450.00T |
| 2 | Pickup #421 | 25.00 | 50.00T |
| 2 | Drive Time: Kevin Scheel | 50.00 | 100.00T |
| | | | |
| | 4-28-14          WO#94266 | | |
| | Dirt work at farm | | |
| 8 | 2011 Komatsu PC200 Trackhoe #356 | 105.00 | 840.00T |
| 8 | Operator: Courvoisier Caldwell | 50.00 | 400.00T |
| 4 | 2008 D51EX-22 Dozer #349 | 95.00 | 380.00T |
| 4 | Operator: Corvisier Caldwell | 50.00 | 200.00T |
| | | | |
| | 4-28-14          WO#1258 | | |
| | Dirt work at farm | | |
| 10 | John Deere 9630 Tractor w/Pans #433 | 225.00 | 2,250.00T |
| 10 | Operator: Cody Gray | 50.00 | 500.00T |
| 1 | Pickup #107 | 25.00 | 25.00T |
| 1 | Drive Time: Cody Gray | 50.00 | 50.00T |
| 2 | Drive Time: AD Sontag | 50.00 | 100.00T |
| 2 | Pickup #179 | 25.00 | 50.00T |

| | |
|---|---|
| **Subtotal** | |
| **Sales Tax (6.25%)** | |
| **Total** | |

**Terms:** All invoices are due on receipt.

**SG_016895**

PAPP 1073

# Galmor's / G&G Steam Service, Inc.

**Invoice**

P.O. Box 349
Shamrock, TX 79079

| Date | Field Ticket # | Invoice # |
|---|---|---|
| 7/25/2014 | 1258 | 121090 |

**Bill To**

Galmor Family Limited Partnership
P.O. Box 349
Shamrock, Texas 79079

**Remit To**

Galmor's / G & G Steam Service
P.O. Box 2199
Elk City, OK 73648

| Lease/Location Name | Project | PO# |
|---|---|---|
| Ordered By | Work Dates | User ID / Paykey |

| Qty | Description | Rate | Amount |
|---|---|---|---|
| 10 | 2007 D6TXL Dozer #173 | 115.00 | 1,150.00T |
| 10 | Operator: AD Sontag | 50.00 | 500.00T |
| | | | |
| | 4-29-14          WO#92259 | | |
| | Dirt work at farm | | |
| 7 | 2011 JD 850K Crawler Dozer #330 | 115.00 | 805.00T |
| 7 | Operator: Kevin Scheel | 50.00 | 350.00T |
| 2 | Drive Time: Kevin Scheel | 50.00 | 100.00T |
| 2 | Pickup #421 | 25.00 | 50.00T |
| 10 | 2006 John Deere 672 Motorgrader #146 | 80.00 | 800.00T |
| 10 | Operator: AD Sontag | 50.00 | 500.00T |
| 2 | Pickup #179 | 25.00 | 50.00T |
| 2 | Drive Time: AD Sontag | 50.00 | 100.00T |
| 10 | Dozer #173 | 115.00 | 1,150.00T |
| 10 | Operator: Billy Steele | 50.00 | 500.00T |
| 2 | Drive Time: Billy Steele | 50.00 | 100.00T |
| 10 | 2008 D6TXL Dozer #264 | 115.00 | 1,150.00T |
| 10 | Operator: Billy Steele | 50.00 | 500.00T |
| 2 | Drive Time: Larry Cullins | 50.00 | 100.00T |
| 2 | Pickup #289 | 25.00 | 50.00T |
| 10 | John Deere 9630 Tractor w/Pans #433 | 225.00 | 2,250.00T |
| 10 | Operator: Cody Gray | 50.00 | 500.00T |
| 1 | Drive Time: Cody Gray | 50.00 | 50.00T |
| 1 | Pickup #107 | 25.00 | 25.00T |
| | | | |
| | 4-29-14          WO#94267 | | |
| | Dirt work at farm | | |
| 12 | 2011 Komatsu PC200 Trackhoe #356 | 105.00 | 1,260.00T |
| 12 | Operator: Courvisier Caldwell | 50.00 | 600.00T |
| | | | |
| | 4-30-14          WO#94268 | | |
| | Dirt work at farm | | |
| 15.5 | 2011 Komatsu PC200 Trackhoe #356 | 105.00 | 1,627.50T |

| | |
|---|---|
| Subtotal | |
| Sales Tax (6.25%) | |
| **Total** | |

**Terms:** All invoices are due on receipt.

**SG_016896**

PAPP 1074

# Galmor's / G&G Steam Service, Inc.

**Invoice**

P.O. Box 349
Shamrock, TX 79079

| Date | Field Ticket # | Invoice # |
|------|----------------|-----------|
| 7/25/2014 | 1258 | 121090 |

| Bill To |
|---------|
| Galmor Family Limited Partnership<br>P.O. Box 349<br>Shamrock, Texas 79079 |

| Remit To |
|----------|
| Galmor's / G & G Steam Service<br>P.O. Box 2199<br>Elk City, OK 73648 |

| Lease/Location Name | Project | PO# |
|---------------------|---------|-----|
| | | |
| Ordered By | Work Dates | User ID / Paykey |
| | | |

| Qty | Description | Rate | Amount |
|-----|-------------|------|--------|
| 15.5 | Operator: Courvisier Caldwell | 50.00 | 775.00T |
| | | | |
| | 4-30-14          WO#1259 | | |
| | Dirt work at farm | | |
| 10 | John Deere 9630 Tractor w/Pans: | 225.00 | 2,250.00T |
| 10 | Operator: Cody Gray | 50.00 | 500.00T |
| 1 | Drive Time: Cody Gray | 50.00 | 50.00T |
| 1 | Pickup #107 | 25.00 | 25.00T |
| 10 | 2008 D6TXL #264 | 115.00 | 1,150.00T |
| 10 | Operator: Larry Cullins | 50.00 | 500.00T |
| 2 | Drive Time: Larry Cullins | 50.00 | 100.00T |
| 2 | Pickup #289 | 25.00 | 50.00T |
| | | | |
| | 5-5-14          WO#1260 | | |
| | Dirt work at farm | | |
| 1 | Drive Time:Cody Gray | 50.00 | 50.00T |
| 5 | Operator: Cody Gray | 50.00 | 250.00T |
| 5 | 2008 D6TXL #264 | 115.00 | 575.00T |
| 1 | Pickup #107 | 25.00 | 25.00T |
| 2 | Pickup : #289 | 25.00 | 50.00T |
| 2 | Drive Time: Larry Cullins | 50.00 | 100.00T |
| 5 | Operator: Larry Cullins | 50.00 | 250.00T |
| 5 | 2008 D6TXL #264 | 115.00 | 575.00T |

| | | |
|---|---|---|
| **Subtotal** | | $76,122.50 |
| **Sales Tax (6.25%)** | | $4,757.66 |
| **Total** | | **$80,880.16** |

**Terms:** All invoices are due on receipt.

Corrections or adjustments to invoices must be made within 60 days of the invoice date. Credits will not be issued after this date.

SG_016897

PAPP 1075

# Galmor's / G&G Steam Service, Inc.

**Invoice**

P.O. Box 349
Shamrock, TX 79079

| Date | Field Ticket # | Invoice # |
|------|----------------|-----------|
| 9/30/2016 | | 127966 |

| Bill To |
|---------|
| Galmor Family Limited Partnership<br>P.O. Box 349<br>Shamrock, Texas 79079 |

| Remit To |
|----------|
| Galmor's / G & G Steam Service<br>P.O. Box 2199<br>Elk City, OK 73648 |

| Lease/Location Name | Project | PO# |
|---------------------|---------|-----|
| | | |
| Ordered By | Work Dates | User ID / Paykey |
| | | |

| Qty | Description | Rate | Amount |
|-----|-------------|------|--------|
| | Charges For November 2015 | | |
| 1 | Duncan, Hayden-Wages | 2,692.30 | 2,692.30 |
| 1 | Duncan, Hayden-401K Contributions | 107.70 | 107.70 |
| 1 | Duncan, Hayden-BCBS Company Portion | 344.52 | 344.52 |
| 1 | Duncan, Hayden-Payroll Taxes | 386.77 | 386.77 |
| 1 | Morgan, Becky-Wages | 2,520.00 | 2,520.00 |
| 1 | Morgan, Becky-BCBS Ins. | 564.64 | 564.64 |
| 1 | Morgan, Becky-MetLife Dental | 36.99 | 36.99 |
| 1 | Morgan, Becky-MetLife Vision | 9.60 | 9.60 |
| 1 | Tallant, Mary K-BCBS Ins. | 564.64 | 564.64 |
| 1 | Tallant, Mary K-MetLife Term | 84.90 | 84.90 |
| 1 | Tallant, Mary K-MetLife Dental | 36.99 | 36.99 |
| 1 | Tallant, Mary K-MetLife Vision | 9.60 | 9.60 |
| 1 | Galmor, Rudas-MetLife Dental | 36.99 | 36.99 |
| 1 | Galmor, Rudas, BCBS Ins. | 564.64 | 564.64 |
| 1 | Galmor, Ruas, MetLife Vison | 9.60 | 9.60 |
| 1 | Septic Tank Pumped | 371.88 | 371.88 |
| | | | |
| | Charges For December 2015 | | |
| 1 | Duncan, Hayden-Wages | 1,346.15 | 1,346.15 |
| 1 | Duncan, Hayden-401 K Contributions | 107.70 | 107.70 |
| 1 | Duncan, Hayden-BCBS Ins. Company Paid | 344.52 | 344.52 |
| 1 | Duncan, Hayden-Payroll Taxes | 405.91 | 405.91 |
| 1 | Duncan, Hayden-Christmas Bonus | 250.00 | 250.00 |
| 1 | Morgan, Becky-Wages | 2,052.00 | 2,052.00 |
| 1 | Morgan, Becky-BCBS Ins. | 564.64 | 564.64 |
| 1 | Morgan, Becky-MetLife Dental | 36.99 | 36.99 |
| 1 | Morgan, Becky-MetLife Vision | 9.60 | 9.60 |
| 1 | Tallant, Mary K-BCBS Ins. | 564.64 | 564.64 |
| 1 | Tallant, Mary K-MetLife Term | 84.90 | 84.90 |
| 1 | Tallant, Mary K-MetLife Dental | 36.99 | 36.99 |
| 1 | Tallant, Mary K-MetLife Vision | 9.60 | 9.60 |
| 1 | Galmor, Rudas-MetLife Dental | 36.99 | 36.99 |

| | |
|---|---|
| **Subtotal** | |
| **Sales Tax (4.8%)** | |
| **Total** | |

**Terms:** All invoices are due on receipt.

Page 1

**SG_016900**

PAPP 1076

# Galmor's / G&G Steam Service, Inc.

**Invoice**

P.O. Box 349
Shamrock, TX 79079

| Date | Field Ticket # | Invoice # |
|------|----------------|-----------|
| 9/30/2016 | | 127966 |

**Bill To**
Galmor Family Limited Partnership
P.O. Box 349
Shamrock, Texas 79079

**Remit To**
Galmor's / G & G Steam Service
P.O. Box 2199
Elk City, OK 73648

| Lease/Location Name | Project | PO# |
|---------------------|---------|-----|
| | | |
| Ordered By | Work Dates | User ID / Paykey |
| | | |

| Qty | Description | Rate | Amount |
|-----|-------------|------|--------|
| 1 | Galmor, Rudas-BCBS Ins. | 564.64 | 564.64 |
| 1 | Galmor, Rudas-MetLife Vision | 9.60 | 9.60 |
| | | | |
| | Charges For January 2016 | | |
| 1 | Duncan, Hayden-Wages | 2,692.30 | 2,692.30 |
| 1 | Duncan, Hayden-401K Contribution | 107.70 | 107.70 |
| 1 | Duncan, Hayden-BCBS Ins. Company Paid | 344.52 | 344.52 |
| 1 | Duncan, Hayden-Payroll Taxes | 449.08 | 449.08 |
| 1 | Morgan, Becky-Wages | 1,062.00 | 1,062.00 |
| 1 | Morgan, Becky-BCBS Ins. | 564.64 | 564.64 |
| 1 | Morgan, Becky-MetLife Dental | 36.99 | 36.99 |
| 1 | Morgan, Becky-MetLife Vision | 9.60 | 9.60 |
| 1 | Tallant, Mary K-BCBS Ins. | 564.64 | 564.64 |
| 1 | Tallant, Mary K-MetLife Term | 84.90 | 84.90 |
| 1 | Tallant, Mary K-MetLife Dental | 36.99 | 36.99 |
| 1 | Tallant, Mary K-MetLife Vision | 9.60 | 9.60 |
| 1 | Galmor, Rudas-BCBS Ins. | 564.64 | 564.64 |
| 1 | Galmor, Rudas-MetLife Dental | 36.99 | 36.99 |
| 1 | Galmor, Rudas-MetLife Vision | 9.60 | 9.60 |
| 1 | Building Repairs-Rentals | 230.73 | 230.73 |
| | | | |
| | Charges For February 2016 | | |
| 1 | Duncan, Hayden-Wages | 2,692.30 | 2,692.30 |
| 1 | Duncan, Hayden-401K Contribution | 107.70 | 107.70 |
| 1 | Duncan, Hayden-BCBS Ins. Company Paid | 344.52 | 344.52 |
| 1 | Duncan, Hayden-Payroll Taxes | 449.09 | 449.09 |
| 1 | Morgan, Becky-Wages | 2,070.00 | 2,070.00 |
| 1 | Morgan, Becky-BCBS Ins. | 564.64 | 564.64 |
| 1 | Morgan, Becky-MetLife Dental | 36.99 | 36.99 |
| 1 | Morgan, Becky-MetLife Vision | 9.60 | 9.60 |
| 1 | Tallant, Mary K-BCBS Ins. | 564.64 | 564.64 |
| 1 | Tallant, Mary K-MetLife Dental | 36.00 | 36.00 |
| 1 | Tallant, Mary K-MetLife Vision | 9.60 | 9.60 |

| | |
|---|---|
| **Subtotal** | |
| **Sales Tax (4.8%)** | |
| **Total** | |

**Terms:** All invoices are due on receipt.

Page 2

**SG_016901**

PAPP 1077

# Galmor's / G&G Steam Service, Inc.

### Invoice

P.O. Box 349
Shamrock, TX 79079

| Date | Field Ticket # | Invoice # |
|------|----------------|-----------|
| 9/30/2016 | | 127966 |

| Bill To |
|---------|
| Galmor Family Limited Partnership
P.O. Box 349
Shamrock, Texas 79079 |

| Remit To |
|----------|
| Galmor's / G & G Steam Service
P.O. Box 2199
Elk City, OK 73648 |

| Lease/Location Name | Project | PO# |
|---------------------|---------|-----|
| | | |
| **Ordered By** | **Work Dates** | **User ID / Paykey** |
| | | |

| Qty | Description | Rate | Amount |
|-----|-------------|------|--------|
| 1 | Tallant, Mary K-MetLife Term | 84.90 | 84.90 |
| 1 | Galmor, Rudas-BCBS Ins. | 564.64 | 564.64 |
| 1 | Galmor, Rudas-MetLife Dental | 36.99 | 36.99 |
| 1 | Galmor, Rudas-MetLife Vision | 9.60 | 9.60 |
| 1 | Building Repairs-Rent House | 24.93 | 24.93 |
| | | | |
| | Charges For March 2016 | | |
| 1 | Duncan, Hayden-Wages | 2,692.30 | 2,692.30 |
| 1 | Duncan, Hayden-401K Contriubution | 107.70 | 107.70 |
| 1 | Duncan, Hayden-BCBS Ins. Company Paid | 344.52 | 344.52 |
| 1 | Duncan, Hayden-Payroll Taxes | 446.55 | 446.55 |
| 1 | Morgan, Becky-Wages | 1,854.00 | 1,854.00 |
| 1 | Morgan, Becky-BCBS Ins. | 564.64 | 564.64 |
| 1 | Morgan, Becky-MetLife Dental | 36.99 | 36.99 |
| 1 | Morgan, Becky-MetLife Vision | 9.60 | 9.60 |
| 1 | Tallant, Mary K-BCBS Ins. | 564.64 | 564.64 |
| 1 | Tallant, Mary K-MetLife Dental | 36.99 | 36.99 |
| 1 | Tallant, Mary K-MetLife Vision | 9.60 | 9.60 |
| 1 | Tallant, Mary K-MetLife Term | 84.90 | 84.90 |
| 1 | Galmor, Rudas-BCBS Ins. | 564.64 | 564.64 |
| 1 | Galmor, Rudas-MetLife Dental | 36.99 | 36.99 |
| 1 | Galmor, Rudas-MetLife Vision | 9.60 | 9.60 |
| | | | |
| | Charges For April 2016 | | |
| 1 | Duncan, Hayden-Wages | 4,038.45 | 4,038.45 |
| 1 | Duncan, Hayden-401K Contributions | 161.55 | 161.55 |
| 1 | Duncan, Hayden-BCBS Ins. Company Paid | 516.78 | 516.78 |
| 1 | Duncan, Hayden-Payroll Taxes | 511.74 | 511.74 |
| 1 | Morgan, Becky-Wages | 2,016.00 | 2,016.00 |
| | | | |
| | Charges For May 2016 | | |
| 1 | Duncan, Hayden-Wages | 2,692.30 | 2,692.30 |
| 1 | Duncan, Hayden-401K Contribution | 107.70 | 107.70 |

| | |
|---|---|
| **Subtotal** | |
| **Sales Tax (4.8%)** | |
| **Total** | |

**Terms:** All invoices are due on receipt.

**SG_016902**

PAPP 1078

# Galmor's / G&G Steam Service, Inc.

**Invoice**

P.O. Box 349
Shamrock, TX 79079

| Date | Field Ticket # | Invoice # |
|------|----------------|-----------|
| 9/30/2016 | | 127966 |

| Bill To |
|---------|
| Galmor Family Limited Partnership<br>P.O. Box 349<br>Shamrock, Texas 79079 |

| Remit To |
|----------|
| Galmor's / G & G Steam Service<br>P.O. Box 2199<br>Elk City, OK 73648 |

| Lease/Location Name | Project | PO# |
|---------------------|---------|-----|
| | | |
| Ordered By | Work Dates | User ID / Paykey |
| | | |

| Qty | Description | Rate | Amount |
|-----|-------------|------|--------|
| 1 | Duncan, Hayden-BCBS Ins. Company Paid | 344.52 | 344.52 |
| 1 | Duncan, Hayden-Payroll Taxes | 386.77 | 386.77 |
| 1 | Morgan, Becky-Wages | 1,872.00 | 1,872.00 |
| | | | |
| | Charges For June 2016 | | |
| 1 | Duncan, Hayden-Wages | 2,692.30 | 2,692.30 |
| 1 | Duncan, Hayden-401K Contribution | 107.70 | 107.70 |
| 1 | Duncan, Hayden-BCBS Comapny Paid | 363.10 | 363.10 |
| 1 | Duncan, Hayden-Payroll Taxes | 385.28 | 385.28 |
| 1 | Morgan, Becky-Wages | 1,944.00 | 1,944.00 |
| | | | |
| | Charges For July 2016 | | |
| 1 | Duncan, Hayden-Wages | 1,346.15 | 1,346.15 |
| 1 | Duncan, Hayden-401K Contribution | 53.85 | 53.85 |
| 1 | Duncan, Hayden-BCBS Ins. Company Paid | 181.55 | 181.55 |
| 1 | Duncan, Hayden-Payroll Taxes | 183.00 | 183.00 |
| 1 | Morgan, Becky-Wages | 1,944.00 | 1,944.00 |
| 1 | Rucker, Kelby-Wages | 267.90 | 267.90 |
| 1 | Rucker, Kelby-Payroll Taxes | 55.16 | 55.16 |
| 1 | Building Repairs-House | 1,092.56 | 1,092.56 |
| | | | |
| | Charges For August 2016 | | |
| 1 | Morgan, Becky-Wages | 1,350.00 | 1,350.00 |
| 1 | Rucker, Kelby-Wages | 3,151.36 | 3,151.36 |
| 1 | Rucker, Kelby-Payroll Taxes | 723.61 | 723.61 |
| | | | |
| | Charges For September 2016 | | |
| 1 | Morgan, Becky-Wages | 1,944.00 | 1,944.00 |
| 1 | Rucker, Kelby-Wages | 4,962.62 | 4,962.62 |
| 1 | Rucker, Kelby-Payroll Taxes | 603.60 | 603.60 |

| | | |
|---|---|---|
| | **Subtotal** | $72,540.90 |
| | **Sales Tax (4.8%)** | $0.00 |
| | **Total** | **$72,540.90** |

**Terms:** All invoices are due on receipt.

Corrections or adjustments to invoices must be made within 60 days of the invoice date. Credits will not be issued after this date.

**SG_016903**

PAPP 1079

# Galmor's / G&G Steam Service, Inc.

## Invoice

P.O. Box 349
Shamrock, TX 79079

| Date | Field Ticket # | Invoice # |
|------|---------------|-----------|
| 10/31/2015 | | 126112 |

| Bill To |
|---------|
| Galmor Family Limited Partnership<br>P.O. Box 349<br>Shamrock, Texas 79079 |

| Remit To |
|----------|
| Galmor's / G & G Steam Service<br>P.O. Box 2199<br>Elk City, OK 73648 |

| Lease/Location Name | Project | PO# |
|---------------------|---------|-----|
| | | |
| Ordered By | Work Dates | User ID / Paykey |
| | | |

| Qty | Description | Rate | Amount |
|-----|-------------|------|--------|
| | Charges For February 2015 | | |
| 1 | Duncan, Hayden - Wages | 2,916.67 | 2,916.67 |
| 1 | Duncan, Hayden - 401K Contributions | 116.67 | 116.67 |
| 1 | Duncan, Hayden - United HealthCare Company Portion | 271.40 | 271.40 |
| 1 | Duncan, Hayden - Payroll Taxes | 453.51 | 453.51 |
| 1 | Morgan, Becky - Wages | 2,178.00 | 2,178.00 |
| 1 | Morgan, Becky - United HealthCare Insurance | 405.54 | 405.54 |
| 1 | Tallant, Mary K - United HealthCare Insurance | 405.54 | 405.54 |
| 1 | Galmor, Rudas - Ft Dearborn Life Insurance | 14.89 | 14.89 |
| 1 | Galmor, Rudas - Occidental Life Insurance | 75.75 | 75.75 |
| 1 | Galmor, Rudas - MetLife Term Life Insurance | 77.90 | 77.90 |
| 1 | Galmor, Rudas - MetLife Dental Insurance | 28.99 | 28.99 |
| 1 | Galmor, Rudas - United HealthCare Insurance | 405.54 | 405.54 |
| 1 | Galmor, Rudas - VSP Vision Insurance | 11.78 | 11.78 |
| 1 | Rippetoe, Taylor - Wages | 2,400.00 | 2,400.00 |
| 1 | Rippetoe, Taylor - Payroll Taxes | 254.16 | 254.16 |
| 1 | Rippetoe, Taylor - United HealthCare Insurance | 689.42 | 689.42 |
| 1 | Rippetoe, Taylor - VSP Vision Insurance | 19.24 | 19.24 |
| 1 | Rippetoe, Taylor - MetLife Dental Insurance | 71.65 | 71.65 |
| 1 | Rippetoe, Taylor - MetLife Term Life Insurance | 18.90 | 18.90 |
| | | | |
| | Charges For March 2015 | | |
| 1 | Duncan, Hayden - Wages | 2,916.67 | 2,916.67 |
| 1 | Duncan, Hayden - 401K Contributions | 116.67 | 116.67 |
| 1 | Duncan, Hayden - United HealthCare Company Portion | 271.40 | 271.40 |
| 1 | Duncan, Hayden - Payroll Taxes | 501.85 | 501.85 |
| 1 | Morgan, Becky - Wages | 1,890.00 | 1,890.00 |
| 1 | Morgan, Beck-United Healthcare Insurance | 405.54 | 405.54 |
| 1 | Tallant, Mary K-United Healthcare Insurance | 405.54 | 405.54 |
| 1 | Galmor, Rudas-Ft. Dearborn Life Insurance | 14.89 | 14.89 |
| 1 | Galmor, Rudas-Occidental Life Insurance | 75.75 | 75.75 |
| 1 | Galmor, Rudas-MetLife Term | 77.90 | 77.90 |

| | |
|---|---|
| **Subtotal** | |
| **Sales Tax (6.25%)** | |
| **Total** | |

**Terms:** All invoices are due on receipt.

**SG_016904**

PAPP 1080

# Galmor's / G&G Steam Service, Inc.

**Invoice**

P.O. Box 349
Shamrock, TX 79079

| Date | Field Ticket # | Invoice # |
|------|----------------|-----------|
| 10/31/2015 | | 126112 |

| Bill To |
|---------|
| Galmor Family Limited Partnership<br>P.O. Box 349<br>Shamrock, Texas 79079 |

| Remit To |
|----------|
| Galmor's / G & G Steam Service<br>P.O. Box 2199<br>Elk City, OK 73648 |

| Lease/Location Name | Project | PO# |
|---------------------|---------|-----|
| | | |

| Ordered By | Work Dates | User ID / Paykey |
|------------|------------|------------------|
| | | |

| Qty | Description | Rate | Amount |
|-----|-------------|------|--------|
| 1 | Galmor, Rudas-MetLife Dental | 28.99 | 28.99 |
| 1 | Galmor, Rudas-United Healthcare Insurance | 405.54 | 405.54 |
| 1 | Galmor, Rudas, VSP Vision Insurance | 11.78 | 11.78 |
| 1 | Rippetoe, Taylor-Wages | 2,400.00 | 2,400.00 |
| 1 | Rippetoe, Taylor-Payroll Taxes | 252.72 | 252.72 |
| 1 | Rippetoe, Taylor-United Healthcare Insurance | 689.42 | 689.42 |
| 1 | Rippetoe, Taylor-VSP Vision Insurance | 19.24 | 19.24 |
| 1 | Rippetoe, Taylor-Metlife Dental | 71.65 | 71.65 |
| 1 | Rippetoe, Taylor-MetLife Term | 18.90 | 18.90 |
| | | | |
| | Charges For April 2015 | | |
| 1 | Duncan, Hayden-Wages | 4,262.82 | 4,262.82 |
| 1 | Duncan, Hayden-401K Contribution | 170.52 | 170.52 |
| 1 | Duncan, Hayden-United Healthcare Ins. | 396.66 | 396.66 |
| 1 | Duncan, Hayden-Payroll Taxes | 644.05 | 644.05 |
| 1 | Morgan, Becky-Wages | 2,268.00 | 2,268.00 |
| 1 | Morgan, Becky-United Healthcare Ins. | 405.54 | 405.54 |
| 1 | Tallant, Mary K-United Healthcare Ins. | 405.54 | 405.54 |
| 1 | Galmor, Rudas-Ft. Dearborn Life Ins. | 14.89 | 14.89 |
| 1 | Galmor, Rudas-Occidental Life Ins. | 75.75 | 75.75 |
| 1 | Galmor, Rudas-MetLife Term | 77.90 | 77.90 |
| 1 | Galmor, Rudas-MetLife Dental | 28.99 | 28.99 |
| 1 | Galmor, Rudas-United Healthcare Ins. | 405.54 | 405.54 |
| 1 | Galmor, Rudas-VSP Vision Ins. | 11.78 | 11.78 |
| 1 | Rippetoe, Taylor-Wages | 2,400.00 | 2,400.00 |
| 1 | Rippetoe, Taylor-Payroll Taxes | 228.00 | 228.00 |
| 1 | Rippetoe, Taylor-United Healthcare Ins. | 689.42 | 689.42 |
| 1 | Rippetoe, Taylor-VSP Vision Ins. | 19.24 | 19.24 |
| 1 | Rippetoe, Taylor-MetLife Dental | 71.65 | 71.65 |
| 1 | Rippetoe, Taylor-MetLife Term | 18.90 | 18.90 |
| | | | |
| | Charges For May 2015 | | |
| 1 | Duncan, Hayden-Wages | 3,687.72 | 3,687.72 |

| | |
|---|---|
| **Subtotal** | |
| **Sales Tax (6.25%)** | |
| **Total** | |

**Terms:** All invoices are due on receipt.

**SG_016905**

PAPP 1081

# Galmor's / G&G Steam Service, Inc.

**Invoice**

P.O. Box 349
Shamrock, TX 79079

| Date | Field Ticket # | Invoice # |
|------|----------------|-----------|
| 10/31/2015 | | 126112 |

| Bill To |
|---------|
| Galmor Family Limited Partnership<br>P.O. Box 349<br>Shamrock, Texas 79079 |

| Remit To |
|----------|
| Galmor's / G & G Steam Service<br>P.O. Box 2199<br>Elk City, OK 73648 |

| Lease/Location Name | Project | PO# |
|---------------------|---------|-----|
| | | |

| Ordered By | Work Dates | User ID / Paykey |
|------------|------------|------------------|
| | | |

| Qty | Description | Rate | Amount |
|-----|-------------|------|--------|
| 1 | Duncan, Hayden-401K Contribution | 161.55 | 161.55 |
| 1 | Duncan, Hayden-United Healthcare Ins. | 375.78 | 375.78 |
| 1 | Duncan, Hayden-Payroll Taxes | 605.37 | 605.37 |
| 1 | Morgan, Becky-Wages | 1,998.00 | 1,998.00 |
| 1 | Morgan, Becky-United Healthcare Ins. | 405.54 | 405.54 |
| 1 | Tallant, Mary K-United Healthcare Ins. | 405.54 | 405.54 |
| 1 | Galmor, Rudas-Ft. Dearborn Life Ins. | 14.89 | 14.89 |
| 1 | Galmor, Rudas-Occidental Life Ins. | 75.75 | 75.75 |
| 1 | Galmor, Rudas-MetLife Term | 77.90 | 77.90 |
| 1 | Galmor, Rudas-MetLife Dental | 28.99 | 28.99 |
| 1 | Galmor, Rudas-United Healthcare Ins. | 405.54 | 405.54 |
| 1 | Galmor, Rudas-VSP Vision Ins. | 11.78 | 11.78 |
| 1 | Rippetoe, Taylor-Wages | 3,600.00 | 3,600.00 |
| 1 | Rippetoe, Taylor-Payroll Taxes | 290.16 | 290.16 |
| 1 | Rippetoe, Taylor-United Healthcare Ins. | 689.42 | 689.42 |
| 1 | Rippetoe, Taylor-VSP Vision Ins. | 19.24 | 19.24 |
| 1 | Rippetoe, Taylor-MetLife Dental | 71.65 | 71.65 |
| 1 | Rippetoe, Taylor-MetLife Term | 18.90 | 18.90 |
| | | | |
| | Charges For June 2015 | | |
| 1 | Duncan, Hayden-Wages | 2,353.60 | 2,353.60 |
| 1 | Duncan, Hayden-401K Contribution | 107.70 | 107.70 |
| 1 | Duncan, Hayden-BCBS Ins. | 344.52 | 344.52 |
| 1 | Duncan, Hayden-Payroll Taxes | 403.59 | 403.59 |
| 1 | Morgan, Becky-Wages | 2,016.00 | 2,016.00 |
| 1 | Morgan, Becky-BCBS Ins. | 564.64 | 564.64 |
| 1 | Morgan, Becky-MetLife Dental | 36.99 | 36.99 |
| 1 | Morgan, Becky-MetLife Vision | 9.60 | 9.60 |
| 1 | Tallant, Mary K-BCBS Ins. | 564.64 | 564.64 |
| 1 | Tallant, Mary K-MetLife Term | 84.90 | 84.90 |
| 1 | Tallant, Mary K-MetLife Dental | 36.99 | 36.99 |
| 1 | Tallant, Mary K-MetLife Vision | 9.60 | 9.60 |
| 1 | Galmor, Rudas-Ft. Dearborn Life Ins. | 14.89 | 14.89 |

| | |
|---|---|
| **Subtotal** | |
| **Sales Tax (6.25%)** | |
| **Total** | |

**Terms:** All invoices are due on receipt.

**SG_016906**

PAPP 1082

# Galmor's / G&G Steam Service, Inc.

**Invoice**

P.O. Box 349
Shamrock, TX 79079

| Date | Field Ticket # | Invoice # |
|------|----------------|-----------|
| 10/31/2015 | | 126112 |

**Bill To**

Galmor Family Limited Partnership
P.O. Box 349
Shamrock, Texas 79079

**Remit To**

Galmor's / G & G Steam Service
P.O. Box 2199
Elk City, OK 73648

| Lease/Location Name | Project | PO# |
|---------------------|---------|-----|
| Ordered By | Work Dates | User ID / Paykey |

| Qty | Description | Rate | Amount |
|-----|-------------|------|--------|
| 1 | Galmor, Rudas-Occidental Life Ins. | 75.75 | 75.75 |
| 1 | Galmor, Rudas-MetLife Dental | 36.99 | 36.99 |
| 1 | Galmor, Rudas-BCBS Ins. | 564.64 | 564.64 |
| 1 | Galmor, Rudas-MetLife Vision | 9.60 | 9.60 |
| 1 | Rippetoe, Taylor-Wages | 2,400.00 | 2,400.00 |
| 1 | Rippetoe, Taylor-Payroll Taxes | 193.44 | 193.44 |
| 1 | Rippetoe, Taylor-BCBS Ins. | 938.18 | 938.18 |
| 1 | Rippetoe, Taylor-MetLife Vision | 15.04 | 15.04 |
| 1 | Rippetoe, Taylor-MetLife Dental | 81.60 | 81.60 |
| 1 | Rippetoe, Taylor-MetLife Term | 11.08 | 11.08 |
| | | | |
| | Charges For July 2015 | | |
| 1 | Duncan, Hayden-Wages | 2,354.46 | 2,354.46 |
| 1 | Duncan, Hayden-401K Contribution | 107.70 | 107.70 |
| 1 | Duncan, Hayden-BCBS Ins. | 344.52 | 344.52 |
| 1 | Duncan, Hayden-Payroll Taxes | 395.17 | 395.17 |
| 1 | Morgan, Becky-Wages | 2,214.00 | 2,214.00 |
| 1 | Morgan, Becky-BCBS Ins. | 564.64 | 564.64 |
| 1 | Morgan, Becky-MetLife Dental | 36.99 | 36.99 |
| 1 | Morgan, Becky-MetLife Vision | 9.60 | 9.60 |
| 1 | Tallant, Mary K-BCBS Ins. | 564.64 | 564.64 |
| 1 | Tallant, Mary K-MetLife Term | 84.90 | 84.90 |
| 1 | Tallant, Mary K-MetLife Dental | 36.99 | 36.99 |
| 1 | Tallant, Mary K-MetLife Vision | 9.60 | 9.60 |
| 1 | Galmor, Rudas-Ft. Dearborn Life Ins. | 14.89 | 14.89 |
| 1 | Galmor, Rudas-Occidental Life Ins. | 75.75 | 75.75 |
| 1 | Galmor, Rudas-MetLife Dental | 36.99 | 36.99 |
| 1 | Galmor, Rudas-BCBS Ins. | 564.64 | 564.64 |
| 1 | Galmor, Rudas-MetLife Vision | 9.60 | 9.60 |
| 1 | Rippetoe, Taylor-Wages | 2,400.00 | 2,400.00 |
| 1 | Rippetoe, Taylor-Payroll Taxes | 193.44 | 193.44 |
| 1 | Rippetoe, Taylor-BCBS Ins. | 938.18 | 938.18 |
| 1 | Rippetoe, Taylor-MetLife Vision | 15.04 | 15.04 |

| | |
|---|---|
| **Subtotal** | |
| **Sales Tax (6.25%)** | |
| **Total** | |

**Terms:** All invoices are due on receipt.

**SG_016907**

PAPP 1083

# Galmor's / G&G Steam Service, Inc.

**Invoice**

P.O. Box 349
Shamrock, TX 79079

| Date | Field Ticket # | Invoice # |
|------|----------------|-----------|
| 10/31/2015 | | 126112 |

| Bill To |
|---------|
| Galmor Family Limited Partnership<br>P.O. Box 349<br>Shamrock, Texas 79079 |

| Remit To |
|----------|
| Galmor's / G & G Steam Service<br>P.O. Box 2199<br>Elk City, OK 73648 |

| Lease/Location Name | Project | PO# |
|---------------------|---------|-----|
| | | |
| Ordered By | Work Dates | User ID / Paykey |
| | | |

| Qty | Description | Rate | Amount |
|-----|-------------|------|--------|
| 1 | Rippetoe, Taylor-MetLife Dental | 81.60 | 81.60 |
| 1 | Rippetoe, Taylor-MetLife Term | 11.08 | 11.08 |
| | | | |
| | Charges For August 2015 | | |
| 1 | Duncan, Hayden-Wages | 2,692.30 | 2,692.30 |
| 1 | Duncan, Hayden-401K Contribution | 107.70 | 107.70 |
| 1 | Duncan, Hayden-BCBS Ins. | 344.52 | 344.52 |
| 1 | Duncan, Hayden-Payroll Taxes | 386.78 | 386.78 |
| 1 | Morgan, Becky-Wages | 1,908.00 | 1,908.00 |
| 1 | Morgan, Becky-BCBS Ins. | 564.64 | 564.64 |
| 1 | Morgan, Becky-MetLife Dental | 36.99 | 36.99 |
| 1 | Morgan, Becky-MetLife Vision | 9.60 | 9.60 |
| 1 | Tallant, Mary K-BCBS Ins. | 564.64 | 564.64 |
| 1 | Tallant, Mary K-MetLife Term | 84.90 | 84.90 |
| 1 | Tallant, Mary K-MetLife Dental | 36.99 | 36.99 |
| 1 | Tallant, Mary K-MetLife Vision | 9.60 | 9.60 |
| 1 | Galmor, Rudas-Ft. Dearborn Life Ins. | 14.89 | 14.89 |
| 1 | Galmor, Rudas-Occidental Life Ins. | 75.75 | 75.75 |
| 1 | Galmor, Rudas-MetLife Dental | 36.99 | 36.99 |
| 1 | Galmor, Rudas-BCBS Ins. | 564.64 | 564.64 |
| 1 | Galmor, Rudas-MetLife Vision | 9.60 | 9.60 |
| 1 | Rippetoe, Taylor-Wages | 2,400.00 | 2,400.00 |
| 1 | Rippetoe, Taylor-Payroll Taxes | 193.44 | 193.44 |
| 1 | Rippetoe, Taylor-BCBS Ins. | 938.18 | 938.18 |
| 1 | Rippetoe, Taylor-MetLife Vision Ins. | 15.04 | 15.04 |
| 1 | Rippetoe, Taylor-MetLife Dental | 81.60 | 81.60 |
| 1 | Rippetoe, Taylor-MetLife Term | 11.08 | 11.08 |
| | | | |
| | Charges For September 2015 | | |
| 1 | Duncan, Hayden-Wages | 2,692.30 | 2,692.30 |
| 1 | Duncan, Hayden-401K Contribution | 107.70 | 107.70 |
| 1 | Duncan, Hayden-BCBS Ins. | 344.52 | 344.52 |
| 1 | Duncan, Hayden-Payroll Taxes | 386.77 | 386.77 |

| | |
|---|---|
| **Subtotal** | |
| **Sales Tax (6.25%)** | |
| **Total** | |

**Terms:** All invoices are due on receipt.

**SG_016908**

PAPP 1084

# Galmor's / G&G Steam Service, Inc.

**Invoice**

P.O. Box 349
Shamrock, TX 79079

| Date | Field Ticket # | Invoice # |
|------|----------------|-----------|
| 10/31/2015 | | 126112 |

| Bill To |
|---------|
| Galmor Family Limited Partnership
P.O. Box 349
Shamrock, Texas 79079 |

| Remit To |
|----------|
| Galmor's / G & G Steam Service
P.O. Box 2199
Elk City, OK 73648 |

| Lease/Location Name | | Project | | PO# | |
|---|---|---|---|---|---|
| | | | | | |
| Ordered By | | Work Dates | | User ID / Paykey | |
| | | | | | |

| Qty | Description | Rate | Amount |
|-----|-------------|------|--------|
| 1 | Morgan, Becky-Wages | 2,124.00 | 2,124.00 |
| 1 | Morgan, Becky-BCBS Ins. | 564.64 | 564.64 |
| 1 | Morgan, Becky-MetLife Dental | 36.99 | 36.99 |
| 1 | Morgan, Becky-MetLife Vision | 9.60 | 9.60 |
| 1 | Tallant, Mary K-BCBS Ins. | 564.64 | 564.64 |
| 1 | Tallant, Mary K-MetLife Term | 84.90 | 84.90 |
| 1 | Tallant, Mary K-MetLife Dental | 36.99 | 36.99 |
| 1 | Tallant, Mary K-MetLife Vision | 9.60 | 9.60 |
| 1 | Galmor, Rudas-Ft. Dearborn Life Ins. | 14.89 | 14.89 |
| 1 | Galmor, Rudas-Occidental Life Ins. | 75.75 | 75.75 |
| 1 | Galmor, Rudas-MetLife Dental | 36.99 | 36.99 |
| 1 | Galmor, Rudas-BCBS Ins. | 564.64 | 564.64 |
| 1 | Galmor, Rudas-MetLife Vision | 9.60 | 9.60 |
| 1 | Rippetoe, Taylor-Wages | 2,400.00 | 2,400.00 |
| 1 | Rippetoe, Taylor-Payroll Taxes | 193.44 | 193.44 |
| 1 | Rippetoe, Taylor-BCBS Ins. | 938.18 | 938.18 |
| 1 | Rippetoe, Taylor-MetLife Vision | 15.04 | 15.04 |
| 1 | Rippetoe, Taylor-MetLife Dental | 81.60 | 81.60 |
| 1 | Rippetoe, Taylor-MetLife Term | 11.08 | 11.08 |
| | | | |
| | Charges For October 2015 | | |
| 1 | Duncan, Hayden-Wages | 4,038.45 | 4,038.45 |
| 1 | Duncan, Hayden-401K Contribution | 161.55 | 161.55 |
| 1 | Duncan, Hayden-BCBS Ins. | 516.78 | 516.78 |
| 1 | Duncan, Hayden-Payroll Taxes | 580.16 | 580.16 |
| 1 | Morgan, Becky-Wages | 2,520.00 | 2,520.00 |
| 1 | Morgan, Becky-BCBS Ins. | 564.64 | 564.64 |
| 1 | Morgan, Becky-MetLife Dental | 36.99 | 36.99 |
| 1 | Morgan, Becky-MetLife Vision | 9.60 | 9.60 |
| 1 | Tallant, Mary K-BCBS Ins. | 564.64 | 564.64 |
| 1 | Tallant, Mary K-MetLife Term | 84.90 | 84.90 |
| 1 | Tallant, Mary K-MetLife Dental | 36.99 | 36.99 |
| 1 | Tallant, Mary K-MetLife Vision | 9.60 | 9.60 |

| | |
|---|---|
| **Subtotal** | |
| **Sales Tax (6.25%)** | |
| **Total** | |

**Terms:** All invoices are due on receipt.

**SG_016909**

PAPP 1085

# Galmor's / G&G Steam Service, Inc.

P.O. Box 349
Shamrock, TX 79079

# Invoice

| Date | Field Ticket # | Invoice # |
|---|---|---|
| 10/31/2015 | | 126112 |

| Bill To |
|---|
| Galmor Family Limited Partnership<br>P.O. Box 349<br>Shamrock, Texas 79079 |

| Remit To |
|---|
| Galmor's / G & G Steam Service<br>P.O. Box 2199<br>Elk City, OK 73648 |

| Lease/Location Name | Project | PO# |
|---|---|---|
| | | |
| Ordered By | Work Dates | User ID / Paykey |
| | | |

| Qty | Description | Rate | Amount |
|---|---|---|---|
| 1 | Galmor, Rudas-Ft. Dearborn Life Ins. | 14.89 | 14.89 |
| 1 | Galmor, Rudas-Occidental Life Ins. | 75.75 | 75.75 |
| 1 | Galmor, Rudas-MetLife Dental | 36.99 | 36.99 |
| 1 | Galmor, Rudas-BCBS Ins. | 564.64 | 564.64 |
| 1 | Galmor, Rudas-MetLife Vision | 9.60 | 9.60 |
| 1 | Rippetoe, Taylor-Wages | 1,200.00 | 1,200.00 |
| 1 | Rippetoe, Taylor-Payroll Taxes | 96.72 | 96.72 |
| 1 | Rippetoe, Taylor-BCBS Ins. | 938.18 | 938.18 |
| 1 | Rippetoe, Taylor-MetLife Vision | 15.04 | 15.04 |
| 1 | Rippetoe, Taylor-MetLife Dental | 81.60 | 81.60 |
| 1 | Rippetoe, Taylor-MetLife Term | 11.08 | 11.08 |
| 1 | Cabinet Outlet-Bathroom Add For Shirley | 4,208.44 | 4,208.44 |

| | |
|---|---|
| **Subtotal** | $107,636.27 |
| **Sales Tax (6.25%)** | $0.00 |
| **Total** | $107,636.27 |

**Terms:** All invoices are due on receipt.

Corrections or adjustments to invoices must be made within 60 days of the invoice date. Credits will not be issued after this date.

Page 7

SG_016910

PAPP 1086

# Galmor's / G&G Steam Service, Inc.

**Invoice**

P.O. Box 349
Shamrock, TX 79079

| Date | Field Ticket # | Invoice # |
|---|---|---|
| 3/31/2017 | | 129278 |

| Bill To |
|---|
| Galmor Family Limited Partnership<br>P.O. Box 349<br>Shamrock, Texas 79079 |

| Remit To |
|---|
| Galmor's / G & G Steam Service<br>P.O. Box 2199<br>Elk City, OK 73648 |

| Lease/Location Name | Project | PO# |
|---|---|---|
| | | |
| Ordered By | Work Dates | User ID / Paykey |
| | | |

| Qty | Description | Rate | Amount |
|---|---|---|---|
| 1 | January<br>Becky Morgan | 1,638.00 | 1,638.00 |
| 1 | February<br>Becky Morgan | 1,548.00 | 1,548.00 |
| 1 | March<br>Robin Blair | 1,695.00 | 1,695.00 |

| | |
|---|---|
| **Subtotal** | $4,881.00 |
| **Sales Tax (4.8%)** | $0.00 |
| **Total** | **$4,881.00** |

**Terms:** All invoices are due on receipt.

Corrections or adjustments to invoices must be made within 60 days of the invoice date. Credits will not be issued after this date.

**SG_016898**

PAPP 1087

# Galmor's / G&G Steam Service, Inc.

## Invoice

P.O. Box 349
Shamrock, TX  79079

| Date | Field Ticket # | Invoice # |
|------|----------------|-----------|
| 12/31/2016 | | 128668 |

| Bill To |
|---------|
| Galmor Family Limited Partnership<br>P.O. Box 349<br>Shamrock, Texas 79079 |

| Remit To |
|----------|
| Galmor's / G & G Steam Service<br>P.O. Box 2199<br>Elk City, OK 73648 |

| Lease/Location Name | Project | PO# |
|---------------------|---------|-----|
| | | |

| Ordered By | Work Dates | User ID / Paykey |
|------------|------------|------------------|
| | | |

| Qty | Description | Rate | Amount |
|-----|-------------|------|--------|
| | October | | |
| 1 | Becky Morgan | 1,398.00 | 1,398.00 |
| 1 | Kelby Rucker Payroll | 1,942.50 | 1,942.50 |
| | | | |
| | November | | |
| 1 | Becky Morgan | 1,620.00 | 1,620.00 |
| 1 | Kelby Rucker Payroll | 3,637.50 | 3,637.50 |
| | | | |
| | December | | |
| 1 | Becky Morgan | 1,440.00 | 1,440.00 |
| 1 | Kelby Rucker Payroll | 225.00 | 225.00 |

| | |
|--|--|
| Subtotal | $10,263.00 |
| Sales Tax (4.8%) | $0.00 |
| **Total** | **$10,263.00** |

**Terms:**  All invoices are due on receipt.

Corrections or adjustments to invoices must be made within 60 days of the invoice date.  Credits will not be issued after this date.

**SG_016899**

PAPP 1088

# Galmor's / G&G Steam

**Invoice**

P.O. Box 349
Shamrock, TX 79079

| Date | Invoice # |
|------|-----------|
| 6/30/2014 | 120423 |

| Bill To | Remit To |
|---------|----------|
| Galmor Family Limited Partnership<br>P.O. Box 349<br>Shamrock, Texas 79079 | Galmor's/G&G Steam Services Inc.<br>PO Box 2407<br>Elk City, OK 73648 |

| Project | User ID / Paykey | PO# | Terms |
|---------|------------------|-----|-------|
| | | | Due on receipt |

| Qty | Description | Rate | Amount |
|-----|-------------|------|--------|
| 1 | Duncan, Hayden - Wages From 01/01/2014 to 06/30/2014 | 17,500.02 | 17,500.02 |
| 1 | Duncan, Hayden - 401K Contributions From 01/01/2014 to 06/30/2014 | 700.02 | 700.02 |
| 1 | Duncan, Hayden - United HealthCare Company Portion From 01/01/2014 to 06/30/2014 | 1,607.52 | 1,607.52 |
| 1 | Duncan, Hayden - Payroll Taxes From 01/01/2014 to 06/30/2014 | 1,514.05 | 1,514.05 |
| 1 | Morgan, Becky - Wages From 01/01/2014 to 06/30/2014 | 14,328.00 | 14,328.00 |
| 1 | Morgan, Beck - United HealthCare Insurance From 01/01/2014 to 06/30/2014 | 2,183.10 | 2,183.10 |
| 1 | Tallant, Mary K - United HealthCare Insurance From 01/01/2014 to 06/30/2014 | 2,183.10 | 2,183.10 |
| 1 | Galmor, Rudas - AFLAC Insurance From 01/01/2014 to 06/30/2014 | 202.68 | 202.68 |
| 1 | Galmor, Rudas - Life Insurance From 01/01/2014 to 06/30/2014 | 453.20 | 453.20 |
| 1 | Galmor, Rudas - MetLife Dental Insurance From 01/01/2014 to 06/30/2014 | 173.94 | 173.94 |
| 1 | Galmor, Rudas - United HealthCare Insurance From 01/01/2014 to 06/30/2014 | 2,183.10 | 2,183.10 |
| 1 | Galmor, Rudas - VSP Vision Insurance From 01/01/2014 to 06/30/2014 | 82.46 | 82.46 |
| 1 | Dish Network Bill From 01/01/2014 to 06/30/2014 | 953.16 | 953.16 |

| | |
|---|---|
| Sales Tax (6.25%) | $0.00 |
| **Balance Due** | $44,064.35 |

**SG_016911**

PAPP 1089

# Galmor's / G&G Steam

P.O. Box 349
Shamrock, TX 79079

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/31/2014 | 121125 |

| Bill To |
|---------|
| Galmor Family Limited Partnership<br>P.O. Box 349<br>Shamrock, Texas 79079 |

| Remit To |
|----------|
| Galmor's/G&G Steam Services Inc.<br>PO Box 2407<br>Elk City, OK 73648 |

| Project | User ID / Paykey | PO# | Terms |
|---------|------------------|-----|-------|
| | | | Due on receipt |

| Qty | Description | Rate | Amount |
|-----|-------------|------|--------|
| | Charges For July 2014 | | |
| 1 | Duncan, Hayden - Wages | 2,916.67 | 2,916.67 |
| 1 | Duncan, Hayden - 401K Contributions | 116.67 | 116.67 |
| 1 | Duncan, Hayden - United HealthCare Company Portion | 271.40 | 271.40 |
| 1 | Duncan, Hayden - Payroll Taxes | 209.23 | 209.23 |
| 1 | Morgan, Beck - United HealthCare Insurance | 405.54 | 405.54 |
| 1 | Tallant, Mary K - United HealthCare Insurance | 405.54 | 405.54 |
| 1 | Galmor, Rudas - AFLAC Insurance From | 67.56 | 67.56 |
| 1 | Galmor, Rudas - Ft Dearborn Life Insurance | 14.89 | 14.89 |
| 1 | Galmor, Rudas - Occidental Life Insurance | 75.75 | 75.75 |
| 1 | Galmor, Rudas - MetLife Term Life Insurance | 77.90 | 77.90 |
| 1 | Galmor, Rudas - MetLife Dental Insurance | 28.99 | 28.99 |
| 1 | Galmor, Rudas - United HealthCare Insurance | 405.54 | 405.54 |
| 1 | Galmor, Rudas - VSP Vision Insurance | 11.78 | 11.78 |
| 1 | Dish Network Bill | 244.11 | 244.11 |

| | |
|---|---|
| Sales Tax (6.25%) | $0.00 |
| Balance Due | $5,251.57 |

SG_016912

PAPP 1090

# Galmor's / G&G Steam

**Invoice**

P.O. Box 349
Shamrock, TX 79079

| Date | Invoice # |
|------|-----------|
| 8/31/2014 | 121994 |

| Bill To |
|---------|
| Galmor Family Limited Partnership |
| P.O. Box 349 |
| Shamrock, Texas 79079 |

| Remit To |
|----------|
| Galmor's/G&G Steam Services Inc. |
| PO Box 2407 |
| Elk City, OK 73648 |

| Project | User ID / Paykey | PO# | Terms |
|---------|------------------|-----|-------|
| | | | Due on receipt |

| Qty | Description | Rate | Amount |
|-----|-------------|------|--------|
| | Charges For July 2014 | | |
| 1 | Duncan, Hayden - Wages | 2,916.67 | 2,916.67 |
| 1 | Duncan, Hayden - 401K Contributions | 116.67 | 116.67 |
| 1 | Duncan, Hayden - United HealthCare Company Portion | 271.40 | 271.40 |
| 1 | Duncan, Hayden - Payroll Taxes | 209.24 | 209.24 |
| 1 | Morgan, Becky - Wages | 1,476.00 | 1,476.00 |
| 1 | Morgan, Becky - United HealthCare Insurance | 405.54 | 405.54 |
| 1 | Tallant, Mary K - United HealthCare Insurance | 405.54 | 405.54 |
| 1 | Galmor, Rudas - AFLAC Insurance From | 67.56 | 67.56 |
| 1 | Galmor, Rudas - Ft Dearborn Life Insurance | 14.89 | 14.89 |
| 1 | Galmor, Rudas - Occidental Life Insurance | 75.75 | 75.75 |
| 1 | Galmor, Rudas - MetLife Term Life Insurance | 77.90 | 77.90 |
| 1 | Galmor, Rudas - MetLife Dental Insurance | 28.99 | 28.99 |
| 1 | Galmor, Rudas - United HealthCare Insurance | 405.54 | 405.54 |
| 1 | Galmor, Rudas - VSP Vision Insurance | 11.78 | 11.78 |
| 1 | Dish Network Bill | 207.94 | 207.94 |

| | |
|--------------------|--------|
| **Sales Tax (6.25%)** | $0.00 |
| **Balance Due** | $6,691.41 |

**SG_016913**

PAPP 1091

# Galmor's / G&G Steam

**Invoice**

P.O. Box 349
Shamrock, TX 79079

| Date | Invoice # |
|------|-----------|
| 9/30/2014 | 122454 |

| Bill To | Remit To |
|---------|----------|
| Galmor Family Limited Partnership<br>P.O. Box 349<br>Shamrock, Texas 79079 | Galmor's/G&G Steam Services Inc.<br>PO Box 2407<br>Elk City, OK 73648 |

| Project | User ID / Paykey | PO# | Terms |
|---------|------------------|-----|-------|
|  |  |  | Due on receipt |

| Qty | Description | Rate | Amount |
|-----|-------------|------|--------|
|  | Charges For July 2014 |  |  |
| 1 | Duncan, Hayden - Wages | 2,916.67 | 2,916.67 |
| 1 | Duncan, Hayden - 401K Contributions | 116.67 | 116.67 |
| 1 | Duncan, Hayden - United HealthCare Company Portion | 271.40 | 271.40 |
| 1 | Duncan, Hayden - Payroll Taxes | 219.49 | 219.49 |
| 1 | Morgan, Becky - Wages | 1,206.00 | 1,206.00 |
| 1 | Morgan, Becky - United HealthCare Insurance | 405.54 | 405.54 |
| 1 | Tallant, Mary K - United HealthCare Insurance | 405.54 | 405.54 |
| 1 | Galmor, Rudas - AFLAC Insurance | 33.78 | 33.78 |
| 1 | Galmor, Rudas - Ft Dearborn Life Insurance | 14.89 | 14.89 |
| 1 | Galmor, Rudas - Occidental Life Insurance | 75.75 | 75.75 |
| 1 | Galmor, Rudas - MetLife Term Life Insurance | 77.90 | 77.90 |
| 1 | Galmor, Rudas - MetLife Dental Insurance | 28.99 | 28.99 |
| 1 | Galmor, Rudas - United HealthCare Insurance | 405.54 | 405.54 |
| 1 | Galmor, Rudas - VSP Vision Insurance | 11.78 | 11.78 |
| 1 | Dish Network Bill | 182.49 | 182.49 |

| | Sales Tax (6.25%) | $0.00 |
|---|---|---|
| | **Balance Due** | **$6,372.43** |

**SG_016914**

PAPP 1092

# Galmor's / G&G Steam

**Invoice**

P.O. Box 349
Shamrock, TX 79079

| Date | Invoice # |
|------|-----------|
| 10/31/2014 | 123004 |

| Bill To |
|---------|
| Galmor Family Limited Partnership<br>P.O. Box 349<br>Shamrock, Texas 79079 |

| Remit To |
|----------|
| Galmor's/G&G Steam Services Inc.<br>PO Box 2407<br>Elk City, OK 73648 |

| Project | User ID / Paykey | PO# | Terms |
|---------|------------------|-----|-------|
| | | | Due on receipt |

| Qty | Description | Rate | Amount |
|-----|-------------|------|--------|
| | Charges For October 2014 | | |
| 1 | Duncan, Hayden - Wages | 2,916.67 | 2,916.67 |
| 1 | Duncan, Hayden - 401K Contributions | 116.67 | 116.67 |
| 1 | Duncan, Hayden - United HealthCare Company Portion | 271.40 | 271.40 |
| 1 | Duncan, Hayden - Payroll Taxes | 212.67 | 212.67 |
| 1 | Morgan, Becky - Wages | 1,980.00 | 1,980.00 |
| 1 | Morgan, Becky - United HealthCare Insurance | 405.54 | 405.54 |
| 1 | Tallant, Mary K - United HealthCare Insurance | 405.54 | 405.54 |
| 1 | Galmor, Rudas - AFLAC Insurance | 33.78 | 33.78 |
| 1 | Galmor, Rudas - Ft Dearborn Life Insurance | 14.89 | 14.89 |
| 1 | Galmor, Rudas - Occidental Life Insurance | 75.75 | 75.75 |
| 1 | Galmor, Rudas - MetLife Term Life Insurance | 77.90 | 77.90 |
| 1 | Galmor, Rudas - MetLife Dental Insurance | 28.99 | 28.99 |
| 1 | Galmor, Rudas - United HealthCare Insurance | 405.54 | 405.54 |
| 1 | Galmor, Rudas - VSP Vision Insurance | 11.78 | 11.78 |
| 1 | Dish Network Bill | 204.77 | 204.77 |

| | |
|--|--|
| **Sales Tax (6.25%)** | $0.00 |
| **Balance Due** | $7,161.89 |

**SG_016915**

PAPP 1093

# Galmor's / G&G Steam

**Invoice**

P.O. Box 349
Shamrock, TX 79079

| Date | Invoice # |
|------|-----------|
| 11/30/2014 | 123558 |

| Bill To | Remit To |
|---------|----------|
| Galmor Family Limited Partnership<br>P.O. Box 349<br>Shamrock, Texas 79079 | Galmor's/G&G Steam Services Inc.<br>PO Box 2407<br>Elk City, OK 73648 |

| Project | User ID / Paykey | PO# | Terms |
|---------|------------------|-----|-------|
| | | | Due on receipt |

| Qty | Description | Rate | Amount |
|-----|-------------|------|--------|
| | Charges For November 2014 | | |
| 1 | Duncan, Hayden - Wages | 2,916.67 | 2,916.67 |
| 1 | Duncan, Hayden - 401K Contributions | 116.67 | 116.67 |
| 1 | Duncan, Hayden - United HealthCare Company Portion | 271.40 | 271.40 |
| 1 | Duncan, Hayden - Payroll Taxes | 212.67 | 212.67 |
| 1 | #466 Payment To SGM For Hayden's Pickup | 920.21 | 920.21 |
| 1 | Rippetoe, Taylor - Wages | 4,200.00 | 4,200.00 |
| 1 | Rippetoe, Taylor - Payroll Taxes | 244.08 | 244.08 |
| 1 | Morgan, Becky - Wages | 3,006.00 | 3,006.00 |
| 1 | Morgan, Beck - United HealthCare Insurance | 405.54 | 405.54 |
| 1 | Tallant, Mary K - United HealthCare Insurance | 405.54 | 405.54 |
| 1 | Galmor, Rudas - AFLAC Insurance | 33.78 | 33.78 |
| 1 | Galmor, Rudas - Ft Dearborn Life Insurance | 14.89 | 14.89 |
| 1 | Galmor, Rudas - Occidental Life Insurance | 75.75 | 75.75 |
| 1 | Galmor, Rudas - MetLife Term Life Insurance | 77.90 | 77.90 |
| 1 | Galmor, Rudas - MetLife Dental Insurance | 28.99 | 28.99 |
| 1 | Galmor, Rudas - United HealthCare Insurance | 405.54 | 405.54 |
| 1 | Galmor, Rudas - VSP Vision Insurance | 11.78 | 11.78 |
| 1 | Dish Network Bill | 175.06 | 175.06 |

| | |
|---|---|
| Sales Tax (6.25%) | $0.00 |
| **Balance Due** | $13,522.47 |

**SG_016916**

PAPP 1094

# Galmor's / G&G Steam

**Invoice**

P.O. Box 349
Shamrock, TX  79079

| Date | Invoice # |
|------|-----------|
| 12/31/2014 | 123993 |

| Bill To |
|---------|
| Galmor Family Limited Partnership<br>P.O. Box 349<br>Shamrock, Texas 79079 |

| Remit To |
|----------|
| Galmor's/G&G Steam Services Inc.<br>PO Box 2407<br>Elk City, OK  73648 |

| Project | User ID / Paykey | PO# | Terms |
|---------|------------------|-----|-------|
| | | | Due on receipt |

| Qty | Description | Rate | Amount |
|-----|-------------|------|--------|
| | Charges For December 2014 | | |
| 1 | Duncan, Hayden - Wages | 2,916.67 | 2,916.67 |
| 1 | Duncan, Hayden - 401K Contributions | 116.67 | 116.67 |
| 1 | Duncan, Hayden - United HealthCare Company Portion | 271.40 | 271.40 |
| 1 | Duncan, Hayden - Payroll Taxes | 212.67 | 212.67 |
| 1 | Morgan, Becky - Wages | 2,070.00 | 2,070.00 |
| 1 | Morgan, Becky - United HealthCare Insurance | 405.54 | 405.54 |
| 1 | Tallant, Mary K - United HealthCare Insurance | 405.54 | 405.54 |
| 1 | Galmor, Rudas - AFLAC Insurance From | 33.78 | 33.78 |
| 1 | Galmor, Rudas - Ft Dearborn Life Insurance | 14.89 | 14.89 |
| 1 | Galmor, Rudas - Occidental Life Insurance | 75.75 | 75.75 |
| 1 | Galmor, Rudas - MetLife Term Life Insurance | 77.90 | 77.90 |
| 1 | Galmor, Rudas - MetLife Dental Insurance | 28.99 | 28.99 |
| 1 | Galmor, Rudas - United HealthCare Insurance | 405.54 | 405.54 |
| 1 | Galmor, Rudas - VSP Vision Insurance | 11.78 | 11.78 |
| 1 | Dish Network Bill | 197.34 | 197.34 |
| 1 | Rippetoe, Taylor - Wages | 2,400.00 | 2,400.00 |
| 1 | Rippetoe, Taylor - Payroll Taxes | 244.08 | 244.08 |
| 1 | Rippetoe, Taylor - United HealthCare Insurance | 2,068.26 | 2,068.26 |
| 1 | Rippetoe, Taylor - VSP Vision Insurance | 19.24 | 19.24 |

| | |
|---|---|
| **Sales Tax  (6.25%)** | $0.00 |
| **Balance Due** | $11,976.04 |

# Galmor's / G&G Steam Service, Inc.

### Invoice

P.O. Box 349
Shamrock, TX  79079

| Date | Field Ticket # | Invoice # |
|------|----------------|-----------|
| 1/31/2015 | | 124565 |

| Bill To |
|---------|
| Galmor Family Limited Partnership<br>P.O. Box 349<br>Shamrock, Texas 79079 |

| Remit To |
|----------|
| Galmor's / G & G Steam Service<br>P.O. Box 2199<br>Elk City, OK 73648 |

| Lease/Location Name | Project | PO# |
|---------------------|---------|-----|
| | | |
| Ordered By | Work Dates | User ID / Paykey |
| | | |

| Qty | Description | Rate | Amount |
|-----|-------------|------|--------|
| | Charges For January 2015 | | |
| 1 | Duncan, Hayden - Wages | 2,916.67 | 2,916.67 |
| 1 | Duncan, Hayden - 401K Contributions | 116.67 | 116.67 |
| 1 | Duncan, Hayden - United HealthCare Company Portion | 271.40 | 271.40 |
| 1 | Duncan, Hayden - Payroll Taxes | 285.22 | 285.22 |
| 1 | Morgan, Becky - Wages | 2,088.00 | 2,088.00 |
| 1 | Morgan, Becky - United HealthCare Insurance | 405.54 | 405.54 |
| 1 | Tallant, Mary K - United HealthCare Insurance | 405.54 | 405.54 |
| 1 | Galmor, Rudas - AFLAC Insurance From | 67.56 | 67.56 |
| 1 | Galmor, Rudas - Ft Dearborn Life Insurance | 14.89 | 14.89 |
| 1 | Galmor, Rudas - Occidental Life Insurance | 75.75 | 75.75 |
| 1 | Galmor, Rudas - MetLife Term Life Insurance | 77.90 | 77.90 |
| 1 | Galmor, Rudas - MetLife Dental Insurance | 28.99 | 28.99 |
| 1 | Galmor, Rudas - United HealthCare Insurance | 405.54 | 405.54 |
| 1 | Galmor, Rudas - VSP Vision Insurance | 11.78 | 11.78 |
| 1 | Dish Network Bill | 254.48 | 254.48 |
| 1 | Rippetoe, Taylor - Wages | 2,400.00 | 2,400.00 |
| 1 | Rippetoe, Taylor - Payroll Taxes | 244.08 | 244.08 |
| 1 | Rippetoe, Taylor - United HealthCare Insurance | 689.42 | 689.42 |
| 1 | Rippetoe, Taylor - VSP Vision Insurance | 19.24 | 19.24 |
| 1 | Rippetoe, Taylor - MetLife Dental Insurance | 71.65 | 71.65 |
| 1 | Rippetoe, Taylor - MetLife Term Life Insurance | 18.90 | 18.90 |

| | |
|---|---|
| Subtotal | $10,869.22 |
| Sales Tax (6.25%) | $0.00 |
| **Total** | **$10,869.22** |

**Terms:**  All invoices are due on receipt.

Corrections or adjustments to invoices must be made within 60 days of the invoice date.  Credits will not be issued after this date.

### SG_016918

PAPP 1096

## AMENDMENT AND RATIFICATION OF
## COMPROMISE AND SETTLEMENT AGREEMENT

The undersigned agree to amend and supplement the Compromise and Settlement Agreement ("Settlement Agreement") originally signed over August 3-7, 2019, attached hereto, as follows:

1    The Settlement Agreement will be binding on and fully effective between and among the undersigned parties who signed the Settlement Agreement between August 3-7, 2019, who agree to this Amendment and Ratification;

2    The undersigned parties agree that the Settlement Agreement is amended to delete any and all references to Randy Mark "Rudas" Galmor in the Settlement Agreement including but not limited to in the following Sections of the Settlement Agreement: 1.03; 2.41; 2.42; 4.04b, 4.04c; however, Rudas shall retain his right to an equal distribution as a remaining beneficiary of the Galmor Trusts under Section 4.03;

3    The Effective Date of the Settlement Agreement and this Amendment and Ratification shall be September 13, 2019;

4    The releases in the Settlement Agreement are effective between the parties as of the Effective Date in this affirmation. The releases in the Settlement Agreement shall apply to and fully release the parties' for acts, omissions, claims and causes of action arising after the original signing of the Settlement Agreement and up to the Effective Date;

5    All the transactions that are to be accomplished by the Settlement Agreement itself are effective as of the Effective Date in this affirmation;

6    Effective as of the signing of this Affirmation by Leslie Pritchard and Traci Coleman, Michael Stephen Galmor resigns as manager of Galmor Management, LLC and from his other capacities as stated in the Settlement Agreement;

7    The undersigned consent to Kent Ries managing the liquidation of GFLP property in the manner described in the Settlement Agreement under the supervision of the Bankruptcy Court and consent to Kent Ries executing any documents necessary to close such sales of GFLP property

Date: 10-30-19

Michael Stephen Galmor,
In all his capacities under the Settlement Agreement


Date: _____

Leslie Pritchard


Date: 10-8-19

Traci Coleman


EXHIBIT
2 1

DEPONENT NAME:
Galmor

DATE: 3 /29/21

PP 1097

## AMENDMENT AND RATIFICATION OF
## COMPROMISE AND SETTLEMENT AGREEMENT

The undersigned agree to amend and supplement the Compromise and Settlement Agreement ("Settlement Agreement") originally signed over August 3-7, 2019, attached hereto, as follows:

1    The Settlement Agreement will be binding on and fully effective between and among the undersigned parties who signed the Settlement Agreement between August 3-7, 2019, who agree to this Amendment and Ratification;

2    The undersigned parties agree that the Settlement Agreement is amended to delete any and all references to Randy Mark "Rudas" Galmor in the Settlement Agreement including but not limited to in the following Sections of the Settlement Agreement: 1.03; 2.41; 2.42; 4.04b, 4.04c; however, Rudas shall retain his right to an equal distribution as a remaining beneficiary of the Galmor Trusts under Section 4.03;

3    The Effective Date of the Settlement Agreement and this Amendment and Ratification shall be September 13, 2019;

4    The releases in the Settlement Agreement are effective between the parties as of the Effective Date in this affirmation. The releases in the Settlement Agreement shall apply to and fully release the parties' for acts, omissions, claims and causes of action arising after the original signing of the Settlement Agreement and up to the Effective Date;

5    All the transactions that are to be accomplished by the Settlement Agreement itself are effective as of the Effective Date in this affirmation;

6    Effective as of the signing of this Affirmation by Leslie Pritchard and Traci Coleman, Michael Stephen Galmor resigns as manager of Galmor Management, LLC and from his other capacities as stated in the Settlement Agreement;

7    The undersigned consent to Kent Ries managing the liquidation of GFLP property in the manner described in the Settlement Agreement under the supervision of the Bankruptcy Court and consent to Kent Ries executing any documents necessary to close such sales of GFLP property

_____    Date: 10-30-19
Michael Stephen Galmor,
In all his capacities under the Settlement Agreement

_____    Date: 10/8/19
Leslie Pritchard

_____    Date: _____
Traci Coleman

## COMPROMISE AND SETTLEMENT AGREEMENT

### I.     Parties

The following are the parties (collectively, the "Parties") to this Compromise, Settlement, and Release Agreement.

1.01     Michael Stephen Galmor, a natural person ("MSG");

1.02     Traci Marie Galmor Wilson ("Traci");

1.03     Randy Mark "Rudas" Galmor ("Rudas");

1.04     Leslie Donnette Galmor Pritchard ("Pritchard");

1.05     The Galmor Trusts, as defined below, by and through Michael Stephen Galmor, Trustee;

1.06     Estate of Shirley Jo Galmor, Deceased;

1.07     Galmor Family Limited Partnership, a Texas limited partnership ("GFLP");

1.08     Galmor Management, LLC, a Texas limited liability company ("Galmor GP").

### II.     Rules of Construction and Definitions

2.01     Party names and terms are defined under Article I of this Agreement.

2.02     All exhibits referenced and described in this Agreement are incorporated by reference herein as if fully set forth verbatim.

2.03     Defined terms which are not a proper noun need not be capitalized in order to carry the meaning provided in this Article II of this Agreement.

2.04     Unless otherwise defined herein, word shall have the same meaning as used in Code § 101 (as "Code" is defined below).

2.05     "Adversary Proceeding" shall mean and refer to Adv. No. 18-02010, *Leslie Pritchard, Individually and/or Derivatively on behalf of Estate of Shirley Jo Galmor, Galmor Family Limited Partnership, Galmor Management LLC, Bobby Don and Shirley Jo Galmor Living Trust, Galmor Family Trust, and Galmor Contribution Trust, Plaintiff(s) v. Michael Stephen Galmor and Galmor's/G&G Steam Service, Inc.,* in the in the United States Bankruptcy Court for the Northern District of Texas, Amarillo Division, and including if and when applicable any appeals or derivative proceedings.

2.06     "Agreement" shall mean and refer to this Compromise, Settlement, and Release Agreement.

2.07    "Bankruptcy Cases" shall mean and refer to the MSG Case and the G&G Case.

2.08    "Bankruptcy Court" shall mean and refer to the United States Bankruptcy Court for the Northern District of Texas, Amarillo Division, which Court presided over the Bankruptcy Cases.

2.09    "Claim" or "Claims" shall mean and refer to any "claim" as defined in Code § 101(5)[1] and includes any Setoff, right, remedy, fact, issue, or defense with respect to any such Claim.

2.10    "Code" shall mean and refer to the United States Bankruptcy Code, Title 11 of the United States code, 11 U.S.C. § 101 et seq.

2.11    "Combined Assets" shall mean and refer to all property, Claims, and/or interests of any kind or nature of the Probate Estates, the Galmor Trusts, GFLP, and Galmor GP.

2.12    "Combined Interests" shall mean and refer to the Combined Assets, the Probate Estates, the Galmor Trusts, GFLP, and Galmor GP.

2.13    "Designated Auctioneer" shall mean and refer to Assiter Auctioneers.

2.14    "Designated Broker" shall mean and refer to the broker to which the parties agree by August 12, 2019.

2.15    "Document" shall mean and refer to shall mean and include all documents and tangible things to the very broadest extent included within the scope of the Rules, including, but not limited to, the originals and all drafts and copies, together with any annotations or highlighted copies containing all or part of the information requested, in the possession, custody or control of a party, a party's attorneys, representative, employees, agents, or any other natural person or business or legal entity acting or purporting to act for or on a party's behalf, or their respective Personnel as the case may be. Also, the term "Document" or "writing" means any medium whatsoever, including all electronic, recorded and digital media of any kind, upon which intelligence or information can be recorded, or retrieved, and includes, without limitation, the original and each copy, regardless of origin and location, of any written material, correspondence, electronic mail, text or SMS messages, chat sessions, note file, book, pamphlet, printout, chart, record, report, periodical, letter, memorandum, (including any memorandum or report of a meeting or conversation), invoice, bill, order form, receipt, financial statement, accounting entry, diary, draft, working paper,

---

[1] Code § 101(5) defines "claim" as:

(A) right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or

(B) right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured.

chart, paper, print, drawing, sketch, graph, index, list, and any written, recorded, transcribed, punched, taped, filmed or graphic matter whatsoever, however produced or reproduced, which is in your possession, custody, or control or which was, but is no longer, in Your possession, custody, or control. The term "Document" or "writing" shall also include all copies or drafts of Documents by whatever means made, including specifically but not exclusively, those copies bearing commentary or notations not appearing on the original.

2.16    "Effective Date" shall mean and refer to the first date of execution of this Agreement by all Parties to this Agreement.

2.17    "External Claims" shall mean and refer to any Claims of any party asserted against the Combined Assets or the Combined Interests, or any combination or subset thereof, including any Claims relating to or asserted against the G&G Estate and/or the MSG Estate that relate to and/or could affect in any way the Combined Assets and/or the Combined Interests.

2.18    "G&G Case" shall mean and refer to Case No. 18-20210, *In re Galmor's/G&G Steam Service, Inc.*, pending in the Bankruptcy Court.

2.19    "G&G Estate" shall mean and refer to bankruptcy estate created under the Code with respect to Galmor's/G&G Steam Service, Inc. and/or the G&G Case.

2.20    "Galmor GP" shall mean and refer to Galmor Management, LLC, a Texas limited liability company and the general partner of GFLP.

2.21    "Galmor Trusts" shall mean and refer to the (i) The Bobby Don and Shirley Jo Galmor Living Trust, created by trust instrument dated July 20, 2005, and as amended by amendments on February 2, 2007, December 20, 2010, and October 28, 2011; (ii) The Galmor Family Trust created on April 3, 2013, upon the death of Bobby Don Galmor, pursuant to Part Three, Article Second of the Trust Instrument of the Living Trust as Amended; (iii) The Galmor Contribution Trust created on April 3, 2013, upon the death of Bobby Don Galmor, pursuant to Part Three, Article Second of the Trust Instrument of the Living Trust as Amended, and as set forth in the Exhibits to the Original Complaint; and any other trust created pursuant to The Bobby Don and Shirley Jo Galmor Living Trust, as amended.

2.22    "Galmor Trust Mineral Interests" shall mean and refer to any Mineral Interests owned by the Galmor Trusts.

2.23    "GFLP" shall mean and refer to Galmor Family Limited Partnership, a Texas limited partnership, and when the context requires shall also include and/or mean and refer to its general partner, Galmor Management, LLC, a Texas limited liability company.

2.24    "GFLP Mineral Interests" shall mean and refer to any Mineral Interests owned by GFLP.

2.25    "Homeplace" shall mean and refer to certain real property consisting of a 175 acre tract of land and improvements thereon and commonly referred to as 6535 Highway 83, Shamrock, Texas 79079.

2.26    "Homeplace Debt" shall mean and refer to that debt owed by MSG to the Galmor Trusts arising from his purchase of an interest in the Homeplace, secured by the December 10, 2014 Deed of Trust recorded at Volume 697, Pages 92-99 of the Wheeler County Texas property records.

2.27    "Lis Pendens Suit" shall mean and refer to Cause No. 13854, *Galmor Family Limited Partnership v. Leslie Pritchard,* in the 31st District Court, in and for Wheeler County, Texas

2.28    "Mineral Interests" shall mean and refer to any interest in any severed mineral interest or severed oil and gas interest including any lease, royalty, well, working interest, well bore interest, overriding royalty interest, or equity position and all current receivables arising from such interests.

2.29    "MSG Case" shall mean and refer to Case No. 18-20209, *In re Michael Stephen Galmor*, pending in the Bankruptcy Court.

2.30    "MSG Estate" shall mean and refer to bankruptcy estate created under the Code with respect to Michael Stephen Galmor and/or the MSG Case.

2.31    "MSG" shall mean and refer to Michael Stephen Galmor.

2.32    "MSG Mineral Interests" shall mean and refer to any Mineral Interests devised or distributed to MSG by the Galmor Trusts or the Estate of Shirley Jo Galmor, Deceased, or devised to MSG by the Last Will and Testament of Shirley Jo Galmor dated June 14, 2014 under a power of appointment.

2.33    "Original Complaint" shall mean and refer to Docket No. 1 in the Adversary Proceeding.

2.34    "Petition Date" shall mean and refer to June 19, 2019, the date that both Bankruptcy Cases commenced.

2.35    "Post-Petition" or "Postpetition" shall refer to the individual rights and interests of MSG existing after the Petition Date.

2.36    "PPOC" or "PPOCs" shall mean and refer to the proofs of claims filed by Pritchard in the MSG Case (Proof of Claim No. 15) and the G&G Case (Proof of Claim No. 32), and any amendments and/or supplements thereto.

2.37    "Pritchard Parties" shall mean and refer to (i) Pritchard, (ii) Traci, and (iii) Leslie Pritchard on behalf of decedent Shirley Jo Galmor, and individually and/or derivatively on behalf of the behalf of Estate of Shirley Jo Galmor, Deceased, Galmor Family Limited Partnership, a Texas limited partnership, Galmor Management LLC,

a Texas limited liability company, the Bobby Don and Shirley Jo Galmor Living Trust, the Galmor Family Trust, and the Galmor Contribution Trust.

2.38 "Probate" shall mean and refer to Cause No. 13,507, *In the Estate of Shirley Jo Galmor, Deceased*, pending in the 31st District Court of Wheeler County, TX.

2.39 "Probate Estates" shall mean the decedent estates of Bobby Don Galmor and/or Shirley Jo Galmor.

2.40 "Quarry Property" shall mean and refer to all interest in real property and locations from which the Combined Interests at any time prior to the Effective Date have extracted rock, sand, gravel, and other materials including particularly the rock quarry property in Wheeler County legally described as "All of Section Five (5), Block A-8, H&GN Ry. Co. Survey, Wheeler County, Texas."

2.41 "Released Parties" shall mean and refer to MSG, Pritchard, Traci, Rudas, the Probate Estates, the Galmor Trusts, GFLP, Galmor GP, and the G&G Estate and each of their respective successors and assigns, partners, parents, subsidiaries, affiliates, agents, attorneys, representatives, servants, officers, directors, employees, heirs, personal representatives, and all persons, natural or corporate, in privity with each or any thereof (whether or not specifically listed by name herein).

2.42 "Releasing Parties" shall mean and refer to MSG, Pritchard, Traci, Rudas, the Probate Estates, the Galmor Trusts, GFLP, and Galmor GP, and each of their respective successors and assigns. For the avoidance of doubt, the Parties agree that MSG is authorized to effectuate the releases herein on behalf of the Probate Estates, the Galmor Trusts, GFLP, and Galmor GP.

2.43 "Rule" shall mean and refer to the Federal Rules of Bankruptcy Procedure or a rule under the Federal Rules of Bankruptcy Procedure.

2.44 "Setoff" shall mean and refer to any Claim, counterclaim, crossclaim, third party claim, recoupment, setoff, or any other matter which may be used to reduce any External Claim.

2.45 "Subject Litigation" shall mean and refer to the Probate, the Will Contest, the Trustee Removal Action, the Adversary Proceeding, and the Lis Pendens Suit.

2.46 "Subject Mineral Interests" shall mean and refer to the MSG Mineral Interests, GFLP Mineral Interests, and Galmor Trusts Mineral Interests.

2.47 "Subject Real Property" shall mean and refer to the tracts of real property of the GFLP referenced and described in **Exhibit 001** attached hereto and incorporated by reference herein.

2.48 "Trustee Removal Action" shall mean and refer to Cause No. 13,765, *Leslie Pritchard, Individually and on behalf of Shirley Jo Galmor v. Michael Stephen Galmor, as Trustee of The Bobby Don and Shirley Jo Galmor Living Trust, as Trustee*

*of The Galmor Family Trust, and as Trustee of Galmor Contribution Trust* pending in the 31st District Court of Wheeler County, Texas.

2.49    "Trustee Ries" shall mean and refer to Kent Ries, the Chapter 7 Trustee under the Code appointed in the MSG Case and the G&G Case, and any successor trustee(s) who may be appointed in the either Bankruptcy Case

2.50    "Will Contest" shall mean and refer to the First Amended Answer and General Denial and Opposition to Issuance for Letters Testamentary, and claims therein, filed in Cause No. 13,507, *In the Estate of Shirley Jo Galmor, Deceased*, pending in the 31st District Court of Wheeler County, TX.

### III.    Recitals

3.01    This Agreement is the result of a mediation that occurred in Amarillo, Texas on June 11, 2019. Although each Party wishes to include and could include voluminous recitals, in the interest of time in effectively memorializing the substantive agreements reached at mediation, and in light of the substantial procedural history, the Parties have limited the Recitals.

3.02    The Parties wish to resolve all past and present disputes regarding the Combined Interests as set forth herein.

### IV.    Acknowledgments and Agreement

NOW THEREFORE, in consideration of the promises and agreements set forth in this Agreement, the Parties hereby agree to the following.

4.01.    **Disposition of Subject Litigation**

a. ***Dismissal of Will Contest and the Trustee Removal Action, and Disposition of the Probate and the Estate of Shirley Jo Galmor***. The Parties shall enter this Agreement into the Will Contest, the Probate, and the Trustee Removal Action as a family settlement agreement and cause the dismissal with prejudice of the Will Contest and the Trustee Removal Action. The Parties agree that the Combined Interests will be distributed as if the Will Contest had never been filed, and pursuant to the terms herein rather than pursuant to any Will of Shirley Jo Galmor offered for probate.

b. ***Family Settlement Agreement Offered in Lieu of Probate of Will***. The parties agree that no administration of the Estate is necessary and that the Last Will and Testament of Shirley Jo Galmor dated June 14, 2014, shall not be admitted to probate.

i. As an alternate plan of distribution, the parties agree that the rest, residue, and remainder of the Estate of Shirley Jo Galmor shall be distributed in accordance with the terms of the Last Will and Testament of Shirley Jo Galmor dated June 14, 2014 as though set forth herein, with the sole

exception that any Mineral Interests shall be distributed to the Trustee of the Galmor Trusts as though in accordance with a valid Will of Shirley Jo Galmor admitted to probate and no testamentary power of appointment will be given effect as to Mineral Interests.

ii. The Parties to this Agreement expressly agree to not probate any other Will or Codicil of Shirley Jo Galmor other than the Last Will and Testament of Shirley Jo Galmor dated July 20, 2005 and the First Codicil thereto dated May 19, 2009, as may be necessary to effectuate the distribution of Mineral Interests to the Trustee of the Galmor Trusts in accordance with this Agreement or the Last Will and Testament of Shirley Jo Galmor dated June 14, 2014 as may be necessary to effectuate the distribution of property other than the Mineral Interests in accordance with this Agreement.

c. ***Dismissal of Adversary Proceeding.*** Pritchard and/or the Pritchard Parties shall take the steps necessary and dismiss the Adversary Proceeding with prejudice and to amend the PPOCs consistent with this Agreement and the approval of the Parties. Pritchard will withdraw or dismiss any objections to discharge, objections to exemptions, or other filings in the Bankruptcy Cases, all with prejudice, except for the amendment of the PPOCs as set forth above.

d. ***Removal of notices of Lis Pendens and Nonsuit of Lis Pendens Suit.*** Pritchard and/or the Pritchard Parties as applicable shall promptly remove any previously filed notice of lis pendens relating to the Subject Litigation, including but not limited to those notices of lis pendens recorded in vol. 741 page 214-216 of the Wheeler County property records. The parties will cause the dismissal with prejudice of the Lis Pendens Suit.

4.02. **Disposition of Homeplace Debt.**

a. In full and final satisfaction of the Homeplace Debt, MSG assigns, without recourse, to the Galmor Trusts the following: (1) any interest he may have in said Galmor Trusts, save for any interest received as a result of the Family Settlement Agreement contained within this Agreement; (2) any interest he may have in the MSG Mineral Interests; (3) any interest he may have in the GFLP; and (4) any Post-Petition claim he may have for compensation or reimbursement from the Galmor Trusts or GFLP, except as otherwise provided for in this Agreement. In the event any spendthrift provision in the Galmor Trusts prevents the above assignment of MSG's interest in the Galmor Trusts from being effective, MSG agrees to assign and does assign any distribution he receives from the Galmor Trusts back to the Galmor Trusts.

b. To whatever extent is necessary, the Parties authorize MSG to execute and record any deed to record his ownership of the Homeplace or release of liens necessary to release any liens of the Galmor Trusts in, to, and/or against the Homeplace, and hereby ratify MSG's actions on behalf of the Galmor Trusts in that regard. The

Parties shall execute any power of attorney reasonably requested by MSG to effectuate such releases.

c. The Parties shall not seek to charge MSG or the Homeplace for any External Claims asserted or sustained against the Combined Interests. The Pritchard Parties do not dispute that the Homeplace is the property and homestead of MSG.

d. The Parties need not defend nor indemnify MSG and/or the Homeplace with respect to any External Claims.

4.03.   **Disposition of Trust Assets.** Upon full execution of the transactions provided for herein, all assets presently belonging to the Galmor Trusts, including such assets acquired by the Galmor Trusts pursuant to this Agreement and less any assets disposed of by the Galmor Trusts pursuant to this Agreement, are to then be immediately distributed to the beneficiaries of the Trusts as follows.

| 25% | Pritchard |
|-----|-----------|
| 25% | Rudas |
| 25% | Traci |
| 25% | Used by the Pritchard Parties for purposes of the defending and/or funding of a settlement of any External Claims, including any External Claims asserted by Trustee Ries, and any remainder of such 25% shall be distributed equally to Pritchard, Rudas, and Traci, and, if necessary, prosecuting any Claims against any third parties who are not Parties to this Agreement, with remaining funds being distributed equally to Pritchard, Traci, and Rudas. |

The Parties agree that due to MSG's assignment of any present or future interest he may have in the Galmor Trusts back to the Galmor Trusts, and his agreement to assign any distribution he receives back to the Galmor Trusts, the eventual distribution of the remaining property in the Galmor Trusts will be equally between Pritchard, Traci, and Rudas. This interest is subject to an External Claim that such trust interest is property of the MSG Estate and is to be defended by Pritchard and/or any of the Pritchard Parties pursuant to the following section of this Agreement.

4.04.   **Continued Administration of the Combined Interests.**

a. ***Resignation of MSG from capacities within Combined Interests.*** Once all transactions provided for in this Agreement have been fully closed and executed, MSG shall resign and withdraw from his capacity as trustee of the Galmor Trusts, manager, partner, officer and/or director of GFLP, manager and/or officer of

Galmor GP, and any and all other similar capacities with respect to the Combined Interests.

b. ***Management of Combined Interests.*** MSG, Pritchard, Traci, and Rudas agree to the terms of the governing documents of GFLP and Galmor GP and, but to the extent such governing documents conflict with this Agreement this Agreement shall control, and MSG, Pritchard, Traci, and Rudas amend such governing documents as necessary to comply with the terms of this Agreement. MSG, Pritchard, Traci, and Rudas agree that until the liquidation and winding up of the Combined Interests is accomplished, the Combined Interests will be managed in accordance with this Agreement. Pritchard is appointed as Manager of Galmor GP with the limited authority to take actions required under this Agreement. Pritchard is authorized and directed to wind up the GFLP and Galmor GP, and effectuate the distributions and transactions required under this Agreement.

c. ***Management and Defense of Claims.*** Pritchard is authorized and in her business judgment may investigate, defend, and/or compromise any Claims and/or External Claims asserted by any party against any of the Combined Interests and/or Combined Assets, and may investigate, prosecute , and/or compromise any Claims against any third parties who are not Parties to this Agreement. Any proposed settlement of such Claims and/or External Claims must be unanimously approved by Pritchard, Traci, and Rudas, and authorization for Pritchard to undertake any other actions not authorized herein must be unanimously granted by Pritchard, Traci, and Rudas.

d. ***Books and Records of the Combined Interests.*** All Documents, books, records, computers, and other information of or relating to the Combined Interests shall be made available and/or turned over to Pritchard, including particularly without limitations all such things that have been or that currently exist at the Quarry Property. MSG hereby authorizes any party in possession of any books and records of or relating to the Combined Interests to provide such books and records to Pritchard. MSG will execute any documents necessary for any third parties to release Documents and information to Pritchard.

e. ***Records Relating to Subject Mineral Interests.*** By this agreement, MSG authorizes and directs all operators and similar parties to provide to Pritchard and/or otherwise cause Pritchard to receive any and all books, records, and Documents relating to the Subject Mineral Interests. MSG will execute any documents necessary for any third parties to release Documents and information to Pritchard.

f. ***Notice of Claims Against the Combined Interest, etc.***

    i. Promptly upon learning of any lawsuit or other legal action against the Combined Interests, formally or informally, MSG shall notify the other parties herein of any lawsuit or other action or proceeding that is

            commenced against or relating any of the Combined Interests, the Subject Real Property, and/or the Subject Mineral Interests.

     ii. MSG warrants and represents that to date MSG has disclosed to Pritchard any pending lawsuits relating to Combined Interests, the Subject Real Property, and/or the Subject Mineral Interests known by MSG as of the Effective Date hereto.

g. ***Global Cooperation of MSG.***

     i. MSG shall cooperate with Pritchard and/or the Pritchard Parties in the investigation and/or defense of the External Claims.

     ii. MSG shall continue to perform any duties required of MSG under the Code with respect to the Bankruptcy Cases and/or the Bankruptcy Estates. These duties take precedence over MGS's cooperation with Pritchard in the event of a conflict.

4.05. **Disposition of GFLP and Galmor GP Assets.** It is agreed by the Parties that the GFLP and Galmor GP shall wind up and terminate. Net proceeds of such winding up will be distributed to the interest-holders of GFLP and Galmor GP as such interest-holders exist after distribution of the property of the Galmor Trusts in accordance with this Agreement. Such distribution will be in accordance with their interests and governing documents for GFLP and Galmor GP. Assets of GFLP and Galmor GP will be disposed of in the following manner:

a. ***Disposition of Subject Real Property.***

     i. The Designated Broker shall market and seek to sell the Subject Real Property for a period of six (6) months from the Effective Date (the "Marketing Period"), except for properties among the Subject Real Property for which a buyer has been identified prior to the Effective Date.

     ii. Any contract presented by the Designated Broker to the Parties may be rejected only upon the combined veto of both MSG and Pritchard expressed in writing to the Designated Broker within five (5) calendar days of the presentation of any contract to MSG and Pritchard (the "Veto Procedures").

     iii. If either, but not both, of MSG or Pritchard object to the contract presented by the Designated Broker, the Designated Broker may only proceed with the contract if the Designated Broker, in the Designated Broker's sole discretion, determines that such sale is commercially reasonable.

     iv. Upon conclusion of the Marketing Period, any Subject Property not otherwise sold under this Agreement shall be submitted to the Designated Auctioneer for Auction according to the discretion of the auctioneer to

maximize value of the property, provided however, the Veto Procedures shall apply to any actions of the Designated Auctioneer.

v. MSG and Pritchard are designated as the co-representatives of the GFLP to execute and conclude any contracts between the GFLP and the Designated Broker and/or the Designated Auctioneer as are necessary to fulfill this Agreement.

vi. **Neither MSG nor Pritchard may separately contract or execute any instrument without the other. THUS, EACH CONTRACT AND ANY OTHER INSTRUMENT RELATING TO THE SUBJECT REAL PROPERTY MUST INCLUDE THE SIGNATURES OF BOTH MSG AND PRITCHARD TO BE VALID AND BINDING.**

vii. *IN THE EVENT OF ANY DISAGREEMENT AS TO THE ACCEPTANCE OF ANY BONA FIDE AND GOOD FAITH OFFERS AS TO ANY OF THE SUBJECT PROPERTY, THEN THE DESIGNATED BROKER SHALL CAST A TIE-BREAKING VOTE AND DECIDE THE QUESTION AS BETWEEN MSG AND PRITCHARD.*

viii. Should either the Designated Broker and/or the Designated Auctioneer resign or otherwise cease performance of their roles, MSG and Leslie, through their attorneys, shall appoint a replacement.

ix. MSG shall undertake any and all reasonable actions in order to obtain a forbearance of any action by any secured lender, lien holder, and/or judgment holder from taking any further action against any of the GFLP and/or the Subject Real Property in order to permit the disposition of the Subject Real Property under this Agreement. The Parties acknowledge that MSG has no control over the parties who might bring such claims or actions and that he makes no guarantees regarding what forbearance might be obtained.

x. Before any sales proceeds from the sale of the Subject Real Property are distributed to the parties herein, Great Plains Bank shall receive all available proceeds of the sale of the Subject Real Property until principal, interest, and late fees are paid in full for Notes 8411, 6145, 9900, and 3447, as more fully described in the Notice of Foreclosure Sale letter, dated July 15, 2019, from Johnathan H. Hinders, counsel for Great Plains Bank. Great Plains Bank's right to such proceeds from the sale of the Subject Real Property includes proceeds from the sale of all Subject Real Property and is not limited to Subject Real Property securing Notes 8411, 6145, 9900, and 3447.

b. ***Disposition of Cash of the Combined Interests.*** Cash currently in the possession of the Combined Interests may be used for the following purposes (the "Cash Distributions").

    i. An additional $25,000 to pay and fully satisfy any and all remaining attorney's fees owed or potentially owed, after the application of any retainer, by any of the Combined Interests to Lovell, Lovell, Isern & Farabough, LLP ("LLIF"). MSG is authorized to make this distribution. Any and all additional and/or subsequent attorney's fees of LLIF and/or Patrick Swindell relating to MSG and/or the matters addressed herein shall be the sole and exclusive individual responsibility of MSG. Upon receipt of this additional $25,000, LLIF agrees to release any liens on property of the Combined Interests. LLIF agrees to cooperate in any sale of property and satisfaction of prior liens.

    ii. $9,000 to MSG relating to activities of GFLP from March 18, 2019 to June 1, 2019. MSG is authorized to make this distribution.

    iii. A fee of three dollars per head per month to MSG cost to care for cattle on the gain currently situated on GFLP property, for the period from June 1, 2019 until the cessation of such cattle operation or August 31, 2019, whichever occurs first. Pritchard will cause the GFLP to make this distribution to MSG within 15 days of his submission of an invoice for this labor.

    iv. **AFTER AND BEYOND THE EXPENDITURES AUTHORIZED ABOVE, ANY AND ALL OTHER PRESENT OR FUTURE CASH, PROCEEDS, AND/OR OTHER FUNDS OR ASSETS OF THE COMBINED INTERESTS MAY BE USED ONLY IN ACCORDANCE WITH THIS AGREEMENT.**

c. **Disposition of GFLP Mineral Interests.** The GFLP Mineral Interests shall be distributed in-kind. Any distribution of such GFLP Mineral Interests distributed to Galmor GP shall also be distributed in kind.

d. **Letter Jackets.** MSG warrants that he does not possess or know the location of the high school letter jackets of Bobby Don Galmor and Shirley Jo Galmor. MSG agrees that should these jackets be found, he will give them to the Pritchard Parties.

4.06. **Releases.** Each of the Releasing Parties hereby releases and forever discharges each of the Released Parties from any and all Claims, demands, debts, liabilities, accounts, costs, expenses, liens, causes of action, verdicts and judgments of any kind whatsoever, at common law or in equity, statutory, or otherwise, known or unknown, that each of the Releasing Parties have or might have, prior to the Effective Date against the Released Parties; *provided*, however,

   a.  the Releasing Parties do not hereby waive, relinquish, or release any rights or any of the obligations of the Released Parties arising out of this Agreement or any instruments executed in connection with this Agreement; and

   b.  **Notwithstanding the above releases or any other part of this Agreement, the Parties specifically agree that the facts on which the Subject Litigation was based remain in dispute, that this Agreement does not preclude any Party from asserting any legal or factual defense against any External Claim, and does not preclude any Party from asserting that any External Claim is, in whole or in part, invalid or subject to recoupment. Except as otherwise stated herein, this Agreement does not ratify any prior actions that may have been taken by any of the Parties on behalf of another Party. The above release is limited in scope to the extent necessary to make the provisions of this paragraph effective among the Parties only.**

4.07.  **Notices.**  Any notices that are required by this Agreement or that may otherwise be given regarding the subject matter of the Agreement shall be given to each of the parties at each party's last known addresses and to their respective attorney(s).  Any notice to the attorneys may accomplished by email if also accompanied by a writing sent by fax and/or regular mail.

4.08.  **Binding Effect**.  This Agreement is fully integrated and contains the entire agreement of the parties with respect to the subject matter addressed herein and may not be contradicted except by a writing signed by the parties.  The parties acknowledge that this Agreement is executed after negotiations between and among representatives of the parties hereto.  The parties agree that: (a) each party and its attorneys have conducted their own investigation concerning the facts surrounding the matters covered by this Agreement and in voluntarily choosing to execute this Agreement, have relied upon their own analyses of such facts and not on any information furnished by any other party or their representatives; (b) there are no oral or other written agreements concerning the subject matter of this Agreement; and (c) any right to rely on any oral or written statement of any party or any failure of any party to state any fact is expressly waived and released, it being the intent of the parties hereto to waive any claims for fraudulent inducement.  If an ambiguity or question of intent or interpretation arises, the Agreement will be construed as if drafted jointly by the parties and no presumption or burden of proof will arise favoring or disfavoring any party because of the authorship of any provision of the Agreement.  This Agreement is binding upon and inures to the benefit of each of the parties and their respective partners, parents, subsidiaries, affiliates, agents, attorneys, representatives, servants, officers, directors, employees, heirs, and personal representatives.  This Agreement and the releases hereby granted are personal to the parties hereto and are not intended to create any right in any person who is not a party to this Agreement, except as otherwise set forth herein.  The parties are legally competent to execute this Agreement.

4.09.  **Miscellaneous.**  Each Party shall bear, pay, and discharge all of their own expenses (including, but not limited to, attorneys' fees, court costs and other expenses) incurred

in connection with, arising from and relating to the disputes, litigation referenced herein, the additional transactions referenced in this Agreement, and the negotiation, execution, and performance of this Agreement. Each of the parties shall execute and deliver (and shall cooperate in the execution and delivery of) all the documents reasonably necessary to evidence or perfect the terms of this Agreement. This Agreement shall be construed under and governed by the laws of the State of Texas. Venue for any dispute arising out of this Agreement shall be the Courts of Wheeler County, Texas. This Agreement may be executed in multiple counterparts, each of which shall be deemed an original, but all of which shall constitute one Agreement. The parties further agree that copies of this Agreement and any of the attached Exhibits, including any facsimile copies or .pdf file copies with signatures, shall be binding and treated as original agreements. The paragraph headings contained in this Agreement are for convenience only. Whenever appropriate, the masculine gender may include the feminine or neuter, the singular, the plural, and vice versa. Should any portion(s) of this Agreement be declared to be illegal or unenforceable by a court of competent jurisdiction, then the remaining portions of this Agreement not affected by such judicial declaration shall remain in full force and effect and thereby bind the parties. Any deadline falling on a Saturday, Sunday, or state or federal legal holiday shall be extended to the immediate next day which is not a Saturday, Sunday, or legal holiday.

4.10. **Attorneys' Fees in Future Disputes.** Notwithstanding anything herein to the contrary, the parties acknowledge and agree that should any party to this Agreement be required to institute legal proceedings to enforce or interpret any of the provisions of this Agreement, the prevailing party in such legal proceeding shall recover from the non-prevailing party reasonable attorneys' fees, including fees on appeal, as well as court costs and expenses.

4.11. **Further Assurances.** Following the execution of this Agreement, the Parties covenant and agree to execute such other and further documents as may be necessary to evidence, fulfill, implement, and/or execute the obligations of this Agreement.

4.12. The terms of this Agreement are contractual and are not mere recitals.

*{continued on following sheet}*

MICHAEL STEPHEN GALMOR

Dated: _8/5/19_____, 2019


LESLIE GALMOR PRITCHARD                    TRACI MARIE GALMOR WILSON


Dated: _____, 2019        Dated: _____, 2019

RANDY MARK "RUDAS" GALMOR


Dated: _____, 2019


*{continued on following sheet}*

**GALMOR FAMILY LIMITED PARTNERSHIP, a**
Texas limited partnership

BY: GALMOR MANAGEMENT, LLC, a Texas
limited liability company, its General Partner

By: _____

Title: _____

Dated: __8/5/19_____, 2019

**GALMOR MANAGEMENT, LLC, a Texas limited**
liability company

By: _____

Title: _____

Dated: __8/5/19_____, 2019

**THE BOBBY DON AND SHIRLEY JO**
**GALMOR LIVING TRUST**

By: _____

Title: __Trustee_____

Dated: __8/5/19_____, 2019

**THE GALMOR FAMILY TRUST**

By: _____

Title: __Trustee_____

Dated: __8/5/19_____, 2019

**THE GALMOR CONTRIBUTION TRUST**

By: _____

Title: __Trustee_____

Dated: __8/5/19_____, 2019

*{continued on following sheet}*

MICHAEL STEPHEN GALMOR

_____

Dated: _____, 2019


LESLIE GALMOR PRITCHARD                    TRACI MARIE GALMOR WILSON

_____            _____

Dated: _____, 2019              Dated: _____, 2019


RANDY MARK "RUDAS" GALMOR

_____

Dated: _____, 2019


*{continued on following sheet}*

**DRAFT SUBJECT TO REVIEW, REVISION, WITHDRAWAL, AND CLIENT APPROVAL**

**MICHAEL STEPHEN GALMOR**

By: _____
Title: _____
Dated: _____, 2018

**LESLIE GALMOR PRITCHARD**

By: _____
Title: _____
Dated: _____, 2018

**TRACI MARIE GALMOR WILSON** *Coleman*

By: *Traci Galmor Coleman*
Title: _____
Dated: ___8-7-19_____, 2018

**RANDY MARK "RUDAS" GALMOR**

By: _____
Title: _____
Dated: _____, 2018

*{continued on following sheet}*

**MICHAEL STEPHEN GALMOR**

Dated: _____, 2019


**LESLIE GALMOR PRITCHARD**                   **TRACI MARIE GALMOR WILSON**

Dated: _____, 2019         Dated: _____, 2019

**RANDY MARK "RUDAS" GALMOR**

Dated: _____, 2019


*{continued on following sheet}*

## EXHIBIT 001 — SCHEDULE OF SUBJECT REAL PROPERTY

Section 4, Block A-8 (560 acres, "The Flats)
Section 5, Block A-8 (640 acres, "The Flats")
North of Twitty: Section 9, Block A-8 (299.45 acres, "North of Twitty") in and in
Section 10, Block A-8 (283.88 acres, "North of Twitty")
Section 11, Block A-8 (318 acres, "The Pitcock")
Section 59, Block 17 (640 acres, "The Bradley")
Section 67, Block A-5 (160 acres, "The Turnbow")
Section 76, Block A-5 (100 acres, "Mobeetie Property"

PAPP 1118



COURT REPORTING

LEGAL VIDEOGRAPHY

VIDEOCONFERENCING

TRIAL PRESENTATION

MOCK JURY SERVICES

LEGAL TRANSCRIPTION

COPYING AND SCANNING

LANGUAGE INTERPRETERS





NAEGELI
DEPOSITION & TRIAL



(800) 528-3335

NAEGELIUSA.COM

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

IN RE:

MICHAEL STEPHEN GALMOR,              Case No. 18-20209-RLJ-7

      Debtor,
and

GALMOR'S/G&G STEAM                   Case No. 18-20210-RLJ-7
SERVICE, INC.,

      Debtor.

KENT RIES, TRUSTEE,

      Plaintiff,

v.                                   Adversary No. 20-2003

GALMOR FAMILY LIMITED
PARTNERSHIP and GALMOR
MANAGEMENT, L.L.C.,

      Defendants.

_____

**DEPOSITION OF**

**DEENA CARTER**

**TAKEN ON**
**THURSDAY, MARCH 25, 2021**
**10:12 A.M.**

**BROWN AND FORTUNATO PC**
**905 SOUTH FILLMORE STREET, FIRST FLOOR**
**AMARILLO, TEXAS 79101**

PAPP 1119

1                          **APPEARANCES**

2

3  **Appearing on Behalf of the Plaintiff, Trustee:**

4  KENT RIES, ESQUIRE

5  **Ries Law Offices**

6  2700 South Western Street, Suite 300

7  Amarillo, Texas 79109

8  (806) 242-7437

9  (806) 242-7440 (fax)

10 kent@kentries.com

11

12 **Appearing on Behalf of the Plaintiff, Trustee:**

13 JERRY McLAUGHLIN, ESQUIRE

14 **McLaughlin Law Offices**

15 2700 South Western Street, Suite 1000

16 Amarillo, Texas 79109

17 (806)371-9110

18 jmclaw@suddenlinkmail.com

19

20

21

22

23

24

25

```
 1                    APPEARANCES CONTINUED

 2

 3   Appearing on Behalf of the Defendant, Leslie Pritchard:

 4   DAVOR RUKAVINA, ESQUIRE

 5   Munsch Hardt Kopf & Harr PC

 6   500 North Akard Street, 3800 Ross Tower

 7   Dallas, Texas 75201

 8   (214) 855-7500

 9   (214) 855-7584 (fax)

10   drukavina@munsch.com

11

12   Appearing on behalf of the Debtor/Deponent:

13   MATT W. SHERWOOD, ESQUIRE

14   Brown and Fortunato PC

15   905 South Fillmore Street, Suite 400

16   Amarillo, Texas 79101

17   (833) 228-6300

18   (806) 345-6363 (fax)

19   msherwood@bf-law.com

20

21

22

23

24

25
```

1                        APPEARANCES CONTINUED

2

3   **ALSO PRESENT:**

4   Randy Hopper, Videographer

5   Leslie Pritchard

6   Brandon Galmor

7   Monique Galmor

8   Shawn Zaiontz

9   Laramie Jernigan

10  Charlotte Trew (via Zoom)

11  Traci Coleman (via Zoom)

12  Thomas Berghman (via Zoom)

13  Maison Vasek (via Zoom)

14  Derek Reddell (via Zoom)

15

16

17

18

19

20

21

22

23

24

25

1                        EXAMINATION INDEX

2                                                      Page

3

4  EXAMINATION BY MR. RUKAVINA                         8

5

6  EXAMINATION BY MR. RIES                            119

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Deena Carter    March 25, 2021    NDT Assgn # 36389-2                Page 6

EXHIBITS INDEX

Exhibit                                                Page


  31       UNITED STATES BANKRUPTCY COURT              12

           DOCUMENT


  32       EMAIL DATED 01-07-2021                      13

NAEGELI
DEPOSITION & TRIAL    CELEBRATING 40 YEARS IN BUSINESS    (800)528-3335
                                                          NAEGELIUSA.COM

PAPP 1124

1                        **DEPOSITION OF**

2                        **DEENA CARTER**

3                        **TAKEN ON**

4                 **THURSDAY, MARCH 25, 2021**

5                        **10:12 A.M.**

6

7          **VIDEOGRAPHER:**  This is a videotape deposition of Ms.

8   Deena Carter in case number 18-20209-RLJ-7 in re Michael

9   Stephen Galmor, debtor; Galmor's/G&G Steam Service, Inc.,

10  debtor.  Today's date is March 25th, 2021; the time is

11  approximately 10:12 a.m.

12          Will counsel present please state whom they

13  represent, on the record?

14          **MR. RUKAVINA:**  My name is Davor Rukavina.  I

15  represent Leslie Pritchard.

16          **MR. RIES:**  Kent Ries.  I represent the bankruptcy

17  estates.

18      MR. McLAUGHLIN:  Jerry McLaughlin, co-counsel with Kent

19  Ries.

20          **MR. SHERWOOD:**  Matt Sherwood.  I represent Deena

21  Carter.

22          **MR. RUKAVINA:**  And on the Zoom is my expert witness,

23  Maison Vasek, and his partner Derek.  Also, Traci Coleman, one

24  of the sisters who's recovering from COVID, so she cannot be

25  here; she's on the Zoom watching it.

1          **VIDEOGRAPHER:**  Court reporter, please swear our

2   witness.

3          **THE REPORTER:**  Mrs. Carter, please raise your right

4   hand.

5          Do you solemnly swear or affirm the testimony you are

6   about to give will be the truth, the whole truth, and nothing

7   but the truth, so help you God?

8          **THE WITNESS:**  Yes, sir.

9          **MR. RUKAVINA:**  Kent, we're continuing the exhibits

10  from yesterday; is that acceptable?

11          **MR. RIES:**  Yes, that'd be great.  Thanks.

12          **MR. RUKAVINA:**  Thank you.

13  **DEENA CARTER**, having been duly sworn, was examined, and

14  testified as follows:

15  **EXAMINATION**

16  **BY MR. RUKAVINA:**

17      **Q.   Ms. Carter, good morning.**

18      A.   Good morning.

19      **Q.   What's your full name, please?**

20      A.   Deena Carter.

21      **Q.   Okay.  Have you been deposed before?**

22      A.   Yes.

23      **Q.   Okay.  When?  When and in what capacity?  What was**

24  **going on?**

25      A.   It was a -- an employment situation, probably in 1994

 1  or '5.

 2      Q.    Is that the only time you've been deposed?

 3      A.    Yes, sir.

 4      Q.    Okay.  You understand that you're here to testify

 5  under oath as though you were in court?

 6      A.    Yes, sir.

 7      Q.    And my job is to ask clear questions that you

 8  understanding.  If you do not understand them because of my

 9  accent or some other reason, please tell me to restate my

10  question or that you don't understand my question, okay?

11      A.    Yes, sir.

12      Q.    Okay.  Did you do anything to prepare for today's

13  deposition?

14      A.    I visited with my attorney some.

15      Q.    Did you talk to anyone else about your deposition?

16      A.    No, sir.

17      Q.    Did you talk to Mr. Steve Galmor?

18      A.    Yes.

19      Q.    When did you talk to him?

20      A.    Early this morning.

21      Q.    Okay.  Did you talk about his deposition yesterday?

22      A.    Not -- Not in length at all.  He was just telling me

23  that -- wished me good luck for the day.

24      Q.    Did he tell you anything about what was discussed

25  yesterday?

1    A.    He said there was nothing new, it was just all the

2  same things that have been discussed before.

3    Q.    Okay.  Did he tell you any particular questions that

4  you might be asked today?

5    A.    No, sir.

6    Q.    Did he suggest to you how you should testify today?

7    A.    No, sir.

8    Q.    Okay.  Did you talk about your deposition with Mr.

9  Steve Galmor before yesterday -- before today?

10    A.    No.  He called last night, but we didn't discuss the

11  deposition in length at all.  He just said it was a long day.

12    Q.    Okay.  It was a long day.  Today will be much

13  shorter, I promise.

14        Other than the time last night and this morning, did

15  you talk to him about this deposition?

16    A.    No, sir.

17    Q.    Okay.  Did you talk to Mr. Kent Ries about this

18  deposition?

19    A.    Yes, sir.

20    Q.    When did you talk to him about it?

21    A.    I believe it was Monday afternoon, last Monday

22  afternoon.

23    Q.    Okay.  What did you discuss with Mr. Ries?

24    A.    Just the documents and things that we needed to go

25  over that -- that I needed to -- to try to refresh my memory

```
 1   on.
 2        Q.    Okay.  What documents?
 3        A.    There was just bankruptcy stuff, I believe.
 4        Q.    Okay.  Did he discuss with you the bankruptcy
 5   estates' claims against the family partnership in this lawsuit?
 6        A.    Not in length, just wanted to -- to verify some of
 7   the information that Steve and I had gathered for the
 8   bankruptcy.
 9        Q.    Do you know what this lawsuit is about?
10        A.    Not entirely, no.
11        Q.    Okay.  What -- What limited understanding do you
12   have?
13        A.    I understand that it's for the Bankruptcy Court, but
14   I'm -- I'm really not sure how everything else pulls together.
15        Q.    Do you understand that -- that Mr. Galmor, Steve
16   Galmor and Galmor's/G&G claimed that certain moneys are owed to
17   him by the Family Limited Partnership?
18        A.    Yes, I understand that.
19        Q.    Okay.  And that's what we're going to be discussing
20   today, you understand that?
21        A.    Yeah.
22        Q.    Have you read the complaint in this lawsuit?
23        A.    No, sir.
24        Q.    Have you read my answer and counterclaim in this
25   lawsuit?
```

```
 1      A.    Yes, I believe so.

 2      Q.    Okay.  Did Mr. Ries give that to you to read?

 3      A.    No.

 4      Q.    Okay.  Well, if -- if your counsel gave it to you, I

 5  don't need to know about that.

 6      A.    Okay.

 7      Q.    Okay.  So other than the limited discussions you've

 8  had with Mr. Ries and Mr. Steve Galmor, had you discussed this

 9  deposition with anyone else?  Again, I don't care about your

10  counsel, that's none of my business.

11      A.    No, sir.

12      Q.    Did you do --

13            Did you review any documents to prepare today?

14      A.    No.  I -- I believe there was a subpoena or

15  something, but that was it.

16      Q.    And let's -- let's just talk about that real quick.

17  This will be Exhibit 31, Ms. Carter.

18            (WHEREUPON, Exhibit 31 was marked for

19  identification.)

20  BY MR. RUKAVINA:

21      Q.    Is it Ms. Carter or Mrs. Carter?

22      A.    Mrs.

23      Q.    Mrs. Carter.  I apologize.

24            Please take a look at that document.

25      A.    (Reviews document)
```

1       Q.    Is this the subpoena you -- you just mentioned?

2       A.    Yes, I believe so.

3       Q.    Okay.  And my office served this subpoena on you some

4  time ago, correct?

5       A.    Yes, sir.

6       Q.    Okay.  And then, just so that you have it in front of

7  you, I'm going to mark as Exhibit 32 a letter from your counsel

8  to my office regarding this matter.

9             (WHEREUPON, Exhibit 32 was marked for

10  identification.)

11  BY MR. RUKAVINA:

12      Q.    Are you aware of the fact of this letter having been

13  sent?

14      A.    Yes.

15      Q.    Okay.  And, and Mr. Sherwood sent this letter to my

16  office on your behalf?

17      A.    Yes, I believe that's correct.

18      Q.    And without going into details, did you discuss

19  what's in this letter with him before it was sent?

20      A.    Yes.

21      Q.    Okay.  Mr. Sherwood writes that Ms. Carter has

22  reviewed the ten categories of documents included in the

23  subpoena, and she does not have possession, custody, or control

24  of any document, tangible thing, or electronically stored

25  information for any of the ten categories listed, and then he

 1   explains why.

 2          Do you see that?

 3      A.   Yes, sir.

 4      Q.   And is that still correct, that you do not have

 5   possession, custody, or control of any document responsive to

 6   the subpoena?

 7      A.   I do not have anything.

 8      Q.   Okay.  Did you -- Did you take any steps to see if

 9   you might?

10      A.   I -- No, because I don't have anything.

11      Q.   So let's -- let's understand.  There was some

12   testimony yesterday, at the meeting of creditors as well.

13          Do you remember attending the meeting of creditors

14   with Mr. Ries?

15      A.   I've been to several meetings; I'm not sure of the

16   specifics, but yes.

17      Q.   But do you agree that there was a computer that Mr.

18   Galmor had that was provided to Mr. Ries?

19      A.   Yes.

20      Q.   Okay.  And would that computer have QuickBook files

21   in it?

22      A.   Yes.

23      Q.   Okay.  Do you know the passwords for the QuickBook

24   files?

25      A.   I don't remember them off the top of my head, no.

NAEGELI
DEPOSITION & TRIAL
CELEBRATING 40 YEARS IN BUSINESS
(800)528-3335
NAEGELIUSA.COM

PAPP 1132

1    Q.    But did you give them to Mr. Ries to the best of your

2    memory?

3    A.    Yes, sir.

4    Q.    Okay.  And the QuickBook files, would they be for

5    Galmor's/G&G?

6    A.    Yes.

7    Q.    Would they also be for the Family Limited

8    Partnership?

9    A.    Yes.

10    Q.    Okay.  Would they also be for Michael Stephen Galmor

11    individually?

12    A.    I believe so, yes.

13    Q.    Okay.  So to the best of your memory, there was a

14    separate file for his personal finances?

15    A.    To the best of my memory, yes.

16    Q.    Okay.  Do you recall if that computer would have also

17    had emails that you or Mr. --

18          When I say Mr. Galmor, I'm only talking about Michael

19    Stephen Galmor, okay?  Is that okay with you?

20    A.    Yes, sir.

21    Q.    Okay.  And if I -- if I talk about his father or

22    someone else, I'll try to clarify.  But if I say Mr. Galmor,

23    assume it's Michael Stephen Galmor, okay?

24    A.    Yes, sir.

25    Q.    Did that computer, to your knowledge, have any email

1    files of yours or Mr. Galmor's?

2        A.    I don't remember.

3        Q.    Okay.  And is it fair to say that -- that the primary

4    books and records of the family partnership, Mr. Galmor, and

5    G&G's would be on those QuickBook files?

6        A.    I would think so, yes.

7        Q.    Okay.  And would there have been paper records that

8    you would have kept as well?

9        A.    Not many, I wouldn't think.

10       Q.    Okay.  If there were paper records, where would they

11   have been kept back when the business was operating?

12       A.    At the business.

13       Q.    Where?

14       A.    In file cabinets?

15       Q.    What -- What location?

16       A.    Probably the Gin Yard.

17       Q.    Okay.  Is that the same as Twitty?

18       A.    Yes, sir.

19       Q.    Okay.  What is your date of birth, please?

20       A.    2/21/61.

21       Q.    Okay.  And what is your educational background?

22       A.    Some college.

23       Q.    Okay.  So you graduated high school obviously?

24       A.    Yes, sir.

25       Q.    Where did you go to college?

1    A.    I went through Clarendon College.

2    Q.    Okay.  You didn't get a degree?

3    A.    No, sir.

4    Q.    What were you studying?

5    A.    General studies.

6    Q.    Okay.  Do you have any accounting degrees?

7    A.    No, sir.

8    Q.    Okay.  Any accounting licenses or certifications?

9    A.    No, sir.

10   Q.    Okay.  Never been a CPA?

11   A.    No, sir.

12   Q.    Okay.  You ever been arrested?

13   A.    No, sir.

14   Q.    Okay.  Obviously then you have no criminal record?

15   A.    No, sir.

16   Q.    Okay.  Is it fair to say that you were a bookkeeper

17   for Mr. Galmor and his businesses?

18   A.    Bookkeeper, secretary, yes, sir.

19   Q.    Okay.  And how long have you been kind of a

20   bookkeeper or keeping books for people?

21   A.    Just when I went to work for -- for Steve, I was

22   introduced to QuickBooks and -- and started there.

23   Q.    When would that have been?

24   A.    2001, I believe.  I'm not for sure of the date.

25   Q.    You feel qualified to -- to input information into

1    QuickBooks?

2         A.    Data entry, yes.

3         Q.    Just on-the-job training?  Or did you have any kind

4    of particular training on it?

5         A.    On-the-job training.

6         Q.    Okay.  And obviously over time, you -- do you feel

7    like you became an expert on QuickBooks?

8         A.    I wouldn't say expert, but knowledgeable, yes.

9         Q.    And we had some testimony yesterday, if you'll help

10   me understand.

11             People have remote access to the company's QuickBook

12   files?

13        A.    That's correct.

14        Q.    Would you have had that remote access?

15        A.    I would in my office, yes.  And if I traveled to Elk

16   City, I would have access to the computes there, yes.

17        Q.    Do you know whether the actual data was stored on

18   files on the computer or was it stored off site or in a cloud

19   or something like that?

20        A.    I don't know.

21        Q.    Okay.  Did -- Did Ms. Fuchs have remote access to the

22   QuickBooks?

23        A.    Yes, I believe she did.

24        Q.    Did anyone else have access remotely, do you know?

25        A.    Other than just in the office, I'm not aware of

1  anybody else.

2      Q.    Who all would have had the ability, let's say in

3  2015, 2016, 2017, 2018 time frame, who all, to your knowledge,

4  would have had the ability to open the QuickBook files and

5  input data or change data or print reports, et cetera?

6      A.    Any of the secretaries that worked for the rock

7  quarry, Justin Galmor, Kellye Fuchs, myself, any of the

8  secretaries that might have worked in the Twitty office there;

9  there were some that were there for a short time and some

10 longer.

11     Q.    Why would Justin Galmor have had access, do you know?

12     A.    He worked for his dad, worked with his dad on most

13 everything.

14     Q.    On -- For Galmor's/G&G as well?

15     A.    I believe so, yes.

16     Q.    Okay.  And who were some of these secretaries that

17 you might remember by name that might have had access?

18     A.    There was a Cara Jo Wilson, Matt Brooks, Carol

19 LeBlanc, Jovita Butler, my daughter Jacey Carter, Carolyn Hogg,

20 Devona Seymour.  And I'm sure there's others I don't...

21     Q.    Was there a person that was being charged, let's say,

22 of maintaining and keeping the QuickBook files?

23     A.    Not that I know of.  I'm -- I don't guess I

24 understand the question.

25     Q.    Well, you describe your job as bookkeeper and

1  secretary for the businesses, right?

2      A.   Yes, sir.

3      Q.   Were you the only bookkeeper so to speak?

4      A.   No, sir.

5      Q.   Okay.  Was there like a head bookkeeper?

6      A.   Not really.  Devona done a lot of Steve's personal

7  and it just -- it come down -- I don't know that I would be the

8  head bookkeeper.  But I was responsible for making sure that

9  other people done the input.

10     Q.   Who were you employed by in 2014 to, let's say 2019

11 time frame?

12     A.   Steve Galmor, Galmor's/G&G.

13     Q.   Okay.  By both of them or Galmor's/G&G?

14     A.   At one time I worked for Galmor's.  And there was a

15 merger, and I don't remember when that was.  But I actually was

16 paid by Galmor's/G&G Steam Service probably the time frame

17 you're talking about.

18     Q.   Were you like a -- a salaried employee?

19     A.   Yes, sir.

20     Q.   W-2 employee?

21     A.   Yes, sir.

22     Q.   Okay.  Do you remember your -- your average annual

23 compensation?

24     A.   It was 80,000 a year.

25     Q.   Paid by Galmor's/G&G?

1   A.   Yes, sir.

2   **Q.   Okay.  Did Mr. Steve Galmor ever pay you individually**

3   **for services?**

4   A.   Not that I recall.

5   **Q.   Did the Family Limited Partnership ever pay you**

6   **individually for the services?**

7   A.   Yes, they did.

8   **Q.   Okay.  When was that?**

9   A.   I don't recall.  I know that there were some hourly

10  situations later on that was paid for by the FLP.

11  **Q.   You were actually paid by --**

12  A.   I believe I did receive checks from them, yes.

13  **Q.   Did you ever consider yourself an employee of the**

14  **FLP?**

15  A.   I had been told that I would become an employee of

16  the FLP as things progressed, yes.

17  **Q.   Who told you that?**

18  A.   Mr. Galmor.  Bob Galmor.

19  **Q.   The father?**

20  A.   Uh-huh.  And then Steve later on, because that's

21  where the majority of my time had been spent?

22  **Q.   On the FLP?**

23  A.   After the bankruptcy, yes, sir.

24  **Q.   Okay.  Well, what about before the bankruptcy?**

25  A.   There was a large amount of my time after Bob Galmor

1 passed away, that was spent on the FLP.

2    Q.   So is it fair to say that you were being paid by

3 Galmor's/G&G, but you were also providing services to Mr.

4 Galmor personally and to the FLP?

5    A.   Yes.  More to the FLP than Steve personally.

6    Q.   Were you also providing services to other businesses

7 related to Mr. Galmor?

8    A.   Possibly, if things were -- if -- if there was

9 something that he needed done on the cattle or something, very

10 possibly.

11    Q.   Okay.  Did you have a expectation with compensation

12 from the FLP for the services that you provided prior to

13 bankruptcy?

14    A.   Yes, sir, I did.

15    Q.   Okay.  What was that expectation?

16    A.   It was a portion of my salary, the 80,000, that --

17 that Galmor's/G&G had -- Galmor's/G&G Steam Service had paid

18 me.  It was a -- a portion to be decided as far as the hours

19 spent on the FLP.

20    Q.   Okay.  But you were actually paid the $80,000 a year?

21    A.   Yes, sir.

22    Q.   Okay.  Did you believe that the FLP needed to pay you

23 something in addition to that $80,000?

24    A.   No.  I believe that they needed to reimburse Steve

25 for the time that I was -- was spending with them.

1    Q.    Okay.  So you don't feel like you personally have a

2  claim for unpaid salary from the FLP?

3    A.    No, sir.

4    Q.    You believe that Galmor's has a claim for that,

5  right?

6    A.    Yes, sir.

7    Q.    Okay.  And in the '14, '15, '16, '17, '18, '19 time

8  frame, and break it down more if you need to by year order,

9  what percentage of your time do you think you were spending on

10  FLP work?

11    A.    That would be hard for me to -- to figure out.  I

12  know from 2011, after Mr. Galmor passed away, that there was a

13  lot of time spent with -- with Mrs. Galmor and -- on the

14  bookkeeping side of things.  And then after the bankruptcy,

15  even more time spent gathering documents and doing things along

16  those lines.

17    Q.    Okay.  But before the bankruptcy, were you spending

18  more than half of your time on FLP business?

19    A.    I would say yes.

20    Q.    At only certain points in time or over the course of

21  all five years?

22    A.    Certain points in time, you know, when I would stay

23  with Mrs. Galmor, you know, through the night or something like

24  that, at the hospital, things along those lines, my time was

25  kind of tied up there on some of those things.  But I'd say

1  over the course of all of it, that it was over half of my time.

2      Q.    Why would the FLP need over half of your time?

3      A.    Just with -- with the --

4      Q.    Hold on a second, please.

5      A.    Okay.

6           MR. RIES:  It's a busy street.

7  BY MR. RUKAVINA:

8      Q.    Okay.  Please --

9      A.    Just helping Steve with documents that he needed to -

10 - to gather, and for his mother's benefit for her to just have

11 the help that she needed.  I mean, there was lots of things

12 that had to happen after Mr. Galmor passed away.

13     Q.    Why was that FLP business?

14     A.    Because that was his business.  That was -- Mr.

15 Galmor was the FLP and those things were -- were more pertinent

16 for -- for Steve to be able to have -- to probate and be able

17 to take care of his mom.

18     Q.    So in 2017, for example, do you think you spent more

19 than half of your time providing services to the FLP?

20     A.    I don't remember the year specifically.  But I felt

21 like over the time I did spend a lot of time with the FLP.

22     Q.    Okay.  Would that have been a lot of it on the FLP

23 quarry business, rock quarry business?

24     A.    That was more through the company, I would imagine.

25     Q.    Well, here's what I'm struggling with, if you can

1  help me understand.  The FLP owned some land.  It rented out

2  some land.  It had some cattle running business.  It obviously

3  had part of the rock quarry business, right?  Isn't that all

4  generally correct?

5      A.   They were paid, I believe a royalty on the weight of

6  the rock that went out.

7      Q.   I'm -- I'm struggling to understand why such, what I

8  would call passive businesses, maybe that's not fair, required

9  so much of your time?

10     A.   I don't understand.

11     Q.   But, but you're -- you believe that in the course of

12 five years, on average, more than half of your time was spent

13 on FLP business?

14     A.   I believe that's correct.

15     Q.   Did you record your time or allocation of time

16 between the various businesses in any manner whatsoever?

17     A.   No, sir.

18     Q.   Okay.  Was there any written agreement that you had

19 in the nature of an employment agreement or anything like that?

20     A.   No, sir.

21     Q.   Was there any written agreement that you're aware of

22 by which the FLP would compensate G&Gs for a portion of your

23 time?

24     A.   I'm not aware of a written agreement, no.

25     Q.   To your knowledge, did -- did the FLP ever reimburse

1  G&Gs at any period of time for a portion of your time?

2      A.   Not for my salary, I don't believe so, no.

3      Q.   Okay.  Do you have any explanation for -- for -- or

4  any understanding of why the FLP would never compensate

5  Galmor's/G&G for a portion of your time?

6      A.   I -- I'm not sure why they would not; is that what

7  you're asking me?

8      Q.   Yes.  Why wouldn't they?  Do you have any

9  understanding?

10     A.   No.  I just -- We became aware that the money was not

11 there.  There -- They didn't have the means to -- to survive or

12 to pay me or -- or other things that needed to -- like the land

13 payments and stuff.

14     Q.   Was there any accrual, to the best of your memory, on

15 any of the bookkeeping software or records, was there any

16 accrual of a receivable owed by the FLP to Galmor's/G&G for a

17 portion of your time?

18     A.   Not for my salary, no.

19     Q.   Okay.  What about for Mr. Galmor's salary?

20     A.   Not that I'm aware of.

21     Q.   Okay.  I'd like to explore your background with the

22 Galmor family.

23          When did you first become acquainted with the father

24 or any of the Galmor family?

25     A.   I -- We moved to Shamrock in '96, 1996 or '97.  And I

 1  believe I had met Mr. Galmor a couple of times --

 2      Q.   The father?

 3      A.   Yes, sir, Bob Galmor. -- and didn't go to work for

 4  him, I believe it was 2001.

 5      Q.   Okay.  Who would you have been working for, what

 6  company, if any?

 7      A.   I believe it was Galmor's at that time.  And I

 8  thought Mr. Galmor had actually -- he -- he was the one that --

 9  that hired me.  But I found out later that I was being paid by

10  Steve Galmor.

11      Q.   Paid by Steve Galmor personally?

12      A.   No.  No, through the company.

13      Q.   Okay.  Okay.  'Cause Bob Galmor and Steve Galmor were

14  kind of jointly in charge of the company at that time?

15      A.   Steve, I found out later, was the owner of the

16  company, but Bob was at the office with me.

17      Q.   Okay.  Was Bob a hands-on guy back then?

18      A.   Yes, he was.

19      Q.   Did that ever change as he got older or sicker?

20      A.   It did somewhat.  His vision would -- really

21  deteriorated and he wasn't able to do the things that he had

22  done before.

23      Q.   Okay.  Was the mother involved at all with the

24  business back then?

25      A.   Not that I'm aware of, no.

1    Q.   Okay.  Were any of the other siblings involved in the

2  business back then?

3    A.   I believe Traci worked for Steve at some point, maybe

4  through a summer or something along those lines, but -- and --

5  and probably Laramie also.

6    Q.   Who's Laramie?

7    A.   Traci's daughter.  I think she had actually worked

8  for Steve.

9    Q.   Did you form a friendship with Steve Galmor?

10   A.   Yes, sir.

11   Q.   Okay.  I'm going to ask you a question that we can

12  stipulate will be under seal, if you like.

13        Have you ever had a romantic relationship with Steve

14  Galmor?

15   A.   I have not.

16   Q.   No sexual relationship ever?

17   A.   Never.

18   Q.   Okay.  Thank you.  I apologize for asking that, but I

19  thought it was relevant.

20        Okay.  After the father died, did basically Steve

21  just become the only person in charge of the companies?

22   A.   There were a -- Yes, he was the -- the sole owner.

23  But there were several, like I said, employees.  But, but he

24  was the sole owner of Galmor's/G&G Steam.

25   Q.   Okay.  You mentioned that the FLP wasn't making

1   enough money to pay its bills, something like that?

2        A.   Something like that, I...

3        Q.   What's your understanding of -- of the positive cash

4   flow or profitability of the FLP, let's say between 2013 and

5   2019?

6        A.   I know it was struggling.  There were lots of land

7   payments and things like that, that needed to be paid, and some

8   of Shirley's personal care.

9        Q.   Shirley's personal care was paid, to some degree,

10  from the FLP?

11       A.   Not that I'm aware of.  I believe it was all paid

12  from Galmor's/G&G.

13       Q.   Okay.  So, so why would, when I asked you about the

14  financial condition of the FLP, why did you mention Shirley's

15  personal care?

16       A.   I -- I don't know.  I wasn't thinking along those

17  lines, I guess.

18       Q.   Well, let's -- let's separate Galmor's/G&G from the

19  FLP, okay.

20            Do you have an understanding or memory as to whether

21  the FLP ever generated enough income to pay its expenses or was

22  it always running at a loss?

23       A.   I believe at one time it was, the -- when oil and gas

24  was at its peak that it was able to sustain and was very

25  profitable, from what I understand.

```
 1              Now, there was a lot of things that -- that I wasn't

 2     involved in.  But I believe at that time, that it was

 3     sustaining its own.

 4              I know that -- that Mr. Galmor had -- he -- Bob was

 5     very -- no, I'm not going to say secretive.  But he was -- He

 6     done his own thing.  Mr. Galmor was in control of his finances

 7     and --

 8         Q.   Bob Galmor?

 9         A.   Yeah.  Exactly.  Exactly.

10         Q.   Okay.  Do you know whether Steve Galmor ever took

11     draws or took money out of the FLP?

12         A.   Not that I'm aware of.

13         Q.   Okay.  So what did the FLP do with -- back when oil

14     and gas was high, what did it do with any profits that it had?

15         A.   Bob was in control.  He could do whatever he wanted

16     to do.

17         Q.   Well, I would like to focus on the period after Bob

18     died.

19         A.   Okay.

20         Q.   So I think we had established that he died in 2013,

21     am I -- is my --

22         A.   I believe that's correct.

23         Q.   Okay.  After that, after he died, do you know whether

24     the FLP was always operating at a loss?

25         A.   I don't know for sure.  I would have to look at the
```

NAEGELI
DEPOSITION & TRIAL

(800)528-3335
NAEGELIUSA.COM

PAPP 1148

1  computer to know.  I know that oil and gas went down

2  considerably after he passed away, and that those moneys were

3  not coming in to cover the debts.

4       Q.   **Are you aware of who Ms. Fuchs is?**

5       A.   Yes, I am.

6       Q.   **The accountant?**

7       A.   Yes, sir.

8       Q.   **And she would prepare the tax returns for the FLP,**

9  **correct?**

10      A.   Yes, sir.

11      Q.   **Would you work with her at all on that process,**

12  **preparing tax returns?**

13      A.   No, sir.  She had remote access to the computer and

14  could retrieve everything from the computers.

15      Q.   **Okay.  You don't remember her ever running draft tax**

16  **returns by you or asking questions about that?**

17      A.   No, sir, I don't remember.

18      Q.   **So to the best of your understanding, she would just**

19  **access the QuickBook files and from there she'd do her own**

20  **thing in preparing the file -- the tax returns?**

21      A.   Yes, sir.

22      Q.   **Okay.  So Mr. Galmor personally, Steve Galmor, has**

23  **stated that he loaned or advanced more than a million dollars**

24  **to the FLP; that's the allegation.**

25           **Do you have any knowledge of that?**

1    A.    Yes, I do.

2    **Q.    Okay.  What is your knowledge of that?**

3    A.    I was instructed to write checks to advance the rock

4  royalty in order for bills to be paid, whatever they might be,

5  whether it were land payments or things along those lines.

6    **Q.    Okay.  The rock quarry was run through Galmor's/G&G,**

7  **right?**

8    A.    Yes.

9    **Q.    Okay.  So, so I'm asking a bit of a different**

10 **question.**

11        **Mr. Galmor individually says that he, as a human**

12 **being, advanced or loaned more than a million dollars to the**

13 **FLP.  So forget about Galmor's/G&G right now.**

14        **Do you have any knowledge of Mr. Galmor's individual**

15 **advances or loans to the FLP?**

16   A.    I don't know exactly what they were.  I'm aware of

17 the -- the number that was turned in on the bankruptcy, but I

18 don't know what those are.

19   **Q.    Okay.  How are you aware of the number turned into**

20 **the bankruptcy?**

21   A.    I -- We discussed that the other day.

22   **Q.    With the lawyer?**

23   A.    No, with Mr. Ries.

24   **Q.    Okay.  Did you have any awareness of that number**

25 **before you talked to --**

1    A.    Yes, I --

2    Q.    -- Mr. Ries?

3    A.    -- I did.

4    Q.    Okay.  How did you have any awareness of that number

5  beforehand?

6    A.    I just remember going to Max Tarbox's office and --

7  and talking with them about it; that's the only way I knew.

8    Q.    Okay.  Prior to talking to Mr. Tarbox, did you have

9  any knowledge of moneys that Mr. Galmor personally advanced to

10  the FLP?

11    A.    Not personally, no.

12    Q.    Okay.  Do you recall if that would have been booked

13  anywhere into QuickBooks?

14    A.    Very possibly, yes.

15    Q.    Did Mr. Galmor, prior to the bankruptcy, ever discuss

16  with you that, hey, Deena, I've been advancing all this money

17  over time to the FLP personally?

18    A.    Not until bankruptcy, no.

19    Q.    Okay.  Did you discuss that with Mr. Galmor after the

20  bankruptcy?

21    A.    Yes.

22    Q.    Okay.  What did he tell you about it?

23    A.    Just that he had loaned different things.  I think it

24  had more to do with like farm crops and -- and equipment,

25  things along those lines.

1    Q.   Okay.  As -- As a bookkeeper, if Mr. Galmor was

2 advancing or loaning money to the FLP, would you have -- would

3 you have expected that to be recorded somewhere on the books

4 and records?

5    A.   I didn't do a lot of Steve's personal, so I would not

6 know.

7    Q.   Did someone other than you do more with Steve's

8 personal?

9    A.   At one time, yes.

10    Q.   Who?  Who was that?

11    A.   Devona Seymour.

12    Q.   Okay.  Approximately what time was she there?

13    A.   I believe she was there whenever he started the

14 business.  And I'm not really sure of a retirement date.  But

15 she was there for quite awhile.  I believe even after

16 retirement she done some of his personal.

17    Q.   Can you give me an estimate -- no one's going to hold

18 you to it. -- as to when she retired?

19    A.   I really can't.  I'm -- I don't know how long she

20 worked from her home doing his stuff; I don't know.

21    Q.   Okay.  And what's her name again?  Devon --

22    A.   Devona Seymour.

23    Q.   Do you know how to spell Seymour?

24    A.   S-e-y-m-o-u-r maybe.

25    Q.   Okay.  Yeah, there's more than one way unfortunately.

1          Do you know where Ms. Seymour lives?

2      A.    She is in Elk City, I believe.

3      Q.    Oklahoma?

4      A.    Uh-huh.

5      Q.    Okay.  Now, now we're going to talk about

6  Galmor's/G&G.

7          You're aware of the allegation that Galmor's/G&G

8  advanced more than a million to the FLP, right?

9      A.    Correct.

10     Q.    Okay.  And I think you said you have some knowledge

11 of that --

12     A.    Yes.

13     Q.    -- vis-a-vis royalty advances, right?

14     A.    Yes.

15     Q.    Okay.  Other than the royalty advances, do you have

16 any knowledge of other advances -- of other advances that

17 Galmor's/G&G made to the FLP?

18     A.    Not right off my head, I -- I don't.

19     Q.    Okay.  So we've already established that -- that to

20 your understanding, the FLP should compensate --

21     A.    Oh.

22     Q.    -- Galmor's/G&G for a portion of your salary, right?

23     A.    Yes.  And I -- I am aware of the invoices, yes, sir.

24 I'm sorry.

25     Q.    What are -- What invoices?

1        A.    There were -- There were invoices that were in the

2  computer.  Somebody done a reconcile that -- that -- the

3  amounts that Steve paid for his family's -- his mother's care.

4  He provided cowboys for the farm and ranch.  He provided

5  insurances for those people.  There were several different

6  things that -- that he provided along those lines.

7        Q.    Okay.  Did you prepare those invoices?

8        A.    I -- I -- No, not that I'm aware of.  Not the ones

9  that -- that the Bankruptcy Court has, I did not repair --

10  prepare those.

11        Q.    And forgive my simplicity.

12              Does QuickBooks prepare or spit out these invoices or

13  is there some other program?  Do you know?

14        A.    It's QuickBooks, but it's all data entry.  I mean,

15  those things were -- were put in.  Any one of us could have

16  created an invoice and then, you know, it would have been

17  printed out, so...

18        Q.    And is it QuickBooks or QuickBooks Plus, do you know?

19        A.    I don't know.

20        Q.    Okay.  Do you know whether those invoices you

21  mentioned, the ones that you have knowledge of, were created in

22  the ordinary course of business over time or were they created

23  at some given point for some other reason?

24        A.    I don't know.

25        Q.    Okay.  But you did not create those invoices that you

1    mentioned that the Bankruptcy Court has, yourself?

2        A.    Not that I remember, no.

3        Q.    Okay.  So we talked about advances on the rock, rock

4    quarry.  We talked about a portion of your salary.  We talked

5    about these invoices.

6              Do you have any knowledge of any other advances or

7    loans that Galmor's/G&G made to the FLP?

8        A.    Not right off my head, I don't.

9        Q.    Okay.  Do you remember what the royalty on the rocks

10   was that -- that Galmor's/G&G was paying to the FLP?

11       A.    Not at 100 percent certain.  We contracted with a lot

12   of the counties and stuff.  I'm -- I want to say it's 50 cents,

13   but I'm not 100 percent sure.

14       Q.    Okay.

15       A.    A ton.  Fifty cents a ton.  I'm sorry.

16       Q.    Did you ever see a contract, a written contract for

17   that between Galmor's and the FLP?

18       A.    I believe there was one, yes.

19       Q.    Do you recall where or when you might have seen it?

20       A.    No, sir, I'm -- I don't know where it's at.

21       Q.    Do you know whether the price per ton ever changed

22   over time?

23       A.    I don't know that.

24       Q.    Okay.  Of the business of Galmor's/G&G, okay, so now

25   I'm focusing on Galmor's/G&G, in the 2015, 2016, 2017, 2018

1  time frame, was the rock quarry its principal business back

2  then?

3      A.    There -- There was a lot more to the business.  They

4  had dirt work.  They had construction.  They -- They worked for

5  the majors like on tie-ins for compressor stations, things

6  along those lines.  So I -- I'm sure it was a large portion of

7  it, but I don't know what portion that would be.

8      Q.    And I should have clarified.  I meant more as far as

9  being labor-intensive on the bookkeeping end.

10         Did the rock quarry take any more or less time to do

11  bookkeeping than the other business or was it --

12      A.    Not --

13      Q.    -- all just --

14      A.    Not necessarily.  I think it was all about the same,

15  yes.

16      Q.    Was there any particular person that might have been

17  more in charge than others for keeping the books related to the

18  quarry business?

19      A.    The girls that were at the quarry office would be the

20  ones that would handle the tickets when they come in.  They had

21  a dot matrix system that -- that they printed a -- a weight

22  ticket.  And they were the ones that would generate the

23  invoices for those tickets.

24      Q.    Do you know whether those invoices for those tickets

25  were also generated through the QuickBooks, perhaps?

1      A.    Yes, it was QuickBooks.

2      **Q.    Okay.  Do -- Do you believe that maybe that**

3  **information would be in the computer you gave to Mr. Ries?**

4      A.    I believe so, yes.

5      **Q.    Okay.  If -- If I wanted to ask you, Ms. Carter, the**

6  **best location to figure out what tonnage of rock was removed**

7  **from that quarry in the years we're talking about, where would**

8  **you point me to?  The most accurate information for actual rock**

9  **removed.**

10     A.    It would be in the computers.  You know, that may be

11 a little bit misleading.

12           There were actually four quarries, but only one that

13 was with the -- that was the Galmor Family Limited.  So there's

14 going to be rock sales from quarries at Floydada, and at

15 Hefley, which is up toward Canadian.

16           But all of those being in there, there is a -- a code

17 that -- that was created, and I can't remember what it is, if

18 it's like 04 or 03, that whenever anything was inputted on the

19 -- in those invoices, that would show up as rock quarry

20 invoices or, you know, if it were oil and gas invoices or

21 whatever.

22           But yes, there is a way in the computer to -- to

23 distinguish what those are.

24     **Q.    And can you distinguish before those four rock**

25 **quarries --**

1      A.    Yes, sir, you --

2      Q.    -- to isolate just the FLP?

3      A.    You should be, yes.

4      Q.    And is that based on the code you mentioned?

5      A.    Yes, sir.

6      Q.    And again forgive my ignorance on QuickBooks.  Is

7  there some master legend or index that -- that states what any

8  individual code is?

9      A.    Maybe Ms. Fuchs would have that information.  I'm --

10  I'm not sure.

11      Q.    Okay.  So, so you agree that over time Galmor's/G&G

12  was advancing rock quarry royalties to the FLP?

13      A.    Yes, I do.

14      Q.    Okay.  Do -- I'm struggling to ask this question.

15          Do you have any personal knowledge of that?  Or do

16  you just know that because that's what others told you?

17      A.    No, personal knowledge.  If I was asked to write a

18  check for an advance, I could have very well been the one that

19  entered it and most -- most generally probably was that person.

20      Q.    Okay.  So, so, more or less, Mr. Galmor would come to

21  you and say, the FLP needs money, send them some money and book

22  it as an advance against future royalties?

23      A.    Correct.

24      Q.    Okay.

25          MR. SHERWOOD:  Hey, Davor?  Sorry.  Your Zoom is

1  doing something weird.

2          **MR. RUKAVINA:**  Yeah, I'm losing --

3          **MR. SHERWOOD:**  You keep -- you keep --

4          **MR. RUKAVINA:**  Yeah, I'm going to lose data rights

5  here because I burned through them yesterday.  So this may be

6  the end of our little Zoom.

7          **MR. SHERWOOD:**  Well, it -- it flicked on and flicked

8  off twice.  You want to go off the record for a second?

9          **MR. RUKAVINA:**  Let's go off the record for a second.

10         **VIDEOGRAPHER:**  Off at 10:47.

11         **(WHEREUPON, a recess was taken.)**

12         **VIDEOGRAPHER:**  Back on; it's 10:49.

13  BY MR. RUKAVINA:

14     Q.   **I believe Ms. Carter -- Mrs. Carter, I was asking you**

15  **about the sequence of -- of when you personally advanced money**

16  **to the FLP on behalf of Galmor's/G&G.**

17         **Would Steve tell you why the FLP needed the money?**

18     A.   Not always, no.

19     Q.   **Okay.  Did -- did --**

20         **Do you remember that he would ever tell you that the**

21  **FLP needed the money to take care of the mother?**

22     A.   It was, I think it was not just her.  It was more

23  the, like maybe note payments and things like that coming due,

24  stuff along those lines.

25     Q.   **But was there ever an instance where he said that the**

1  FLP needed money to do something vis-a-vis the mother?

2      A.   Not that I remember, no.

3      Q.   Okay.  Was there ever an instance with the advances

4  where he might have told you that the FLP needed money to do an

5  improvement or renovation or an addition to the house, the

6  mother's house?

7      A.   Not that I remember, no.

8      Q.   Okay.  When --

9           So would -- would you be the one then, at least in

10 some instances, to -- to book these royalty advances into

11 QuickBooks?

12     A.   As far as writing a check for that, yes, that --

13 that's the way it would have been recorded.

14     Q.   Into QuickBooks?

15     A.   Yes, sir.

16     Q.   How would it have been recorded into QuickBooks?

17     A.   When you write the check, you would just note that it

18 was an advance on the -- on the rock.

19     Q.   Would that also be a code or would it actually be a -

20 - a written statement saying advance on rock?

21     A.   I -- I'm not sure on the code on that.

22     Q.   Okay.  But do you believe that that's something we

23 can go look at the QuickBooks files and calculate?

24     A.   Yes, sir.

25     Q.   Okay.  Did you ever do a reconciliation of the

1  royalty advances versus moneys flowing or --

2      A.   No, sir.

3      Q.   Okay.  Do you know if anyone did that reconciliation?

4      A.   Yes, there -- there were people that -- that done

5  that.  I believe Matthew Brooks done one.

6      Q.   Okay.  And there is an exhibit in front of you, which

7  I'm struggling to find.  It's going to be -- It's going to be

8  this document.  It's early on in -- in the stack in front of

9  you.

10         Kent, do you remember what -- did you write down the

11 exhibit number?

12         MR. RIES:  I did, yeah.  Exhibit 4.

13         MR. RUKAVINA:  Exhibit 4.  Thank you.

14 BY MR. RUKAVINA:

15     Q.   Do you know what this document is, Mrs. Carter?

16     A.   I believe that's the reconcile that -- that Matt

17 done.

18     Q.   Okay.  Did you participate in preparing this at all?

19     A.   No.

20     Q.   Okay.  But you have no reason to believe that this is

21 inaccurate?

22     A.   No.  I believe it would have been pulled from the

23 computer.

24     Q.   Okay.  Did there come a time near the end of the --

25 the G&G business that G&G stopped paying royalties to the FLP?

1  A. I don't remember that.

2  Q. **Well, it's fair to say that at some point in time,**

3 **maybe 2017, 2018, times got hard for G&Gs and it could not**

4 **longer pay some of its bills, right?**

5  A. That's correct.

6  Q. **For example, it accrued a -- a tax liability for**

7 **unpaid 940, 941s, of over a million dollars, right?**

8  A. I think that's --

9  Q. **That's --**

10  A. -- correct --

11  Q. **Yeah.**

12  A. -- yes.

13  Q. **Would you have expected that perhaps Galmor's/G&G**

14 **would stop paying royalties to the FLP because it had already**

15 **advanced pay for those?**

16  A. Possibly.

17  Q. **Would that have been booked anywhere?  Like the**

18 **repayment of an advance, would that have been booked, do you**

19 **know, in QuickBooks?**

20  A. Yes, probably on that -- the reconcile document that

21 you've -- you have there.

22  Q. **Well, my concern with this reconcile document is that**

23 **if you look at it, it goes through April, April 30th, 2018.**

24 **You can take a look and -- and see that I'm not lying to you.**

25 **On the last page.  Oh, yours is -- yeah.  I'm sorry.  The third**

1    -- the third page.

2           See, so it looks like to me that that column is

3    labeled advance payments back to Galmor's.  Would you agree

4    with me that that's when the FLP was actually repaying a prior

5    advance?  Or you just don't know because you didn't prepare

6    this?

7        A.   I -- I don't know.

8        Q.   Well, if you -- And, and I might have asked this

9    question already.

10          But do you believe that -- that Galmor's/G&G was --

11   was timely paying all royalty payments due to the FLP until the

12   very end of its business?

13       A.   I'm -- I believe they were paying what they could.  I

14   don't -- I really don't remember.  I don't remember -- I'd have

15   to look at the computer to see what went on it.

16       Q.   Sure.

17          But if they couldn't pay it, maybe they wouldn't pay

18   just 'cause they didn't have the money?

19       A.   Correct.

20       Q.   Okay.  Do you remember what those repayment terms

21   should have been, like net 30, net 60, net 14?  Do you -- Do

22   you have any memory of that?

23       A.   No, sir.

24       Q.   Okay.  Who decided, do you know, when Galmor's would

25   pay royalty to the FLP?

 1       A.    I believe that would have been just Steve.

 2       Q.    So Steve would tell someone, maybe you or someone

 3   else, pay current royalties owed to the FLP?

 4       A.    Correct.

 5       Q.    And there was no one that just, to your knowledge, no

 6   one that just had advance order saying every month or whatever

 7   pay this?

 8       A.    No, sir.

 9       Q.    So, so Steve, to your knowledge, would decide when

10   Galmor's would pay the royalties to the FLP?

11       A.    Yes, sir.

12       Q.    Okay.  Would that have been the subject, do you -- do

13   you remember or did you ever see an invoice from the FLP to G&G

14   for the royalties?

15       A.    No.

16       Q.    Would it have just been an intra-company ledger

17   entry?

18       A.    Probably, yes.

19       Q.    Okay.  And I asked you that because I -- I've never

20   seen an invoice for the royalties.  You don't -- you don't

21   think that there were ever --

22       A.    I have --

23       Q.    -- paper invoices?

24       A.    No, I don't believe the -- there were.  I don't know,

25   but I don't believe there were.

1      Q.    Okay.  Did -- Changing gears a little bit.

2            Do you understand that -- that at some point in his

3   life, Mr. -- the dad, the father started some estate planning?

4      A.    Yes.

5      Q.    Okay.  Did you have anything to do with that?  Did

6   you help him do any estate planning?

7      A.    No, sir, not -- especially not in the beginning I

8   wasn't aware of any of it.

9      Q.    Have you ever heard of the Galmor Contribution Trust?

10     A.    Yes.

11     Q.    Did you ever keep any books and records for it?

12     A.    Yes.

13     Q.    Did they -- Did it have a QuickBooks file?

14     A.    Yes.

15     Q.    Okay.  Have you ever heard of the Galmor Family

16  Trust?

17     A.    Yes.

18     Q.    Okay.  Did it also have a QuickBooks file?

19     A.    Yes.

20     Q.    Did you keep those or some of those books?

21     A.    Yes.

22     Q.    Okay.  Were there any other trusts that you have

23  heard of that might have been created?

24     A.    There was a contribution trust, the marital trust,

25  the FLP, and then -- what was the -- I'm --

1    **Q.    The family trust.**

2    A.    -- the family trust.

3    **Q.    Did you keep any books for the marital trust?**

4    A.    No.  I believe after we had all the QuickBooks stuff,

5    that after Bob had passed away that there was nothing there to

6    -- to do.

7    **Q.    Do you think that the -- that the QuickBooks file for**

8    **the contribution trust and the family trust would be on the**

9    **computer given to Mr. Ries?**

10   A.    Yes, sir.

11   **Q.    Do you have any memory of what those two trusts did?**

12   **I mean, why -- were they having income and expenses?**

13   A.    I believe they did have some income from part of the

14   oil and gas at one time.  Mr. Galmor didn't put all the oil and

15   gas into those trusts.  But I believe there were -- there was

16   some -- I believe there was some oil and gas that came into

17   them at one time.

18   **Q.    And when you just said Mr. Galmor, did you mean the**

19   **father?**

20   A.    Bob Galmor, yes.

21   **Q.    And for those two trusts, the contribution trust and**

22   **the family trust, do you remember if books and records were**

23   **kept until the bankruptcy was filed?**

24   A.    Yes, I believe so.

25   **Q.    So, so they would have still had some periodic**

```
 1  entries right up until the end?

 2       A.   Yes, that's -- I -- the biggest deal would probably

 3  be the bank reconciles and -- and I done the majority of the

 4  bank reconciles, but it -- from the statements that the bank

 5  sent as to the entries and stuff.

 6       Q.   Did you also do bank reconciles for Galmor's/G&G?

 7       A.   Yes.

 8       Q.   Did you also do bank reconciles for the FLP?

 9       A.   Yes.

10       Q.   Do you have any understanding at all if -- I'm sorry.

11            Do you have any understanding at all as to what the

12  purpose of the charitable -- the contribution trust was?

13       A.   From the -- From what I was explained, that that was

14  actually Shirley's account after the marital trust went away.

15  And I don't --

16       Q.   Who --

17       A.   I -- I'm sorry.

18       Q.   Who explained -- who explained -- Well, I interrupted

19  you.  That's very rude of me.  I apologize.

20            Who explained that to you?

21       A.   Mr. King, I believe.

22       Q.   Do you have any understanding as to what the purpose

23  of the family trust was?

24       A.   I -- that -- not that I can explain to you probably.

25  I just I knew that that was the -- the part that maybe after
```

1  Mr. Galmor passed away, that his portion of the marital trust

2  went to that account and then maybe Shirley's was still a

3  contribution as she was living.

4       I don't understand it as I should probably.

5  **Q.   Okay.  And I asked you some questions already that**

6  **you did not help any of the lawyers or any of the Galmor's set**

7  **up these trusts, did you?**

8  A.   No.  I had meetings with Steve and Mr. King after Bob

9  passed away.  Bob Galmor had a -- had started these trusts with

10 an attorney I believe in Darrouzett, Texas, and then went later

11 to Mr. King.

12      So the ones that were set in -- up in Darrouzett, I

13 was not even aware of until a later time.

14 **Q.   Probably a stupid question.**

15      **But anyone ask you for your opinion or your advice as**

16 **to how these trusts should be set up?**

17 A.   No, sir.

18 **Q.   Okay.  The contribution trust, would it periodically**

19 **pay the expenses of the mother or give money to the mother for**

20 **her expenses?**

21 A.   Possibly, yes.

22 **Q.   Well, what do you remember, or, if anything, as far**

23 **as money going out of the contribution trust, where that money**

24 **went to and for what purpose?**

25 A.   It would be in the computer; I don't know.

1    Q.    Would it be coded somehow to explain what the

2  payments were for?

3    A.    I don't know that it would be -- Yes, very possibly.

4    Q.    Well, can you think of any money that went out of the

5  contribution trust for anything other than the mother's

6  expenses or needs?

7    A.    It would be in the computer; I don't know.

8    Q.    What about the family trust?  Do you remember moneys

9  going out of the family trust to support the mother and her

10  needs?

11    A.    I don't really remember, but it's very possible.

12    Q.    Okay.  Do you remember if those two trusts, the

13  contribution trust and the family trust ever operated a cash

14  flow or positive net cash flow or anything like that?  Was that

15  -- Or was that ever an issue?

16    A.    I don't believe they were ever in trouble.  But I --

17  I don't -- I don't really remember.

18    Q.    Well, do you remember if either of those had any

19  expenses, note payments or something like that?

20    A.    I don't think they owned anything along those lines.

21  They could have had oil and gas expenses, but I -- I don't

22  really remember.

23    Q.    And did you have any understanding as to what the

24  purpose of the Family Limited Partnership was?

25    A.    I knew once that -- when they started that, that Mr.

1  Bob Galmor had put most of their properties and stuff into the

2  Family Limited Partnership.  From what I understood, that was

3  how he operated.  That was his business at that point.

4       Q.   Did you ever discuss that with him, like Mr. Galmor,

5  what is the purpose of this FLP?

6       A.   No, sir.

7       Q.   Okay.  Did he ever tell you what the purpose of it

8  was?

9       A.   No, sir.

10       Q.   Did you have any understanding that -- that it was

11  being -- that the FLP was created for the benefit of anyone?

12       A.   No, sir.

13       Q.   Okay.  Did you have any understanding as who the

14  partners in the Family Limited Partnership were?

15       A.   I -- I knew that they changed, but I was not

16  instrumental in that either.

17       Q.   Who did you think were the partners of the FLP?

18       A.   I think when it started was probably Bob and Shirley

19  and Steve.  And then after he passed away, I think there were

20  several different family members that were put in there; I

21  don't really recall.

22       Q.   Do you know Ms. Leslie Pritchard?

23       A.   Yes.

24       Q.   Have you ever spoken to her?

25       A.   Yes.

1   Q.   When was the last time you spoke to her?

2   A.   Probably at an attorney's office here in town.  I

3   don't remember.  I don't remember the date.

4   Q.   Have you and her ever had a relationship or a

5   friendship or the opposite of a friendship?  Or is she just

6   another human being to you?

7   A.   I thought we were friendly at one time.

8   Q.   Okay.  Did that change at some point?

9   A.   Well, at -- at her attorney's office she confronted

10  me and said I'm taking her inheritance.  And I was not aware

11  that -- I -- I was not aware that she resented me like that,

12  no.

13  Q.   Do you have a friendship or did you have a friendship

14  with Ms. Traci Coleman?

15  A.   Yes.

16  Q.   Okay.  You still friendly with her or...

17  A.   I don't see any of them, but no.

18  Q.   And what about Shawn, her last name is impossible for

19  me to remember.  But the lady sitting here.

20  A.   Yes.  Yes.

21  Q.   Did you ever have a friendship with her or...

22  A.   I felt like we did, yes.

23  Q.   Okay.  Did that ever change for any reason?

24  A.   I haven't spoke to Shawn, haven't seen Shawn in a

25  long time.

1      Q.    What about Mark Galmor?  I think he goes by Rudas.

2  Did you ever have a friendship with him?

3      A.    Yes.

4      Q.    Did that ever change?  Do you still talk to him?

5      A.    Occasionally, yes.

6      Q.    Are you still friendly with him?

7      A.    Yes.

8      Q.    Okay.  Have you ever discussed this case with him or

9  Leslie Pritchard or anyone to do with this?

10      A.    No.  No.

11      Q.    Have you discussed Ms. Pritchard with Steve Galmor?

12      A.    Just in the sense of the depositions and stuff, yes.

13      Q.    Did Mr. Galmor ever complain to you that Ms.

14  Pritchard was filing garbage lawsuits and trying to ruin his

15  life?

16      A.    Yes.

17      Q.    Okay.  Did he feel pretty passionately about that?

18      A.    You know, it upset it, yes.  I think he thought it

19  could have been resolved another way.

20      Q.    Are you aware of the allegation that -- that Steve

21  Galmor caused a fraudulent will to be signed by the mother?

22      A.    He told me that that was an accusation, yes.

23      Q.    Do you have any knowledge of the mother's wills at

24  all?

25      A.    Yes.

1     Q.    Did you -- okay.  Did you --

2           How do you know about the mother's will?

3     A.    After Bob Galmor died, and I'm not sure -- within the

4    next year or two, Shirley wanted her will changed in order to -

5    - In her mind, what she had told me is that Steve had given up

6    his life to come and take care of her, that she wanted him to

7    have her part of the contribution account or whatever -- or the

8    -- her part of the FLP and all of those things.

9     Q.    She told you that?

10    A.    Yes.

11    Q.    And that's why she was changing her will?

12    A.    Yes.

13    Q.    Did you help her change the will in any way?

14    A.    I made a contact with the attorneys, and they got

15   with her.  I did have people come over that notarized, people

16   that she asked for, yes.

17    Q.    Did you witness her sign that will?

18    A.    I did not.

19    Q.    Okay.  You were not one of the witnesses for the

20   will?

21    A.    No, sir.

22    Q.    The Family Limited Partnership, did it transfer ten

23   acres to you at some point in time?

24    A.    It did.

25    Q.    And did the father do that?

1    A.    It was discussed with -- with Bob before he passed

2 away, and then Shirley finished it up.

3    **Q.    Did you pay for that?**

4    A.    No.

5    **Q.    What is your understanding as to why that -- those**

6 **ten acres were transferred to you?**

7    A.    It's kind of a long story.  Whenever I bought the

8 property at Twitty, it was the -- known as the Carlton Place.

9 Bob sold me what he thought he had bought.  He sold me land to

10 the north of the house and to the south of the house.

11        Before we got all the paperwork on it, I was

12 understanding I was going to get all of that property there.

13 Before the paperwork was done on it, a Mr. Jack Ledford, come

14 to our office and told Bob he wanted to buy the -- half of the

15 track to the north of my house.  And Bob took money on it.  And

16 he says, type up a note says Jack bought this from me.  And he

17 says, you don't need that anyway.  He said, we're going to give

18 you the ten acres behind the house.

19        And I said, well, I really don't want Jack on top of

20 me right here, so, you know, let -- at least it's not right

21 here on me.

22        Within the next few weeks, Mr. Ledford come in and

23 bought the next, you know, so it was right up to my fence line.

24        And Bob said, you know, I would get the property back

25 behind, that it would be great.  No big deal.  Because he said,

1  I didn't want that property.  It had a bunch of old junk houses

2  and stuff on it and it -- they'd been buried and it was not

3  good property.  So that was his reasoning for Mr. Ledford to

4  have it.

5          Mr. Ledford sold his house.  And in them doing a

6  title search, found that he -- Bob didn't own the property he

7  sold to -- to me or Mr. Ledford at that point.

8          So Steve had to reimburse Mr. Ledford after Bob died

9  for the purchase of -- of those lots between mine and his

10  house.

11          With that being said, when the title company found

12  out that those -- those properties didn't belong to Mr.

13  Ledford, they said it went back to Mr. Tindal, James Tindal.

14  And in doing all that, they found that the property south of

15  mine was the same, that Mr. Tindal actually owned it, that Bob

16  didn't have those things to sell to me.

17          So and Shirley -- we were all aware of the property

18  back behind me.  So Shirley continued and gave me the property.

19  I think it's 9.8 acres directly behind my house, in lieu of the

20  property that I thought I had bought in the beginning.

21      **Q.    But you -- But you had paid for that property you**

22  **thought you had bought in the beginning?**

23      A.    Well, we were doing all of the contracts and stuff on

24  it.  I do have title insurance and stuff on -- on my house.

25  With that being said, all of those things came about

 1  afterwards.

 2      Q.   Well, and it's -- it may not be a big deal at all.

 3  But did you ever pay the family partnership anything for any of

 4  this land that you just discussed?

 5      A.   The house and everything, yes.  I make a monthly

 6  payment to them to Happy State Bank.  I pay $1,000 -- $1,007.40

 7  a month on about the 1st of the month of every month.

 8      Q.   Okay.  For -- For the house you purchased from them?

 9      A.   Correct.

10      Q.   Okay.  But that's different from the ten acres,

11  right?

12      A.   That's different from the ten acres, correct.

13      Q.   Okay.  Is that from that same general transaction,

14  though, when the -- when the $1,000 monthly payment arose, or

15  is that a separate transaction?

16      A.   I don't understand.

17      Q.   When did you acquire that property that you're paying

18  on every -- every month now?

19      A.   Bought it in 2011, before Bob Galmor passed away.

20      Q.   Got it.

21           Why are the payments to Happy State Bank and not the

22  FLP?

23      A.   I think it's to -- I think it is the FLP at Happy

24  State Bank.  I believe that's correct.

25      Q.   Got it.

1          So you're just paying it into an account at Happy

2   State Bank?  It doesn't mean --

3       A.   Yes, sir.

4       Q.   -- that you're --

5       A.   Yes, sir.

6       Q.   Got it.  Got it.  Okay.  Okay.

7            And to the best of your knowledge, you're still

8   current on that?

9       A.   Yes, sir.

10      Q.   Going back to when you were working for $80,000 a

11  year, were you working only for the Galmor entities or did you

12  have other clients or employers that you were working at?

13      A.   Just the Galmor's.

14      Q.   So as far as your -- As far as your weekly or monthly

15  or annual hours of work, it would have been just the Galmor's

16  in '15, '16, '17, '18?

17      A.   Yes, I believe so.

18      Q.   Okay.  Are you employed now?

19      A.   No.

20      Q.   Have you been employed since the Galmor companies

21  liquidated?

22      A.   For a short time I worked for my son in College

23  Station.

24      Q.   And how long have you been unemployed?

25      A.   For over a year now.

1          **MR. RUKAVINA:**  Let's take a short break, please.

2          **MR. SHERWOOD:**  Okay.

3          **MR. RUKAVINA:**  It's been almost an hour.

4          **VIDEOGRAPHER:**  Going off the record; it's 11:09.

5          **(WHEREUPON, a recess was taken.)**

6          **VIDEOGRAPHER:**  Back on the record; it's 11:18.

7   BY MR. RUKAVINA:

8      **Q.   Mrs. Carter, while you were there, was there only one**

9   **QuickBooks file for Galmor's/G&G?**

10     A.   No.  We had actually outgrown one of the files

11  several years back.  There is a continuation.  But QuickBooks

12  themselves told us that we'd overpopulated it because we'd used

13  it for so long.  So there is probably two for that one.

14     **Q.   But at any given point in time, did Galmor's/G&G**

15  **maintain two separate books, financials?**

16     A.   No, sir.

17     **Q.   Okay.  Do you have any suspicion or knowledge at any**

18  **point in time that Galmor's/G&G extracted rock from the FLP**

19  **quarry and kept it off the books?**

20     A.   Not that I'm aware of, no.

21     **Q.   No suspicion of that?**

22     A.   No, sir.

23     **Q.   Okay.  No knowledge of that?**

24     A.   No, sir.

25     **Q.   Okay.  To the best of your knowledge, whenever**

1   Galmor's/G&G or someone else extracted rock from the FLP quarry

2   that would have been recorded into books and records?

3       A.   Correct.

4       Q.   Okay.  And that includes third parties that might

5   have come to extract the rock?

6       A.   Yes.  I don't know of any other third parties that

7   would have extracted their own.  I'm -- I'm not aware of that.

8       Q.   Okay.  And you're not aware of any -- Strike that.

9            Did you write checks for the FLP?

10      A.   Yes.

11      Q.   Okay.  Did anyone else

12      A.   Not that I'm aware of.  They -- They could have

13  entered them and then I printed them, possibly.

14      Q.   And you're not aware of any instance were Steve

15  Galmor came and said, I need money for something personally,

16  write me a check for this expense or write me a check

17  personally?

18      A.   Not that I can recall.

19      Q.   To the best of your memory, Mr. Galmor, Steve Galmor,

20  never took advances or draws or money out of the FLP for

21  himself?

22      A.   Not that I remember, no.

23      Q.   Do you know of any instance while you were there

24  where FLP money was used for anything that was not FLP

25  business?

1    A.    Not that I'm aware of.

2    Q.    Okay.  Do you know whether FLP money was ever used to

3  pay the expenses of the mother before she passed?

4    A.    Very possibly, but I -- I would have to look at the

5  computer to know.

6    Q.    And again, forgive my simplicity with QuickBooks.

7         But when you were making entries into QuickBooks for

8  the expenses of the FLP, would you code them in some way or

9  state what they were for?

10   A.    Yes.  You would have knowledge if you were able to

11  look at the QuickBooks, whether it would be for an electric

12  payment, whether it be a note payment, whether it be cattle

13  payment.  Yes, you'll -- you'll be able to see that.

14   Q.    Okay.  So these are Exhibit 10 and Exhibit 11 from

15  yesterday, if you could please get them.  So these are

16  printouts of the P&L and balance sheet for Galmor's/G&G, and

17  they are different.

18        And, and do you have any understanding as to why

19  they're different?  Is it because of what you mentioned about

20  having outgrown the QuickBooks file?

21   A.    I -- I don't know that.  Just looking at these, I

22  don't know that.

23   Q.    Can you look at the balance sheet and -- and make an

24  informed guesstimate as to which one of these two would be the

25  more accurate one, if either?  Or if you can or if you can't,

1    just let me know.

2         A.   I don't know.

3         Q.   Okay.

4         A.   I don't know.

5         Q.   If -- If Galmor's/G&G was owed money by the FLP,

6    would you -- would you expect it to be recorded somewhere here

7    as an asset?

8         A.   I -- okay.  Say that again, please.  I'm sorry.

9         Q.   Sure.  So if Galmor's was owed money by the FLP,

10   right, whether for rock advances or something else, would you

11   have expected that to be booked into QuickBooks as an asset of

12   Galmor's/G&G?

13        A.   The advances were booked in here by way of a check

14   being written and the way that the QuickBooks recorded it,

15   those advances were recorded that way.  As a check was written

16   to the FLP to cover their expenses, that would have been

17   tracked that way.

18        Q.   But can you -- would it --

19             Would it show as a line item anywhere in the balance

20   sheet those advances, do you know?

21        A.   I'm not sure.  I'm -- I'm not that familiar with

22   this.  I'm not sure if it would be -- if it would show like --

23   it would -- it should show like a regular invoice.  But I'm not

24   really sure to where to find that one here.

25        Q.   Okay.  And if -- if -- are you aware that Mr. Galmor,

1   Steve Galmor has stated that he loaned more than a million

2   dollars to Galmor's/G&G, so that Galmor's/G&G can loan those

3   funds to the FLP?  Are you aware of that allegation?

4        A.   I'm not real sure the process, but, yes, I know that

5   -- that he's owed money for -- for different things.

6        Q.   How do you know that he's owed money for different

7   things?

8        A.   He's told me.

9        Q.   Other than him telling you, do you have any knowledge

10  of that?

11       A.   The advances that I wrote the checks for would be

12  all.

13       Q.   The rock quarry advances?

14       A.   Yes.

15       Q.   Okay.  Nothing more than that and him telling you

16  that he's owed money?

17       A.   Well, the -- the salaries, like I said earlier, of

18  the cowboys and -- and of the help that, medical help that

19  Shirley had, somebody to stay with her; different things that

20  were paid out of Galmor's/G&G to -- for those expenses, yes.

21       Q.   Okay.  If Mr. Galmor was advancing or loaning money

22  to Galmor's/G&G, would that have been entered into the

23  QuickBooks, do you know?

24       A.   On his personal, possibly; I don't know.

25       Q.   Okay.  If we look at the liabilities and equities

1  portion of the balance sheet, if Mr. Galmor was loaning money

2  to Galmor's/G&G, would you have expected that to be listed

3  somewhere as a liability of Galmor's/G&G?

4      A.   I believe it was on those invoices in the -- in the

5  quarry stuff.  I believe it was listed in there.

6      Q.   Okay.  But I'm talking about something else.

7           So, so Mr. Galmor is saying, Steve Galmor is saying

8  that -- that he advanced or loaned money to Galmor's/G&G so

9  that Galmor's/G&G could either advance or loan those funds to

10 the FLP.

11     A.   It -- It would have to show in QuickBooks how it was

12 brought in.

13     Q.   As a shareholder loan or as a partner loan or

14 something?

15     A.   I'm not really sure how it would have been entered.

16 But if it ever went through -- if it ever went through

17 QuickBooks and there was a check, those checks had to be

18 reconciled.  Everything was accounted for.

19     Q.   Do you -- Do you remember any instance where -- where

20 Mr. Galmor wrote a check to Galmor's/G&G or -- or provided

21 money to Galmor's/G&G where he told you, this is a loan from me

22 to Galmor's/G&G?

23     A.   I don't recall.

24     Q.   You don't recall any such instance?

25     A.   I don't recall.

1    Q.   If that had happened, would you have expected someone

2  to enter that into QuickBooks in some way?

3    A.   If it had happened, yes.

4    Q.   Okay.  If you want to look at this, I don't see any

5  line item here at all where there's a liability owed by

6  Galmor's/G&G to Mr. Stave Galmor.  Am I missing something?  If

7  you just take a minute to look at this.

8    A.   (Reviews document)

9  There's something that says loan payable to Steve Galmor, but

10  I'm not aware of what that is.

11    Q.   Where is that, ma'am?  Which -- What exhibit are you

12  on?

13    A.   On Exhibit 10.

14    Q.   Okay.

15    A.   The back page, there is something that says --

16    Q.   Well --

17    A.   -- loans payable to Steve, and it says 92,000.  I'm

18  not -- I don't know what that is.

19    Q.   Okay.  Nothing more than that 92,000, though?

20    A.   Not that I see right now.

21    Q.   Is there any similar entry on Exhibit 11?

22    A.   That one's a little harder to read.

23    Q.   I'm sorry that it's so small.  It's bothering me,

24  too, believe me.

25    A.   I don't see it.

1    Q.    Okay.

2    A.    But...

3    Q.    There is an entry, if you can go to the balance sheet

4  under other current liabilities, and then it says AP Steve

5  Galmor.  It's going to be -- what page is that?

6          Can you find the line item under liabilities it says,

7  other current liabilities?

8    A.    Yes.

9    Q.    Do you see AP Steve Galmor.

10   A.    Yes.

11   Q.    Okay.  Is AP, accounts payable generally?

12   A.    Yes.

13   Q.    Okay.  Do you have any idea what those entrants --

14  entries there represent, the 524,000 and the 632,000 and

15  161,000?

16   A.    I -- I don't.

17   Q.    Okay.  The 161,000 been total, that's under the total

18  column, right?

19   A.    I -- I guess.  I don't know if this has been cut off

20  or what.  It -- It looks different than the other.  I don't

21  know.

22   Q.    Do you have any understanding of why there's two

23  different balance sheets for Galmor's/G&G here?

24   A.    I don't.

25   Q.    Okay.  Do you know whether Galmor's/G&G, in the

NAEGELI
DEPOSITION & TRIAL

CELEBRATING 40 YEARS IN BUSINESS

(800)528-3335
NAEGELIUSA.COM

PAPP 1185

1    ordinary course of business are ever paid back to Mr. Galmor

2    any of the loans or advances he'd been making?

3         A.    I'm not aware of that.

4         Q.    Do you know if Mr. Galmor ever took money out of

5    Galmor's/G&G by way of equity draw or -- or profit?

6         A.    Not that I can recall.

7         Q.    Okay.  Would you have been involved with that if he

8    wanted to take money out?

9         A.    I could have been.

10        Q.    Okay.

11        A.    Anybody else could have been, I'm -- I don't know.

12        Q.    Okay.  But to the best of your understanding, the

13   answer to most of my questions on these balance sheets should

14   be reflected in the QuickBooks file that Mr. Kent Ries has?

15        A.    Yes, sir.

16        Q.    Okay.  And if there are two QuickBooks files for

17   Galmor's/G&G, how would we determine which would be the more

18   current, more accurate one, given what you said before, that

19   you had to basically migrate when you brought --

20        A.    It would just be the dates on whatever was written.

21   I mean, you can see when one ends and -- and I don't recall the

22   year.  But it was at -- at year end, and we started with

23   another set.  So it would just be through the dates.  They

24   would be -- They would be consecutive.

25        Q.    So, so help me understand that process.  Whenever it

1  happened that a new QuickBook file was opened for Galmor's/G&G,

2  I take it that instructions went out to stop using the old

3  file?

4      A.   Exactly.

5      Q.   Okay.  And then what, was the old file somehow

6  brought into the new file or was it started from like --

7      A.   No.

8      Q.   -- like scratch?

9      A.   I believe that Kellye would have had to bring in

10  anything that was receivable or payable from the old file so

11  that we could continue and keep our records straight.

12      Q.   I'm sorry.  Kellye would have brought it in?

13      A.   Or instructed someone as to how to do that.

14      Q.   So, so to your understanding, some portion of the old

15  files' data would have migrated to the new file?

16      A.   I think it would have had to, to keep everything

17  straight, yes.

18      Q.   And then everyone had to do with -- having to do with

19  it, was instructed to just use the new file?

20      A.   Correct.

21      Q.   Okay.  So we ought to be able to go back and look at

22  the dates of the last entries in the old file to deduce that

23  that was not longer the current file?

24      A.   Exactly.

25      Q.   And therefore, the other file would be the current

```
 1   file?

 2       A.    Exactly.

 3       Q.    Okay.  Just give me a second, please.

 4             So I'm looking at Exhibit 12, please.

 5             So Exhibit 12 purports to be a P&L, which I don't

 6   care about, and then the balance sheet for the limited -- for

 7   the Family Limited Partnership.  Do you see that?

 8       A.    Yes, sir.

 9       Q.    If the family limited partnership owed money to Mr.

10   Galmor personally or to Galmor's/G&G, would you expect that to

11   be recorded as a liability here on this balance sheet?

12       A.    You know, I'm not sure on how Steve and his dad came

13   to their agreement or anything.  I -- I know if it was

14   something that went through the office, it was entered.  But if

15   they had a agreement outside of that, I'm -- I wouldn't be

16   aware of that.

17       Q.    Okay.  As a bookkeeper, if the Family Limited

18   Partnership owed Steve or G&G for loans or advances, would you

19   -- would you expect that to be recorded somewhere in

20   QuickBooks?

21       A.    If it was brought to us, yes.

22       Q.    If it was brought to your attention?

23       A.    Yes.

24       Q.    So is it possible that -- that Mr. Galmor, G&G's

25   would have been making advances or loans that would not be
```

1    recorded in QuickBooks?

2         A.   I believe there was some agreements with him and his

3    dad over the years that -- that probably we weren't aware of.

4         Q.   **Okay.  But after the dad died in 2013, you understand**

5    **that Mr. Galmor is saying that he continued to advance funds to**

6    **the limited partnership, right?**

7         A.   Correct.

8         Q.   **Okay.  Would you have expected post-2013 advances or**

9    **loans to be booked into the Family Limited Partnership**

10   **QuickBooks file?**

11        A.   Yes, if it was things that -- that we were required

12   to put in QuickBooks, he would have brought it to us to enter,

13   yes.

14        Q.   **So Steve would have told you to -- to put it in?**

15        A.   Correct.

16        Q.   **Okay.  And, and other than Steve telling you to put**

17   **it in, you have no -- no knowledge of anything of that?**

18        A.   No, sir.

19        Q.   **So if -- I'll just ask it this way.**

20             **If those loans and advances are not recorded on this**

21   **balance sheet, it's because Steve never told anyone to do it?**

22        A.   Probably, yes.

23        Q.   **If you'll look at the balance sheet under assets, the**

24   **first page, it says other assets near the bottom, if you can**

25   **find that, please.**

```
 1        A.    On Exhibit 12?

 2        Q.    Yes, ma'am.

 3              MR. SHERWOOD:   On the balance sheet.

 4              THE WITNESS:   Oh.

 5   BY MR. RUKAVINA:

 6        Q.    The balance sheet.

 7        A.    Yes, sir.

 8        Q.    Okay.  Do you see a loan receivable Carter, minus

 9   62,000 at the end there?

10        A.    No, sir, I haven't -- yes.  Yes.

11        Q.    Okay.  Do you know who that Carter is?

12        A.    That's probably me and it's probably on my house.

13   That's probably as I was paying in.  I don't know how it was

14   set up.  Kellye Fuchs would have set up the payment situation.

15   But in order to record the payments that come in as a deposit

16   to the FLP, that's probably -- I -- it's probably mine, yes.

17        Q.    Well, but the -- okay.  And look, I am not an

18   accountant.  I'm not a bookkeeper.  I could just be a moron

19   about this.

20              But I see all these assets here entered as negative

21   numbers, which strikes me as odd for the other balances sheets

22   I've seen.  Does that strike you as odd?

23        A.    I'm not an accountant either.  I don't -- I don't

24   know.

25        Q.    Do you have --
```

```
 1        A.    Maybe -- Maybe there was not a beginning balance that
 2    was set in there as it should have been.  I purchased the
 3    property for 130,000.  Maybe there just not a beginning balance
 4    to -- to reduce this from.  That would be a question for
 5    Kelley, I would believe.
 6        Q.    Well, that's another thing that I don't understand,
 7    because as we look at the walk forward between 2013 and 2018,
 8    the loan receivable, ignoring the negative number, seems to
 9    grow.  But you've been paying down your loan.
10        A.    Correct.
11        Q.    Okay.  And you're paying it down by $1,000 more or
12    less, a month?
13        A.    $1,007.40, yes, sir.
14        Q.    So it does make sense that over the course of five
15    years, there would be something like 62,000 that you paid back?
16        A.    Probably, yes.
17        Q.    You have any idea what the loan receivable for Steve
18    Galmor there is beneath that?
19        A.    No, sir, I don't.
20        Q.    Do you have any idea, hearsay, suspicion, gossip,
21    rumor, at all that someone at some point went into this balance
22    sheet and changed the numbers in there for any reason
23    whatsoever?
24        A.    Not to my knowledge, no.
25        Q.    You never did such a thing?
```



1    A.    No, sir.

2    Q.    No one ever did such a thing at your instructions?

3    A.    No, sir.

4    Q.    You never heard anyone say that they did such a

5    thing?

6    A.    No, sir.

7    Q.    To the best of your understanding sitting here today,

8    the Family Limited Partnership QuickBooks file was just

9    maintained in the ordinary course of business?

10    A.    Yes, sir.

11    Q.    Okay.  No funny business to your knowledge?

12    A.    Not to my knowledge, no.

13    Q.    Will you look at the last page of the balance sheet

14    under equity, partner's draw?

15          Do you have any idea of what those numbers in those

16    line items listed under partner's draw represent?

17    A.    No, I don't.

18    Q.    Like the line item personal, at the end there is

19    minus $113,000.  Do you have any knowledge or suspicion of what

20    that could be?

21    A.    I would think that it would be noted on any checks

22    that would be in the computer.  I have no idea.  It may -- it

23    could be -- well, no, there's a medical file.  I don't know.  I

24    don't know.

25    Q.    Home expense $60,000, you don't know what that is?

```
 1        A.   Have no idea.

 2        Q.   Do you remember, and, again, this is not a memory

 3   test, okay.

 4             But do you remember for the Family Limited

 5   Partnership ever entering information in QuickBooks having to

 6   do with partners' draws?

 7        A.   I don't remember.  I...

 8        Q.   Does QuickBooks tell us who made a particular data

 9   entry like in a metadata file or something?

10        A.   It -- It should, yes.

11        Q.   Okay.  Does seeing this refresh your memory in any

12   way, shape, or form, that at some point in time Mr. Galmor

13   might have taken some money out by way of draw for his personal

14   expenses or his house expense or his health insurance?

15        A.   Not that I'm aware of, no.

16        Q.   Okay.  Do you remember a time when Galmor's/G&G sold

17   some of its assets to a company called Advantage?

18        A.   Yes, sir.

19        Q.   Do you remember when that was?

20        A.   I apologize, I -- I'm not sure of the year.

21        Q.   Okay.  Did there come a time when some of the assets

22   came back?

23        A.   Yes.

24        Q.   Okay.  Do you --

25             And where -- where did those assets come back to, do
```

1    you remember?

2        A.    To -- They were unable to pay Steve from -- for some

3    reason or other.  I don't remember all the details of it.

4    That, I believe those assets came back to Justin Galmor.

5        Q.    Do you have any understanding as to why the assets

6    came back to Justin Galmor instead of Galmor's/G&G?

7        A.    I don't, no.

8        Q.    Do you know if Justin Galmor ever paid Galmor's/G&G

9    for those assets?

10       A.    Not that I'm aware of.

11       Q.    Do you know if he ever paid Advantage for those

12   assets?

13       A.    I -- Not that I'm aware of.

14       Q.    Do you -- Do you recall how much upfront money Mr.

15   Galmor got for the asset sale to Advantage?

16       A.    No, sir, I don't.

17       Q.    I think he said yesterday 1.2, 1.3 million cash.

18   Does that ring a bell?

19       A.    I know it was a large sum, but I have no idea how

20   much.

21       Q.    You don't have any idea if it was actually $3.9

22   million?

23       A.    I have no idea, no.

24       Q.    And do you have any idea how much of a promissory

25   note back Advantage gave for payments over time?

1   A.   I know the -- those documents were all drafted and

2 there was some paperwork on it, but I -- I don't recall.

3   **Q.   Do you have any knowledge, information, suspicion,**

4 **rumor gossip, at all, that Mr. Galmor actually took some of the**

5 **money that he got from Advantage and parked it with the FLP to**

6 **hide it from his personal taxes?**

7   A.   Not that I'm aware of, no.

8   **Q.   Do you have any knowledge at all of what Mr. Galmor**

9 **did with the cash money he got up front from Advantage?**

10   A.   No.  I mean, I know he had -- he had bank accounts

11 that were open.  But I know a lot of the money was spent on

12 trying to keep the -- the bills and stuff paid.  But I really -

13 - I couldn't tell you exactly.

14   **Q.   The bills and stuff of whom?**

15   A.   Galmor's/G&G.

16   **Q.   And I think you mentioned that you did not help Ms.**

17 **Fuchs at all with the tax returns?**

18   A.   No.

19   **Q.   You didn't see drafts?**

20   A.   She could have sent drafts over for Steve.  But I'm

21 very unknowledgeable on taxes and stuff.

22   **Q.   So if I was to ask you whether on a partnership tax**

23 **return loans owed to affiliated companies or someone else**

24 **should be listed on those tax returns, it would just be Greek**

25 **to you?**

1    A.    Very much so.

2    Q.    Okay.  And I'm not going to waste your time or anyone

3  else's time going through those.

4          Do you have any knowledge whatsoever of any written

5  document or promissory note between Galmor's/G&G and the FLP

6  where the FLP obligated itself to repay any money to Galmor's

7  /G&G?

8    A.    None other than the invoices that were in the

9  computer, no, sir.

10   Q.    Okay.  I think we had an example of those.

11         Well, you're not going to have a memory as to how

12  many of those invoices were payable --

13   A.    No, sir.

14   Q.    Okay.  Do you know whether those invoices were still

15  being generated right up until the end of Galmor's business?

16   A.    I would assume they were, but I don't know for sure.

17   Q.    And I think you mentioned that you -- you weren't the

18  one preparing those investigations?

19   A.    I could -- I could have entered invoices, yes.

20   Q.    Okay.  From Galmor's/G&G to the FLP?

21   A.    Oh.  No, sir.  No, sir.

22   Q.    Do you know who that would have been?

23   A.    I believe that would have happened in the Elk City

24  office; I'm not really sure.

25   Q.    Okay.  Is it fair to say that if Mr. Galmor told

 1  someone, prepare an invoice for this and that, that person

 2  would prepare that invoice?

 3      A.   Exactly.

 4      Q.   Okay.

 5      A.   From -- From data in the computer, yes.

 6      Q.   Do you know if Mr. Galmor ever inputted data into the

 7  computer?

 8      A.   I don't believe he ever did.

 9      Q.   Is it fair to say that he's an even bigger idiot than

10  me when it comes to QuickBooks?

11      A.   He -- Technology is not his thing.

12      Q.   Again, I don't think there's any point in going

13  through the tax return since you don't really feel like you'd

14  know anything about them, right?

15      A.   I'm -- I'm not -- I have an accountant that does my

16  own taxes.  I am not good with taxes and numbers like that.

17      Q.   Do you believe that Ms. Fuchs had everything she

18  needed to, from the QuickBook files, to prepare tax returns for

19  the Family Limited Partnership?

20      A.   I believe she had all of the data entered, yes.

21      Q.   Okay.  And is the answer the same for Galmor's/G&G?

22      A.   Yes.

23      Q.   Okay.  Did Ms. Fuchs ever tell you or ask you or

24  suggest to you that she was missing some data and needed --

25  needed some more data?

NAEGELI
DEPOSITION & TRIAL

(800)528-3335
NAEGELIUSA.COM

PAPP 1197

1    A.   No.  The one thing that -- that she and I

2  communicated with is I needed to always have the reconciles

3  done in a timely manner.  That would have been the only thing,

4  so that she could have the information that was very current.

5    **Q.   Are the reconciles done electronically or on paper,**

6  **or both?**

7    A.   In QuickBooks electronically, and then printed from

8  there.

9    **Q.   Okay.  What are you reconciling, the -- the checks?**

10   A.   The checks, yes.

11   **Q.   What is the process of reconciliation?**

12   A.   The statement come from the bank.  We'd go in through

13  the computer and make sure everything was entered correctly and

14  that if there had accidentally was something handwritten, that

15  it was recorded, so there -- nothing would ever get by; it's

16  all in the computer.

17   **Q.   Okay.  And is that reconciliation like a sub-file in**

18  **QuickBooks?  Or how would I pull it up?  Or is it just done on**

19  **the fly in real time?**

20   A.   No, it -- it's done in QuickBooks and then printed

21  from QuickBooks.  There were hard copies of all of those bank

22  statements.  Every reconcile was printed and attached to the

23  original statement from the bank.

24   **Q.   Okay.  So you get the statement from the bank and**

25  **you're trying to reconcile a -- a check or -- against what,**

1  against an invoice or...

2      A.   Against what cleared the bank.  I mean, everything

3  that -- that came through there is just -- just like you would

4  reconcile your personal, make sure that you've entered

5  everything in for tax purposes and stuff.

6      Q.   Okay. How did you and Ms. Fuchs communicate?

7      A.   By phone usually.

8      Q.   Did you ever communicate with her by email, do you

9  know?

10     A.   Very possibly.  I don't remember.

11     Q.   Do you remember what email you used for company

12  business?  Or did you have a company email?

13     A.   I did have a company email.  And at one time it was

14  Galmorsinc.com, and something happened, and then I believe we

15  were Galmors.com.

16          I don't know who -- I don't know anything about those

17  emails at this point.  When I left, I don't have those emails.

18     Q.   Do you know which Internet provider was providing

19  those emails to the company?

20     A.   I don't.

21     Q.   Okay.  Do you remember who you might have been paying

22  checks for?  Like I don't know who the Internet providers up

23  here are, but...

24     A.   There was one in Elk City that was ITL Net for a

25  while, but I'm not sure after that who that would be.

1      Q.    Did you have a personal email at all this time?

2      A.    Yes, I had personal email.

3      Q.    Did you ever use personal email for company business?

4      A.    No, sir.

5      Q.    Did you ever communicate with Ms. Fuchs by personal

6  email?

7      A.    No, sir.

8      Q.    Did you ever communicate with Mr. Galmor by personal

9  email?

10      A.    No, sir.

11      Q.    Is it fair to say that Mr. Galmor very rarely used

12  email?

13      A.    He had one but he very rarely used it, that's

14  correct.

15      Q.    Okay.  Did you --

16            Are you aware that a mediation occurred in the

17  summertime of 2019?

18      A.    Not that I remember going to or anything that I was

19  involved in.

20      Q.    But were you aware that Mr. Galmor was fixing to have

21  a --

22      A.    Yes, sir.

23      Q.    -- mediation?

24      A.    Yes, sir, I believe -- I don't remember when, but I

25  believe -- I do remember him talking about mediation.

1    Q.    Now, you were not there you just said, right?

2    A.    No, sir.

3    Q.    Okay.  Do you know what they were trying to mediate?

4    A.    No, sir.

5    Q.    Did you get any documents or help Mr. Galmor or his

6    lawyers prepare for that mediation?

7    A.    Not that I remember.

8    Q.    Have you ever heard of what an accounting, a Texas

9    law accounting is?

10    A.    No, sir.

11    Q.    If -- Have you ever heard of a process by which

12    someone asks a manager or trustee to give an accounting of a

13    company's business?

14    A.    No, sir.

15    Q.    Okay.  My next question is silly.

16          So you don't know whether there was ever an

17    accounting provided by the FLP in 2019?

18    A.    Not that I would know of, no.

19    Q.    Okay.  The -- Well, I mean, look at exhibit -- which

20    one was the --

21          MR. RIES:  Exhibit 17.

22          MR. RUKAVINA:  Exhibit 17.  Thank you.

23    BY MR. RUKAVINA:

24    Q.    Look at Exhibit 17, see if it refreshes your memory.

25          Do you remember communicating by email with Matthew

```
 1   Merriott at the Lovell law firm?

 2       A.   I -- I really don't remember it.  I did not meet Mr.

 3   Merriott or Mr. Lovell or any of them.

 4            I probably -- I may have printed all this check

 5   detail and stuff for Steve, though, very, very possibly.

 6       Q.   Let me show you the original here to help see if you

 7   remember.  This is a binder I got from Lovell.

 8            Have you ever seen this binder or anything like it?

 9       A.   I've not seen it.  But --

10       Q.   Okay.

11       A.   -- that's the same as this, correct?

12       Q.   I'll represent to you that that's a copy of this --

13       A.   Okay.

14       Q.   -- page by page.  You can look at the original, might

15   be easier.  Just please don't write on it.

16            Do you -- Do you have any idea why Mr. Merriott was

17   sending you this, this email @galmorsinc.com?

18       A.   He was representing Steve in some -- some of the

19   litigation, and that was my understanding, they just needed the

20   -- some documents.  And I think these are just -- these may

21   just be print -- they are printed from QuickBooks, but it's

22   just check detail.  I don't -- I don't believe they're actually

23   a reconcile.

24       Q.   Well, I'm not saying that they are.  By June 4th,

25   2019, you had provided the computer to Mr. Ries, right?
```

1    A.    I don't recall the date, but --

2    Q.    Okay.

3    A.    -- yeah, somewhere in there.

4    Q.    Okay.  Well, your memory -- your memory might be

5    fuzzy.

6          But there was a time when you and -- and Steve Galmor

7    attended a meeting of creditors presided over by Mr. Ries,

8    right?

9    A.    Yes.

10   Q.    Okay.  And, and at that point, at that --

11         At that meeting, do you remember that Mr. Ries asked

12   you to give him that computer?

13   A.    Yes.  I believe they came to our office and got it.

14   Q.    Okay.  Do you remember approximately how much -- how

15   much after that meeting the computer actually went to Mr. Ries'

16   possession?  I mean, we're talking about days or weeks or

17   months?

18   A.    I'm -- I don't remember.

19   Q.    Well, I guess do -- did you -- did you print out

20   these, these QuickBook -- I'm sorry.

21         Did you print out this check detail that's included

22   in here, do you know?

23   A.    I don't know.  I don't remember.

24   Q.    Okay.  And it says -- it says that they're through

25   June 5, 2019.

1         Do you have any idea who could have done this, if, if

2   by then, Mr. Ries had the QuickBook files?

3        A.    Possibly Justin maybe?  I'm -- I -- I don't know.

4        Q.    Well, let me ask it like this.

5              After that computer went to Mr. Ries, do you know

6   whether anyone kept any copies of the QuickBook files on that

7   computer?

8        A.    I know that Justin works through a QuickBook program,

9   but I don't know that it has any attachment to these, no.

10       Q.    Did you keep a copy of the QuickBooks file before the

11  computer went to Mr. Ries?

12       A.    No, sir.

13       Q.    Okay.  Were you asked by anyone to give them a copy

14  or make a copy?

15       A.    I believe Leslie's attorneys had asked for some of

16  those things prior, but...

17       Q.    And do -- do you remember complying with their

18  requests and making various printouts of QuickBooks for them?

19       A.    You know, I could have made the printouts of

20  QuickBooks, but I don't have the knowledge to copy the files or

21  anything along those lines.

22       Q.    Okay.  So let me -- let me ask a bit of a different

23  question.

24              There was probate litigation and state court

25  litigation pending for some time before bankruptcy, right?

 1      A.    I believe so, yes.

 2      Q.    And, and Ms. Pritchard's attorneys demanded some

 3  information from Mr. Galmor, right?

 4      A.    Correct.

 5      Q.    And, and Mr. Galmor and you gave them some of that

 6  information from the QuickBook files then, right?

 7      A.    I believe so, yes.

 8      Q.    Okay.  And to the best of your knowledge, whatever

 9  information was provided, were copies of the originals, they

10  weren't doctored in any way?

11      A.    Exactly, yes.

12      Q.    Yeah.  Yeah.

13      A.    I don't have the knowledge to reproduce that and I

14  don't have the knowledge to correct.  I don't have any idea.

15      Q.    Okay.  Let's go back to this exhibit that's in front

16  of you.  Mr. Merriott's email to you on the very first page.

17  It looks like it's quoting a Texas statute, Contents of

18  Accounting.

19           Do you have any memory or explanation of why Mr.

20  Merriott would be sending to you and copying Steve a copy of

21  this statute?

22      A.    Probably because Steve didn't open his emails and

23  we'd have no way of printing those things out.  So I'm sure he

24  copied it on for me to be able to print for Steve.

25      Q.    Okay.  Do you remember at all whether Ms. Pritchard's

1  attorneys had demanded an accounting and this was being done in

2  response to that demand?

3      A.   I don't remember.

4      Q.   Okay.

5      A.   I didn't have much contact with -- I -- like I said,

6  I never met Mr. Lovell or Mr. Merriott.  I know there were some

7  emails, but I -- I was never at their office.

8      Q.   Do you remember in the June 2019 time frame doing

9  anything to try to help Mr. Merriott or Mr. Lovell or Mr.

10 Galmor with respect to any of this litigation or mediation?

11     A.   I'm sure if Steve asked me, I printed it off.  I'm --

12 I don't remember, but I'm sure he asked me, I did.

13     Q.   Take the big binder, and near the end is a big white

14 tab called liabilities.

15     A.   Yes, sir.

16     Q.   And open up that tab.  Flip through those pages and

17 see if you remember anything --

18     A.   This looks familiar, yes.

19     Q.   Okay.  Do you recall whether you helped prepare this?

20     A.   Yes, I did.

21     Q.   Okay. Were you the only one who prepared this?

22     A.   I believe so, yes.

23     Q.   Okay.  And did --

24          Where did you get the information for the liabilities

25 tab?

```
 1       A.   I would have called like Capital Farm Credit and as

 2  of that date got their -- the balances from them or Great

 3  Plains or -- or any of those.

 4       Q.   Okay.

 5       A.   I would have called the banks and got the -- the

 6  amounts on that date.

 7       Q.   Did you provide that, that tab, the information in

 8  that tab to Steve Galmor?

 9       A.   Yes.

10       Q.   Okay.  Did he look at it?

11       A.   I don't know.  I'm sure he did.

12       Q.   How did you provide it to him, do you know?

13       A.   I just printed this for him to take to his attorney.

14       Q.   Okay.  So you didn't email it to him; you printed it

15  for him?

16       A.   I don't remember emailing it, no.

17       Q.   Do you remember physically giving it to him?

18       A.   I'm sure I did, but, no, I don't remember physically

19  at all.  But I'm sure I did at some point just give it to

20  Steve.

21       Q.   Do you recall discussing with Steve the subject

22  matter that's in here under the liabilities tab?

23       A.   I don't recall any discussion.  I know, you know,

24  obviously from this document, I was asked to get whatever the

25  notes, the balances were on the notes.
```

1    Q.   Do you recall whether you were asked to get all of

2    the liabilities of the family partnership?

3    A.   I don't recall.  I know -- I don't know even

4    specifically if he asked just for the -- the land amounts or

5    what -- I don't recall.

6         MR. RUKAVINA:  Would you object if I just looked at a

7    couple things on there?

8         THE WITNESS:  Mm-hmm.

9         MR. SHERWOOD:  No, you're fine.

10        MR. RUKAVINA:  Just easier than me flipping through

11   here.

12        MR. SHERWOOD:  Yeah, no problem.

13   BY MR. RUKAVINA:

14        Q.   Well, actually, I have it.

15        So to the best of your memory, what all liabilities

16   were you asked to list on here?

17        A.   Well, from what I'm seeing here, it was just like

18   their reoccurring monthly expenses and -- and anything else

19   that they -- they might had had, like -- like insurances, it

20   looks like.

21        Q.   Well, let's look at other liabilities.

22        Bartlett's, do you recall what that was?

23        A.   That is a hardware store in town that, you know, if

24   there was a part that was needed for an air conditioner or --

25   or whatever it might be, Bartlett's would be about the only

 1  place that we would have to get those things.

 2      Q.   Okay.  And then the next one is Storehouse Services,

 3  insurance for trailer at lake.  You see that?

 4      A.   Yes, sir.

 5      Q.   Do you know whether the Family Limited Partnership

 6  owned a trailer at a lake?

 7      A.   I believe they did, a double wide at the lake.

 8      Q.   Okay.  What is Killhoffer Propane?  Self-explanatory,

 9  right?

10      A.   Yeah, they provided propane for -- for somebody.  I

11  don't really know where it went, but yes.

12      Q.   Okay.  Do you remember Mr. Galmor asking you anything

13  about this liabilities you created after you gave it to him?

14      A.   No, sir.

15      Q.   Okay.  Do you remember anyone asking you any

16  questions about this after you prepared it?

17      A.   No, sir.

18      Q.   You remember the Lovell firm asking questions?

19      A.   I don't remember, no.

20      Q.   Okay.  The reason why this is of significance to me

21  is because I don't see here under other liabilities the debt

22  the FLP owes to Mr. Galmor or to Galmor's/G&G.  Do you see

23  anything like that here?

24      A.   I don't see that, no.

25      Q.   Do you have any explanation for why it's not listed

1  here?

2      A.   Other than he didn't ask me to -- to put it on there,

3  no, sir.

4      Q.   But you would have used some of your own knowledge to

5  create this, right?

6      A.   I would have just done what I was asked to do, yes,

7  sir.

8      Q.   And what did he ask you to do?

9      A.   To get these liabilities, and I think the biggest --

10 the biggest part of it was the note part of it.

11     Q.   Did he tell you, do you remember, to get certain

12 liabilities or to get all liabilities?

13     A.   I don't remember the discussion.

14     Q.   Do you remember whether you had any ability to look

15 at QuickBooks when you were creating this?

16     A.   You know, I don't know that I looked at QuickBooks

17 because it would not have had the current balances as of the

18 dates it's provided.  I believe I just called the banks on

19 these.

20     Q.   Okay.  But, but you also put in here Bartlett's and

21 Centergas and recurring monthly liabilities.  So you had some

22 knowledge of that, right?

23     A.   Right.  But there's no balances there, so those were

24 just things that were -- that were reoccurring.

25     Q.   Before Mr. Galmor filed bankruptcy, did you have any

1  understanding at all as to whether the Family Limited

2  Partnership owed Mr. Galmor for loans that he made?  Or was

3  that the first time you heard about it when he filed

4  bankruptcy?

5       A.   No, I had known all along that Steve and his dad had

6  an agreement on like Steve paying for the cowboys that worked

7  there or the -- the help for Shirley; I -- I knew those things

8  were -- were there.  That had been discussion in the office.

9       Q.   Okay.  And, and what you knew from the discussion was

10  that Steve was personally loaning money to the Family Limited

11  Partnership?

12       A.   I don't know as much about the personal as I do the

13  companies.

14       Q.   Well, I'm asking about the personal right now.

15       A.   Yes, sir.

16       Q.   Had you ever heard prior to Steve filing bankruptcy

17  that the Family Limited Partnership owed him personally money

18  for moneys that he personally lent?

19       A.   I can't say specifically what his conversations were

20  with his dad; I don't -- I don't know.

21       Q.   You never heard of anything like that before he filed

22  bankruptcy?

23       A.   I know that there -- they were in agreements that his

24  dad owed him money, but I don't know what for.

25       Q.   That's the extent of --

1      A.    Yes.

2      Q.    -- of what you know?

3      A.    Yes, sir.

4      Q.    And as far as Galmor's/G&G, you did discuss with him

5  before bankruptcy that the Family Limited Partnership owed some

6  money to Galmor's/G&G?

7      A.    I was more aware of that because of the QuickBooks

8  programs, yes, sir.

9      Q.    If Mr. Galmor loaned over time more than $2 million

10 collectively to the FLP and to Galmor's/G&G, do you have any

11 idea where he might could have gotten that money from?

12     A.    You know, I know he got a considerable amount when he

13 sold the company, but that's all I would know about.

14     Q.    Did Mr. Galmor ever tell you or boast to you that he

15 had, you know, significant funds anywhere on account or

16 anywhere?

17     A.    No, sir.

18     Q.    Other than the significant moneys he got from

19 Advantage with that sale or -- did he ever tell you, when he

20 was having a beer with you or anything like that, that he --

21 that he got a big payment from someone else?

22     A.    No, sir.

23     Q.    Did you keep any of the personal finances of either

24 the father or the mother before they died?

25     A.    I -- I guess the answer to that is yes, but it would

1 have been like checks written through the FLP through

2 QuickBooks, yes.

3    Q.    Did you ever have access to the -- to the personal

4 checks of the father that --

5    A.    He didn't have a personal account.  He rolled that

6 into the -- He used the FLP as his personal, per se.  He had

7 maybe a couple other little small accounts.  But the majority

8 of Bob Galmor's check writing or anything that he done was

9 through the FLP.

10    Q.    Okay.  Did -- Did the mother have a personal account,

11 do you know, or --

12    A.    Yes, she did.  I believe she had -- And to back up a

13 little bit.

14          I'm sure Bob did, too, because they both drew Social

15 Security.  I know that, that Bob's personal stuff, I don't

16 remember nearly as well as I do, you know, the QuickBooks side

17 of things.

18          But yes, they both had personal accounts and Shirley

19 had an account that was hers personal that her Social Security

20 and stuff went into.

21    Q.    Did you have check writing access to that account?

22    A.    I did on Bob's.  I don't believe so on Shirley's.

23    Q.    When Bob or Shirley died, do you know at all or have

24 any suspicion as to whether they had any significant money

25 somewhere that Mr. Galmor somehow succeeded to?



```
 1        A.   I don't -- I don't think so at all.  I believe, from

 2   what I remember on the reconciles -- and Shirley's stuff was

 3   not in QuickBooks, her personal stuff.

 4            But I did get bank statements that she did have, I'm

 5   going to say five or six thousand or so.  And I -- And I'm not

 6   100 percent sure, but I do believe that there was an amount

 7   like that, that's probably still in that account.

 8        Q.   Okay.  Do you know whether over time Steve Galmor was

 9   -- was taking money out by way of profit from Galmor's/G&G?

10        A.   I -- He drew a salary.  I don't know that he did any

11   other way.  I don't -- I don't know.

12        Q.   In addition to his salary, do you know whether he

13   ever took money out as the owner of the business?

14        A.   Not that I'm aware of.

15        Q.   If he did, would that be somewhere recorded, to your

16   expectation, in QuickBooks?

17        A.   It would have to be if it went through QuickBooks.

18        Q.   Could it have gone outside of QuickBooks?

19        A.   Not if there was money that had been deposited from

20   the company, there's no way.

21        Q.   Did you ever see an instance or hear any rumors of an

22   instance where moneys payable by a third party to Galmor's/G&G

23   were actually paid directly to Mr. Galmor?

24        A.   No, sir.

25        Q.   No suspicion or rumor or anything like that about
```

1    that?

2         A.    No, sir.

3         Q.    Okay.  So just to round -- round off the discussion.

4    Other than the 800 -- I'm sorry.  Strike that.

5              Other than whatever money Mr. Galmor got from the

6    Advantage sale, you're not aware of any substantial pile of

7    money he had at any time since 2013?

8         A.    No, sir.

9         Q.    And he never boasted to you that he had anything like

10   that?

11        A.    No, sir.

12        Q.    And, and for you to tell me where he got the $2

13   million plus to lend these funds would be pure speculation,

14   other than the Advantage money, on your part?

15        A.    Yes, sir.

16             MR. RUKAVINA:  Okay.  I think I'm about getting close

17   to being done.  Just give me a minute to compose my thoughts

18   and maybe talk to Ms. Pritchard, if that's okay with you.

19             MR. SHERWOOD:  Sure.

20             MR. RUKAVINA:  Maybe take a ten-minute break?

21             MR. SHERWOOD:  Sure.

22             MR. RUKAVINA:  Thank you.

23             VIDEOGRAPHER:    We're off record; it's 12:03.

24             (WHEREUPON, a recess was taken.)

25             VIDEOGRAPHER:  Back on; it's 12:20.

BY MR. RUKAVINA:

    **Q.   Mrs. Carter, do you know what bankruptcy schedules are that people who file bankruptcy have to fill out?**

    A.   I didn't.  I -- I have seen some since Steve filed.

    **Q.   Okay.  Do you know whether you ever helped Steve or Max Tarbox or his assistants, did you ever help them prepare schedules for G&G or for Mr. Galmor?**

    A.   I didn't help prepare any schedules.  I provided some information.

    **Q.   To whom?**

    A.   To Mr. Tarbox and his secretary.

    **Q.   Did -- Do you recall whether you provided any information to them with specific reference to the amounts that Steve and G&G say are owing to them by the Family Limited Partnership?**

    A.   I'm sure I did through documents that were generated through the computer, yes.

    **Q.   Okay.  And, and how did you provide those to the secretary; would it have been by email or in person?**

    A.   She came and visited with us at our office on one occasion and we made long trips to -- to Mr. Tarbox's office.

    **Q.   Okay.  What do you remember, if anything, about giving her or -- or helping her out with respect to those two debts from the Family Limited Partnership to Steve and to G&G?**

    A.   Just provided documents that -- that were in the

1 computer from -- from what I remember.  I don't remember any

2 specifics.

3     **Q.    Do you remember if it was printouts from QuickBooks?**

4     A.    I believe it would have had to been, yes.

5     **Q.    Any other documents?**

6     A.    Not that I can recall.

7     **Q.    I've shown you the balance sheet for the Family**

8 **Limited Partnership, which doesn't show these debts on there as**

9 **liabilities.**

10         **Do you have any explanation for why those debts are**

11 **not shown as liabilities?**

12     A.    No, sir.

13     **Q.    Do you have any explanation for -- for why Mr.**

14 **Tarbox's assistant would have listed those liabilities if**

15 **they're not in the -- on the balance sheet?**

16     A.    Information that Steve would have provided them, I

17 would assume.

18     **Q.    Did -- Did anyone ask you, whether it's Mr. Tarbox or**

19 **the assistant, whether those -- whether you believed that those**

20 **liabilities from the Family Limited Partnership back were**

21 **legitimate?**

22     A.    No, sir.

23     **Q.    Okay.  Did you ever see a draft of the bankruptcy**

24 **schedules before they were filed by Mr. Galmor?**

25     A.    Not that I recall.  I may have, but I don't remember.

NAEGELI
DEPOSITION & TRIAL

CELEBRATING 40 YEARS IN BUSINESS

(800)528-3335
NAEGELIUSA.COM

PAPP 1217

1    Q.   Did you participate in the quantification, the

2  calculation of those amounts owing by the Family Limited

3  Partnership to Steve or to G&Gs?

4    A.   Just through the documents that I would have had

5  through QuickBooks.

6    Q.   Well, I mean help me understand.

7        How would QuickBooks have said that a million dollars

8  or more is owed to Steve Galmor when it's not listed on the

9  balance sheet?

10   A.   He -- He had his own personal documents.  I'm -- I'm

11  not real sure of those debts.

12   Q.   But did you have -- did he have --

13       I think you said he had a -- he had a personal

14  QuickBooks file.

15   A.   Yes.

16   Q.   And did you have access to that personal file?

17   A.   Yes.  I didn't do a lot with his personal, but, yes,

18  I would have had access.

19   Q.   Who, other than you, would have provided information

20  to Mr. Tarbox's assistant for the schedules, do you know?

21   A.   Possibly Justin Galmor and Steve.

22   Q.   So talking about Steve alone now, okay.

23       At trial, you cannot testify from personal knowledge

24  that any of those moneys are owed by the limited partnership to

25  Steve personally?

1        A.    No, other than just what I've been told by him.  But

2   no documents, no.

3        Q.    But no personal knowledge?

4        A.    No, sir.

5        Q.    Okay.  And now looking at Galmor's/G&G.  At trial,

6   you can testify from personal knowledge that some moneys are

7   owed for rock advances, right?

8        A.    Correct.

9        Q.    Some moneys are owed for cowboys and that kind of

10  stuff that G&G advanced to the Family Limited Partnership?

11       A.    Correct.

12       Q.    And some moneys are owed for some allocated portion

13  of your salaries?

14       A.    Correct.

15       Q.    Okay.  Can you testify from personal knowledge that

16  all of that equals more than a million dollars?

17       A.    I can't.

18       Q.    Did you quantify the number in the schedules that G&G

19  is owed from the Family Limited Partnership?

20             Do you -- Do you want to see that schedule to help

21  you?

22       A.    No, I -- I mean I've seen the schedules and stuff.  I

23  -- I don't know.  I gave her the information.  I don't really

24  recall the whole process, but, yes, I did give information.

25       Q.    And you gave her written information in the nature of

1  printouts?

2      A.   Yes, sir.

3      Q.   **Do you have any reason to believe that she still**

4  **doesn't have that information?**

5      A.   I don't know.

6      Q.   **What was her name, do you remember?**

7      A.   Jennifer, I believe.  I don't know.

8      Q.   **Okay.  Well, I guess I'm --**

9      A.   I'm -- I'm trying to remember, and I -- I don't know.

10     Q.   **Was it only the one lady at Tarbox's office?**

11     A.   Yes.

12     Q.   **Okay.  Help me out.  We're almost done.**

13          **But try -- look at Exhibit 16, let me know if you**

14  **know what that is.**

15     A.    It just looks like, it says it's a QuickReport.  That

16  makes no sense -- it's just showing royalty advances and -- and

17  things along those lines or checks written, it looks like --

18     Q.   **Did you --**

19     A.   -- royalty payments.

20     Q.   **Did you print this out to him, do you remember?**

21     A.   I don't remember.

22     Q.   **If -- If you look at this real quickly, on the far**

23  **right column, there's entries that say royalties p-a-y-a.  What**

24  **do you think that p-a-y-a is?**

25     A.   Okay.  Where?  Where is this?

1    Q.    The far right column, ma'am.

2    A.    Oh, okay.  Royalties payable --

3    Q.    Okay.

4    A.    -- possibly.

5    Q.    Can -- Can it be anything other than payable?

6    A.    I don't think so, no.

7    Q.    Okay.  And of course we see royalty advance.  You see

8  that?

9    A.    Uh-huh.

10    Q.    And my question regarding this is, this was printed

11  out on December 10th, 2018, according to the document, correct?

12    A.    Yes, sir.

13    Q.    Okay.  The last entry is for April 14th, 2017.  Do

14  you see that?

15    A.    Yes, sir.

16    Q.    Do you have any explanation as to why something

17  printed out in 2010 -- 18, would -- would stop the data on

18  4/14/2017?

19    A.    May -- Maybe we had given up the computer?  I -- I

20  really don't know.  I don't know.

21    Q.    Well, to the best of your knowledge and memory, did

22  Galmor's/G&G continue the rock quarry business until it

23  converted to Chapter 7?

24    A.    I apologize.  I'm not good with dates.  But I think

25  it probably was working up until bankruptcy.

1      Q.    Is it fair to conclude that upon the bankruptcy,

2   whenever Galmor's/G&G stopped business, that it owed some money

3   in arrears to the family partnership for royalties?

4      A.    I would have to -- to be able to get in the computer.

5   I don't know how it ended up offset from the advances to the --

6   to the payables; I don't remember.

7      Q.    We just lost a phone.  But who cares?  We're almost

8   done.

9            But sitting here today, you -- you don't think you

10  prepared this Exhibit 16?

11     A.    I don't know.  I could have, but I don't know.

12     Q.    And you have no memory as to why you might have

13  prepared it?

14     A.    No, sir.

15     Q.    Or for what purpose?

16     A.    No, sir.

17     Q.    Okay.  Going back to your $80,000-a-year salary.  Did

18  you ever receive any bonuses or more than that?

19     A.    It's possible we got Christmas bonuses a time or two.

20  I don't really remember amounts or anything.

21     Q.    But nothing substantial?

22     A.    No, sir.

23     Q.    Other than Christmas bonuses, no -- no other bonuses?

24     A.    No, sir.

25     Q.    Okay.  No compensation -- I'm sorry.  No -- oh, what

1  is it called?

2          No profit-based compensation, profit --

3      A.   No, sir.

4      Q.   -- sharing, anything like that?

5      A.   No, sir.

6      Q.   Going back to that -- those ten acres we discussed

7  some time ago.

8          Did the original contract from the FLP for your

9  residence, did that include the ten acres we talked about?

10     A.   It did not.

11     Q.   It did not, okay.

12         The ten acres was something separate?

13     A.   Yes, sir.

14     Q.   Okay.  Going back to the father's mistake that he

15 sold you property that he didn't actually own?

16     A.   Yes, sir.

17     Q.   Did you handle all of the deposits for the Family

18 Limited Partnership?

19     A.   I'm going to say, yes, the majority of them I did.

20     Q.   Who other than you might could have?

21     A.   You know, if Steve got something and I wasn't at work

22 or something, he could have made the deposits.  But they would

23 have been reconciled through QuickBooks.

24     Q.   Now, your daughter, she bought some -- a property,

25 some real property from the Family Limited Partnership as well,

1  **right?**

2       A.    Yes, or Bob personally.  I'm not really sure who held

3  that property, but yes.

4       **Q.    Do you know whether your daughter paid for that or**

5  **was it more in the nature of a gift?**

6       A.    No.  She paid Bob personally for that property.  It

7  was connected to the Gin Yard.  And that's another one of the

8  Bob stories.  There's a strip of property on the north side of

9  the -- the Gin Yard itself that has a little house on it, and

10 it -- it's not really deep.  It was -- I couldn't even give you

11 the acreage.

12           But she had come in and talked to him about buying

13 it, and within a couple weeks he sold the end of it to the

14 county.  And he come back and told us that she didn't -- kind

15 of like my deal, you didn't really need that property; we'll do

16 something different.

17           But she paid him for it.  Then Steve wanted to put

18 the properties back together.  He wanted that property that

19 connected to the Gin Yard to -- to be able to have an opening

20 for truck route on 592 rather than U.S. 83.  And this property

21 faced F and 592.

22           So he made a deal with her.  He purchased the south

23 property that I thought I had bought from Bob Galmor.  Steve

24 actually purchased that property and traded it back to Jacey in

25 order to put the Gin Yard all together to have that opening on

```
 1  592 and U.S. 83.

 2      Q.    Did Jacey --

 3            So Jacey paid Bob directly?

 4      A.    Yes.

 5      Q.    Do you remember how much that -- that was?

 6      A.    I have no idea.  I don't remember.

 7      Q.    And when Steve transferred the subsequent property to

 8  her, it was another land swap?

 9      A.    Yes.

10      Q.    No money changed hands, just property --

11      A.    No.

12      Q.    -- changed hands?

13      A.    Just property.

14      Q.    You mentioned that -- that your relationship changed

15  at some point in time with Traci Coleman and Shawn, right?

16      A.    I -- I assume.  I mean, I -- I don't know what they

17  all thought.  We never had the opportunity to sit and visit

18  about anything.

19      Q.    Did you ever become unfriendly with them?

20      A.    No.

21      Q.    Okay.  You were never particularly friendly and never

22  particularly unfriendly, it was just --

23      A.    You know, I considered them friends.  I respected

24  Leslie and her ability to do the things that she had done

25  there, and the girls.  We'd have been around -- you know, they
```

1  had children that were my children's age and older, and just in

2  knowing the family had just been around them.

3      **Q.    Is it fair to say that the family dynamic, the Galmor**

4  **family dynamic changed after the mother died?**

5      A.    Well, yes, sir.

6      **Q.    What's your understanding for why that changed?**

7      A.    I think, you know, for -- for lack of -- of knowing

8  exactly what any of them were thinking, I think they all were -

9  - thought they were hiding something from each other.  I -- I

10  don't know.

11      **Q.    Well, some of the family members, the girls, thought**

12  **that Steve was trying to take their inheritance, correct?**

13      A.    I believe that's the deal, yes.

14      **Q.    Did you ever get involved with any discussions to**

15  **that event or that -- that allegation with Steve?**

16      A.    No.  I mean, I think he, even -- even until some very

17  recent stuff thought that they could all work it out, so...

18      **Q.    You don't think that Steve was trying to take more of**

19  **the inheritance for himself from the -- and from the other**

20  **children?**

21      A.    No, sir.

22      **Q.    Do you think he was managing all these properties in**

23  **good faith for everyone's benefit?**

24      A.    I do.  I think he had worked out a way that had one

25  of the particular pieces of property sold, that they would have

1    all been able to -- to draw some money from it.

2        Q.    Did you ever have an understanding as to who the

3    trustee of the contribution trust and family trust was?

4        A.    I -- I believe that was Shirley.

5        Q.    I mean after her death, do you know?

6        A.    Steve probably.

7        Q.    If I tell you that yesterday he said he didn't know

8    who the trustee was, would you be surprised by that?

9        A.    No.

10       Q.    Is it just that he just doesn't understand legal

11   documents?

12       A.    That's probably correct.

13       Q.    And you mentioned Justin Galmor a couple times.  He

14   did go to work for G&G?

15       A.    I believe the boys worked for Steve from the time

16   they were small on up.  So he had been an employee, yes.

17       Q.    Do you ever communicate with Justin Galmor nowadays?

18       A.    Very seldom.  Every once in a while I get a picture

19   or two of his children, but very seldom.

20       Q.    You ever do any books for his -- for his business?

21       A.    No, sir.

22       Q.    Okay.  So Justin Galmor would have received some

23   checks for payments in 2016, 2017, 2018, from -- from Galmor's

24   /G&G?

25       A.    As far as -- as payroll checks?

1    Q.    Yes.

2    A.    Yes, I believe so.

3    Q.    Do you have any idea of the value of the property

4    that Justin got from Advantage after Advantage couldn't repay

5    Galmor's/G&G?

6    A.    I don't.

7    Q.    Okay.  Was it a lot of property?

8    A.    I'm -- I really don't know.  I -- I think there was

9    some pieces of equipment, but I really don't know.

10   Q.    What would that equipment have been in the nature of,

11   do you know?

12   A.    Big equipment, like maybe backhoes, things along

13   those lines.  I really don't know.

14   Q.    When -- Whenever Steve did his deal with Advantage,

15   did you help them do that deal or help them paper up the sale

16   or anything like that?

17   A.    No.  They had attorneys that done all that.  I -- I

18   was included in some of the meetings when they were discussing

19   it.  But they had attorneys that done all the paperwork on it.

20   Q.    You weren't asked to do anything particular, like set

21   up a schedule of assets to be sold or --

22   A.    No.

23   Q.    -- anything like that?

24   A.    Those would have been listed in QuickBooks too,

25   though, I would think.

1    Q.    I'm sorry.  I can't hear you 'cause of these loud --

2    loud --

3    A.    I'm sorry.

4    Q.    -- asses outside.

5    A.    I believe those assets would have probably been

6    listed on the schedules in QuickBooks.

7    Q.    Okay.  So did -- did QuickBooks have -- And again,

8    please understand I do not know QuickBooks.

9          Would QuickBooks have listed the assets of a company?

10   A.    You know, I think they would have had to for tax

11   purposes.  Like I said, I'm -- I'm ignorant of a lot of the tax

12   stuff.  But I know that there's depreciation and things, so I -

13   - I feel like they would have.

14   Q.    On a depreciation schedule, right?

15   A.    I would think, yes.

16   Q.    And, and would you think that it would include the

17   date of the acquisition of the asset and the date of any

18   transfer of the asset if it was transferred?

19   A.    I would think so, yes.

20   Q.    Did you maintain at any time, do you remember, any

21   depreciation schedule or asset schedule for Galmor's/G&G?

22   A.    No, sir.

23   Q.    What about the FLP?

24   A.    No, sir.

25   Q.    And going back briefly to the mother's will.

NAEGELI
DEPOSITION & TRIAL
CELEBRATING 40 YEARS IN BUSINESS
(800)528-3335
NAEGELIUSA.COM
PAPP 1229

```
 1              Did you speak to any of the attorneys about your

 2  mother's will?

 3       A.   About their mother's will, no, sir.

 4       Q.   Yeah.

 5       A.   Yes, I did.  Told them what their wishes -- what her

 6  wishes were.

 7       Q.   So the mother told you the wishes and then you told

 8  the attorneys?

 9       A.   Yes.  And then it was drafted and she was given a

10  copy of it.

11       Q.   Who were these attorneys?

12       A.   I believe -- I believe it was Charles King.  It could

13  have been Ken Fields.

14       Q.   Do you know how the -- the drafted will got back into

15  the mother's possession for her to sign?

16       A.   I -- I printed it for her to be able to -- to go

17  over.  And then we had two different individuals or three

18  different individuals that came to the house to -- to notarize

19  the will for her.

20       Q.   Okay.  Did she read the will before she signed it?

21       A.   You know what?  I'm sure she did.  She was very

22  knowledgeable on -- on everything.

23       Q.   So she told you what she wanted.  You took it to the

24  attorneys, they drafted it, and you brought it back to her,

25  right?
```

1    A.   Correct.

2    Q.   **And then you discussed it with her and you think she**

3 **read it, right?**

4    A.   No.  I gave it to her to read.  She was very, very

5 adamant that she do her own thing.  She was very independent,

6 so...

7    Q.   **Okay.  Did you see --**

8    A.   She was -- I'm sorry.  She was actually the one that

9 chose the people to come in to -- to notarize the will.

10    Q.   **The witnesses?**

11    A.   Exactly.

12    Q.   **Did -- Did she read the will in your very possession?**

13    A.   No.

14    Q.   **I'm sorry.  Before your eyes, did she --**

15    A.   No, she did not.

16    Q.   **How long of a period of time when -- passed between**

17 **when you gave her the will and she signed it, do you know?**

18    A.   I don't know.

19    Q.   **Okay.  Do you own any oil and gas properties in your**

20 **name?**

21    A.   I have recently come into some.  There was a

22 gentleman while Shirley was sick that I was taking care of; his

23 name was Jim Hawkins.  Jim passed away, and I've got very few

24 little -- I get like $50 every six months or so on one of those

25 properties, but it came from Mr. Hawkins.

1     **Q.    It did not come from the Family Limited Partnership?**

2     A.    No, sir.

3     **Q.    Or from Steve Galmor?**

4     A.    No, sir.

5     **Q.    Do you recall a time when there were certain royalty,**

6     **oil and gas royalty payments payable to the FLP or the trusts**

7     **that were held in suspense?**

8     A.    Yes, there was a time.  And from my understanding of

9     that, you know, like you said with QuickBooks, it -- you're not

10    knowledgeable about that, and I'm -- I don't pretend to know

11    anything about what you guys do either.

12         The -- The way that the trusts were set up, Mr.

13    Galmor had certain properties that went into the FLP, different

14    things along those lines.

15         Whenever Bob started getting some of the checks that

16    went into the trusts -- there were -- There were oil and gas

17    checks that came to him that were payable to Galmor

18    contribution maybe, or however it was split up.  He was really,

19    really not happy when he realized that they weren't coming to

20    Bob Galmor.  He, in that sense, decided that the majority of

21    those properties that he had, he didn't want those checks being

22    written to anybody, even though that was him, he didn't want it

23    to be the contribution account, he didn't want it to be the

24    FLP.  He wanted those checks to Bob Galmor.

25         He didn't put those in any of those trusts.

1  Therefore, from my understanding, is because when he first went

2  to Darrouzett and those attorneys up there drafted these things

3  and had the -- the contribution trust, the marital trust, and

4  the family trust, that those preceded what he done with Galmor

5  Family Limited Partnership.

6          Therefore, because those hadn't ever been -- those

7  oil and gas things had not ever been distributed or put into

8  those trusts, I, from what I understand, Amy Barker held those

9  checks until those could be put into the trust.  And I believe

10  that's how they got separated between the family trust and the

11  contribution trust.

12          So once those things were satisfied through the

13  attorneys that she could -- she could actually make those

14  payments, then those payments were issued.

15      **Q.   To the Family Limited Partnership?**

16      A.   Or however they were -- were absorbed.  I don't know

17  which -- which trust they went into, yes, sir.

18      **Q.   Do you remember it was $278,000 that was held in**

19  **suspend?**

20      A.   I don't believe it was anywhere near that.

21      **Q.   Do you have --**

22          **What is your recollection, if any, of -- of the size**

23  **of the suspense payments?**

24      A.   I can't really say.  But I -- I don't believe it was

25  -- was that large.

1    Q.    Okay.  And you don't recall where those payments went

2  into?

3    A.    Whichever one that the attorneys put them, whether

4  they were the Galmor family limited or the contribution or the

5  family trust.

6        I'm -- I'm assuming that they were actually split

7  between the contribution trust and the family trust.

8    Q.    Okay.  Was Bob still alive when the suspense payment

9  came in?

10    A.    No.  That -- That was the problem is that he and

11  Shirley could have done those things --

12    Q.    Yeah.

13    A.    -- but he didn't.  He was -- He was receiving his oil

14  and gas checks in the name of Bob Galmor, and he did not put

15  those in those trusts for that reason.

16    Q.    Was Shirley still alive when the -- the -- the

17  suspense --

18    A.    Yes, she was.

19    Q.    Did you respect Bob Galmor?

20    A.    Very much so.

21    Q.    Did you like him?

22    A.    Very much so.

23    Q.    Did you feel he was a good father to his children?

24    A.    Yes.

25    Q.    Did you feel like he was trying to provide for his

NAEGELI
DEPOSITION & TRIAL
CELEBRATING 40 YEARS IN BUSINESS
(800)528-3335
NAEGELIUSA.COM
PAPP 1234

1    children after he died?

2        A.    Yes.

3        Q.    And for his wife?

4        A.    Yes.

5        Q.    Okay.  One of the things that I don't understand, and

6    may be just me, I don't understand why there seems not to have

7    been enough money left after he passed to take care of his

8    wife's expenses.

9            Do you have any -- any knowledge of any money that he

10   left behind to take care of Shirley's expenses?

11       A.    No, I -- you know, like I said, the oil and gas

12   downturn crippled them horribly.

13       Q.    But that didn't happen until around 2016, did it?

14       A.    You know, even -- even early on, they were not as

15   large as they were probably in 2006, '7, '8, you know, through

16   there.  They just gradually had started going down.

17       Q.    Well, to your knowledge --

18            Did you ever keep Shirley's books and records?

19       A.    Not her personal stuff, no.

20       Q.    To your knowledge, did she have any large reoccurring

21   expenses?

22       A.    The medical expenses and then the providers that --

23   that Galmor's/G&G provided for them.  Other than that, the

24   notes and stuff that came due for the Galmor Family Limited

25   Partnerships would be.  Personally other than medical, probably

1  not.

2      **Q.   Okay.  So let's break that down.  I'm talking about**

3  **just Shirley's living expenses and including medical and**

4  **utilities and, you know, all that stuff.**

5      **Was she struggling to pay her personal expenses?**

6      A.   Yes.  A lot -- Most of those expenses were paid out

7  of the FLP.  She very rarely paid anything through, you know,

8  with her Social Security and her one account.  She rarely paid

9  anything personal out of that, but to my knowledge.

10      **Q.   Did you ever discuss with her any concerns that she**

11  **had that she wasn't getting enough money coming in to pay her**

12  **expenses?**

13      A.   No.

14      **Q.   Okay.  But most of her expenses towards the end were**

15  **paid by the FLP, right?**

16      A.   I believe that's correct, yes.

17      **Q.   And the FLP didn't necessarily have enough money to**

18  **make those payments, right?**

19      A.   That's correct.

20      **Q.   Okay.  So it goes back to my fundamental point.**

21      **Why, do you know, why didn't Mr. Galmor, the father,**

22  **leave enough to support his wife?  Or do you think he was going**

23  **to support his wife through the FLP after he died?**

24      A.   You know, I believe that, that he was going to

25  support her through the FLP.

1        The answer, the simple answer to the question is he

2   didn't have the money.

3       **Q.   How come?**

4       A.   He wasn't -- He wasn't creating that kind of revenue

5   through the oil and gas and everything.  It just was not coming

6   in.  It was not coming in like Bob Galmor spent it.

7       **Q.   What did he spend it on, to your knowledge?**

8       A.   He bought a lot of vehicles, different things.  He --

9   You know, one story, he -- he bought a Jeep sight unseen.  He -

10  - His vision was not good.  And we had been in Elk City.  And

11  several blocks down he seen this really neat looking Jeep.  He

12  calls the dealership and buys it the next day, never seen the

13  vehicle.

14        He just -- Bob was frustrated with his vision.  He

15  wasn't able to come and go like he wanted to.  He'd always

16  been, I guess a man that -- that done whatever he wanted when

17  he wanted.  And he had become confined, and he -- he gambled.

18  He -- That was just Bob.  That was just Bob.

19       **MR. RUKAVINA:**  Mrs. Carter, I thank you for your

20  time.  I thank you for coming here and for agreeing to do this

21  live.  And I'll pass the witness.

22  **EXAMINATION**

23  **BY MR. RIES:**

24      **Q.   If I can have you look at a few of the early**

25  **documents; Exhibit 3, Exhibit 4, and Exhibit 6, if you'd pull**

1  out.

2      A.    Yes, sir.

3      Q.    Let me have you look at Exhibit 3 first.  And if you

4  page back to, well, on the top it says page 6 of 32.  On the

5  bottom it says page 5.  But it's number -- what I want you to

6  look at is number 74.

7      A.    Yes, sir.

8      Q.    And number 74 has, it looks like four parts here.

9  And I know we've talked about these, we've been talking about

10 these today.  But let me just make sure I understand.

11          The first part that, the part that's roughly 186,000,

12 that's the rock quarry.  The -- It's your understanding those

13 are advances that G&G made above and beyond what -- what it

14 owed in royalties to the -- to the Family Limited Partnership;

15 is that right?

16     A.    I believe that's correct.  But there could also be

17 like -- like the cowboys, their -- their salaries and stuff

18 that was taken into consideration there, too.  I'm not sure.

19     Q.    Let me ask you, the next number there is the 300 --

20 approximately $384,000.  It talks about payroll obligations,

21 medical insurance, partnership's employees, and -- and so

22 forth, care -- including care for Shirley Galmor.

23          Is that the amount that you're understanding relates

24 more to the cowboys and the other people that -- that --

25     A.    Yes, sir, I see.  I see that, yes.

1      Q.    Okay.  And then the third one we've kind of skipped

2   over, but it relates to a van that was bought.  And we

3   discussed this yesterday, so I'm not going to go over that too

4   much.  But it's roughly 24,000.

5            And the last one for $500,000 even is -- that's the

6   allocation of you and Steve's -- Steve Galmor's salaries that

7   were paid over a period of years that -- that should have been

8   allocated to the Family Limited Partnership; is that your

9   understanding?

10     A.    I believe that's correct, yes.

11     Q.    And that's basically because some of what you -- the

12  two of you did benefited not both (sic) G&G, but also benefited

13  the Family Limited Partnership?

14     A.    That's correct.

15     Q.    Okay.  So you don't -- You provided to Mr. Tarbox

16  some of the information, at least, that supports these, these

17  --

18     A.    Yes, sir.

19     Q.    -- four numbers?

20     A.    Yes, sir.

21     Q.    Okay.  And if you take a look at Exhibit 4, and I

22  think these pages are actually out of order.  You see on the

23  bottom where it starts 16723 --

24     A.    Yes, sir.

25     Q.    -- you know, 724, 725, I think that 24 is probably

1    the last page on this spreadsheet.

2              You didn't prepare this, did you?

3        A.    No, sir.

4        Q.    Okay.  This was Matt Brooks that prepared this

5    schedule?

6        A.    I believe it would have been Matt.

7        Q.    Okay.  But the -- But the bottom line is the -- the

8    numbers that are on page 723 and 725, the column on the left

9    are advances that G&G made to the Family Limited Partnership;

10   is that right?

11       A.    I think that's correct.

12       Q.    Okay.  And so the total of all that's, it looks like

13   $561,050?

14       A.    Yes, sir.

15       Q.    Okay.  And then on the right it looks like those are

16   -- those are the -- the royalties that were owed --

17       A.    I think so.

18       Q.    -- by the -- by G&G to the Family Limited

19   Partnership?

20       A.    Yes, I believe that's correct.

21       Q.    So that would have been a result of G&G taking out

22   rock on the limited partnership's land --

23       A.    Yes.

24       Q.    -- and having to pay royalty for, I think you said 50

25   cents a ton for -- for --

1      A.    Yes.

2      Q.    -- any rock that was taken off that property?

3      A.    Yes, that's correct.

4      Q.    So is this money that G&G should have paid, almost

5  like grazing rights for cattle, but this is rock rights for --

6      A.    Yes.

7      Q.    -- for that?

8      A.    For --

9      Q.    It's their -- It's because the FLP was the landowner?

10     A.    Yes.

11     Q.    Okay.  And so that total, it looks like on the -- on

12  the page 1627 -- 725 -- I'm sorry -- was $374,708.81, right?

13     A.    Yes, sir.

14     Q.    Okay.  And, and if you look right above that bottom

15  total, it -- it looks like these invoices were really kind of

16  done monthly.  I mean, I see April 30th of '18, three -- you

17  know, March of '18, February of '18, January, just goes

18  backward month by month.

19          So it looks like someone figured out on a monthly

20  basis how much did G&G take out and should be paying the FLP

21  for royalties?

22     A.    Yes.  And those were done by invoices.  I mean

23  whatever would have been invoiced through the trucks leaving

24  the quarry with the product, it would have gone in the computer

25  and they would have had to -- to reconcile against that as to

```
 1  what was owed.

 2       Q.    And so they calculate how many tons, 50 --

 3       A.    Exactly.

 4       Q.    -- cents a ton, and then came up with an invoice that

 5  they --

 6       A.    Yes, sir.

 7       Q.    -- did monthly?

 8             And so the -- this was done all the way through, it

 9  looks like, through April 30th, April 30th of 2018.

10             And let me just tell you, 'cause you may not remember

11  this.  The date of the bankruptcy, the Chapter 11 case, was in

12  -- was June 19th of 2018.  So it looks like this was pretty

13  much kept all the way or basically up to the time that he filed

14  -- that Mr. Galmor filed both personally and the G&G company,

15  correct?

16       A.    Yes, sir.

17       Q.    So again, these are out of order.  But it looks like

18  on page 16724, on the left column there is the -- the total,

19  the $561,050 in advances that were still owed is what it says

20  --

21       A.    Yes, sir.

22       Q.    -- correct?

23             And then $374,708.81 amount owed.  And so they just

24  subtracted that to come up with 186,341.19, correct?

25       A.    Okay.  Yes.
```

```
 1        Q.   And that's the number that if we look back on -- on

 2   Exhibit 3, number 74, the very first number is that exact

 3   number, correct?  Look back on that, those schedules we looked

 4   at just a minute ago, and it's number 74 on page 5.

 5        A.   Yes, sir.  Yes, sir.

 6        Q.   And that number 186,341.19 is the same number as the

 7   number on the schedule?

 8        A.   Yes, sir.

 9        Q.   Okay.  So let me have you then look at Exhibit 6.

10   And on the very first page that's -- you notarized that; is

11   that right?

12        A.   Yes, sir.

13        Q.   Okay.  I mean that's you?

14        A.   Uh-huh.

15             THE REPORTER:  Is that a yes?

16             THE WITNESS:  I'm sorry.  Yes, sir.

17             THE REPORTER:  Thank you.

18   BY MR. RIES:

19        Q.   And if you turn, I think it's all the way to page 14

20   on the bottom, it's number 30.  Let me know when you're there.

21        A.   Yes, sir.

22        Q.   Okay.  And now these are -- these are Steve --

23   Michael Steve Galmor's bankruptcy schedules, his personal ones;

24   you understand that?

25        A.   Yes, sir.
```

1    Q.    Okay.  Now, he has -- he has listed here information,

2  an amount owed to the debtor by the Galmor Family Limited

3  Partnership of a million -- over $1,300,000, correct?

4    A.    Yes, sir.

5    Q.    Okay.  And I think you've -- you've testified that

6  you're not sure where that number came from, you may have given

7  some information to it, you may not have; is that right?

8    A.    Yes, sir.

9    Q.    But you don't really have the same kind of detail

10  that, like we just went over for the $186,000?

11    A.    No, sir, I do not.

12    Q.    Or at least your memory isn't --

13    A.    I --

14    Q.    -- what that is?

15    A.    I don't remember that, no.

16    Q.    And it could have been some fund -- some actual fund

17  advances, it could have been trading, it could have been, you

18  know, I think you mentioned earlier in your deposition that

19  grazing that was done that was maybe owed to him, farming that

20  he --

21    A.    Farm expenses.

22    Q.    -- farm expenses he provided, sharecropping expenses

23  he might be entitled to, whatever.  You --

24    A.    Very possible.

25    Q.    -- just don't know?

NAEGELI
DEPOSITION & TRIAL
CELEBRATING 40 YEARS IN BUSINESS
(800)528-3335
NAEGELIUSA.COM

PAPP 1244

 1      A.   I don't know.

 2           **MR. RIES:**  Okay.  I'll pass the witness.  Thanks.

 3           **MR. RUKAVINA:**  We're done.  Thank you.

 4           **VIDEOGRAPHER:**  Going off the record, today's date,

 5   March 25th --

 6           **MR. RUKAVINA:**  Does she want to -- does she want to

 7   sign and review as well?

 8           **MR. SHERWOOD:**  Yes, please.

 9           **MR. RUKAVINA:**  Why don't you put that on the record

10   real quick, witness wants to review and sign.

11           **THE REPORTER:**  And same, you just -- you would like

12   the transcript and no one else would like a copy?

13           **VIDEOGRAPHER:**  We're back on the record.

14           **MR. RUKAVINA:**  So just, just to clarify, Davor made a

15   mistake today.  Exhibit 31 and Exhibit 32 today are not

16   sequential.  We ended at 21 yesterday.  So there is no 22

17   through 30.  That was my mistake.  Thank you.

18           **THE REPORTER:**  All right.  We're off the record.

19           **(WHEREUPON, the deposition of DEENA CARTER was**

20   **concluded at 12:55 p.m.)**

21

22

23

24

25

1                          CERTIFICATE

2

3          I, Ryan Batterson, do hereby certify that I

4    reported all proceedings adduced in the foregoing

5    matter and that the foregoing transcript pages

6    constitutes a full, true and accurate record of said

7    proceedings to the best of my ability.

8

9          I further certify that I am neither related

10   to counsel or any party to the proceedings nor have any

11   interest in the outcome of the proceedings.

12

13         IN WITNESS HEREOF, I have hereunto set my hand this

14   16th day of April, 2021.

15

16

17

18   _____

19                    Ryan Batterson

20

21

22

23

24

25

1 | Date:      April 19, 2021    Assignment #: 36389-2

2 | Attorney: Matt W. Sherwood, Esquire

3 | Deponent: Deena Carter

4 | Case:      Galmor vs. Galmor Family Limited

5 |            Partnership

6 |

7 | **ATTORNEY - NO TRANSCRIPT ORDERED:**  Signature of your

8 | client is required.  It will be necessary for you to call our

9 | offices and arrange for an appointment for your client to come

10 | in to read and sign their transcript.

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 | CC:  Naegeli Deposition & Trial

24 |

25 |

```
 1                     CORRECTION SHEET

 2   Deposition of: Deena Carter       Date: 3/25/21

 3   Regarding:     Galmor vs. Galmor Family Limited

 4                  Partnership

 5   Reporter:      Batterson/Sprague

 6   _____

 7   Please make all corrections, changes or clarifications

 8   to your testimony on this sheet, showing page and line number.

 9   If there are no changes, write "none" across

10   the page.  Sign this sheet on the line provided.

11   Page   Line   Reason for Change

12   _____  _____  _____

13   _____  _____  _____

14   _____  _____  _____

15   _____  _____  _____

16   _____  _____  _____

17   _____  _____  _____

18   _____  _____  _____

19   _____  _____  _____

20   _____  _____  _____

21   _____  _____  _____

22   _____  _____  _____

23   _____  _____  _____

24            Signature_____

25                      Deena Carter
```

```
 1                    DECLARATION

 2  Deposition of: Deena Carter        Date: 3/25/21

 3  Regarding:      Galmor vs. Galmor Family Limited

 4                  Partnership

 5  Reporter:       Batterson/Sprague

 6  _____

 7

 8  I declare under penalty of perjury the following to

 9  be true:

10

11  I have read my deposition and the same is true and

12  accurate save and except for any corrections as made

13  by me on the Correction Page herein.

14

15  Signed at _____, _____

16  on the _____ day of _____, 2021.

17

18

19

20

21

22

23

24          Signature_____

25                      Deena Carter
```

NAEGELI
DEPOSITION & TRIAL
CELEBRATING 40 YEARS IN BUSINESS
(800)528-3335
NAEGELIUSA.COM

PAPP 1249

| $ |
| --- |

**$1,000** 58:6
58:14 73:11

**$1,007.40**
58:6 73:13

**$1,300,000**
126:3

**$113,000** 74:19

**$186,000** 126:10

**$2** 94:9 97:12

**$278,000** 115:18

**$3.9** 76:21

**$374,708.81**
123:12 124:23

**$384,000** 120:20

**$50** 113:24

**$500,000** 121:5

**$561,050** 122:13
124:19

**$60,000** 74:25

**$80,000** 22:20
22:23 59:10

**$80,000-a-
year** 104:17

| @ |
| --- |

**@galmorsinc.com**
84:17

| 0 |
| --- |

**03** 39:18

**04** 39:18

| 1 |
| --- |

**1.2** 76:17

**1.3** 76:17

**10** 62:14 66:13

**10:12** 7:5 7:11

**10:47** 41:10

**10:49** 41:12

**100** 37:11 37:13
96:6

**10th** 103:11

**11** 62:14
66:21 124:11

**11:09** 60:4

**11:18** 60:6

**12** 70:4 70:5
72:1

**12:03** 97:23

**12:20** 97:25

**12:55** 127:20

**130,000** 73:3

**14** 23:7 45:21
125:19

**14th** 103:13

**15** 23:7 59:16

**16** 23:7 59:16
102:13 104:10

**161,000** 67:15
67:17

**1627** 123:12

**16723** 121:23

**16724** 124:18

**17** 23:7 59:16
83:21 83:22
83:24

**18** 23:7 59:16
103:17 123:16
123:17 123:17

**18-20209-RLJ-
7** 7:8

**186,000** 120:11

**186,341.19**
124:24 125:6

**19** 23:7

**1994** 8:25

**1996** 26:25

**19th** 124:12

**1st** 58:7

| 2 |
| --- |

**2/21/61** 16:20

**2001** 17:24 27:4

**2006** 117:15

**2010** 103:17

**2011** 23:12
58:19

**2013** 29:4 30:20
71:4 73:7
97:7

**2014** 20:10

**2015** 19:3 37:25

**2016** 19:3 37:25
109:23 117:13

**2017** 19:3 24:18
37:25 44:3
103:13 109:23

**2018** 19:3 37:25
44:3 44:23
73:7 103:11
109:23
124:9 124:12

**2019** 20:10 29:5
82:17 83:17
84:25 85:25
88:8

**2021** 7:4 7:10

**21** 127:16

**22** 127:16

**24** 121:25

**24,000** 121:4

**25** 7:4

**25th** 7:10 127:5

| 3 |
| --- |

**3** 119:25

**120:3** 125:2

**30** 45:21 125:20
127:17

**300** 120:19

**30th** 44:23
123:16
124:9 124:9

**31** 12:17
12:18 127:15

**32** 13:7 13:9
120:4 127:15

| 4 |
| --- |

**4** 43:12 43:13
119:25 121:21

**4/14/2017**
103:18

**4th** 84:24

| 5 |
| --- |

**5** 9:1 85:25
120:5 125:4

**50** 37:12 122:24
124:2

**524,000** 67:14

**592** 106:20
106:21 107:1

| 6 |
| --- |

**6** 119:25
120:4 125:9

**60** 45:21

**62,000** 72:9
73:15

**632,000** 67:14

| 7 |
| --- |

**7** 103:23 117:15

**723** 122:8

**724** 121:25

**725** 121:25

NAEGELI
DEPOSITION & TRIAL
CELEBRATING 40 YEARS IN BUSINESS
(800)528-3335
NAEGELIUSA.COM
PAPP 1250

122:8 123:12

**74** 120:6
120:8 125:2
125:4

---

8

**8** 117:15

**80,000** 20:24
22:16

**800** 97:4

**83** 106:20 107:1

---

9

**9.8** 57:19

**92,000** 66:17
66:19

**940** 44:7

**941s** 44:7

**96** 26:25

**97** 26:25

---

A

**a.m** 7:5 7:11

**ability** 19:2
19:4 92:14
107:24

**able** 24:16
24:16 27:21
29:24 62:10
62:13 69:21
87:24 104:4
106:19
109:1
112:16 119:15

**absorbed** 115:16

**accent** 9:9

**acceptable** 8:10

**access** 18:11
18:14 18:16
18:21 18:24
19:11 19:17

31:13 31:19
95:3 95:21
100:16 100:18

**accidentally**
80:14

**according**
103:11

**account** 49:14
50:2 55:7
59:1 94:15
95:5 95:10
95:19 95:21
96:7 114:23
118:8

**accountant** 31:6
72:18 72:23
79:15

**accounted** 65:18

**accounting** 17:6
17:8 83:8
83:9 83:12
83:17 87:18
88:1

**accounts**
67:11 77:10
95:7 95:18

**accrual** 26:14
26:16

**accrued** 44:6

**accurate** 39:8
62:25 68:18

**accusation**
54:22

**acquainted**
26:23

**acquire** 58:17

**acquisition**
111:17

**acreage** 106:11

**acres** 55:23
56:6 56:18
57:19 58:10

58:12 105:6
105:9 105:12

**actual** 18:17
39:8 126:16

**actually**
20:15 21:11
22:20 27:8
28:7 39:12
42:19 45:4
49:14 57:15
60:10 76:21
77:4 84:22
85:15 90:14
96:23
105:15 106:24
113:8
115:13
116:6 121:22

**adamant** 113:5

**addition**
22:23 42:5
96:12

**advance** 32:3
40:18 40:22
42:18 42:20
44:18 45:3
45:5 46:6
65:9 71:5
103:7

**advanced**
31:23 32:12
33:9 35:8
41:15 44:15
65:8 101:10

**advances**
32:15 35:13
35:15 35:16
35:16 37:3
37:6 42:3
42:10 43:1
61:20 63:10
63:13 63:15
63:20 64:11
64:13 68:2
70:18 70:25
71:8 71:20

101:7
102:16
104:5
120:13
122:9
124:19 126:17

**advancing** 33:16
34:2 40:12
64:21

**Advantage** 75:17
76:11 76:15
76:25 77:5
77:9 94:19
97:6 97:14
110:4 110:4
110:14

**advice** 50:15

**affiliated**
77:23

**affirm** 8:5

**afternoon** 10:21
10:22

**afterwards** 58:1

**against** 11:5
40:22 80:25
81:1 81:2
123:25

**age** 108:1

**ago** 13:4
105:7 125:4

**agreeing** 119:20

**agreement** 25:18
25:19 25:21
25:24 70:13
70:15 93:6

**agreements** 71:2
93:23

**air** 90:24

**alive** 116:8
116:16

**allegation**
31:24 35:7

54:20 64:3
108:15

**allocated**
101:12 121:8

**allocation**
25:15 121:6

**alone** 100:22

**already** 35:19
44:14 45:9
50:5

**am** 30:21 31:5
35:23 66:6
72:17 79:16

**amount** 21:25
94:12 96:6
120:23 124:23
126:2

**amounts** 36:3
89:6 90:4
98:13 100:2
104:20

**Amy** 115:8

**annual** 20:22
59:15

**answer** 11:24
68:13 79:21
94:25 119:1
119:1

**anybody** 19:1
68:11 114:22

**anyone** 9:15
12:9 18:24
43:3 50:15
52:11 54:9
61:11 71:21
74:4 78:2
86:6 86:13
91:15 99:18

**anything** 9:12
9:24 14:7
14:10 25:19
39:18 47:5
50:22 51:5

51:14 51:20
58:3 61:24
69:10 70:13
71:17 79:14
81:16 82:18
84:8 86:21
88:9 88:17
90:18 91:12
91:23 93:21
94:20 95:8
96:25 97:9
98:22 103:5
104:20
105:4
107:18 110:16
110:20 110:23
114:11
118:7 118:9

**anyway** 56:17

**anywhere**
33:13 44:17
63:19 94:15
94:16 115:20

**AP** 67:4 67:9
67:11

**apologize** 12:23
28:18 49:19
75:20 103:24

**approximately**
7:11 34:12
85:14 120:20

**April** 44:23
44:23
103:13 123:16
124:9 124:9

**arose** 58:14

**arrears** 104:3

**arrested** 17:12

**asses** 111:4

**asset** 63:7
63:11 76:15
111:17 111:18
111:21

**assets** 71:23

71:24 72:20
75:17 75:21
75:25 76:4
76:5 76:9
76:12
110:21
111:5 111:9

**assistant** 99:14
99:19 100:20

**assistants** 98:6

**assume** 15:23
78:16 99:17
107:16

**assuming** 116:6

**attached** 80:22

**attachment** 86:9

**attended** 85:7

**attending** 14:13

**attention** 70:22

**attorney** 9:14
50:10 89:13

**attorneys** 55:14
86:15 87:2
88:1 110:17
110:19
112:1 112:8
112:11 112:24
115:2
115:13 116:3

**attorney's** 53:2
53:9

**average** 20:22
25:12

**aware** 13:12
18:25 25:21
25:24 26:10
26:20 27:25
29:11 30:12
31:4 32:16
32:19 35:7
35:23 36:8
47:8 50:13
53:10 53:11

54:20 57:17
60:20 61:7
61:8 61:12
61:14 62:1
63:25 64:3
66:10 68:3
70:16 71:3
75:15 76:10
76:13 77:7
82:16 82:20
94:7 96:14
97:6

**awareness** 32:24
33:4

**away** 22:1 23:12
24:12 31:2
48:5 49:14
50:1 50:9
52:19 56:2
58:19 113:23

**awhile** 34:15

———— B ————

**background**
16:21 26:21

**backhoes** 110:12

**backward** 123:18

**balance** 62:16
62:23 63:19
65:1 67:3
67:23 68:13
70:6 70:11
71:21 71:23
72:3 72:6
73:1 73:3
73:21 74:13
99:7 99:15
100:9

**balances**
72:21 89:2
89:25 92:17
92:23

**bank** 49:3
49:4 49:4
49:6 49:8

58:6 58:21
58:24 59:2
77:10 80:12
80:21 80:23
80:24 81:2
96:4

**bankruptcy** 7:16
11:3 11:4
11:8 11:13
21:23 21:24
22:13 23:14
23:17 32:17
32:20 33:15
33:18 33:20
36:9 37:1
48:23 86:25
92:25 93:4
93:16 93:22
94:5 98:2
98:3 99:23
103:25
104:1
124:11 125:23

**banks** 89:5
92:18

**Barker** 115:8

**Bartlett's**
90:22 90:25
92:20

**based** 40:4

**basically** 28:20
68:19
121:11 124:13

**basis** 123:20

**became** 18:7
26:10

**become** 21:15
26:23 28:21
107:19 119:17

**beer** 94:20

**beforehand** 33:5

**beginning**
47:7 57:20
57:22 73:1

73:3

**behalf** 13:16
41:16

**behind** 56:18
56:25 57:18
57:19 117:10

**believe** 10:21
11:3 12:1
12:14 13:2
13:17 15:12
17:24 18:23
19:15 21:12
22:22 22:24
23:4 25:5
25:11 25:14
26:2 27:1
27:4 27:7
28:3 29:11
29:23 30:2
30:22 34:13
34:15 35:2
37:18 39:2
39:4 41:14
42:22 43:5
43:16 43:20
43:22 45:10
45:13 46:1
46:24 46:25
48:4 48:13
48:15 48:16
48:24 49:21
50:10 51:16
58:24 59:17
65:4 65:5
66:24 69:9
71:2 73:5
76:4 78:23
79:8 79:17
79:20 81:14
82:24 82:25
84:22 85:13
86:15 87:1
87:7 88:22
91:7 92:18
95:12 95:22
96:1 96:6
99:4 102:3

102:7
108:13
109:4
109:15
110:2 111:5
112:12 112:12
115:9
115:20 115:24
118:16 118:24
120:16 121:10
122:6 122:20

**believed** 99:19

**bell** 76:18

**belong** 57:12

**beneath** 73:18

**benefit** 24:10
52:11 108:23

**benefited**
121:12 121:12

**best** 15:1 15:13
15:15 26:14
31:18 39:6
59:7 60:25
61:19 68:12
74:7 87:8
90:15 103:21

**beyond** 120:13

**bigger** 79:9

**biggest** 49:2
92:9 92:10

**bills** 29:1 32:4
44:4 77:12
77:14

**binder** 84:7
84:8 88:13

**birth** 16:19

**bit** 32:9
39:11 47:1
86:22 95:13

**blocks** 119:11

**boast** 94:14

**boasted** 97:9

**Bob** 21:18 21:25
27:3 27:13
27:16 27:17
30:4 30:8
30:15 30:17
48:5 48:20
50:8 50:9
52:1 52:18
55:3 56:1
56:9 56:14
56:15 56:24
57:6 57:8
57:15 58:19
95:8 95:14
95:23 106:2
106:6 106:8
106:23
107:3
114:15 114:20
114:24
116:8
116:14 116:19
119:6
119:14 119:18
119:18

**Bob's** 95:15
95:22

**bonuses**
104:18 104:19
104:23 104:23

**book** 40:21
42:10

**booked** 33:12
44:17 44:18
63:11 63:13
71:9

**bookkeeper**
17:16 17:18
17:20 19:25
20:3 20:5
20:8 34:1
70:17 72:18

**bookkeeping**
23:14 26:15

38:9 38:11

**books** 16:4
17:20 34:3
38:17 47:11
47:20 48:3
48:22 60:15
60:19 61:2
109:20 117:18

**bothering** 66:23

**bottom** 71:24
120:5
121:23
122:7
123:14 125:20

**bought** 56:7
56:9 56:16
56:23 57:20
57:22 58:19
105:24 106:23
119:8 119:9
121:2

**boys** 109:15

**break** 23:8 60:1
97:20 118:2

**briefly** 111:25

**bring** 69:9

**Brooks** 19:18
43:5 122:4

**brought** 65:12
68:19 69:6
69:12 70:21
70:22 71:12
112:24

**bunch** 57:1

**buried** 57:2

**burned** 41:5

**business**
12:10 16:11
16:12 23:18
24:13 24:14
24:23 24:23
25:2 25:3
25:13 27:24

28:2 34:14
36:22 37:24
38:1 38:3
38:11 38:18
43:25 45:12
52:3 61:25
68:1 74:9
74:11 78:15
81:12 82:3
83:13 96:13
103:22
104:2 109:20

**businesses**
17:17 20:1
22:6 25:8
25:16

**busy** 24:6

**Butler** 19:19

**buy** 56:14

**buying** 106:12

**buys** 119:12

---

C

**cabinets** 16:14

**calculate** 42:23
124:2

**calculation**
100:2

**Canadian** 39:15

**capacity** 8:23

**Capital** 89:1

**Cara** 19:18

**care** 12:9 24:17
29:8 29:9
29:15 36:3
41:21 55:6
70:6 113:22
117:7
117:10 120:22
120:22

**cares** 104:7

**Carlton** 56:8

**Carol** 19:18

**Carolyn** 19:19

**Carter** 7:2
7:8 7:21
8:3 8:13 8:17
8:20 12:17
12:21 12:21
12:23 13:21
19:19 39:5
41:14 41:14
43:15 60:8
72:8 72:11
98:2 119:19
127:19

**case** 7:8 54:8
124:11

**cash** 29:3 51:13
51:14 76:17
77:9

**categories**
13:22 13:25

**cattle** 22:9
25:2 62:12
123:5

**cause** 27:13
45:18 111:1
124:10

**caused** 54:21

**Centergas** 92:21

**cents** 37:12
37:15
122:25 124:4

**certain** 11:16
23:20 23:22
37:11 92:11
114:5 114:13

**certifications**
17:8

**cetera** 19:5

**change** 19:5
27:19 53:8
53:23 54:4

55:13

**changed** 37:21
52:15 55:4
73:22
107:10 107:12
107:14
108:4 108:6

**changing** 47:1
55:11

**Chapter**
103:23 124:11

**charge** 27:14
28:21 38:17

**charged** 19:21

**charitable**
49:12

**Charles** 112:12

**check** 40:18
42:12 42:17
61:16 61:16
63:13 63:15
65:17 65:20
80:25 84:4
84:22 85:21
95:8 95:21

**checks** 21:12
32:3 61:9
64:11 65:17
74:21 80:9
80:10 81:22
95:1 95:4
102:17 109:23
109:25 114:15
114:17 114:21
114:24
115:9 116:14

**children**
108:1
108:20 109:19
116:23 117:1

**children's**
108:1

**chose** 113:9

NAEGELI
DEPOSITION & TRIAL

CELEBRATING 40 YEARS IN BUSINESS

(800)528-3335
NAEGELIUSA.COM

PAPP 1254

**Christmas**
104:19 104:23

**City** 18:16 35:2
78:23 81:24
119:10

**claim** 23:2 23:4

**claimed** 11:16

**claims** 11:5

**Clarendon** 17:1

**clarified** 38:8

**clarify** 15:22
127:14

**clear** 9:7

**cleared** 81:2

**clients** 59:12

**close** 97:16

**cloud** 18:18

**co-counsel** 7:18

**code** 39:16 40:4
40:8 42:19
42:21 62:8

**coded** 51:1

**Coleman** 7:23
53:14 107:15

**collectively**
94:10

**college** 16:22
16:25 17:1
59:22

**column** 45:2
67:18
102:23
103:1 122:8
124:18

**comes** 79:10

**coming** 31:3
41:23
114:19 118:11
119:5 119:6
119:20

**communicate**
81:6 81:8
82:5 82:8
109:17

**communicated**
80:2

**communicating**
83:25

**companies** 28:21
59:20 77:23
93:13

**company** 24:24
27:6 27:12
27:14 27:16
57:11 75:17
81:11 81:12
81:13 81:19
82:3 94:13
96:20 111:9
124:14

**company's** 18:11
83:13

**compensate**
25:22 26:4
35:20

**compensation**
20:23 22:11
104:25 105:2

**complain** 54:13

**complaint** 11:22

**complying** 86:17

**compose** 97:17

**compressor** 38:5

**computer**
14:17 14:20
15:16 15:25
18:18 31:1
31:13 36:2
39:3 39:22
43:23 45:15
48:9 50:25
51:7 62:5
74:22 78:9

79:5 79:7
80:13 80:16
84:25 85:12
85:15 86:5
86:7 86:11
98:17 99:1
103:19
104:4 123:24

**computers** 31:14
39:10

**computes** 18:16

**concern** 44:22

**concerns** 118:10

**conclude** 104:1

**concluded**
127:20

**condition** 29:14

**conditioner**
90:24

**confined** 119:17

**confronted** 53:9

**connected** 106:7
106:19

**consecutive**
68:24

**consider** 21:13

**considerable**
94:12

**considerably**
31:2

**consideration**
120:18

**considered**
107:23

**construction**
38:4

**contact** 55:14
88:5

**Contents** 87:17

**continuation**

60:11

**continue**
69:11 103:22

**continued** 57:18
71:5

**continuing** 8:9

**contract**
37:16 37:16
105:8

**contracted**
37:11

**contracts** 57:23

**contribution**
47:9 47:24
48:8 48:21
49:12 50:3
50:18 50:23
51:5 51:13
55:7 109:3
114:18 114:23
115:3
115:11
116:4 116:7

**control** 13:23
14:5 30:6
30:15

**conversations**
93:19

**converted**
103:23

**copied** 87:24

**copies** 80:21
86:6 87:9

**copy** 84:12
86:10 86:13
86:14 86:20
87:20
112:10 127:12

**copying** 87:20

**correct** 13:4
13:17 14:4
18:13 25:4

NAEGELI
DEPOSITION & TRIAL

CELEBRATING 40 YEARS IN BUSINESS

(800)528-3335
NAEGELIUSA.COM

PAPP 1255

25:14 30:22
31:9 35:9
40:23 44:5
44:10 45:19
46:4 58:9
58:12 58:24
61:3 69:20
71:7 71:15
73:10 82:14
84:11 87:4
87:14 101:8
101:11 101:14
103:11 108:12
109:12
113:1
118:16 118:19
120:16 121:10
121:14 122:11
122:20
123:3
124:15 124:22
124:24
125:3 126:3

**correctly** 80:13

**counsel** 7:12
12:4 12:10
13:7

**counterclaim**
11:24

**counties** 37:12

**county** 106:14

**couple** 27:1
90:7 95:7
106:13 109:13

**course** 23:20
24:1 25:11
36:22 68:1
73:14 74:9
103:7

**court** 8:1 9:5
11:13 36:9
37:1 86:24

**cover** 31:3
63:16

**COVID** 7:24

**cowboys** 36:4
64:18 93:6
101:9
120:17 120:24

**CPA** 17:10

**create** 36:25
92:5

**created** 36:16
36:21 36:22
39:17 47:23
52:11 91:13

**creating**
92:15 119:4

**Credit** 89:1

**creditors** 14:12
14:13 85:7

**criminal** 17:14

**crippled** 117:12

**crops** 33:24

**current** 46:3
59:8 67:4
67:7 68:18
69:23 69:25
80:4 92:17

**custody** 13:23
14:5

**cut** 67:19

---

D

**dad** 19:12 19:12
47:3 70:12
71:3 71:4
93:5 93:20
93:24

**Darrouzett**
50:10 50:12
115:2

**data** 18:2 18:17
19:5 19:5
36:14 41:4
69:15 75:8

79:5 79:6
79:20 79:24
79:25 103:17

**date** 7:10 16:19
17:24 34:14
53:3 85:1
89:2 89:6
111:17 111:17
124:11 127:4

**dates** 68:20
68:23 69:22
92:18 103:24

**daughter**
19:19 28:7
105:24 106:4

**Davor** 7:14
40:25 127:14

**day** 9:23
10:11 10:12
32:21 119:12

**days** 85:16

**deal** 49:2 56:25
58:2 106:15
106:22 108:13
110:14 110:15

**dealership**
119:12

**death** 109:5

**debt** 91:21

**debtor** 7:9 7:10
126:2

**debts** 31:3
98:24 99:8
99:10 100:11

**December** 103:11

**decide** 46:9

**decided** 22:18
45:24 114:20

**deduce** 69:22

**Deena** 7:2 7:8
7:20 8:13
8:20 33:16

127:19

**deep** 106:10

**degree** 17:2
29:9

**degrees** 17:6

**demand** 88:2

**demanded** 87:2
88:1

**deposed** 8:21
9:2

**deposit** 72:15

**deposited** 96:19

**deposition**
7:1 7:7
9:13 9:15
9:21 10:8
10:11 10:15
10:18 12:9
126:18 127:19

**depositions**
54:12

**deposits** 105:17
105:22

**depreciation**
111:12 111:14
111:21

**Derek** 7:23

**describe** 19:25

**detail** 84:5
84:22 85:21
126:9

**details** 13:18
76:3

**deteriorated**
27:21

**determine** 68:17

**Devon** 34:21

**Devona** 19:20
20:6 34:11
34:22

NAEGELI
DEPOSITION & TRIAL

CELEBRATING 40 YEARS IN BUSINESS

(800)528-3335
NAEGELIUSA.COM

PAPP 1256

**died** 28:20
30:18 30:20
30:23 55:3
57:8 71:4
94:24 95:23
108:4 117:1
118:23

**different**
32:9 33:23
36:5 52:20
58:10 58:12
62:17 62:19
64:5 64:6
64:19 67:20
67:23 86:22
106:16 112:17
112:18 114:13
119:8

**directly**
57:19 96:23
107:3

**dirt** 38:4

**discuss** 10:10
10:23 11:4
13:18 33:15
33:19 52:4
94:4 118:10

**discussed**
9:24 10:2
12:8 32:21
54:8 54:11
56:1 58:4
105:6 113:2
121:3

**discussing**
11:19 89:21
110:18

**discussion**
89:23 92:13
93:8 93:9
97:3

**discussions**
12:7 108:14

**distinguish**

39:23 39:24

**distributed**
115:7

**doctored** 87:10

**document**
12:24 12:25
13:24 14:5
43:8 43:15
44:20 44:22
66:8 78:5
89:24 103:11

**documents** 10:24
11:2 12:13
13:22 23:15
24:9 77:1
83:5 84:20
98:16 98:25
99:5 100:4
100:10
101:2
109:11 119:25

**dollars** 31:23
32:12 44:7
64:2 100:7
101:16

**done** 20:6
20:9 22:9
27:22 30:6
34:16 36:2
43:4 43:5
43:17 49:3
56:13 80:3
80:5 80:18
80:20 86:1
88:1 92:6
95:8 97:17
102:12
104:8
107:24 110:17
110:19
115:4
116:11 119:16
123:16 123:22
124:8
126:19 127:3

**dot** 38:21

**double** 91:7

**downturn** 117:12

**draft** 31:15
99:23

**drafted** 77:1
112:9
112:14 112:24
115:2

**drafts** 77:19
77:20

**draw** 68:5 74:14
74:16 75:13
109:1

**draws** 30:11
61:20 75:6

**drew** 95:14
96:10

**due** 41:23 45:11
117:24

**duly** 8:13

**dynamic** 108:3
108:4

---

E

**earlier** 64:17
126:18

**early** 9:20 43:8
117:14 119:24

**easier** 84:15
90:10

**educational**
16:21

**either** 51:18
52:16 62:25
65:9 72:23
94:23 114:11

**electric** 62:11

**electronically**
13:24 80:5
80:7

**Elk** 18:15
35:2 78:23
81:24 119:10

**else** 9:15 11:14
12:9 15:22
18:24 19:1
46:3 61:1
61:11 63:10
65:6 68:11
77:23 90:18
94:21 127:12

**else's** 78:3

**email** 15:25
81:8 81:11
81:12 81:13
82:1 82:2
82:3 82:6
82:9 82:12
83:25 84:17
87:16 89:14
98:19

**emailing** 89:16

**emails** 15:17
81:17 81:17
81:19 87:22
88:7

**employed**
20:10 59:18
59:20

**employee**
20:18 20:20
21:13 21:15
109:16

**employees** 28:23
120:21

**employers** 59:12

**employment** 8:25
25:19

**enter** 66:2
71:12

**entered** 40:19
61:13 64:22
65:15 70:14
72:20 78:19

NAEGELI
DEPOSITION & TRIAL

CELEBRATING 40 YEARS IN BUSINESS

(800)528-3335
NAEGELIUSA.COM

PAPP 1257

79:20 80:13
81:4

**entering** 75:5

**entirely** 11:10

**entities** 59:11

**entitled** 126:23

**entrants** 67:13

**entries** 49:1
49:5 62:7
67:14 69:22
102:23

**entry** 18:2
36:14 46:17
66:21 67:3
75:9 103:13

**equals** 101:16

**equipment** 33:24
110:9
110:10 110:12

**equities** 64:25

**equity** 68:5
74:14

**especially** 47:7

**established**
30:20 35:19

**estate** 47:3
47:6

**estates** 7:17
11:5

**estimate** 34:17

**et** 19:5

**event** 108:15

**everyone** 69:18

**everyone's**
108:23

**everything**
11:14 19:13
31:14 58:5
65:18 69:16
79:17 80:13

81:2 81:5
112:22 119:5

**exact** 125:2

**exactly** 30:9
30:9 32:16
69:4 69:24
70:2 77:13
79:3 87:11
108:8
113:11 124:3

**EXAMINATION**
8:15 119:22

**examined** 8:13

**example** 24:18
44:6 78:10

**exhibit** 12:17
12:18 13:7
13:9 43:6
43:11 43:12
43:13 62:14
62:14 66:11
66:13 66:21
70:4 70:5
72:1 83:19
83:21 83:22
83:24 87:15
102:13 104:10
119:25 119:25
119:25
120:3
121:21
125:2 125:9
127:15 127:15

**exhibits** 8:9

**expect** 63:6
70:10 70:19

**expectation**
22:11 22:15
96:16

**expected** 34:3
44:13 63:11
65:2 66:1
71:8

**expense** 61:16

74:25 75:14

**expenses**
29:21 48:12
50:19 50:20
51:6 51:19
51:21 62:3
62:8 63:16
64:20 75:14
90:18 117:8
117:10 117:21
117:22
118:3 118:5
118:6
118:12 118:14
126:21 126:22
126:22

**expert** 7:22
18:7 18:8

**explain** 49:24
51:1

**explained** 49:13
49:18 49:18
49:20

**explains** 14:1

**explanation**
26:3 87:19
91:25 99:10
99:13 103:16

**explore** 26:21

**extent** 93:25

**extract** 61:5

**extracted** 60:18
61:1 61:7

**eyes** 113:14

---
F
---

**faced** 106:21

**fact** 13:12

**fair** 16:3 17:16
22:2 25:8
44:2 78:25
79:9 82:11
104:1 108:3

**faith** 108:23

**familiar**
63:21 88:18

**family** 11:5
11:17 15:7
16:4 21:5
26:22 26:24
39:13 47:15
48:1 48:2
48:8 48:22
49:23 51:8
51:9 51:13
51:24 52:2
52:14 52:20
55:22 58:3
70:7 70:9
70:17 71:9
74:8 75:4
79:19 90:2
91:5 93:1
93:10 93:17
94:5 98:14
98:24 99:7
99:20 100:2
101:10 101:19
104:3
105:17 105:25
108:2 108:3
108:4
108:11
109:3 114:1
115:4 115:5
115:10 115:15
116:4 116:5
116:7
117:24 120:14
121:8
121:13
122:9
122:18 126:2

**family's** 36:3

**farm** 33:24 36:4
89:1 126:21
126:22

**farming** 126:19

**father** 15:21

21:19 26:23
27:2 28:20
47:3 48:19
55:25 94:24
95:4 116:23
118:21

**father's** 105:14

**February** 123:17

**feel** 17:25 18:6
23:1 54:17
79:13
111:13 116:23
116:25

**felt** 24:20
53:22

**fence** 56:23

**Fields** 112:13

**Fifty** 37:15

**figure** 23:11
39:6

**figured** 123:19

**file** 15:14
16:14 31:20
47:13 47:18
48:7 60:9
62:20 68:14
69:1 69:3
69:5 69:6
69:10 69:15
69:19 69:22
69:23 69:25
70:1 71:10
74:8 74:23
75:9 86:10
98:3 100:14
100:16

**filed** 48:23
92:25 93:3
93:21 98:4
99:24
124:13 124:14

**files** 14:20
14:24 15:4
16:1 16:5

18:12 18:18
19:4 19:22
31:19 42:23
60:10 68:16
69:15 79:18
86:2 86:6
86:20 87:6

**filing** 54:14
93:16

**fill** 98:3

**finances**
15:14 30:6
94:23

**financial** 29:14

**financials**
60:15

**fine** 90:9

**finished** 56:2

**firm** 84:1 91:18

**first** 26:23
71:24 87:16
93:3 115:1
120:3
120:11
125:2 125:10

**five** 23:21
25:12 73:14
96:5

**fixing** 82:20

**flicked** 41:7
41:7

**Flip** 88:16

**flipping** 90:10

**flow** 29:4 51:14
51:14

**flowing** 43:1

**Floydada** 39:14

**FLP** 21:10 21:14
21:16 21:22
22:1 22:4
22:5 22:12

22:19 22:22
23:2 23:10
23:18 24:2
24:13 24:15
24:19 24:21
24:22 25:1
25:13 25:22
25:25 26:4
26:16 28:25
29:4 29:10
29:14 29:19
29:21 30:11
30:13 30:24
31:8 31:24
32:13 32:15
33:10 33:17
34:2 35:8
35:17 35:20
37:7 37:10
37:17 40:2
40:12 40:21
41:16 41:17
41:21 42:1
42:4 43:25
44:14 45:4
45:11 45:25
46:3 46:10
46:13 47:25
49:8 52:5
52:11 52:17
55:8 58:22
58:23 60:18
61:1 61:9
61:20 61:24
61:24 62:2
62:8 63:5
63:9 63:16
64:3 65:10
72:16 77:5
78:5 78:6
78:20 83:17
91:22 94:10
95:1 95:6
95:9 105:8
111:23
114:6
114:13 114:24
118:7

118:15 118:17
118:23 118:25
123:9 123:20

**fly** 80:19

**focus** 30:17

**focusing** 37:25

**forget** 32:13

**forgive** 36:11
40:6 62:6

**form** 28:9 75:12

**forth** 120:22

**forward** 73:7

**frame** 19:3
20:11 20:16
23:8 38:1
88:8

**fraudulent**
54:21

**friendly** 53:7
53:16 54:6
107:21

**friends** 107:23

**friendship** 28:9
53:5 53:5
53:13 53:13
53:21 54:2

**front** 13:6 43:6
43:8 77:9
87:15

**frustrated**
119:14

**Fuchs** 18:21
19:7 31:4
40:9 72:14
77:17 79:17
79:23 81:6
82:5

**full** 8:19

**fund** 126:16
126:16

**fundamental**

118:20

**funds** 64:3 65:9
71:5 94:15
97:13

**funny** 74:11

**future** 40:22

**fuzzy** 85:5

———————
G

**G&G** 43:25 43:25
46:13 70:18
78:7 98:7
98:14 98:24
101:10 101:18
109:14 109:24
120:13 121:12
122:9
122:18 122:21
123:4
123:20 124:14

**G&Gs** 25:22 26:1
44:3 100:3

**G&G's** 16:5
70:24

**Galmor** 7:9 9:17
10:9 11:15
11:16 12:8
14:18 15:10
15:18 15:19
15:22 15:23
16:4 17:17
19:7 19:11
20:12 21:2
21:18 21:18
21:25 22:4
22:7 23:12
23:13 23:23
24:12 24:15
26:22 26:24
27:1 27:3
27:8 27:10
27:11 27:13
27:13 28:9
28:14 30:4
30:6 30:8

30:10 31:22
31:22 32:11
33:9 33:15
33:19 34:1
39:13 40:20
47:9 47:15
48:14 48:18
48:20 50:1
50:9 52:1
52:4 54:1
54:11 54:13
54:21 55:3
58:19 59:11
59:20 61:15
61:19 61:19
63:25 64:1
64:21 65:1
65:7 65:7
65:20 66:6
66:9 67:5
67:9 68:1
68:4 70:10
70:24 71:5
73:18 75:12
76:4 76:6
76:8 76:15
77:4 77:8
78:25 79:6
82:8 82:11
82:20 83:5
85:6 87:3
87:5 88:10
89:8 91:12
91:22 92:25
93:2 94:9
94:14 95:25
96:8 96:23
97:5 98:7
99:24 100:8
100:21 106:23
108:3
109:13 109:17
109:22
114:3
114:13 114:17
114:20 114:24
115:4 116:4
116:14 116:19

117:24 118:21
119:6
120:22 124:14
126:2

**Galmor's** 16:1
20:14 23:4
26:19 27:7
32:14 37:17
45:3 45:24
46:10 50:6
59:13 59:15
63:9 78:6
78:15 95:8
109:23
121:6 125:23

**Galmors.com**
81:15

**Galmor's/G&G**
7:9 11:16
15:5 19:14
20:12 20:13
20:16 20:25
22:3 22:17
22:17 26:5
26:16 28:24
29:12 29:18
32:6 32:13
35:6 35:7
35:17 35:22
37:7 37:10
37:24 37:25
40:11 41:16
44:13 45:10
49:6 60:9
60:14 60:18
61:1 62:16
63:5 63:12
64:2 64:2
64:20 64:22
65:2 65:3
65:8 65:9
65:20 65:21
65:22 66:6
67:23 67:25
68:5 68:17
69:1 70:10
75:16 76:6

76:8 77:15
78:5 78:20
79:21 91:22
94:4 94:6
94:10 96:9
96:22 101:5
103:22
104:2 110:5
111:21 117:23

**Galmorsinc.**
**com** 81:14

**gambled** 119:17

**garbage** 54:14

**gas** 29:23 30:14
31:1 39:20
48:14 48:15
48:16 51:21
113:19
114:6
114:16
115:7
116:14 117:11
119:5

**gather** 24:10

**gathered** 11:7

**gathering** 23:15

**gears** 47:1

**general** 17:5
58:13

**generally**
25:4 40:19
67:11

**generate** 38:22

**generated** 29:21
38:25 78:15
98:16

**gentleman**
113:22

**getting** 97:16
114:15 118:11

**gift** 106:5

**Gin** 16:16 106:7

106:9
106:19 106:25

**girls** 38:19
107:25 108:11

**given** 36:23
48:9 55:5
60:14 68:18
103:19
112:9 126:6

**giving** 89:17
98:23

**God** 8:7

**gone** 96:18
123:24

**gossip** 73:20
77:4

**gotten** 94:11

**gradually**
117:16

**graduated** 16:23

**grazing** 123:5
126:19

**great** 8:11
56:25 89:2

**Greek** 77:24

**grow** 73:9

**guess** 19:23
29:17 67:19
85:19 94:25
102:8 119:16

**guesstimate**
62:24

**guy** 27:17

**guys** 114:11

---

H

**half** 23:18 24:1
24:2 24:19
25:12 56:14

**hand** 8:4

**handle** 38:20

105:17

**hands** 107:10
107:12

**hands-on** 27:17

**handwritten**
80:14

**happen** 24:12
117:13

**happened** 66:1
66:3 69:1
78:23 81:14

**happy** 58:6
58:21 58:23
59:1 114:19

**hard** 23:11 44:3
80:21

**harder** 66:22

**hardware** 90:23

**haven't** 53:24
53:24 72:10

**having** 8:13
13:12 48:12
62:20 69:18
75:5 94:20
122:24

**Hawkins**
113:23 113:25

**head** 14:25 20:5
20:8 35:18
37:8

**health** 75:14

**hear** 96:21
111:1

**heard** 47:9
47:15 47:23
74:4 83:8
83:11 93:3
93:16 93:21

**hearsay** 73:20

**he'd** 68:2
119:15

**Hefley** 39:15

**held** 106:2
114:7 115:8
115:18

**help** 8:7 18:9
24:11 25:1
47:6 50:6
55:13 64:18
64:18 68:25
77:16 83:5
84:6 88:9
93:7 98:6
98:8 100:6
101:20 102:12
110:15 110:15

**helped** 88:19
98:5

**helping** 24:9
98:23

**here's** 24:25

**hers** 95:19

**he's** 64:5
64:6 64:8
64:16 79:9

**hey** 33:16 40:25

**hide** 77:6

**hiding** 108:9

**high** 16:23
30:14

**hired** 27:9

**Hogg** 19:19

**hold** 24:4 34:17

**home** 34:20
74:25

**horribly** 117:12

**hospital** 23:24

**hour** 60:3

**hourly** 21:9

**hours** 22:18
59:15

**house** 42:5 42:6
56:10 56:10
56:15 56:18
57:5 57:10
57:19 57:24
58:5 58:8
72:12 75:14
106:9 112:18

**houses** 57:1

**human** 32:11
53:6

---

I

**I'd** 23:25 26:21
45:14

**idea** 67:13
73:17 73:20
74:15 74:22
75:1 76:19
76:21 76:23
76:24 84:16
86:1 87:14
94:11 107:6
110:3

**identification**
12:19 13:10

**idiot** 79:9

**ignorance** 40:6

**ignorant** 111:11

**ignoring** 73:8

**I'll** 15:22
71:19 84:12
119:21 127:2

**I'm** 11:14 11:14
13:7 14:15
15:18 17:24
18:25 19:20
19:23 24:25
25:7 25:7
25:24 26:6
26:20 27:25
28:11 29:11
30:5 30:12
32:9 32:16

34:14 34:19
35:24 36:8
37:12 37:13
37:15 37:20
37:25 38:6
40:9 40:10
40:14 41:2
41:4 42:21
43:7 44:24
44:25 45:13
47:25 49:10
49:17 53:10
55:3 60:20
61:7 61:7
61:12 62:1
63:8 63:21
63:21 63:21
63:22 63:23
64:4 65:6
65:15 66:10
66:17 66:23
68:3 68:11
69:12 70:4
70:12 70:15
72:18 72:23
75:15 75:20
76:10 76:13
77:7 77:20
78:2 78:24
79:15 79:15
81:25 84:24
85:18 85:20
86:3 87:23
88:11 88:11
88:12 89:11
89:18 89:19
90:17 93:14
95:14 96:4
96:5 96:14
97:4 97:16
98:16
100:10 100:10
102:8 102:9
102:9
103:24 104:25
105:19
106:2 110:8
111:1 111:3

111:11 111:11
112:21
113:8
113:14 114:10
116:6 116:6
118:2
120:18
121:3
123:12 125:16

**imagine** 24:24

**impossible**
53:18

**improvement**
42:5

**inaccurate**
43:21

**Inc** 7:9

**include** 105:9
111:16

**included**
13:22 85:21
110:18

**includes** 61:4

**including** 118:3
120:22

**income** 29:21
48:12 48:13

**independent**
113:5

**index** 40:7

**individual**
32:14 40:8

**individually**
15:11 21:2
21:6 32:11

**individuals**
112:17 112:18

**information**
11:7 13:25
17:25 39:3
39:8 40:9
75:5 77:3

80:4 87:3
87:6 87:9
88:24 89:7
98:9 98:13
99:16
100:19 101:23
101:24 101:25
102:4
121:16
126:1 126:7

**informed** 62:24

**inheritance**
53:10
108:12 108:19

**input** 17:25
19:5 20:9

**inputted**
39:18 79:6

**instance**
41:25 42:3
61:14 61:23
65:19 65:24
96:21 96:22

**instances** 42:10

**instead** 76:6

**instructed** 32:3
69:13 69:19

**instructions**
69:2 74:2

**instrumental**
52:16

**insurance** 57:24
75:14 91:3
120:21

**insurances** 36:5
90:19

**Internet**
81:18 81:22

**interrupted**
49:18

**intra-company**
46:16

**introduced**
17:22

**investigations**
78:18

**invoice** 36:16
46:13 46:20
63:23 79:1
79:2 81:1
124:4

**invoiced** 123:23

**invoices**
35:23 35:25
36:1 36:7
36:12 36:20
36:25 37:5
38:23 38:24
39:19 39:20
39:20 46:23
65:4 78:8
78:12 78:14
78:19
123:15 123:22

**involved**
27:23 28:1
30:2 68:7
82:19 108:14

**isn't** 25:3
126:12

**isolate** 40:2

**issue** 51:15

**issued** 115:14

**item** 63:19 66:5
67:6 74:18

**items** 74:16

**ITL** 81:24

**I've** 14:15
33:16 46:19
72:22 84:9
99:7 101:1
101:22 113:23

---

J

**Jacey** 19:19

NAEGELI
DEPOSITION & TRIAL
CELEBRATING 40 YEARS IN BUSINESS
(800)528-3335
NAEGELIUSA.COM
PAPP 1262

106:24
107:2 107:3

**Jack** 56:13
56:16 56:19

**James** 57:13

**January** 123:17

**Jeep** 119:9
119:11

**Jennifer** 102:7

**Jerry** 7:18

**Jim** 113:23
113:23

**Jo** 19:18

**job** 9:7 19:25

**jointly** 27:14

**Jovita** 19:19

**June** 84:24
85:25 88:8
124:12

**junk** 57:1

**Justin** 19:7
19:11 76:4
76:6 76:8
86:3 86:8
100:21 109:13
109:17 109:22
110:4

_____

K

**Kelley** 73:5

**Kellye** 19:7
69:9 69:12
72:14

**Ken** 112:13

**Kent** 7:16
7:18 8:9
10:17 43:10
68:14

**Killhoffer** 91:8

**King** 49:21 50:8

50:11 112:12

**knew** 33:7 49:25
51:25 52:15
93:7 93:9

**knowledge** 15:25
19:3 25:25
31:25 32:2
32:14 33:9
35:10 35:16
36:21 37:6
40:15 40:17
46:5 46:9
54:23 59:7
60:17 60:23
60:25 62:10
64:9 71:17
73:24 74:11
74:12 74:19
77:3 77:8
78:4 86:20
87:8 87:13
87:14 92:4
92:22
100:23
101:3 101:6
101:15 103:21
117:9
117:17 117:20
118:9 119:7

**knowledgeable**
18:8 112:22
114:10

**known** 56:8 93:5

_____

L

**labeled** 45:3

**labor-intensive**
38:9

**lack** 108:7

**lady** 53:19
102:10

**lake** 91:3
91:6 91:7

**land** 25:1

25:2 26:12
29:6 32:5
56:9 58:4
90:4 107:8
122:22

**landowner** 123:9

**Laramie** 28:5
28:6

**large** 21:25
38:6 76:19
115:25 117:15
117:20

**last** 10:10
10:14 10:21
44:25 53:1
53:18 69:22
74:13
103:13
121:5 122:1

**later** 21:10
21:20 27:9
27:15 50:10
50:13

**law** 83:9 84:1

**lawsuit** 11:5
11:9 11:22
11:25

**lawsuits** 54:14

**lawyer** 32:22

**lawyers** 50:6
83:6

**least** 42:9
56:20
121:16 126:12

**leave** 118:22

**leaving** 123:23

**LeBlanc** 19:19

**Ledford** 56:13
56:22 57:3
57:5 57:7
57:8 57:13

**ledger** 46:16

**legal** 109:10

**legend** 40:7

**legitimate**
99:21

**lend** 97:13

**length** 9:22
10:11 11:6

**lent** 93:18

**Leslie** 7:15
52:22 54:9
107:24

**Leslie's** 86:15

**less** 38:10
40:20 73:12

**let's** 12:16
12:16 14:11
14:11 19:2
19:21 20:10
29:4 29:18
29:18 41:9
60:1 87:15
90:21 118:2

**letter** 13:7
13:12 13:15
13:19

**liabilities**
64:25 67:4
67:6 67:7
88:14 88:24
89:22 90:2
90:15 90:21
91:13 91:21
92:9 92:12
92:12 92:21
99:9 99:11
99:14 99:20

**liability**
44:6 65:3
66:5 70:11

**licenses** 17:8

**lieu** 57:19

**life** 47:3 54:15

55:6

**limited** 11:11
11:17 12:7
15:7 21:5
39:13 51:24
52:2 52:14
55:22 70:6
70:7 70:9
70:17 71:6
71:9 74:8
75:4 79:19
91:5 93:1
93:10 93:17
94:5 98:14
98:24 99:8
99:20 100:2
100:24 101:10
101:19 105:15
105:25
114:1 115:5
115:15
116:4
117:24 120:14
121:8
121:13
122:9
122:18 122:22
126:2

**line** 56:23
63:19 66:5
67:6 74:16
74:18 122:7

**lines** 23:16
23:24 28:4
29:17 32:5
33:25 36:6
38:6 41:24
51:20 86:21
102:17 110:13
114:14

**liquidated**
59:21

**list** 90:16

**listed** 13:25
65:2 65:5
74:16 77:24

91:25 99:14
100:8
110:24
111:6 111:9
126:1

**litigation**
84:19 86:24
86:25 88:10

**little** 39:11
41:6 47:1
66:22 95:7
95:13 106:9
113:24

**live** 119:21

**lives** 35:1

**living** 50:3
118:3

**loan** 64:2
65:9 65:13
65:13 65:21
66:9 72:8
73:8 73:9
73:17

**loaned** 31:23
32:12 33:23
64:1 65:8
94:9

**loaning** 34:2
64:21 65:1
93:10

**loans** 32:15
37:7 66:17
68:2 70:18
70:25 71:9
71:20 77:23
93:2

**location**
16:15 39:6

**long** 10:11
10:12 17:19
34:19 53:25
56:7 59:24
60:13 98:21
113:16

**longer** 19:10
44:4 69:23

**lose** 41:4

**losing** 41:2

**loss** 29:22
30:24

**lost** 104:7

**lot** 20:6
23:13 24:21
24:22 30:1
34:5 37:11
38:3 77:11
100:17
110:7
111:11
118:6 119:8

**lots** 24:11 29:6
57:9

**loud** 111:1
111:2

**Lovell** 84:1
84:3 84:7
88:6 88:9
91:18

**luck** 9:23

**lying** 44:24

—————————
M
—————————

**ma'am** 66:11
72:2 103:1

**maintain**
60:15 111:20

**maintained** 74:9

**maintaining**
19:22

**Maison** 7:23

**majority**
21:21 49:3
95:7 105:19
114:20

**majors** 38:5

**man** 119:16

**manager** 83:12

**managing** 108:22

**manner** 25:16
80:3

**March** 7:4
7:10 123:17
127:5

**marital** 47:24
48:3 49:14
50:1 115:3

**mark** 13:7 54:1

**marked** 12:18
13:9

**master** 40:7

**matrix** 38:21

**Matt** 7:20 19:18
43:16 122:4
122:6

**matter** 13:8
89:22

**Matthew** 43:5
83:25

**Max** 33:6 98:6

**may** 39:10
41:5 58:2
74:22 84:4
84:20 99:25
103:19
117:6
124:10
126:6 126:7

**maybe** 25:8 28:3
34:24 39:2
40:9 41:23
44:3 45:17
46:2 49:25
50:2 73:1
73:1 73:3
86:3 95:7
97:18 97:20
103:19 110:12

NAEGELI
DEPOSITION & TRIAL

CELEBRATING 40 YEARS IN BUSINESS

(800)528-3335
NAEGELIUSA.COM

PAPP 1264

114:18 126:19

**mclaughlin** 7:18

**McLaughlin** 7:18

**mean** 24:11
36:14 48:12
48:18 59:2
68:21 77:10
81:2 83:19
85:16 100:6
101:22 107:16
108:16
109:5
123:16 123:22
125:13

**means** 26:11

**meant** 38:8

**mediate** 83:3

**mediation** 82:16
82:23 82:25
83:6 88:10

**medical** 64:18
74:23
117:22 117:25
118:3 120:21

**meet** 84:2

**meeting** 14:12
14:13 85:7
85:11 85:15

**meetings**
14:15 50:8
110:18

**members** 52:20
108:11

**memory** 10:25
15:2 15:13
15:15 26:14
29:20 45:22
48:11 61:19
75:2 75:11
78:11 83:24
85:4 85:4
87:19 90:15
103:21 104:12

126:12

**mention** 29:14

**mentioned**
13:1 28:25
36:21 37:1
40:4 62:19
77:16 78:17
107:14 109:13
126:18

**merger** 20:15

**Merriott** 84:1
84:3 84:16
87:20 88:6
88:9

**Merriott's**
87:16

**met** 27:1 88:6

**metadata** 75:9

**Michael** 7:8
15:10 15:18
15:23 125:23

**migrate** 68:19

**migrated** 69:15

**million** 31:23
32:12 35:8
44:7 64:1
76:17 76:22
94:9 97:13
100:7
101:16 126:3

**mind** 55:5

**mine** 57:9 57:15
72:16

**minus** 72:8
74:19

**minute** 66:7
97:17 125:4

**misleading**
39:11

**missing** 66:6
79:24

**mistake**
105:14 127:15
127:17

**Mm-hmm** 90:8

**mom** 24:17

**Monday** 10:21
10:21

**money** 26:10
29:1 30:11
33:16 34:2
40:21 40:21
41:15 41:17
41:21 42:1
42:4 45:18
50:19 50:23
50:23 51:4
56:15 61:15
61:20 61:24
62:2 63:5
63:9 64:5
64:6 64:16
64:21 65:1
65:8 65:21
68:4 68:8
70:9 75:13
76:14 77:5
77:9 77:11
78:6 93:10
93:17 93:24
94:6 94:11
95:24 96:9
96:13 96:19
97:5 97:7
97:14 104:2
107:10
109:1 117:7
117:9
118:11 118:17
119:2 123:4

**moneys** 11:16
31:2 33:9
43:1 51:8
93:18 94:18
96:22
100:24
101:6 101:9

101:12

**month** 46:6 58:7
58:7 58:7
58:18 73:12
123:18 123:18

**monthly** 58:5
58:14 59:14
90:18 92:21
123:16 123:19
124:7

**months** 85:17
113:24

**morning** 8:17
8:18 9:20
10:14

**moron** 72:18

**mother** 27:23
41:21 42:1
50:19 50:19
51:9 54:21
62:3 94:24
95:10 108:4
112:7

**mother's**
24:10 36:3
42:6 51:5
54:23 55:2
111:25
112:2 112:3
112:15

**moved** 26:25

**myself** 19:7

———————
N
———————

**nature** 25:19
101:25
106:5 110:10

**nearly** 95:16

**neat** 119:11

**necessarily**
38:14 118:17

**negative**
72:20 73:8

**net** 45:21 45:21
45:21 51:14
81:24

**night** 10:10
10:14 23:23

**none** 12:10 78:8

**north** 56:10
56:15 106:8

**notarize** 112:18
113:9

**notarized** 55:15
125:10

**note** 41:23
42:17 51:19
56:16 62:12
76:25 78:5
92:10

**noted** 74:21

**notes** 89:25
89:25 117:24

**nothing** 8:6
10:1 48:5
64:15 66:19
80:15 104:21

**nowadays** 109:17

————— O —————

**oath** 9:5

**object** 90:6

**obligated** 78:6

**obligations**
120:20

**obviously** 16:23
17:14 18:6
25:2 89:24

**occasion** 98:21

**Occasionally**
54:5

**occurred** 82:16

**odd** 72:21 72:22

**office** 13:3
13:8 13:16
18:15 18:25
19:8 27:16
33:6 38:19
53:2 53:9
56:14 70:14
78:24 85:13
88:7 93:8
98:20 98:21
102:10

**offset** 104:5

**oh** 35:21
44:25 72:4
78:21 103:2
104:25

**oil** 29:23 30:13
31:1 39:20
48:14 48:14
48:16 51:21
113:19
114:6
114:16
115:7
116:13 117:11
119:5

**okay** 8:21
8:23 9:4 9:10
9:12 9:21
10:3 10:8
10:12 10:17
10:23 11:2
11:4 11:11
11:19 12:2
12:4 12:6
12:7 13:3
13:6 13:15
13:21 14:8
14:20 14:23
15:4 15:10
15:13 15:16
15:19 15:19
15:21 15:23
16:3 16:7
16:10 16:17
16:19 16:21
16:23 17:2

17:6 17:8
17:10 17:12
17:14 17:16
17:19 18:6
18:21 19:16
20:5 20:13
20:22 21:2
21:8 21:24
22:11 22:15
22:20 22:22
23:1 23:7
23:17 24:5
24:8 24:22
25:18 26:3
26:19 26:21
27:5 27:13
27:13 27:17
27:23 28:1
28:11 28:18
28:20 28:25
29:13 29:19
30:10 30:13
30:19 30:23
31:15 31:22
32:2 32:6
32:9 32:19
32:24 33:4
33:8 33:12
33:19 33:22
34:1 34:12
34:21 34:25
35:5 35:10
35:15 35:19
36:7 36:20
36:25 37:3
37:9 37:14
37:24 37:24
39:2 39:5
40:11 40:14
40:20 40:24
41:19 42:3
42:8 42:22
42:25 43:3
43:6 43:18
43:20 43:24
45:20 45:24
46:12 46:19
47:1 47:5

47:15 47:18
47:22 50:5
50:18 51:12
52:7 52:13
53:8 53:16
53:23 54:8
54:17 55:1
55:19 58:8
58:10 58:13
59:6 59:6
59:18 60:2
60:17 60:23
60:25 61:4
61:8 61:11
62:2 62:14
63:3 63:8
63:25 64:15
64:21 64:25
65:6 66:4
66:14 66:19
67:1 67:11
67:13 67:17
67:25 68:7
68:10 68:12
68:16 69:5
69:21 70:3
70:17 71:4
71:8 71:16
72:8 72:11
72:17 73:11
74:11 75:3
75:11 75:16
75:21 75:24
78:2 78:10
78:14 78:20
78:25 79:4
79:21 79:23
80:9 80:17
80:24 81:6
81:21 82:15
83:3 83:15
83:19 84:10
84:13 85:2
85:4 85:10
85:14 85:24
86:13 86:22
87:8 87:15
87:25 88:4

NAEGELI
DEPOSITION & TRIAL
CELEBRATING 40 YEARS IN BUSINESS
(800)528-3335
NAEGELIUSA.COM
PAPP 1266

88:19 88:21
88:23 89:4
89:10 89:14
91:2 91:8
91:12 91:15
91:20 92:20
93:9 95:10
96:8 97:3
97:16 97:18
98:5 98:18
98:22 99:23
100:22
101:5
101:15
102:8
102:12 102:25
103:2 103:3
103:7
103:13 104:17
104:25 105:11
105:14 107:21
109:22
110:7 111:7
112:20
113:7
113:19
116:1 116:8
117:5 118:2
118:14 118:20
121:1
121:15 121:21
122:4 122:7
122:12 122:15
123:11 123:14
124:25
125:9
125:13 125:22
126:1 126:5
127:2

**Oklahoma** 35:3

**old** 57:1 69:2
69:5 69:10
69:14 69:22

**older** 27:19
108:1

**ones** 36:8 36:21
38:20 38:22

50:12 125:23

**one's** 34:17
66:22

**on-the-job** 18:3
18:5

**open** 19:4 77:11
87:22 88:16

**opened** 69:1

**opening**
106:19 106:25

**operated**
51:13 52:3

**operating** 16:11
30:24

**opinion** 50:15

**opportunity**
107:17

**opposite** 53:5

**order** 23:8 32:4
46:6 55:4
72:15
106:25 121:22
124:17

**ordinary**
36:22 68:1
74:9

**original**
80:23 84:6
84:14 105:8

**originals** 87:9

**others** 19:20
38:17 40:16

**ought** 69:21

**outgrown**
60:10 62:20

**outside** 70:15
96:18 111:4

**overpopulated**
60:12

**owed** 11:16

26:16 46:3
63:5 63:9
64:5 64:6
64:16 66:5
70:9 70:18
77:23 93:2
93:17 93:24
94:5 100:8
100:24
101:7 101:9
101:12 101:19
104:2
120:14 122:16
124:1
124:19 124:23
126:2 126:19

**owes** 91:22

**owing** 98:14
100:2

**owned** 25:1
51:20 57:15
91:6

**owner** 27:15
28:22 28:24
96:13

—————————
        P
—————————

**P&L** 62:16 70:5

**p.m** 127:20

**page** 44:25 45:1
66:15 67:5
71:24 74:13
84:14 84:14
87:16 120:4
120:4 120:5
122:1 122:8
123:12 124:18
125:4
125:10 125:19

**pages** 88:16
121:22

**paid** 20:16
20:25 21:10
21:11 22:2
22:17 22:20

25:5 27:9
27:11 29:7
29:9 29:11
32:4 36:3
57:21 64:20
68:1 73:15
76:8 76:11
77:12 96:23
106:4 106:6
106:17
107:3 118:6
118:7 118:8
118:15
121:7 123:4

**paper** 16:7
16:10 46:23
80:5 110:15

**paperwork** 56:11
56:13 77:2
110:19

**parked** 77:5

**participate**
43:18 100:1

**particular** 10:3
18:4 38:16
75:8 108:25
110:20

**particularly**
107:21 107:22

**parties** 61:4
61:6

**partner** 7:23
65:13

**partners**
52:14 52:17
75:6

**partner's** 74:14
74:16

**partnership**
11:5 11:17
15:8 16:4
21:5 51:24
52:2 52:14
55:22 58:3

NAEGELI
DEPOSITION & TRIAL

CELEBRATING 40 YEARS IN BUSINESS

(800)528-3335
NAEGELIUSA.COM

PAPP 1267

70:7 70:9
70:18 71:6
71:9 74:8
75:5 77:22
79:19 90:2
91:5 93:2
93:11 93:17
94:5 98:15
98:24 99:8
99:20 100:3
100:24 101:10
101:19
104:3
105:18 105:25
114:1 115:5
115:15 120:14
121:8
121:13
122:9
122:19 126:3

**partnership's**
120:21 122:22

**Partnerships**
117:25

**party** 96:22

**pass** 119:21
127:2

**passed** 22:1
23:12 24:12
31:2 48:5
50:1 50:9
52:19 56:1
58:19 62:3
113:16 113:23
117:7

**passionately**
54:17

**passive** 25:8

**passwords** 14:23

**pay** 21:2 21:5
22:22 26:12
29:1 29:21
44:4 44:15
45:17 45:17
45:25 46:3

46:7 46:10
50:19 56:3
58:3 58:6
62:3 76:2
118:5
118:11 122:24

**p-a-y-a**
102:23 102:24

**payable** 66:9
66:17 67:11
69:10 78:12
96:22 103:2
103:5 114:6
114:17

**payables** 104:6

**paying** 37:10
43:25 44:14
45:11 45:13
58:17 59:1
72:13 73:9
73:11 81:21
93:6 123:20

**payment** 58:6
58:14 62:12
62:12 62:13
72:14 94:21
116:8

**payments**
26:13 29:7
32:5 41:23
45:3 45:11
51:2 51:19
58:21 72:15
76:25
102:19 109:23
114:6
115:14 115:14
115:23
116:1 118:18

**payroll**
109:25 120:20

**peak** 29:24

**pending** 86:25

**people** 17:20

18:11 20:9
36:5 43:4
55:15 55:15
98:3 113:9
120:24

**per** 37:21 95:6

**percent** 37:11
37:13 96:6

**percentage** 23:9

**perhaps** 38:25
44:13

**period** 26:1
30:17
113:16 121:7

**periodic** 48:25

**periodically**
50:18

**person** 19:21
28:21 38:16
40:19 79:1
98:19

**personal**
15:14 20:6
29:8 29:9
29:15 34:5
34:8 34:16
40:15 40:17
64:24 74:18
75:13 77:6
81:4 82:1
82:2 82:3
82:5 82:8
93:12 93:14
94:23 95:3
95:5 95:6
95:10 95:15
95:18 95:19
96:3 100:10
100:13 100:16
100:17 100:23
101:3 101:6
101:15 117:19
118:5 118:9
125:23

**personally** 22:4
22:5 23:1
27:11 31:22
33:9 33:11
33:17 41:15
61:15 61:17
70:10 93:10
93:17 93:18
100:25
106:2 106:6
117:25 124:14

**pertinent** 24:15

**phone** 81:7
104:7

**physically**
89:17 89:18

**picture** 109:18

**pieces** 108:25
110:9

**pile** 97:6

**Plains** 89:3

**planning** 47:3
47:6

**please** 7:12 8:1
8:3 8:19
9:9 12:24
16:19 24:4
24:8 60:1
62:15 63:8
70:3 70:4
71:25 84:15
111:8 127:8

**plus** 36:18
97:13

**point** 28:3
36:23 39:8
44:2 47:2
52:3 53:8
55:23 57:7
60:14 60:18
73:21 75:12
79:12 81:17
85:10 89:19
107:15 118:20

points 23:20
23:22

portion 22:16
22:18 25:22
26:1 26:5
26:17 35:22
37:4 38:6
38:7 50:1
65:1 69:14
101:12

positive 29:3
51:14

possession
13:23 14:5
85:16
112:15 113:12

possible
51:11 70:24
104:19 126:24

possibly 22:8
22:10 33:14
44:16 50:21
51:3 61:13
62:4 64:24
81:10 84:5
86:3 100:21
103:4

post-2013 71:8

preceded 115:4

prepare 9:12
12:13 31:8
36:7 36:10
36:12 45:5
79:1 79:2
79:18 83:6
88:19 98:6
98:8 122:2

prepared
88:21 91:16
104:10 104:13
122:4

preparing 31:12
31:20 43:18
78:18

present 7:12

presided 85:7

pretend 114:10

pretty 54:17
124:12

price 37:21

primary 16:3

principal 38:1

print 19:5
84:21 85:19
85:21 87:24
102:20

printed 36:17
38:21 61:13
80:7 80:20
80:22 84:4
84:21 88:11
89:13 89:14
103:10 103:17
112:16

printing 87:23

printouts 62:16
86:18 86:19
99:3 102:1

prior 22:12
33:8 33:15
45:4 86:16
93:16

Pritchard
7:15 52:22
54:9 54:11
54:14 97:18

Pritchard's
87:2 87:25

probably 8:25
16:16 20:16
28:5 40:19
44:20 46:18
49:2 49:24
50:4 50:14
52:18 53:2
60:13 71:3
71:22 72:12

72:12 72:13
72:16 72:16
73:16 84:4
87:22 96:7
103:25
109:6
109:12
111:5
117:15 117:25
121:25

probate 24:16
86:24

problem 90:12
116:10

process 31:11
64:4 68:25
80:11 83:11
101:24

product 123:24

profit 68:5
96:9 105:2

profitability
29:4

profitable
29:25

profit-based
105:2

profits 30:14

program 36:13
86:8

programs 94:8

progressed
21:16

promise 10:13

promissory
76:24 78:5

propane 91:8
91:10

properties 52:1
57:12
106:18 108:22
113:19 113:25

114:13 114:21

property 56:8
56:12 56:24
57:1 57:3
57:6 57:14
57:17 57:18
57:20 57:21
58:17 73:3
105:15 105:24
105:25
106:3 106:6
106:8
106:15 106:18
106:20 106:23
106:24
107:7
107:10 107:13
108:25
110:3 110:7
123:2

provide 89:7
89:12 98:18
116:25

provided
14:18 22:12
36:4 36:4
36:6 65:20
83:17 84:25
87:9 91:10
92:18 98:8
98:12 98:25
99:16
100:19 117:23
121:15 126:22

provider 81:18

providers 81:22
117:22

providing
22:3 22:6
24:19 81:18

pull 80:18
119:25

pulled 43:22

pulls 11:14

NAEGELI
DEPOSITION & TRIAL
CELEBRATING 40 YEARS IN BUSINESS
(800)528-3335
NAEGELIUSA.COM
PAPP 1269

purchase 57:9

purchased
58:8 73:2
106:22 106:24

pure 97:13

purports 70:5

purpose 49:12
49:22 50:24
51:24 52:5
52:7 104:15

purposes 81:5
111:11

_____

Q

qualified 17:25

quantification
100:1

quantify 101:18

quarries
39:12 39:14
39:25

quarry 19:7
24:23 24:23
25:3 32:6
37:4 38:1
38:10 38:18
38:19 39:7
39:19 40:12
60:19 61:1
64:13 65:5
103:22 120:12
123:24

question 9:10
9:10 19:24
28:11 32:10
40:14 45:9
50:14 73:4
83:15 86:23
103:10 119:1

questions 9:7
10:3 31:16
50:5 68:13
91:16 91:18

quick 12:16
127:10

QuickBook 14:20
14:23 15:4
16:5 18:11
19:4 19:22
31:19 69:1
79:18 85:20
86:2 86:6
86:8 87:6

QuickBooks
17:22 18:1
18:7 18:22
33:13 36:12
36:14 36:18
36:18 38:25
39:1 40:6
42:11 42:14
42:16 42:23
44:19 47:13
47:18 48:4
48:7 60:9
60:11 62:6
62:7 62:11
62:20 63:11
63:14 64:23
65:11 65:17
66:2 68:14
68:16 70:20
71:1 71:10
71:12 74:8
75:5 75:8
79:10 80:7
80:18 80:20
80:21 84:21
86:10 86:18
86:20 92:15
92:16 94:7
95:2 95:16
96:3 96:16
96:17 96:18
99:3 100:5
100:7
100:14 105:23
110:24
111:6 111:7
111:8 111:9

114:9

quickly 102:22

QuickReport
102:15

quite 34:15

quoting 87:17

_____

R

raise 8:3

ranch 36:4

rarely 82:11
82:13 118:7
118:8

rather 106:20

re 7:8

real 12:16 64:4
80:19
100:11 102:22
105:25 127:10

realized 114:19

really 11:14
20:6 27:20
34:14 34:19
45:14 51:11
51:17 51:22
52:21 56:19
63:24 65:15
77:12 78:24
79:13 84:2
91:11
101:23 103:20
104:20
106:2
106:10 106:15
110:8 110:9
110:13 114:18
114:19 115:24
119:11 123:15
126:9

reason 9:9
36:23 43:20
53:23 73:22
76:3 91:20

102:3 116:15

reasoning 57:3

recall 15:16
21:4 21:9
33:12 37:19
52:21 61:18
65:23 65:24
65:25 68:6
68:21 76:14
77:2 85:1
88:19 89:21
89:23 90:1
90:3 90:5
90:22 98:12
99:6 99:25
101:24
114:5 116:1

receivable
26:16 69:10
72:8 73:8
73:17

receive 21:12
104:18

received 109:22

receiving
116:13

recent 108:17

recently 113:21

recess 41:11
60:5 97:24

recollection
115:22

reconcile
36:2 43:16
44:20 44:22
80:22 80:25
81:4 84:23
123:25

reconciled
65:18 105:23

reconciles 49:3
49:4 49:6
49:8 80:2

NAEGELI
DEPOSITION & TRIAL
CELEBRATING 40 YEARS IN BUSINESS
(800)528-3335
NAEGELIUSA.COM
PAPP 1270

80:5 96:2

**reconciliation**
42:25 43:3
80:11 80:17

**reconciling**
80:9

**record** 7:13
17:14 25:15
41:8 41:9
60:4 60:6
72:15 97:23
127:4 127:9
127:13 127:18

**recorded** 34:3
42:13 42:16
61:2 63:6
63:14 63:15
70:11 70:19
71:1 71:20
80:15 96:15

**records** 16:4
16:7 16:10
26:15 34:4
47:11 48:22
61:2 69:11
117:18

**recovering** 7:24

**recurring** 92:21

**reduce** 73:4

**reference** 98:13

**reflected** 68:14

**refresh** 10:25
75:11

**refreshes** 83:24

**regarding**
13:8 103:10

**regular** 63:23

**reimburse** 22:24
25:25 57:8

**related** 22:7
38:17

**relates**

120:23 121:2

**relationship**
28:13 28:16
53:4 107:14

**relevant** 28:19

**remember**
14:13 14:25
16:2 19:17
20:15 20:22
24:20 31:15
31:17 33:6
37:2 37:9
39:17 41:20
42:2 42:7
43:10 44:1
45:14 45:14
45:20 46:13
48:22 50:22
51:8 51:11
51:12 51:17
51:18 51:22
53:3 53:3
53:19 61:22
65:19 75:2
75:4 75:7
75:16 75:19
76:1 76:3
81:10 81:11
81:21 82:18
82:24 82:25
83:7 83:25
84:2 84:7
85:11 85:14
85:18 85:23
86:17 87:25
88:3 88:8
88:12 88:17
89:16 89:17
89:18 91:12
91:15 91:18
91:19 92:11
92:13 92:14
95:16 96:2
98:22 99:1
99:1 99:3
99:25 102:6
102:9

102:20 102:21
104:6
104:20
107:5 107:6
111:20 115:18
124:10 126:15

**remote** 18:11
18:14 18:21
31:13

**remotely** 18:24

**removed** 39:6
39:9

**renovation** 42:5

**rented** 25:1

**reoccurring**
90:18 92:24
117:20

**repair** 36:9

**repay** 78:6
110:4

**repaying** 45:4

**repayment** 44:18
45:20

**reporter** 8:1
8:3 125:15
125:17 127:11
127:18

**reports** 19:5

**represent**
7:13 7:15
7:16 7:20
67:14 74:16
84:12

**representing**
84:18

**reproduce** 87:13

**requests** 86:18

**required** 25:8
71:11

**resented** 53:11

**residence** 105:9

**resolved** 54:19

**respect** 88:10
98:23 116:19

**respected**
107:23

**response** 88:2

**responsible**
20:8

**responsive** 14:5

**restate** 9:9

**result** 122:21

**retired** 34:18

**retirement**
34:14 34:16

**retrieve** 31:14

**return** 77:23
79:13

**returns** 31:8
31:12 31:16
31:20 77:17
77:24 79:18

**revenue** 119:4

**review** 12:13
127:7 127:10

**reviewed** 13:22

**Reviews** 12:25
66:8

**Ries** 7:16
7:16 7:19
8:11 10:17
10:23 12:2
12:8 14:14
14:18 15:1
24:6 32:23
33:2 39:3
43:12 48:9
68:14 83:21
84:25 85:7
85:11 85:15
86:2 86:5
86:11
119:23 125:18

127:2

**rights** 41:4
123:5 123:5

**ring** 76:18

**rock** 19:6 24:23
25:3 25:6
32:3 32:6
37:3 37:3
38:1 38:10
39:6 39:8
39:14 39:19
39:24 40:12
42:18 42:20
60:18 61:1
61:5 63:10
64:13 101:7
103:22 120:12
122:22
123:2 123:5

**rocks** 37:9

**rolled** 95:5

**romantic** 28:13

**roughly**
120:11 121:4

**round** 97:3 97:3

**route** 106:20

**royalties** 40:12
40:22 43:25
44:14 46:3
46:10 46:14
46:20
102:23
103:2 104:3
120:14 122:16
123:21

**royalty** 25:5
32:4 35:13
35:15 37:9
42:10 43:1
45:11 45:25
102:16 102:19
103:7 114:5
114:6 122:24

**Rudas** 54:1

**rude** 49:19

**ruin** 54:14

**Rukavina** 7:14
7:14 7:22 8:9
8:12 8:16
12:20 13:11
24:7 41:2
41:4 41:9
41:13 43:13
43:14 60:1
60:3 60:7
72:5 83:22
83:23 90:6
90:10 90:13
97:16 97:20
97:22 98:1
119:19
127:3 127:6
127:9 127:14

**rumor** 73:21
77:4 96:25

**rumors** 96:21

**run** 32:6

**running** 25:2
29:22 31:15

---

S

**salaried** 20:18

**salaries**
64:17
101:13 120:17
121:6

**salary** 22:16
23:2 26:2
26:18 26:19
35:22 37:4
96:10 96:12
104:17

**sale** 76:15
94:19 97:6
110:15

**sales** 39:14

**satisfied**
115:12

**schedule** 101:20
110:21 111:14
111:21 111:21
122:5 125:7

**schedules**
98:2 98:7
98:8 99:24
100:20 101:18
101:22
111:6 125:3
125:23

**school** 16:23

**scratch** 69:8

**se** 95:6

**seal** 28:12

**search** 57:6

**second** 24:4
41:8 41:9
70:3

**secretaries**
19:6 19:8
19:16

**secretary** 17:18
20:1 98:11
98:19

**secretive** 30:5

**Security**
95:15 95:19
118:8

**seeing** 75:11
90:17

**seems** 73:8
117:6

**seen** 37:19
46:20 53:24
72:22 84:8
84:9 98:4
101:22 119:11
119:12

**seldom** 109:18

109:19

**Self-
explanatory**
91:8

**sell** 57:16

**send** 40:21

**sending** 84:17
87:20

**sense** 54:12
73:14
102:16 114:20

**sent** 13:13
13:15 13:19
49:5 77:20

**separate**
15:14 29:18
58:15 60:15
105:12

**separated**
115:10

**sequence** 41:15

**sequential**
127:16

**served** 13:3

**Service** 7:9
20:16 22:17

**services** 21:3
21:6 22:3
22:6 22:12
24:19 91:2

**several** 14:15
28:23 36:5
52:20 60:11
119:11

**sexual** 28:16

**Seymour** 19:20
34:11 34:22
34:23 35:1

**S-e-y-m-o-u-r**
34:24

**Shamrock** 26:25

NAEGELI
DEPOSITION & TRIAL

CELEBRATING 40 YEARS IN BUSINESS

(800)528-3335
NAEGELIUSA.COM

PAPP 1272

shape 75:12

sharecropping
126:22

shareholder
65:13

sharing 105:4

Shawn 53:18
53:24 53:24
107:15

she'd 31:19

sheet 62:16
62:23 63:20
65:1 67:3
70:6 70:11
71:21 71:23
72:3 72:6
73:22 74:13
99:7 99:15
100:9

sheets 67:23
68:13 72:21

Sherwood 7:20
7:20 13:15
13:21 40:25
41:3 41:7
60:2 72:3
90:9 90:12
97:19 97:21
127:8

she's 7:25

Shirley 52:18
55:4 56:2
57:17 57:18
64:19 93:7
95:18 95:23
109:4
113:22 116:11
116:16 120:22

Shirley's
29:8 29:9
29:14 49:14
50:2 95:22
96:2 117:10
117:18 118:3

short 19:9
59:22 60:1

shorter 10:13

showing 102:16

shown 99:7
99:11

siblings 28:1

sic 121:12

sick 113:22

sicker 27:19

sight 119:9

sign 55:17
112:15
127:7 127:10

signed 54:21
112:20 113:17

significance
91:20

significant
94:15 94:18
95:24

silly 83:15

similar 66:21

simple 119:1

simplicity
36:11 62:6

sir 8:8 9:3 9:6
9:11 9:16
10:5 10:7
10:16 10:19
11:23 12:11
13:5 14:3
15:3 15:20
15:24 16:18
16:24 17:3
17:7 17:9
17:11 17:13
17:15 17:18
20:2 20:4
20:19 20:21
21:1 21:23
22:14 22:21

23:3 23:6
25:17 25:20
27:3 28:10
31:7 31:10
31:13 31:17
31:21 35:23
37:20 40:1
40:5 42:15
42:24 43:2
45:23 46:8
46:11 47:7
48:10 50:17
52:6 52:9
52:12 55:21
59:3 59:5
59:9 60:16
60:22 60:24
68:15 70:8
71:18 72:7
72:10 73:13
73:19 74:1
74:3 74:6
74:10 75:18
76:16 78:9
78:13 78:21
78:21 82:4
82:7 82:10
82:22 82:24
83:2 83:4
83:10 83:14
86:12 88:15
91:4 91:14
91:17 92:3
92:7 93:15
94:3 94:8
94:17 94:22
96:24 97:2
97:8 97:11
97:15 99:12
99:22 101:4
102:2
103:12 103:15
104:14 104:16
104:22 104:24
105:3 105:5
105:13 105:16
108:5
108:21 109:21

111:22 111:24
112:3 114:2
114:4
115:17
120:2 120:7
120:25 121:18
121:20 121:24
122:3
122:14 123:13
124:6
124:16 124:21
125:5 125:5
125:8
125:12 125:16
125:21 125:25
126:4 126:8
126:11

sisters 7:24

sit 107:17

site 18:18

sitting 53:19
74:7 104:9

situation
8:25 72:14

situations
21:10

six 96:5 113:24

size 115:22

skipped 121:1

small 66:23
95:7 109:16

Social 95:14
95:19 118:8

software 26:15

sold 56:9
56:9 57:5
57:7 75:16
94:13
105:15 106:13
108:25 110:21

sole 28:22
28:24

solemnly 8:5

somebody 36:2
 64:19 91:10

somehow 51:1
 69:5 95:25

someone 15:22
 34:7 46:2
 46:2 61:1
 66:1 69:13
 73:21 77:23
 79:1 83:12
 94:21 123:19

somewhat 27:20

somewhere
 34:3 63:6
 65:3 70:19
 85:3 95:25
 96:15

son 59:22

sorry 35:24
 37:15 40:25
 44:25 49:10
 49:17 63:8
 66:23 69:12
 85:20 97:4
 104:25
 111:1 111:3
 113:8
 113:14 123:12
 125:16

south 56:10
 57:14 106:22

speak 20:3
 112:1

specific 98:13

specifically
 24:20 90:4
 93:19

specifics 14:16
 99:2

speculation
 97:13

spell 34:23

spend 24:21
 119:7

spending
 22:25 23:9
 23:17

spent 21:21
 22:1 22:19
 23:13 23:15
 24:18 25:12
 77:11 119:6

spit 36:12

split 114:18
 116:6

spoke 53:1
 53:24

spoken 52:24

spreadsheet
 122:1

stack 43:8

started 17:22
 34:13 47:3
 50:9 51:25
 52:18 68:22
 69:6 114:15
 117:16

starts 121:23

state 7:12 58:6
 58:21 58:24
 59:2 62:9
 86:24

stated 31:23
 64:1

statement 42:20
 80:12 80:23
 80:24

statements 49:4
 80:22 96:4

states 40:7

Station 59:23

stations 38:5

statute 87:17
 87:21

Stave 66:6

stay 23:22
 64:19

Steam 7:9 20:16
 22:17 28:24

Stephen 7:9
 15:10 15:19
 15:23

steps 14:8

Steve 9:17 10:9
 11:7 11:15
 12:8 17:21
 20:12 21:2
 21:20 22:5
 22:24 24:9
 24:16 27:10
 27:11 27:13
 27:15 28:3
 28:8 28:9
 28:13 28:20
 30:10 31:22
 36:3 41:17
 46:1 46:2
 46:9 50:8
 52:19 54:11
 54:20 55:5
 57:8 61:14
 61:19 64:1
 65:7 66:9
 66:17 67:4
 67:9 70:12
 70:18 71:14
 71:16 71:21
 73:17 76:2
 77:20 84:5
 84:18 85:6
 87:20 87:22
 87:24 88:11
 89:8 89:20
 89:21 93:5
 93:6 93:10
 93:16 96:8
 98:4 98:5
 98:14 98:24

 99:16 100:3
 100:8
 100:21 100:22
 100:25 105:21
 106:17 106:23
 107:7
 108:12 108:15
 108:18
 109:6
 109:15 110:14
 114:3 121:6
 125:22 125:23

Steve's 20:6
 34:5 34:7
 121:6

stipulate 28:12

stop 44:14 69:2
 103:17

stopped 43:25
 104:2

store 90:23

stored 13:24
 18:17 18:18

Storehouse 91:2

stories 106:8

story 56:7
 119:9

straight
 69:11 69:17

street 24:6

strike 61:8
 72:22 97:4

strikes 72:21

strip 106:8

struggling
 24:25 25:7
 29:6 40:14
 43:7 118:5

studies 17:5

studying 17:4

stuff 11:3

NAEGELI
DEPOSITION & TRIAL

CELEBRATING
40 YEARS IN BUSINESS

(800)528-3335
NAEGELIUSA.COM

PAPP 1274

26:13 34:20
37:12 41:24
48:4 49:5
52:1 54:12
57:2 57:23
57:24 65:5
77:12 77:14
77:21 81:5
84:5 95:15
95:20 96:2
96:3 101:10
101:22 108:17
111:12 117:19
117:24
118:4 120:17

**stupid** 50:14

**sub-file** 80:17

**subject** 46:12
89:21

**subpoena**
12:14 13:1
13:3 13:23
14:6

**subsequent**
107:7

**substantial**
97:6 104:21

**subtracted**
124:24

**succeeded** 95:25

**suggest** 10:6
79:24

**sum** 76:19

**summer** 28:4

**summertime**
82:17

**support** 51:9
118:22 118:23
118:25

**supports** 121:16

**sure** 11:14
14:15 17:24

19:20 20:8
26:6 30:25
34:14 37:13
38:6 40:10
42:21 45:16
55:3 63:9
63:21 63:22
63:24 64:4
65:15 70:12
75:20 78:16
78:24 80:13
81:4 81:25
87:23 88:11
88:12 89:11
89:18 89:19
95:14 96:6
97:19 97:21
98:16
100:11
106:2
112:21 120:10
120:18 126:6

**surprised** 109:8

**survive** 26:11

**suspend** 115:19

**suspense**
114:7
115:23
116:8 116:17

**suspicion** 60:17
60:21 73:20
74:19 77:3
95:24 96:25

**sustain** 29:24

**sustaining** 30:3

**swap** 107:8

**swear** 8:1 8:5

**sworn** 8:13

**system** 38:21

—————
T
—————

**tab** 88:14 88:16
88:25 89:7

89:8 89:22

**taking** 53:10
96:9 113:22
122:21

**talk** 9:15
9:17 9:19
9:21 10:8
10:15 10:17
10:20 12:16
15:21 35:5
54:4 97:18

**talked** 32:25
37:3 37:4
37:4 105:9
106:12 120:9

**talking** 15:18
20:17 33:7
33:8 39:7
65:6 82:25
85:16
100:22
118:2 120:9

**talks** 120:20

**tangible** 13:24

**Tarbox** 33:8
98:6 98:11
99:18 121:15

**Tarbox's** 33:6
98:21 99:14
100:20 102:10

**tax** 31:8
31:12 31:15
31:20 44:6
77:17 77:22
77:24 79:13
79:18 81:5
111:10 111:11

**taxes** 77:6
77:21 79:16
79:16

**Technology**
79:11

**ten** 13:22 13:25
55:22 56:6

56:18 58:10
58:12 105:6
105:9 105:12

**ten-minute**
97:20

**terms** 45:20

**test** 75:3

**testified**
8:14 126:5

**testify** 9:4
10:6 100:23
101:6 101:15

**testimony** 8:5
14:12 18:9

**Texas** 50:10
83:8 87:17

**thank** 8:12
28:18 43:13
83:22 97:22
119:19 119:20
125:17
127:3 127:17

**Thanks** 8:11
127:2

**that'd** 8:11

**themselves**
60:12

**therefore** 69:25
115:1 115:6

**there's** 19:20
34:25 39:13
66:5 66:9
67:22 74:23
79:12 92:23
96:20
102:23
106:8 111:12

**they'd** 57:2

**they're** 62:19
84:22 85:24
99:15

**third** 44:25

NAEGELI
DEPOSITION & TRIAL
(800)528-3335
NAEGELIUSA.COM
CELEBRATING 40 YEARS IN BUSINESS
PAPP 1275

45:1 61:4
61:6 96:22
121:1

**thoughts** 97:17

**thousand** 96:5

**THURSDAY** 7:4

**ticket** 38:22

**tickets** 38:20
38:23 38:24

**tied** 23:25

**tie-ins** 38:5

**timely** 45:11
80:3

**Tindal** 57:13
57:13 57:15

**title** 57:6
57:11 57:24

**today** 10:4 10:6
10:9 10:12
11:20 12:13
74:7 104:9
120:10 127:15
127:15

**today's** 7:10
9:12 127:4

**ton** 37:15 37:15
37:21
122:25 124:4

**tonnage** 39:6

**tons** 124:2

**top** 14:25 56:19
120:4

**total** 67:17
67:17
122:12 123:11
123:15 124:18

**toward** 39:15

**towards** 118:14

**town** 53:2 90:23

**Traci** 7:23 28:3

53:14 107:15

**Traci's** 28:7

**track** 56:15

**tracked** 63:17

**traded** 106:24

**trading** 126:17

**trailer** 91:3
91:6

**training** 18:3
18:4 18:5

**transaction**
58:13 58:15

**transcript**
127:12

**transfer**
55:22 111:18

**transferred**
56:6 107:7
111:18

**traveled** 18:15

**trial** 100:23
101:5

**trips** 98:21

**trouble** 51:16

**truck** 106:20

**trucks** 123:23

**trust** 47:9
47:16 47:24
47:24 48:1
48:2 48:3
48:8 48:8
48:21 48:22
49:12 49:14
49:23 50:1
50:18 50:23
51:5 51:8
51:9 51:13
51:13 109:3
109:3 115:3
115:3 115:4
115:9

115:10 115:11
115:17
116:5 116:7
116:7

**trustee** 83:12
109:3 109:8

**trusts** 47:22
48:11 48:15
48:21 50:7
50:9 50:16
51:12 114:6
114:12 114:16
114:25
115:8 116:15

**truth** 8:6 8:6
8:7

**try** 10:25 15:22
88:9 102:13

**trying** 54:14
77:12 80:25
83:3 102:9
108:12 108:18
116:25

**turn** 125:19

**turned** 32:17
32:19

**twice** 41:8

**Twitty** 16:17
19:8 56:8

**type** 56:16

———————
U
———————

**U.S** 106:20
107:1

**Uh-huh** 21:20
35:4 103:9
125:14

**unable** 76:2

**understand**
9:4 9:8
9:10 11:13
11:15 11:18
11:20 14:11

18:10 19:24
25:1 25:7
25:10 29:25
47:2 50:4
58:16 68:25
71:4 73:6
100:6
109:10
111:8 115:8
117:5 117:6
120:10 125:24

**understanding**
9:8 11:11
26:4 26:9
29:3 29:20
31:18 35:20
49:10 49:11
49:22 51:23
52:10 52:13
56:5 56:12
62:18 67:22
68:12 69:14
74:7 76:5
84:19 93:1
108:6 109:2
114:8 115:1
120:12 120:23
121:9

**understood** 52:2

**unemployed**
59:24

**unfortunately**
34:25

**unfriendly**
107:19 107:22

**unknowledgeable**
77:21

**unpaid** 23:2
44:7

**unseen** 119:9

**upfront** 76:14

**upon** 104:1

**upset** 54:18

**NAEGELI**
DEPOSITION & TRIAL

CELEBRATING
40
YEARS IN BUSINESS

**(800)528-3335**
NAEGELIUSA.COM

PAPP 1276

usually 81:7

utilities 118:4

_____

V

value 110:3

van 121:2

various 25:16
  86:18

Vasek 7:23

vehicle 119:13

vehicles 119:8

verify 11:6

versus 43:1

VIDEOGRAPHER
  7:7 8:1 41:10
  41:12 60:4
  60:6 97:23
  97:25 127:4
  127:13

videotape 7:7

vis-a-vis 35:13
  42:1

vision 27:20
  119:10 119:14

visit 107:17

visited 9:14
  98:20

_____

W

W-2 20:20

walk 73:7

wasn't 27:21
  28:25 29:16
  30:1 47:8
  105:21 118:11
  119:4 119:4
  119:15

waste 78:2

watching 7:25

we'd 60:12

60:12 80:12
87:23 107:25

weekly 59:14

weeks 56:22
  85:16 106:13

weight 25:5
  38:21

weird 41:1

we'll 106:15

we're 8:9 11:19
  35:5 39:7
  56:17 85:16
  97:23
  102:12
  104:7 127:3
  127:13 127:18

we've 35:19
  120:9 120:9
  121:1

whatever
  30:15 32:4
  39:21 46:6
  55:7 68:20
  87:8 89:24
  90:25 97:5
  119:16 123:23
  126:23

whatsoever
  25:16 73:23
  78:4

whenever
  34:13 39:18
  56:7 60:25
  68:25 104:2
  110:14 114:15

WHEREUPON 12:18
  13:9 41:11
  60:5 97:24
  127:19

whether 18:17
  29:20 30:10
  30:23 32:5
  36:20 37:21
  38:24 62:2

62:11 62:12
62:12 63:10
67:25 77:22
78:14 83:16
86:6 87:25
88:19 90:1
91:5 92:14
93:1 95:24
96:8 96:12
98:5 98:12
99:18 99:19
99:19 106:4
116:3

Whichever 116:3

white 88:13

whole 8:6
  101:24

whom 7:12 77:14
  98:10

who's 7:24 28:6

wide 91:7

wife 117:3
  118:22 118:23

wife's 117:8

wills 54:23

Wilson 19:18

wished 9:23

wishes 112:5
  112:6 112:7

witness 7:22
  8:2 8:8 55:17
  72:4 90:8
  119:21 125:16
  127:2 127:10

witnesses 55:19
  113:10

work 17:21
  23:10 27:3
  31:11 38:4
  59:15
  105:21 108:17
  109:14

worked 19:6
  19:8 19:12
  19:12 20:14
  28:3 28:7
  34:20 38:4
  59:22 93:6
  108:24 109:15

working 27:5
  59:10 59:11
  59:12 103:25

works 86:8

write 32:3
  40:17 42:17
  43:10 61:9
  61:16 61:16
  84:15

writes 13:21

writing 42:12
  95:8 95:21

written 25:18
  25:21 25:24
  37:16 42:20
  63:14 63:15
  68:20 78:4
  95:1 101:25
  102:17 114:22

wrote 64:11
  65:20

_____

Y

Yard 16:16
  106:7 106:9
  106:19 106:25

yesterday
  8:10 9:21
  9:25 10:9
  14:12 18:9
  41:5 62:15
  76:17 109:7
  121:3 127:16

you'll 18:9
  62:13 62:13
  71:23

yours 16:1

NAEGELI
DEPOSITION & TRIAL

CELEBRATING 40 YEARS IN BUSINESS

(800)528-3335
NAEGELIUSA.COM

PAPP 1277

44:25

**yourself**
  21:13 37:1

**you've** 9:2 12:7
  44:21 73:9
  81:4 126:5
  126:5

---

Z

**Zoom** 7:22
  7:25 40:25
  41:6

**NAEGELI**
DEPOSITION & TRIAL

CELEBRATING 40 YEARS IN BUSINESS

**(800)528-3335**
NAEGELIUSA.COM

PAPP 1278

B257 (Form 257 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (12/13)

# UNITED STATES BANKRUPTCY COURT

### Northern District of Texas

IN RE:
MICHAEL STEPHEN GALMOR,
      Debtor.

Case No. 18-20209-RLJ-7

And
GALMOR'S/G&G STEAM SERVICE, INC.
      Debtor.

Case No. 18-20210-RLJ-7

KENT RIES, TRUSTEE
v.
MICHAEL STEPHEN GALMOR, RANDY MARK
GALMOR, LESLIE DONNETTE GALMOR
PRITCHARD, TRACI MARIE GALMOR COLEMAN
and GALMOR FAMILY LIMITED PARTNERSHIP,
      Defendants

Adv. Proc. No. 19-2006

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)

To: Deena Carter, an individual

*(Name of person to whom the subpoena is directed)*

☒ *Production*: **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

| PLACE Munsch Hardt Kopf & Harr, P.C. c/o Thomas Berghman<br>500 N. Akard St., Ste. 3800<br>Dallas, Texas 75201 | DATE AND TIME<br>December 4, 2020 at 9:00 a.m. |
|---|---|

☐ *Inspection of Premises*: **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| PLACE | DATE AND TIME |
|---|---|

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _November 16, 2020

      CLERK OF COURT

OR

_____
Signature of Clerk or Deputy Clerk

*/s/ Thomas Berghman*
Attorney's signature

The name, address, email address, and telephone number of the attorney representing the Galmor Family Limited Partnership, who issues or requests this subpoena, are:
Munsch Hardt Kopf & Harr, P.C., c/o Thomas Berghman, 500 N. Akart St., Ste. 3800, Dallas, Texas 75201

#### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

EXHIBIT
31
DEPONENT NAME:
Carter PAPP DATE
3 125/21

B257 (Form 257 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (Page 2)

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any):* _Deena Carter, an individual_
on *(date)* _11-16-2020_

☑ I served the subpoena by delivering a copy to the named person as follows: _Served in hand to_
_Deena Carter by meeting at the intersection of Loop 171 and hwy 60_
_Pampa, TX 79065_ on *(date)* _11-18-2020_ ; or

☐ I returned the subpoena unexecuted because: _____
_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true and correct.

Date: _11/18/2020 @ 5:36 PM_

_SCH-6432_    _Larry O. Mangus_    *Server's signature* _EXP 08/31/2020_

_Larry O. Mangus    Process Server_
*Printed name and title*

_Box 1455   Pampa, TX  79066_
*Server's address*

Additional information concerning attempted service, etc.:

B257 (Form 257 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (Page 3)

## Federal Rule of Civil Procedure 45(c), (d), (e), and (g) (Effective 12/1/13)
### (made applicable in bankruptcy cases by Rule 9016, Federal Rules of Bankruptcy Procedure)

**(c) Place of compliance.**

*(1) For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
(A) within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
(B) within the state where the person resides, is employed, or regularly transacts business in person, if the person
(i) is a party or a party's officer; or
(ii) is commanded to attend a trial and would not incur substantial expense.

*(2) For Other Discovery.* A subpoena may command:
(A) production of documents, or electronically stored information, or things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
(B) inspection of premises, at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

*(1) Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction — which may include lost earnings and reasonable attorney's fees — on a party or attorney who fails to comply.

*(2) Command to Produce Materials or Permit Inspection.*
(A) *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
(B) *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises — or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
(i) At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
(ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

*(3) Quashing or Modifying a Subpoena.*
(A) *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
(i) fails to allow a reasonable time to comply;
(ii) requires a person to comply beyond the geographical limits specified in Rule 45(c);
(iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
(iv) subjects a person to undue burden.
(B) *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
(i) disclosing a trade secret or other confidential research, development, or commercial information; or

(ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
(C) *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
(i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
(ii) ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

*(1) Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
(A) *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
(B) *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
(C) *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
(D) *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

*(2) Claiming Privilege or Protection.*
(A) *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
(i) expressly make the claim; and
(ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
(B) *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

...

**(g) Contempt.** The court for the district where compliance is required – and also, after a motion is transferred, the issuing court – may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| MICHAEL STEPHEN GALMOR, | § | |
| Debtor. | § | Case No. 18-20209-RLJ-7 |
| | § | |
| And | § | |
| | § | |
| GALMOR'S/G&G STEAM SERVICE, | § | Case No. 18-20210-RLJ-7 |
| INC. | § | |
| Debtor. | § | |
| | § | |
| | § | |
| KENT RIES, TRUSTEE | § | |
| | § | |
| v. | § | |
| | § | |
| MICHAEL STEPHEN GALMOR, RANDY | § | Adv. No. 19-2006 |
| MARK GALMOR, LESLIE DONNETTE | § | |
| GALMOR PRITCHARD, TRACI MARIE | § | |
| GALMOR COLEMAN and GALMOR | § | |
| FAMILY LIMITED PARTNERSHIP, | § | |
| Defendants. | § | |

## SUBPOENA DUCES TECUM

**To:** **Deena Carter, 7010 U.S. Hwy 83, Twitty, Texas 79079**

Pursuant to the Subpoena accompanying this document, the Subpoena commands you to produce the documents listed below on Exhibit "A" at the time and place specified in the Subpoena.

Dated this 16th day of November, 2020, at Dallas, Texas.

PAPP 1282

**MUNSCH HARDT KOPF & HARR, P.C.**

By: */s/ Thomas Berghman*
 Davor Rukavina, Esq.
 Texas Bar No. 24030781
 Thomas D. Berghman, Esq.
 Texas Bar No. 24082683
 500 N. Akard St., Ste. 3800
 Dallas, Texas 75201-6659
 Telephone: (214) 855-7500
 Facsimile: (214) 855-7584

**ATTORNEYS FOR GALMOR FAMILY
LIMITED PARTNERSHIP**

PAPP 1283

## EXHIBIT "A"

A. **INSTRUCTIONS**

In producing the documents designated below, you must produce all responsive documents in your possession, custody, care or control, regardless of whether the documents are currently in your possession, or in the possession of your attorney(s), accountant(s), employee(s), agent(s) or other representative(s), regardless of who obtained the documents on your behalf, and regardless of the source from which the documents were obtained.

In the event that any document is known which is responsive to any request, but which is no longer within your possession, custody or control, specify what disposition was made of it and identify the person in whose possession, custody or control the document is now. In the event that any document referred to in or encompassed by any request has been destroyed, specify the date of destruction, the manner of destruction, the reason for destruction, the person authorizing destruction and the custodian of the document at the time of its destruction.

If any portion of any document is responsive to any request, then the entire document must be produced. Documents shall be produced in the order in which they are found in your files. Documents that are found stapled, clipped, or otherwise fastened shall be produced in such form.

In the event that no document exists which is responsive to a particular request, a written response indicating the same shall be provided.

In the event you withhold any document on the basis of privilege, a log shall be provided describing: (i) the nature of the document (e.g. e-mail, memorandum, letter, etc.); (ii) the date of the document; (iii) the parties to the document, including the name of any sender and any recipient, whether as the named recipient, copied person, or blind copied person; and (iv) the privilege invoked.

PAPP 1284

**B.** **DEFINITIONS**

In producing the documents requested below, you are to use the following definitions:

1.     "And" and "or" shall each be individually interpreted in every instance as meaning "and/or" and shall not be interpreted disjunctively to exclude any information otherwise within the scope of any specification.

2.     "Communication" shall mean any contact or act by which any information is transmitted or conveyed between two or more persons, and shall include, without limitation, written contact by such means as letters, memoranda, telegrams, telexes, electronically transmitted messages, e-mails, or by any document, and any oral contact by such means as face-to-face meetings or conversations and telephone conversations that are transcribed, notated, or in any other manner memorialized in written, typed, or recorded form.

3.     "Documents" refers to (a) all handwritten, typed, or printed matter of any kind, including the originals and all non-identical copies, whether different from the original by reason of any notation made on such copies or otherwise, including, without limitation, agreements, correspondence, forecasts, memoranda, notes, jottings, speeches, press releases, diaries, examinations, statistics, letters, telegrams, minutes, time records, payroll records, expense records, contracts, reports, studies, training manuals, canceled checks, statements, receipts, delivery tickets, returns, summaries, work orders, pamphlets, books, prospectuses, statement of operations, interoffice and intraoffice communications, offers, notations of any sort of conversations, telephone calls, meetings, or other communications, bulletins, printed matter, computer printouts, teletypes, invoices, worksheets, and all drafts, alterations, modifications, changes, and amendments of any of the foregoing; (b) graphic or aural records or representations of any kind, including, without limitation, photographs, charts, graphs, microfiche, microfilm, videotape(s), recordings, motion pictures, and; (c) electronic, mechanical or electric records or representations

of any kind, including, without limitation, e-mails, tapes, cassettes, disks, recordings, and all transcriptions, in whole or in part, of any of the foregoing.

4.    "Including" means 'including but not limited to', and is not restrictive or limiting.

5.    "Person" means any natural person or any company, corporation, partnership, association, joint venture, sole proprietorship, governmental agency, and any other legally recognized entity.

6.    "Relate", "related to" "relating" or "relating to" refers to any act, work, meeting, oral or written communication, or document, referring, directly or indirectly, in any way to the described facts, or evidencing, directly or indirectly, such facts.

7.    "You" and "your" means Deena Carter, and your agents, attorneys, counsellors, employees, and persons acting on its behalf or purporting to act on your behalf.

8.    The singular form of a word includes the plural form of that word and the plural form of a word includes the singular form.

9.    Responsive documents are to be produced regardless of what language they are in.

### C.   DOCUMENTS TO BE PRODUCED

1. All tax returns you have filed since January 1, 2011 for or on behalf of Galmor Family Limited Partnership, Galmor Management, LLC, Galmor Family Trust, Galmor Contribution Trust, Galmor Marital Trust, Bobby Don Galmor, Shirley Jo Galmor, the Estate of Bobby Don Galmor, the Estate of Shirley Jo Galmor, Galmor's Inc., GG Steam Service,, Galmor's/G&G Steam Service, Michael Stephen Galmor, SGM Leasing, LLC, SGM Management, LLC, SGM Real Estate, LLC, MSG Oil & Gas, Galmor Land & Cattle, Damor Pump & Supply, Damor, Collingsworth Gas Gathering, Twitty Investments, Twitty Production, Twitty Partners, Shamrock Texas Partners, Shamrock Dry Gas, Okie-Tex LLC, Galmor's Roustabout, DEBO, DEVO, the Steve Galmor rock quarry business, the Galmor rock quarry business, or any other entity over which Michael Steven Galmor exercises control, or of which Michael Stephen Galmor is an officer, trustee, insider, manager, partner, member, or interest holder (collectively, the Galmor-MSG Entities").

2. All Schedule K-1 tax forms you have filed since January 1, 2011 for or on behalf of any of the Galmor-MSG Entities.

3. All financial statements relating to any of the Galmor-MSG Entities.

4. All Documents and Communications containing 401K information relating to any of the Galmor-MSG Entities.

5. All Communications related to your filing of tax returns or other tax forms for or on behalf of any of the Galmor-MSG Entities.

6. All Documents related to your filing of tax returns or other tax forms for or on behalf of any of the Galmor-MSG Entities.

7. All books and records of any of the Galmor-MSG Entities.

8. All QuickBooks company files of any of the Galmor-MSG Entities, including all passwords.

9. All Documents related to or referencing the estate tax matters or estate plan of Bobby Don Galmor, Shirley Jo Galmor, Shirley Jo Galmor Life Estate, the Steve Galmor Life Estate, Steve Galmor Trusts, Steve Galmor Family Trusts, Steve Galmor Family Limited Partnership, or Steve Galmor financial plans or Steve Galmor estate plans.

10. All Documents and Communications, including but not limited to Communications with Charles King, Ken Fields, and Steve Galmor, relating to the merger of Galmor's Inc. and Galmor's GG.

PAPP 1287

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this the 16th day of November, 2020, he caused true and correct copies of this document, including the Subpoena, to be served on Deena Carter, by a person who is at least 18 years old and not a party, at 7010 U.S. Hwy 83, Twitty, Texas 79079.

**MUNSCH HARDT KOPF & HARR, P.C.**

By: */s/ Thomas Berghman*
    Davor Rukavina, Esq.
    Texas Bar No. 24030781
    Thomas D. Berghman, Esq.
    Texas Bar No. 24082683
    500 North Akard Street, Ste. 3800
    Dallas, Texas 75201-6659
    Telephone: (214) 855-7500
    Facsimile: (214) 855-7584

**ATTORNEYS FOR GALMOR FAMILY LIMITED PARTNERSHIP**

PAPP 1288



Matt W. Sherwood
806-345-6369
msherwood@bf-law.com

*Licensed in Texas and Oklahoma*

*Board Certified, Civil Trial Law*
*Texas Board of Legal Specialization*

*Board Certified, Personal Injury Trial Law*
*Texas Board of Legal Specialization*

January 7, 2021

Nicole Manley, Esq.
Munsch Hardt Kopf & Harr, P.C.
Ross Tower
500 N. Akard Street, Suite 3800
Dallas, TX 75201-6659                    ***Via Email nmanley@munsch.com***

> Re:    Subpoena to Produce Documellts dated Novelnber 16, 2020 (the "*Subpoena*")
> related to Adv. Proc. No. 19-2006; *Kent Ries, Trustee v. Michael Stephen Galnior,*
> *Randy Mark Galmor, Leslie Donnette Galmor Pritchard, Traci Marie Galmor*
> *Coleman and Galmor Family Limited Partnership* currently pending in. the United
> States Bankruptcy Court for the Northern District of Texas (the "Adversary
> Proceeding").

Dear Nicole:

Please be advised that this firm has been retained to represent Deena Carter related to the non-party discovery requests served upon her in Adversary Proceeding No. 19-2006. Please direct all future communication for Ms. Carter related to this Adversary Proceeding to me.

I understand that you previously served or attempted to serve a subpoena on Ms. Carter in the Adversary Proceeding that required the production of documents on December 4, 2020. I also understand that Ms. Carter was to be deposed on or about that same date but that her deposition was delayed. I have a copy of your January 5, 2021 letter that was delivered to Ms. Carter yesterday. Please understand that her failure to respond to your subpoena was not for a lack of care, but, rather, she thought that she was to provide information when her deposition was to be taken.

Ms. Carter has reviewed the 10 categories of documents included in the subpoena, and she does not have possession, custody, or control of any document, tangible thing, or electronically stored information for any of the 10 categories listed. While she previously worked as a secretary for one or more of the Galmor-MSG Entities (as you have defined that term), she does not have access to any documents or electronically stored information from this prior position. She believes that any such documents or electronically stored information would be in the possession of the Galmor-MSG Entities, one or more of the Galmors (or their estate(s)), or accountants who may have created certain tax documents.

EXHIBIT
32

DEPONENT NAME:                   DATE:
Carter   APP 1289   3 /25/21

Nicole Manley, Esq.
Page 2
January 7, 2021

If you require a more formal response to the subpoena, please let me know. Thank you.

Sincerely,

Matt W. Sherwood

ja

F:\DOCS\7500\001\CORRESP\21Q7535.DOCX

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MICHAEL STEPHEN GALMOR, | § | CASE NO. 18-20209-RLJ-7 |
| | § | |
| Debtor. | § | |
| | § | |
| And | § | |
| | § | |
| GALMOR'S/G&G STEAM SERVICE, INC., | § | CASE NO. 18-20210-RLJ-7 |
| | § | |
| Debtor. | § | |
| | § | |
| KENT RIES, TRUSTEE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | ADVERSARY NO. 20-2003 |
| | § | |
| GALMOR FAMILY LIMITED PARTNERSHIP and GALMOR MANAGEMENT, L.L.C., | § | |
| | § | |
| Defendants. | § | |

## DECLARATION OF LESLIE PRITCHARD

The undersigned, Leslie Pritchard, hereby declares under penalty of perjury pursuant to the laws of the United States of America the following:

1.      My name is Leslie Pritchard.  I am over the age of 21, have never been convicted of a felony, and am otherwise competent to give this Declaration.  The statements made herein are made based on my personal knowledge.

2.      I am the court-appointed liquidator of the Galmor Family Limited Partnership (the "FLP") and am defending the FLP in this litigation commenced by Kent Ries (the "Trustee") regarding alleged debt owed by the FLP to Galmor's/G&G Stem Services, Inc. ("Debtor").

PAPP 1291

3.     My brother is Michael Stephen Galmor ("Galmor").  Prior to bankruptcy, Galmor owned the Debtor.  Galmor was also the manager, through its general partner, of the FLP, and the trustee of certain trusts established by our parents.

4.     Prior to his bankruptcy, I was involved as a party in certain litigation against Galmor related to our mother's will and related to Galmor's management of the trusts.  Both of us were represented by counsel, and my counsel served discovery on Galmor.

5.     I am familiar with the deposition taken of Galmor in this proceeding on March 24, 2021.  I was present at the deposition and I assisted my counsel with preparing for the deposition, including the use of exhibits.  I am familiar with those exhibits.

6.     Exhibits 10, 11, and 12 to said Galmor's deposition are true and correct copies of documents produced by Galmor's counsel to my counsel in the prepetition litigation, produced to me with the representation that they were true and correct printouts of various QuickBook files of the Debtor and the FLP.

7.     In that prepetition litigation, my counsel demanded that Galmor provide what I understand to be an accounting of the FLP.  Exhibit 17 to Galmor's deposition is a true and correct copy of that document as provided to me through my counsel by Galmor's counsel.

8.     With respect to the Trustee's claims that the FLP owes the Debtor any money, such claims have not been the subject of prior litigation and there is no judgment from any court with respect to those claims or any portion of them.

9.     I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge and ability.

Executed December 8, 2021.

_____
LESLIE PRITCHARD

DECLARATION OF LESLIE PRITCHARD—Page 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MICHAEL STEPHEN GALMOR, | § | CASE NO. 18-20209-RLJ-7 |
| | § | |
| Debtor. | § | |
| | § | |
| And | § | |
| | § | |
| GALMOR'S/G&G STEAM SERVICE, INC., | § | CASE NO. 18-20210-RLJ-7 |
| | § | |
| Debtor. | § | |
| | § | |
| KENT RIES, TRUSTEE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | ADVERSARY NO. 20-2003 |
| | § | |
| GALMOR FAMILY LIMITED PARTNERSHIP and GALMOR MANAGEMENT, L.L.C., | § | |
| | § | |
| Defendants. | § | |

## <u>DECLARATION OF DAVOR RUKAVINA</u>

The undersigned, Davor Rukavina, hereby declares under penalty of perjury pursuant to the laws of the United States of America the following:

1.     My name is Davor Rukavina.  I am over the age of 21, have never been convicted of a felony, and am otherwise competent to give this Declaration.  The statements made herein are made based on my personal knowledge.

2.     I am an attorney licensed to practice law in the State of Texas.  I am lead counsel for Leslie Pritchard ("<u>Pritchard</u>"), the court-appointed liquidator of the Galmor Family Limited Partnership, a defendant in this Adversary Proceeding commenced by Kent Ries (the "<u>Trustee</u>").

DECLARATION OF DAVOR RUKAVINA—Page 1

3.      I am executing this Declaration in connection with the *Appendix of Leslie Pritchard: (i) In Opposition to Trustee's Motion for Partial Summary Judgment; and (ii) In Support of Cross Motion for Partial Summary Judgment* (the "Appendix").

4.      Item 1 in the Appendix is a true and correct copy of the expert report of Maison Vasek, as produced by me on behalf of Pritchard to the Trustee.

5.      Item 2 in the Appendix is a true and correct copy of the transcript of the deposition of Maison Vasek taken by the Trustee.

6.      Item 3 in the Appendix is a true and correct copy of the transcript, and exhibits, of the deposition of Michael Stephen Galmor taken by me.

7.      Item 4 in the Appendix is a true and correct copy of the transcript, and exhibits, of the deposition of Dana Carter taken by me.

8.      With respect to the invoices attached as Exhibit A to the Affidavit of Matt Brooks, submitted by the Trustee, those invoices were originally produced by Michael Stephen Galmor in prepetition litigation.  Attached hereto is a true and correct copy of the Trustee's responses to discovery served by me.  As he states therein, those invoices were actually produced by Michael Stephen Galmor to Pritchard in state court litigation in 2017 and 2018.  While the Trustee produced the same in this litigation, he did so because they had been previously produced and he produced exactly what was previously produced.

9.      I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge and ability.

Executed December 8, 2021.

/s/ Davor Rukavina
DAVOR RUKAVINA

Kent Ries, Attorney at Law
State Bar No. 16914050
2700 S. Western St., Suite 300
Amarillo, Texas 79109
(806) 242-7437
(806) 242-7440 – Fax
kent@kentries.com

COUNSEL FOR TRUSTEE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MICHAEL STEPHEN GALMOR, | § | CASE NO. 18-20209-RLJ-7 |
| | § | |
| Debtor. | § | |
| | § | |
| And | § | |
| | § | |
| GALMOR'S/G&G STEAM SERVICE, | § | CASE NO. 18-20210-RLJ-7 |
| INC., | § | |
| | § | |
| Debtor. | § | |

| | | |
|---|---|---|
| KENT RIES, TRUSTEE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | ADVERSARY NO. 20-2003 |
| | § | |
| GALMOR FAMILY LIMITED | § | |
| PARTNERSHIP and GALMOR | § | |
| MANAGEMENT, L.L.C., | § | |
| | § | |
| Defendants. | § | |

## PLAINTIFF KENT RIES, TRUSTEE RESPONSES TO PRITCHARD'S FIRST SET OF (A) INTERROGATORIES AND (B) REQUESTS FOR PRODUCTION OF DOCUMENTS

TO:   Davor Rukavina, Munsch Hardt Kopf & Harr, P.C., 3800 Ross Tower, 500 N Akard St., Dallas, Texas 75201.

Kent Ries (the "Trustee" or "Plaintiff"), hereby serves, his responses to Leslie Pritchard's

("Pritchard"), court-appointed liquidator for Galmor Family Limited Partnership ("GFLP") and

PLAINTIFF KENT RIES, TRUSTEE RESPONSES TO PRITCHARD'S FIRST SET OF (A) INTERROGATORIES AND (B) REQUESTS FOR PRODUCTION OF DOCUMENTS—Page 1

PAPP 1295

Galmor Management, L.L.C. ("GM", together with GFLP, the "Defendants"), *First Set of (a) Interrogatories* (the "Interrogatories") *and (b) Requests for Production of Documents,* (the "Requests").

Terms used herein, unless defined herein, shall have their normal and customary usage under the Federal Rules of Civil Procedure. For the avoidance of doubt, any reference to "document" includes all electronically stored information.

## I.  INTERROGATORIES

## INTERROGATORY NO. 1

List and itemize each and every advance or payment made by Michael Stephen Galmor ("M. Galmor") and/or Galmor's/G&G Stem Service, Inc. ("G&G"), to or for the benefit of GFLP or GM, or on behalf of GFLP or GM, that you claim GFLP or GM should be liable for. Your answer should include: (i) date of payment or advance; (ii) amount of payment or advance; (iii) means of payment or advance (including to whom it was made); (iv) purpose of payment or advance; and (v) benefit received by GFLP from the payment or advance.

**ANSWER**:

A. G&G made advances to the GFLP in excess of repayments made by the GFLP to G&G on such advances. A schedule of the advances and repayments were previously produced to the Defendants by the Lovell Law Firm (the "Lovell Documents") as SG 016723 to SG 016725. A detail of the advances were produced in the Lovell Documents SG 016727 to SG 016738 and SG 016822 to SG 016883. The net amount owed to G&G after these advances by the GFLP is $186,341.19.

B. G&G made advances and/or payments for expenses of the GFLP. A schedule of the advances and payments was previously produced to the Defendants in the Lovell Documents as SG 016739 – SG 017640. A detailed description of each amount on the schedule was produced in the Lovell Documents SG 016741 to SG 016742 and SG 016891 to SG 016918. The amount owed by the GFLP to G&G for the advances and/or payments is $384,902.74.

C. G&G paid for the loan/purchase of a van that the financial responsibility of the GFLP. A copy of the documents showing this payment was produced to the Defendants in the Lovell Documents as M. Galmor 2309 to M. Galmor 2310. The amount owed by the GFLP to G&G for this payment is $24,807.39.

D. G&G paid the salaries of M. Galmor and Deena Carter for the four years prior to the bankruptcy filings. A portion of these salaries is the financial responsibility of the GFLP for the time spent by these two individuals for the benefit of the GFLP and its beneficiary, Shirley Jo

PLAINTIFF KENT RIES, TRUSTEE RESPONSES TO PRITCHARD'S FIRST SET OF (A) INTERROGATORIES AND (B) REQUESTS FOR PRODUCTION OF DOCUMENTS—Page 2

PAPP 1296

Galmor. The allocation is described in G&G bankruptcy schedules (as is each of the above amounts) at $500,000.00.

E. M. Glamor sharecropped land owned by the GFLP. Under normal terms he would have received two-thirds of the revenue from that farming arrangement, however, due to the financial needs of the GFLP beneficiary, Shirley Jo Galmor, and the lack of funds in the GFLP, the GFLP retained all the income from M. Galmor's sharecropping. Similarly, cattle of the GFLP were grazed on land owned by M. Galmor, but no grazing payments were paid by the GFLP to M. Galmor due to the GFLP's financial deficiencies.

F. Some of the above amounts (A through D) may have been advanced by M. Galmor to G&G, then advanced from G&G to the GFLP. E. and F. are the basis for the scheduled claim of M. Galmor against the GFLP.

## INTERROGATORY NO. 2

Explain why GFLP and/or GM are barred by principles of res judicata and collateral estoppel, as asserted in your complaint, from disputing the debts you allege they owe, including by identifying any statement, finding, or order to that effect, and identifying any order or judgment giving rise to res judicata or collateral estoppel.

**ANSWER**: M. Galmor was the primary or only person who was authorized to act on behalf of GFLP and GM after his father's death on April 3, 2013. M. Galmor made statements under penalty of perjury regarding debts owed by GFLP to himself personally and to G&G in the two bankruptcy cases. He also made similar statements in answers to discovery sent by Leslie Pritchard; Case No. 13,507 in the 31st District Court for Wheeler County, Texas. These sworn statements by M. Galmor bind the GFLP and GM as well as M. Galmor under the principles of res judicata and collateral estoppel.

## INTERROGATORY NO. 3

Has M. Galmor, to your opinion, done or said anything that you know about or have heard about, either from him or others, to make you question his credibility, and what is your personal view of his credibility and why.

**ANSWER**: M. Galmor has not done or said anything to me personally, or to my agents (e.g. auctioneer, broker), during the course of the two relevant bankruptcy cases, that makes me question his credibility.

## INTERROGATORY NO. 4

Other than the schedules of M. Galmor and G&G you reference, do you have any factual support for the allegation that the GFLP and/or GM owe M. Galmor, G&G, or either or both of their bankruptcy estates any funds? If so, please explain what such factual support is.

**ANSWER**: A detailed explanation to this Interrogatory was given as the Answer to Interrogatory No. 1 above. Additionally M. Galmor's statements about his personal schedules and those of G&G about funds due by the Defendants were reviewed at his 341 meeting, and

PLAINTIFF KENT RIES, TRUSTEE RESPONSES TO PRITCHARD'S FIRST SET OF (A) INTERROGATORIES AND (B) REQUESTS FOR PRODUCTION OF DOCUMENTS—Page 3

PAPP 1297

documentation was provided by his counsel on same. Further questioning was done at M. Galmor's office in Twitty, Texas, in the presence of his counsel and Jeff Carruth, counsel for Leslie Pritchard, along with M. Galmor's bookkeeper, Deena Carter. Discovery answers to Leslie Pritchard in their state court litigation were also given by M. Galmor on this issue.

## INTERROGATORY NO. 5

Identify each person you have spoken to or in any way communicated with regarding the allegation that GFLP or GM owe any money to M. Galmor, G&G, or either or both of their bankruptcy estates. For each such person, state the name of such person, when you spoke to or communicated with such person, the address and other contact information for such person, and whether the person provided any documents to you regarding the foregoing.

**ANSWER**:    1) Pat Swindell

2) M. Galmor, provided documents, 580-243-8510

3) Deena Carter, provided documents, 806-216-0107, deenacarter61@gmail.com

4) Matt Brooks, provided documents, 806-729-2160, mattkyle@gmail.com

5) Jeff Carruth

6) Jeremi Young

7) Collin Wynne

8) Davor Rukavina

9) Joe Lovell, provided documents

10) Matthew Merriott, provided documents

11) Mediator/Cecilia Morgan

12) Rudas Galmor

## II.    REQUESTS FOR PRODUCTION

## REQUEST NO. 1

All documents and communications reflecting, referring to, or relating to the allegation in your complaint that GFLP owes the bankruptcy Estates approximately $2,400,000.00.

**RESPONSE**:

PLAINTIFF KENT RIES, TRUSTEE RESPONSES TO PRITCHARD'S FIRST SET OF (A)
INTERROGATORIES AND (B) REQUESTS FOR PRODUCTION OF DOCUMENTS—Page 4

PAPP 1298

A. See Answer to Interrogatory No. 1 for an itemized list of these documents.

B. Schedules of M. Galmor filed in his bankruptcy case, as ECF document numbers 19 and 94, item number 30.

C. Schedules of G&G filed in its bankruptcy case as ECF document number 14, item number 74.

D. Response from M. Galmor and Deena Carter and Matt Brooks to questions raised at the creditor meeting in both bankruptcy cases.

E. Responses from M. Galmor to discovery from Leslie Pritchard in:

     Case No. 13,507, 31st District Court Wheeler County, Texas dated 8/25/2017;

     Case No. 13,507, 31st District Court Wheeler County, Texas dated 9/15/2017;

     Case No. 13,507, 31st District Court Wheeler County, Texas dated 3/30/2018.

B through E were previously produced to Defendant's counsel on 9/30/2020.

**REQUEST NO. 2**

     All documents and communications reflecting, referring to, or relating to the allegation in your complaint that GFLP is indebted to the bankruptcy estate of M. Galmor in the total amount of $1,310,807.00.

     **RESPONSE**:

A. See Answer to Interrogatory No. 1 for an itemized list of these documents.

B. Schedules of M. Galmor filed in his bankruptcy case, as ECF document numbers 19 and 94, item number 30.

C. Schedules of G&G filed in its bankruptcy case as ECF document number 14, item number 74.

D. Response from M. Galmor and Deena Carter and Matt Brooks to questions raised at the creditor meeting in both bankruptcy cases.

E. Responses from M. Galmor to discovery from Leslie Pritchard in:

     Case No. 13,507, 31st District Court Wheeler County, Texas dated 8/25/2017;

     Case No. 13,507, 31st District Court Wheeler County, Texas dated 9/15/2017;

     Case No. 13,507, 31st District Court Wheeler County, Texas dated 3/30/2018.

B through E were previously produced to Defendant's counsel on 9/30/2020.

PLAINTIFF KENT RIES, TRUSTEE RESPONSES TO PRITCHARD'S FIRST SET OF (A) INTERROGATORIES AND (B) REQUESTS FOR PRODUCTION OF DOCUMENTS—Page 5

PAPP 1299

## REQUEST NO. 3

All documents and communications reflecting, referring to, or relating to the allegation in your complaint that GFLP is indebted to the bankruptcy estate of G&G in the total amount of $1,096,051.32.

**RESPONSE**:

A. See Answer to Interrogatory No. 1 for an itemized list of these documents.

B. Schedules of M. Galmor filed in his bankruptcy case, as ECF document numbers 19 and 94, item number 30.

C. Schedules of G&G filed in its bankruptcy case as ECF document number 14, item number 74.

D. Response from M. Galmor and Deena Carter and Matt Brooks to questions raised at the creditor meeting in both bankruptcy cases.

E. Responses from M. Galmor to discovery from Leslie Pritchard in:

Case No. 13,507, 31st District Court Wheeler County, Texas dated 8/25/2017;

Case No. 13,507, 31st District Court Wheeler County, Texas dated 9/15/2017;

Case No. 13,507, 31st District Court Wheeler County, Texas dated 3/30/2018.

B through E were previously produced to Defendant's counsel on 9/30/2020.

## REQUEST NO. 4

All documents and communications reflecting, referring to, or relating to the allegation in your complaint that M. Galmor and G&G each extended funds to GFLP so that GFLP could continue to operate its various businesses from the period of May, 2014 until the two bankruptcy cases were filed.

**RESPONSE**:

A. See Answer to Interrogatory No. 1 for an itemized list of these documents.

B. Schedules of M. Galmor filed in his bankruptcy case, as ECF document numbers 19 and 94, item number 30.

C. Schedules of G&G filed in its bankruptcy case as ECF document number 14, item number 74.

D. Response from M. Galmor and Deena Carter and Matt Brooks to questions raised at the creditor meeting in both bankruptcy cases.

E. Responses from M. Galmor to discovery from Leslie Pritchard in:

PLAINTIFF KENT RIES, TRUSTEE RESPONSES TO PRITCHARD'S FIRST SET OF (A) INTERROGATORIES AND (B) REQUESTS FOR PRODUCTION OF DOCUMENTS—Page 6

PAPP 1300

Case No. 13,507, 31st District Court Wheeler County, Texas dated 8/25/2017;

Case No. 13,507, 31st District Court Wheeler County, Texas dated 9/15/2017;

Case No. 13,507, 31st District Court Wheeler County, Texas dated 3/30/2018.

B through E were previously produced to Defendant's counsel on 9/30/2020.

## REQUEST NO. 5

All documents and communications reflecting, referring to, or relating to the allegation in your complaint that M. Galmor and other employees of GFLP were not paid their earned wages during the time period of May 2014 until the two bankruptcy cases were filed, as GFLP was without funds to pay them.

**RESPONSE**:

A. See Answer to Interrogatory No. 1 for an itemized list of these documents.

B. Schedules of M. Galmor filed in his bankruptcy case, as ECF document numbers 19 and 94, item number 30.

C. Schedules of G&G filed in its bankruptcy case as ECF document number 14, item number 74.

D. Response from M. Galmor and Deena Carter and Matt Brooks to questions raised at the creditor meeting in both bankruptcy cases.

E. Responses from M. Galmor to discovery from Leslie Pritchard in:

Case No. 13,507, 31st District Court Wheeler County, Texas dated 8/25/2017;

Case No. 13,507, 31st District Court Wheeler County, Texas dated 9/15/2017;

Case No. 13,507, 31st District Court Wheeler County, Texas dated 3/30/2018.

B through E were previously produced to Defendant's counsel on 9/30/2020.

## REQUEST NO. 6

All documents and communications, including any contract or agreement, by which M. Galmor had any right to wages, compensation, or other payment from GFLP that he was not paid for.

**RESPONSE**:

A. See Answer to Interrogatory No. 1 for an itemized list of these documents.

B. Schedules of M. Galmor filed in his bankruptcy case, as ECF document numbers 19 and 94, item number 30.

PLAINTIFF KENT RIES, TRUSTEE RESPONSES TO PRITCHARD'S FIRST SET OF (A)
INTERROGATORIES AND (B) REQUESTS FOR PRODUCTION OF DOCUMENTS—Page 7

PAPP 1301

C. Schedules of G&G filed in its bankruptcy case as ECF document number 14, item number 74.

D. Response from M. Galmor and Deena Carter and Matt Brooks to questions raised at the creditor meeting in both bankruptcy cases.

E. Responses from M. Galmor to discovery from Leslie Pritchard in:

      Case No. 13,507, 31st District Court Wheeler County, Texas dated 8/25/2017;

      Case No. 13,507, 31st District Court Wheeler County, Texas dated 9/15/2017;

      Case No. 13,507, 31st District Court Wheeler County, Texas dated 3/30/2018.

B through E were previously produced to Defendant's counsel on 9/30/2020.

## REQUEST NO. 7

Any contract by which GFLP obligated itself to repay M. Galmor and/or G&G any funds that either or both allegedly advanced to, or spent on behalf of, GFLP.

**RESPONSE**:

A. See Answer to Interrogatory No. 1 for an itemized list of these documents.

B. Schedules of M. Galmor filed in his bankruptcy case, as ECF document numbers 19 and 94, item number 30.

C. Schedules of G&G filed in its bankruptcy case as ECF document number 14, item number 74.

D. Response from M. Galmor and Deena Carter and Matt Brooks to questions raised at the creditor meeting in both bankruptcy cases.

E. Responses from M. Galmor to discovery from Leslie Pritchard in:

      Case No. 13,507, 31st District Court Wheeler County, Texas dated 8/25/2017;

      Case No. 13,507, 31st District Court Wheeler County, Texas dated 9/15/2017;

      Case No. 13,507, 31st District Court Wheeler County, Texas dated 3/30/2018.

B through E were previously produced to Defendant's counsel on 9/30/2020.

## REQUEST NO. 8

All bank statements of GFLP and GM to the extent in your possession.

**RESPONSE**: Happy State Bank, July 2019 to February 2021 as provided by counsel for Defendants pursuant to the severed adversary proceeding agreed judgement.

PLAINTIFF KENT RIES, TRUSTEE RESPONSES TO PRITCHARD'S FIRST SET OF (A) INTERROGATORIES AND (B) REQUESTS FOR PRODUCTION OF DOCUMENTS—Page 8

PAPP 1302

**REQUEST NO. 9**

Copies of, or transcripts of, any meeting of creditors held in the M. Galmor or G&G case.

**RESPONSE**: None, though recordings of such meetings are normally retained by the U.S. Trustee's office.

Respectfully submitted,

Kent Ries, Attorney at Law
2700 S. Western St., Suite 300
Amarillo, Texas 79109
(806) 242-7437
(806) 242-7440-Fax

By: /s/ Kent Ries
   Kent Ries
   State Bar No. 1691450
   COUNSEL FOR TRUSTEE

## VERFICATION OF INTERROGATORY ANSWERS

STATE OF TEXAS          *

                        *

COUNTY OF POTTER    *

I, Kent Ries, believe, based on reasonable inquiry, that the above Interrogatory answers are true and correct to the best of my knowledge, information, and belief.

Kent Ries

**SWORN TO AND SUBSCRIBED** before me, the undersigned notary public, on July 22, 2021.

LINDA ANNE RIES
Notary Public, State of Texas
Notary ID #13307199-5
My Commission Expires 04-29-2025

Notary Public, In and For
The State of Texas

## <u>CERTIFICATE OF SERVICE</u>

I certify that on the 22nd day of July, 2021, a true and correct copy of this document to

be served, by email to the following:

Davor Rukavina, Esq.
Texas Bar No. 24030781
Thomas Berghman, Esq.
Texas Bar No. 24082683
3800 Ross Tower
500 North Akard St.
Dallas, Texas  75201
Telephone: (214) 855-7500
Facsimile: (214) 978-4375


/s/   Kent Ries
Kent Ries

PLAINTIFF KENT RIES, TRUSTEE RESPONSES TO PRITCHARD'S FIRST SET OF (A)
INTERROGATORIES AND (B) REQUESTS FOR PRODUCTION OF DOCUMENTS—Page 10

PAPP 1304