



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed December 28, 2021**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| MICHAEL STEPHEN GALMOR, | § | Case No.: 18-20209-RLJ-7 |
| Debtor. | § | |
| | § | |
| KENT RIES, | § | |
| Plaintiff, | § | |
| v. | § | Adversary No. 20-02003 |
| GALMOR FAMILY LIMITED PARTNERSHIP and GALMOR MANAGEMENT, L.L.C., | § | |
| Defendants. | § | |

# **ORDER**

On December 14, 2021, hearing was held on the motion for partial summary judgment of

plaintiff Kent Ries, Trustee of the bankruptcy estates of Michael Stephen Galmor and

1

Galmor's/G&G Steam Service, Inc.  The defendants, Galmor Family Limited Partnership and Galmor Management, L.L.C., oppose the motion.

Upon consideration of the pleadings and briefs filed in support of the respective parties' positions, the proffered summary judgment evidence, and the arguments of counsel, the Court concludes that the motion must be denied.

Through the affidavit of Stephen Galmor, the Trustee has presented a factual basis for his claims for breach of contract, money had and received, and quantum meruit.  The Court thus need not determine the admissibility of the other forms of evidence submitted by the Trustee.  The Galmor Defendants, however, have submitted evidence which brings the credibility of Stephen Galmor into question and raises genuine issues of material fact for each of the Trustee's claims.  Because the Court cannot determine issues of credibility nor decide genuine issues of material fact at the summary judgment stage, the Court must deny the Trustee's motion for summary judgment.  It is, therefore,

ORDERED that the Trustee's motion for partial summary judgment is denied.

### End of Order ###

United States Bankruptcy Court
Northern District of Texas

Ries,
    Plaintiff

Galmor Family Limited Partnership,
    Defendant

Adv. Proc. No. 20-02003-rlj

# CERTIFICATE OF NOTICE

District/off: 0539-2      User: admin      Page 1 of 2
Date Rcvd: Dec 28, 2021      Form ID: pdf001      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + Jerry D. McLaughlin, P.O. Box 9375, Amarillo, TX 79105-9375 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion06.da.ecf@usdoj.gov | Dec 28 2021 21:07:00 | United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242-0996 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 30, 2021      Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alysia Cordova | on behalf of Creditor Great Plains Bank acordova@mhba.com alopez@mhba.com |
| Davor Rukavina | on behalf of Defendant Galmor Family Limited Partnership drukavina@munsch.com |
| Davor Rukavina | on behalf of Defendant Galmor Management L.L.C. drukavina@munsch.com |

District/off: 0539-2 User: admin Page 2 of 2
Date Rcvd: Dec 28, 2021 Form ID: pdf001 Total Noticed: 2

| | |
|---|---|
| Julian Preston Vasek | on behalf of Defendant Galmor Family Limited Partnership jvasek@munsch.com |
| Julian Preston Vasek | on behalf of Defendant Galmor Management  L.L.C. jvasek@munsch.com |
| Kent David Ries | on behalf of Plaintiff Kent Ries kent@kentries.com |
| Kent David Ries | on behalf of Counter-Defendant Kent Ries trustee@kentries.com TX41@ecfcbis.com |
| Reuben L. Hancock | on behalf of Creditor Happy State Bank rlh@rlhancock.com |
| Thomas Daniel Berghman | on behalf of Defendant Galmor Management  L.L.C. tberghman@munsch.com |
| Thomas Daniel Berghman | on behalf of Defendant Galmor Family Limited Partnership tberghman@munsch.com |

TOTAL: 10