Davor Rukavina, Esq.
Texas Bar No. 24030781
Thomas Berghman, Esq.
Texas Bar No. 24082683
MUNSCH HARDT KOPF & HARR P.C.
500 N. Akard St., Ste. 3800
Dallas, Texas 75201
Telephone: 214-855-7500
Facsimile: 214-855-7584

ATTORNEYS FOR LESLIE PRITCHARD

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MICHAEL STEPHEN GALMOR, | § | CASE NO. 18-20209-RLJ-7 |
| | § | |
| Debtor. | § | |
| | § | |
| And | § | |
| | § | |
| GALMOR'S/G&G STEAM SERVICE, INC., | § | CASE NO. 18-20210-RLJ-7 |
| | § | |
| Debtor. | § | |
| | § | |
| KENT RIES, TRUSTEE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | ADVERSARY NO. 20-2003 |
| | § | |
| GALMOR FAMILY LIMITED PARTNERSHIP and GALMOR MANAGEMENT, L.L.C., | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the United States Bankruptcy Court for the Northern District of Texas will convene a hearing on the *Cross Motion of Leslie Pritchard for Partial*

*Summary Judgment*, to be held on **February 10, 2020 at 1:30 p.m.** on the Court's video-docket or in person as indicated in any subsequently filed amended notice of hearing.

        **MUNSCH HARDT KOPF & HARR, P.C.**

        By: /s/ Thomas Berghman
            Davor Rukavina, Esq.
            Texas Bar No. 24030781
            Thomas Berghman, Esq.
            Texas Bar No. 24082683
            3800 Ross Tower
            500 North Akard St.
            Dallas, Texas 75201
            Telephone: (214) 855-7500
            Facsimile: (214) 978-4375

        **ATTORNEYS FOR LESLIE PRITCHARD**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on this the 14th day of January, 2022, true and correct copies of this document were served via the Court's ECF system on parties entitled to notice thereby, including Kent Ries, Esq., the Trustee and Plaintiff.

        By: /s/ Thomas Berghman
            Thomas D. Berghman, Esq.