Kent Ries, Attorney at Law
State Bar No. 16914050
2700 S. Western St., Suite 300
Amarillo, Texas 79109
(806) 242-7437
(806) 242-7440 – Fax
kent@kentries.com

COUNSEL FOR TRUSTEE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MICHAEL STEPHEN GALMOR, | § | CASE NO. 18-20209-RLJ-7 |
| | § | |
|    Debtor. | § | |
| | § | |
| And | § | |
| | § | |
| GALMOR'S/G&G STEAM SERVICE, INC., | § | CASE NO. 18-20210-RLJ-7 |
| | § | |
|    Debtor. | § | |
| | § | |
| KENT RIES, TRUSTEE, | § | |
| | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | ADVERSARY NO. 20-2003 |
| | § | |
| GALMOR FAMILY LIMITED PARTNERSHIP and GALMOR MANAGEMENT, L.L.C., | § | |
| | § | |
|    Defendants. | § | |

## OBJECTION OF TRUSTEE TO LESLIE PRTICHARD'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGEMENT

TO THE HONORABLE ROBERT L. JONES, BANKRUPTCY JUDGE:

COMES NOW PLAINTIFF, KENT RIES, Trustee in these two bankruptcy cases ("Trustee"), and files his *Objection* (the "Objection") to *Leslie Pritchard's Cross-Motion for Partial Summary Judgement* (the "Motion"), filed by Leslie Pritchard ("Pritchard"), court-appointed

liquidator for Galmor Family Limited Partnership (the "GFLP"), a defendant in the above styled and numbered Adversary Proceeding, respectfully stating as follows:

The Trustee has previously agreed with Pritchard's counsel that the Trustee's claims for "money had and received" and "unjust enrichment" are governed by a two year statute of limitations. Based on Pritchard's counsel's representations on January 2, 2022, he agreed to withdraw his Motion upon such agreement. Prichard's counsel also agreed to stipulate that his statute of limitations defense on two specific invoices in the Trustee's breach of contract claim would be withdrawn with prejudice.

The Trustee is ready and willing to stipulate to the agreement of the parties described above.

The Trustee objects to all other relief requested in the Motion.

>Kent Ries, Attorney at Law
>2700 S. Western St., Suite 300
>Amarillo, Texas 79109
>(806) 242-7437
>(806) 242-7440-Fax
>
>By: /s/ Kent Ries
>    Kent Ries
>    State Bar No. 16914050
>    ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of January, 2022, a true and correct copy of the above and foregoing Motion was sent electronically via ECF to the party listed below:

Davor Rukavina
Munsch, Hardt, Kopf & Harr
500 N. Akard Street, Suite 3800
Dallas, Texas 75201-6659

>/s/ Kent Ries
>Kent Ries