Kent Ries
2700 S. Western St., Suite 300
Amarillo, Texas 79109
(806) 242-7437
(806) 242-7440 – Fax
kent@kentries.com
COUNSEL FOR TRUSTEE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MICHAEL STEPHEN GALMOR, | § | CASE NO. 18-20209-RLJ-7 |
| | § | |
| Debtor. | § | |
| | § | |
| And | § | |
| | § | |
| GALMOR'S/G&G STEAM SERVICE, INC., | § | CASE NO. 18-20210-RLJ-7 |
| | § | |
| Debtor. | § | |
| | § | |
| KENT RIES, TRUSTEE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | ADVERSARY NO. 20-2003 |
| | § | |
| GALMOR FAMILY LIMITED PARTNERSHIP and GALMOR MANAGEMENT, L.L.C., | § | |
| | § | |
| Defendants. | § | |

**MOTION FOR EXPEDITED SETTING REGARDING PLAINTIFF'S MOTION AND BRIEF TO DISMISS ALL ACTIONS OF THE MICHAEL STEPHEN GALMOR ESTATE**

TO THE HONORABLE ROBERT L. JONES, U.S. BANKRUPTCY JUDGE:

COMES NOW, Plaintiff and Trustee of the bankruptcy estate of Michael Stephen Galmor and files this Motion for Expedited Setting and would respectfully show this Court as follows:

1. Movant requests an expedited hearing on this matter so that the Motion is heard along with the Court's regular docket call on February 10, 2022 at 1:30 p.m.

2. Rule 9006(c) of the Federal Rules of Bankruptcy Procedure permits the Court to reduce the time for a notice required to be given under the Bankruptcy Rules. Reduction is permitted upon "cause shown" as determined within the Court's discretion.

3. Cause exists for an expedited hearing. The dismissal motion will significantly impact the length of trial in this proceeding, and likewise significantly reduce the issues at trial. The trial for this proceeding is also set for the same docket call date and time.

## **PRAYER**

WHEREFORE, Plaintiff respectfully requests that the Court set an expedited hearing for February 10, 2022 at 1:30 p.m. for the Motion, and such other and further relief to which it is entitled.

Respectfully submitted,

Kent Ries, Attorney at Law
2700 S. Western St., Suite 300
Amarillo, Texas 79109
(806) 242-7437
(806) 242-7440-Fax


By: /s/ Kent Ries
     Kent Ries
     State Bar No. 1691450

COUNSEL FOR TRUSTEE

## **CERTIFICATE OF CONFERENCE**

  I certify that on January 21, 2022 I emailed Mr. Rukavina about the Motion for Expedited Setting Regarding Plaintiff's Motion and he stated that he agrees to same.

            /s/ Kent Ries
            Kent Ries

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of January, 2022, a true and correct copy of the above and foregoing was sent electronically via ECF and emailed, to the party listed below:

  Davor Rukavina
  Munsch, Hardt, Kopf & Harr
  500 N. Akard Street, Suite 3800
  Dallas, Texas 75201-6659

            /s/ Kent Ries
            Kent Ries