

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed January 26, 2022**

**United States Bankruptcy Judge**

___

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### AMARILLO DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **MICHAEL STEPHEN GALMOR,** | § | **CASE NO. 18-20209-RLJ-7** |
| | § | |
| Debtor. | § | |
| | § | |
| **And** | § | |
| | § | |
| **GALMOR'S/G&G STEAM SERVICE, INC.,** | § | **CASE NO. 18-20210-RLJ-7** |
| | § | |
| Debtor. | § | |
| | § | |
| **KENT RIES, TRUSTEE,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **ADVERSARY NO. 20-2003** |
| | § | |
| **GALMOR FAMILY LIMITED PARTNERSHIP and GALMOR MANAGEMENT, L.L.C.,** | § | |
| | § | |
| Defendants. | § | |

### ORDER ON MOTION FOR EXPEDITED SETTING REGARDING PLAINTIFF'S MOTION AND BRIEF TO DISMISS ALL ACTIONS OF THE MICHAEL STEPHEN GALMOR ESTATE

On this day came on for consideration Plaintiff's Motion for Expedited Hearing (the "Motion"). The Court finds jurisdiction over the subject matter of the Motion and further finds that the relief sought therein is in order and should be approved. It is therefore

**ORDERED, ADJUDGED AND DECREED**, that the Motion for Expedited Hearing on Motion and Brief to Dismiss All Actions of the Michael Stephen Galmor Estate is granted and set for docket call on February 10, 2022 at 1:30 p.m. The hearing will be held via WebEx. The meeting/dial-in-information for this docket can be found on the Courts website (www.txnb.uscourts.gov) under Judge Jones Hearing Dates and Calendar tab prior to the hearing.

# # End of Order # # #

Prepared By:

Kent Ries, Attorney for Plaintiff
State Bar No. 16914050
2700 S. Western St., Suite 300
Amarillo, Texas 79109
 (806) 242-7437
(806) 242-7440 - Fax