



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed January 26, 2022**

_____
**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MICHAEL STEPHEN GALMOR, | § | CASE NO. 18-20209-RLJ-7 |
| | § | |
|     Debtor. | § | |
| | § | |
| And | § | |
| | § | |
| GALMOR'S/G&G STEAM SERVICE, INC., | § | CASE NO. 18-20210-RLJ-7 |
| | § | |
|     Debtor. | § | |
| | § | |
| KENT RIES, TRUSTEE, | § | |
| | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | ADVERSARY NO. 20-2003 |
| | § | |
| GALMOR FAMILY LIMITED PARTNERSHIP and GALMOR MANAGEMENT, L.L.C., | § | |
| | § | |
|     Defendants. | § | |

### ORDER ON MOTION FOR EXPEDITED SETTING REGARDING PLAINTIFF'S MOTION AND BRIEF TO DISMISS ALL ACTIONS OF THE MICHAEL STEPHEN GALMOR ESTATE

On this day came on for consideration Plaintiff's Motion for Expedited Hearing (the "Motion"). The Court finds jurisdiction over the subject matter of the Motion and further finds that the relief sought therein is in order and should be approved. It is therefore

**ORDERED, ADJUDGED AND DECREED**, that the Motion for Expedited Hearing on Motion and Brief to Dismiss All Actions of the Michael Stephen Galmor Estate is granted and set for docket call on February 10, 2022 at 1:30 p.m. The hearing will be held via WebEx. The meeting/dial-in-information for this docket can be found on the Courts website (www.txnb.uscourts.gov) under Judge Jones Hearing Dates and Calendar tab prior to the hearing.

# # End of Order # # #

Prepared By:

Kent Ries, Attorney for Plaintiff
State Bar No. 16914050
2700 S. Western St., Suite 300
Amarillo, Texas 79109
 (806) 242-7437
(806) 242-7440 - Fax

United States Bankruptcy Court

Northern District of Texas

Ries,
    Plaintiff

Galmor Family Limited Partnership,
    Defendant

Adv. Proc. No. 20-02003-rlj

# CERTIFICATE OF NOTICE

District/off: 0539-2      User: admin      Page 1 of 2
Date Rcvd: Jan 26, 2022      Form ID: pdf001      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + Jerry D. McLaughlin, P.O. Box 9375, Amarillo, TX 79105-9375 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion06.da.ecf@usdoj.gov | Jan 26 2022 21:08:00 | United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242-0996 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2022      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alysia Cordova | on behalf of Creditor Great Plains Bank acordova@mhba.com alopez@mhba.com |
| Davor Rukavina | on behalf of Defendant Galmor Family Limited Partnership drukavina@munsch.com |
| Davor Rukavina | on behalf of Defendant Galmor Management L.L.C. drukavina@munsch.com |

District/off: 0539-2     User: admin     Page 2 of 2
Date Rcvd: Jan 26, 2022     Form ID: pdf001     Total Noticed: 2

Julian Preston Vasek
    on behalf of Defendant Galmor Family Limited Partnership jvasek@munsch.com

Julian Preston Vasek
    on behalf of Defendant Galmor Management L.L.C. jvasek@munsch.com

Kent David Ries
    on behalf of Plaintiff Kent Ries kent@kentries.com

Kent David Ries
    on behalf of Counter-Defendant Kent Ries trustee@kentries.com TX41@ecfcbis.com

Reuben L. Hancock
    on behalf of Creditor Happy State Bank rlh@rlhancock.com

Thomas Daniel Berghman
    on behalf of Defendant Galmor Management L.L.C. tberghman@munsch.com

Thomas Daniel Berghman
    on behalf of Defendant Galmor Family Limited Partnership tberghman@munsch.com

TOTAL: 10