Kent Ries, Attorney at Law
State Bar No. 16914050
2700 S. Western St., Suite 300
Amarillo, Texas 79109
(806) 242-7437
(806) 242-7440 – Fax
kent@kentries.com

COUNSEL FOR TRUSTEE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MICHAEL STEPHEN GALMOR, | § | CASE NO. 18-20209-RLJ-7 |
| | § | |
| Debtor. | § | |
| | § | |
| And | § | |
| | § | |
| GALMOR'S/G&G STEAM SERVICE, INC., | § | CASE NO. 18-20210-RLJ-7 |
| | § | |
| Debtor. | § | |
| | § | |
| KENT RIES, TRUSTEE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | ADVERSARY NO. 20-2003 |
| | § | |
| GALMOR FAMILY LIMITED PARTNERSHIP and GALMOR MANAGEMENT, L.L.C., | § | |
| | § | |
| Defendants. | § | |

## PLAINTIFF'S OBJECTIONS TO DEFENDANT'S TRIAL EXHIBITS

TO THE HONORABLE ROBERT JONES, UNITED STATES BANKRUPTCY JUDGE:

COMES NOW Kent Ries Trustee (the "Trustee"), Plaintiff in this Adversary Proceeding and files this *Objection* to the *Defendant's Trial Witness and Exhibit List* [docket no. 61] (the "List"), filed by Leslie Pritchard ("Pritchard"), the court appointed liquidator for the Galmor

Family Limited Partnership (the "GFLP") and Galmor Management, L.L.C. ("GM"), the defendants in the above Adversary Proceeding, respectfully stating as follows:

The Plaintiff hereby objects to the following exhibits identified by Pritchard in the List:

| Exhibit | Objection(s) |
|---|---|
| B | Hearsay; authentication. |
| H | Hearsay; authentication. |
| K | Hearsay; authentication. |
| U | Hearsay; authentication. |
| V | Hearsay; authentication. |
| W | Hearsay; authentication. |
| BB | Hearsay; authentication. |
| PP | Opinion of party not qualified as an expert. |
| QQ | Opinion of party not qualified as an expert. |
| RR | Not produced. |
| SS | Not produced. |
| TT | Hearsay; authentication. |
| VV | Hearsay; authentication; opinion of party not qualified as an expert. |

The Plaintiff reserve all right to object to relevance, as provided for in the Court's Scheduling Order.

Respectfully submitted,

Kent Ries, Attorney at Law
2700 S. Western St., Suite 300
Amarillo, Texas 79109
(806) 242-7437
(806) 242-7440-Fax

By: /s/ Kent Ries
    Kent Ries
    State Bar No. 16914050
  ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of February, 2022, a true and correct copy of the above and foregoing Trial was sent electronically via ECF to the party listed below:

Davor Rukavina
Munsch, Hardt, Kopf & Harr
500 N. Akard Street, Suite 3800
Dallas, Texas 75201-6659

/s/  Kent Ries
Kent Ries