



**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed February 11, 2022**

_____
**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **MICHAEL STEPHEN GALMOR,** | § | **CASE NO. 18-20209-RLJ-7** |
| | § | |
| Debtor. | § | |
| | § | |
| **And** | § | |
| | § | |
| **GALMOR'S/G&G STEAM SERVICE, INC.,** | § | **CASE NO. 18-20210-RLJ-7** |
| | § | |
| Debtor. | § | |
| | § | |
| **KENT RIES, TRUSTEE,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **ADVERSARY NO. 20-2003** |
| | § | |
| **GALMOR FAMILY LIMITED PARTNERSHIP and GALMOR MANAGEMENT, L.L.C.,** | § | |
| | § | |
| Defendants. | § | |

## AGREED ORDER ON MOTION AND BRIEF TO DISMISS ALL ACTIONS OF THE MICHAEL STEPHEN GALMOR ESTATE

Kent Ries, Trustee, Plaintiff in the referenced Adversary Proceeding, filed his Motion and Brief to Dismiss All Actions of Michael Stephen Galmor ("MSG") on January 21, 2022.  The Court, after reviewing the Motion, Objection thereto and the agreement of the parties announced at hearing, finds jurisdiction over the subject matter of the Motion and further finds that relief sought therein is in order and should be approved in accordance with the parties' agreement.  It is therefore

**ORDERED ADJUDGED AND DECREED**, that the claims of the MSG Estate are dismissed, with prejudice; It is further

**ORDERED ADJUDGED AND DECREED,** that this dismissal is as to the MSG Estate claims only, not any counterclaims of the Defendants or claims of Plaintiff Galmor's/ G&G Steam Service, Inc., and is wholly without prejudice to the same.

# # # End of Order # # #

Prepared By:

Kent Ries, Attorney at Law
2700 S. Western St., Suite 300
Amarillo, Texas 79109
(806) 242-7437
(806) 242-7440-Fax

COUNSEL FOR TRUSTEE


AGREED:


/s/ Kent Ries
Kent Ries, Attorney for Trustee


/s/ Davor Rukavina
Davor Rukavina, Attorney for Defendants