

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**



**Signed February 18, 2022**

**United States Bankruptcy Judge**

_____


IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| MICHAEL STEPHEN GALMOR, | § § § | Case No.: 18-20209-RLJ-7 |
| Debtor. | § § | |
| | § § | |
| KENT RIES, | § § § | |
| Plaintiff, | § § § | |
| v. | § § | Adversary No. 20-02003 |
| GALMOR FAMILY LIMITED PARTNERSHIP and GALMOR MANAGEMENT, L.L.C., | § § § § § | |
| Defendants. | § § | |

## ORDER

On July 23, 2021, the Court entered an order setting trial docket call for this adversary proceeding on the February 2022 Amarillo docket. At the February 10 docket call, the parties

announced that they are ready to go forward with trial and notified the Court of their time estimates for trial. After reviewing the Court's trial schedule, the Court sets trial on March 21, 2022, March 22, 2022, and April 4, 2022. It is, therefore,

ORDERED that this adversary proceeding is hereby set for trial on March 21, March 22, and April 4, 2022, starting at 10:00 a.m. on March 21, 2022, at 205 Southeast Fifth Avenue, Amarillo, Texas.

### End of Order ###