



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed February 18, 2022**

**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| MICHAEL STEPHEN GALMOR, | § § | Case No.: 18-20209-RLJ-7 |
| Debtor. | § § § | |
| KENT RIES, | § § § | |
| Plaintiff, | § § | |
| v. | § | Adversary No. 20-02003 |
| GALMOR FAMILY LIMITED PARTNERSHIP and GALMOR MANAGEMENT, L.L.C., | § § § § § | |
| Defendants. | § | |

## **ORDER**

On July 23, 2021, the Court entered an order setting trial docket call for this adversary proceeding on the February 2022 Amarillo docket. At the February 10 docket call, the parties

1

announced that they are ready to go forward with trial and notified the Court of their time estimates for trial. After reviewing the Court's trial schedule, the Court sets trial on March 21, 2022, March 22, 2022, and April 4, 2022. It is, therefore,

ORDERED that this adversary proceeding is hereby set for trial on March 21, March 22, and April 4, 2022, starting at 10:00 a.m. on March 21, 2022, at 205 Southeast Fifth Avenue, Amarillo, Texas.

### End of Order ###

United States Bankruptcy Court

Northern District of Texas

Ries,
    Plaintiff

Galmor Family Limited Partnership,
    Defendant

Adv. Proc. No. 20-02003-rlj

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 18, 2022 | Form ID: pdf001 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + Jerry D. McLaughlin, P.O. Box 9375, Amarillo, TX 79105-9375 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion06.da.ecf@usdoj.gov | Feb 18 2022 21:21:00 | United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242-0996 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2022    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alysia Cordova | on behalf of Creditor Great Plains Bank acordova@mhba.com alopez@mhba.com |
| Davor Rukavina | on behalf of Defendant Galmor Management L.L.C. drukavina@munsch.com |
| Davor Rukavina | on behalf of Defendant Galmor Family Limited Partnership drukavina@munsch.com |

District/off: 0539-2　　　　　　　　　　　　User: admin　　　　　　　　　　　　Page 2 of 2
Date Rcvd: Feb 18, 2022　　　　　　　　　　Form ID: pdf001　　　　　　　　　　　Total Noticed: 2

| Name | Role |
|---|---|
| Davor Rukavina | on behalf of Counter-Claimant Galmor Family Limited Partnership drukavina@munsch.com |
| Julian Preston Vasek | on behalf of Defendant Galmor Family Limited Partnership jvasek@munsch.com |
| Julian Preston Vasek | on behalf of Defendant Galmor Management L.L.C. jvasek@munsch.com |
| Kent David Ries | on behalf of Plaintiff Kent Ries kent@kentries.com |
| Kent David Ries | on behalf of Counter-Defendant Kent Ries trustee@kentries.com TX41@ecfcbis.com |
| Reuben L. Hancock | on behalf of Creditor Happy State Bank rlh@rlhancock.com |
| Thomas Daniel Berghman | on behalf of Counter-Claimant Galmor Management L.L.C. tberghman@munsch.com |
| Thomas Daniel Berghman | on behalf of Counter-Claimant Galmor Family Limited Partnership tberghman@munsch.com |
| Thomas Daniel Berghman | on behalf of Defendant Galmor Management L.L.C. tberghman@munsch.com |
| Thomas Daniel Berghman | on behalf of Defendant Galmor Family Limited Partnership tberghman@munsch.com |

TOTAL: 13