IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MICHAEL STEPHEN GALMOR, | § | CASE NO. 18-20209-RLJ-7 |
| | § | |
| Debtor. | § | |
| | § | |
| And | § | |
| | § | |
| GALMOR'S/G&G STEAM SERVICE, INC., | § | CASE NO. 18-20210-RLJ-7 |
| | § | |
| Debtor. | § | |
| | § | |
| KENT RIES, TRUSTEE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | ADVERSARY NO. 20-2003 |
| | § | |
| GALMOR FAMILY LIMITED PARTNERSHIP and GALMOR MANAGEMENT, L.L.C., | § | |
| | § | |
| Defendants. | § | |

## WITHDRAWAL OF CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT

TO THE HONORABLE ROBERT JONES, UNITED STATES BANKRUPTCY JUDGE:

COMES NOW Leslie Pritchard, court-appointed liquidator for Galmor Family Limited Partnership and Galmor Management, L.L.C., the defendants in the above styled and numbered Adversary Proceeding, and hereby WITHDRAWS WITHOUT PREJUDICE the *Cross-Motion of Leslie Pritchard for Partial Summary Judgment* [docket no. 44].

RESPECTFULLY SUBMITTED this 9th day of March, 2022.

        **MUNSCH HARDT KOPF & HARR, P.C.**

        By: /s/ Davor Rukavina
           Davor Rukavina, Esq.
           Texas Bar No. 24030781
           Thomas D. Berghman, Esq.
           Texas Bar No. 24082683
           3800 Ross Tower
           500 North Akard St.
           Dallas, Texas  75201
           Telephone: (214) 855-7500
           Facsimile: (214) 978-4375

        **ATTORNEYS FOR LESLIE PRITCHARD**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this the 9th day of March, 2022, true and correct copies of this document were served upon Kent Ries, Esq. via e-mail.

        By: /s/ Davor Rukavina
           Davor Rukavina, Esq.