Davor Rukavina, Esq.
Texas Bar No. 24030781
Thomas D. Berghman, Esq.
Texas Bar No. 24082683
MUNSCH HARDT KOPF & HARR, P.C.
3800 Ross Tower
500 North Akard St.
Dallas, Texas  75201
Telephone: (214) 855-7500
Facsimile: (214) 978-4375

ATTORNEYS FOR LESLIE PRITCHARD,
GALMOR FAMILY LIMITED PARTNERSHIP,
AND GALMOR MANAGEMENT, LLC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MICHAEL STEPHEN GALMOR, | § | CASE NO. 18-20209-RLJ-7 |
| | § | |
| Debtor. | § | |
| | § | |
| And | § | |
| | § | |
| GALMOR'S/G&G STEAM SERVICE, INC., | § | CASE NO. 18-20210-RLJ-7 |
| | § | |
| Debtor. | § | |
| | § | |
| KENT RIES, TRUSTEE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | ADVERSARY NO. 20-2003 |
| | § | |
| GALMOR FAMILY LIMITED PARTNERSHIP and GALMOR MANAGEMENT, L.L.C., | § | |
| | § | |
| Defendants. | § | |

**DEFENDANTS' AMENDED TRIAL WITNESS AND EXHIBIT LIST**

COME NOW Galmor Family Limited Partnership ("GFLP") and Galmor Management, LLC ("GM LLC"), by and through their court-appointed liquidator Leslie Pritchard ("Pritchard",

with GFLP and GM LLC, the "Defendants"), and file this their *Trial Witness and Exhibit List* (the "Designation"), for purposes of the trial scheduled in this Adversary Proceeding, as follows:

## I. WITNESSES

The Defendants reserve the right to call any or all of the following witnesses:

1. Michael Steven Galmor;
2. Leslie Prichard;
3. Maison Vasek;
4. Traci Coleman;
5. Matt Brooks;
6. Derek Reddell;
7. rebuttal and impeachment witnesses as appropriate.

## II. EXHIBITS

The Defendants reserve the right to offer any or all of the following into evidence:

A. GFLP QuickBooks Transaction Detail – April 2013 through October 2018;

B. GFLP Quickbooks General Ledger All Transactions (excel file);

C. GFLP First National Bank Statements;

D. GFLP 1st National Bank of Commerce / AimBank Bank Statements;

E. Trust Distribution Deed;

F. John Deere Financial Correspondence;

G. John Deere Financing Statements;

H. John Deere GFLP Internal Analysis;

I. John Deere Account Summary Notices and Statements;

J. John Deere Account Transaction History;

K. Ad Valorem – Internal GFLP Analysis;

Case 20-02003-rlj    Doc 82    Filed 03/10/22    Entered 03/10/22 11:33:39    Desc Main
Document    Page 3 of 5

L.   Ad Valorem – General Warranty Gift Deed;

M.   GFLP 2017 Partnership Tax Return;

N.   Docket 14 - Galmor's/G&G Steam Service, Inc. Statement of Financial Affairs;

O.   Schedule of Alleged FLP Advances;

P.   Docket 15 – Galmor's/G&G Steam Service, Inc. Statement of Financial Affairs;

Q.   Docket 94 – Declaration Concerning Amended Schedules and Amended Schedules;

R.   Docket 21 – MSG Statement of Financial Affairs;

S.   GFLP 2016 Partnership Tax Return;

T.   MSG 2017 Individual Tax Return;

U.   Galmor's/G&G Steam Service, Inc. Profit & Loss December 2014–December 2018;

V.   Galmor's/G&G Steam Service, Inc. Profit & Loss December 2013–December 2017;

W.   GFLP Profit & Loss December 2013–December 2018;

X.   SGM Leasing LLC 2017 S-Corporation Return;

Y.   SGM Leasing LLC 2016 S-Corporation Return;

Z.   Galmor Management LLC 2016 Partnership Return;

AA.  Galmor's/G&G Steam Service, Inc. Customer QuickReport July 1, 2013 through December 10, 2018;

BB.  Galmor's Accounting;

CC.  Deed of Trust;

DD.  Unanimous Written Consent of Managers of Galmor Management LLC July 2014;

EE.  Removed;

FF.  Amendment and Ratification of Compromise and Settlement Agreement;

GG.  Agreement of Limited Partnership of Galmor Family Limited Partnership;

HH.  Company Agreement of Galmor Management, LLC;

II. The Bobby Don and Shirley Jo Galmor Living Trust dated July 20, 2005 and amendments to same;

JJ. General Warranty Deed May 24, 2013 (Jacey Kaylan Carter);

KK. Ritchies Brothers Auction/Kubota;

LL. Homestead Addition Schiapucci Check Stubs;

MM. Western Equipment/John Deere Invoices;

NN. Galmor Management LLC Corporate Minutes;

OO. Homestead Improvement Invoices;

PP. Expert Report of Maison Vasek

QQ. Expert Report of Maison Vasek – Exhibit A

RR. GFLP QuickBooks File;

SS. Wheeler General Store / Galmor Land & Cattle Invoices;

TT. Galmor's G&G Audit Trail (excel file);

UU. Galmor's G&G – 5006 Royalty Expense (GFLP) QuickBooks;

VV. Galmor's G&G – Royalty Pricing Analysis;

WW. Expert Document – Royalty Pricing Analysis

XX. Galmor's G&G Audit Trail (Exhibit TT printed to PDF);

YY. GFLP QuickBooks General Ledger All Transactions (Exhibit B "general ledger" tab printed to PDF);

ZZ. GFLP QuickBooks Balance (Exhibit B "balance" tab printed to PDF);

AAA. GFLP QuickBooks Income (Exhibit B "Income" tab printed to PDF);

BBB. GFLP QuickBooks P&L By Year (Exhibit B "pl by year" tab printed to PDF);

CCC. GFLP QuickBooks BS By Year (Exhibit B "bs by year" tab printed to PDF);

DDD. Galmor's G&G Electronic QuickBooks file;

EEE. Rebuttal and impeachment exhibits as appropriate.

RESPECTFULLY SUBMITTED this 10th day of March, 2022.

**MUNSCH HARDT KOPF & HARR, P.C.**

By: /s/ Thomas Berghman
Davor Rukavina, Esq.
Texas Bar No. 24030781
Thomas D. Berghman, Esq.
Texas Bar No. 24082683
3800 Ross Tower
500 North Akard St.
Dallas, Texas 75201
Telephone: (214) 855-7500
Facsimile: (214) 978-4375

ATTORNEYS FOR LESLIE PRITCHARD, GALMOR FAMILY LIMITED PARTNERSHIP, AND GALMOR MANAGEMENT, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this the 10th day of March, 2022, a true and correct copy of this document was electronically served by the Court's ECF system on Kent Ries, counsel for plaintiff, and that, on the same day, a true and correct copy of the added exhibits was served on Mr. Ries via e-mail.

By: /s/ Thomas Berghman
Thomas D. Berghman, Esq.