BTXN 027 (rev. 06/13)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re:<br>Michael Stephen Galmor<br><br>　　　　　　　　　　　　　　Debtor(s)<br>Kent Ries<br>　　　　　　　　　　　　　　Plaintiff(s)<br>　　vs.<br>Galmor Family Limited Partnership  et al.<br>　　　　　　　　　　　　　　Defendant(s) | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No.:   18−20209−rlj7<br>Chapter No.:  7<br><br>Adversary No.:   20−02003−rlj |

Dear Counsel:

　　The above referenced case has been reviewed as part of the Clerk's Office continuing effort to identify cases that are deficient for specific documents. Our review indicates that this case requires:

☐ Interim Report

☐ Trustee's Final Account

☐ Trustee's Final Report

☐ 341 Meeting Minute Sheet and Exempt Property Report

☐ Report of Trustee in No−Asset Case and Application for Closing

☐ Motion to Dismiss debtor's Failure to Attend 341 Meeting

☑ Other: Status of the adversary after order granting motion to compromise controversy filed in lead case.

Please electronically file the requested documents, provide a specific date for which this information will be provided to the Court, or provide information as to why this case should remain open. Failure to respond within 14 days from the date of this letter may result in the Court setting a status conference to determine why the document(s) has not been filed or the matter may be denied for want of prosecution.

DATED:  7/28/22　　　　　　　　　　　FOR THE COURT:
　　　　　　　　　　　　　　　　　　　Robert P. Colwell, Clerk of Court

　　　　　　　　　　　　　　　　　　　by: /s/S. Kerr, Deputy Clerk
　　　　　　　　　　　　　　　　　　　sonja_kerr@txnb.uscourts.gov

United States Bankruptcy Court

Northern District of Texas

Ries,

    Plaintiff

Galmor Family Limited Partnership,

    Defendant

Adv. Proc. No. 20-02003-rlj

# CERTIFICATE OF NOTICE

District/off: 0539-2     User: admin     Page 1 of 2
Date Rcvd: Jul 28, 2022     Form ID: BTXN027a     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Jerry D. McLaughlin, P.O. Box 9375, Amarillo, TX 79105-9375 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2022      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2022 at the address(es) listed below:

**Name**      **Email Address**

Alysia Cordova
    on behalf of Creditor Great Plains Bank acordova@mhba.com alopez@mhba.com

Davor Rukavina
    on behalf of Defendant Galmor Management L.L.C. drukavina@munsch.com

Davor Rukavina
    on behalf of Defendant Galmor Family Limited Partnership drukavina@munsch.com

Davor Rukavina
    on behalf of Counter-Claimant Galmor Family Limited Partnership drukavina@munsch.com

Julian Preston Vasek
    on behalf of Defendant Galmor Family Limited Partnership jvasek@munsch.com

Julian Preston Vasek
    on behalf of Defendant Galmor Management L.L.C. jvasek@munsch.com

| | | |
|---|---|---|
| District/off: 0539-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 28, 2022 | Form ID: BTXN027a | Total Noticed: 1 |

Kent David Ries
    on behalf of Plaintiff Kent Ries trustee@kentries.com TX41@ecfcbis.com

Kent David Ries
    on behalf of Counter-Defendant Kent Ries trustee@kentries.com TX41@ecfcbis.com

Reuben L. Hancock
    on behalf of Creditor Happy State Bank rlh@rlhancock.com

Thomas Daniel Berghman
    on behalf of Counter-Claimant Galmor Family Limited Partnership tberghman@munsch.com

Thomas Daniel Berghman
    on behalf of Defendant Galmor Management  L.L.C. tberghman@munsch.com

Thomas Daniel Berghman
    on behalf of Defendant Galmor Family Limited Partnership tberghman@munsch.com

Thomas Daniel Berghman
    on behalf of Counter-Claimant Galmor Management  L.L.C. tberghman@munsch.com

TOTAL: 13