

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED
THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 9, 2022**

_____
**United States Bankruptcy Judge**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MICHAEL STEPHEN GALMOR, | § | CASE NO. 18-20209-RLJ-7 |
| | § | |
| Debtor, | § | |
| | § | |
| and | § | |
| | § | |
| GALMOR'S/G&G STEAM SERVICE, INC., | § | CASE NO. 18-20210-RLJ-7 |
| | § | |
| Debtor. | § | |
| | § | |
| KENT RIES, TRUSTEE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | ADVERSARY NO. 20-2003 |
| | § | |
| GALMOR FAMILY LIMITED PARTNERSHIP and GALMOR MANAGEMENT, L.L.C., | § | |
| | § | |
| Defendants. | § | |

**STIPULATION AND AGREED ORDER OF DISMISSAL WITH PREJUDICE**

---

STIPULATION AND AGREED ORDER OF DISMISSAL WITH PREJUDICE—Page 1

## I.    STIPULATION

Kent Ries, Trustee (the "Trustee"), the plaintiff in this Adversary Proceeding, and Leslie Pritchard ("Pritchard," with the Trustee, the "Parties"), the liquidator for the defendants in this Adversary Proceeding, hereby stipulate and agree as follows:

1.    The Parties have entered into that certain comprehensive, multi-party *Mutual Settlement and Release Agreement* (the "Agreement"), which Agreement provides for the dismissal with prejudice of this Adversary Proceeding with each Party herein bearing its respective fees and costs. The Agreement has been approved by the Bankruptcy Court and both the Trustee and Pritchard have all necessary approval and authority to execute the Agreement. The Agreement has become effective.

2.    Therefore, the Parties stipulate to the DISMISSAL WITH PREJUDICE of this Adversary Proceeding, with each Party bearing its respective fees and expenses incurred herein, without prejudice to the reimbursement of the same from their respective estates.

## II.    ORDER

The Court, having reviewed the above Stipulation and incorporating its definitions into this Order, and finding that the Stipulation is lawful and appropriate, it is hereby:

ORDERED that the Stipulation is Approved;

ORDERED that this Adversary Proceeding is DISMISSED WITH PREJUDICE, with each Party bearing its respective fees and expenses incurred herein, without prejudice to the reimbursement of the same from their respective estates.

# # # END OF ORDER # # #

Case 20-02003-rlj    Doc 91    Filed 09/09/22    Entered 09/09/22 15:59:16    Desc Main
                               Document      Page 3 of 3

AGREED AS TO SUBSTANCE AND FORM:

| **MUNSCH HARDT KOPF & HARR, P.C.** | **KENT RIES:** |
|---|---|
| By: /s/ Davor Rukavina<br>Davor Rukavina, Esq.<br>Texas Bar No. 24030781<br>Thomas Berghman, Esq.<br>Texas Bar No. 24082683<br>3800 Ross Tower<br>500 North Akard St.<br>Dallas, Texas 75201<br>Telephone: (214) 855-7500<br>Facsimile: (214) 978-4375<br><br>**ATTORNEYS FOR LESLIE PRITCHARD** | By: /s/ Kent Ries (*w/ permission*)<br>Kent Ries, Trustee and Attorney for Trustee<br>State Bar No. 16914050<br>2700 S. Western St., Suite 300<br>Amarillo, Texas 79109<br>(806) 242-7437<br>(806) 242-7440 – Fax<br><br>**ATTORNEY FOR THE TRUSTEE** |

STIPULATION AND AGREED ORDER OF DISMISSAL WITH PREJUDICE—Page 3
4863-4983-9665v.1 018939.00001