

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 9, 2022**

**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| MICHAEL STEPHEN GALMOR, | § § | CASE NO. 18-20209-RLJ-7 |
| Debtor, | § § | |
| and | § § | |
| GALMOR'S/G&G STEAM SERVICE, INC., | § § § | CASE NO. 18-20210-RLJ-7 |
| Debtor. | § § | |
| KENT RIES, TRUSTEE, | § § § | |
| Plaintiff, | § § | |
| v. | § § | ADVERSARY NO. 20-2003 |
| GALMOR FAMILY LIMITED PARTNERSHIP and GALMOR MANAGEMENT, L.L.C., | § § § § § | |
| Defendants. | § § | |

**STIPULATION AND AGREED ORDER OF DISMISSAL WITH PREJUDICE**

## I. STIPULATION

Kent Ries, Trustee (the "Trustee"), the plaintiff in this Adversary Proceeding, and Leslie Pritchard ("Pritchard," with the Trustee, the "Parties"), the liquidator for the defendants in this Adversary Proceeding, hereby stipulate and agree as follows:

1. The Parties have entered into that certain comprehensive, multi-party *Mutual Settlement and Release Agreement* (the "Agreement"), which Agreement provides for the dismissal with prejudice of this Adversary Proceeding with each Party herein bearing its respective fees and costs. The Agreement has been approved by the Bankruptcy Court and both the Trustee and Pritchard have all necessary approval and authority to execute the Agreement. The Agreement has become effective.

2. Therefore, the Parties stipulate to the DISMISSAL WITH PREJUDICE of this Adversary Proceeding, with each Party bearing its respective fees and expenses incurred herein, without prejudice to the reimbursement of the same from their respective estates.

## II. ORDER

The Court, having reviewed the above Stipulation and incorporating its definitions into this Order, and finding that the Stipulation is lawful and appropriate, it is hereby:

ORDERED that the Stipulation is Approved;

ORDERED that this Adversary Proceeding is DISMISSED WITH PREJUDICE, with each Party bearing its respective fees and expenses incurred herein, without prejudice to the reimbursement of the same from their respective estates.

### # # # END OF ORDER # # #

AGREED AS TO SUBSTANCE AND FORM:

| **MUNSCH HARDT KOPF & HARR, P.C.** | **KENT RIES:** |
|---|---|
| By: /s/ Davor Rukavina<br>Davor Rukavina, Esq.<br>Texas Bar No. 24030781<br>Thomas Berghman, Esq.<br>Texas Bar No. 24082683<br>3800 Ross Tower<br>500 North Akard St.<br>Dallas, Texas  75201<br>Telephone: (214) 855-7500<br>Facsimile: (214) 978-4375<br><br>**ATTORNEYS FOR LESLIE PRITCHARD** | By: /s/ Kent Ries (*w/ permission*)<br>Kent Ries, Trustee and Attorney for Trustee<br>State Bar No. 16914050<br>2700 S. Western St., Suite 300<br>Amarillo, Texas 79109<br>(806) 242-7437<br>(806) 242-7440 – Fax<br><br>**ATTORNEY FOR THE TRUSTEE** |

United States Bankruptcy Court

Northern District of Texas

Ries,

    Plaintiff

Galmor Family Limited Partnership,

    Defendant

Adv. Proc. No. 20-02003-rlj

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 09, 2022 | Form ID: pdf001 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2022:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion06.da.ecf@usdoj.gov | Sep 09 2022 21:02:00 | United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242-0996 |
| ust | + Email/Text: ustpregion07.au.ecf@usdoj.gov | Sep 09 2022 21:02:00 | United States Trustee - AU12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2022      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alysia Cordova | on behalf of Creditor Great Plains Bank acordova@mhba.com  alopez@mhba.com |
| Davor Rukavina | on behalf of Defendant Galmor Management L.L.C. drukavina@munsch.com |
| Davor Rukavina | on behalf of Defendant Galmor Family Limited Partnership drukavina@munsch.com |

| | | |
|---|---|---|
| District/off: 0539-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 09, 2022 | Form ID: pdf001 | Total Noticed: 2 |

Davor Rukavina
    on behalf of Counter-Claimant Galmor Family Limited Partnership drukavina@munsch.com

Julian Preston Vasek
    on behalf of Defendant Galmor Family Limited Partnership jvasek@munsch.com

Julian Preston Vasek
    on behalf of Defendant Galmor Management  L.L.C. jvasek@munsch.com

Kent David Ries
    on behalf of Plaintiff Kent Ries trustee@kentries.com  TX41@ecfcbis.com

Kent David Ries
    on behalf of Counter-Defendant Kent Ries trustee@kentries.com  TX41@ecfcbis.com

Reuben L. Hancock
    on behalf of Creditor Happy State Bank rlh@rlhancock.com

Thomas Daniel Berghman
    on behalf of Counter-Claimant Galmor Management  L.L.C. tberghman@munsch.com

Thomas Daniel Berghman
    on behalf of Counter-Claimant Galmor Family Limited Partnership tberghman@munsch.com

Thomas Daniel Berghman
    on behalf of Defendant Galmor Management  L.L.C. tberghman@munsch.com

Thomas Daniel Berghman
    on behalf of Defendant Galmor Family Limited Partnership tberghman@munsch.com

TOTAL: 13